Table 1.  OLS models of admissions for UC schools, 2021-24 applicants in *Law School Data* combined

| Independent variable | Coefficient and t-statistics for 2021-24 combined, by UC law school | | | | |
| --- | --- | --- | --- | --- | --- |
|  | Berkeley | UCLA | UC Davis | UC Irvine | Hastings |
| Relative credential | .014 | .015 | .013 | .013 | .007 |
|  | (24.4) | (35.2) | (20.1) | (19.4) | (6.7) |
| Black | 1.28 | 1.60 | 1.31 | 1.44 | .95 |
|  | (8.3) | (14.0) | (7.0) | (7.6) | (4.4) |
| Hispanic | .65 | .62 | .25 | .21 | .17 |
|  | (5.3) | (6.8) | (1.7) | (1.4) | (1.1) |
| Multiracial | .50 | .52 | .16 | .14 | .26 |
|  | (2.8) | (3.9) | (0.8) | (0.7) | (1.1) |
| American Indian/Hawaiian Native | -.07 | .42 | .89 | -1.20 | .00 |
|  | (-0.1) | (1.5) | (2.2) | (-2.9) | (0.0) |
| URM (no specific race given) | .51 | .60 | .62 | .45 | .48 |
|  | (3.1) | (4.6) | (2.6) | (2.2) | (2.1) |
| Fee Waiver | .16 | .25 | .06 | -10 | .07 |
|  | (2.3) | (4.3) | (0.6) | (-1.0) | (0.6) |
| In State Resident | .26 | .18 | -.06 | .07 | .67 |
|  | (3.3) | (3.0) | (-0.7) | (0.8) | (6.4) |
| Character Issue | -.26 | -.21 | -.17 | -.12 | -1.0 |
|  | (-1.5) | (-1.4) | (-0.9) | (-0.7) | (-5.0) |
| Military service | .49 | .08 | .05 | .25 | .80 |
|  | (2.1) | (0.5) | (0.2) | (0.7) | (2.1) |
| Log of Years Since College | -.08 | -.013 | -.04 | .07 | -.08 |
|  | (-1.4) | (-0.3) | (-0.6) | (1.0) | (-0.9) |
| Observations | 2,084 | 2,012 | 627 | 542 | 699 |
| Adjusted R2 | .23 | .42 | .41 | .44 | .22 |

Table 1 to Complaint                                                                                  Page 21