NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

William J. Brown Jr. (SBN 192950)
Brown Wegner LLP
2010 Main Street, Suite 1260
Irvine, California 92614
Email: bill@brownwegner.com
Telephone: (949) 705-0081

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Students Against Racial Discrimination <br><br> Plaintiff(s), <br><br> v. <br><br> The Regents of the University of California; et al. <br><br> Defendant(s) | CASE NUMBER: <br><br> 8:25-cv-192 <br><br> **CERTIFICATION AND NOTICE** <br> **OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiff, Students Against Racial Discrimination _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Students Against Racial Discrimination | Plaintiff |
| The Regents of the University of California | Defendant |
| Maria Anguiano, Elaine E. Batchlor, Josiah Beharry, Carmen Chu, Michael Cohen, Gareth Elliott, Howard "Peter" Guber, Jose M. Hernandez, Nancy Lee, Richard Leib, Hadi Makarechian, Ana Matosantos, Robert Myers, Lark Park, Janet Reilly, Mark Robinson, Gregory Sarris, Jonathan "Jay" Sures, Gavin Newsom, Eleni Kounalakis, Robert Rivas, Tony Thurmond, Michael V. Drake M.D., Geoffrey Pack, Alfonso Salazar | Defendants in their official capacities as regents of the University of California System |
| Carol T. Christ | Defendant in her official capacity as chancellor of the University of California at Berkeley |

[See attached addendum]

| | |
|---|---|
| February 3, 2025 | /s/ William J. Brown, Jr. |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Students Against Racial Discrimination

1
2
3

**ADDENDUM TO**

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

| PARTY | CONNECTION / INTEREST |
|---|---|
| Julio J. Frenk Mora | Defendant, in his official capacity as chancellor of the University of California at Los Angeles |
| Howard Gillman | Defendant, in his official capacity as chancellor of the University of California at Irvine |
| Sam Hawgood | Defendant, in his official capacity as chancellor of the University of California at San Francisco |
| Pradeep K. Khosla | Defendant, in his official capacity as chancellor of the University of California at San Diego |
| Cynthia K. Larive | Defendant, in her official capacity as chancellor of the University of California at Santa Cruz |
| Gary S. May | Defendant, in his official capacity as chancellor of the University of California at Davis |
| Juan Sánchez Muñoz | Defendant, in his official capacity as chancellor of the University of California at Merced |
| Kim A. Wilcox | Defendant, in her official capacity as chancellor of the University of California at Riverside |
| Henry T. Yang | Defendant, in his official capacity as chancellor of the University of California at Santa Barbara |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28