AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

Students Against Racial Discrimination

*Plaintiff(s)*

v.

The Regents of the University of California;
[see attached]

*Defendant(s)*

Civil Action No. 8: 25-cv-00192-ADS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Regents of the University of California
c/o Office of the General Counsel, 1111 Franklin Street, 8th Floor
Oakland, California 94607

[See attached addendum of the other defendants.]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William J. Brown Jr. (SBN 192950)
Brown Wegner LLP
2010 Main Street, Suite 1260
Irvine, California 92614
Email: bill@brownwegner.com
Telephone: (949) 705-0081

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: February 6, 2025

J. Tilleman

*Signature of Clerk or Deputy Clerk*

Jonathan F. Mitchell*
jonathan@mitchell.law
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)

* *pro hac vice* application pending

William J. Brown Jr.
California Bar No. 192950
bill@brownwegner.com
Brown Wegner LLP
2010 Main Street, Suite 1260
Irvine, California 92614
(949) 705-0081

*Counsel for Plaintiff*

[Additional counsel for Plaintiff on next page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

**Students Against Racial Discrimination**,

Plaintiff,

v.

**The Regents of the University of California**; **Maria Anguiano, Elaine E. Batchlor, Josiah Beharry, Carmen Chu, Michael Cohen, Gareth Elliott, Howard "Peter" Guber, Jose M. Hernandez,**

Case No. 8:25-cv-00192

**Complaint**

**Nancy Lee**, **Richard Leib**, **Hadi Makarechian**, **Ana Matosantos**, **Robert Myers**, **Lark Park**, **Janet Reilly**, **Mark Robinson**, **Gregory Sarris**, **Jonathan "Jay" Sures**, **Gavin Newsom**, **Eleni Kounalakis**, **Robert Rivas**, **Tony Thurmond**, **Michael V. Drake M.D.**, **Geoffrey Pack**, **Alfonso Salazar**, each in their official capacities as regents of the University of California System; **Carol T. Christ**, in her official capacity as chancellor of the University of California at Berkeley; **Julio J. Frenk Mora**, in his official capacity as chancellor of the University of California at Los Angeles; **Howard Gillman**, in his official capacity as chancellor of the University of California at Irvine; **Sam Hawgood**, in his official capacity as chancellor of the University of California at San Francisco; **Pradeep K. Khosla**, in his official capacity as chancellor of the University of California at San Diego; **Cynthia K. Larive**, in her official capacity as chancellor of the University of California at Santa Cruz; **Gary S. May**, in his official capacity as chancellor of the University of California at Davis; **Juan Sánchez Muñoz**, in his official capacity as chancellor of the University of California at Merced; **Kim A. Wilcox**, in her official capacity as chancellor of the University of California at Riverside; **Henry T. Yang**, in his official capacity as chancellor of the University of California at Santa Barbara,

Defendants.

[Additional counsel for Plaintiff]

REED D. RUBINSTEIN*
DANIEL EPSTEIN*
RYAN GIANNETTI*
reed.rubinstein@aflegal.org
daniel.epstein@aflegal.org
ryan.giannetti@aflegal.org
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721

* *pro hac vice* applications pending

**ADDENDUM TO SECTION "TO" OF SUMMONS IN A CIVIL ACTION**

To: Maria Anguiano, Elaine E. Batchlor, Josiah Beharry, Carmen Chu, Michael Cohen, Gareth Elliott, Howard "Peter" Guber, Jose M. Hernandez, Nancy Lee, Richard Leib, Hadi Makarechian, Ana Matosantos, Robert Myers, Lark Park, Janet Reilly, Mark Robinson, Gregory Sarris, Jonathan "Jay" Sures, each in their official capacities as regents of the University of California System
c/o Office of the General Counsel, 1111 Franklin Street, 8th Floor
Oakland, California 94607

Gavin Newsom, Eleni Kounalakis, Robert Rivas, Tony Thurmond, Michael V. Drake M.D., Geoffrey Pack, Alfonso Salazar, each in their official capacities as regents of the University of California System
c/o Office of the General Counsel, 1111 Franklin Street, 8th Floor
Oakland, California 94607

Carol T. Christ, in her official capacity as chancellor of the University of California at Berkeley

Julio J. Frenk Mora, in his official capacity as chancellor of the University of California at Los Angeles

Howard Gillman, in his official capacity as chancellor of the University of California at Irvine

Sam Hawgood, in his official capacity as chancellor of the University of California at San Francisco

Pradeep K. Khosla, in his official capacity as chancellor of the University of California at San Diego

Cynthia K. Larive, in her official capacity as chancellor of the University of California at Santa Cruz

Gary S. May, in his official capacity as chancellor of the University of California at Davis

Juan Sánchez Muñoz, in his official capacity as chancellor of the University of California at Merced

Kim A. Wilcox, in her official capacity as chancellor of the University of California at Riverside

Henry T. Yang, in his official capacity as chancellor of the University of California at Santa Barbara

Civil Action No. 8: 25-cv-192

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: