Ryan T. Giannetti
America First Legal Foundation
300 Independence Ave SE
Washington, DC 20003

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Students Against Racial Discrimination | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:25-cv-00192-ADS |
| v. | |
| The Regents of the University of California, et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Giannetti, Ryan T.
*Applicant's Name (Last Name, First Name & Middle Initial)*

301.778.6679
*Telephone Number*      *Fax Number*

Ryan.Giannetti@AFLegal.org
*E-Mail Address*

of

America First Legal Foundation
300 Independence Ave SE
Washington, DC 20003

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Students Against Racial Discrimination

*Name(s) of Party(ies) Represent*        ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Brown, Jr., William J.
*Designee's Name (Last Name, First Name & Middle Initial)*

192950           949.705.0081
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

*E-Mail Address*

of

BROWN WEGNER LLP
2010 Main Street, Suite 1260
Irvine, California 92614

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** 02/26/2025                           /s/ Autumn D. Spaeth
                                                **U.S. Magistrate Judge**