Name and address:

Jonathan F. Mitchell
jonathan@mitchell.law
Mitchell Law PLLC
111 Congress Avenue, Suite 400, Austin, Texas 78701
Telephone: (512) 686-3940

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Students Against Racial Discrimination<br><br>Plaintiff(s),<br><br>v.<br><br>The Regents of the University of California, et al.<br><br>Defendant(s), | CASE NUMBER<br><br>8:25-cv-00192-ADS<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Jonathan F. Mitchell

*Applicant's Name (Last Name, First Name & Middle Initial)*                    *check here if federal government attorney* ☐

Mitchell Law PLLC

*Firm/Agency Name*

111 Congress Avenue, Suite 400                (512) 686-3940                (512) 686-3941

                              *Telephone Number*                *Fax Number*

*Street Address*

Austin, Texas 78701                                jonathan@mitchell.law

*City, State, Zip Code*                                        *E-mail Address*

**I have been retained to represent the following parties:**

Students Against Racial Discrimination          ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

                                           ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See attachment | | |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.

(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3) I am not currently suspended from and have never been disbarred from practice in any court.

(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated February 6, 2025

Jonathan F. Mitchell
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Brown, Jr., William

*Designee's Name (Last Name, First Name & Middle Initial)*

BROWN WEGNER LLP

*Firm/Agency Name*

2010 Main Street

Suite 1260

*Street Address*

Irvine, California 92614

*City, State, Zip Code*

949.705.0081

*Telephone Number*                     *Fax Number*

bill@brownwegner.com

*Email Address*

192950

*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated _February 27, 2025_

William J. Brown, Jr.

*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

See attachment.

Mr. Mitchell is admitted to practice, currently in active status, and in good standing as an attorney in each of the following bars:

| Bar | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Pennsylvania | November 10, 2003 | 91505 |
| U.S. Court of Appeals for the Ninth Circuit | November 15, 2005 | None |
| District of Columbia Court of Appeals | February 3, 2006 | 496344 |
| Supreme Court of Texas | December 9, 2010 | 24075463 |
| Supreme Court of Washington | September 15, 2017 | 52483 |
| Supreme Court of the United States | May 12, 2008 | 267824 |
| U.S. Court of Appeals for the D.C. Circuit | May 16, 2011 | None |
| U.S. Court of Appeals for the Third Circuit | August 22, 2012 | None |
| U.S. Court of Appeals for the Fifth Circuit | December 8, 2010 | None |
| U.S. District Court for the Northern District of Texas | December 21, 2010 | 496344DC |
| U.S. District Court for the Eastern District of Texas | December 6, 2010 | 24075463 |
| U.S. District Court for the Western District of Texas | February 10, 2011 | None |
| U.S. District Court for the Southern District of Texas | September 6, 2022 | 1133287 |
| U.S. District Court for the Western District of Washington | March 15, 2018 | None |
| U.S. Court of Appeals for the Sixth Circuit | November 1, 2018 | None |
| U.S. Court of Appeals | May 6, 2019 | None |

| | | |
|---|---|---|
| for the Fourth Circuit | | |
| U.S. Court of Appeals for the Seventh Circuit | April 19, 2019 | None |
| U.S. Court of Appeals for the Second Circuit | May 6, 2020 | None |
| U.S. Court of Appeals for the Eighth Circuit | July 16, 2020 | None |
| U.S. Court of Appeals for the Tenth Circuit | November 9, 2021 | None |
| U.S. Court of Appeals for the Eleventh Circuit | June 22, 2022 | None |
| U.S. District Court for the Eastern District of Pennsylvania | July 25, 2019 | None |
| U.S. District Court for the Middle District of Pennsylvania | June 18, 2020 | None |
| U.S. District Court for the Western District of Pennsylvania | May 13, 2020 | None |
| U.S. District Court for the Northern District of Illinois | January 22, 2019 | None |
| U.S. District Court for the Central District of Illinois | January 24, 2019 | None |
| U.S. District Court for the District of Colorado | January 16, 2025 | None |



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *Jonathan Franklin Mitchell, Esq.*

### DATE OF ADMISSION

### *November 10, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  February 18, 2025**

*Darian Holland*

Darian Holland
Chief Clerk

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Jonathan Franklin Mitchell**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 9th day of December, 2010.

I further certify that the records of this office show that, as of this date

**Jonathan Franklin Mitchell**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 6th day of February, 2025.

BLAKE HAWTHORNE, Clerk



Clerk, Supreme Court of Texas

No. 0834C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 06, 2025


Re: Mr. Jonathan Franklin Mitchell, State Bar Number 24075463


To Whom It May Concern:

This is to certify that Mr. Jonathan Franklin Mitchell was licensed to practice law in Texas on December 09, 2010, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.


This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.


Sincerely,



Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

# CERTIFICATION OF CURRENT STATUS

February 10, 2025

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Mr. Jonathan Franklin Mitchell**, license no. **52483** was licensed or admitted to the practice of law as a lawyer in this state by the Washington Supreme Court on **September 15, 2017.**

As of the date of this certificate, Mr. Jonathan Franklin Mitchell is and has been in good standing as a(n) **Active lawyer** of the Washington State Bar Association, who is **Eligible** to practice law in this state as a lawyer.

This certificate reflects the date of admission or licensure and the license status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Status History Certificate. A summary of confidential grievances and public discipline imposed is available, if authorized by the member, through a Discipline History Certificate.

_____
Terra Nevitt
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA