Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Students Against Racial Discrimination<br><br>Plaintiff(s)<br>v.<br><br>The Regents of the University of California, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>8:25-cv-00192-ADS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Mitchell, Jonathan F.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(512) 686-3940    (512) 686-3941
*Telephone Number*    *Fax Number*

jonathan@mitchell.law
*E-Mail Address*

of

Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Students Against Racial Discrimination

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Brown, Jr., William J.
*Designee's Name (Last Name, First Name & Middle Initial)*

192950    949.705.0081
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

bill@brownwegner.com
*E-Mail Address*

of

BROWN WEGNER LLP
2010 Main Street, Suite 1260
Irvine, California 92614
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** 02/28/2025

/s/ Autumn D. Spaeth
**U.S. Magistrate Judge**