UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:25-00192- ADSDate: March 3, 2025

Title: *Students Against Racial Discrimination v. The Regents of The Univ. of Cal., et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER REGARDING PLAINTIFF'S SERVICE OBLIGATION**

　　This case has been randomly assigned to the United States Magistrate Judge Autumn D. Spaeth for all purposes. (Dkt. No. 7); see also General Order 24-05. Plaintiff must serve the Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent on each defendant at the time of service of the Summons and Complaint. (Dkt. No. 7.) Proof of service must be filed within 14 days of service. See L.R. 4-6.

　　**IT IS SO ORDERED.**

Initials of Clerk kh