WILMER CUTLER PICKERING
HALE AND DORR LLP
Debo Adegbile (*pro hac vice* pending)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-6717
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (*pro hac vice* pending)
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (State Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENTS AGAINST RACIAL DISCRIMINATION,<br><br>Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL.,<br><br>Defendants. | Case No. 8:25-cv-00192-JWH<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |

1

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants disclose the following: THE REGENTS OF THE UNIVERSITY OF CALIFORNIA ("The Regents") is a corporation formed under Article IX, Section 9 of the California Constitution. The Regents do not have a parent corporation and do not issue stock. Defendants MARIA ANGUIANO, ELAINE E. BATCHLOR, JOSIAH BEHARRY, CARMEN CHU, MICHAEL COHEN, GARETH ELLIOTT, HOWARD "PETER" GUBER, JOSE M. HERNANDEZ, NANCY LEE, RICHARD LEIB, HADI MAKARECHIAN, ANA MATOSANTOS, ROBERT MYERS, LARK PARK, JANET REILLY, MARK ROBINSON, GREGORY SARRIS, JONATHAN "JAY" SURES, GAVIN NEWSOM, ELENI KOUNALAKIS, ROBERT RIVAS, TONY THURMOND, MICHAEL V. DRAKE M.D., GEOFFREY PACK, ALFONSO SALAZAR, CAROL T. CHRIST, JULIO J. FRENK MORA, HOWARD GILLMAN, SAM HAWGOOD, PRADEEP K. KHOSLA, CYNTHIA K. LARIVE, GARY S. MAY, JUAN SÁNCHEZ MUÑOZ, KIM A. WILCOX, HENRY T. YANG are individuals.

# NOTICE OF INTERESTED PARTIES

Pursuant to Local Rule 7.1-1, Defendants state that as of this date there is no person, association of persons, firm, partnership, or corporation (other than the

named parties) that may have a pecuniary interest in the outcome of the case.

Defendants reserve the right to supplement this statement if necessary.

DATED: April 23, 2025

Respectfully submitted,

/s/ Felicia H. Ellsworth
FELICIA H. ELLSWORTH
(*pro hac vice pending*)

WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

*Attorney for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2025, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system, which sent notification of said filing to all CM/ECF participants.

Dated: April 23, 2025                                      By: /s/ Felicia H. Ellsworth
                                                                    Felicia H. Ellsworth