1  WILMER CUTLER PICKERING
2  HALE AND DORR LLP
   Debo Adegbile (admitted *pro hac vice*)
3  debo.adegbile@wilmerhale.com
4  7 World Trade Center
   250 Greenwich Street
5  New York, NY 10007
6  Telephone: 212-295-8800

7  Felicia H. Ellsworth (admitted *pro hac vice*)
8  felicia.ellsworth@wilmerhale.com
   60 State Street
9  Boston, MA 02109
10 Telephone: 617-526-6000

11 Joshua A. Vittor (CA Bar No. 326221)
12 joshua.vittor@wilmerhale.com
   350 South Grand Avenue
13 Suite 2400
14 Los Angeles, CA 90071
   Telephone: 213-443-5300
15

16 *Attorneys for Defendants*

17              **UNITED STATES DISTRICT COURT**
18            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

19 | STUDENTS AGAINST RACIAL | |
20 | DISCRIMINATION, | Case No. 8:25-cv-00192-JWH |
21 | Plaintiff, | **NOTICE OF DEFENDANTS' MOTION TO DISMISS** |
22 | | |
23 | v. | Date:  July 11, 2025 |
24 | THE REGENTS OF THE | Time:  9:00 a.m. |
25 | UNIVERSITY OF CALIFORNIA, ET AL., | Place: Courtroom 9D |
   | | Judge: Hon. John W. Holcomb |
26 | | |
27 | Defendants. | |
28

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on July 11, 2025, at 9:00 a.m., or at another time convenient for the Court, in Courtroom 9D of the Ronald Reagan Federal Building and United States Courthouse at 411 West 4th Street, Santa Ana, California or in such manner as the Court directs, Defendants will move this Court to dismiss with prejudice the Complaint in the above-captioned action.

This motion is made pursuant to Federal Rule of Civil Procedure 12(b)(1), on the ground that this Court lacks jurisdiction because Plaintiff lacks standing, and pursuant to Federal Rule of Civil Procedure 12(b)(6), on the ground that the Complaint fails to state a claim upon which relief can be granted.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the pleadings on file in this action, and such other authorities and arguments as may be submitted in any reply or at any hearing.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on May 13, 2025. Counsel for parties were unable to reach a resolution that would have made this motion unnecessary.

[SIGNATURE PAGE FOLLOWS]

| | |
|---|---|
| DATED: MAY 20, 2025 | Respectfully submitted, |
| | /s/ Felicia Ellsworth |
| | Felicia Ellsworth |
| | (admitted *pro hac vice*) |
| | |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | Debo Adegbile (admitted *pro hac vice*) |
| | debo.adegbile@wilmerhale.com |
| | 7 World Trade Center |
| | 250 Greenwich Street |
| | New York, NY 10007 |
| | Telephone: 212-295-8800 |
| | |
| | Felicia H. Ellsworth (admitted *pro hac vice*) |
| | felicia.ellsworth@wilmerhale.com |
| | 60 State Street |
| | Boston, MA 02109 |
| | Telephone: 617-526-6000 |
| | |
| | Joshua A. Vittor (CA Bar No. 326221) |
| | joshua.vittor@wilmerhale.com |
| | 350 South Grand Avenue |
| | Suite 2400 |
| | Los Angeles, CA 90071 |
| | Telephone: 213-443-5300 |
| | |
| | *Attorneys for Defendants* |