Table 2. Admissions rate at the five UC law schools by race and relative credential range, 2021-24

| Credential index range | Admissions rate for | | |
|---|---|---|---|
|  | Non-URMs | Blacks | Hispanics |
| -100 or less | 2.7% | 24.1% | 4.1% |
| -99 to -75 | 4.6% | 44.7% | 14.2% |
| -74 to -50 | 7.3% | 48.2% | 27.7% |
| -49 to -25 | 10.2% | 62.5% | 36.3% |
| -24 to 0 | 22.2% | 82.0% | 41.0% |
| 1 to 25 | 39.1% | 80.5% | 61.4% |
| 25 to 50 | 50.3% | 86.7% | 61.4% |
| 51 or more | 60.2% | 80.0% | 75.2% |
| Number of applicants | 5,205 | 407 | 793 |