1  WILMER CUTLER PICKERING
2  HALE AND DORR LLP
   Debo Adegbile (admitted *pro hac vice*)
3  7 World Trade Center
   250 Greenwich Street
4  New York, NY 10007
   Telephone: 212-295-8800
5  debo.adegbile@wilmerhale.com
6
7  Felicia H. Ellsworth (admitted *pro hac vice*)
   60 State Street
8  Boston, MA 02109
   Telephone: 617-526-6000
9  felicia.ellsworth@wilmerhale.com
10
11 Joshua A. Vittor (CA Bar No. 326221)
   350 South Grand Avenue
12 Suite 2400
   Los Angeles, CA 90071
13 Telephone: 213-443-5300
   joshua.vittor@wilmerhale.com
14
15
16 *Attorneys for Defendants*
17
                **UNITED STATES DISTRICT COURT**
18           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
19
   STUDENTS AGAINST RACIAL
20 DISCRIMINATION,                      Case No. 8:25-cv-00192-JWH-JDE

21            *Plaintiff,*              [Assigned to Hon. James W.
                                        Holcomb]
22 v.

23 THE REGENTS OF THE                  **NOTICE OF RELATED CASES**
   UNIVERSITY OF CALIFORNIA, et        **(L.R. 83-1.3.1)**
24 al.,

25
            *Defendants.*
26
27
                                1
28

Pursuant to Local Rule 83-1.3.1, Defendants submit this notice to identify this case for the Court as related to *Do No Harm, et al. v. Regents of the University of California, et al.*, No. 2:25-cv-04131-MCS-JC (C.D. Cal.), currently pending before Judge Scarsi.

The plaintiffs in *Do No Harm* submitted a notice of related cases on May 8, 2025. *See Do No Harm*, No. 2:25-cv-04131-MCS-JC, Dkt. 2. On June 4, 2025, this Court declined to transfer *Do No Harm*, finding that it was "not sufficiently related [to this case] to warrant transfer." *Do No Harm*, No. 2:25-cv-04131-MCS-JC, Dkt. 32.

After that declination, on June 10, 2025, Plaintiff filed a First Amended Complaint ("FAC") in this case. *See* Dkt. 26. The new allegations in the FAC warrant an order relating *Do No Harm* to this case and transferring *Do No Harm* to proceed before this Court.[1] In particular, the FAC now alleges racial discrimination in admissions at six University of California medical schools. *See id.* ¶¶ 3, 32-35, 52-53, 58, 60. Those schools include the David Geffen School of Medicine at UCLA, *see id.* ¶¶ 34-35, 52, which is the medical school at issue in *Do No Harm*, *see, e.g.*, *Do No Harm*, No. 2:25-cv-04131-MCS-JC, Dkt. 1 ¶¶ 1, 7-10, 30-48, 53-110. The FAC, like the Complaint in *Do No Harm*, alleges that UCLA's medical school and its Associate Dean of Admissions discriminate against white and Asian applicants in favor of black applicants. *Compare* Dkt. 26 ¶ 34, *with, e.g.*, *Do No Harm*, No. 2:25-cv-04131-MCS-JC, Dkt. 1 ¶¶ 7, 9, 62, 131. Indeed,

---

[1] Under Local Rule 83-1.3.4, attorneys have a "continuing duty … in any case to file a Notice of Related Cases" as required by the Local Rules. L.R. 83-1.3.4.

2

NOTICE OF RELATED CASES
CASE NO. 8:25-cv-00192-JWH-JDE

1   the FAC in this case purports to incorporate in full the plaintiffs' Complaint in *Do*

2   *No Harm*. *See* Dkt. 26 ¶ 34.[2]

3          Given these additions to the FAC, *Do No Harm* is now sufficiently related to

4   this case to warrant transfer under any of the three factors that govern relatedness

5   under the Local Rules. *First*, both cases "arise from the same or a closely related

6   transaction, happening, or event," L.R. 83-1.3.1(a)—i.e., alleged racial

7   discrimination by UCLA's medical school and its Associate Dean of Admissions

8   in admissions practices and policies. *Second*, both cases "call for determination of

9   the same or substantially related or similar questions of law and fact," L.R. 83-

10  1.3.1(b)—i.e., whether the Regents and individuals associated with UCLA's

11  medical school, including the Chancellor of UCLA, are liable under Title VI, 42

12  U.S.C. § 1981, and/or the Equal Protection Clause for racial discrimination

13  allegedly committed by UCLA's medical school and its Associate Dean of

14  Admissions. And *third*, for these reasons, these cases "would entail substantial

15  duplication of labor if heard by different judges." L.R. 83-1.3.1(c).

16         Under the Local Rules, cases are related even when they satisfy only one of

17  these factors. *See* L.R. 83-1.3.1 ("It shall be the responsibility of the parties to

18  promptly file a Notice of Related Cases whenever two or more civil cases filed in

19  this District: (a) arise from the same or a closely related transaction, happening, or

20  event; (b) call for determination of the same or substantially related or similar

21  questions of law and fact; *or* (c) for other reasons would entail substantial

22

23

24  ───────────────

25         [2] Defendants include the foregoing allegations solely for the purpose of
    establishing that *SARD* and *Do No Harm* are related and in no way concede the

26  truth of such allegations. Defendants reserve the right to move to dismiss both
    complaints in their entirety, and to strike or otherwise object to the allegations

27  therein.

28

                                        3

1  duplication of labor if heard by different judges." (emphasis added)).  Here, *Do No*

2  *Harm* and this case are related under all three factors.

4  Dated: June 20, 2025                          Respectfully submitted,

5                                                /s/ Felicia Ellsworth
6                                                Felicia Ellsworth
7                                                (admitted *pro hac vice*)

8                                                WILMER CUTLER PICKERING
                                                 HALE AND DORR LLP
9                                                Debo Adegbile (admitted *pro hac vice*)
10                                               debo.adegbile@wilmerhale.com
                                                 7 World Trade Center
11                                               250 Greenwich Street
12                                               New York, NY 10007
                                                 Telephone: 212-295-8800
13

14                                               Felicia H. Ellsworth (admitted *pro hac*
                                                 *vice*)
15                                               felicia.ellsworth@wilmerhale.com
16                                               60 State Street
                                                 Boston, MA 02109
17                                               Telephone: 617-526-6000
18

19                                               Joshua A. Vittor (CA Bar No. 326221)
                                                 joshua.vittor@wilmerhale.com
20                                               350 South Grand Avenue
21                                               Suite 2400
                                                 Los Angeles, CA 90071
22                                               Telephone: 213-443-5300
23
                                                 *Attorneys for Defendants*
24

25

26

27

28
                                        4