**WILMER CUTLER PICKERING HALE AND DORR LLP**
Debo Adegbile (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (*pro hac vice*)
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENTS AGAINST RACIAL DISCRIMINATION,<br><br>*Plaintiff,*<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>*Defendants.* | Case No. 8:25-cv-00192-JWH<br><br>[Assigned to Hon. John W. Holcomb]<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND DISMISSING DEFENDANTS**<br><br>Am. Complaint served:   6/10/2025<br>Current response date:   6/24/2025<br>New response date:        8/14/2025 |

1

Pursuant to Local Rule 7-1 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed upon between the Parties and their respective counsel as follows:

1. Plaintiff filed its Complaint (Dkt. 1) on February 3, 2025;
2. Plaintiff requested that Defendants waive service of process on March 21, 2025, and Defendants waived service of process on March 27, 2025 (Dkt. 13);
3. Defendants moved to dismiss the initial Complaint on May 20, 2025 (Dkt. 24);
4. Plaintiff filed the First Amended Complaint on June 10, 2025 (Dkt. 26);
5. In light of the filing of the First Amended Complaint, the Parties request that Defendants' motion to dismiss the initial Complaint (Dkt. 24) be denied as moot, and the hearing on Defendants' motion to dismiss the initial Complaint, currently set for July 10, 2025 (Dkt. 25), be vacated, without prejudice to Defendants' ability to move to dismiss or otherwise respond to the First Amended Complaint;
6. All claims are voluntarily dismissed, without prejudice, against the following Defendants:
   a. Maria Anguiano;
   b. Elaine E. Batchlor;
   c. Josiah Beharry;
   d. Carmen Chu;
   e. Michael Cohen;
   f. Gareth Elliott;
   g. Howard "Peter" Guber;
   h. Jose M. Hernandez;

        i. Nancy Lee;

        j. Richard Leib;

        k. Hadi Makarechian;

        l. Ana Matosantos;

        m. Robert Myers;

        n. Lark Park;

        o. Janet Reilly;

        p. Mark Robinson;

        q. Gregory Sarris;

        r. Jonathan "Jay" Sures;

        s. Gavin Newsom;

        t. Eleni Kounalakis;

        u. Robert Rivas;

        v. Tony Thurmond;

        w. Michael V. Drake;

        x. Geoffrey Pack; and

        y. Alfonso Salazar.

7. The following Defendants remain in this case:

    a. The Regents of the University of California (the "University");

    b. Rich Lyons, in his official capacity as chancellor of the University of California at Berkeley;

    c. Julio J. Frenk Mora, in his official capacity as chancellor of the University of California at Los Angeles;

    d. Howard Gillman, in his official capacity as chancellor of the University of California at Irvine;

e. Sam Hawgood, in his official capacity as chancellor of the University of California at San Francisco;

f. Pradeep K. Khosla, in his official capacity as chancellor of the University of California at San Diego;

g. Cynthia K. Larive, in her official capacity as chancellor of the University of California at Santa Cruz;

h. Gary S. May, in his official capacity as chancellor of the University of California at Davis;

i. Juan Sánchez Muñoz, in his official capacity as chancellor of the University of California at Merced;

j. Kim A. Wilcox, in her official capacity as chancellor of the University of California at Riverside; and

k. David Marshall, in his official capacity as interim chancellor of the University of California at Santa Barbara.[1]

8. Defendants represent that any injunctive or declaratory relief against the University will apply to and be binding on the University campuses for which the remaining individual Defendants serve as Chancellors;

9. Defendants represent that any injunctive or declaratory relief against any remaining individual Defendant in his or her official capacity will apply to and be binding on the University campus for which he or she serves as Chancellor;

---

[1] David Marshall replaced Henry Yang, whom the First Amended Complaint names as a defendant in his official capacity as chancellor of the University of California at Santa Barbara, as interim chancellor of University of California at Santa Barbara. As Chancellor Yang's successor, Chancellor Marshall is "automatically substituted as a party," and "[l]ater proceedings should be in" his name. Fed. R. Civ. P. 25(d).

10. Defendants do not waive any defenses or objections in this action by agreeing to this stipulation;

11. The remaining Defendants' deadline to answer or otherwise respond to the First Amended Complaint is currently June 24, 2025 (Fed. R. Civ. P. 15(a)(3));

12. The Parties agree that the remaining Defendants' deadline to answer or otherwise respond to the First Amended Complaint shall be extended up to and including August 14, 2025;

13. The extension is made for good cause, including because it will serve the interests of judicial efficiency, and is the first such extension requested by the Parties; and

14. The extension will not alter the date of any event or any deadline fixed by Court order.

[SIGNATURE PAGE FOLLOWS]

| | |
|---|---|
| Dated: June 23, 2025 | Respectfully submitted, |
| /s/ Felicia H. Ellsworth | /s/ Jonathan F. Mitchell |
| **WILMER CUTLER PICKERING HALE AND DORR LLP** | **BROWN WEGNER LLP** |
| Debo Adegbile (*pro hac vice*) | William J. Brown Jr. (SBN 192950) |
| debo.adegbile@wilmerhale.com | bill@brownwegner.com |
| 7 World Trade Center | 2010 Main Street, Suite 1260 |
| 250 Greenwich Street | Irvine, California 92614 |
| New York, NY 10007 | Telephone: 949-705-0081 |
| Telephone: 212-295-8800 | |
| | **MITCHELL LAW PLLC** |
| Felicia H. Ellsworth (*pro hac vice*) | Jonathan F. Mitchell (*pro hac vice*) |
| felicia.ellsworth@wilmerhale.com | Texas Bar No. 24075463 |
| 60 State Street | jonathan@mitchell.law |
| Boston, MA 02109 | 111 Congress Avenue, Suite 400 |
| Telephone: 617-526-6000 | Austin, Texas 78701 |
| | Telephone: 512-686-3940 |
| | Fax: 512-686-3941 |
| Joshua A. Vittor (CA Bar No. 326221) | |
| joshua.vittor@wilmerhale.com | **AMERICAN FIRST LEGAL FOUNDATION** |
| 350 South Grand Avenue | |
| Suite 2400 | Ryan Giannetti (*pro hac vice*) |
| Los Angeles, CA 90071 | D.C. Bar No. 400153 |
| Telephone: 213-443-5300 | ryan.giannetti@aflegal.org |
| | 300 Independence Avenue SE |
| *Attorneys for Defendants* | Washington, DC 20003 |
| | Telephone: 202-964-3721 |
| | |
| | *Attorneys for Plaintiffs* |

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to United States District Court for the Central District of California's Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories to this document have concurred in this filing and have authorized this filing.

Dated: June 23, 2025          */s/ Felicia H. Ellsworth*
                              Felicia H. Ellsworth