JONATHAN F. MITCHELL *
jonathan@mitchell.law
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940

* admitted *pro hac vice*

WILLIAM J. BROWN JR.
California Bar No. 192950
bill@brownwegner.com
Brown Wegner LLP
2010 Main Street, Suite 1260
Irvine, California 92614
(949) 705-0081

*Counsel for Plaintiff*

[Additional counsel for Plaintiff on next page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| **Students Against Racial Discrimination,** | Case No. 8:25-cv-00192 |
| Plaintiff, | |
| v. | **Response to the Defendants' Notice of Related Cases** |
| **The Regents of the University of California**, et al., | |
| Defendants. | |

[Additional counsel for Plaintiff]

Ryan Giannetti*
ryan.giannetti@aflegal.org
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, DC 20003
(202) 964-3721

* admitted *pro hac vice*

1  The defendants' notice of related cases asserts that the first amended
2  complaint adds new claims against the University of California medical
3  schools that were absent from the plaintiff's original complaint. *See* Notice of
4  Related Cases, ECF No. 27, at 2–3. That is untrue; the original complaint ac-
5  cused the entire University of California system of discriminating on account
6  of race in student admissions, and it sued the chancellors of every UC cam-
7  pus including the University of California at San Francisco, which has no
8  undergraduate program or law school and has only a medical school, pharma-
9  cy school, nursing school, dentistry school, and a graduate division. The first
10 amended complaint narrowed the plaintiff's claims by focusing on illegal dis-
11 criminatory practices in the UC's medical-school, law-school, and under-
12 graduate admissions. But the original complaint alleged and claimed racially
13 discriminatory admissions in all components of the University of California.
14 So is no reason for this Court to revisit its earlier decision declining to relate
15 this case with *Do No Harm v. Regents of the University of California*, No. 2:25-
16 cv-04131-MCS-JC (C.D. Cal.).

|   |   |
|---|---|
|   | Respectfully submitted. |
|   |   |
|   | /s/ William J. Brown Jr. |
| Jonathan F. Mitchell* | William J. Brown Jr. |
| Texas Bar No. 24075463 | California Bar No. 192950 |
| Mitchell Law PLLC | Brown Wegner LLP |
| 111 Congress Avenue, Suite 400 | 2010 Main Street, Suite 1260 |
| Austin, Texas 78701 | Irvine, California 92614 |
| (512) 686-3940 (phone) | (949) 705-0081 (phone) |
| (512) 686-3941 (fax) | bill@brownwegner.com |
| jonathan@mitchell.law |  |
|   | Ryan Giannetti* |
|   | D.C. Bar No. 400153 |
|   | America First Legal Foundation |
|   | 611 Pennsylvania Avenue SE #231 |
|   | Washington, DC 20003 |
|   | (202) 964-3721 (phone) |
| * admitted *pro hac vice* | ryan.giannetti@aflegal.org |
|   |   |
| Dated: June 10, 2025 | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I certify that on June 24, 2025, I served this document by CM/ECF upon:

DEBO ADEGBILE
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 295-8800
debo.adegbile@wilmerhale.com

FELICIA H. ELLSWORTH
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
felicia.ellsworth@wilmerhale.com

JOSHUA A. VITTOR
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue Suite 2400
Los Angeles, California 90071
(213) 443-5300
joshua.vittor@wilmerhale.com

*Counsel for the Defendants*

Dated: June 24, 2025

/s/ William J. Brown Jr.
WILLIAM J. BROWN JR.
*Counsel for Plaintiff*