**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STUDENTS AGAINST RACIAL DISCRIMINATION, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., <br><br> *Defendants*. | Case No. 8:25-cv-00192-JWH <br><br> **ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND DISMISSING DEFENDANTS** |

Pursuant to the Parties' stipulation, it is hereby **ORDERED** as follows:

1. Defendants' motion to dismiss the initial Complaint (Dkt. 24) is **DENIED as moot,** in light of the filing of the First Amended Complaint (Dkt. 26), without prejudice to Defendants' ability to move to dismiss or otherwise respond to the First Amended Complaint.

2. The hearing on Defendants' motion to dismiss the initial Complaint, set for July 10, 2025 (Dkt. 25), is **VACATED**.

3. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all claims are voluntarily **DISMISSED**, **without prejudice**, against the following Defendants: Maria Anguiano; Elaine E. Batchlor; Josiah Beharry; Carmen Chu; Michael Cohen; Gareth Elliott; Howard "Peter" Guber; Jose M. Hernandez; Nancy Lee; Richard Leib; Hadi Makarechian; Ana Matosantos; Robert Myers; Lark Park; Janet Reilly; Mark Robinson; Gregory Sarris; Jonathan "Jay" Sures; Gavin Newsom; Eleni Kounalakis; Robert Rivas; Tony Thurmond; Michael V. Drake; Geoffrey Pack; and Alfonso Salazar.

4. The remaining Defendants' deadline to answer or otherwise respond to the First Amended Complaint is **EXTENDED** up to and including August 14, 2025.

**IT IS SO ORDERED.**

Dated: June 24, 2025

John W. Holcomb,
United States District Judge