Jonathan F. Mitchell *
jonathan@mitchell.law
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940

* admitted *pro hac vice*

William J. Brown Jr.
California Bar No. 192950
bill@brownwegner.com
Brown Wegner LLP
2010 Main Street, Suite 1260
Irvine, California 92614
(949) 705-0081

*Counsel for Plaintiff*

[Additional counsel for Plaintiff on next page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| **Students Against Racial Discrimination**, <br><br> Plaintiff, <br><br> v. <br><br> **The Regents of the University of California**, et al., <br><br> Defendants. | Case No. 8:25-cv-00192 <br><br> **Response to Order to Show Cause Why Cases Should Not Be Consolidated (Docket Entry No. 31)** |

[Additional counsel for Plaintiff]

Ryan Giannetti*
ryan.giannetti@aflegal.org
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, DC 20003
(202) 964-3721

* admitted *pro hac vice*

Students Against Racial Discrimination opposes consolidation of this case with *Do No Harm v. David Geffen School of Medicine at UCLA*, No. 8:25-cv-04131 (C.D. Cal.). Although the cases involve some common questions of facts and law surrounding the admissions policies at UCLA's medical school, consolidation would nonetheless undermine rather than serve judicial economy.

First. The claims in *Do No Harm* attack only the policies of UCLA's medical school, while the plaintiff in *Students Against Racial Discrimination* is challenging student admissions policies at *every* medical school, law school, and undergraduate campus in the University of California system. Consolidation would unduly delay the proceedings in *Do No Harm*, which are focused on only a narrow slice of the UC system, as the proceedings in *Students Against Racial Discrimination* will require much more time for discovery and a significantly longer trial.

Second. The plaintiffs in *Do No Harm* are seeking class certification, while the plaintiff in *Students Against Racial Discrimination* is not. Class-certification proceedings can become a mini-trial unto themselves, and orders granting or denying class certification can be subject to interlocutory appeals. *See* Fed. R. Civ. P. 23(f). This could lead to delays in *Students Against Racial Discrimination*, especially when class certification is supposed to be resolved at an early practicable time,[1] as the class-certification issues in *Do No Harm* may delay discovery and motion-to-dismiss proceedings in the consolidated *SARD* litigation.

---

1. *See* Fed. R. Civ. P. 23(c)(1).

Third. The plaintiffs in *Do No Harm* have demanded a jury trial, but the plaintiff in *Students Against Racial Discrimination* has not. Consolidation of these cases will be impracticable if one case must be tried before a jury while the other is conducted as a bench trial.

Rather than consolidate the cases, the plaintiff recommends that the Court order the plaintiffs in *Do No Harm* and *Students Against Racial Discrimination* to share discovery that they obtain from UCLA's medical school and coordinate their discovery efforts to avoid any duplicative discovery requests. We have discussed this arrangement with plaintiffs' counsel in *Do No Harm* and they are supportive of the idea. This would avoid duplicated work for the Court and the parties while avoiding undue delays in either of the two cases.

                                                        Respectfully submitted.

| | |
|---|---|
| | /s/ William J. Brown Jr. |
| Jonathan F. Mitchell* | William J. Brown Jr. |
| Texas Bar No. 24075463 | California Bar No. 192950 |
| Mitchell Law PLLC | Brown Wegner LLP |
| 111 Congress Avenue, Suite 400 | 2010 Main Street, Suite 1260 |
| Austin, Texas 78701 | Irvine, California 92614 |
| (512) 686-3940 (phone) | (949) 705-0081 (phone) |
| (512) 686-3941 (fax) | bill@brownwegner.com |
| jonathan@mitchell.law | |
| | Ryan Giannetti* |
| | D.C. Bar No. 400153 |
| | America First Legal Foundation |
| | 611 Pennsylvania Avenue SE #231 |
| | Washington, DC 20003 |
| | (202) 964-3721 (phone) |
| * admitted *pro hac vice* | ryan.giannetti@aflegal.org |
| Dated: July 30, 2025 | *Counsel for Plaintiff* |

## Certificate of Service

I certify that on July 30, 2025, I served this document by CM/ECF upon:

Debo Adegbile
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue Suite 2400
Los Angeles, California 90071
(213) 443-5300
joshua.vittor@wilmerhale.com

*Counsel for the Defendants*

Dated: July 30, 2025

/s/ William J. Brown Jr.
William J. Brown Jr.
*Counsel for Plaintiff*