UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

**Students Against Racial Discrimination**,

Plaintiff,

v.

**The Regents of the University of California,** et al.,

Defendants.

Case No. 8:25-cv-00192-JWH-JDE

### DECLARATION OF STEVE FOLLMER

I, Steve Follmer, declare as follows:

1. My name is Steve Follmer. I am over 21 years of age and fully competent to make this declaration.

2. I am the president of Students Against Racial Discrimination (SARD), the plaintiff in this case.

3. One of my responsibilities as president of SARD is to keep track of SARD's membership and process the forms of those who request to enroll as members of SARD through our website (http://sard.law).

4. SARD is a genuine membership organization, and SARD has actual members.

5. The people described as Individuals A, B, C, D, E, and F in the first amended complaint (ECF No. 26) are real people who are actual members of SARD. Each of them enrolled as members of SARD before the first amended complaint was filed on June 10, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/26/2025

STEVE FOLLMER