# EXHIBIT A: SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| | | | |
|---|---|---|---|
| **Case No.:** | 8:25-cv-00192-JWH-JDE | | |
| **Case Name:** | SARD v. The Regents of the University of California | | |
| <u>Event</u> | Plaintiff's Request <u>month/day/year</u> | Defendant's Request <u>month/day/year</u> | Court's <u>Order</u> |
| ☐ Jury Trial *or* ☒ Bench Trial **(Monday at 9:00 a.m.)** Length: 20 days | June 28, 2027 | October 18, 2027 | |
| Final Pretrial Conference [L.R. 16] **(Friday–17 days before trial date)** | June 11, 2027 | October 1, 2027 | |
| Hearing on Motions *in Limine* **(Friday–7 days before Final PTC)** | June 4, 2027 | September 24, 2027 | |
| Last Date to Hear Non-Discovery Motions | May 1, 2027 | July 23, 2027 | |
| Last Date to Conduct Settlement Conference | May 1, 2027 | September 24, 2027 | |
| All Discovery Cut-Off (including hearing all discovery motions) | February 25, 2027 | April 16, 2027 | |
| Expert Disclosure (Rebuttal) | October 19, 2026 | March 12, 2027 | |
| Expert Disclosure (Initial) | September 1, 2026 | January 15, 2027 | |

<u>ADR [L.R. 16-15] Settlement Choice</u>:

☐   Attorney Settlement Officer Panel

☒   Private Mediation

☐   Magistrate Judge