Jonathan F. Mitchell *
jonathan@mitchell.law
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940

* admitted *pro hac vice*

William J. Brown Jr.
California Bar No. 192950
bill@brownwegner.com
Brown Wegner LLP
2010 Main Street, Suite 1260
Irvine, California 92614
(949) 705-0081

*Counsel for Plaintiff*

[Additional counsel for Plaintiff on next page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

**Students Against Racial Discrimination**,

        Plaintiff,

v.

**The Regents of the University of California**, et al.,

        Defendants.

Case No. 8:25-cv-00192-JWH-JDE

**Plaintiff's Notice of Withdrawal of Claims Related To Medical-School Admissions**

1   [Additional counsel for Plaintiff]

2   RYAN GIANNETTI*
3   ryan.giannetti@aflegal.org
4   America First Legal Foundation
    611 Pennsylvania Avenue SE #231
5   Washington, DC 20003
6   (202) 964-3721

7   * admitted *pro hac vice*

Plaintiff Students Against Racial Discrimination (SARD) withdraws all of its claims related to the defendants' medical-school admissions policies, effective immediately and without prejudice. SARD is challenging only the defendants' admissions practices related to their undergraduate colleges and their law schools.

SARD also voluntarily dismisses its claims against defendant Sam Hawgood, in his official capacity as chancellor of the University of California at San Francisco, as UCSF has neither a law school nor an undergraduate college. SARD's dismissal of its claims against chancellor Hawgood are without prejudice.

                                             Respectfully submitted.

| | |
|---|---|
| WILLIAM J. BROWN JR.<br>California Bar No. 192950<br>Brown Wegner LLP<br>2010 Main Street, Suite 1260<br>Irvine, California 92614<br>(949) 705-0081 (phone)<br>bill@brownwegner.com<br><br>RYAN GIANNETTI*<br>D.C. Bar No. 400153<br>America First Legal Foundation<br>611 Pennsylvania Avenue SE #231<br>Washington, DC 20003<br>(202) 964-3721 (phone)<br>ryan.giannetti@aflegal.org<br><br>Dated: October 28, 2025 | /s/ Jonathan F. Mitchell<br>JONATHAN F. MITCHELL*<br>Texas Bar No. 24075463<br>Mitchell Law PLLC<br>111 Congress Avenue, Suite 400<br>Austin, Texas 78701<br>(512) 686-3940 (phone)<br>(512) 686-3941 (fax)<br>jonathan@mitchell.law<br><br><br><br><br>* admitted *pro hac vice*<br><br>*Counsel for Plaintiff* |

# Certificate of Service

I certify that on October 28, 2025, I served this document by CM/ECF upon:

Debo Adegbile
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue Suite 2400
Los Angeles, California 90071
(213) 443-5300
joshua.vittor@wilmerhale.com

*Counsel for the Defendants*

Dated: October 28, 2025

    /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiff*