UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| Case No. | 8:25-cv-00192-JWH (JDEx) | Date | October 28, 2025 |
|---|---|---|---|
| Title | *Students Against Racial Discrimination v. The Regents of The University of California et al.* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|

| Clarissa Lara | Court Smart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Jonathan F. Mitchell | Gelicia H. Ellsworth |
| William J. Brown, Jr. | Joshua A. Vittor |
| | Michael S. Crafts |

**Proceedings:    DEFENDANTS' MOTION TO DISMISS [35]; SCHEDULING CONFERENCE**

Counsel state their appearances.  The Court confers with counsel regarding the Court's Tentative Order.  For the reasons stated on the record, the Court hereby **ORDERS** as follows:

1.    Defendants' Motion to Dismiss [ECF No. 35] is taken **UNDER SUBMISSION**.

2.    A trial schedule is **SET**.  The Court will issue a separate Scheduling Order.

**IT IS SO ORDERED.**

Time:  00:29
Initials of Preparer: cla