1  Jonathan F. Mitchell*
2  jonathan@mitchell.law
   Mitchell Law PLLC
3  111 Congress Avenue, Suite 400
4  Austin, Texas 78701
   (512) 686-3940
5
6  * admitted *pro hac vice*
7  William J. Brown Jr.
8  California Bar No. 192950
9  bill@brownwegner.com
   Brown Wegner LLP
10 2010 Main Street, Suite 1260
11 Irvine, California 92614
   (949) 705-0081
12
13 *Counsel for Plaintiff*
14 [Additional counsel for Plaintiff on next page]
15
16           UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
17                  SOUTHERN DIVISION
18
19 **Students Against Racial Discrimination**,
20              Plaintiff,
                                          Case No. 8:25-cv-00192-JWH-JDE
21
22 v.                                     **Plaintiff's Notice of Subpoena to State Bar of California**
23 **The Regents of the University of California**, et al.,
24
25              Defendants.
26

[Additional counsel for Plaintiff]

RYAN GIANNETTI*
ryan.giannetti@aflegal.org
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, DC 20003
(202) 964-3721

* admitted *pro hac vice*

1  Please take notice that plaintiff Students Against Racial Discrimination
2  (SARD) intends to serve a subpoena upon the State Bar of California, con-
3  sistent with Rule 45 of the federal rules of civil procedure. A copy of the sub-
4  poena that will be served on the State Bar of California is attached.

Respectfully submitted.

 /s/ Jonathan F. Mitchell
WILLIAM J. BROWN JR.                JONATHAN F. MITCHELL*
California Bar No. 192950           Texas Bar No. 24075463
Brown Wegner LLP                    Mitchell Law PLLC
2010 Main Street, Suite 1260        111 Congress Avenue, Suite 400
Irvine, California 92614            Austin, Texas 78701
(949) 705-0081 (phone)              (512) 686-3940 (phone)
bill@brownwegner.com                (512) 686-3941 (fax)
                                    jonathan@mitchell.law
RYAN GIANNETTI*
D.C. Bar No. 400153
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, DC 20003
(202) 964-3721 (phone)
ryan.giannetti@aflegal.org          * admitted *pro hac vice*

Dated: January 7, 2026              *Counsel for Plaintiff*

# Certificate of Service

I certify that on January 7, 2026, I served this document by CM/ECF upon:

Debo Adegbile
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue Suite 2400
Los Angeles, California 90071
(213) 443-5300
joshua.vittor@wilmerhale.com

*Counsel for the Defendants*

Dated: January 7, 2026

    /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiff*