WILMER CUTLER PICKERING HALE AND DORR LLP
Debo P. Adegbile (admitted *pro hac vice*)
Michael S. Crafts (admitted *pro hac vice*)
debo.adegbile@wilmerhale.com
michael.crafts@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800

Felicia H. Ellsworth (admitted *pro hac vice*)
felicia.ellsworth@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

Joshua A. Vittor (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300

*Attorneys for UC Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STUDENTS AGAINST RACIAL DISCRIMINATION,<br><br>*Plaintiff*,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA et al.,<br><br>*Defendants*. | Case No. 8:25-cv-00192-JWH-JDE<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO OPERATIVE COMPLAINT**<br><br>Sec. Am. Complaint served: 1/7/2026<br>Current response date: 1/30/2026<br>New response date: 2/13/2026 |

Pursuant to Local Rule 7-1, it is hereby stipulated and agreed upon between Plaintiff and the UC Defendants and their respective counsel as follows:

1. Plaintiff Students Against Racial Discrimination ("SARD") filed its Complaint on February 3, 2025 (Dkt. 1);
2. Defendants moved to dismiss the Complaint on May 20, 2025 (Dkt. 24);
3. SARD filed its First Amended Complaint on June 10, 2025 (Dkt. 26);
4. Defendants moved to dismiss the First Amended Complaint on August 14, 2025 (Dkt. 35);
5. The Court granted Defendants' motion to dismiss in part and denied it in part on December 16, 2025, granting SARD leave to amend certain claims and setting the following deadlines (Dkt. 51):
    A. SARD to file any amended pleading by January 9, 2026;
    B. Defendants to respond to the operative complaint by January 30, 2026;
6. SARD filed its Second Amended Complaint on January 7, 2026 (Dkt. 52);
7. The Second Amended Complaint names, for the first time as a defendant, David Faigman, Chancellor and Dean of UC Law San Francisco, in his official capacity;
8. Chancellor Faigman executed a service waiver sent to him on January 21, 2026 (Dkt. 54);
9. Counsel for SARD and counsel for the UC Defendants[1] met and conferred regarding the Second Amended Complaint and a potential motion to dismiss on January 21, 23, and 27, 2026;

---

[1] "UC Defendants" refers to all Defendants named in the Second Amended Complaint except for David Faigman, Dean and Chancellor of UC Law San Francisco, an entity that is not governed by the Regents of the University of California.

10. As a result of those conferences, SARD and the UC Defendants agreed to eliminate certain disputes, and SARD informed the UC Defendants that it intends to file a Third Amended Complaint to make changes necessary to eliminate the disputes;

11. The UC Defendants intend to consent to the filing of the Third Amended Complaint, and the UC Defendants and SARD intend to stipulate to the filing of the Third Amended Complaint;

12. Even with those disputes eliminated, the UC Defendants anticipate moving to dismiss the forthcoming Third Amended Complaint;

13. Chancellor Faigman has yet to have counsel enter an appearance on his behalf, and SARD and the UC Defendants understand that Chancellor Faigman is in the process of retaining counsel;

14. After Chancellor Faigman retains counsel, SARD and the UC Defendants expect all Parties to join a stipulation regarding deadlines for filing of, and responses to, SARD's expected Third Amended Complaint;

15. In the interest of judicial efficiency—and to avoid motion practice directed to a complaint SARD intends to supersede—SARD and the UC Defendants agree that the UC Defendants' deadline to respond to the operative complaint should be extended by two weeks, to and including February 13, 2026;

16. SARD and the UC Defendants therefore stipulate that the UC Defendants' deadline to answer or otherwise respond to the operative complaint shall be extended from January 30, 2026, to February 13, 2026;

17. This stipulation does not affect the separate deadline for Chancellor Faigman to respond to the operative complaint (March 23, 2026) under the waiver of service (Dkt. 54);

18. This stipulation is made for good cause, including because it will serve the interests of judicial efficiency, and will not alter the date of any other event or deadline set by Court order.

Dated: January 29, 2026

Respectfully submitted,

/s/ Felicia H. Ellsworth
**WILMER CUTLER PICKERING HALE AND DORR LLP**
Debo Adegbile (pro hac vice)
Michael S. Crafts (pro hac vice)
debo.adegbile@wilmerhale.com
michael.crafts@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800

Felicia H. Ellsworth (pro hac vice)
felicia.ellsworth@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

Joshua A. Vittor (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300

*Attorneys for UC Defendants*

/s/ Jonathan F. Mitchell
**MITCHELL LAW PLLC**
Jonathan F. Mitchell (pro hac vice)
Texas Bar No. 24075463
jonathan@mitchell.law
111 Congress Avenue, Suite 400
Austin, Texas 78701
Telephone: 512-686-3940
Fax: 512-686-3941

**BROWN WEGNER LLP**
William J. Brown Jr. (SBN 192950)
bill@brownwegner.com
2010 Main Street, Suite 1260
Irvine, California 92614
Telephone: 949-705-0081

**AMERICAN FIRST LEGAL FOUNDATION**
Ryan Giannetti (pro hac vice)
D.C. Bar No. 400153
ryan.giannetti@aflegal.org
300 Independence Avenue SE
Washington, DC 20003
Telephone: 202-964-3721

*Attorneys for Plaintiff*

1 **ATTESTATION OF CONCURRENCE IN FILING**

2 Pursuant to United States District Court for the Central District of
3 California's Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories to
4 this document have concurred in this filing and have authorized this filing.

6 Dated: January 29, 2026         /s/ Felicia H. Ellsworth
7                                  Felicia H. Ellsworth