**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STUDENTS AGAINST RACIAL DISCRIMINATION,<br><br>          *Plaintiff*,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA et al.,<br><br>          *Defendants*. | Case No. 8:25-cv-00192-JWH-JDE<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO OPERATIVE COMPLAINT** |

Pursuant to the stipulation between Plaintiff and the UC Defendants, it is **ORDERED** that the deadline for the UC Defendants to answer or otherwise respond to the operative complaint shall be extended up to and including February 13, 2026.[1]

**IT IS SO ORDERED.**

Dated:

_____       _____

John W. Holcomb
United States District Judge

---

[1] "UC Defendants" refers to all Defendants named in the Second Amended Complaint except for David Faigman, Dean and Chancellor of UC Law San Francisco. For avoidance of doubt, the deadline for Chancellor Faigman to respond to the operative complaint remains March 23, 2026. Dkt. 54.