Jonathan F. Mitchell *
jonathan@mitchell.law
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940

* admitted *pro hac vice*

William J. Brown Jr.
California Bar No. 192950
bill@brownwegner.com
Brown Wegner LLP
2010 Main Street, Suite 1260
Irvine, California 92614
(949) 705-0081

*Counsel for Plaintiff*

[Additional counsel for Plaintiff on next page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| **Students Against Racial Discrimination**, <br><br> Plaintiff, <br><br> v. <br><br> **The Regents of the University of California**, et al., <br><br> Defendants. | Case No. 8:25-cv-00192-JWH-JDE <br><br> **Plaintiff's Notice of Subpoena to Dr. Roger Bolus** |

1  [Additional counsel for Plaintiff]

2  RYAN GIANNETTI*
3  ryan.giannetti@aflegal.org
4  America First Legal Foundation
   611 Pennsylvania Avenue SE #231
5  Washington, DC 20003
6  (202) 964-3721

7  * admitted *pro hac vice*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1    Please take notice that plaintiff Students Against Racial Discrimination (SARD) intends to serve a subpoena upon Dr. Roger Bolus, consistent with Rule 45 of the federal rules of civil procedure. A copy of the subpoena that will be served on the Dr. Bolus is attached.

Respectfully submitted.

/s/ Jonathan F. Mitchell

| | |
|---|---|
| William J. Brown Jr. | Jonathan F. Mitchell* |
| California Bar No. 192950 | Texas Bar No. 24075463 |
| Brown Wegner LLP | Mitchell Law PLLC |
| 2010 Main Street, Suite 1260 | 111 Congress Avenue, Suite 400 |
| Irvine, California 92614 | Austin, Texas 78701 |
| (949) 705-0081 (phone) | (512) 686-3940 (phone) |
| bill@brownwegner.com | (512) 686-3941 (fax) |
| | jonathan@mitchell.law |

Ryan Giannetti*
D.C. Bar No. 400153
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, DC 20003
(202) 964-3721 (phone)
ryan.giannetti@aflegal.org     * admitted *pro hac vice*

Dated: January 29, 2026     *Counsel for Plaintiff*

# Certificate of Service

I certify that on January 29, 2026, I served this document by CM/ECF upon:

Debo Adegbile
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue Suite 2400
Los Angeles, California 90071
(213) 443-5300
joshua.vittor@wilmerhale.com

*Counsel for the Defendants*

Dated: January 29, 2026

      /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiff*