Jonathan F. Mitchell *
jonathan@mitchell.law
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940

* admitted *pro hac vice*

William J. Brown Jr.
California Bar No. 192950
bill@brownwegner.com
Brown Wegner LLP
2010 Main Street, Suite 1260
Irvine, California 92614
(949) 705-0081

*Counsel for Plaintiff*

[Additional counsel for Plaintiff on next page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

**Students Against Racial Discrimination**,

        Plaintiff,

v.

**The Regents of the University of California**, et al.,

        Defendants.

Case No. 8:25-cv-00192-JWH-JDE

**Plaintiff's Notice of Subpoena to Dr. Zachary Bleemer**

1 | [Additional counsel for Plaintiff]

2

3 | Ryan Giannetti*
ryan.giannetti@aflegal.org

4 | America First Legal Foundation
611 Pennsylvania Avenue SE #231

5 | Washington, DC 20003

6 | (202) 964-3721

7

* admitted *pro hac vice*

1  Please take notice that plaintiff Students Against Racial Discrimination
2  (SARD) intends to serve a subpoena upon Dr. Zachary Bleemer, consistent
3  with Rule 45 of the federal rules of civil procedure. A copy of the subpoena
4  that will be served on the Dr. Bolus is attached.

Respectfully submitted.

 /s/ Jonathan F. Mitchell
WILLIAM J. BROWN JR.                JONATHAN F. MITCHELL*
California Bar No. 192950           Texas Bar No. 24075463
Brown Wegner LLP                    Mitchell Law PLLC
2010 Main Street, Suite 1260        111 Congress Avenue, Suite 400
Irvine, California 92614            Austin, Texas 78701
(949) 705-0081 (phone)              (512) 686-3940 (phone)
bill@brownwegner.com                (512) 686-3941 (fax)
                                    jonathan@mitchell.law
RYAN GIANNETTI*
D.C. Bar No. 400153
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, DC 20003
(202) 964-3721 (phone)
ryan.giannetti@aflegal.org          * admitted *pro hac vice*

Dated: January 29, 2026             *Counsel for Plaintiff*

## Certificate of Service

I certify that on January 29, 2026, I served this document by CM/ECF upon:

Debo Adegbile
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue Suite 2400
Los Angeles, California 90071
(213) 443-5300
joshua.vittor@wilmerhale.com

*Counsel for the Defendants*

Dated: January 29, 2026

                                                  /s/ Jonathan F. Mitchell
                                                Jonathan F. Mitchell
                                                *Counsel for Plaintiff*