Jonathan F. Mitchell *
jonathan@mitchell.law
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940

* admitted *pro hac vice*

William J. Brown Jr.
California Bar No. 192950
bill@brownwegner.com
Brown Wegner LLP
2010 Main Street, Suite 1260
Irvine, California 92614
(949) 705-0081

*Counsel for Plaintiff*

[Additional counsel for Plaintiff on following page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| **Students Against Racial Discrimination**, | Case No. 8:25-cv-00192-JWH-JDE |
| Plaintiff, | |
| v. | |
| **The Regents of the University of California**, et al. | **Stipulation of the Parties to Allow Filing of Plaintiff's Third Amended Complaint** |
| Defendants. | |

[Additional counsel for Plaintiff]

Ryan Giannetti*
ryan.giannetti@aflegal.org
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, DC 20003
(202) 964-3721

* admitted *pro hac vice*

Pursuant to Fed. R. Civ. P. 15(a)(2) and Local Rule 15-1, the parties stipulate and give written consent to the filing of the plaintiff's third amended complaint. A copy of the plaintiff's third amended complaint is attached to this stipulation, as required by Local Rule 15-1. We have also attached a redlined copy of the third amended pleading, as required by paragraph 12 of the standing order of this Court.

The parties further stipulate that the UC Defendants' deadline to respond to the operative complaint shall be extended from February 13, 2026, to February 20, 2026.[1]

The parties further agree that pursuant to a waiver of service of summons, the deadline for David Faigman (Dean and Chancellor of UC Law San Francisco) to respond to the operative complaint is March 23, 2026 (ECF No. 54).

                              Respectfully submitted.

| | |
|---|---|
| /s/ Jonathan F. Mitchell | /s/ Felicia H. Ellsworth |
| JONATHAN F. MITCHELL* | FELICIA H. ELLSWORTH* |
| Texas Bar No. 24075463 | Wilmer Cutler Pickering Hale and Dorr LLP |
| Mitchell Law PLLC | 60 State Street |
| 111 Congress Avenue, Suite 400 | Boston, Massachusetts 02109 |
| Austin, Texas 78701 | (617) 526-6000 |
| (512) 686-3940 (phone) | felicia.ellsworth@wilmerhale.com |
| (512) 686-3941 (fax) | |
| jonathan@mitchell.law | (additional counsel listed on following page) |

---

1. "UC Defendants" refers to all defendants named in the third amended complaint except for David Faigman, Dean and Chancellor of UC Law San Francisco, an entity that is not governed by the Regents of the University of California.

| | |
|---|---|
| WILLIAM J. BROWN JR.<br>California Bar No. 192950<br>Brown Wegner LLP<br>2010 Main Street, Suite 1260<br>Irvine, California 92614<br>(949) 705-0081 (phone)<br>bill@brownwegner.com<br><br>RYAN GIANNETTI*<br>D.C. Bar No. 400153<br>America First Legal Foundation<br>611 Pennsylvania Avenue SE #231<br>Washington, DC 20003<br>(202) 964-3721 (phone)<br>ryan.giannetti@aflegal.org<br><br>* admitted *pro hac vice*<br><br>*Counsel for Plaintiff*<br><br><br><br>Dated: February 12, 2026 | DEBO ADEGBILE*<br>MICHAEL S. CRAFTS*<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>(212) 295-8800<br>debo.adegbile@wilmerhale.com<br>michael.crafts@wilmerhale.com<br><br>JOSHUA A. VITTOR<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>350 South Grand Avenue Suite 2400<br>Los Angeles, California 90071<br>(213) 443-5300<br>joshua.vittor@wilmerhale.com<br><br>*Counsel for the UC Defendants*<br><br> /s/ Jeffrey P. Michalowski <br>Jeffrey P. Michalowski<br>Quarles & Brady LLP<br>101 W. Broadway, Suite 1500<br>San Diego, California 92101<br>(619) 243-0895<br>jeff.michalowski@quarles.com<br><br>*Counsel for Defendant David Faigman, Dean and Chancellor of UC Law San Francisco* |

### Certificate of Service

I certify that on February 12, 2026, I served this document by CM/ECF upon:

Debo Adegbile
Michael S. Crafts
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 295-8800
debo.adegbile@wilmerhale.com
michael.crafts@wilmerhale.com

Felicia H. Ellsworth
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue Suite 2400
Los Angeles, California 90071
(213) 443-5300
joshua.vittor@wilmerhale.com

*Counsel for the UC Defendants*

Jeffrey P. Michalowski
Quarles & Brady LLP
101 W. Broadway, Suite 1500
San Diego, California 92101
(619) 243-0895
jeff.michalowski@quarles.com

*Counsel for Defendant David Faigman*

Dated: February 12, 2026

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiff*