JONATHAN F. MITCHELL *
jonathan@mitchell.law
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940

* admitted *pro hac vice*

WILLIAM J. BROWN JR.
California Bar No. 192950
bill@brownwegner.com
Brown Wegner LLP
2010 Main Street, Suite 1260
Irvine, California 92614
(949) 705-0081

*Counsel for Plaintiff*

[Additional counsel for Plaintiff on following page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| **Students Against Racial Discrimination,** | Case No. 8:25-cv-00192 |
| Plaintiff, | |
| v. | |
| **The Regents of the University of California; Rich Lyons,** in his official capacity as chancellor of the University of California at Berkeley; **Julio J. Frenk Mora,** in his official capacity as chancellor | <u>Third</u> Amended Complaint |

**Deleted:** Second

**Deleted:** Maria Anguiano, Elaine E. Batchlor, Sonya Brooks, Carmen Chu, Michael Cohen, Gareth Elliott, Brian Komoto, Jose M. Hernandez, Nancy Lee, Richard Leib, Hadi Makarechian, Ana Matosantos, Robert Myers, Lark Park, Janet Reilly, Mark Robinson, Gregory Sarris, Jonathan "Jay" Sures, Ann Wang, Gavin Newsom, Eleni Kounalakis, Robert Rivas, Tony Thurmond, and James B. Milliken, each in their official capacities as regents of the University of California System; ...

**Deleted:** SECOND

FREEDOM
Legal@myFreedomFoundation.com
360.856.3462 | myFreedomFoundation.com
WA | PO Box 552, Olympia, WA 98507
OR | 736 Hawthorne Ave NE, Salem OR 97301

1  of the University of California at Los
2  Angeles; **Howard Gillman**, in his official
3  capacity as chancellor of the University of
4  California at Irvine; **David Faigman**, in his
5  official capacity as chancellor and dean of
6  the University of California College of the
7  Law, San Francisco; **Pradeep K. Khosla**, in
8  his official capacity as chancellor of the
9  University of California at San Diego;
10 **Cynthia K. Larive**, in her official capacity
11 as chancellor of the University of California
12 at Santa Cruz; **Gary S. May**, in his official
13 capacity as chancellor of the University of
14 California at Davis; **Juan Sánchez Muñoz**,
15 in his official capacity as chancellor of the
   University of California at Merced; **S. Jack**
   **Hu**, in his official capacity as chancellor of
   the University of California at Riverside;
   **Dennis Assanis**, in his official capacity as
   chancellor of the University of California at
   Santa Barbara,

16            Defendants.

17
18
19
20
21
22
23
24
25
26

**Deleted:** SECOND

THIRD AMENDED COMPLAINT                    Page 2 of 27

FREEDOM FOUNDATION

Legal@myFreedomFoundation.com
360.856.3482  |  myFreedomFoundation.com
WA  |  PO Box 552, Olympia, WA 98507
OR  |  736 Hawthorne Ave NE, Salem OR 97301

[Additional counsel for Plaintiff]

RYAN GIANNETTI*
ryan.giannetti@aflegal.org
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, DC 20003
(202) 964-3721

* admitted *pro hac vice*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

THIRD AMENDED COMPLAINT                                   Page 3 of 27

Deleted: SECOND

Federal law prohibits universities that accept federal funds from discriminating on account of race. *See* 42 U.S.C. § 2000d (Title VI); 42 U.S.C. § 1981. The University of California System is flouting these requirements by using racial preferences in student admissions—a practice that violates the clear and unequivocal text of Title VI and 42 U.S.C. § 1981, as well as the Equal Protection Clause of the Fourteenth Amendment. The plaintiff brings suit to enjoin these discriminatory practices, and to ensure that the defendants comply with their obligations under federal anti-discrimination laws.

## Jurisdiction and Venue

1. The Court has subject-matter jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

2. Venue is proper because a substantial part of the events giving rise to the claims occurred in this judicial district and division. *See* 28 U.S.C. § 1391(b)(2). Venue is additionally proper because at least one of the defendants resides in this judicial district and division and all defendants reside in California. *See* 28 U.S.C. § 1391(b)(1).

## Parties

3. Plaintiff Students Against Racial Discrimination (SARD) is a voluntary, non-profit membership organization incorporated under the laws of California. SARD was formed and exists for the purpose of restoring meritocracy in academia and fighting illegal race and sex preferences that subordinate academic merit to so-called diversity considerations. SARD has members who intend to apply and will apply for admission to each of the University of California's nine undergraduate campuses. SARD also has members who intend to apply and will apply for admission to each of the University of California's five law schools. SARD's website is at https://www.sard.law. Its of-

THIRD AMENDED COMPLAINT                                      Page 4 of 27

Deleted: SECOND

FREEDOM FOUNDATION

Legal@myFreedomFoundation.com
360.956.3482 | myFreedomFoundation.com
WA | PO Box 552, Olympia, WA 98507
OR | 736 Hawthorne Ave NE, Salem OR 97301

1  fice and mailing address are located in Santa Ana, California.

2      4. Defendant The Regents of the University of California is a non-profit

3  educational institution organized under the laws of the state of California. It

4  can be served at its Office of the General Counsel, 1111 Franklin Street, 8th

5  Floor Oakland, California 94607. Defendant the Regents of the University of

6  California operates the UC System. Under Article IX, §9 of the California

7  Constitution, the regents have the "full powers of organization and govern-

8  ment" over the UC System, including each of its nine undergraduate cam-

9  puses and each of its five law schools. *See* Cal. Const. art. IX, § 9(a).

10     5. Defendants Rich Lyons, Julio J. Frenk Mora, Howard Gillman, David

11 Faigman, Pradeep K. Khosla, Cynthia K. Larive, Gary S. May, Juan Sánchez

12 Muñoz, S. Jack Hu, and Dennis Assanis are chancellors of the University of

13 California at Berkeley; the University of California at Los Angeles; the Uni-

14 versity of California at Irvine; the University of California College of the

15 Law, San Francisco; the University of California at San Diego; the University

16 of California at Santa Cruz; the University of California at Davis; the Univer-

17 sity of California at Merced; the University of California at Riverside; and

18 the University of California at Santa Barbara. They can be served at the Of-

19 fice of the General Counsel, 1111 Franklin Street, 8th Floor Oakland, Cali-

20 fornia 94607. Each of the chancellors is sued in his or her official capacity.

21     6. The Regents' bylaws describe the chancellors' responsibilities and

22 prerogatives as follows:

23       The Chancellors serve as the executive heads of their respective
24       campuses, implementing the policies and objectives of the
         Board and of the President of the University, and apprising the
25       Board and the President of the University of significant devel-
26       opments affecting their campuses and the University. The

THIRD AMENDED COMPLAINT                                    Page 5 of 27

> **Deleted:** <#>Defendants Maria Anguiano, Elaine E. Batchlor, Sonya Brooks, Carmen Chu, Michael Cohen, Gareth Elliott, Brian Komoto, Jose M. Hernandez, Nancy Lee, Richard Leib, Hadi Makarechian, Ana Matosantos, Robert Myers, Lark Park, Janet Reilly, Mark Robinson, Gregory Sarris, Jonathan "Jay" Sures, and Ann Wang are appointed regents of the University of California system. They can be served at the Office of the General Counsel, 1111 Franklin Street, 8th Floor Oakland, California 94607. The appointed regents are sued in their official capacities.¶
> <#>Defendants Gavin Newsom, Eleni Kounalakis, Robert Rivas, Tony Thurmond, and James B. Milliken are ex officio regents of the University of California system. They can be served at the Office of the General Counsel, 1111 Franklin Street, 8th Floor Oakland, California 94607. The ex officio regents are sued in their official capacities.¶

> **Deleted:** SECOND

FREEDOM
Legal@myFreedomFoundation.com
360.956.3482  |  myFreedomFoundation.com
WA  |  PO Box 552, Olympia, WA 98507
OR  |  736 Hawthorne Ave NE, Salem OR 97301

Chancellors set the policies, goals and strategic direction for their campuses, consistent with those of the University. The Chancellors are responsible for the organization, internal administration, operation, financial management, and discipline of their campuses within the budget and policies approved by the Board and/or the President of the University. They oversee all faculty personnel and other staff at their locations, and appoint all members of the instructional staff, and may fix their remuneration in accordance with the provisions of the budget established by the Board and the salary scales of the University.

Bylaw 31, University of California Board of Regents, available at http://bit.ly/4pp4uii [https://perma.cc/NF8G-5HAC]. The chancellors are appropriate defendants under *Ex parte Young*, 209 U.S. 123 (1908), because: (1) The chancellors serve as the "executive heads" of their campuses; (2) The chancellors hold the power to change the "policies" of their campuses, including their campuses' admissions policies for their undergraduate and law-school programs; (3) The chancellors are "responsible for the organization, internal administration, operation, financial management, and discipline of their campuses," which includes the conduct of admissions and ensuring compliance with federal and state laws banning the use of race in admissions; and (4) The chancellors "oversee all faculty personnel and other staff at their locations," including every employee involved with admissions at their campuses. The chancellors therefore have "some connection" with the enforcement of the challenged admissions policies, making them proper defendants. *See Ex parte Young*, 209 U.S. 123, 157 (1908) ("In making an officer of the state a party defendant in a suit to enjoin the enforcement of an act alleged to be unconstitutional, it is plain that such officer must have some connection with the enforcement of the act").

THIRD AMENDED COMPLAINT                                                      Page 6 of 27

Deleted: v

Deleted: SECOND

## Background

7.  The University of California system discriminates on account of race when admitting students by giving discriminatory preferences to non-Asian racial minorities. This practice allows applicants with inferior academic credentials to obtain admission at the expense of rejected candidates with better academic credentials. This discriminates against large numbers of Asian-American and white applicants, who are denied admission to UC schools based on their race. And it also harms Hispanic and black students who are often placed at a significant academic disadvantage, and thus experience worse outcomes, because of the university's use of racial preferences. Students of all races are harmed by the University of California's discriminatory behavior.

8.  These racial preferences are illegal under the clear and unambiguous text of Title VI, which prohibits all forms of racial discrimination at universities that receive federal funds and make no exception for diversity-based affirmative-action programs.

9.  They also violate 42 U.S.C. § 1981, which prohibits racial discrimination in contracting and makes no exception for diversity-based affirmative-action programs.

10.  And they violate Proposition 209, a state constitutional amendment approved by California voters in 1996 (and reaffirmed by California voters in 2020) providing that "the State shall not discriminate against, nor grant preferential treatment to, any individual or group on the basis of race, sex, color, ethnicity, or national origin in the operation of public employment, public education, or public contracting."

11.  After the voters approved Proposition 209 in 1996, the University of

**Deleted:** SECOND

FREEDOM
FOUNDATION

Legal@myFreedomFoundation.com
360.956.3482  |  myFreedomFoundation.com
WA  |  PO Box 552, Olympia, WA 98507
OR  |  736 Hawthorne Ave NE, Salem OR 97301

California (UC) began to institute new admissions policies compliant with the law, and applied "race-neutrality" to admissions for graduate students matriculating in 1997 and for undergraduate students matriculating in 1998.

12.   The effects of Proposition 209 upon UC and its students were complex and are still debated by academics. But several major effects are undisputed. First, race-blind admissions produced a sharp drop in black freshman matriculants at UC's most competitive schools (UC Berkeley and UCLA), but higher enrollment rates of these students at less-elite UC schools (*e.g.*, UC Davis and UC Irvine), in part because black students who would have attended UC Berkeley or UCLA with a preference were admissible at UC Davis or UC Irvine without a preference.

13.   Second, black students at UC campuses post-209 were generally closer to their peers in levels of academic preparation, grades, persistence in STEM fields, and graduation rates—especially rates of graduation in four years.

14.   Third, all the patterns described above for black students also affected Hispanic students, though both the reductions in admissions and the improvements in academic outcomes were less pronounced for Hispanics, presumably because Hispanics had received smaller ethnically based preferences than blacks before Proposition 209.

15.   Fourth, UC launched a variety of initiatives post-209 aimed at improving the high-school-to-UC pipeline for young Californians, especially for those from economically disadvantaged backgrounds. Over the years, according to UC documents, hundreds of millions of dollars were invested in these programs. These measures had a disproportionate and beneficial effect upon black and Hispanic high school students, and led to large increases in black

Deleted: SECOND

FREEDOM FOUNDATION

Legal@myFreedomFoundation.com
360.956.3482  |  myFreedomFoundation.com
WA  |  PO Box 552, Olympia, WA 98507
OR  |  738 Hawthorne Ave NE, Salem OR 97301

1    and Hispanic applications to UC schools. For example, the total number of
2    black, in-state applications for freshman-year admission to UC was stagnant
3    in the years before these initiatives (2,191 in 1989, and 2,151 in 1998), but
4    rose rapidly once the initiative began in 1999 (black applicants rose from
5    2,151 in 1998 to 3,307 in 2006, a greater than 50% increase.).

6        16.   For all of these reasons, the actual number of blacks and Hispanics
7    graduating from UC with bachelor's degrees was far higher for 2006 matricu-
8    lants than for pre-209 matriculants, and there was no campus for which the
9    number was materially lower.

10        17.   Nonetheless, UC administrators, who had uniformly opposed Propo-
11    sition 209 when it was proposed, continued to heavily criticize the re-
12    strictions it placed on their ability to increase racial diversity at UC campus-
13    es. In 2003, the UC Regents repealed their own internal measures forbidding
14    the use of race in admissions and hiring.

15        18.   In 2006, UCLA announced that the number of blacks matriculating
16    as freshmen at the school would fall below one hundred for the first time in
17    many years. Although this was largely a stochastic drop, and was largely off-
18    set by a large increase in black transfers to UCLA that year, the UCLA an-
19    nouncement generated a large amount of critical media coverage and protests
20    from UCLA students and faculty. UCLA's then chancellor, Norm Abrams,
21    met with the admissions committee and urged them to overhaul the admis-
22    sions, and in particular to move to a more subjective "holistic" policy, to ad-
23    dress concerns about low black admissions numbers. One of the members of
24    that admissions committee, political scientist Timothy Groseclose, has writ-
25    ten an entire book documenting how this new policy became a subterfuge for
26    reactivating racial preferences in admissions. See Tim Groseclose, *Cheating:*

**Deleted:** SECOND

FREEDOM
FOUNDATION

Legal@myFreedomFoundation.com
360.956.3482 | myFreedomFoundation.com
WA | PO Box 552, Olympia, WA 98507
OR | 736 Hawthorne Ave NE, Salem OR 97301

1  *An Insider's Report on the Use of Race in Admissions at UCLA* (2014). The
2  number of blacks admitted as freshmen to UCLA roughly doubled in the next
3  admissions cycle.

4      19.  Groseclose also documented that a majority of UCLA's undergradu-
5  ate admissions committee were unwilling to allow Groseclose—a member of
6  the committee—access to the admissions files or to detailed (anonymized)
7  data on applicant characteristics. As a compromise, the university agreed to
8  appoint Robert Mare, a distinguished sociologist who was sympathetic to the
9  use of racial preferences, to examine the question of whether UCLA's post-
10  2006 "holistic" policy was, in fact, making decisions partly on the basis of
11  applicant race.

12      20.  Mare completed two exhaustive studies—one completed in 2012, a
13  second completed in 2014—on UCLA's undergraduate admissions. The sec-
14  ond, larger report was not made public until disclosed in response to a Public
15  Records Act ("PRA") request in 2018. Both reports showed unambiguously
16  that UCLA had awarded many more undergraduate admissions to blacks and
17  Hispanics, and many fewer admissions to Asian-Americans, than could be
18  explained by considering all of the non-racial factors used in admissions.
19  Mare even provided numerical estimates of exactly how many student offers
20  (by race) resulted from the consideration of race. Over five years, over two
21  thousand offers were thus affected, by Mare's estimate.

22      21.  Meanwhile, UC administrators began to encourage other UC cam-
23  puses to adopt the same "holistic" approach that UCLA had implemented.
24  In 2011, the Regents mandated that all UC campuses utilize either "holistic"
25  or "comprehensive" review in undergraduate admissions—in other words,
26  that they move away from objective criteria towards more subjective assess-

**Deleted:** SECOND

FREEDOM

Legal@myFreedomFoundation.com
360.856.3482  |  myFreedomFoundation.com
WA  |  PO Box 552, Olympia, WA 98507
OR  |  738 Hawthorne Ave NE, Salem OR 97301

1  ments of the overall appeal of individual candidates. Trends in racial admis-
2  sions patterns consistently show that the adoption of the holistic process fa-
3  vored black and Hispanic admissions and disfavored Asian-Americans and,
4  to a lesser extent, whites.

5      22.  For example, in 2010, UC Berkeley's admission rate for black, in-
6  state freshman applicants was 13%, compared to an overall admissions rate of
7  21%. This disparity reflected the lower average academic preparation of black
8  applicants. By 2023, the black admissions rate at Berkeley was 10%, compared
9  to an overall admission rate of 12%. Over this period, in other words, Berkeley
10  moved towards a practice of aiming for a similar admissions rate for all ethnic
11  groups, regardless of qualifications.

12     23.  At UC Irvine, the 2010 admissions rate for black, in-state freshmen
13  was 24%, compared to an overall admissions rate of 45%. By 2023, the rates
14  were, respectively, 21% and 26%. At UCLA, the 2010 admissions rate for
15  black, in-state freshmen was 14%, compared to an overall admissions rate of
16  23%. By 2023, the rates were, respectively, 10% and 9%. Note that, based on
17  the Mare report, we know that black applicants were already receiving a large
18  admissions preference at UCLA in 2010. At UC Santa Barbara, the 2010
19  admissions rate for black, in-state freshmen was 28%, compared to an overall
20  admissions rate of 45%. By 2023, the rates were, respectively, 25% and 28%.

21     24.  Similar trends exist at each of the remaining UC undergraduate col-
22  leges. At UC San Diego, the overall in-state admissions rate was 38% in 2010,
23  with a 19% admissions rate for blacks; by 2023, those numbers are 25% and
24  18%. At UC Santa Cruz, the overall in-state admissions rate was 64% in 2010,
25  with a 41% admissions rate for blacks; by 2023, those numbers are 63% and
26  52%. At UC Davis, the overall in-state admissions rate was 48% in 2010, with

**Deleted:** SECOND

FREEDOM
Legal@myFreedomFoundation.com
360.956.3482  |  myFreedomFoundation.com
WA  |  PO Box 552, Olympia, WA 98507
OR  |  736 Hawthorne Ave NE, Salem OR 97301

a 31% admissions rate for blacks; by 2023, those numbers are 42% and 30%. At UC Riverside, the overall in-state admissions rate was 76% in 2010, with a 56% admissions rate for blacks; by 2023, those numbers are 70% and 57%. At UC Merced, the overall in-state admissions rate was 89% in 2010, with a 76% admissions rate for Blacks; by 2023, those numbers are 88% and 80%

25.   The degree of convergence in between the overall admissions rates and the admissions rates for blacks is highly correlated with the prestige of the school, with a bigger effect at the most elite schools, and a progressively smaller, though still detectable, effect as the eliteness of the school goes down.

26.   During this same period, UC also became notably more opaque in matters relating to race. It shut down websites that had made it possible for researchers to study the relationship between student credentials, race, and admissions, or to study aggregated changes in GPA, attrition from STEM fields, or graduation rates by race. In 2018, it refused to provide anonymized, individual-level data on student admissions and outcomes, although in 2008 it had willingly disclosed identical data covering student admissions up to 2006.

27.   One of the few types of data that the University of California does make publicly available is a website that shows, for individual California high schools, the number of freshman applicants to each UC school, the number of admitted students, and the number of enrolled students. *See* http://bit.ly/4mXH83h [https://perma.cc/4K9Q-CMBG]. This data is broken down by race, though numbers are only reported if the "cell" size is at least three. (In other words, if a given high school has ten Hispanic applicants to Berkeley, of whom four are admitted and two enroll, the website will report the "ten" and

**Deleted:** SECOND

THIRD AMENDED COMPLAINT                                    Page 12 of 27

1  the "four" but will show no data for Hispanic enrollment.) These data pro-
2  vide further evidence that UC schools pursue proportional racial representa-
3  tion despite substantial differences in academic preparation across racial
4  groups. For example, the website reports that at Long Beach Polytechnic, 237
5  students applied for admission to UCLA in 2023, of whom 23 were admitted
6  (just under 10%). Forty-one of the applicants were black, of whom 4 were
7  admitted (again, just under 10%). Yet the average achievement level of black
8  students at Long Beach Polytechnic on state exams was substantially lower
9  than the achievement level for students overall (roughly one-half standard
10  deviation). At Woodrow Wilson High School, also in Long Beach, 186 stu-
11  dents applied for admission to UCLA, and 20 were admitted (11%). Of the
12  186 applicants, 33 were black, and 4 of these applicants were admitted (12%).
13  Yet the average achievement level of black students at Woodrow Wilson High
14  School on state exams was substantially lower than the achievement level for
15  students overall. Similar patterns can be demonstrated for many other high
16  schools. In other words, the tendency of UC schools to approximate racial
17  parity in overall admissions rates cannot be explained by differences in the
18  high schools attended by students of different races.

19      28.  University of California law schools have been even more overt in
20  their violation of state and federal laws prohibiting racial preferences. In
21  2014, the National Bureau of Economic Research published a working paper
22  by Danny Yagan, an associate professor of economics at UC Berkeley. Yagan
23  found that racial preferences at UC Berkeley's Law School declined after
24  Proposition 209 became law, but still remained quite large. The black admis-
25  sions rate of 31%, Yagan found, would have fallen to 8% had the school applied
26  the same criteria that it applied to whites. Holding credentials of individual

Deleted: SECOND

FREEDOM

Legal@myFreedomFoundation.com
360.956.3482  |  myFreedomFoundation.com
WA  |  PO Box 552, Olympia, WA 98507
OR  |  738 Hawthorne Ave NE, Salem OR 97301

applicants constant, Yagan found that black applicants received an admissions preference as large as 61 percentage points.

29.   This pattern of discrimination continues and operates to varying degrees across UC law schools. Just as the University of California was unwilling to provide anonymized, individual-level data on undergraduate applicants after 2010, so it was unresponsive to a public records request filed by UCLA law professor Richard Sander for law school data in 2011. In 2014, Sander brought suit to enforce his request, and UC subsequently provided him admissions data for UC Berkeley Law School, UCLA Law School, and UC Davis Law School, covering many admissions cycles up through 2011. These data show significant racial preferences at all three law schools throughout this period, and confirm the general pattern documented by Yagan. The publicly-available data on UC Hastings and UC Irvine's law schools is less granular, but strongly implies the same pattern.

30.   More recently, Professor Sander has obtained data from Law School Data (www.lsd.law), a website that law school applicants use to report and compare their admissions outcomes at law schools. The site contains (anonymized) data on tens of thousands of law school applications over the past five years, including information on LSAT scores, undergraduate grades, ethnicity, the schools to which the student applied, and the admissions outcome. Analysis of the data shows that the implicit weights on various admissions factors in the data, such as academic credentials, are very similar to the weights revealed by analysis of publicly disclosed data from law schools, suggesting that the data are highly reliable. Regression analysis of this data (see attached Table 1) and tabular presentation of the data (see attached Table 2) show a very pronounced pattern of racial preferences across all the UC law

**Deleted:** SECOND

FREEDOM FOUNDATION

Legal@myFreedomFoundation.com
360.956.3482  |  myFreedomFoundation.com
WA  |  PO Box 552, Olympia, WA 98507
OR  |  736 Hawthorne Ave NE, Salem OR 97301

schools. In these analyses, "relative credential" is a measure of the academic Index of each applicant (LSAT and undergraduate grade point average combined) relative to the estimated median credential of students at a given law school, based on data reported by the law schools to the American Bar Association. Thus, if a law applicant has an academic index of 750, and applies to a law school with a median academic index of 800, then the applicant has a "relative credential" of –50. As Table 2 suggests, black students with low relative credentials have, at the five UC law schools analyzed collectively, about ten times the chance to be admitted as does a "non-URM" (*i.e.*, white or Asian-American) student with similar credentials.

31.   The shift to race-neutral admissions brought about by Proposition 209 benefitted black and Hispanic students both in terms of placement and outcomes. Yet the university's decision to pursue racial preferences in the teeth of Proposition 209 has willfully disregarded the interests of black and Hispanic candidates and harmed their educational outcomes.

### Facts Related To Standing

32.   Plaintiff SARD is a voluntary membership organization founded in 2024. SARD seeks to restore meritocracy in academia and eliminate the corrupt and unlawful race and sex preferences that subordinate academic merit to so-called diversity considerations.

33.   SARD has student members who are ready and able to apply for admission to the University of California.

34.   Individual A is a member of SARD. He is an Asian-American male. Individual A has completed his junior year of high school and began his senior year in the fall of 2025.

35.   Individual A stands able and ready to apply for admission as an un-

**Deleted:** this

**Deleted:** SECOND


Legal@myFreedomFoundation.com
360.956.3482  |  myFreedomFoundation.com
WA  |  PO Box 552, Olympia, WA 98507
OR  |  736 Hawthorne Ave NE, Salem OR 97301

dergraduate freshman to each of the University of California's nine campuses that have undergraduate colleges. *See Carney v. Adams*, 592 U.S. 53, 60 (2020); *Gratz v. Bollinger*, 539 U.S. 244, 261 (2003); *Northeast Florida Chapter of Associated General Contractors of America v. City of Jacksonville*, 508 U.S. 656, 666 (1993). But the pervasive and ongoing use of racial preferences prevents Individual A from competing with other applicants for admission on an equal basis. Specifically, Individual A is unable to compete on an equal basis with applicants who are black or Hispanic. This inflicts injury in fact. *See Gratz*, 539 U.S. at 261–62; *Jacksonville*, 508 U.S. at 666.

36.   Individual A has applied for admission to each of the University of California's nine campuses that has an undergraduate college. Individual A submitted each of these applications in the fall of 2025. Individual A meets all of the requirements for admission as an undergraduate freshman to the University of California campuses, which are listed at http://bit.ly/4mLLR8k [https://perma.cc/H95Z-VHTW]. Specifically, Individual A has completed all 15 of the "A–G courses" listed on the UC website. Individual A also has a grade point average (GPA) of 3.0 or better in those courses with no grade lower than a C, using the GPA calculation described on the UC website. *See* http://bit.ly/4kw8Imw [https://perma.cc/SQX8-4YZS]. Individual A will maintain the required minimum grade-point average during the application process and until he graduates from high school.

37.   Individual D is a member of SARD. He is a white male.

38.   Individual D stands able and ready to apply for admission as a law student to each of the University of California's five campuses that have a law school: Berkeley, UCLA, Davis, Irvine, and UC Law San Francisco (formerly known as UC Hastings). *See Carney v. Adams*, 592 U.S. 53, 60

**Deleted:** SECOND



Legal@myFreedomFoundation.com
360.956.3482  |  myFreedomFoundation.com
WA  |  PO Box 552, Olympia, WA 98507
OR  |  736 Hawthorne Ave NE, Salem OR 97301

1   (2020); *Gratz v. Bollinger*, 539 U.S. 244, 261 (2003); *Northeast Florida Chap-*

2   *ter of Associated General Contractors of America v. City of Jacksonville*, 508 U.S.

3   656, 666 (1993). But the pervasive and ongoing use of racial preferences pre-

4   vents Individual D from competing with other applicants for admission on an

5   equal basis. Specifically, Individual D is unable to compete on an equal basis

6   with applicants who are black or Hispanic. This inflicts injury in fact. *See*

7   *Gratz*, 539 U.S. at 261–62; *Jacksonville*, 508 U.S. at 666.

8      39.   Individual D has applied for admission to each of the University of

9   California's five campuses that has a law school. Individual D submitted each

10   of these applications in the fall of 2025. Individual D meets all of the re-

11   quirements for admission as a law student to these University of California

12   campuses. Specifically, Individual D has already earned a bachelor's degree

13   from an accredited college and has taken the LSAT and received his LSAT

14   score.

15      40.   Individual F is a member of SARD. He is an Asian-American male.

16      41.   Individual F stands able and ready to apply for admission as a law

17   student to each of the University of California's five campuses that have a

18   law school: Berkeley, UCLA, Davis, Irvine, and UC Law San Francisco

19   (formerly known as UC Hastings). *See Carney v. Adams*, 592 U.S. 53, 60

20   (2020); *Gratz v. Bollinger*, 539 U.S. 244, 261 (2003); *Northeast Florida Chap-*

21   *ter of Associated General Contractors of America v. City of Jacksonville*, 508 U.S.

22   656, 666 (1993). But the pervasive and ongoing use of racial preferences pre-

23   vents Individual F from competing with other applicants for admission on an

24   equal basis. Specifically, Individual F is unable to compete on an equal basis

25   with applicants who are black or Hispanic. This inflicts injury in fact. *See*

26   *Gratz*, 539 U.S. at 261–62; *Jacksonville*, 508 U.S. at 666.

Deleted: intends to apply and will apply

Deleted: will

Deleted: SECOND

THIRD AMENDED COMPLAINT                                   Page 17 of 27



FREEDOM

Legal@myFreedomFoundation.com
360.856.3482 | myFreedomFoundation.com
WA | PO Box 552, Olympia, WA 98507
OR | 736 Hawthorne Ave NE, Salem OR 97301

42.   Individual F has applied for admission to each of the University of California's five campuses that has a law school. Individual F submitted each of these applications in the fall of 2025. Individual F meets all of the requirements for admission as a law student to these University of California campuses. Specifically, Individual F has already earned a bachelor's degree from an accredited college and has taken the LSAT and received his LSAT score.

43.   Individual G is a member of SARD. He is a white male.

44.   Individual G stands able and ready to apply for admission as a law student to each of the University of California's five campuses that have a law school: Berkeley, UCLA, Davis, Irvine, and UC Law San Francisco (formerly known as UC Hastings). *See Carney v. Adams*, 592 U.S. 53, 60 (2020); *Gratz v. Bollinger*, 539 U.S. 244, 261 (2003); *Northeast Florida Chapter of Associated General Contractors of America v. City of Jacksonville*, 508 U.S. 656, 666 (1993). But the pervasive and ongoing use of racial preferences prevents Individual G from competing with other applicants for admission on an equal basis. Specifically, Individual G is unable to compete on an equal basis with applicants who are black or Hispanic. This inflicts injury in fact. *See Gratz*, 539 U.S. at 261–62; *Jacksonville*, 508 U.S. at 666.

45.   Individual G intends to apply and will apply for admission to each of the University of California's five campuses that has a law school. Individual G will submit each of these applications in the fall of 2026. Individual G will meet all of the requirements for admission as a law student to these University of California campuses. Specifically, Individual G will earn his bachelor's degree from an accredited college in the spring of 2026, and he has already taken the LSAT and received his LSAT score.

**Deleted:** intends to apply and will apply

**Deleted:** will

**Deleted:** SECOND

THIRD AMENDED COMPLAINT                                    Page 18 of 27

46. Individual H is a member of SARD. He is a white male.

47. Individual H stands able and ready to apply for admission as a law student to each of the University of California's five campuses that have a law school: Berkeley, UCLA, Davis, Irvine, and UC Law San Francisco (formerly known as UC Hastings). *See Carney v. Adams*, 592 U.S. 53, 60 (2020); *Gratz v. Bollinger*, 539 U.S. 244, 261 (2003); *Northeast Florida Chapter of Associated General Contractors of America v. City of Jacksonville*, 508 U.S. 656, 666 (1993). But the pervasive and ongoing use of racial preferences prevents Individual H from competing with other applicants for admission on an equal basis. Specifically, Individual H is unable to compete on an equal basis with applicants who are black or Hispanic. This inflicts injury in fact. *See Gratz*, 539 U.S. at 261–62; *Jacksonville*, 508 U.S. at 666.

48. Individual H intends to apply and will apply for admission to each of the University of California's five campuses that has a law school. Individual H will submit each of these applications in the fall of 2026. Individual H will meet all of the requirements for admission as a law student to these University of California campuses. Specifically, Individual H will earn his bachelor's degree from an accredited college in the spring of 2027, and he will take the LSAT in the fall of 2026.

49. Individual J is a member of SARD. He is an Asian-American male. Individual J has completed his sophomore year of high school and began his junior year this fall. He will graduate from high school in 2027.

50. Individual J stands able and ready to apply for admission as an undergraduate freshman to each of the University of California's nine campuses that have undergraduate colleges. *See Carney v. Adams*, 592 U.S. 53, 60 (2020); *Gratz v. Bollinger*, 539 U.S. 244, 261 (2003); *Northeast Florida Chap-*

**Deleted:** SECOND


FREEDOM
Legal@myFreedomFoundation.com
360.956.3482 | myFreedomFoundation.com
WA | PO Box 552, Olympia, WA 98507
OR | 736 Hawthorne Ave NE, Salem OR 97301

1  *ter of Associated General Contractors of America v. City of Jacksonville*, 508 U.S.
2  656, 666 (1993). But the pervasive and ongoing use of racial preferences pre-
3  vents Individual J from competing with other applicants for admission on an
4  equal basis. Specifically, Individual J is unable to compete on an equal basis
5  with applicants who are black or Hispanic. This inflicts injury in fact. *See*
6  *Gratz*, 539 U.S. at 261–62; *Jacksonville*, 508 U.S. at 666.

7      51.  Individual J intends to apply and will apply for admission to each of
8  the University of California's nine campuses that has an undergraduate col-
9  lege. Individual J will submit each of these applications in the fall of 2026.
10  Individual J will meet all of the requirements for admission as an undergrad-
11  uate freshman to the University of California campuses, which are listed at
12  http://bit.ly/4mLLR8k [https://perma.cc/H95Z-VHTW]. Specifically, Indi-
13  vidual J will complete all 15 of the "A–G courses" listed on the UC website.
14  Individual J will also maintain a grade point average (GPA) of 3.0 or better in
15  those courses with no grade lower than a C, using the GPA calculation de-
16  scribed on the UC website. *See* http://bit.ly/4kw8Imw [https://
17  perma.cc/SQX8-4YZS]. Individual J will maintain the required minimum
18  grade-point average during the application process and until he graduates
19  from high school.

20      52.  Individual K is a member of SARD. He is an Asian-American male.
21  Individual K has completed eighth grade and began his freshman year of high
22  school this fall. He will graduate from high school in 2029.

23      53.  Individual K stands able and ready to apply for admission as an un-
24  dergraduate freshman to each of the University of California's nine campuses
25  that have undergraduate colleges. *See Carney v. Adams*, 592 U.S. 53, 60
26  (2020); *Gratz v. Bollinger*, 539 U.S. 244, 261 (2003); *Northeast Florida Chap-*

**Deleted:** SECOND

FREEDOM FOUNDATION

Legal@myFreedomFoundation.com
360.856.3482 | myFreedomFoundation.com
WA | PO Box 552, Olympia, WA 98507
OR | 736 Hawthorne Ave NE, Salem OR 97301

1   *ter of Associated General Contractors of America v. City of Jacksonville*, 508 U.S.
2   656, 666 (1993). But the pervasive and ongoing use of racial preferences pre-
3   vents Individual K from competing with other applicants for admission on an
4   equal basis. Specifically, Individual K is unable to compete on an equal basis
5   with applicants who are black or Hispanic. This inflicts injury in fact. *See*
6   *Gratz*, 539 U.S. at 261–62; *Jacksonville*, 508 U.S. at 666.

7        54.   Individual K intends to apply and will apply for admission to each of
8   the University of California's nine campuses that has an undergraduate col-
9   lege. Individual K will submit each of these applications in the fall of 2028.
10  Individual K will meet all of the requirements for admission as an undergrad-
11  uate freshman to the University of California campuses, which are listed at
12  http://bit.ly/4mLLR8k [https://perma.cc/H95Z-VHTW]. Specifically, Indi-
13  vidual K will complete all 15 of the "A–G courses" listed on the UC website.
14  Individual K will also maintain a grade point average (GPA) of 3.0 or better in
15  those courses with no grade lower than a C, using the GPA calculation de-
16  scribed  on  the  UC  website.  *See*  http://bit.ly/4kw8Imw  [https://
17  perma.cc/SQX8-4YZS]. Individual K will maintain the required minimum
18  grade-point average during the application process and until he graduates
19  from high school.

20       55.   All of these Article III injuries are fairly traceable to the allegedly un-
21  lawful conduct of the defendants discriminating on account of race in viola-
22  tion of 42 U.S.C. § 1981, Title VI, and Proposition 209. And all of these inju-
23  ries will be redressed by the requested relief, which will enjoin the defendants
24  from continuing these discriminatory policies and require them to adopt
25  colorblind student-admission policies.

26       56.   SARD is challenging the admissions policies and practices at the

Deleted: SECOND


FREEDOM
Legal@myFreedomFoundation.com
360.856.3402  |  myFreedomFoundation.com
WA  |  PO Box 552, Olympia, WA 98507
OR  |  736 Hawthorne Ave NE, Salem OR 97301

University of California's undergraduate programs and its law schools. SARD is not challenging the University of California's transfer or graduate or medical-school admissions in this lawsuit.

**FIRST CLAIM FOR RELIEF—VIOLATIONS OF TITLE VI**

57.  Each of the defendants is violating Title VI by discriminating in favor of black, and Hispanic applicants for admission and against whites and Asians.

58.  Each of the nine UC undergraduate campuses and the five UC law schools to which the members of SARD intend to apply is a "program or activity" that "receives Federal financial assistance" within the meaning of Title VI.

59.  SARD therefore seeks declaratory and injunctive relief that prohibits the defendants from considering or discriminating on account of race in any way in student admissions, and that compels the defendants to select applicants for admission in a color-blind manner.

60.  SARD seeks this relief under Title VI, 42 U.S.C. § 1983, and any other law that might supply a cause of action for the requested relief, including the Declaratory Judgment Act (28 U.S.C. § 2201) and the implied cause of action recognized in *Ex parte Young*, 209 U.S. 123 (1908).

61.  SARD seeks this relief only against the institutional defendants and not the individual defendants.

62.  SARD also seeks nominal damages from the institutional defendants on its Title VI claims.

63.  The text of Title VI makes no exceptions for "compelling state interests," "student-body diversity," or race-based affirmative-action programs. It prohibits *all* forms of racial discrimination at institutions that receive federal

**Deleted:** SECOND

FREEDOM FOUNDATION

Legal@myFreedomFoundation.com
360.856.3482  |  myFreedomFoundation.com
WA  |  PO Box 552, Olympia, WA 98507
OR  |  736 Hawthorne Ave NE, Salem OR 97301

1  funds—regardless of whether that racial discrimination is independently

2  prohibited by the Equal Protection Clause.

3  **SECOND CLAIM FOR RELIEF—VIOLATIONS OF 42 U.S.C. § 1981**

4  64.  42 U.S.C. § 1981(a) guarantees individuals the same right to make

5  and enforce contracts without regard to race. *See* 42 U.S.C. § 1981(a) ("All

6  persons within the jurisdiction of the United States shall have the same right

7  in every State and Territory to make and enforce contracts . . . as is enjoyed

8  by white citizens").

9  65.  42 U.S.C. § 1981(a) protects whites (and Asians) on the same terms

10  that it protects "underrepresented" racial minorities. *See McDonald v. Santa*

11  *Fe Trail Transportation Co.*, 427 U.S. 273, 295 (1976) ("[T]he Act was meant,

12  by its broad terms, to proscribe discrimination in the making or enforcement

13  of contracts against, or in favor of, any race.").

14  66.  The individual defendants are violating 42 U.S.C. § 1981(a) by dis-

15  criminating in favor of blacks and Hispanics in student admissions, and

16  against whites and Asians.

17  67.  SARD therefore seeks declaratory and injunctive relief that prohibits

18  the individual defendants from considering or discriminating on account of

19  race in any way in student admissions, and that compels the defendants to

20  select applicants for admission in a color-blind and race-neutral manner.

21  68.  SARD seeks this relief under 42 U.S.C. § 1983, as well as the implied

22  right of action that the Supreme Court has recognized to enforce 42 U.S.C.

23  § 1981(a), and any other law that might supply a cause of action for the re-

24  quested relief, including the Declaratory Judgment Act (28 U.S.C. § 2201)

25  and the implied cause of action recognized in *Ex parte Young*, 209 U.S. 123

26  (1908). *See Johnson v. Railway Express Agency, Inc.*, 421 U.S. 454, 459–60

**Deleted:** SECOND


FREEDOM FOUNDATION

Legal@myFreedomFoundation.com
360.856.3482  |  myFreedomFoundation.com
WA  |  PO Box 552, Olympia, WA 98507
OR  |  738 Hawthorne Ave NE, Salem OR 97301

(1975).

69.  SARD seeks this relief only against the individual defendants, and not against the institutional defendants, as 42 U.S.C. § 1981 neither abrogates nor waives a state institution's sovereign immunity from suit. *See Sessions v. Rusk State Hospital*, 648 F.2d 1066 (5th Cir. 1981) ("Section 1981 contains no congressional waiver of the state's eleventh amendment immunity.").

70.  The text of 42 U.S.C. § 1981(a) makes no exceptions for "compelling state interests," "student-body diversity," or race-based affirmative-action programs. It prohibits *all* forms of racial discrimination in contracting—regardless of whether that racial discrimination is independently prohibited by the Equal Protection Clause.

**THIRD CLAIM FOR RELIEF—EQUAL PROTECTION CLAUSE**

71.  As public institutions, the University of California is subject to the commands of the Equal Protection Clause, which prohibits state universities or their components from denying to any person the equal protection of the laws.

72.  The Supreme Court has held that the Equal Protection Clause prohibits race and sex discrimination by state universities in student admissions. *See Students for Fair Admissions, Inc. v. President and Fellows of Harvard College*, 600 U.S. 181, 206 (2023).

73.  The University of California's use of racial preferences is incompatible with the Supreme Court's interpretation of the Equal Protection Clause.

74.  SARD therefore seeks declaratory and injunctive relief that prohibits the defendants from considering or discriminating on account of race in any way in student admissions, and that compels the defendants to select applicants for admission in a color-blind and race-neutral manner.

**Deleted:** SECOND

FREEDOM FOUNDATION

Legal@myFreedomFoundation.com
360.956.3482 | myFreedomFoundation.com
WA | PO Box 552, Olympia, WA 98507
OR | 736 Hawthorne Ave NE, Salem OR 97301

75.   SARD seeks this relief under 42 U.S.C. § 1983 and any other law that might supply a cause of action for the requested relief, including the Declaratory Judgment Act (28 U.S.C. § 2201) and the implied cause of action recognized in *Ex parte Young*, 209 U.S. 123 (1908).

76.   SARD seeks this relief only against the individual defendants, and not against the institutional defendants, as 42 U.S.C. § 1983 authorizes lawsuits only against "persons" and not states or state institutions. *See Will v. Michigan Dep't of Police*, 491 U.S. 58, 64–71 (1989) (a state is not a "person" under 42 U.S.C. § 1983).

## DEMAND FOR RELIEF

77.   SARD respectfully requests that the court:

    a.   declare that each of the defendants is violating Title VI by discriminating in favor of non-Asian racial minorities in student admissions;

    b.   declare that the individual defendants are violating 42 U.S.C. § 1981(a) and the Equal Protection Clause by discriminating in favor of non-Asian racial minorities in student admissions;

    c.   permanently enjoin the defendants from considering race in student admissions;

    d.   permanently enjoin the defendants from asking or allowing an applicant for admission to reveal their race;

    e.   appoint a court monitor to oversee all decisions relating to the defendants' admission of students to ensure that these decisions are free from racial discrimination of any sort;

    f.   award the plaintiff nominal damages on its Title VI claim;

    g.   award costs and attorneys' fees under 42 U.S.C. § 1988;

**Deleted:**

**Deleted:** SECOND

FREEDOM FOUNDATION

Legal@myFreedomFoundation.com
360.856.3482  |  myFreedomFoundation.com
WA  |  PO Box 552, Olympia, WA 98507
OR  |  736 Hawthorne Ave NE, Salem OR 97301

h.    grant all other relief that the Court may deem just, proper, or equitable.

Respectfully submitted.

/s/ William J. Brown Jr.

Jonathan F. Mitchell*
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

William J. Brown Jr.
California Bar No. 192950
Brown Wegner LLP
2010 Main Street, Suite 1260
Irvine, California 92614
(949) 705-0081 (phone)
bill@brownwegner.com

Ryan Giannetti*
D.C. Bar No. 400153
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, DC 20003
(202) 964-3721 (phone)
ryan.giannetti@aflegal.org

* admitted *pro hac vice*

Dated: February 12, 2026

*Counsel for Plaintiff*

**Deleted:** (additional counsel listed on ¶ following page)

**Deleted:** ¶
¶
¶
¶
* admitted *pro hac vice*¶
¶
Dated: January 7, 2026

... [1]

**Deleted:** second

FREEDOM

Legal@myFreedomFoundation.com
360.956.3482  |  myFreedomFoundation.com
WA  |  PO Box 552, Olympia, WA 98507
OR  |  736 Hawthorne Ave NE, Salem OR 97301

1    **CERTIFICATE OF SERVICE**

2      I certify that on February 12, 2026, I served this document by CM/ECF

3    upon:

4

5    DEBO ADEGBILE

     Wilmer Cutler Pickering Hale and Dorr LLP

6    7 World Trade Center

     250 Greenwich Street

7    New York, New York 10007

8    (212) 295-8800

9    debo.adegbile@wilmerhale.com

10   FELICIA H. ELLSWORTH

     Wilmer Cutler Pickering Hale and Dorr LLP

11   60 State Street

12   Boston, Massachusetts 02109

13   (617) 526-6000

     felicia.ellsworth@wilmerhale.com

14

15   JOSHUA A. VITTOR

     Wilmer Cutler Pickering Hale and Dorr LLP

16   350 South Grand Avenue Suite 2400

17   Los Angeles, California 90071

18   (213) 443-5300

     joshua.vittor@wilmerhale.com

19

20   *Counsel for the Defendants*

21                    /s/ William J. Brown Jr.

22                    WILLIAM J. BROWN JR.

23   Dated: February 12, 2026        *Counsel for Plaintiff*

24

25

26

**Deleted:** January 7, 2026

**Deleted:** January 7, 2026

**Deleted:** SECOND



Legal@myFreedomFoundation.com
360.956.3482  |  myFreedomFoundation.com
WA  |  PO Box 552, Olympia, WA 98507
OR  |  736 Hawthorne Ave NE, Salem OR 97301

| Page 26: [1] Deleted | Jonathan F Mitchell | 1/21/26 4:41:00 PM |
| --- | --- | --- |

Table 1.  OLS models of admissions for UC schools, 2021-24 applicants in *Law School Data* combined

| Independent variable | Coefficient and t-statistics for 2021-24 combined, by UC law school | | | | |
|---|---|---|---|---|---|
| | Berkeley | UCLA | UC Davis | UC Irvine | Hastings |
| Relative credential | .014 | .015 | .013 | .013 | .007 |
| | (24.4) | (35.2) | (20.1) | (19.4) | (6.7) |
| Black | 1.28 | 1.60 | 1.31 | 1.44 | .95 |
| | (8.3) | (14.0) | (7.0) | (7.6) | (4.4) |
| Hispanic | .65 | .62 | .25 | .21 | .17 |
| | (5.3) | (6.8) | (1.7) | (1.4) | (1.1) |
| Multiracial | .50 | .52 | .16 | .14 | .26 |
| | (2.8) | (3.9) | (0.8) | (0.7) | (1.1) |
| American Indian/Hawaiian Native | -.07 | .42 | .89 | -1.20 | .00 |
| | (-0.1) | (1.5) | (2.2) | (-2.9) | (0.0) |
| URM (no specific race given) | .51 | .60 | .62 | .45 | .48 |
| | (3.1) | (4.6) | (2.6) | (2.2) | (2.1) |
| Fee Waiver | .16 | .25 | .06 | -10 | .07 |
| | (2.3) | (4.3) | (0.6) | (-1.0) | (0.6) |
| In State Resident | .26 | .18 | -.06 | .07 | .67 |
| | (3.3) | (3.0) | (-0.7) | (0.8) | (6.4) |
| Character Issue | -.26 | -.21 | -.17 | -.12 | -1.0 |
| | (-1.5) | (-1.4) | (-0.9) | (-0.7) | (-5.0) |
| Military service | .49 | .08 | .05 | .25 | .80 |
| | (2.1) | (0.5) | (0.2) | (0.7) | (2.1) |
| Log of Years Since College | -.08 | -.013 | -.04 | .07 | -.08 |
| | (-1.4) | (-0.3) | (-0.6) | (1.0) | (-0.9) |
| Observations | 2,084 | 2,012 | 627 | 542 | 699 |
| Adjusted R2 | .23 | .42 | .41 | .44 | .22 |

Table 2. Admissions rate at the five UC law schools by race and relative credential range, 2021-24

| Credential index range | Admissions rate for | | |
|---|---|---|---|
| | Non-URMs | Blacks | Hispanics |
| -100 or less | 2.7% | 24.1% | 4.1% |
| -99 to -75 | 4.6% | 44.7% | 14.2% |
| -74 to -50 | 7.3% | 48.2% | 27.7% |
| -49 to -25 | 10.2% | 62.5% | 36.3% |
| -24 to 0 | 22.2% | 82.0% | 41.0% |
| 1 to 25 | 39.1% | 80.5% | 61.4% |
| 25 to 50 | 50.3% | 86.7% | 61.4% |
| 51 or more | 60.2% | 80.0% | 75.2% |
| Number of applicants | 5,205 | 407 | 793 |

**University of California freshman applicants, admits, and enrollees**

Source: https://www.universityofcalifornia.edu/about-us/information-center/admissions-residency-and-ethnicity

| | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SYSTEMWIDE** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Applicants** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Applicants | 48,802 | 51,738 | 54,483 | 56,851 | 61,567 | 65,901 | 68,207 | 73,075 | 75,139 | 78,208 | 74,967 | 76,508 | 83,199 | 87,631 | 95,563 | 98,204 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| African American | 2,268 | 2,422 | 2,426 | 2,304 | 2,346 | 2,476 | 2,623 | 2,892 | 3,119 | 3,408 | 3,177 | 3,239 | 3,671 | 4,025 | 4,670 | 4,925 | 5,534 | 5,810 | 7,232 | 7,683 | 7,932 | 8,804 | 9,325 | 9,664 | 10,294 | 9,866 | 9,513 | 12,771 | 12,990 | 12,435 | 12,895 |
| American Indian | 388 | 495 | 449 | 396 | 463 | 452 | 421 | 448 | 481 | 474 | 484 | 467 | 543 | 546 | 585 | 658 | 835 | 759 | 890 | 904 | 1,018 | 965 | 936 | 969 | 902 | 765 | 744 | 842 | 1,152 | 1,188 | 1,190 |
| Asian | 15,244 | 15,408 | 16,602 | 17,619 | 17,694 | 20,069 | 20,722 | 22,062 | 22,800 | 22,881 | 22,666 | 23,297 | 26,387 | 27,158 | 28,068 | 29,248 | 29,827 | 31,817 | 36,104 | 37,469 | 39,702 | 41,269 | 42,096 | 43,485 | 48,062 | 47,698 | 47,605 | 55,046 | 59,078 | 58,903 | 58,573 |
| Hispanic/Latino(a) | 7,084 | 7,603 | 7,441 | 7,199 | 7,609 | 8,105 | 8,683 | 9,862 | 10,688 | 11,950 | 11,914 | 12,781 | 14,194 | 15,728 | 18,550 | 20,185 | 21,436 | 25,256 | 30,047 | 34,212 | 35,464 | 38,484 | 41,334 | 44,787 | 47,399 | 46,633 | 54,068 | 55,705 | 56,495 | 57,598 | |
| Pacific Islander | 192 | 239 | 212 | 215 | 215 | 270 | 283 | 288 | 348 | 382 | 295 | 305 | 325 | 358 | 385 | 269 | 288 | 287 | 397 | 452 | 439 | 457 | 448 | 507 | 529 | 476 | 435 | 562 | 526 | 533 | 502 |
| White | 19,720 | 20,917 | 22,264 | 24,058 | 21,798 | 26,684 | 26,890 | 27,990 | 29,124 | 29,311 | 27,912 | 28,696 | 29,769 | 30,937 | 32,746 | 32,159 | 30,551 | 31,354 | 34,446 | 36,604 | 37,483 | 38,814 | 40,372 | 40,187 | 40,078 | 38,235 | 35,518 | 46,256 | 45,237 | 42,733 | 40,379 |
| Unknown | 2,678 | 3,112 | 3,713 | 3,041 | 9,530 | 5,776 | 6,296 | 6,647 | 6,259 | 7,385 | 6,390 | 5,080 | 5,238 | 5,217 | 5,941 | 4,786 | 5,226 | 2,496 | 3,236 | 3,795 | 3,842 | 4,553 | 4,642 | 4,612 | 5,220 | 4,507 | 5,151 | 4,908 | 4,996 | 5,135 | 6,446 |
| International | 1,228 | 1,542 | 1,376 | 2,019 | 1,912 | 2,069 | 2,289 | 2,886 | 2,320 | 2,397 | 2,129 | 2,643 | 3,072 | 3,662 | 4,618 | 5,974 | 6,791 | 8,530 | 14,197 | 18,905 | 22,892 | 24,960 | 27,409 | 27,193 | 28,566 | 27,770 | 26,709 | 29,389 | 31,326 | 29,452 | 29,548 |
| **Admits** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Admits | 39,609 | 41,725 | 43,301 | 44,740 | 47,427 | 49,766 | 52,806 | 56,870 | 58,886 | 62,364 | 58,481 | 61,420 | 68,249 | 71,271 | 76,691 | 76,526 | 78,984 | 76,099 | 83,859 | 86,269 | 89,185 | 91,379 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| African American | 1,699 | 1,776 | 1,687 | 1,633 | 1,427 | 1,512 | 1,619 | 1,820 | 1,956 | 2,184 | 1,731 | 2,021 | 2,399 | 2,676 | 2,931 | 2,951 | 3,181 | 3,059 | 3,445 | 3,315 | 3,349 | 3,369 | 4,358 | 4,352 | 4,444 | 4,406 | 5,170 | 6,839 | 6,399 | 6,559 | 7,139 |
| American Indian | 337 | 423 | 383 | 334 | 340 | 312 | 308 | 347 | 369 | 350 | 306 | 352 | 424 | 436 | 437 | 518 | 656 | 511 | 571 | 489 | 561 | 529 | 544 | 561 | 507 | 439 | 476 | 560 | 687 | 766 | 757 |
| Asian | 12,622 | 12,642 | 13,587 | 14,412 | 14,473 | 15,913 | 16,555 | 17,863 | 18,670 | 19,131 | 17,794 | 19,851 | 23,021 | 23,549 | 24,106 | 24,738 | 25,406 | 25,262 | 27,091 | 26,688 | 27,410 | 27,722 | 30,248 | 30,302 | 32,138 | 32,567 | 36,034 | 38,738 | 39,264 | 40,719 | 41,519 |
| Hispanic/Latino(a) | 5,835 | 6,227 | 5,886 | 5,877 | 5,655 | 6,018 | 6,561 | 7,708 | 8,299 | 9,200 | 8,308 | 9,813 | 11,390 | 12,497 | 14,597 | 15,387 | 16,340 | 16,696 | 18,080 | 18,537 | 19,246 | 19,940 | 24,477 | 24,414 | 25,078 | 26,247 | 30,468 | 34,279 | 34,121 | 36,381 | 38,781 |
| Pacific Islander | 147 | 164 | 149 | 147 | 150 | 202 | 214 | 208 | 264 | 300 | 182 | 226 | 240 | 262 | 286 | 195 | 194 | 177 | 219 | 234 | 230 | 254 | 237 | 257 | 265 | 259 | 265 | 341 | 296 | 321 | 304 |
| White | 16,232 | 17,187 | 17,999 | 19,067 | 17,293 | 20,555 | 20,937 | 22,063 | 22,516 | 23,499 | 24,256 | 20,763 | 23,161 | 24,854 | 25,802 | 27,139 | 26,244 | 25,396 | 22,952 | 23,399 | 23,013 | 22,442 | 22,134 | 25,017 | 22,824 | 24,079 | 23,503 | 27,682 | 24,079 | 23,503 | 27,682 |
| Unknown | 2,229 | 2,576 | 3,061 | 2,472 | 7,450 | 4,492 | 4,892 | 5,327 | 4,984 | 6,000 | 4,814 | 4,193 | 4,461 | 4,389 | 4,931 | 3,945 | 4,244 | 1,856 | 2,261 | 2,577 | 2,433 | 2,754 | 3,071 | 2,928 | 3,232 | 2,877 | 3,581 | 3,427 | 3,161 | 3,425 | 4,430 |
| International | 508 | 720 | 549 | 798 | 639 | 762 | 874 | 1,081 | 845 | 943 | 983 | 1,199 | 1,460 | 1,660 | 2,264 | 2,548 | 3,567 | 5,586 | 8,793 | 11,328 | 13,514 | 15,277 | 17,169 | 18,067 | 18,901 | 18,404 | 18,745 | 19,796 | 17,226 | 17,418 | 18,967 |
| **Enrollees** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enrollees | 22,400 | 23,122 | 24,127 | 24,986 | 26,314 | 27,491 | 28,559 | 30,095 | 31,514 | 31,866 | 29,545 | 31,464 | 35,328 | 35,251 | 36,538 | 34,242 | 34,422 | 36,343 | 38,731 | 39,984 | 41,568 | 41,556 | 47,479 | 46,006 | 46,677 | 45,951 | 46,709 | 51,727 | 48,588 | 50,966 | 50,622 |
| African American | 963 | 972 | 903 | 948 | 760 | 774 | 867 | 879 | 957 | 1,001 | 836 | 926 | 1,088 | 1,271 | 1,392 | 1,257 | 1,258 | 1,342 | 1,512 | 1,442 | 1,516 | 1,466 | 1,926 | 1,873 | 1,915 | 1,778 | 1,916 | 2,298 | 2,274 | 2,404 | 2,492 |
| American Indian | 216 | 262 | 242 | 191 | 176 | 143 | 164 | 175 | 170 | 144 | 143 | 152 | 179 | 177 | 167 | 224 | 249 | 228 | 233 | 194 | 242 | 217 | 217 | 204 | 223 | 193 | 184 | 214 | 310 | 320 | 346 |
| Asian | 8,231 | 8,050 | 8,626 | 9,019 | 9,193 | 10,148 | 10,449 | 11,403 | 11,943 | 11,828 | 11,324 | 12,442 | 14,367 | 14,165 | 13,941 | 13,522 | 13,596 | 14,105 | 14,697 | 14,392 | 14,795 | 14,373 | 15,766 | 15,390 | 16,294 | 16,246 | 17,347 | 17,990 | 18,381 | 18,670 | 18,489 |
| Hispanic/Latino(a) | 3,401 | 3,480 | 3,245 | 3,165 | 2,986 | 3,269 | 3,526 | 3,948 | 4,283 | 4,496 | 4,260 | 4,678 | 5,521 | 5,909 | 6,643 | 6,642 | 7,169 | 8,389 | 8,889 | 9,491 | 10,166 | 9,972 | 11,060 | 11,678 | 11,695 | 11,916 | 13,573 | 13,065 | 14,482 | 14,103 | |
| Pacific Islander | 90 | 97 | 83 | 78 | 91 | 131 | 139 | 133 | 170 | 181 | 104 | 119 | 105 | 136 | 130 | 80 | 77 | 83 | 86 | 104 | 102 | 129 | 102 | 97 | 104 | 116 | 97 | 137 | 101 | 125 | 108 |
| White | 8,117 | 8,659 | 9,262 | 10,048 | 8,901 | 10,391 | 10,545 | 10,998 | 11,278 | 11,134 | 10,033 | 10,646 | 11,337 | 10,604 | 10,127 | 9,195 | 9,274 | 9,039 | 9,155 | 9,081 | 8,719 | 8,790 | 9,314 | 8,817 | 8,867 | 8,826 | 10,152 | 8,813 | 9,007 | 8,481 | 7,949 |
| Unknown | 1,186 | 1,337 | 1,597 | 1,268 | 4,007 | 2,348 | 2,525 | 2,608 | 2,397 | 2,741 | 2,427 | 2,033 | 2,166 | 1,946 | 2,145 | 1,621 | 1,661 | 726 | 911 | 1,146 | 1,051 | 1,201 | 1,309 | 1,214 | 1,327 | 1,128 | 1,334 | 1,355 | 1,187 | 1,349 | 1,544 |
| International | 196 | 265 | 169 | 269 | 200 | 287 | 344 | 351 | 316 | 341 | 418 | 468 | 565 | 593 | 866 | 779 | 1,217 | 2,196 | 3,364 | 4,060 | 4,615 | 5,459 | 5,829 | 5,954 | 6,265 | 5,928 | 5,089 | 6,008 | 4,457 | 4,586 | 4,796 |
| **BERKELEY** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Applicants** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Applicants | 20,984 | 22,908 | 25,211 | 27,271 | 30,134 | 31,233 | 33,351 | 36,227 | 36,445 | 37,001 | 36,834 | 37,014 | 41,796 | 44,149 | 48,473 | 48,682 | 50,374 | 52,982 | 61,717 | 67,706 | 73,785 | 78,893 | 82,560 | 85,045 | 89,609 | 87,398 | 88,064 | ▨ | ▨ | ▨ | ▨ |
| African American | 1,087 | 1,199 | 1,213 | 1,176 | 1,256 | 1,143 | 1,318 | 1,458 | 1,545 | 1,723 | 1,558 | 1,578 | 1,863 | 2,023 | 2,243 | 2,318 | 2,661 | 2,647 | 3,129 | 3,381 | 3,540 | 3,944 | 4,220 | 4,439 | 4,743 | 4,364 | 4,454 | 6,587 | 7,313 | 6,993 | 6,918 |
| American Indian | 140 | 197 | 172 | 138 | 175 | 159 | 173 | 207 | 200 | 198 | 185 | 191 | 251 | 233 | 246 | 270 | 352 | 330 | 368 | 328 | 444 | 417 | 422 | 427 | 382 | 338 | 292 | 365 | 581 | 588 | 620 |
| Asian | 8,264 | 8,459 | 9,049 | 10,492 | 10,460 | 11,641 | 12,324 | 13,406 | 13,598 | 13,259 | 13,693 | 13,461 | 15,508 | 15,834 | 16,521 | 16,572 | 17,204 | 18,228 | 20,363 | 20,603 | 22,906 | 24,178 | 24,728 | 24,728 | 25,944 | 28,913 | 29,789 | 36,553 | 42,488 | 42,772 | 42,207 |
| Hispanic/Latino(a) | 2,423 | 2,730 | 2,831 | 2,878 | 3,156 | 2,823 | 3,439 | 3,990 | 4,282 | 4,653 | 4,853 | 4,982 | 5,918 | 6,446 | 7,653 | 7,797 | 8,209 | 9,427 | 11,117 | 12,321 | 13,122 | 13,865 | 14,724 | 15,883 | 16,293 | 15,877 | 15,780 | 21,484 | 25,690 | 25,706 | 25,176 |
| Pacific Islander | 72 | 101 | 101 | 97 | 131 | 145 | 145 | 172 | 203 | 120 | 146 | 152 | 162 | 181 | 193 | 187 | 192 | 199 | 193 | 187 | 202 | 224 | 203 | 198 | 274 | 267 | 282 | 247 | | | |
| White | 6,984 | 7,771 | 8,531 | 9,430 | 8,931 | 10,813 | 10,989 | 11,515 | 11,835 | 11,651 | 11,617 | 12,089 | 13,053 | 14,040 | 15,045 | 14,547 | 14,170 | 14,604 | 15,406 | 16,859 | 17,795 | 18,781 | 19,905 | 20,053 | 18,911 | 18,013 | 17,440 | 23,198 | 25,181 | 23,944 | 21,980 |
| Unknown | 1,255 | 1,474 | 1,909 | 1,636 | 4,638 | 3,020 | 3,268 | 3,467 | 3,165 | 3,568 | 3,284 | 2,671 | 2,802 | 2,805 | 3,267 | 2,670 | 2,721 | 1,279 | 1,708 | 2,066 | 2,494 | 2,728 | 2,643 | 3,046 | 2,655 | 3,006 | 3,393 | 3,577 | 3,770 | 4,047 | |
| International | 759 | 977 | 955 | 1,420 | 1,421 | 1,503 | 1,695 | 2,039 | 1,635 | 1,746 | 1,524 | 1,896 | 2,189 | 2,606 | 3,317 | 4,383 | 4,929 | 6,330 | 9,434 | 11,601 | 13,179 | 15,027 | 15,633 | 15,434 | 17,064 | 17,035 | 17,105 | 20,981 | 23,113 | 21,855 | 22,247 |
| **Admits** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Admits | 8,581 | 8,927 | 9,122 | 8,565 | 8,548 | 8,556 | 8,906 | 9,028 | 8,708 | 8,848 | 9,055 | 9,829 | 9,941 | 10,252 | 10,405 | 10,528 | 10,795 | 11,452 | 11,108 | 11,930 | 11,820 | 13,320 | 13,975 | 14,549 | 13,301 | 14,277 | 15,390 | 16,295 | 14,522 | 14,677 | 13,639 |
| African American | 556 | 614 | 597 | 562 | 248 | 310 | 353 | 341 | 331 | 328 | 319 | 334 | 337 | 354 | 365 | 363 | 339 | 429 | 464 | 523 | 508 | 733 | 850 | 724 | 708 | 683 | | | | | |
| American Indian | 99 | 134 | 110 | 66 | 31 | 41 | 48 | 57 | 46 | 51 | 41 | 53 | 58 | 59 | 46 | 49 | 80 | 77 | 76 | 60 | 90 | 75 | 77 | 92 | 52 | 82 | 72 | 116 | 100 | 113 | 110 |
| Asian | 3,074 | 2,915 | 3,044 | 2,983 | 3,146 | 3,275 | 3,337 | 3,432 | 3,377 | 3,365 | 3,563 | 3,841 | 4,061 | 4,080 | 3,874 | 4,017 | 3,972 | 4,483 | 4,430 | 4,517 | 4,567 | 5,359 | 5,761 | 5,868 | 5,359 | 5,952 | 6,209 | 6,069 | 5,653 | 5,638 | 5,511 |
| Hispanic/Latino(a) | 1,375 | 1,506 | 1,378 | 1,278 | 649 | 763 | 914 | 1,028 | 1,029 | 1,042 | 966 | 1,141 | 1,201 | 1,247 | 1,227 | 1,299 | 1,217 | 1,399 | 1,510 | 1,428 | 1,615 | 1,870 | 1,934 | 2,117 | 2,083 | 2,282 | 3,369 | 3,595 | 3,261 | 3,556 | 3,009 |
| Pacific Islander | 16 | 17 | 25 | 22 | 21 | 22 | 24 | 20 | 19 | 32 | 21 | 27 | 19 | 23 | 17 | 31 | 20 | 22 | 22 | 24 | 20 | 19 | 26 | 26 | 44 | 22 | 36 | 33 | | | |
| White | 2,784 | 2,965 | 3,080 | 2,827 | 2,811 | 3,008 | 3,015 | 2,994 | 2,900 | 2,853 | 3,163 | 3,379 | 3,188 | 3,413 | 3,288 | 3,318 | 3,287 | 3,299 | 3,001 | 3,256 | 3,179 | 3,496 | 3,827 | 3,947 | 3,115 | 3,223 | 2,809 | 3,265 | 2,950 | 2,828 | 2,700 |
| Unknown | 512 | 573 | 686 | 625 | 1,444 | 917 | 987 | 974 | 823 | 916 | 869 | 788 | 806 | 786 | 880 | 732 | 725 | 369 | 433 | 497 | 509 | 658 | 758 | 706 | 697 | 661 | 705 | 645 | 558 | 629 | 858 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| International | 165 | 203 | 205 | 202 | 198 | 220 | 228 | 182 | 183 | 261 | 193 | 276 | 284 | 322 | 750 | 760 | 1,154 | 1,454 | 1,262 | 1,789 | 1,509 | 1,409 | 1,128 | 1,299 | 1,453 | 1,543 | 1,467 | 1,691 | 1,254 | 1,167 | 735 |
| **Enrollees** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enrollees | 3,345 | 3,404 | 3,708 | 3,572 | 3,735 | 3,618 | 3,735 | 3,841 | 3,653 | 3,652 | 3,673 | 4,105 | 4,157 | 4,225 | 4,261 | 4,356 | 4,109 | 4,443 | 4,162 | 4,706 | 5,466 | 5,550 | 6,252 | 6,379 | 6,012 | 6,454 | 6,117 | 6,931 | 6,727 | 6,641 | 6,272 |
| African American | 202 | 215 | 227 | 258 | 126 | 126 | 148 | 143 | 143 | 148 | 108 | 134 | 151 | 136 | 146 | 129 | 123 | 130 | 142 | 130 | 159 | 155 | 172 | 186 | 189 | 178 | 229 | 258 | 228 | 244 | 253 |
| American Indian | 37 | 62 | 48 | 22 | 14 | 22 | 20 | 22 | 14 | 16 | 16 | 14 | 17 | 21 | 19 | 28 | 33 | 29 | 18 | 42 | 27 | 22 | 20 | 24 | 17 | 27 | | | | 24 | 38 |
| Asian | 1,379 | 1,264 | 1,444 | 1,471 | 1,565 | 1,574 | 1,624 | 1,689 | 1,635 | 1,583 | 1,609 | 1,891 | 1,894 | 1,899 | 1,779 | 1,819 | 1,615 | 1,832 | 1,774 | 1,816 | 2,168 | 2,324 | 2,687 | 2,673 | 2,492 | 2,764 | 2,528 | 2,830 | 2,888 | 2,796 | 2,736 |
| Hispanic/Latino(a) | 497 | 530 | 547 | 476 | 272 | 330 | 326 | 388 | 401 | 396 | 346 | 429 | 481 | 492 | 463 | 477 | 426 | 485 | 540 | 560 | 788 | 742 | 843 | 922 | 936 | 972 | 1,308 | 1,312 | 1,335 | 1,296 | 1,318 |
| Pacific Islander | 9 | 10 | 9 | 10 | 14 | 10 | 12 | 7 | 8 | 14 | 8 | 11 | 9 | 11 | 9 | 10 | 8 | 11 | 9 | 8 | 5 | 10 | 12 | 11 | 11 | 8 | 12 | 17 | | 19 | 11 |
| White | 970 | 1,024 | 1,095 | 1,042 | 1,090 | 1,111 | 1,124 | 1,136 | 1,064 | 1,052 | 1,170 | 1,234 | 1,204 | 1,261 | 1,178 | 1,321 | 1,147 | 1,189 | 1,002 | 1,158 | 1,352 | 1,343 | 1,602 | 1,565 | 1,277 | 1,359 | 1,045 | 1,314 | 1,326 | 1,196 | 1,152 |
| Unknown | 189 | 210 | 268 | 230 | 588 | 354 | 402 | 399 | 301 | 343 | 336 | 289 | 295 | 277 | 313 | 256 | 250 | 102 | 138 | 168 | 204 | 262 | 328 | 301 | 288 | 301 | 258 | 277 | 233 | 285 | 382 |
| International | 62 | 89 | 70 | 63 | 66 | 91 | 79 | 57 | 87 | 100 | 80 | 103 | 106 | 128 | 354 | 325 | 512 | 661 | 528 | 848 | 748 | 687 | 586 | 697 | 799 | 848 | 720 | 896 | 674 | 615 | 382 |
| **DAVIS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Applicants** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Applicants | 16,817 | 17,712 | 18,588 | 19,568 | 20,751 | 22,781 | 25,273 | 27,959 | 28,781 | 32,532 | 31,756 | 30,063 | 32,643 | 35,147 | 40,625 | 42,388 | 43,313 | 46,215 | 49,820 | 55,894 | 60,543 | 64,602 | 68,550 | 70,955 | 78,024 | 78,093 | 76,903 | 87,136 | 94,748 | 94,638 | 98,864 |
| African American | 612 | 656 | 693 | 683 | 686 | 716 | 893 | 935 | 1,000 | 1,204 | 1,152 | 1,169 | 1,175 | 1,294 | 1,682 | 1,917 | 2,031 | 2,278 | 2,449 | 2,550 | 2,817 | 3,162 | 3,240 | 3,535 | 3,425 | 3,347 | 4,308 | 4,531 | 4,405 | 4,718 | |
| American Indian | 148 | 181 | 138 | 137 | 171 | 161 | 155 | 177 | 180 | 194 | 203 | 160 | 212 | 223 | 226 | 292 | 355 | 303 | 319 | 317 | 376 | 319 | 313 | 332 | 334 | 277 | 256 | 288 | 423 | 472 | 523 |
| Asian | 5,724 | 5,832 | 6,377 | 6,833 | 6,700 | 8,035 | 8,820 | 9,691 | 10,279 | 10,923 | 11,251 | 11,048 | 12,611 | 13,111 | 14,362 | 15,164 | 15,639 | 17,178 | 18,125 | 19,098 | 19,930 | 20,474 | 20,328 | 21,039 | 23,661 | 23,804 | 24,136 | 27,350 | 31,064 | 31,732 | 33,192 |
| Hispanic/Latino(a) | 1,810 | 1,953 | 1,927 | 1,834 | 2,001 | 2,114 | 2,592 | 3,138 | 3,178 | 3,855 | 3,859 | 3,760 | 4,154 | 4,929 | 6,397 | 7,271 | 7,746 | 9,363 | 10,216 | 11,529 | 12,438 | 13,675 | 14,876 | 15,972 | 17,741 | 17,526 | 17,290 | 19,543 | 20,586 | 20,530 | 21,546 |
| Pacific Islander | 64 | 87 | 74 | 77 | 75 | 127 | 150 | 160 | 180 | 212 | 114 | 139 | 138 | 133 | 139 | 185 | 183 | 200 | 192 | 175 | 223 | 241 | 220 | 202 | 259 | 238 | 257 | 225 | | | |
| White | 7,238 | 7,533 | 7,760 | 8,500 | 7,506 | 9,234 | 9,793 | 10,678 | 11,014 | 12,509 | 11,815 | 11,204 | 11,465 | 12,372 | 14,016 | 14,351 | 13,533 | 14,010 | 13,242 | 13,989 | 14,061 | 14,005 | 14,295 | 14,399 | 14,797 | 14,360 | 13,693 | 16,505 | 16,975 | 16,699 | 16,675 |
| Unknown | 978 | 1,104 | 1,107 | 3,290 | 1,990 | 2,330 | 2,514 | 2,468 | 3,117 | 2,767 | 2,645 | 2,204 | 2,219 | 2,708 | 2,145 | 2,356 | 1,125 | 1,317 | 1,630 | 1,575 | 1,880 | 1,865 | 1,824 | 2,208 | 1,959 | 2,308 | 2,265 | 2,379 | 2,502 | 3,403 | |
| International | 243 | 366 | 252 | 397 | 322 | 404 | 530 | 666 | 482 | 518 | 635 | 633 | 691 | 845 | 1,148 | 1,351 | 1,634 | 2,066 | 4,138 | 6,699 | 9,413 | 11,240 | 13,536 | 13,926 | 15,507 | 16,522 | 15,755 | 16,618 | 18,552 | 18,041 | 18,582 |
| **Admits** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Admits | 11,846 | 12,590 | 13,657 | 13,630 | 13,729 | 14,381 | 15,975 | 17,571 | 18,107 | 18,464 | 17,351 | 18,264 | 22,143 | 20,598 | 21,357 | 20,078 | 20,043 | 22,303 | 22,526 | 23,065 | 24,440 | 24,518 | 28,981 | 30,762 | 32,046 | 30,358 | 35,645 | 42,474 | 35,377 | 39,400 | 41,353 |
| African American | 456 | 463 | 504 | 506 | 356 | 363 | 410 | 446 | 435 | 477 | 390 | 471 | 580 | 599 | 568 | 510 | 563 | 636 | 584 | 587 | 604 | 657 | 861 | 895 | 971 | 962 | 1,050 | 1,536 | 1,174 | 1,327 | 1,468 |
| American Indian | 126 | 154 | 120 | 116 | 104 | 99 | 89 | 118 | 115 | 101 | 103 | 98 | 140 | 126 | 97 | 137 | 173 | 143 | 122 | 128 | 150 | 123 | 133 | 143 | 134 | 120 | 138 | 159 | 168 | 192 | 212 |
| Asian | 3,784 | 3,857 | 4,370 | 4,373 | 4,443 | 4,955 | 5,537 | 6,240 | 6,480 | 6,418 | 6,373 | 7,019 | 8,714 | 7,851 | 7,805 | 7,548 | 7,575 | 8,735 | 8,710 | 8,232 | 8,483 | 7,802 | 8,789 | 8,832 | 9,310 | 9,635 | 11,150 | 12,805 | 12,056 | 13,254 | 13,733 |
| Hispanic/Latino(a) | 1,510 | 1,650 | 1,574 | 1,604 | 1,337 | 1,319 | 1,561 | 1,975 | 1,961 | 2,130 | 2,109 | 2,141 | 2,726 | 2,845 | 3,268 | 3,291 | 3,298 | 3,869 | 3,493 | 3,555 | 3,972 | 3,812 | 4,902 | 5,234 | 5,616 | 5,604 | 6,124 | 7,256 | 6,273 | 7,576 | 8,132 |
| Pacific Islander | 32 | 45 | 50 | 44 | 44 | 93 | 103 | 107 | 136 | 41 | 56 | 43 | 50 | 46 | 47 | 48 | 51 | 62 | 58 | 83 | 68 | 82 | 80 | 104 | 78 | 80 | 70 | | | | |
| White | 5,173 | 5,484 | 5,927 | 6,019 | 5,223 | 6,137 | 6,624 | 6,958 | 7,365 | 7,288 | 6,498 | 6,853 | 7,910 | 7,318 | 7,477 | 6,874 | 6,437 | 6,803 | 6,715 | 6,518 | 6,196 | 5,632 | 6,647 | 6,417 | 6,335 | 6,225 | 6,645 | 8,329 | 6,693 | 7,015 | 6,795 |
| Unknown | 669 | 783 | 1,007 | 806 | 2,106 | 1,263 | 1,428 | 1,567 | 1,503 | 1,075 | 1,596 | 1,343 | 1,562 | 1,390 | 1,559 | 1,109 | 1,186 | 593 | 709 | 809 | 774 | 764 | 911 | 863 | 966 | 842 | 1,121 | 1,173 | 1,086 | 1,117 | 1,543 |
| International | 96 | 154 | 105 | 162 | 116 | 152 | 213 | 160 | 123 | 189 | 241 | 283 | 448 | 403 | 511 | 559 | 765 | 1,477 | 2,146 | 3,193 | 4,210 | 5,666 | 6,680 | 8,295 | 8,646 | 6,888 | 9,337 | 11,112 | 7,849 | 8,839 | 9,419 |
| **Enrollees** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enrollees | 3,198 | 3,254 | 3,696 | 3,540 | 3,623 | 3,828 | 4,341 | 4,412 | 4,673 | 4,786 | 4,266 | 4,381 | 5,511 | 4,955 | 4,972 | 4,412 | 4,501 | 4,705 | 5,208 | 5,113 | 5,377 | 5,369 | 5,762 | 5,868 | 6,393 | 5,957 | 6,144 | 7,482 | 6,399 | 6,578 | 6,767 |
| African American | 130 | 110 | 107 | 95 | 94 | 95 | 112 | 113 | 93 | 122 | 109 | 114 | 174 | 183 | 148 | 129 | 142 | 150 | 158 | 155 | 170 | 176 | 190 | 221 | 209 | 207 | 230 | 165 | 234 | 274 | |
| American Indian | 41 | 46 | 40 | 34 | 36 | 25 | 31 | 41 | 32 | 21 | 31 | 19 | 24 | 41 | 23 | 35 | 45 | 34 | 34 | 36 | 40 | 29 | 23 | 24 | 28 | 22 | 23 | 17 | 29 | 30 | 38 |
| Asian | 1,085 | 1,082 | 1,349 | 1,239 | 1,258 | 1,395 | 1,530 | 1,749 | 1,828 | 1,882 | 1,825 | 1,904 | 2,376 | 2,099 | 1,761 | 1,833 | 2,063 | 2,149 | 1,893 | 1,947 | 1,702 | 1,789 | 1,640 | 1,974 | 2,095 | 2,056 | 2,534 | 2,441 | 2,349 | 2,503 | |
| Hispanic/Latino(a) | 408 | 419 | 353 | 368 | 381 | 357 | 425 | 470 | 432 | 553 | 497 | 505 | 714 | 682 | 766 | 708 | 821 | 856 | 906 | 959 | 1,153 | 1,120 | 1,393 | 1,415 | 1,549 | 1,465 | 1,470 | 1,639 | 1,311 | 1,663 | 1,769 |
| Pacific Islander | 16 | 12 | 20 | 13 | 21 | 58 | 68 | 75 | 78 | 46 | 15 | 30 | 14 | 15 | 16 | 14 | 19 | 20 | 21 | 30 | 19 | 24 | 19 | 20 | | | | | | | |
| White | 1,341 | 1,380 | 1,557 | 1,595 | 1,299 | 1,633 | 1,879 | 1,697 | 1,967 | 1,825 | 1,389 | 1,462 | 1,794 | 1,616 | 1,714 | 1,513 | 1,356 | 1,332 | 1,530 | 1,410 | 1,324 | 1,232 | 1,354 | 1,168 | 1,231 | 1,230 | 1,145 | 1,429 | 1,196 | 1,171 | 1,095 |
| Unknown | 151 | 175 | 249 | 168 | 513 | 235 | 245 | 246 | 312 | 304 | 332 | 244 | 297 | 190 | 225 | 89 | 135 | 130 | 138 | 118 | 139 | 127 | 146 | 188 | 173 | 143 | 157 | | | | |
| International | 26 | 30 | 21 | 28 | 21 | 30 | 51 | 21 | 31 | 56 | 44 | 53 | 81 | 63 | 75 | 62 | 64 | 185 | 281 | 503 | 597 | 952 | 870 | 1,293 | 1,230 | 779 | 1,078 | 1,421 | 1,065 | 970 | 1,068 |
| **IRVINE** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Applicants** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Applicants | 15,757 | 15,912 | 16,656 | 17,279 | 19,690 | 22,157 | 24,728 | 29,198 | 30,630 | 34,393 | 34,674 | 34,507 | 38,429 | 39,960 | 42,424 | 44,126 | 45,736 | 49,283 | 56,515 | 60,702 | 66,515 | 71,775 | 77,810 | 85,092 | 95,059 | 95,565 | 97,938 | ▓ | ▓ | ▓ | ▓ |
| African American | 538 | 630 | 577 | 563 | 607 | 663 | 769 | 749 | 1,149 | 1,238 | 1,152 | 1,170 | 1,325 | 1,398 | 1,596 | 1,668 | 1,954 | 2,212 | 2,564 | 2,518 | 2,875 | 3,105 | 3,359 | 3,641 | 4,236 | 4,052 | 4,409 | 5,310 | 5,680 | 5,740 | 5,983 |
| American Indian | 95 | 101 | 81 | 91 | 104 | 117 | 103 | 137 | 143 | 149 | 156 | 173 | 207 | 180 | 178 | 222 | 282 | 256 | 282 | 270 | 305 | 278 | 292 | 318 | 337 | 272 | 327 | 308 | 452 | 486 | 517 |
| Asian | 7,758 | 7,471 | 8,438 | 8,828 | 9,288 | 10,864 | 11,856 | 13,077 | 13,599 | 14,466 | 14,676 | 14,868 | 17,185 | 17,717 | 18,008 | 19,234 | 19,908 | 23,038 | 22,760 | 23,820 | 24,642 | 24,954 | 26,530 | 30,657 | 31,119 | 31,849 | 36,001 | 40,621 | 41,532 | 42,066 | |
| Hispanic/Latino(a) | 2,271 | 2,387 | 2,179 | 2,122 | 2,377 | 2,785 | 3,330 | 4,209 | 4,632 | 5,575 | 5,641 | 5,813 | 6,611 | 7,132 | 8,387 | 9,122 | 9,886 | 12,075 | 14,318 | 16,023 | 17,253 | 19,013 | 21,065 | 24,073 | 26,673 | 26,542 | 27,766 | 29,046 | 31,966 | 33,262 | 33,618 |
| Pacific Islander | 72 | 80 | 65 | 69 | 72 | 86 | 116 | 132 | 194 | 192 | 133 | 132 | 148 | 158 | 151 | 152 | 175 | 160 | 203 | 218 | 217 | 222 | 246 | 256 | 242 | | | | | | |
| White | 4,045 | 3,972 | 4,069 | 4,345 | 4,159 | 5,442 | 5,984 | 7,467 | 8,040 | 9,229 | 9,463 | 9,408 | 9,832 | 10,094 | 10,333 | 10,299 | 9,770 | 10,290 | 10,363 | 10,089 | 10,363 | 10,766 | 11,385 | 12,246 | 13,025 | 13,135 | 13,346 | 16,187 | 17,439 | 17,677 | 17,107 |
| Unknown | 809 | 849 | 1,064 | 763 | 2,796 | 1,735 | 2,039 | 2,369 | 2,335 | 2,996 | 2,764 | 2,086 | 2,158 | 2,219 | 2,339 | 1,896 | 1,521 | 2,035 | 1,039 | 1,254 | 1,521 | 2,409 | 2,158 | 1,865 | 1,929 | 2,029 | 2,408 | 2,518 | 2,555 | 2,907 | 3,833 |
| International | 169 | 422 | 183 | 498 | 287 | 465 | 531 | 834 | 578 | 550 | 690 | 838 | 949 | 1,115 | 1,434 | 1,598 | 1,902 | 2,353 | 4,558 | 7,370 | 10,236 | 11,931 | 14,666 | 15,952 | 17,504 | 18,070 | 17,464 | 18,217 | 20,062 | 19,185 | 19,335 |
| **Admits** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Admits | 11,555 | 11,638 | 11,889 | 11,382 | 12,300 | 13,349 | 14,130 | 17,253 | 17,359 | 18,502 | 17,999 | 20,832 | 23,193 | 22,218 | 20,670 | 19,482 | 20,677 | 23,390 | 23,956 | 24,931 | 24,890 | 27,764 | 31,630 | 31,063 | 27,335 | 25,360 | 29,301 | 31,109 | 25,208 | 30,956 | 35,045 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| African American | 360 | 371 | 264 | 309 | 288 | 295 | 270 | 432 | 407 | 427 | 337 | 446 | 528 | 519 | 438 | 386 | 478 | 742 | 745 | 613 | 668 | 742 | 864 | 876 | 998 | 769 | 828 | 1,492 | 1,178 | 1,206 | 1,234 |
| American Indian | 80 | 82 | 54 | 66 | 59 | 72 | 65 | 85 | 83 | 78 | 78 | 106 | 124 | 79 | 76 | 95 | 141 | 132 | 110 | 95 | 93 | 92 | 94 | 103 | 84 | 60 | 80 | 199 | 295 | 251 | 232 |
| Asian | 5,651 | 5,511 | 6,216 | 5,733 | 5,810 | 6,552 | 6,832 | 7,619 | 7,819 | 7,952 | 7,810 | 9,204 | 10,898 | 10,284 | 9,534 | 9,454 | 9,832 | 10,448 | 10,490 | 10,328 | 9,735 | 9,871 | 11,296 | 11,294 | 9,979 | 8,892 | 11,201 | 10,525 | 9,421 | 11,731 | 12,666 |
| Hispanic/Latino(a) | 1,688 | 1,700 | 1,378 | 1,407 | 1,377 | 1,523 | 1,593 | 2,118 | 2,133 | 2,443 | 2,338 | 2,736 | 3,028 | 3,254 | 3,120 | 3,036 | 3,419 | 4,629 | 4,678 | 4,983 | 5,211 | 5,467 | 6,183 | 5,870 | 4,924 | 4,426 | 4,570 | 6,288 | 5,590 | 6,094 | 6,722 |
| Pacific Islander | 49 | 63 | 39 | 35 | 42 | 47 | 59 | 66 | 92 | 86 | 49 | 82 | 89 | 63 | 57 | 30 | 35 | 50 | 36 | 51 | 41 | 52 | 47 | 60 | 53 | 46 | 55 | 68 | 44 | 52 | 56 |
| White | 3,076 | 3,080 | 3,067 | 3,102 | 2,924 | 3,622 | 3,874 | 5,116 | 5,227 | 5,658 | 5,618 | 6,499 | 6,710 | 6,142 | 5,582 | 4,964 | 4,867 | 5,413 | 4,659 | 4,388 | 4,063 | 4,224 | 4,853 | 4,805 | 3,714 | 3,201 | 3,966 | 4,866 | 3,729 | 4,585 | 4,633 |
| Unknown | 597 | 634 | 799 | 522 | 1,693 | 1,092 | 1,235 | 1,509 | 1,392 | 1,731 | 1,562 | 1,386 | 1,398 | 1,359 | 1,310 | 973 | 1,062 | 525 | 613 | 753 | 642 | 799 | 872 | 867 | 831 | 657 | 887 | 858 | 707 | 940 | 1,339 |
| International | 54 | 197 | 72 | 208 | 107 | 146 | 202 | 308 | 206 | 127 | 207 | 373 | 418 | 518 | 553 | 544 | 843 | 1,451 | 2,625 | 3,720 | 4,437 | 6,517 | 7,421 | 7,188 | 6,752 | 7,309 | 7,714 | 6,813 | 4,244 | 6,097 | 8,163 |
| **Enrollees** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enrollees | 2,780 | 2,952 | 3,232 | 2,790 | 3,148 | 3,736 | 3,683 | 4,048 | 4,028 | 4,043 | 3,629 | 4,338 | 4,835 | 4,931 | 4,583 | 4,030 | 4,411 | 5,115 | 5,077 | 5,460 | 5,435 | 5,756 | 6,551 | 6,545 | 5,793 | 6,069 | 5,765 | 6,489 | 5,664 | 6,796 | 6,736 |
| African American | 70 | 65 | 57 | 51 | 73 | 77 | 73 | 115 | 83 | 89 | 68 | 99 | 108 | 113 | 96 | 86 | 102 | 143 | 166 | 119 | 140 | 175 | 184 | 212 | 260 | 181 | 157 | 332 | 263 | 254 | 240 |
| American Indian | 19 | 14 | 8 | 9 | 19 | 10 | 18 | 21 | 16 | 15 | 11 | 20 | 25 | 9 | 22 | | 23 | 22 | 14 | 13 | 13 | 12 | 13 | 9 | 16 | 12 | 15 | 52 | 98 | 60 | 52 |
| Asian | 1,617 | 1,695 | 2,061 | 1,638 | 1,669 | 2,097 | 2,035 | 2,018 | 2,127 | 2,094 | 1,775 | 2,241 | 2,699 | 2,706 | 2,449 | 2,329 | 2,358 | 2,605 | 2,399 | 2,332 | 2,140 | 1,967 | 2,363 | 2,622 | 2,335 | 2,370 | 2,657 | 2,384 | 2,394 | 2,918 | 2,729 |
| Hispanic/Latino(a) | 386 | 372 | 313 | 275 | 341 | 422 | 395 | 493 | 414 | 448 | 449 | 490 | 572 | 727 | 671 | 587 | 783 | 1,239 | 1,248 | 1,405 | 1,554 | 1,629 | 1,669 | 1,671 | 1,330 | 1,577 | 1,190 | 1,935 | 1,612 | 1,681 | 1,692 |
| Pacific Islander | 13 | 17 | 11 | 11 | 12 | 8 | 15 | 10 | 22 | 17 | 17 | 19 | 11 | | 5 | | 5 | 10 | 10 | 13 | 17 | 11 | 14 | 7 | 13 | 6 | | | | | |
| White | 547 | 588 | 594 | 643 | 613 | 799 | 823 | 999 | 1,008 | 980 | 983 | 1,124 | 1,108 | 1,010 | 978 | 789 | 844 | 778 | 629 | 671 | 660 | 673 | 732 | 732 | 589 | 642 | 644 | 742 | 596 | 759 | 704 |
| Unknown | 114 | 147 | 175 | 116 | 399 | 302 | 299 | 323 | 319 | 393 | 296 | 277 | 232 | 254 | 160 | 188 | 76 | 83 | 127 | 95 | 94 | 118 | 119 | 131 | 96 | 112 | 113 | 96 | 171 | 166 | 146 |
| International | 14 | 54 | 13 | 47 | 22 | 21 | 25 | 69 | 39 | 7 | 30 | 70 | 62 | 95 | 96 | 61 | 108 | 243 | 533 | 783 | 808 | 1,195 | 1,462 | 1,170 | 1,119 | 1,174 | 979 | 917 | 598 | 940 | 1,149 |
| **LOS ANGELES** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Applicants** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Applicants | 23,557 | 25,458 | 28,061 | 29,299 | 32,792 | 35,683 | 37,803 | 40,744 | 43,435 | 44,981 | 43,460 | 42,223 | 47,317 | 50,746 | 55,423 | 55,694 | 57,658 | 61,556 | 72,676 | 80,505 | 86,537 | 92,690 | 97,112 | ######## | ######## | ######## | ######## | ######## | ######## | ######## | ######## |
| African American | 1,241 | 1,439 | 1,513 | 1,369 | 1,361 | 1,432 | 1,624 | 1,712 | 1,931 | 2,110 | 1,954 | 1,846 | 2,176 | 2,460 | 2,826 | 2,763 | 3,218 | 3,323 | 4,080 | 4,395 | 4,657 | 5,284 | 5,541 | 5,826 | 6,658 | 6,308 | 6,119 | 9,048 | 9,417 | 8,899 | 9,078 |
| American Indian | 130 | 166 | 178 | 157 | 195 | 199 | 197 | 209 | 230 | 230 | 232 | 212 | 274 | 258 | 297 | 316 | 392 | 361 | 420 | 408 | 349 | 472 | 514 | 517 | 451 | 456 | 533 | 732 | 749 | 753 | |
| Asian | 9,448 | 9,553 | 10,824 | 11,506 | 11,651 | 13,223 | 13,966 | 14,685 | 15,501 | 15,720 | 15,669 | 15,520 | 17,861 | 18,508 | 19,105 | 19,510 | 19,825 | 21,039 | 23,469 | 23,934 | 25,589 | 26,939 | 27,505 | 29,149 | 33,818 | 34,449 | 34,391 | 41,921 | 46,813 | 46,511 | 46,521 |
| Hispanic/Latino(a) | 3,479 | 3,803 | 3,889 | 3,728 | 4,089 | 4,234 | 4,770 | 5,546 | 6,393 | 6,910 | 6,863 | 6,818 | 7,647 | 8,786 | 10,286 | 10,677 | 11,428 | 13,390 | 15,718 | 17,706 | 18,410 | 19,569 | 21,060 | 23,111 | 25,635 | 24,788 | 24,259 | 32,417 | 35,425 | 35,552 | 36,184 |
| Pacific Islander | 96 | 109 | 111 | 104 | 107 | 141 | 153 | 165 | 203 | 233 | 168 | 155 | 165 | 160 | 196 | 138 | 153 | 142 | 197 | 204 | 216 | 222 | 227 | 270 | 285 | 258 | 248 | 335 | 334 | 312 | 311 |
| White | 7,271 | 7,955 | 9,015 | 9,800 | 9,606 | 12,128 | 12,399 | 13,308 | 14,313 | 14,321 | 13,579 | 13,390 | 14,473 | 15,459 | 16,413 | 15,911 | 15,493 | 16,052 | 17,070 | 18,673 | 19,927 | 21,023 | 21,861 | 22,578 | 23,908 | 23,286 | 21,941 | 29,520 | 29,590 | 27,765 | 26,146 |
| Unknown | 1,224 | 1,518 | 1,847 | 1,495 | 4,840 | 3,171 | 3,402 | 3,746 | 3,569 | 4,213 | 3,730 | 2,850 | 3,029 | 3,069 | 3,567 | 2,848 | 2,967 | 1,423 | 1,815 | 2,266 | 2,229 | 2,788 | 2,930 | 2,965 | 3,515 | 3,129 | 3,567 | 3,831 | 3,963 | 4,116 | 5,276 |
| International | 668 | 915 | 684 | 1,140 | 943 | 1,155 | 1,292 | 1,573 | 1,295 | 1,244 | 1,265 | 1,431 | 1,692 | 2,046 | 2,733 | 3,531 | 4,182 | 5,826 | 9,877 | 12,899 | 15,003 | 16,387 | 17,496 | 17,813 | 19,419 | 18,652 | 17,889 | 21,877 | 23,527 | 21,999 | 22,041 |
| **Admits** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Admits | 11,802 | 10,747 | 10,912 | 10,648 | 10,828 | 10,298 | 10,943 | 10,957 | 10,453 | 10,577 | 9,949 | 11,361 | 12,188 | 11,960 | 12,659 | 12,178 | 13,087 | 13,889 | 15,981 | 16,448 | 16,019 | 16,016 | 17,473 | 16,456 | 15,970 | 13,720 | 15,602 | 15,028 | 12,844 | 12,736 | 13,114 |
| African American | 713 | 684 | 621 | 515 | 313 | 329 | 342 | 341 | 354 | 293 | 234 | 280 | 250 | 407 | 452 | 416 | 436 | 464 | 500 | 581 | 592 | 638 | 790 | 742 | 741 | 734 | 750 | 901 | 941 | 914 | 909 |
| American Indian | 102 | 103 | 102 | 81 | 50 | 41 | 49 | 48 | 40 | 35 | 33 | 44 | 51 | 45 | 43 | 57 | 80 | 83 | 91 | 80 | 85 | 85 | 103 | 91 | 111 | 95 | 83 | 100 | 100 | 136 | 132 |
| Asian | 4,654 | 3,959 | 4,010 | 4,167 | 4,249 | 4,175 | 4,381 | 4,354 | 4,290 | 4,288 | 4,049 | 4,685 | 5,387 | 4,964 | 4,798 | 4,866 | 5,032 | 5,939 | 5,648 | 5,823 | 5,658 | 5,736 | 6,119 | 5,824 | 5,865 | 5,213 | 6,217 | 5,285 | 4,670 | 4,690 | 4,867 |
| Hispanic/Latino(a) | 2,026 | 2,037 | 1,744 | 1,506 | 994 | 1,043 | 1,179 | 1,284 | 1,330 | 1,336 | 1,175 | 1,409 | 1,401 | 1,478 | 1,683 | 1,665 | 1,716 | 2,058 | 2,196 | 2,329 | 2,356 | 2,412 | 2,831 | 2,541 | 2,372 | 2,251 | 2,430 | 2,602 | 2,399 | 2,577 | 2,644 |
| Pacific Islander | 34 | 30 | 32 | 27 | 27 | 33 | 27 | 22 | 20 | 24 | 25 | 26 | 26 | 27 | 33 | 27 | 19 | 15 | 37 | 30 | 27 | 36 | 30 | 27 | 29 | 36 | 21 | 46 | 53 | 53 | 52 |
| White | 3,503 | 3,419 | 3,512 | 3,539 | 3,372 | 3,464 | 3,676 | 3,549 | 3,302 | 3,320 | 3,238 | 3,725 | 3,792 | 3,860 | 3,999 | 3,730 | 3,756 | 3,546 | 3,906 | 4,330 | 4,144 | 4,046 | 4,376 | 4,223 | 3,908 | 3,266 | 3,691 | 3,471 | 2,840 | 2,556 | 2,436 |
| Unknown | 592 | 630 | 744 | 650 | 1,660 | 1,023 | 1,084 | 1,135 | 921 | 1,049 | 933 | 911 | 930 | 862 | 1,036 | 769 | 785 | 481 | 462 | 647 | 594 | 698 | 758 | 704 | 731 | 560 | 756 | 646 | 506 | 501 | 696 |
| International | 178 | 145 | 149 | 163 | 163 | 190 | 205 | 224 | 196 | 232 | 262 | 281 | 351 | 317 | 615 | 648 | 1,263 | 2,347 | 3,141 | 2,628 | 2,553 | 2,365 | 2,466 | 2,304 | 2,213 | 1,565 | 1,654 | 1,973 | 1,335 | 1,309 | 1,378 |
| **Enrollees** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enrollees | 4,125 | 3,703 | 3,820 | 3,811 | 4,200 | 4,130 | 4,200 | 4,246 | 4,257 | 4,268 | 3,723 | 4,422 | 4,809 | 4,563 | 4,734 | 4,472 | 4,636 | 5,825 | 5,620 | 5,697 | 5,764 | 5,678 | 6,545 | 6,308 | 6,240 | 5,920 | 6,386 | 6,584 | 6,462 | 6,585 | 6,610 |
| African American | 280 | 264 | 236 | 215 | 144 | 152 | 157 | 140 | 171 | 130 | 110 | 124 | 101 | 204 | 230 | 193 | 194 | 224 | 202 | 243 | 260 | 279 | 392 | 333 | 363 | 354 | 328 | 414 | 480 | 462 | 485 |
| American Indian | 41 | 45 | 32 | 39 | 14 | 12 | 16 | 13 | 18 | 15 | 11 | 11 | 10 | 11 | 11 | 14 | 15 | 10 | 23 | 26 | 37 | 31 | 30 | 48 | 40 | 28 | 46 | 38 | 72 | 71 | |
| Asian | 1,710 | 1,377 | 1,366 | 1,466 | 1,662 | 1,616 | 1,662 | 1,726 | 1,746 | 1,711 | 1,442 | 1,772 | 2,088 | 1,823 | 1,708 | 1,750 | 1,784 | 2,155 | 1,865 | 1,937 | 1,938 | 1,908 | 2,090 | 1,902 | 2,138 | 2,079 | 2,472 | 2,219 | 2,281 | 2,344 | 2,353 |
| Hispanic/Latino(a) | 741 | 799 | 699 | 569 | 439 | 489 | 525 | 580 | 617 | 635 | 512 | 641 | 650 | 642 | 750 | 765 | 742 | 981 | 1,018 | 1,104 | 1,143 | 1,124 | 1,465 | 1,307 | 1,187 | 1,221 | 1,228 | 1,279 | 1,338 | 1,517 | 1,583 |
| Pacific Islander | 14 | 15 | 14 | 12 | 7 | 12 | 9 | 5 | 11 | 12 | 10 | 11 | 11 | 14 | 15 | 10 | 8 | 7 | 15 | 10 | 12 | 20 | 15 | 11 | 14 | 20 | 5 | 20 | 30 | 35 | 26 |
| White | 1,099 | 993 | 1,192 | 1,259 | 1,274 | 1,386 | 1,322 | 1,328 | 1,296 | 1,304 | 1,216 | 1,446 | 1,486 | 1,473 | 1,524 | 1,380 | 1,359 | 1,678 | 1,334 | 1,515 | 1,512 | 1,471 | 1,585 | 1,583 | 1,596 | 1,468 | 1,594 | 1,688 | 1,624 | 1,484 | 1,353 |
| Unknown | 195 | 186 | 254 | 209 | 629 | 410 | 389 | 386 | 328 | 382 | 325 | 324 | 321 | 289 | 341 | 225 | 240 | 153 | 141 | 206 | 168 | 212 | 214 | 208 | 242 | 197 | 251 | 233 | 217 | 218 | 245 |
| International | 45 | 24 | 27 | 42 | 31 | 53 | 80 | 68 | 70 | 79 | 98 | 86 | 136 | 104 | 129 | 126 | 283 | 594 | 1,018 | 650 | 701 | 636 | 744 | 664 | 652 | 541 | 480 | 685 | 454 | 453 | 494 |
| **MERCED** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Applicants** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Applicants | | | | | | | | | | | 14,082 | 14,098 | 15,094 | 19,116 | 20,851 | 22,902 | 15,208 | 15,208 | 14,056 | 15,883 | 16,268 | 18,862 | 20,888 | 22,576 | 25,131 | 25,424 | 25,923 | 27,793 | 29,920 | 30,232 | 31,928 |
| African American | | | | | | | | | | | | 685 | 717 | 803 | 1,063 | 1,137 | 1,389 | 1,111 | 1,034 | 1,047 | 1,040 | 1,247 | 1,376 | 1,557 | 1,669 | 1,644 | 1,704 | 1,941 | 2,082 | 2,025 | 2,082 |
| American Indian | | | | | | | | | | | | 82 | 89 | 99 | 123 | 128 | 155 | 204 | 85 | 69 | 82 | 70 | 76 | 69 | 82 | 74 | 79 | 75 | 111 | 115 | 132 |
| Asian | | | | | | | | | | | | 4,785 | 5,066 | 4,899 | 5,757 | 6,202 | 6,830 | 5,023 | 4,444 | 4,788 | 4,976 | 5,330 | 5,448 | 5,441 | 6,022 | 6,380 | 6,294 | 7,624 | 8,946 | 9,269 | 9,401 |

| Category | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hispanic/Latino(a) | | | | | | | | | | | 2,955 | 2,944 | 3,553 | 4,682 | 5,386 | 6,226 | 5,406 | 5,575 | 6,924 | 7,045 | 8,456 | 9,827 | 11,204 | 13,028 | 12,918 | 13,231 | 12,793 | 12,407 | 12,029 | 12,223 |
| Pacific Islander | | | | | | | | | | | 65 | 55 | 65 | 90 | 69 | 81 | 46 | 63 | 65 | 69 | 63 | 63 | 71 | 100 | 88 | 71 | 90 | 95 | 89 | 92 |
| White | | | | | | | | | | | 4,634 | 4,361 | 4,706 | 6,058 | 6,768 | 6,739 | 2,835 | 2,145 | 2,122 | 2,053 | 2,204 | 2,312 | 2,400 | 2,295 | 2,347 | 2,351 | 2,876 | 3,351 | 3,247 | 3,001 |
| Unknown | | | | | | | | | | | 761 | 801 | 837 | 1,078 | 850 | 1,117 | 333 | 286 | 337 | 353 | 460 | 461 | 516 | 631 | 577 | 656 | 571 | 612 | 648 | 883 |
| International | | | | | | | | | | | 115 | 65 | 132 | 260 | 284 | 316 | 369 | 440 | 518 | 842 | 1,026 | 1,332 | 1,305 | 1,208 | 1,394 | 1,537 | 1,823 | 2,316 | 2,810 | 4,114 |
| **Enrollees** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Admits | | | | | | | | | | | 12,161 | 12,314 | 13,519 | 17,335 | 19,044 | 20,296 | 12,160 | 10,613 | 10,486 | 10,929 | 11,447 | 15,492 | 15,662 | 16,628 | 18,294 | 21,982 | 24,069 | 26,766 | 26,598 | 28,906 |
| African American | | | | | | | | | | | 508 | 559 | 661 | 838 | 918 | 1,061 | 767 | 635 | 538 | 568 | 551 | 845 | 888 | 909 | 1,000 | 1,289 | 1,542 | 1,737 | 1,628 | 1,774 |
| American Indian | | | | | | | | | | | 73 | 82 | 91 | 119 | 148 | 188 | 72 | 58 | 58 | 57 | 55 | 52 | 62 | 60 | 57 | 67 | 67 | 93 | 97 | 122 |
| Asian | | | | | | | | | | | 4,121 | 4,354 | 4,318 | 5,228 | 5,701 | 6,117 | 4,247 | 3,633 | 3,559 | 3,699 | 3,744 | 4,537 | 4,321 | 4,579 | 5,208 | 5,713 | 6,971 | 8,410 | 8,657 | 8,844 |
| Hispanic/Latino(a) | | | | | | | | | | | 2,356 | 2,429 | 3,004 | 4,671 | 5,168 | 4,671 | 4,027 | 3,967 | 4,101 | 4,323 | 4,728 | 6,997 | 7,452 | 8,246 | 8,893 | 11,303 | 11,165 | 11,239 | 10,743 | 11,217 |
| Pacific Islander | | | | | | | | | | | 51 | 44 | 58 | 79 | 64 | 65 | 35 | 40 | 41 | 42 | 42 | 50 | 49 | 65 | 55 | 60 | 75 | 86 | 70 | 83 |
| White | | | | | | | | | | | 4,346 | 4,083 | 4,503 | 5,861 | 6,581 | 6,486 | 2,530 | 1,837 | 1,741 | 1,695 | 1,619 | 1,974 | 1,941 | 1,813 | 1,977 | 2,119 | 2,643 | 3,148 | 3,024 | 2,808 |
| Unknown | | | | | | | | | | | 664 | 715 | 759 | 979 | 796 | 1,004 | 264 | 229 | 252 | 231 | 286 | 357 | 368 | 409 | 423 | 563 | 522 | 568 | 602 | 832 |
| International | | | | | | | | | | | 42 | 48 | 103 | 171 | 165 | 207 | 218 | 214 | 196 | 314 | 422 | 680 | 581 | 547 | 681 | 868 | 1,084 | 1,485 | 1,717 | 3,306 |
| **Enrollees** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enrollees | | | | | | | | | | | 706 | 398 | 669 | 925 | 1,127 | 1,339 | 1,442 | 1,492 | 1,654 | 1,551 | 1,788 | 2,048 | 2,292 | 2,292 | 2,105 | 1,951 | 2,410 | 2,392 | 2,416 | 2,093 |
| African American | | | | | | | | | | | | 48 | | 45 | 67 | 95 | 103 | 141 | 131 | 103 | 100 | 95 | 156 | 160 | 147 | 134 | 150 | 188 | 197 | 213 | 205 |
| American Indian | | | | | | | | | | | | 6 | | | 11 | 9 | 9 | 10 | 6 | | 13 | 10 | 5 | 9 | | 6 | | | 14 | 16 |
| Asian | | | | | | | | | | | 273 | 136 | 210 | 296 | 372 | 418 | 442 | 409 | 387 | 422 | 407 | 410 | 432 | 452 | 438 | 311 | 588 | 686 | 646 | 549 |
| Hispanic/Latino(a) | | | | | | | | | | | | 176 | 117 | 224 | 300 | 400 | 520 | 623 | 712 | 913 | 809 | 1,048 | 1,237 | 1,441 | 1,380 | 1,328 | 1,358 | 1,231 | 1,298 | 1,088 |
| Pacific Islander | | | | | | | | | | | | | | | 8 | 7 | 5 | | 6 | | | 10 | | 6 | 8 | 7 | | 9 | 6 | | 10 |
| White | | | | | | | | | | | | 177 | 89 | 149 | 205 | 204 | 227 | 203 | 192 | 194 | 175 | 188 | 188 | 193 | 169 | 145 | 129 | 213 | 225 | 211 | 173 |
| Unknown | | | | | | | | | | | 19 | 28 | 32 | 35 | 32 | 48 | 21 | 33 | 38 | 26 | 27 | 35 | 39 | 40 | 36 | 33 | 43 | 31 | 26 | 30 |
| International | | | | | | | | | | | | | | | | 6 | 9 | | | | 7 | 11 | 8 | 8 | 12 | | | 10 | | 22 |
| **RIVERSIDE** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Applicants** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Applicants | 9,753 | 9,867 | 10,195 | 10,480 | 12,031 | 16,296 | 18,610 | 20,991 | 22,986 | 26,543 | 21,309 | 24,420 | 25,899 | 26,885 | 30,192 | 31,884 | 26,480 | 28,099 | 30,391 | 34,810 | 36,097 | 38,511 | 42,633 | 43,672 | 49,079 | 49,516 | 49,442 | 52,677 | 54,684 | 56,943 | 58,048 |
| African American | 486 | 538 | 501 | 526 | 618 | 853 | 966 | 1,093 | 1,297 | 1,615 | 1,256 | 1,359 | 1,522 | 1,621 | 1,966 | 2,048 | 1,852 | 2,202 | 2,299 | 2,435 | 2,356 | 2,541 | 2,859 | 2,835 | 3,248 | 3,037 | 2,995 | 3,446 | 3,274 | 3,304 | 3,564 |
| American Indian | 40 | 59 | 58 | 49 | 69 | 96 | 86 | 110 | 119 | 125 | 92 | 122 | 121 | 149 | 176 | 175 | 143 | 120 | 129 | 154 | 142 | 144 | 116 | 166 | 151 | 136 | 145 | 113 | 159 | 200 | 209 |
| Asian | 4,596 | 4,381 | 4,651 | 4,992 | 5,080 | 6,699 | 7,431 | 8,011 | 8,624 | 9,401 | 8,370 | 9,073 | 10,012 | 10,017 | 10,314 | 11,104 | 9,843 | 9,974 | 10,518 | 11,385 | 11,904 | 12,369 | 12,785 | 14,741 | 14,931 | 15,322 | 16,855 | 18,685 | 20,038 | 19,730 | |
| Hispanic/Latino(a) | 1,652 | 1,805 | 1,859 | 1,708 | 2,162 | 2,784 | 3,425 | 4,067 | 4,646 | 5,620 | 4,763 | 5,440 | 5,893 | 6,378 | 7,859 | 8,954 | 8,005 | 9,780 | 11,145 | 12,875 | 13,056 | 14,535 | 16,424 | 18,296 | 20,874 | 20,396 | 20,163 | 20,511 | 19,849 | 19,995 | 21,034 |
| Pacific Islander | 45 | 44 | 44 | 53 | 35 | 57 | 67 | 76 | 100 | 130 | 93 | 104 | 108 | 113 | 129 | 88 | 70 | 57 | 78 | 95 | 97 | 114 | 121 | 96 | 116 | 111 | 118 | 104 | | | |
| White | 2,313 | 2,231 | 2,365 | 2,445 | 2,325 | 4,393 | 4,867 | 5,557 | 6,217 | 7,072 | 4,825 | 6,509 | 6,384 | 6,718 | 7,577 | 7,552 | 4,675 | 4,593 | 4,126 | 4,467 | 4,388 | 4,462 | 5,120 | 4,692 | 4,955 | 4,946 | 4,840 | 5,651 | 5,899 | 5,988 | 5,830 |
| Unknown | 464 | 507 | 572 | 435 | 1,573 | 1,139 | 1,457 | 1,542 | 1,606 | 2,192 | 1,467 | 1,333 | 1,343 | 1,481 | 1,260 | 1,111 | 543 | 580 | 764 | 760 | 962 | 963 | 1,015 | 1,214 | 1,046 | 1,186 | 1,142 | 1,096 | 1,313 | 1,394 | |
| International | 157 | 302 | 145 | 272 | 169 | 275 | 311 | 535 | 377 | 388 | 443 | 480 | 534 | 546 | 690 | 703 | 781 | 830 | 1,516 | 2,635 | 3,394 | 3,395 | 4,275 | 3,736 | 3,782 | 4,908 | 4,695 | 4,843 | 5,605 | 5,987 | 6,006 |
| **Admits** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Admits | 7,547 | 7,670 | 7,917 | 8,757 | 9,617 | 13,746 | 15,850 | 17,900 | 18,816 | 22,298 | 15,593 | 19,476 | 22,373 | 23,293 | 25,439 | 26,707 | 20,094 | 19,153 | 18,843 | 20,695 | 20,782 | 21,412 | 27,999 | 24,674 | 24,820 | 27,984 | 32,532 | 34,437 | 37,563 | 39,758 | 44,343 |
| African American | 342 | 383 | 298 | 361 | 382 | 590 | 671 | 742 | 859 | 1,107 | 702 | 862 | 1,127 | 1,200 | 1,353 | 1,412 | 1,035 | 1,055 | 996 | 1,019 | 959 | 981 | 1,466 | 1,195 | 1,178 | 1,174 | 1,484 | 1,714 | 1,759 | 1,874 | 2,297 |
| American Indian | 31 | 49 | 43 | 37 | | 80 | 79 | 95 | 97 | 99 | 54 | 91 | 105 | 136 | 148 | 147 | 114 | 88 | 84 | 90 | 88 | 89 | 77 | 93 | 83 | 76 | 86 | 66 | 102 | 123 | 172 |
| Asian | 3,596 | 3,421 | 3,711 | 4,290 | 4,213 | 5,663 | 6,348 | 6,869 | 7,135 | 8,033 | 6,614 | 7,454 | 8,779 | 8,898 | 8,986 | 9,683 | 8,026 | 7,516 | 7,704 | 8,280 | 8,399 | 8,798 | 10,055 | 9,369 | 10,054 | 11,078 | 12,603 | 12,722 | 14,496 | 15,328 | 16,359 |
| Hispanic/Latino(a) | 1,304 | 1,424 | 1,389 | 1,402 | 1,633 | 2,266 | 2,801 | 3,327 | 3,613 | 4,343 | 3,220 | 4,069 | 4,841 | 5,175 | 6,254 | 6,975 | 5,657 | 5,849 | 5,648 | 6,153 | 5,954 | 6,281 | 9,223 | 7,962 | 7,696 | 8,709 | 10,054 | 11,437 | 11,735 | 12,330 | 14,412 |
| Pacific Islander | 38 | 35 | 29 | 41 | 26 | 44 | 56 | 61 | 81 | 108 | 60 | 74 | 90 | 99 | 106 | 71 | 46 | 31 | 34 | 56 | 49 | 45 | 47 | 58 | 60 | 66 | 77 | 79 | 80 | | |
| White | 1,840 | 1,837 | 1,946 | 2,110 | 2,014 | 3,997 | 4,455 | 5,133 | 5,500 | 6,463 | 3,580 | 5,568 | 5,876 | 6,196 | 6,903 | 6,941 | 3,957 | 3,557 | 3,037 | 3,209 | 3,063 | 2,996 | 3,992 | 3,327 | 3,157 | 3,449 | 3,764 | 3,955 | 4,250 | 4,343 | 4,661 |
| Unknown | 353 | 396 | 460 | 378 | 1,234 | 964 | 1,239 | 1,356 | 1,321 | 1,873 | 1,094 | 1,075 | 1,192 | 1,200 | 1,300 | 1,080 | 867 | 386 | 385 | 533 | 474 | 602 | 689 | 645 | 664 | 661 | 835 | 901 | 846 | 1,009 | 1,326 |
| International | 43 | 125 | 41 | 138 | 59 | 142 | 201 | 317 | 210 | 272 | 269 | 283 | 363 | 369 | 389 | 398 | 392 | 671 | 955 | 1,355 | 1,796 | 1,616 | 2,438 | 2,038 | 1,941 | 2,779 | 3,255 | 3,576 | 4,298 | 4,651 | 5,036 |
| **Enrollees** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enrollees | 1,451 | 1,579 | 1,476 | 2,137 | 2,291 | 2,714 | 3,124 | 3,270 | 3,561 | 3,886 | 3,456 | 2,987 | 3,591 | 3,729 | 4,424 | 4,299 | 4,469 | 3,664 | 4,034 | 4,201 | 4,280 | 4,029 | 5,358 | 4,599 | 4,529 | 4,777 | 4,857 | 5,203 | 5,573 | 5,521 | 5,422 |
| African American | 89 | 102 | 71 | 98 | 115 | 155 | 187 | 164 | 223 | 276 | 201 | 184 | 287 | 298 | 354 | 321 | 300 | 231 | 272 | 298 | 244 | 223 | 229 | 276 | 259 | 295 | 322 | 363 | | | |
| American Indian | 10 | 11 | 10 | 7 | 12 | 13 | 14 | 16 | 10 | 11 | 11 | 8 | 18 | 19 | 13 | 20 | 10 | 11 | 15 | 18 | 14 | 16 | | 14 | 9 | 11 | 7 | 7 | 11 | 25 | |
| Asian | 591 | 635 | 603 | 1,032 | 980 | 1,202 | 1,351 | 1,425 | 1,496 | 1,640 | 1,570 | 1,278 | 1,471 | 1,632 | 1,760 | 1,771 | 1,782 | 1,400 | 1,635 | 1,804 | 1,812 | 1,703 | 1,776 | 1,814 | 1,927 | 2,122 | 1,908 | 2,193 | 2,443 | 2,573 | 2,848 |
| Hispanic/Latino(a) | 336 | 346 | 296 | 381 | 458 | 572 | 682 | 721 | 877 | 901 | 811 | 808 | 1,030 | 1,021 | 1,392 | 1,364 | 1,584 | 1,440 | 1,438 | 1,498 | 1,452 | 1,454 | 2,455 | 1,797 | 1,680 | 1,685 | 1,980 | 1,970 | 1,922 | 2,213 | 2,048 |
| Pacific Islander | | 8 | | 10 | 7 | 10 | 5 | 15 | 16 | 18 | 11 | 10 | 21 | 18 | 9 | 12 | 6 | 7 | 14 | 14 | 11 | 13 | | 6 | 7 | 14 | 14 | 11 | 13 | 9 | |
| White | 361 | 394 | 412 | 491 | 443 | 597 | 665 | 708 | 695 | 720 | 603 | 530 | 587 | 550 | 647 | 642 | 583 | 466 | 502 | 461 | 534 | 461 | 542 | 492 | 453 | 487 | 463 | 517 | 501 | 470 | 500 |
| Unknown | 53 | 73 | 76 | 94 | 270 | 133 | 159 | 174 | 195 | 248 | 183 | 127 | 188 | 136 | 183 | 130 | 153 | 55 | 63 | 90 | 71 | 84 | 94 | 101 | 95 | 81 | 77 | 78 | 82 | 96 | 104 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| International | | 10 | | 24 | 6 | 32 | 56 | 57 | 50 | 74 | 59 | 41 | 44 | 53 | 51 | 49 | 35 | 56 | 106 | 89 | 146 | 97 | 137 | 135 | 131 | 157 | 128 | 165 | 307 | 258 | 197 |
| **SAN DIEGO** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Applicants** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Applicants | 20,009 | 21,583 | 23,687 | 25,098 | 28,090 | 32,541 | 35,693 | 38,188 | 41,346 | 43,443 | 41,524 | 40,534 | 43,591 | 45,088 | 47,385 | 47,060 | 48,098 | 53,449 | 60,832 | 67,391 | 73,448 | 78,061 | 84,206 | 88,448 | 97,898 | 99,124 | | | | | |
| African American | 620 | 678 | 728 | 709 | 806 | 919 | 1,094 | 1,194 | 1,351 | 1,515 | 1,329 | 1,251 | 1,412 | 1,465 | 1,639 | 1,617 | 1,937 | 2,158 | 2,768 | 2,964 | 2,986 | 3,363 | 3,672 | 3,989 | 4,327 | 4,554 | 4,806 | 6,187 | 6,794 | 6,672 | 7,023 |
| American Indian | 141 | 183 | 166 | 153 | 178 | 191 | 189 | 208 | 248 | 218 | 251 | 219 | 266 | 245 | 242 | 255 | 321 | 322 | 374 | 357 | 425 | 385 | 375 | 382 | 412 | 349 | 387 | 437 | 615 | 664 | 685 |
| Asian | 7,106 | 7,441 | 8,478 | 9,095 | 9,407 | 11,233 | 12,462 | 13,405 | 14,662 | 15,180 | 15,125 | 15,354 | 17,397 | 17,985 | 18,220 | 18,706 | 19,116 | 20,852 | 22,489 | 22,775 | 24,294 | 24,943 | 25,517 | 26,712 | 30,404 | 31,070 | 31,723 | 36,659 | 41,978 | 42,938 | 44,080 |
| Hispanic/Latino(a) | 2,368 | 2,527 | 2,582 | 2,518 | 2,821 | 3,441 | 4,061 | 4,659 | 5,258 | 5,831 | 5,681 | 5,667 | 6,092 | 6,548 | 7,599 | 7,774 | 8,205 | 10,683 | 12,273 | 13,706 | 14,567 | 15,561 | 17,105 | 18,804 | 20,815 | 21,299 | 21,961 | 25,883 | 29,114 | 29,942 | 31,648 |
| Pacific Islander | 79 | 92 | 86 | 92 | 97 | 139 | 154 | 137 | 195 | 203 | 140 | 161 | 151 | 174 | 162 | 128 | 119 | 118 | 170 | 178 | 180 | 180 | 193 | 248 | 234 | 229 | 234 | 292 | 309 | 316 | 288 |
| White | 8,187 | 8,760 | 9,608 | 10,639 | 9,863 | 13,085 | 13,614 | 14,108 | 15,412 | 15,497 | 14,425 | 14,207 | 14,291 | 14,542 | 14,598 | 13,886 | 13,262 | 14,297 | 14,429 | 15,607 | 16,348 | 16,634 | 17,599 | 18,033 | 19,098 | 19,210 | 18,572 | 24,571 | 25,962 | 24,856 | 24,211 |
| Unknown | 1,247 | 1,474 | 1,781 | 1,424 | 4,533 | 2,977 | 3,446 | 3,558 | 3,490 | 4,239 | 3,668 | 2,673 | 2,811 | 2,737 | 3,123 | 2,395 | 2,478 | 1,231 | 1,547 | 1,949 | 1,841 | 2,298 | 2,399 | 2,368 | 2,859 | 2,555 | 3,105 | 3,221 | 3,398 | 3,538 | 4,715 |
| International | 261 | 428 | 258 | 468 | 365 | 556 | 673 | 919 | 730 | 760 | 905 | 1,002 | 1,171 | 1,392 | 1,802 | 2,299 | 2,660 | 3,788 | 6,782 | 9,855 | 12,807 | 14,697 | 17,346 | 17,912 | 19,749 | 19,858 | 19,274 | 21,133 | 23,059 | 21,909 | 21,800 |
| **Admits** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Admits | 12,761 | 12,552 | 11,902 | 13,385 | 13,466 | 13,174 | 13,646 | 16,390 | 16,960 | 16,176 | 16,279 | 17,256 | 19,863 | 19,047 | 18,897 | 17,042 | 18,221 | 18,894 | 22,812 | 24,662 | 24,449 | 26,335 | 30,028 | 30,061 | 29,428 | 31,200 | 36,633 | 40,496 | 31,102 | 32,061 | 35,916 |
| African American | 361 | 293 | 342 | 379 | 217 | 174 | 209 | 243 | 333 | 199 | 282 | 328 | 353 | 385 | 327 | 311 | 374 | 392 | 493 | 551 | 463 | 543 | 758 | 782 | 784 | 994 | 1,099 | 1,613 | 1,237 | 1,229 | 1,369 |
| American Indian | 122 | 133 | 104 | 109 | 66 | 55 | 59 | 55 | 84 | 65 | 77 | 79 | 103 | 85 | 67 | 60 | 106 | 80 | 119 | 121 | 102 | 108 | 120 | 127 | 108 | 112 | 138 | 187 | 153 | 170 | 175 |
| Asian | 4,684 | 4,549 | 4,346 | 4,987 | 4,862 | 5,063 | 5,306 | 6,458 | 6,635 | 6,213 | 6,517 | 7,159 | 8,642 | 8,368 | 8,176 | 7,801 | 8,198 | 7,780 | 9,288 | 9,306 | 9,077 | 9,636 | 10,721 | 10,697 | 10,246 | 11,119 | 14,115 | 13,889 | 11,295 | 11,405 | 12,796 |
| Hispanic/Latino(a) | 1,562 | 1,388 | 1,310 | 1,457 | 1,010 | 1,131 | 1,281 | 1,493 | 1,968 | 1,943 | 1,971 | 2,078 | 2,319 | 2,395 | 2,555 | 2,326 | 2,500 | 3,064 | 2,833 | 3,257 | 3,499 | 3,295 | 4,943 | 4,955 | 5,189 | 5,556 | 5,764 | 7,767 | 8,155 | 8,326 | 8,901 |
| Pacific Islander | 40 | 41 | 29 | 33 | 38 | 47 | 38 | 40 | 54 | 54 | 38 | 63 | 48 | 50 | 43 | 45 | 38 | 30 | 24 | 51 | 48 | 32 | 42 | 45 | 61 | 48 | 50 | 66 | 74 | 51 | 45 |
| White | 5,055 | 5,101 | 4,719 | 5,446 | 4,984 | 5,307 | 5,173 | 6,128 | 6,222 | 5,835 | 5,612 | 5,990 | 6,554 | 6,008 | 5,706 | 4,822 | 4,759 | 5,004 | 5,794 | 6,397 | 5,480 | 6,036 | 6,737 | 6,650 | 6,345 | 6,677 | 7,597 | 9,062 | 5,726 | 6,105 | 6,274 |
| Unknown | 844 | 936 | 987 | 870 | 2,218 | 1,292 | 1,450 | 1,751 | 1,467 | 1,536 | 1,232 | 1,441 | 1,281 | 1,543 | 1,183 | 1,222 | 1,019 | 456 | 698 | 859 | 774 | 918 | 1,030 | 1,021 | 1,033 | 1,475 | 1,385 | 963 | 983 | 1,479 | |
| International | 93 | 111 | 65 | 104 | 71 | 105 | 130 | 222 | 172 | 110 | 246 | 327 | 439 | 475 | 605 | 662 | 1,235 | 2,094 | 3,536 | 4,123 | 5,012 | 5,697 | 5,623 | 5,759 | 5,687 | 5,659 | 6,379 | 6,496 | 3,519 | 3,793 | 4,862 |
| **Enrollees** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enrollees | 2,857 | 3,057 | 2,727 | 3,267 | 3,373 | 3,281 | 3,122 | 3,981 | 4,243 | 3,799 | 3,874 | 3,720 | 4,589 | 4,141 | 4,292 | 3,749 | 3,947 | 3,444 | 4,573 | 5,228 | 4,922 | 5,292 | 5,746 | 5,699 | 6,707 | 6,023 | 6,449 | 7,543 | 6,547 | 7,005 | 7,331 |
| African American | 67 | 42 | 61 | 63 | 52 | 33 | 28 | 33 | 48 | 47 | 57 | 43 | 44 | 72 | 52 | 46 | 62 | 62 | 89 | 116 | 88 | 80 | 147 | 130 | 164 | 179 | 196 | 222 | 253 | 266 | 248 |
| American Indian | 34 | 23 | 32 | 26 | 19 | 12 | 14 | 9 | 20 | 14 | 15 | 18 | 22 | 9 | 15 | 11 | 22 | | 14 | 19 | 15 | 22 | 23 | 17 | 20 | 26 | 28 | 30 | 24 | 21 | 39 |
| Asian | 1,037 | 1,169 | 1,016 | 1,199 | 1,199 | 1,313 | 1,209 | 1,725 | 1,825 | 1,624 | 1,818 | 1,848 | 2,375 | 2,186 | 2,341 | 2,070 | 2,139 | 1,577 | 2,132 | 2,274 | 2,046 | 2,126 | 2,156 | 2,100 | 2,541 | 2,213 | 2,702 | 2,889 | 2,596 | 2,683 | 2,965 |
| Hispanic/Latino(a) | 346 | 276 | 275 | 338 | 276 | 288 | 308 | 321 | 456 | 418 | 446 | 431 | 508 | 553 | 542 | 562 | 597 | 716 | 616 | 820 | 859 | 725 | 1,199 | 1,301 | 1,503 | 1,432 | 1,134 | 1,629 | 1,960 | 2,122 | 2,018 |
| Pacific Islander | 8 | 14 | 6 | 11 | 11 | 4 | 6 | 11 | 12 | 13 | 7 | 18 | 14 | 14 | 9 | 11 | 5 | | 9 | 16 | 7 | 9 | 15 | 6 | 7 | 14 | 11 | 8 | 11 | | |
| White | 1,149 | 1,293 | 1,106 | 1,403 | 1,254 | 1,325 | 1,209 | 1,470 | 1,506 | 1,314 | 1,162 | 1,080 | 1,280 | 983 | 1,006 | 811 | 782 | 685 | 948 | 1,038 | 819 | 906 | 891 | 1,024 | 1,179 | 1,053 | 1,080 | 1,457 | 969 | 1,070 | 1,025 |
| Unknown | 201 | 223 | 217 | 209 | 552 | 285 | 329 | 377 | 361 | 362 | 327 | 225 | 265 | 237 | 233 | 167 | 181 | 46 | 145 | 165 | 145 | 126 | 178 | 130 | 192 | 193 | 132 | 156 | 66 | | |
| International | 15 | 17 | 14 | 18 | 10 | 12 | 19 | 35 | 15 | 7 | 42 | 57 | 81 | 87 | 94 | 71 | 159 | 347 | 661 | 807 | 968 | 1,262 | 1,180 | 992 | 1,107 | 984 | 1,110 | 1,109 | 602 | 679 | 820 |
| **SANTA BARBARA** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Applicants** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Applicants | 17,061 | 18,291 | 19,226 | 20,710 | 23,698 | 26,959 | 31,229 | 34,023 | 34,694 | 37,584 | 36,974 | 37,522 | 39,857 | 40,937 | 47,076 | 44,736 | 46,727 | 49,664 | 55,258 | 62,425 | 66,816 | 70,536 | 77,107 | 81,824 | 92,306 | 93,446 | 90,961 | | | | |
| African American | 528 | 579 | 624 | 645 | 707 | 799 | 949 | 1,105 | 1,125 | 1,268 | 1,248 | 1,233 | 1,311 | 1,353 | 2,188 | 2,182 | 2,360 | 2,579 | 3,012 | 3,065 | 3,109 | 3,360 | 3,559 | 3,658 | 4,168 | 4,148 | 3,962 | 5,093 | 5,063 | 5,080 | 5,346 |
| American Indian | 159 | 190 | 198 | 195 | 211 | 203 | 213 | 228 | 250 | 238 | 242 | 232 | 275 | 291 | 287 | 332 | 418 | 393 | 400 | 384 | 454 | 462 | 426 | 448 | 447 | 375 | 399 | 416 | 606 | 634 | 662 |
| Asian | 4,243 | 4,271 | 4,612 | 5,091 | 6,045 | 7,657 | 8,448 | 8,889 | 9,405 | 9,644 | 10,179 | 11,077 | 11,076 | 12,201 | 11,741 | 12,633 | 13,565 | 14,972 | 16,058 | 17,284 | 18,105 | 19,294 | 20,426 | 24,592 | 25,670 | 25,525 | 29,157 | 32,492 | 33,304 | 33,255 | |
| Hispanic/Latino(a) | 2,478 | 2,707 | 2,718 | 2,916 | 3,010 | 3,441 | 4,194 | 4,919 | 5,074 | 6,000 | 5,943 | 6,114 | 6,851 | 7,481 | 9,511 | 9,674 | 10,780 | 12,737 | 13,979 | 16,323 | 16,657 | 17,418 | 18,915 | 20,232 | 22,783 | 22,330 | 21,195 | 23,953 | 23,836 | 25,243 | 25,117 |
| Pacific Islander | 62 | 68 | 72 | 67 | 83 | 97 | 109 | 127 | 171 | 170 | 130 | 143 | 137 | 147 | 156 | 113 | 127 | 111 | 174 | 182 | 183 | 193 | 209 | 210 | 254 | 225 | 205 | 260 | 252 | 266 | 228 |
| White | 8,353 | 8,946 | 9,783 | 11,206 | 10,344 | 13,458 | 14,625 | 15,246 | 15,700 | 16,333 | 15,810 | 16,381 | 16,848 | 17,198 | 18,573 | 17,241 | 16,448 | 17,062 | 17,079 | 17,955 | 18,127 | 18,023 | 19,239 | 20,075 | 21,340 | 21,185 | 20,226 | 26,333 | 26,849 | 25,681 | 24,431 |
| Unknown | 977 | 1,118 | 1,336 | 611 | 3,951 | 2,527 | 3,010 | 3,242 | 3,049 | 3,739 | 3,384 | 2,576 | 2,637 | 2,569 | 3,059 | 2,276 | 2,558 | 1,308 | 1,521 | 1,762 | 1,690 | 2,062 | 2,198 | 2,234 | 2,671 | 2,435 | 2,801 | 2,860 | 2,963 | 3,148 | 4,037 |
| International | 261 | 412 | 271 | 458 | 301 | 389 | 472 | 668 | 436 | 431 | 573 | 664 | 725 | 822 | 1,101 | 1,177 | 1,403 | 1,999 | 4,121 | 6,696 | 9,312 | 10,913 | 13,267 | 14,541 | 16,051 | 17,078 | 16,648 | 17,559 | 18,934 | 17,515 | 17,183 |
| **Admits** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Admits | 14,088 | 14,771 | 14,958 | 14,766 | 14,424 | 14,382 | 14,683 | 17,018 | 17,696 | 18,775 | 19,588 | 19,821 | 21,282 | 22,271 | 23,186 | 21,539 | 21,249 | 22,998 | 24,556 | 24,812 | 24,284 | 23,026 | 27,581 | 26,845 | 29,724 | 27,626 | 33,384 | 30,823 | 28,688 | 30,804 | 36,347 |
| African American | 409 | 427 | 456 | 379 | 341 | 362 | 442 | 460 | 469 | 458 | 486 | 489 | 557 | 762 | 711 | 657 | 780 | 846 | 790 | 771 | 927 | 1,049 | 997 | 897 | 1,064 | 1,224 | 1,141 | 106 | 174 | 224 | 166 |
| American Indian | 133 | 154 | 168 | 153 | 123 | 101 | 96 | 114 | 123 | 119 | 108 | 116 | 152 | 149 | 126 | 168 | 186 | 196 | 200 | 175 | 188 | 183 | 177 | 190 | 172 | 132 | 141 | 106 | 174 | 224 | 166 |
| Asian | 3,473 | 3,384 | 3,267 | 3,152 | 2,941 | 3,101 | 3,487 | 4,172 | 4,471 | 4,550 | 4,926 | 5,276 | 5,719 | 6,158 | 5,846 | 5,913 | 6,698 | 7,308 | 7,311 | 7,362 | 7,222 | 8,366 | 7,916 | 8,955 | 8,321 | 11,268 | 9,360 | 9,677 | 10,359 | 12,026 | |
| Hispanic/Latino(a) | 1,928 | 2,040 | 2,136 | 2,267 | 1,778 | 1,795 | 1,960 | 2,387 | 2,560 | 2,842 | 3,140 | 3,166 | 3,598 | 3,841 | 4,486 | 4,368 | 4,241 | 4,723 | 4,662 | 4,783 | 4,837 | 4,525 | 5,000 | 5,099 | 5,617 | 5,253 | 5,931 | 6,596 | 6,537 | 7,217 | 7,777 |
| Pacific Islander | 51 | 52 | 53 | 53 | 52 | 55 | 46 | 64 | 81 | 77 | 63 | 60 | 53 | 52 | 45 | 49 | 36 | 60 | 54 | 55 | 52 | 58 | 59 | 57 | 56 | 62 | 50 | | | | |
| White | 7,162 | 7,566 | 7,711 | 8,058 | 6,651 | 7,378 | 7,098 | 7,898 | 8,340 | 8,652 | 8,794 | 9,015 | 9,385 | 9,904 | 9,530 | 8,741 | 8,380 | 8,808 | 8,559 | 8,468 | 7,454 | 6,710 | 7,909 | 7,108 | 7,409 | 6,220 | 8,366 | 7,644 | 6,396 | 6,843 | 8,175 |
| Unknown | 817 | 913 | 1,051 | 430 | 2,361 | 1,448 | 1,488 | 1,726 | 1,509 | 1,985 | 1,860 | 1,440 | 1,525 | 1,501 | 1,671 | 1,668 | 1,447 | 767 | 886 | 766 | 840 | 956 | 922 | 1,043 | 880 | 1,310 | 1,019 | 942 | 1,077 | 1,059 | 5,187 |
| International | 115 | 235 | 125 | 217 | 139 | 163 | 146 | 215 | 152 | 161 | 239 | 262 | 302 | 339 | 401 | 492 | 579 | 1,123 | 2,164 | 2,304 | 2,833 | 2,724 | 4,194 | 4,503 | 5,472 | 5,866 | 5,248 | 4,812 | 3,727 | 3,769 | 5,187 |
| **Enrollees** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enrollees | 2,881 | 3,361 | 3,463 | 3,744 | 3,584 | 3,781 | 3,427 | 3,649 | 3,842 | 3,998 | 3,897 | 3,829 | 4,100 | 4,336 | 4,387 | 4,587 | 3,720 | 4,098 | 4,741 | 4,624 | 4,738 | 4,474 | 4,996 | 4,539 | 5,094 | 4,935 | 4,847 | 4,898 | 4,967 | 5,044 | 5,008 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| African American | 86 | 106 | 96 | 126 | 100 | 83 | 93 | 90 | 115 | 95 | 102 | 112 | 114 | 111 | 188 | 175 | 140 | 153 | 203 | 193 | 189 | 197 | 210 | 244 | 189 | 185 | 167 | 177 | 229 | 218 | 207 |
| American Indian | 16 | 33 | 51 | 34 | 39 | 29 | 26 | 28 | 30 | 25 | 24 | 23 | 39 | 36 | 23 | 48 | 37 | 44 | 59 | 37 | 52 | 51 | 42 | 47 | 46 | 31 | 29 | 13 | | 49 | 26 |
| Asian | 558 | 584 | 527 | 635 | 488 | 556 | 518 | 540 | 648 | 660 | 663 | 628 | 628 | 711 | 770 | 929 | 774 | 1,053 | 1,290 | 1,145 | 1,266 | 1,176 | 1,243 | 1,114 | 1,352 | 1,173 | 1,353 | 1,201 | 1,409 | 1,349 | 1,305 |
| Hispanic/Latino(a) | 389 | 443 | 499 | 514 | 517 | 513 | 497 | 563 | 638 | 647 | 778 | 754 | 873 | 922 | 1,065 | 1,108 | 890 | 1,018 | 1,147 | 1,147 | 1,224 | 1,211 | 1,234 | 1,086 | 1,302 | 1,177 | 1,133 | 1,179 | 1,250 | 1,364 | 1,358 |
| Pacific Islander | 15 | 14 | 14 | 6 | 15 | 13 | 12 | 16 | 18 | 12 | 20 | 14 | 11 | 15 | 8 | 10 | 8 | 13 | 6 | 14 | 16 | 12 | 17 | 9 | 14 | 10 | 10 | | | 9 | 5 |
| White | 1,646 | 1,964 | 2,102 | 2,294 | 1,831 | 2,184 | 1,903 | 2,044 | 2,036 | 2,158 | 1,958 | 2,014 | 2,129 | 2,257 | 2,035 | 2,060 | 1,633 | 1,610 | 1,702 | 1,703 | 1,529 | 1,363 | 1,584 | 1,363 | 1,360 | 1,321 | 1,570 | 1,521 | 1,299 | 1,388 | 1,489 |
| Unknown | 147 | 183 | 157 | 96 | 561 | 361 | 350 | 341 | 334 | 384 | 308 | 243 | 272 | 245 | 249 | 194 | 202 | 110 | 116 | 127 | 122 | 127 | 119 | 115 | 112 | 86 | 158 | 143 | 127 | 122 | 165 |
| International | 24 | 34 | 17 | 39 | 33 | 42 | 28 | 27 | 23 | 17 | 44 | 41 | 34 | 39 | 49 | 63 | 36 | 97 | 218 | 258 | 340 | 335 | 552 | 553 | 724 | 948 | 427 | 654 | 596 | 545 | 453 |

**SANTA CRUZ**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Applicants | 10,888 | 11,404 | 11,396 | 12,011 | 13,910 | 14,482 | 19,342 | 22,504 | 24,309 | 21,800 | 25,050 | 23,027 | 24,542 | 24,462 | 27,833 | 27,247 | 27,645 | 28,230 | 33,137 | 38,636 | 40,727 | 45,532 | 49,180 | 52,969 | 56,625 | 55,865 | 55,068 | 61,805 | 66,014 | 68,845 | 71,722 |
| African American | 375 | 411 | 420 | 390 | 408 | 427 | 619 | 780 | 858 | 763 | 871 | 676 | 764 | 796 | 1,022 | 1,015 | 1,152 | 1,325 | 1,574 | 1,884 | 1,956 | 2,144 | 2,399 | 2,562 | 2,683 | 2,598 | 2,595 | 3,308 | 3,351 | 3,342 | 3,858 |
| American Indian | 101 | 146 | 120 | 110 | 126 | 117 | 154 | 172 | 182 | 148 | 178 | 169 | 175 | 166 | 185 | 214 | 286 | 239 | 273 | 264 | 299 | 309 | 292 | 307 | 285 | 237 | 248 | 265 | 407 | 451 | 467 |
| Asian | 2,414 | 2,368 | 2,415 | 2,655 | 3,069 | 3,409 | 4,774 | 5,429 | 6,117 | 5,442 | 6,493 | 6,350 | 6,914 | 6,654 | 7,253 | 7,189 | 7,783 | 7,968 | 9,322 | 10,512 | 11,004 | 11,910 | 12,567 | 13,391 | 15,067 | 15,133 | 15,312 | 17,512 | 19,806 | 21,152 | 21,853 |
| Hispanic/Latino(a) | 1,772 | 1,907 | 1,689 | 1,673 | 1,875 | 1,899 | 2,678 | 3,360 | 3,609 | 3,515 | 4,004 | 3,546 | 3,974 | 4,184 | 5,231 | 5,492 | 5,994 | 7,320 | 9,023 | 11,449 | 11,981 | 13,712 | 14,878 | 16,570 | 17,298 | 16,418 | 16,122 | 17,437 | 18,313 | 19,125 | 20,623 |
| Pacific Islander | 40 | 50 | 38 | 37 | 47 | 59 | 68 | 94 | 104 | 110 | 95 | 88 | 83 | 81 | 105 | 75 | 84 | 88 | 115 | 139 | 140 | 159 | 148 | 157 | 175 | 146 | 148 | 193 | 190 | 191 | 198 |
| White | 5,335 | 5,494 | 5,653 | 6,200 | 5,693 | 6,838 | 8,740 | 9,993 | 10,901 | 9,277 | 10,710 | 10,147 | 10,452 | 10,521 | 11,569 | 11,079 | 10,135 | 9,823 | 10,432 | 10,787 | 10,588 | 11,350 | 11,941 | 12,061 | 12,468 | 12,181 | 11,749 | 15,237 | 16,303 | 16,171 | 15,855 |
| Unknown | 727 | 816 | 938 | 752 | 2,519 | 1,519 | 2,106 | 2,278 | 2,282 | 2,333 | 2,348 | 1,724 | 1,773 | 1,619 | 1,924 | 1,641 | 1,600 | 710 | 884 | 1,103 | 1,078 | 1,351 | 1,332 | 1,363 | 1,622 | 1,390 | 1,680 | 1,637 | 1,681 | 1,865 | 2,407 |
| International | 124 | 212 | 123 | 194 | 173 | 214 | 203 | 398 | 256 | 212 | 351 | 327 | 407 | 441 | 544 | 540 | 611 | 757 | 1,514 | 2,498 | 3,681 | 4,597 | 5,623 | 6,558 | 7,027 | 7,762 | 7,214 | 6,216 | 5,963 | 6,548 | 6,461 |
| **Admits** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Admits | 8,929 | 9,487 | 9,445 | 9,892 | 10,963 | 11,264 | 16,083 | 18,694 | 20,084 | 17,210 | 16,038 | 17,103 | 19,512 | 19,846 | 19,951 | 17,316 | 17,643 | 18,996 | 19,851 | 19,829 | 22,695 | 22,897 | 28,451 | 26,983 | 26,803 | 28,628 | 35,591 | 36,252 | 30,926 | 43,054 | 47,186 |
| African American | 275 | 339 | 335 | 282 | 264 | 262 | 430 | 506 | 559 | 432 | 357 | 355 | 468 | 517 | 547 | 420 | 473 | 606 | 726 | 705 | 781 | 670 | 997 | 1,024 | 964 | 948 | 1,281 | 1,569 | 1,276 | 1,723 | 2,004 |
| American Indian | 84 | 120 | 98 | 92 | 100 | 86 | 126 | 139 | 154 | 113 | 100 | 108 | 129 | 119 | 121 | 151 | 178 | 160 | 166 | 121 | 179 | 189 | 198 | 169 | 152 | 132 | 152 | 156 | 168 | 284 | 287 |
| Asian | 1,921 | 1,850 | 1,902 | 2,096 | 2,393 | 2,475 | 3,843 | 4,383 | 4,860 | 4,124 | 4,068 | 4,707 | 5,548 | 5,382 | 5,181 | 4,565 | 5,133 | 5,493 | 5,746 | 5,674 | 6,307 | 6,557 | 8,366 | 7,745 | 7,935 | 8,144 | 11,195 | 10,611 | 10,105 | 14,687 | 15,007 |
| Hispanic/Latino(a) | 1,445 | 1,654 | 1,388 | 1,358 | 1,393 | 1,386 | 2,140 | 2,661 | 2,772 | 2,544 | 2,408 | 2,431 | 3,297 | 3,606 | 3,256 | 3,502 | 4,578 | 5,225 | 4,612 | 5,350 | 4,445 | 5,824 | 5,005 | 4,648 | 5,507 | 7,900 | 8,952 | 7,389 | 9,930 | 11,558 | |
| Pacific Islander | 33 | 40 | 29 | 27 | 33 | 41 | 61 | 71 | 83 | 82 | 46 | 60 | 59 | 60 | 67 | 39 | 41 | 55 | 60 | 57 | 80 | 75 | 71 | 69 | 57 | 62 | 74 | 110 | 73 | 106 | 113 |
| White | 4,515 | 4,719 | 4,853 | 5,319 | 4,700 | 5,494 | 7,631 | 8,783 | 9,642 | 7,974 | 7,312 | 7,908 | 8,618 | 8,881 | 8,740 | 7,450 | 6,978 | 7,219 | 6,752 | 6,492 | 6,881 | 6,859 | 8,507 | 7,418 | 6,938 | 7,424 | 8,395 | 9,452 | 7,752 | 10,992 | 11,170 |
| Unknown | 615 | 682 | 799 | 636 | 2,015 | 1,221 | 1,774 | 1,964 | 1,916 | 1,866 | 1,609 | 1,359 | 1,442 | 1,340 | 1,468 | 1,205 | 1,071 | 508 | 572 | 683 | 673 | 757 | 897 | 775 | 900 | 764 | 1,180 | 1,045 | 927 | 1,337 | 1,798 |
| International | 41 | 83 | 41 | 82 | 65 | 71 | 78 | 187 | 98 | 75 | 138 | 175 | 219 | 250 | 225 | 230 | 267 | 377 | 604 | 1,485 | 2,444 | 3,149 | 3,591 | 4,778 | 5,209 | 5,647 | 5,414 | 4,357 | 3,236 | 3,995 | 5,249 |
| **Enrollees** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enrollees | 1,765 | 1,812 | 2,006 | 2,126 | 2,361 | 2,403 | 2,928 | 3,048 | 3,257 | 3,434 | 3,028 | 2,977 | 3,338 | 3,704 | 3,960 | 3,214 | 3,290 | 128 | 3,827 | 3,301 | 4,035 | 3,620 | 4,221 | 4,048 | 3,695 | 3,712 | 4,193 | 4,347 | 3,859 | 4,381 | 4,383 |
| African American | 39 | 68 | 48 | 42 | 56 | 53 | 69 | 81 | 81 | 94 | 81 | 68 | 83 | 109 | 111 | 83 | 92 | 36 | 149 | 156 | 191 | 113 | 165 | 174 | 159 | 129 | 206 | 218 | 164 | 191 | 217 |
| American Indian | 18 | 28 | 21 | 20 | 23 | 20 | 25 | 25 | 30 | 27 | 25 | 26 | 26 | 25 | 31 | 39 | 39 | 978 | 36 | 16 | 34 | 27 | 21 | 24 | 24 | 19 | 15 | 39 | 41 | | |
| Asian | 254 | 244 | 260 | 339 | 372 | 395 | 520 | 531 | 638 | 634 | 622 | 608 | 734 | 900 | 921 | 724 | 893 | 1,031 | 1,045 | 804 | 1,056 | 1,060 | 1,252 | 1,094 | 1,083 | 992 | 1,360 | 1,152 | 1,239 | 1,447 | 1,326 |
| Hispanic/Latino(a) | 299 | 295 | 263 | 244 | 302 | 298 | 368 | 412 | 448 | 498 | 421 | 444 | 576 | 646 | 734 | 671 | 806 | 15 | 1,265 | 1,085 | 1,184 | 939 | 1,045 | 1,020 | 811 | 838 | 1,165 | 1,272 | 1,106 | 1,162 | 1,229 |
| Pacific Islander | 8 | 7 | | 6 | | 7 | 7 | | | | | 9 | 10 | 5 | 13 | 14 | | 11 | 1,333 | 15 | 14 | 19 | 20 | 8 | 10 | 7 | 7 | 12 | 15 | 10 | 14 |
| White | 1,005 | 1,023 | 1,205 | 1,321 | 1,098 | 1,356 | 1,587 | 1,616 | 1,706 | 1,781 | 1,552 | 1,579 | 1,660 | 1,756 | 1,897 | 1,407 | 1,264 | 74 | 1,200 | 1,004 | 1,176 | 1,082 | 1,312 | 1,194 | 1,017 | 1,163 | 1,156 | 1,271 | 1,078 | 1,282 | 1,263 |
| Unknown | 136 | 140 | 201 | 146 | 495 | 268 | 352 | 362 | 347 | 388 | 297 | 227 | 233 | 232 | 240 | 268 | 174 | 12 | 98 | 102 | 101 | 90 | 118 | 87 | 102 | 74 | 107 | 87 | 96 | 132 | 92 |
| International | 6 | 7 | | 8 | | 6 | 6 | | | | 21 | 15 | 21 | 23 | 12 | 16 | 11 | | 19 | 120 | 286 | 288 | 287 | 442 | 495 | 485 | 163 | 153 | 151 | 119 | 211 |

**Definitions**

**Applicants** – Students who make a formal application to attend the University of California.

**Admits** – Students who have been made a formal offer of admission to attend the University of California.

**Enrollees** – Students who have accepted an offer of admission and are enrolled at the University of California.

**Freshmen** – Students from high schools. Includes applicants with college coursework taken during high school or the summer after graduation.

**Transfers** – Students from community colleges or other post-secondary institutions.

**California Residents** – Applicants who are residents of California for admission purposes.

**Domestic Nonresidents** – Applicants who are residents of the U.S. but not residents of California for admission purposes.

**International** – Applicants who are not residents of the U.S. for admission purposes.

**Source school** – Last school attended.

**Gender identity** – Prior to 2016, UC collected only binary "Male/Female" gender through a voluntary question and individuals not identifying with these categories were grouped as "Unknown." For fall 2015 and prior years, gender data on this dashboard reflects these categories.

Beginning in 2016, UC began collecting expanded gender identity information as part of the CA Gender Recognition Act, including a nonbinary category and four additional gender identity categories. On this dashboard, for fall 2016 and later, gender reflects gender identity categories used in the most recent year. Note that the category "Woman" was previously "Female," "Man" was previously "Male," "Nonbinary" was previously "Genderqueer/Gender non-Conforming" and "Genderqueer or Nonbinary Gender," "Transgender Woman/Trans Woman" was previously "Trans Female/Trans Woman,"

and "Transgender Man/Trans Man" was previously "Trans Male/Trans Man." The gender identity on this dashboard reflects selections made by students at the time of application. Enrollment data may reflect updates made with campus registrars after enrolling.

**Sexual orientation** – UC began collecting sexual orientation data in 2016. The data on this dashboard reflects selections made by students at the time of application. Enrollment data may reflect updates made with campus registrars after enrolling.

**A-G courses** – For freshmen, the number of yearlong college preparatory courses completed or planned in 9th–12th grades. For students from California public and private high school, A-G course counts are based on courses submitted by the high schools, reviewed by UC, and are listed on the A-G course lists. The process for students from high schools outside of California is different, and therefore the data are not directly comparable. However, A-G college preparatory coursework is still among the factors taken into account for admissions decisions for all freshman applicants. College preparatory courses in mathematics and languages other than English completed in 7th and 8th grades are included. See Subject requirements for A-G.

Honors courses – For freshmen, the number of yearlong courses taken or planned in 10th–12th grades. These are Advanced Placement (AP), International Baccalaureate Higher Level (IB HL) and designated Standard Level (IB SL) courses, UC-transferable college courses and (for students from CA high schools). see UC-certified honors courses.

**Notes**

Systemwide applicant and admit counts are unduplicated.

UC Merced opened in 2005 so there is no data prior to 2005 for this campus. Beginning in 2011, Merced invited all California resident referrals to be considered for admission to their campus and only processed and formally admitted those who accepted the invitation. This change in admissions process resulted in fewer formal offers of admissions to California resident applicants at Merced and systemwide, thus the admit rate at Merced and systemwide dropped significantly from 2010 to 2011.

Cells with 1 to 4 students have been redacted, with additional reactions to ensure small cells cannot be deduced by subtraction.