**WILMER CUTLER PICKERING HALE AND DORR LLP**
Debo Adegbile (admitted *pro hac vice*)
debo.adegbile@wilmerhale.com
Michael S. Crafts (admitted *pro hac vice*)
michael.crafts@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800

Felicia H. Ellsworth (admitted *pro hac vice*)
felicia.ellsworth@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

Joshua A. Vittor (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300

*Attorneys for UC Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENTS AGAINST RACIAL DISCRIMINATION,<br><br>*Plaintiff*,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>*Defendants*. | Case No. 8:25-cv-00192-JWH-JDE<br><br>**NOTICE OF UC DEFENDANTS' MOTION TO DISMISS**<br><br>Date:     March 20, 2026<br>Time:     9:00 a.m.<br>Place:    Courtroom 9D<br>Judge:    Hon. John W. Holcomb |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on March 20, 2026, at 9:00 a.m., or at another time convenient for the Court, in Courtroom 9D of the Ronald Reagan Federal Building and United States Courthouse at 411 West 4th Street, Santa Ana, California or in such manner as the Court directs, the UC Defendants will move this Court to dismiss with prejudice the claims against the UC Chancellors in the Third Amended Complaint in the above-captioned action.[1]

This motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6), on the ground that the Third Amended Complaint fails to state a claim upon which relief can be granted as to the UC Chancellors.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the pleadings on file in this action, and such other authorities and arguments as may be submitted in any reply or at any hearing.

This motion is made following conferences of counsel pursuant to Local Rule 7-3, which took place on January 21, 2026; January 23, 2026; January 27, 2026; and February 10, 2026. Counsel for SARD and the UC Defendants were unable to reach a resolution that would have made this motion unnecessary.

[SIGNATURE PAGE FOLLOWS]

---

[1] "UC Defendants" refers to all Defendants named in the Third Amended Complaint except for David Faigman, Dean and Chancellor of UC Law San Francisco, an entity that is not governed by the Regents of the University of California. "UC Chancellors" refers to all Chancellors named in the Third Amended Complaint except for Chancellor Faigman.

Dated: February 20, 2026              Respectfully submitted,

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth
(admitted *pro hac vice*)

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Felicia H. Ellsworth (admitted *pro hac vice*)
felicia.ellsworth@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

Debo Adegbile (admitted *pro hac vice*)
debo.adegbile@wilmerhale.com
Michael Crafts (admitted *pro hac vice*)
michael.crafts@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800

Joshua A. Vittor (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300

*Attorneys for UC Defendants*