# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENTS AGAINST RACIAL DISCRIMINATION,<br><br>*Plaintiff,*<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>*Defendants*. | Case No. 8:25-cv-00192-JWH-JDE<br><br>**[PROPOSED] ORDER ON UC DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**<br><br>Date:    March 20, 2026<br>Time:    9:00 a.m.<br>Place:    Courtroom 9D<br>Judge:    Hon. John W. Holcomb |

THIS MATTER comes before this Court on the UC Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12.[1]  Upon considering the Third Amended Complaint and the parties' briefing, the Court finds that dismissal of Plaintiff's claims against Defendants Cynthia K. Larive, Gary S. May, Howard Gillman, Juan Sánchez Muñoz, Julio J. Frenk Mora, Rich Lyons, Pradeep K. Khosla, S. Jack Hu, and Dennis Assanis (collectively, "UC Chancellors") is warranted.

Plaintiff's claims against the UC Chancellors are dismissed in their entirety because the UC Chancellors enjoy Eleventh Amendment immunity.  The allegations in the Third Amended Complaint fail to allege the requisite connection between the UC Chancellors and the allegedly unconstitutional admissions policies or practices to fall within the narrow exception to this immunity created by *Ex parte Young*, 209 U.S. 123 (1908).  *See Association des Eleveurs de Canards et d'Oies du Quebec v. Harris*, 729 F.3d 937, 943 (9th Cir. 2013); *Assoc. for Info Media & Equipment v. Regents of the Univ. of Cal.*, 2012 WL 7683452, at *4 (C.D. Cal. Nov. 20, 2012).

* * *

Because the claims against the UC Chancellors (Count 2 and Count 3) are barred by sovereign immunity, it is hereby ORDERED that the UC Defendants' Motion to Dismiss is GRANTED and that the UC Chancellors are DISMISSED with prejudice from this action.

[SIGNATURE PAGE FOLLOWS]

---

[1] "UC Defendants" refers to all Defendants named in the Third Amended Complaint except for David Faigman, Dean and Chancellor of UC Law San Francisco, an entity that is not governed by the Regents of the University of California.

Dated: _____

Hon John W. Holcomb

United States District Judge