JEFFREY P. MICHALOWSKI (SBN 248073)
jeff.michalowski@quarles.com
MATTHEW W. BURRIS (SBN 325569)
matt.burris@quarles.com
ADRIELLI FERRER (SBN 348068)
adrielli.ferrer@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant
DAVID FAIGMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| STUDENTS AGAINST RACIAL DISCRIMINATION, | Case No. 8:25-cv-00192-JWH-(JDEx) |
|---|---|
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; et al. | Judge: Hon. John W. Holcomb<br>Crtrm.: Santa Ana, 9D<br>Magistrate: Hon. John D. Early<br>Crtrm: Santa Ana, 6A |
| Defendants. | |

Case No. 8:25-cv-00192-JWH-(JDEx)

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, defendant, DAVID FAIGMAN is an individual, not a nongovernmental corporate party.  He is named in his official capacity as Chancellor and Dean of University of California College of the Law, San Francisco ("UC Law SF"), and UC Law SF is not a nongovernmental corporate party.  There is no person, association of persons, firm, partnership, or corporation that may have a pecuniary interest in the outcome of the case.

Dated:  February 24, 2026          QUARLES & BRADY LLP

By: */s/ Jeffrey P. Michalowski*
 JEFFREY P. MICHALOWSKI
 MATTHEW W. BURRIS
 ADRIELLI FERRER
 Attorneys for Defendant
 DAVID FAIGMAN