UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STUDENTS AGAINST RACIAL DISCRIMINATION**, <br><br>  Plaintiff, <br><br> v. <br><br> **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA**, et al., <br><br>  Defendants. | Case No. 8:25-cv-00192-JWH-JDE <br><br> **ORDER GRANTING STIPULATION TO FILE THIRD AMENDED COMPLAINT AND EXTENDING RELATED DATES** |

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and L.R. 15-1, the parties stipulated to allow the filing of the plaintiff's third amended complaint and related actions. *See* Dkt. 59. The Parties further stipulated that the deadline for the UC Defendants (*i.e.*, all defendants named in the third amended complaint except David Faigman, Dean and Chancellor of UC Law San Francisco) to respond to the operative complaint shall be extended from February 13, 2026, to February 20, 2026. The Parties also agreed that pursuant to a waiver of service of summons, the deadline for David Faigman, Dean and Chancellor of UC Law San Francisco, to respond to the operative complaint is March 23, 2026. Good cause appearing, it is hereby **ORDERED** as follows:

1. The parties' stipulation is **GRANTED** and **APPROVED** in substantial part.

2. The deadline for Plaintiff to file its Third Amended Complaint is February 27, 2026.

3. The UC Defendants' deadline to respond to the operative complaint is **EXTENDED** to March 20, 2026.

4. The deadline for David Faigman, Dean and Chancellor of UC Law San Francisco, to respond to the operative complaint is April 3, 2026.

**IT IS SO ORDERED.**

Dated: February 23, 2026

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE