**WILMER CUTLER PICKERING HALE AND DORR LLP**
Debo Adegbile (admitted *pro hac vice*)
debo.adegbile@wilmerhale.com
Michael S. Crafts (admitted *pro hac vice*)
michael.crafts@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800

Felicia H. Ellsworth (admitted *pro hac vice*)
felicia.ellsworth@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

Joshua A. Vittor (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300

*Attorneys for UC Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENTS AGAINST RACIAL DISCRIMINATION, <br><br> *Plaintiff*, <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., <br><br> *Defendants*. | Case No. 8:25-cv-00192-JWH-JDE <br><br> **NOTICE OF WITHDRAWAL OF UC DEFENDANTS' MOTION TO DISMISS** <br><br> Date:   March 20, 2026 <br> Time:   9:00 a.m. <br> Place:  Courtroom 9D |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE, following the Parties' Stipulation (Dkt. 59) filed on February 12, 2026 agreeing to allow Plaintiff to file the Third Amended Complaint, UC Defendants filed a Motion to Dismiss Plaintiff's Third Amended Complaint on February 20, 2026 (Dkt. 60).  After the Court granted that Stipulation on February 23, 2026 (Dkt. 65), Plaintiff filed the Third Amended Complaint (Dkt. 66).

Accordingly, pursuant to L.R. 7-16 and the Scheduling Order in this Action (Dkt. 47), UC Defendants hereby withdraw their Motion to Dismiss (Dkt. 60), without prejudice.  UC Defendants shall respond to Plaintiff's operative Third Amended Complaint on or before March 20, 2026, as ordered by the Court (Dkt. 65).

UC Defendants request that the Court remove from the calendar the hearing on the Motion, currently set for March 20, 2026 at 9:00 a.m., without prejudice.

[SIGNATURE PAGE FOLLOWS]

| | |
|---|---|
| Dated: February 27, 2026 | Respectfully submitted, |
| | /s/ Felicia H. Ellsworth |
| | Felicia H. Ellsworth |
| | (admitted *pro hac vice*) |
| | |
| | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| | Felicia H. Ellsworth (admitted *pro hac vice*) |
| | felicia.ellsworth@wilmerhale.com |
| | 60 State Street |
| | Boston, MA 02109 |
| | Telephone: 617-526-6000 |
| | |
| | Debo Adegbile (admitted *pro hac vice*) |
| | debo.adegbile@wilmerhale.com |
| | Michael Crafts (admitted *pro hac vice*) |
| | michael.crafts@wilmerhale.com |
| | 7 World Trade Center |
| | 250 Greenwich Street |
| | New York, NY 10007 |
| | Telephone: 212-295-8800 |
| | |
| | Joshua A. Vittor (CA Bar No. 326221) |
| | joshua.vittor@wilmerhale.com |
| | 350 South Grand Avenue |
| | Suite 2400 |
| | Los Angeles, CA 90071 |
| | Telephone: 213-443-5300 |
| | |
| | *Attorneys for UC Defendants* |