1  JONATHAN F. MITCHELL *
2  jonathan@mitchell.law
   Mitchell Law PLLC
3  111 Congress Avenue, Suite 400
4  Austin, Texas 78701
   (512) 686-3940
5
6  * admitted *pro hac vice*
7
   WILLIAM J. BROWN JR.
8  California Bar No. 192950
9  bill@brownwegner.com
   Brown Wegner LLP
10 2010 Main Street, Suite 1260
11 Irvine, California 92614
   (949) 705-0081
12
13 *Counsel for Plaintiff*
14 [Additional counsel for Plaintiff on following page]

15          UNITED STATES DISTRICT COURT
16        CENTRAL DISTRICT OF CALIFORNIA
17              SOUTHERN DIVISION

18

19 | **Students Against Racial Discrimination**, | Case No. 8:25-cv-00192-JWH-JDE |

20              Plaintiff,

21 v.

22
   **The Regents of the University of**     **Stipulation of the Parties to Allow**
23 **California**, et al.                    **Filing of Plaintiff's Third**
                                             **Amended Complaint**
24
              Defendants.
25

26

[Additional counsel for Plaintiff]

RYAN GIANNETTI*
ryan.giannetti@aflegal.org
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, DC 20003
(202) 964-3721

* admitted *pro hac vice*

1  Pursuant to Fed. R. Civ. P. 15(a)(2) and Local Rule 15-1, the parties stipu-
2  late and give written consent to the filing of the plaintiff's third amended com-
3  plaint. A copy of the plaintiff's third amended complaint is attached to this
4  stipulation, as required by Local Rule 15-1. We have also attached a redlined
5  copy of the third amended pleading, as required by paragraph 12 of the stand-
6  ing order of this Court.

7  The parties further stipulate that the UC Defendants' deadline to respond
8  to the operative complaint shall be extended from February 13, 2026, to Feb-
9  ruary 20, 2026.[1]

10  The parties further agree that pursuant to a waiver of service of summons,
11  the deadline for David Faigman (Dean and Chancellor of UC Law San Fran-
12  cisco) to respond to the operative complaint is March 23, 2026 (ECF No. 54).

13
14  Respectfully submitted.

15  /s/ Jonathan F. Mitchell               /s/ Felicia H. Ellsworth
16  Jonathan F. Mitchell*                  Felicia H. Ellsworth*
   Texas Bar No. 24075463                 Wilmer Cutler Pickering Hale and
17  Mitchell Law PLLC                      Dorr LLP
18  111 Congress Avenue, Suite 400         60 State Street
   Austin, Texas 78701                    Boston, Massachusetts 02109
19  (512) 686-3940 (phone)                 (617) 526-6000
20  (512) 686-3941 (fax)                   felicia.ellsworth@wilmerhale.com
21  jonathan@mitchell.law
22                                          (additional counsel listed on
                                           following page)
23
   _____
24  1. "UC Defendants" refers to all defendants named in the third amended
25  complaint except for David Faigman, Dean and Chancellor of UC Law San
   Francisco, an entity that is not governed by the Regents of the University
26  of California.

1

WILLIAM J. BROWN JR.
California Bar No. 192950
2  Brown Wegner LLP
3  2010 Main Street, Suite 1260
Irvine, California 92614
4  (949) 705-0081 (phone)
5  bill@brownwegner.com

6
RYAN GIANNETTI*
7  D.C. Bar No. 400153
America First Legal Foundation
8  611 Pennsylvania Avenue SE #231
9  Washington, DC 20003
(202) 964-3721 (phone)
10  ryan.giannetti@aflegal.org

11
* admitted *pro hac vice*
12

13
*Counsel for Plaintiff*
14

DEBO ADEGBILE*
MICHAEL S. CRAFTS*
Wilmer Cutler Pickering Hale and
Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 295-8800
debo.adegbile@wilmerhale.com
michael.crafts@wilmerhale.com

JOSHUA A. VITTOR
Wilmer Cutler Pickering Hale and
Dorr LLP
350 South Grand Avenue Suite 2400
Los Angeles, California 90071
(213) 443-5300
joshua.vittor@wilmerhale.com

*Counsel for the UC Defendants*

15

16
 /s/ Jeffrey P. Michalowski
Jeffrey P. Michalowski
17  Quarles & Brady LLP
18  101 W. Broadway, Suite 1500
San Diego, California 92101
19  (619) 243-0895
jeff.michalowski@quarles.com
20

21
*Counsel for Defendant David Faigman,*
22  *Dean and Chancellor of UC Law San*
Dated: February 12, 2026    *Francisco*
23

24

25

26

1

### Certificate of Service

2       I certify that on February 12, 2026, I served this document by CM/ECF

3 upon:

4

5 Debo Adegbile                          Jeffrey P. Michalowski
  Michael S. Crafts                      Quarles & Brady LLP
6 Wilmer Cutler Pickering Hale and Dorr LLP  101 W. Broadway, Suite 1500
  7 World Trade Center                   San Diego, California 92101
7 250 Greenwich Street                   (619) 243-0895
8 New York, New York 10007               jeff.michalowski@quarles.com
  (212) 295-8800
9 debo.adegbile@wilmerhale.com           *Counsel for Defendant*
10 michael.crafts@wilmerhale.com         *David Faigman*

11
   Felicia H. Ellsworth
12 Wilmer Cutler Pickering Hale and Dorr LLP
13 60 State Street
   Boston, Massachusetts 02109
14 (617) 526-6000
15 felicia.ellsworth@wilmerhale.com

16
   Joshua A. Vittor
17 Wilmer Cutler Pickering Hale and Dorr LLP
18 350 South Grand Avenue Suite 2400
   Los Angeles, California 90071
19 (213) 443-5300
20 joshua.vittor@wilmerhale.com

21 *Counsel for the UC Defendants*

22
                                   /s/ Jonathan F. Mitchell
23                                 Jonathan F. Mitchell
24 Dated: February 12, 2026        *Counsel for Plaintiff*

25

26

Jonathan F. Mitchell *
jonathan@mitchell.law
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940

* admitted *pro hac vice*

William J. Brown Jr.
California Bar No. 192950
bill@brownwegner.com
Brown Wegner LLP
2010 Main Street, Suite 1260
Irvine, California 92614
(949) 705-0081

*Counsel for Plaintiff*

[Additional counsel for Plaintiff on following page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| **Students Against Racial Discrimination,** | Case No. 8:25-cv-00192 |
| Plaintiff, | |
| v. | |
| **The Regents of the University of California**; **Rich Lyons,** in his official capacity as chancellor of the University of California at Berkeley; **Julio J. Frenk Mora,** in his official capacity as chancellor | **Third Amended Complaint** |

of the University of California at Los Angeles; **Howard Gillman**, in his official capacity as chancellor of the University of California at Irvine; **David Faigman**, in his official capacity as chancellor and dean of the University of California College of the Law, San Francisco; **Pradeep K. Khosla**, in his official capacity as chancellor of the University of California at San Diego; **Cynthia K. Larive**, in her official capacity as chancellor of the University of California at Santa Cruz; **Gary S. May**, in his official capacity as chancellor of the University of California at Davis; **Juan Sánchez Muñoz**, in his official capacity as chancellor of the University of California at Merced; **S. Jack Hu**, in his official capacity as chancellor of the University of California at Riverside; **Dennis Assanis**, in his official capacity as chancellor of the University of California at Santa Barbara,

Defendants.

1 | [Additional counsel for Plaintiff]

2 | RYAN GIANNETTI*

3 | ryan.giannetti@aflegal.org

America First Legal Foundation

4 | 611 Pennsylvania Avenue SE #231

5 | Washington, DC 20003

(202) 964-3721

6 |

7 | * admitted *pro hac vice*

Federal law prohibits universities that accept federal funds from discriminating on account of race. *See* 42 U.S.C. § 2000d (Title VI); 42 U.S.C. § 1981. The University of California System is flouting these requirements by using racial preferences in student admissions—a practice that violates the clear and unequivocal text of Title VI and 42 U.S.C. § 1981, as well as the Equal Protection Clause of the Fourteenth Amendment. The plaintiff brings suit to enjoin these discriminatory practices, and to ensure that the defendants comply with their obligations under federal anti-discrimination laws.

## Jurisdiction and Venue

1.  The Court has subject-matter jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

2.  Venue is proper because a substantial part of the events giving rise to the claims occurred in this judicial district and division. *See* 28 U.S.C. § 1391(b)(2). Venue is additionally proper because at least one of the defendants resides in this judicial district and division and all defendants reside in California. *See* 28 U.S.C. § 1391(b)(1).

## Parties

3.  Plaintiff Students Against Racial Discrimination (SARD) is a voluntary, non-profit membership organization incorporated under the laws of California. SARD was formed and exists for the purpose of restoring meritocracy in academia and fighting illegal race and sex preferences that subordinate academic merit to so-called diversity considerations. SARD has members who intend to apply and will apply for admission to each of the University of California's nine undergraduate campuses. SARD also has members who intend to apply and will apply for admission to each of the University of California's five law schools. SARD's website is at https://www.sard.law. Its of-

fice and mailing address are located in Santa Ana, California.

4. Defendant The Regents of the University of California is a non-profit educational institution organized under the laws of the state of California. It can be served at its Office of the General Counsel, 1111 Franklin Street, 8th Floor Oakland, California 94607. Defendant the Regents of the University of California operates the UC System. Under Article IX, §9 of the California Constitution, the regents have the "full powers of organization and government" over the UC System, including each of its nine undergraduate campuses and each of its five law schools. *See* Cal. Const. art. IX, § 9(a).

5. Defendants Rich Lyons, Julio J. Frenk Mora, Howard Gillman, David Faigman, Pradeep K. Khosla, Cynthia K. Larive, Gary S. May, Juan Sánchez Muñoz, S. Jack Hu, and Dennis Assanis are chancellors of the University of California at Berkeley; the University of California at Los Angeles; the University of California at Irvine; the University of California College of the Law, San Francisco; the University of California at San Diego; the University of California at Santa Cruz; the University of California at Davis; the University of California at Merced; the University of California at Riverside; and the University of California at Santa Barbara. They can be served at the Office of the General Counsel, 1111 Franklin Street, 8th Floor Oakland, California 94607. Each of the chancellors is sued in his or her official capacity.

6. The Regents' bylaws describe the chancellors' responsibilities and prerogatives as follows:

> The Chancellors serve as the executive heads of their respective campuses, implementing the policies and objectives of the Board and of the President of the University, and apprising the Board and the President of the University of significant developments affecting their campuses and the University. The

Chancellors set the policies, goals and strategic direction for their campuses, consistent with those of the University. The Chancellors are responsible for the organization, internal administration, operation, financial management, and discipline of their campuses within the budget and policies approved by the Board and/or the President of the University. They oversee all faculty personnel and other staff at their locations, and appoint all members of the instructional staff, and may fix their remuneration in accordance with the provisions of the budget established by the Board and the salary scales of the University.

Bylaw 31, University of California Board of Regents, available at http://bit.ly/4pp4uii [https://perma.cc/NF8G-5HAC]. The chancellors are appropriate defendants under *Ex parte Young*, 209 U.S. 123 (1908), because: (1) The chancellors serve as the "executive heads" of their campuses; (2) The chancellors hold the power to change the "policies" of their campuses, including their campuses' admissions policies for their undergraduate and law-school programs; (3) The chancellors are "responsible for the organization, internal administration, operation, financial management, and discipline of their campuses," which includes the conduct of admissions and ensuring compliance with federal and state laws banning the use of race in admissions; and (4) The chancellors "oversee all faculty personnel and other staff at their locations," including every employee involved with admissions at their campuses. The chancellors therefore have "some connection" with the enforcement of the challenged admissions policies, making them proper defendants. *See Ex parte Young*, 209 U.S. 123, 157 (1908) ("In making an officer of the state a party defendant in a suit to enjoin the enforcement of an act alleged to be unconstitutional, it is plain that such officer must have some connection with the enforcement of the act").

## Background

7. The University of California system discriminates on account of race when admitting students by giving discriminatory preferences to non-Asian racial minorities. This practice allows applicants with inferior academic credentials to obtain admission at the expense of rejected candidates with better academic credentials. This discriminates against large numbers of Asian-American and white applicants, who are denied admission to UC schools based on their race. And it also harms Hispanic and black students who are often placed at a significant academic disadvantage, and thus experience worse outcomes, because of the university's use of racial preferences. Students of all races are harmed by the University of California's discriminatory behavior.

8. These racial preferences are illegal under the clear and unambiguous text of Title VI, which prohibits all forms of racial discrimination at universities that receive federal funds and make no exception for diversity-based affirmative-action programs.

9. They also violate 42 U.S.C. § 1981, which prohibits racial discrimination in contracting and makes no exception for diversity-based affirmative-action programs.

10. And they violate Proposition 209, a state constitutional amendment approved by California voters in 1996 (and reaffirmed by California voters in 2020) providing that "the State shall not discriminate against, nor grant preferential treatment to, any individual or group on the basis of race, sex, color, ethnicity, or national origin in the operation of public employment, public education, or public contracting."

11. After the voters approved Proposition 209 in 1996, the University of

THIRD AMENDED COMPLAINT                                      Page 7 of 27

California (UC) began to institute new admissions policies compliant with the law, and applied "race-neutrality" to admissions for graduate students matriculating in 1997 and for undergraduate students matriculating in 1998.

12.    The effects of Proposition 209 upon UC and its students were complex and are still debated by academics. But several major effects are undisputed. First, race-blind admissions produced a sharp drop in black freshman matriculants at UC's most competitive schools (UC Berkeley and UCLA), but higher enrollment rates of these students at less-elite UC schools (*e.g.*, UC Davis and UC Irvine), in part because black students who would have attended UC Berkeley or UCLA with a preference were admissible at UC Davis or UC Irvine without a preference.

13.    Second, black students at UC campuses post-209 were generally closer to their peers in levels of academic preparation, grades, persistence in STEM fields, and graduation rates—especially rates of graduation in four years.

14.    Third, all the patterns described above for black students also affected Hispanic students, though both the reductions in admissions and the improvements in academic outcomes were less pronounced for Hispanics, presumably because Hispanics had received smaller ethnically based preferences than blacks before Proposition 209.

15.    Fourth, UC launched a variety of initiatives post-209 aimed at improving the high-school-to-UC pipeline for young Californians, especially for those from economically disadvantaged backgrounds. Over the years, according to UC documents, hundreds of millions of dollars were invested in these programs. These measures had a disproportionate and beneficial effect upon black and Hispanic high school students, and led to large increases in black

and Hispanic applications to UC schools. For example, the total number of
black, in-state applications for freshman-year admission to UC was stagnant
in the years before these initiatives (2,191 in 1989, and 2,151 in 1998), but
rose rapidly once the initiative began in 1999 (black applicants rose from
2,151 in 1998 to 3,307 in 2006, a greater than 50% increase.).

16.   For all of these reasons, the actual number of blacks and Hispanics
graduating from UC with bachelor's degrees was far higher for 2006 matricu-
lants than for pre-209 matriculants, and there was no campus for which the
number was materially lower.

17.   Nonetheless, UC administrators, who had uniformly opposed Propo-
sition 209 when it was proposed, continued to heavily criticize the re-
strictions it placed on their ability to increase racial diversity at UC campus-
es. In 2003, the UC Regents repealed their own internal measures forbidding
the use of race in admissions and hiring.

18.   In 2006, UCLA announced that the number of blacks matriculating
as freshmen at the school would fall below one hundred for the first time in
many years. Although this was largely a stochastic drop, and was largely off-
set by a large increase in black transfers to UCLA that year, the UCLA an-
nouncement generated a large amount of critical media coverage and protests
from UCLA students and faculty. UCLA's then chancellor, Norm Abrams,
met with the admissions committee and urged them to overhaul the admis-
sions, and in particular to move to a more subjective "holistic" policy, to ad-
dress concerns about low black admissions numbers. One of the members of
that admissions committee, political scientist Timothy Groseclose, has writ-
ten an entire book documenting how this new policy became a subterfuge for
reactivating racial preferences in admissions. See Tim Groseclose, *Cheating:*

*An Insider's Report on the Use of Race in Admissions at UCLA* (2014). The number of blacks admitted as freshmen to UCLA roughly doubled in the next admissions cycle.

19.   Groseclose also documented that a majority of UCLA's undergraduate admissions committee were unwilling to allow Groseclose—a member of the committee—access to the admissions files or to detailed (anonymized) data on applicant characteristics. As a compromise, the university agreed to appoint Robert Mare, a distinguished sociologist who was sympathetic to the use of racial preferences, to examine the question of whether UCLA's post-2006 "holistic" policy was, in fact, making decisions partly on the basis of applicant race.

20.   Mare completed two exhaustive studies—one completed in 2012, a second completed in 2014—on UCLA's undergraduate admissions. The second, larger report was not made public until disclosed in response to a Public Records Act ("PRA") request in 2018. Both reports showed unambiguously that UCLA had awarded many more undergraduate admissions to blacks and Hispanics, and many fewer admissions to Asian-Americans, than could be explained by considering all of the non-racial factors used in admissions. Mare even provided numerical estimates of exactly how many student offers (by race) resulted from the consideration of race. Over five years, over two thousand offers were thus affected, by Mare's estimate.

21.   Meanwhile, UC administrators began to encourage other UC campuses to adopt the same "holistic" approach that UCLA had implemented. In 2011, the Regents mandated that all UC campuses utilize either "holistic" or "comprehensive" review in undergraduate admissions—in other words, that they move away from objective criteria towards more subjective assess-

ments of the overall appeal of individual candidates. Trends in racial admissions patterns consistently show that the adoption of the holistic process favored black and Hispanic admissions and disfavored Asian-Americans and, to a lesser extent, whites.

22.  For example, in 2010, UC Berkeley's admission rate for black, in-state freshman applicants was 13%, compared to an overall admissions rate of 21%. This disparity reflected the lower average academic preparation of black applicants. By 2023, the black admissions rate at Berkeley was 10%, compared to an overall admission rate of 12%. Over this period, in other words, Berkeley moved towards a practice of aiming for a similar admissions rate for all ethnic groups, regardless of qualifications.

23.  At UC Irvine, the 2010 admissions rate for black, in-state freshmen was 24%, compared to an overall admissions rate of 45%. By 2023, the rates were, respectively, 21% and 26%. At UCLA, the 2010 admissions rate for black, in-state freshmen was 14%, compared to an overall admissions rate of 23%. By 2023, the rates were, respectively, 10% and 9%. Note that, based on the Mare report, we know that black applicants were already receiving a large admissions preference at UCLA in 2010. At UC Santa Barbara, the 2010 admissions rate for black, in-state freshmen was 28%, compared to an overall admissions rate of 45%. By 2023, the rates were, respectively, 25% and 28%.

24.  Similar trends exist at each of the remaining UC undergraduate colleges. At UC San Diego, the overall in-state admissions rate was 38% in 2010, with a 19% admissions rate for blacks; by 2023, those numbers are 25% and 18%. At UC Santa Cruz, the overall in-state admissions rate was 64% in 2010, with a 41% admissions rate for blacks; by 2023, those numbers are 63% and 52%. At UC Davis, the overall in-state admissions rate was 48% in 2010, with

a 31% admissions rate for blacks; by 2023, those numbers are 42% and 30%. At UC Riverside, the overall in-state admissions rate was 76% in 2010, with a 56% admissions rate for blacks; by 2023, those numbers are 70% and 57%. At UC Merced, the overall in-state admissions rate was 89% in 2010, with a 76% admissions rate for Blacks; by 2023, those numbers are 88% and 80%

25.  The degree of convergence in between the overall admissions rates and the admissions rates for blacks is highly correlated with the prestige of the school, with a bigger effect at the most elite schools, and a progressively smaller, though still detectable, effect as the eliteness of the school goes down.

26.  During this same period, UC also became notably more opaque in matters relating to race. It shut down websites that had made it possible for researchers to study the relationship between student credentials, race, and admissions, or to study aggregated changes in GPA, attrition from STEM fields, or graduation rates by race. In 2018, it refused to provide anonymized, individual-level data on student admissions and outcomes, although in 2008 it had willingly disclosed identical data covering student admissions up to 2006.

27.  One of the few types of data that the University of California does make publicly available is a website that shows, for individual California high schools, the number of freshman applicants to each UC school, the number of admitted students, and the number of enrolled students. *See* http://bit.ly/4mXH83h [https://perma.cc/4K9Q-CMBG]. This data is broken down by race, though numbers are only reported if the "cell" size is at least three. (In other words, if a given high school has ten Hispanic applicants to Berkeley, of whom four are admitted and two enroll, the website will report the "ten" and

the "four" but will show no data for Hispanic enrollment.) These data provide further evidence that UC schools pursue proportional racial representation despite substantial differences in academic preparation across racial groups. For example, the website reports that at Long Beach Polytechnic, 237 students applied for admission to UCLA in 2023, of whom 23 were admitted (just under 10%). Forty-one of the applicants were black, of whom 4 were admitted (again, just under 10%). Yet the average achievement level of black students at Long Beach Polytechnic on state exams was substantially lower than the achievement level for students overall (roughly one-half standard deviation). At Woodrow Wilson High School, also in Long Beach, 186 students applied for admission to UCLA, and 20 were admitted (11%). Of the 186 applicants, 33 were black, and 4 of these applicants were admitted (12%). Yet the average achievement level of black students at Woodrow Wilson High School on state exams was substantially lower than the achievement level for students overall. Similar patterns can be demonstrated for many other high schools. In other words, the tendency of UC schools to approximate racial parity in overall admissions rates cannot be explained by differences in the high schools attended by students of different races.

28.   University of California law schools have been even more overt in their violation of state and federal laws prohibiting racial preferences. In 2014, the National Bureau of Economic Research published a working paper by Danny Yagan, an associate professor of economics at UC Berkeley. Yagan found that racial preferences at UC Berkeley's Law School declined after Proposition 209 became law, but still remained quite large. The black admissions rate of 31%, Yagan found, would have fallen to 8% had the school applied the same criteria that it applied to whites. Holding credentials of individual

1    applicants constant, Yagan found that black applicants received an admis-

2    sions preference as large as 61 percentage points.

3       29.  This pattern of discrimination continues and operates to varying de-

4    grees across UC law schools. Just as the University of California was unwill-

5    ing to provide anonymized, individual-level data on undergraduate applicants

6    after 2010, so it was unresponsive to a public records request filed by UCLA

7    law professor Richard Sander for law school data in 2011. In 2014, Sander

8    brought suit to enforce his request, and UC subsequently provided him ad-

9    missions data for UC Berkeley Law School, UCLA Law School, and UC Da-

10   vis Law School, covering many admissions cycles up through 2011. These da-

11   ta show significant racial preferences at all three law schools throughout this

12   period, and confirm the general pattern documented by Yagan. The publicly-

13   available data on UC Hastings and UC Irvine's law schools is less granular,

14   but strongly implies the same pattern.

15      30.  More recently, Professor Sander has obtained data from Law School

16   Data (www.lsd.law), a website that law school applicants use to report and

17   compare their admissions outcomes at law schools. The site contains (anon-

18   ymized) data on tens of thousands of law school applications over the past

19   five years, including information on LSAT scores, undergraduate grades,

20   ethnicity, the schools to which the student applied, and the admissions out-

21   come. Analysis of the data shows that the implicit weights on various admis-

22   sions factors in the data, such as academic credentials, are very similar to the

23   weights revealed by analysis of publicly disclosed data from law schools, sug-

24   gesting that the data are highly reliable. Regression analysis of this data (see

25   attached Table 1) and tabular presentation of the data (see attached Table 2)

26   show a very pronounced pattern of racial preferences across all the UC law

schools. In these analyses, "relative credential" is a measure of the academic
Index of each applicant (LSAT and undergraduate grade point average com-
bined) relative to the estimated median credential of students at a given law
school, based on data reported by the law schools to the American Bar Asso-
ciation. Thus, if a law applicant has an academic index of 750, and applies to
a law school with a median academic index of 800, then the applicant has a
"relative credential" of –50. As Table 2 suggests, black students with low
relative credentials have, at the five UC law schools analyzed collectively,
about ten times the chance to be admitted as does a "non-URM" (*i.e.*, white
or Asian-American) student with similar credentials.

31.   The shift to race-neutral admissions brought about by Proposition
209 benefitted black and Hispanic students both in terms of placement and
outcomes. Yet the university's decision to pursue racial preferences in the
teeth of Proposition 209 has willfully disregarded the interests of black and
Hispanic candidates and harmed their educational outcomes.

## Facts Related To Standing

32.   Plaintiff SARD is a voluntary membership organization founded in
2024. SARD seeks to restore meritocracy in academia and eliminate the cor-
rupt and unlawful race and sex preferences that subordinate academic merit
to so-called diversity considerations.

33.   SARD has student members who are ready and able to apply for ad-
mission to the University of California.

34.   Individual A is a member of SARD. He is an Asian-American male.
Individual A has completed his junior year of high school and began his sen-
ior year in the fall of 2025.

35.   Individual A stands able and ready to apply for admission as an un-

dergraduate freshman to each of the University of California's nine campuses that have undergraduate colleges. *See Carney v. Adams*, 592 U.S. 53, 60 (2020); *Gratz v. Bollinger*, 539 U.S. 244, 261 (2003); *Northeast Florida Chapter of Associated General Contractors of America v. City of Jacksonville*, 508 U.S. 656, 666 (1993). But the pervasive and ongoing use of racial preferences prevents Individual A from competing with other applicants for admission on an equal basis. Specifically, Individual A is unable to compete on an equal basis with applicants who are black or Hispanic. This inflicts injury in fact. *See Gratz*, 539 U.S. at 261–62; *Jacksonville*, 508 U.S. at 666.

36.   Individual A has applied for admission to each of the University of California's nine campuses that has an undergraduate college. Individual A submitted each of these applications in the fall of 2025. Individual A meets all of the requirements for admission as an undergraduate freshman to the University of California campuses, which are listed at http://bit.ly/4mLLR8k [https://perma.cc/H95Z-VHTW]. Specifically, Individual A has completed all 15 of the "A–G courses" listed on the UC website. Individual A also has a grade point average (GPA) of 3.0 or better in those courses with no grade lower than a C, using the GPA calculation described on the UC website. *See* http://bit.ly/4kw8Imw [https://perma.cc/SQX8-4YZS]. Individual A will maintain the required minimum grade-point average during the application process and until he graduates from high school.

37.   Individual D is a member of SARD. He is a white male.

38.   Individual D stands able and ready to apply for admission as a law student to each of the University of California's five campuses that have a law school: Berkeley, UCLA, Davis, Irvine, and UC Law San Francisco (formerly known as UC Hastings). *See Carney v. Adams*, 592 U.S. 53, 60

(2020); *Gratz v. Bollinger*, 539 U.S. 244, 261 (2003); *Northeast Florida Chapter of Associated General Contractors of America v. City of Jacksonville*, 508 U.S. 656, 666 (1993). But the pervasive and ongoing use of racial preferences prevents Individual D from competing with other applicants for admission on an equal basis. Specifically, Individual D is unable to compete on an equal basis with applicants who are black or Hispanic. This inflicts injury in fact. *See Gratz*, 539 U.S. at 261–62; *Jacksonville*, 508 U.S. at 666.

39.   Individual D has applied for admission to each of the University of California's five campuses that has a law school. Individual D submitted each of these applications in the fall of 2025. Individual D meets all of the requirements for admission as a law student to these University of California campuses. Specifically, Individual D has already earned a bachelor's degree from an accredited college and has taken the LSAT and received his LSAT score.

40.   Individual F is a member of SARD. He is an Asian-American male.

41.   Individual F stands able and ready to apply for admission as a law student to each of the University of California's five campuses that have a law school: Berkeley, UCLA, Davis, Irvine, and UC Law San Francisco (formerly known as UC Hastings). *See Carney v. Adams*, 592 U.S. 53, 60 (2020); *Gratz v. Bollinger*, 539 U.S. 244, 261 (2003); *Northeast Florida Chapter of Associated General Contractors of America v. City of Jacksonville*, 508 U.S. 656, 666 (1993). But the pervasive and ongoing use of racial preferences prevents Individual F from competing with other applicants for admission on an equal basis. Specifically, Individual F is unable to compete on an equal basis with applicants who are black or Hispanic. This inflicts injury in fact. *See Gratz*, 539 U.S. at 261–62; *Jacksonville*, 508 U.S. at 666.

42.   Individual F has applied for admission to each of the University of California's five campuses that has a law school. Individual F submitted each of these applications in the fall of 2025. Individual F meets all of the requirements for admission as a law student to these University of California campuses. Specifically, Individual F has already earned a bachelor's degree from an accredited college and has taken the LSAT and received his LSAT score.

43.   Individual G is a member of SARD. He is a white male.

44.   Individual G stands able and ready to apply for admission as a law student to each of the University of California's five campuses that have a law school: Berkeley, UCLA, Davis, Irvine, and UC Law San Francisco (formerly known as UC Hastings). *See Carney v. Adams*, 592 U.S. 53, 60 (2020); *Gratz v. Bollinger*, 539 U.S. 244, 261 (2003); *Northeast Florida Chapter of Associated General Contractors of America v. City of Jacksonville*, 508 U.S. 656, 666 (1993). But the pervasive and ongoing use of racial preferences prevents Individual G from competing with other applicants for admission on an equal basis. Specifically, Individual G is unable to compete on an equal basis with applicants who are black or Hispanic. This inflicts injury in fact. *See Gratz*, 539 U.S. at 261–62; *Jacksonville*, 508 U.S. at 666.

45.   Individual G intends to apply and will apply for admission to each of the University of California's five campuses that has a law school. Individual G will submit each of these applications in the fall of 2026. Individual G will meet all of the requirements for admission as a law student to these University of California campuses. Specifically, Individual G will earn his bachelor's degree from an accredited college in the spring of 2026, and he has already taken the LSAT and received his LSAT score.

46.   Individual H is a member of SARD. He is a white male.

47.   Individual H stands able and ready to apply for admission as a law student to each of the University of California's five campuses that have a law school: Berkeley, UCLA, Davis, Irvine, and UC Law San Francisco (formerly known as UC Hastings). *See Carney v. Adams*, 592 U.S. 53, 60 (2020); *Gratz v. Bollinger*, 539 U.S. 244, 261 (2003); *Northeast Florida Chapter of Associated General Contractors of America v. City of Jacksonville*, 508 U.S. 656, 666 (1993). But the pervasive and ongoing use of racial preferences prevents Individual H from competing with other applicants for admission on an equal basis. Specifically, Individual H is unable to compete on an equal basis with applicants who are black or Hispanic. This inflicts injury in fact. *See Gratz*, 539 U.S. at 261–62; *Jacksonville*, 508 U.S. at 666.

48.   Individual H intends to apply and will apply for admission to each of the University of California's five campuses that has a law school. Individual H will submit each of these applications in the fall of 2026. Individual H will meet all of the requirements for admission as a law student to these University of California campuses. Specifically, Individual H will earn his bachelor's degree from an accredited college in the spring of 2027, and he will take the LSAT in the fall of 2026.

49.   Individual J is a member of SARD. He is an Asian-American male. Individual J has completed his sophomore year of high school and began his junior year this fall. He will graduate from high school in 2027.

50.   Individual J stands able and ready to apply for admission as an undergraduate freshman to each of the University of California's nine campuses that have undergraduate colleges. *See Carney v. Adams*, 592 U.S. 53, 60 (2020); *Gratz v. Bollinger*, 539 U.S. 244, 261 (2003); *Northeast Florida Chap-*

*ter of Associated General Contractors of America v. City of Jacksonville*, 508 U.S. 656, 666 (1993). But the pervasive and ongoing use of racial preferences prevents Individual J from competing with other applicants for admission on an equal basis. Specifically, Individual J is unable to compete on an equal basis with applicants who are black or Hispanic. This inflicts injury in fact. *See Gratz*, 539 U.S. at 261–62; *Jacksonville*, 508 U.S. at 666.

51.   Individual J intends to apply and will apply for admission to each of the University of California's nine campuses that has an undergraduate college. Individual J will submit each of these applications in the fall of 2026. Individual J will meet all of the requirements for admission as an undergraduate freshman to the University of California campuses, which are listed at http://bit.ly/4mLLR8k [https://perma.cc/H95Z-VHTW]. Specifically, Individual J will complete all 15 of the "A–G courses" listed on the UC website. Individual J will also maintain a grade point average (GPA) of 3.0 or better in those courses with no grade lower than a C, using the GPA calculation described on the UC website. *See* http://bit.ly/4kw8Imw [https://perma.cc/SQX8-4YZS]. Individual J will maintain the required minimum grade-point average during the application process and until he graduates from high school.

52.   Individual K is a member of SARD. He is an Asian-American male. Individual K has completed eighth grade and began his freshman year of high school this fall. He will graduate from high school in 2029.

53.   Individual K stands able and ready to apply for admission as an undergraduate freshman to each of the University of California's nine campuses that have undergraduate colleges. *See Carney v. Adams*, 592 U.S. 53, 60 (2020); *Gratz v. Bollinger*, 539 U.S. 244, 261 (2003); *Northeast Florida Chap-*

*ter of Associated General Contractors of America v. City of Jacksonville*, 508 U.S. 656, 666 (1993). But the pervasive and ongoing use of racial preferences prevents Individual K from competing with other applicants for admission on an equal basis. Specifically, Individual K is unable to compete on an equal basis with applicants who are black or Hispanic. This inflicts injury in fact. *See Gratz*, 539 U.S. at 261–62; *Jacksonville*, 508 U.S. at 666.

54.   Individual K intends to apply and will apply for admission to each of the University of California's nine campuses that has an undergraduate college. Individual K will submit each of these applications in the fall of 2028. Individual K will meet all of the requirements for admission as an undergraduate freshman to the University of California campuses, which are listed at http://bit.ly/4mLLR8k [https://perma.cc/H95Z-VHTW]. Specifically, Individual K will complete all 15 of the "A–G courses" listed on the UC website. Individual K will also maintain a grade point average (GPA) of 3.0 or better in those courses with no grade lower than a C, using the GPA calculation described on the UC website. *See* http://bit.ly/4kw8Imw [https://perma.cc/SQX8-4YZS]. Individual K will maintain the required minimum grade-point average during the application process and until he graduates from high school.

55.   All of these Article III injuries are fairly traceable to the allegedly unlawful conduct of the defendants discriminating on account of race in violation of 42 U.S.C. § 1981, Title VI, and Proposition 209. And all of these injuries will be redressed by the requested relief, which will enjoin the defendants from continuing these discriminatory policies and require them to adopt colorblind student-admission policies.

56.   SARD is challenging the admissions policies and practices at the

University of California's undergraduate programs and its law schools. SARD is not challenging the University of California's transfer or graduate or medical-school admissions in this lawsuit.

## FIRST CLAIM FOR RELIEF—VIOLATIONS OF TITLE VI

57.   Each of the defendants is violating Title VI by discriminating in favor of black, and Hispanic applicants for admission and against whites and Asians.

58.   Each of the nine UC undergraduate campuses and the five UC law schools to which the members of SARD intend to apply is a "program or activity" that "receives Federal financial assistance" within the meaning of Title VI.

59.   SARD therefore seeks declaratory and injunctive relief that prohibits the defendants from considering or discriminating on account of race in any way in student admissions, and that compels the defendants to select applicants for admission in a color-blind manner.

60.   SARD seeks this relief under Title VI, 42 U.S.C. § 1983, and any other law that might supply a cause of action for the requested relief, including the Declaratory Judgment Act (28 U.S.C. § 2201) and the implied cause of action recognized in *Ex parte Young*, 209 U.S. 123 (1908).

61.   SARD seeks this relief only against the institutional defendants and not the individual defendants.

62.   SARD also seeks nominal damages from the institutional defendants on its Title VI claims.

63.   The text of Title VI makes no exceptions for "compelling state interests," "student-body diversity," or race-based affirmative-action programs. It prohibits *all* forms of racial discrimination at institutions that receive federal

1  funds—regardless of whether that racial discrimination is independently
2  prohibited by the Equal Protection Clause.

3  **SECOND CLAIM FOR RELIEF—VIOLATIONS OF 42 U.S.C. § 1981**

4  64.  42 U.S.C. § 1981(a) guarantees individuals the same right to make
5  and enforce contracts without regard to race. *See* 42 U.S.C. § 1981(a) ("All
6  persons within the jurisdiction of the United States shall have the same right
7  in every State and Territory to make and enforce contracts . . . as is enjoyed
8  by white citizens").

9  65.  42 U.S.C. § 1981(a) protects whites (and Asians) on the same terms
10 that it protects "underrepresented" racial minorities. *See McDonald v. Santa*
11 *Fe Trail Transportation Co.*, 427 U.S. 273, 295 (1976) ("[T]he Act was meant,
12 by its broad terms, to proscribe discrimination in the making or enforcement
13 of contracts against, or in favor of, any race.").

14 66.  The individual defendants are violating 42 U.S.C. § 1981(a) by dis-
15 criminating in favor of blacks and Hispanics in student admissions, and
16 against whites and Asians.

17 67.  SARD therefore seeks declaratory and injunctive relief that prohibits
18 the individual defendants from considering or discriminating on account of
19 race in any way in student admissions, and that compels the defendants to
20 select applicants for admission in a color-blind and race-neutral manner.

21 68.  SARD seeks this relief under 42 U.S.C. § 1983, as well as the implied
22 right of action that the Supreme Court has recognized to enforce 42 U.S.C.
23 § 1981(a), and any other law that might supply a cause of action for the re-
24 quested relief, including the Declaratory Judgment Act (28 U.S.C. § 2201)
25 and the implied cause of action recognized in *Ex parte Young*, 209 U.S. 123
26 (1908). *See Johnson v. Railway Express Agency, Inc.*, 421 U.S. 454, 459–60

(1975).

69.   SARD seeks this relief only against the individual defendants, and not against the institutional defendants, as 42 U.S.C. § 1981 neither abrogates nor waives a state institution's sovereign immunity from suit. *See Sessions v. Rusk State Hospital*, 648 F.2d 1066 (5th Cir. 1981) ("Section 1981 contains no congressional waiver of the state's eleventh amendment immunity.").

70.   The text of 42 U.S.C. § 1981(a) makes no exceptions for "compelling state interests," "student-body diversity," or race-based affirmative-action programs. It prohibits *all* forms of racial discrimination in contracting—regardless of whether that racial discrimination is independently prohibited by the Equal Protection Clause.

**THIRD CLAIM FOR RELIEF—EQUAL PROTECTION CLAUSE**

71.   As public institutions, the University of California is subject to the commands of the Equal Protection Clause, which prohibits state universities or their components from denying to any person the equal protection of the laws.

72.   The Supreme Court has held that the Equal Protection Clause prohibits race and sex discrimination by state universities in student admissions. *See Students for Fair Admissions, Inc. v. President and Fellows of Harvard College*, 600 U.S. 181, 206 (2023).

73.   The University of California's use of racial preferences is incompatible with the Supreme Court's interpretation of the Equal Protection Clause.

74.   SARD therefore seeks declaratory and injunctive relief that prohibits the defendants from considering or discriminating on account of race in any way in student admissions, and that compels the defendants to select applicants for admission in a color-blind and race-neutral manner.

75.   SARD seeks this relief under 42 U.S.C. § 1983 and any other law that might supply a cause of action for the requested relief, including the Declaratory Judgment Act (28 U.S.C. § 2201) and the implied cause of action recognized in *Ex parte Young*, 209 U.S. 123 (1908).

76.   SARD seeks this relief only against the individual defendants, and not against the institutional defendants, as 42 U.S.C. § 1983 authorizes lawsuits only against "persons" and not states or state institutions. *See Will v. Michigan Dep't of Police*, 491 U.S. 58, 64–71 (1989) (a state is not a "person" under 42 U.S.C. § 1983).

## DEMAND FOR RELIEF

77.   SARD respectfully requests that the court:

    a.   declare that each of the defendants is violating Title VI by discriminating in favor of non-Asian racial minorities in student admissions;

    b.   declare that the individual defendants are violating 42 U.S.C. § 1981(a) and the Equal Protection Clause by discriminating in favor of non-Asian racial minorities in student admissions;

    c.   permanently enjoin the defendants from considering race in student admissions;

    d.   permanently enjoin the defendants from asking or allowing an applicant for admission to reveal their race;

    e.   appoint a court monitor to oversee all decisions relating to the defendants' admission of students to ensure that these decisions are free from racial discrimination of any sort;

    f.   award the plaintiff nominal damages on its Title VI claim;

    g.   award costs and attorneys' fees under 42 U.S.C. § 1988;

1      h.     grant all other relief that the Court may deem just, proper, or

2             equitable.

3                                      Respectfully submitted.

4                                      /s/ William J. Brown Jr.

5      JONATHAN F. MITCHELL*           WILLIAM J. BROWN JR.

6      Texas Bar No. 24075463          California Bar No. 192950

       Mitchell Law PLLC               Brown Wegner LLP
7      111 Congress Avenue, Suite 400  2010 Main Street, Suite 1260

8      Austin, Texas 78701             Irvine, California 92614

       (512) 686-3940 (phone)          (949) 705-0081 (phone)
9      (512) 686-3941 (fax)            bill@brownwegner.com

10     jonathan@mitchell.law

11                                     RYAN GIANNETTI*
                                       D.C. Bar No. 400153
12                                     America First Legal Foundation

13                                     611 Pennsylvania Avenue SE #231

                                       Washington, DC 20003
14                                     (202) 964-3721 (phone)

15     * admitted *pro hac vice*       ryan.giannetti@aflegal.org

16     Dated: February 12, 2026        *Counsel for Plaintiff*

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I certify that on February 12, 2026, I served this document by CM/ECF upon:

DEBO ADEGBILE
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 295-8800
debo.adegbile@wilmerhale.com

FELICIA H. ELLSWORTH
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
felicia.ellsworth@wilmerhale.com

JOSHUA A. VITTOR
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue Suite 2400
Los Angeles, California 90071
(213) 443-5300
joshua.vittor@wilmerhale.com

*Counsel for the Defendants*

        /s/ William J. Brown Jr.
        WILLIAM J. BROWN JR.
Dated: February 12, 2026   *Counsel for Plaintiff*

Table 1.  OLS models of admissions for UC schools, 2021-24 applicants in *Law School Data*
combined

| Independent variable | Coefficient and t-statistics for 2021-24 combined, by UC law school | | | | |
|---|---|---|---|---|---|
| | Berkeley | UCLA | UC Davis | UC Irvine | Hastings |
| Relative credential | .014 | .015 | .013 | .013 | .007 |
| | (24.4) | (35.2) | (20.1) | (19.4) | (6.7) |
| Black | 1.28 | 1.60 | 1.31 | 1.44 | .95 |
| | (8.3) | (14.0) | (7.0) | (7.6) | (4.4) |
| Hispanic | .65 | .62 | .25 | .21 | .17 |
| | (5.3) | (6.8) | (1.7) | (1.4) | (1.1) |
| Multiracial | .50 | .52 | .16 | .14 | .26 |
| | (2.8) | (3.9) | (0.8) | (0.7) | (1.1) |
| American Indian/Hawaiian Native | -.07 | .42 | .89 | -1.20 | .00 |
| | (-0.1) | (1.5) | (2.2) | (-2.9) | (0.0) |
| URM (no specific race given) | .51 | .60 | .62 | .45 | .48 |
| | (3.1) | (4.6) | (2.6) | (2.2) | (2.1) |
| Fee Waiver | .16 | .25 | .06 | -10 | .07 |
| | (2.3) | (4.3) | (0.6) | (-1.0) | (0.6) |
| In State Resident | .26 | .18 | -.06 | .07 | .67 |
| | (3.3) | (3.0) | (-0.7) | (0.8) | (6.4) |
| Character Issue | -.26 | -.21 | -.17 | -.12 | -1.0 |
| | (-1.5) | (-1.4) | (-0.9) | (-0.7) | (-5.0) |
| Military service | .49 | .08 | .05 | .25 | .80 |
| | (2.1) | (0.5) | (0.2) | (0.7) | (2.1) |
| Log of Years Since College | -.08 | -.013 | -.04 | .07 | -.08 |
| | (-1.4) | (-0.3) | (-0.6) | (1.0) | (-0.9) |
| Observations | 2,084 | 2,012 | 627 | 542 | 699 |
| Adjusted R2 | .23 | .42 | .41 | .44 | .22 |

Table 2. Admissions rate at the five UC law schools by race and relative credential range, 2021-24

| Credential index range | Admissions rate for | | |
|---|---|---|---|
| | Non-URMs | Blacks | Hispanics |
| -100 or less | 2.7% | 24.1% | 4.1% |
| -99 to -75 | 4.6% | 44.7% | 14.2% |
| -74 to -50 | 7.3% | 48.2% | 27.7% |
| -49 to -25 | 10.2% | 62.5% | 36.3% |
| -24 to 0 | 22.2% | 82.0% | 41.0% |
| 1 to 25 | 39.1% | 80.5% | 61.4% |
| 25 to 50 | 50.3% | 86.7% | 61.4% |
| 51 or more | 60.2% | 80.0% | 75.2% |
| Number of applicants | 5,205 | 407 | 793 |

**University of California freshman applicants, admits, and enrollees**

Source: https://www.universityofcalifornia.edu/about-us/information-center/admissions-residency-and-ethnicity

| | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SYSTEMWIDE** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Applicants** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Applicants | 48,802 | 51,738 | 54,483 | 56,851 | 61,567 | 65,901 | 68,207 | 73,075 | 75,139 | 78,208 | 74,967 | 76,508 | 83,199 | 87,631 | 95,563 | 98,204 | | | | | | | | | | | | | | | |
| African American | 2,268 | 2,422 | 2,426 | 2,304 | 2,346 | 2,476 | 2,623 | 2,892 | 3,119 | 3,408 | 3,177 | 3,239 | 3,671 | 4,025 | 4,670 | 4,925 | 5,534 | 5,810 | 7,232 | 7,683 | 7,932 | 8,804 | 9,325 | 9,664 | 10,294 | 9,866 | 9,513 | 12,771 | 12,990 | 12,435 | 12,895 |
| American Indian | 388 | 495 | 449 | 396 | 463 | 452 | 421 | 448 | 481 | 474 | 484 | 467 | 543 | 546 | 585 | 658 | 835 | 759 | 890 | 904 | 1,018 | 965 | 936 | 969 | 902 | 765 | 744 | 842 | 1,152 | 1,188 | 1,190 |
| Asian | 15,244 | 15,408 | 16,602 | 17,619 | 17,694 | 20,069 | 20,722 | 22,062 | 22,800 | 22,881 | 22,666 | 23,297 | 26,387 | 27,158 | 28,068 | 29,248 | 29,827 | 31,817 | 36,104 | 37,469 | 39,702 | 41,269 | 42,096 | 43,485 | 48,062 | 47,698 | 47,605 | 50,046 | 59,078 | 58,903 | 58,573 |
| Hispanic/Latino(a) | 7,084 | 7,603 | 7,441 | 7,199 | 7,609 | 8,105 | 8,683 | 9,862 | 10,688 | 11,950 | 11,914 | 12,781 | 14,194 | 15,728 | 18,550 | 20,185 | 21,436 | 25,256 | 30,047 | 34,212 | 35,464 | 38,484 | 41,334 | 45,241 | 48,478 | 47,399 | 46,633 | 54,068 | 55,705 | 56,495 | 57,598 |
| Pacific Islander | 192 | 239 | 212 | 215 | 215 | 270 | 283 | 288 | 348 | 382 | 295 | 305 | 325 | 358 | 385 | 269 | 288 | 287 | 397 | 452 | 439 | 457 | 448 | 507 | 529 | 476 | 435 | 562 | 526 | 533 | 502 |
| White | 19,720 | 20,917 | 22,264 | 24,058 | 21,798 | 26,684 | 26,890 | 27,990 | 29,124 | 29,311 | 27,912 | 28,696 | 29,769 | 30,937 | 32,746 | 32,159 | 30,551 | 31,354 | 34,446 | 36,604 | 37,483 | 38,814 | 40,372 | 40,187 | 40,078 | 38,235 | 35,518 | 46,256 | 45,237 | 42,733 | 40,379 |
| Unknown | 2,678 | 3,112 | 3,713 | 3,041 | 9,530 | 5,776 | 6,296 | 6,647 | 6,259 | 7,385 | 6,390 | 5,080 | 5,238 | 5,217 | 5,941 | 4,786 | 5,226 | 2,496 | 3,236 | 3,795 | 3,842 | 4,553 | 4,642 | 4,612 | 5,220 | 4,507 | 5,151 | 4,908 | 4,996 | 5,135 | 6,446 |
| International | 1,228 | 1,542 | 1,376 | 2,019 | 1,912 | 2,069 | 2,289 | 2,886 | 2,320 | 2,397 | 2,129 | 2,643 | 3,072 | 3,662 | 4,618 | 5,974 | 6,791 | 8,530 | 14,197 | 18,905 | 22,892 | 24,960 | 27,409 | 27,193 | 28,566 | 27,770 | 26,709 | 29,389 | 31,326 | 29,452 | 29,548 |
| **Admits** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Admits | 39,609 | 41,215 | 43,301 | 44,740 | 47,427 | 49,766 | 51,806 | 56,870 | 58,886 | 62,364 | 58,481 | 61,420 | 68,249 | 71,271 | 76,691 | 76,526 | 78,984 | 76,099 | 83,859 | 86,269 | 89,185 | 91,379 | | | | | | | | | |
| African American | 1,699 | 1,776 | 1,687 | 1,633 | 1,427 | 1,512 | 1,619 | 1,820 | 1,956 | 2,184 | 1,731 | 2,021 | 2,399 | 2,676 | 2,931 | 2,951 | 3,181 | 3,059 | 3,445 | 3,315 | 3,349 | 3,369 | 4,358 | 4,352 | 4,444 | 4,406 | 5,170 | 6,839 | 6,399 | 6,559 | 7,139 |
| American Indian | 343 | 383 | 334 | 340 | 312 | 308 | 347 | 369 | 347 | 366 | 350 | 306 | 352 | 424 | 436 | 437 | 518 | 656 | 511 | 571 | 489 | 561 | 507 | 439 | 476 | 560 | 687 | 766 | 757 | | |
| Asian | 12,622 | 12,642 | 13,587 | 14,412 | 14,473 | 15,913 | 16,555 | 17,863 | 18,670 | 19,131 | 17,794 | 19,851 | 23,021 | 23,549 | 24,106 | 24,738 | 25,406 | 25,262 | 27,091 | 26,688 | 27,410 | 27,722 | 30,248 | 30,302 | 32,138 | 32,567 | 36,034 | 38,738 | 39,264 | 40,719 | 41,519 |
| Hispanic/Latino(a) | 5,835 | 6,237 | 5,886 | 5,877 | 5,655 | 6,018 | 6,561 | 7,708 | 8,299 | 9,200 | 8,308 | 9,813 | 11,390 | 12,497 | 14,597 | 15,387 | 16,340 | 16,696 | 18,080 | 18,537 | 19,246 | 19,340 | 24,377 | 24,414 | 25,078 | 26,247 | 30,468 | 34,279 | 34,121 | 36,381 | 38,781 |
| Pacific Islander | 147 | 164 | 149 | 147 | 150 | 202 | 214 | 208 | 264 | 300 | 182 | 226 | 240 | 262 | 286 | 195 | 194 | 177 | 219 | 234 | 230 | 254 | 237 | 257 | 265 | 259 | 265 | 341 | 296 | 321 | 304 |
| White | 16,232 | 17,187 | 17,999 | 19,067 | 17,293 | 20,555 | 20,937 | 22,516 | 23,499 | 24,256 | 20,763 | 23,761 | 24,854 | 25,802 | 27,139 | 26,244 | 25,396 | 22,952 | 23,399 | 23,101 | 22,442 | 22,134 | 22,877 | 22,874 | 22,469 | 23,503 | 27,682 | 24,079 | 25,578 | 22,600 | |
| Unknown | 2,229 | 2,576 | 3,061 | 2,472 | 7,450 | 4,492 | 4,892 | 5,327 | 4,984 | 6,000 | 4,814 | 4,193 | 4,461 | 4,389 | 4,931 | 3,945 | 4,244 | 1,856 | 2,261 | 2,577 | 2,433 | 2,754 | 3,071 | 2,928 | 3,232 | 2,877 | 3,581 | 3,427 | 3,161 | 3,425 | 4,430 |
| International | 508 | 720 | 549 | 798 | 639 | 762 | 874 | 1,081 | 845 | 943 | 983 | 1,199 | 1,440 | 1,660 | 2,264 | 2,548 | 3,567 | 5,586 | 8,793 | 11,328 | 13,514 | 15,277 | 17,169 | 18,067 | 18,901 | 18,404 | 18,745 | 19,796 | 17,226 | 17,418 | 18,967 |
| **Enrollees** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enrollees | 22,400 | 23,122 | 24,127 | 24,986 | 26,314 | 27,491 | 28,559 | 30,095 | 31,514 | 31,846 | 29,545 | 31,464 | 35,328 | 35,251 | 36,538 | 34,242 | 34,422 | 36,343 | 38,731 | 39,984 | 41,568 | 41,556 | 47,479 | 46,006 | 46,677 | 45,951 | 46,709 | 51,727 | 48,588 | 50,966 | 50,622 |
| African American | 963 | 972 | 903 | 948 | 760 | 774 | 867 | 879 | 957 | 1,001 | 836 | 926 | 1,088 | 1,271 | 1,392 | 1,257 | 1,258 | 1,342 | 1,512 | 1,442 | 1,516 | 1,466 | 1,926 | 1,873 | 1,915 | 1,778 | 1,916 | 2,298 | 2,274 | 2,404 | 2,492 |
| American Indian | 216 | 262 | 242 | 191 | 176 | 143 | 164 | 175 | 170 | 144 | 143 | 152 | 179 | 177 | 167 | 214 | 249 | 228 | 233 | 194 | 242 | 217 | 217 | 204 | 223 | 193 | 184 | 214 | 310 | 320 | 346 |
| Asian | 8,231 | 8,050 | 8,626 | 9,019 | 9,193 | 10,148 | 10,449 | 11,403 | 11,943 | 11,828 | 11,324 | 12,442 | 14,367 | 14,165 | 13,941 | 13,522 | 13,596 | 14,105 | 14,697 | 14,392 | 14,795 | 14,373 | 15,766 | 15,390 | 16,294 | 16,246 | 17,347 | 17,990 | 18,381 | 18,670 | 18,489 |
| Hispanic/Latino(a) | 3,401 | 3,480 | 3,245 | 3,165 | 2,986 | 3,269 | 3,526 | 3,948 | 4,283 | 4,496 | 4,260 | 4,678 | 5,521 | 5,909 | 6,643 | 6,642 | 7,169 | 8,389 | 8,889 | 9,491 | 10,166 | 9,992 | 12,540 | 11,960 | 11,678 | 11,695 | 11,916 | 13,573 | 13,065 | 14,482 | 14,125 |
| Pacific Islander | 90 | 97 | 83 | 78 | 91 | 131 | 139 | 133 | 170 | 181 | 104 | 119 | 105 | 136 | 130 | 80 | 77 | 83 | 86 | 104 | 102 | 129 | 102 | 97 | 104 | 116 | 97 | 137 | 101 | 125 | 108 |
| White | 8,117 | 8,659 | 9,262 | 10,048 | 8,901 | 10,391 | 10,545 | 10,998 | 11,278 | 11,134 | 10,033 | 10,646 | 11,337 | 11,614 | 11,613 | 9,195 | 9,274 | 9,039 | 9,155 | 9,081 | 8,719 | 9,790 | 9,314 | 8,871 | 8,867 | 8,636 | 10,152 | 8,813 | 9,007 | 8,691 | |
| International | 196 | 265 | 169 | 269 | 200 | 287 | 344 | 351 | 316 | 341 | 418 | 468 | 565 | 593 | 866 | 779 | 1,217 | 2,196 | 3,364 | 4,060 | 4,615 | 5,459 | 5,829 | 5,954 | 6,265 | 5,928 | 5,089 | 6,008 | 4,457 | 4,586 | 4,796 |
| **BERKELEY** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Applicants** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Applicants | 20,984 | 22,908 | 25,211 | 27,271 | 30,134 | 31,233 | 33,351 | 36,227 | 36,445 | 37,001 | 36,834 | 37,014 | 41,796 | 44,149 | 48,473 | 48,682 | 50,374 | 52,982 | 61,717 | 67,706 | 73,785 | 78,893 | 82,560 | 85,045 | 89,609 | 87,398 | 88,064 | | | | |
| African American | 1,087 | 1,193 | 1,213 | 1,176 | 1,256 | 1,143 | 1,318 | 1,458 | 1,558 | 1,723 | 1,558 | 1,578 | 1,863 | 2,023 | 2,243 | 2,318 | 2,661 | 2,647 | 3,129 | 3,381 | 3,540 | 3,944 | 4,220 | 4,439 | 4,743 | 4,364 | 4,454 | 6,587 | 7,313 | 6,993 | 6,918 |
| American Indian | 140 | 197 | 172 | 138 | 175 | 159 | 173 | 207 | 200 | 198 | 185 | 191 | 251 | 233 | 246 | 270 | 352 | 330 | 368 | 328 | 444 | 417 | 422 | 427 | 382 | 338 | 292 | 365 | 581 | 588 | 620 |
| Asian | 8,264 | 8,459 | 9,499 | 10,492 | 10,460 | 11,641 | 12,324 | 13,406 | 13,598 | 13,259 | 13,693 | 13,461 | 15,508 | 15,834 | 16,521 | 16,572 | 17,204 | 18,228 | 20,363 | 20,963 | 22,906 | 24,178 | 24,728 | 24,944 | 26,984 | 28,913 | 29,789 | 36,553 | 42,488 | 42,772 | 42,207 |
| Hispanic/Latino(a) | 2,423 | 2,730 | 2,831 | 2,878 | 3,156 | 2,823 | 3,439 | 3,990 | 4,282 | 4,653 | 4,853 | 4,982 | 5,918 | 6,446 | 7,653 | 7,797 | 8,209 | 9,427 | 11,117 | 12,321 | 13,122 | 13,865 | 14,724 | 15,883 | 16,293 | 15,877 | 15,780 | 21,484 | 25,690 | 25,706 | 25,176 |
| Pacific Islander | 72 | 101 | 101 | 101 | 97 | 131 | 145 | 145 | 172 | 203 | 120 | 146 | 152 | 162 | 181 | 125 | 128 | 137 | 192 | 194 | 193 | 187 | 200 | 222 | 224 | 203 | 198 | 274 | 282 | 247 | |
| White | 6,984 | 7,771 | 8,531 | 9,430 | 8,931 | 10,813 | 10,989 | 11,515 | 11,835 | 11,651 | 11,617 | 12,089 | 13,053 | 14,040 | 15,045 | 14,547 | 14,170 | 14,604 | 15,406 | 16,859 | 17,795 | 18,781 | 19,905 | 20,053 | 18,911 | 18,013 | 17,440 | 23,198 | 25,181 | 23,944 | 21,980 |
| Unknown | 1,255 | 1,474 | 1,909 | 1,636 | 4,638 | 3,020 | 3,268 | 3,467 | 3,165 | 3,568 | 3,284 | 2,671 | 2,862 | 2,805 | 3,267 | 2,670 | 2,721 | 1,279 | 1,708 | 2,059 | 2,066 | 2,494 | 2,728 | 2,643 | 3,046 | 2,655 | 3,006 | 3,393 | 3,577 | 3,770 | 4,047 |
| International | 759 | 977 | 955 | 1,420 | 1,421 | 1,503 | 1,695 | 2,039 | 1,635 | 1,746 | 1,524 | 1,896 | 2,189 | 2,606 | 3,317 | 4,383 | 4,929 | 6,330 | 9,434 | 11,601 | 13,719 | 15,633 | 15,434 | 17,064 | 17,035 | 17,105 | 17,035 | 20,981 | 23,113 | 21,855 | 22,247 |
| **Admits** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Admits | 8,581 | 8,927 | 9,122 | 8,565 | 8,548 | 8,556 | 8,906 | 9,028 | 8,708 | 8,848 | 9,055 | 9,829 | 9,941 | 10,252 | 10,405 | 10,528 | 10,795 | 11,452 | 11,108 | 11,930 | 11,820 | 13,320 | 13,975 | 14,549 | 13,301 | 14,277 | 15,390 | 16,295 | 14,522 | 14,677 | 13,639 |
| African American | 556 | 614 | 597 | 562 | 248 | 310 | 353 | 341 | 331 | 528 | 239 | 304 | 283 | 239 | 334 | 337 | 354 | 365 | 339 | 429 | 444 | 523 | 508 | 733 | 450 | 724 | 538 | 700 | 104 | 683 | |
| American Indian | 99 | 134 | 110 | 66 | 31 | 41 | 48 | 57 | 46 | 51 | 41 | 53 | 58 | 59 | 46 | 49 | 80 | 77 | 76 | 60 | 90 | 75 | 77 | 92 | 52 | 82 | 72 | 116 | 100 | 113 | 110 |
| Asian | 3,074 | 2,915 | 3,046 | 3,275 | 3,337 | 3,432 | 3,377 | 3,365 | 3,563 | 3,843 | 3,261 | 4,061 | 4,080 | 3,874 | 4,017 | 3,972 | 4,483 | 4,430 | 4,517 | 4,567 | 5,359 | 5,761 | 5,868 | 5,359 | 5,952 | 6,209 | 6,069 | 5,653 | 5,638 | 5,511 | |
| Hispanic/Latino(a) | 1,375 | 1,506 | 1,378 | 1,278 | 649 | 763 | 914 | 1,028 | 1,029 | 1,042 | 966 | 1,141 | 1,201 | 1,247 | 1,227 | 1,299 | 1,217 | 1,399 | 1,510 | 1,428 | 1,615 | 1,870 | 1,934 | 2,117 | 2,083 | 2,282 | 3,369 | 3,595 | 3,261 | 3,556 | 3,009 |
| Pacific Islander | 16 | 17 | 25 | 22 | 21 | 22 | 24 | 20 | 19 | 32 | 21 | 27 | 19 | 23 | 17 | 11 | 20 | 17 | 31 | 24 | 26 | 27 | 19 | 26 | 26 | 44 | 22 | 38 | 33 | | |
| White | 2,784 | 2,965 | 3,080 | 2,827 | 2,811 | 3,008 | 3,015 | 2,994 | 2,900 | 2,853 | 3,163 | 3,379 | 3,188 | 3,413 | 3,288 | 3,318 | 3,287 | 3,299 | 3,001 | 3,256 | 3,179 | 3,496 | 3,827 | 3,947 | 3,115 | 3,223 | 3,289 | 3,265 | 2,950 | 2,828 | 2,700 |
| Unknown | 512 | 573 | 686 | 625 | 1,444 | 917 | 987 | 974 | 823 | 916 | 869 | 788 | 806 | 786 | 880 | 732 | 725 | 369 | 433 | 497 | 509 | 658 | 758 | 706 | 697 | 661 | 705 | 645 | 558 | 629 | 858 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| International | 165 | 203 | 205 | 202 | 198 | 220 | 228 | 182 | 183 | 261 | 193 | 276 | 284 | 322 | 750 | 760 | 1,154 | 1,454 | 1,262 | 1,789 | 1,509 | 1,409 | 1,128 | 1,299 | 1,453 | 1,543 | 1,467 | 1,691 | 1,254 | 1,167 | 735 |

**Enrollees**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollees | 3,345 | 3,404 | 3,708 | 3,572 | 3,735 | 3,618 | 3,735 | 3,841 | 3,653 | 3,652 | 3,673 | 4,105 | 4,157 | 4,225 | 4,261 | 4,356 | 4,109 | 4,443 | 4,162 | 4,706 | 5,466 | 5,550 | 6,252 | 6,379 | 6,012 | 6,454 | 6,117 | 6,931 | 6,727 | 6,641 | 6,272 |
| African American | 202 | 215 | 227 | 258 | 126 | 126 | 148 | 143 | 143 | 148 | 108 | 134 | 151 | 136 | 146 | 129 | 123 | 130 | 142 | 130 | 159 | 155 | 172 | 186 | 189 | 178 | 229 | 258 | 228 | 244 | 253 |
| American Indian | 37 | 62 | 48 | 22 | 14 | 22 | 20 | 22 | 14 | 16 | 16 | 14 | 17 | 21 | 19 | 19 | 28 | 33 | 29 | 18 | 42 | 27 | 22 | 24 | 20 | 24 | 17 | 27 | | 24 | 38 |
| Asian | 1,379 | 1,264 | 1,444 | 1,471 | 1,565 | 1,574 | 1,624 | 1,689 | 1,635 | 1,583 | 1,609 | 1,891 | 1,894 | 1,899 | 1,779 | 1,819 | 1,615 | 1,832 | 1,774 | 1,816 | 2,168 | 2,324 | 2,687 | 2,673 | 2,492 | 2,764 | 2,528 | 2,830 | 2,888 | 2,796 | 2,736 |
| Hispanic/Latino(a) | 497 | 530 | 547 | 476 | 272 | 330 | 326 | 388 | 401 | 396 | 346 | 429 | 481 | 492 | 463 | 477 | 426 | 485 | 540 | 560 | 788 | 742 | 843 | 922 | 936 | 972 | 1,308 | 1,312 | 1,335 | 1,462 | 1,318 |
| Pacific Islander | 9 | 10 | 9 | 10 | 14 | 10 | 12 | 7 | 8 | 14 | 8 | 11 | 9 | 11 | 9 | 10 | 8 | 11 | 9 | 8 | 5 | 10 | 12 | 11 | 11 | 8 | 12 | 17 | | 19 | 11 |
| White | 970 | 1,024 | 1,095 | 1,042 | 1,090 | 1,111 | 1,124 | 1,136 | 1,064 | 1,052 | 1,170 | 1,234 | 1,204 | 1,261 | 1,178 | 1,321 | 1,147 | 1,189 | 1,002 | 1,158 | 1,352 | 1,343 | 1,602 | 1,565 | 1,277 | 1,359 | 1,045 | 1,314 | 1,326 | 1,196 | 1,152 |
| Unknown | 189 | 210 | 268 | 230 | 588 | 354 | 402 | 399 | 301 | 343 | 336 | 289 | 295 | 277 | 313 | 256 | 250 | 102 | 138 | 168 | 204 | 262 | 328 | 301 | 288 | 301 | 258 | 277 | 233 | 285 | 382 |
| International | 62 | 89 | 70 | 63 | 66 | 91 | 79 | 57 | 87 | 100 | 80 | 103 | 106 | 128 | 354 | 325 | 512 | 661 | 528 | 848 | 748 | 687 | 586 | 697 | 799 | 848 | 720 | 896 | 674 | 615 | 382 |

**DAVIS**

**Applicants**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Applicants | 16,817 | 17,712 | 18,588 | 19,568 | 20,751 | 22,781 | 25,273 | 27,959 | 28,781 | 32,532 | 31,756 | 30,063 | 32,643 | 35,147 | 40,625 | 42,388 | 43,313 | 46,215 | 49,820 | 55,894 | 60,543 | 64,602 | 68,550 | 70,955 | 78,024 | 78,093 | 76,903 | 87,136 | 94,748 | 94,638 | 98,864 |
| African American | 612 | 656 | 693 | 683 | 686 | 716 | 893 | 935 | 1,000 | 1,204 | 1,112 | 1,069 | 1,175 | 1,294 | 1,622 | 1,682 | 1,917 | 2,031 | 2,278 | 2,449 | 2,587 | 3,267 | 3,162 | 3,240 | 3,535 | 3,425 | 3,347 | 4,308 | 4,531 | 4,405 | 4,718 |
| American Indian | 148 | 181 | 138 | 137 | 171 | 161 | 155 | 177 | 180 | 194 | 203 | 160 | 212 | 223 | 226 | 292 | 355 | 303 | 319 | 317 | 376 | 319 | 313 | 332 | 334 | 277 | 256 | 288 | 423 | 472 | 523 |
| Asian | 5,724 | 5,832 | 6,377 | 6,833 | 6,700 | 8,035 | 8,830 | 9,691 | 10,279 | 10,923 | 11,251 | 11,048 | 12,611 | 13,111 | 14,362 | 15,164 | 15,639 | 17,178 | 18,125 | 19,098 | 19,930 | 20,474 | 20,328 | 21,039 | 23,661 | 23,804 | 24,136 | 27,350 | 31,064 | 31,732 | 33,192 |
| Hispanic/Latino(a) | 1,810 | 1,953 | 1,927 | 1,834 | 2,001 | 2,114 | 2,592 | 3,138 | 3,178 | 3,855 | 3,859 | 3,760 | 4,154 | 4,929 | 6,397 | 7,271 | 7,746 | 9,363 | 10,216 | 11,529 | 12,438 | 13,675 | 14,876 | 15,972 | 17,741 | 17,526 | 17,290 | 19,543 | 20,586 | 20,530 | 21,546 |
| Pacific Islander | 64 | 87 | 74 | 77 | 75 | 127 | 150 | 160 | 180 | 212 | 114 | 131 | 154 | 124 | 131 | 154 | 146 | 133 | 133 | 139 | 185 | 183 | 200 | 192 | 175 | 223 | 241 | 220 | 202 | 259 | 238 |
| White | 7,238 | 7,533 | 7,760 | 8,500 | 7,506 | 9,234 | 9,793 | 10,678 | 11,014 | 12,509 | 11,815 | 11,204 | 11,465 | 12,372 | 14,016 | 14,351 | 13,533 | 14,010 | 13,242 | 13,889 | 14,061 | 14,005 | 14,295 | 14,399 | 14,797 | 14,360 | 13,693 | 16,505 | 16,975 | 16,699 | 16,675 |
| Unknown | 978 | 1,104 | 1,367 | 1,107 | 3,290 | 1,990 | 2,330 | 2,514 | 2,468 | 3,117 | 2,767 | 2,065 | 2,204 | 2,219 | 2,708 | 1,057 | 2,356 | 1,125 | 1,317 | 1,630 | 1,575 | 1,880 | 1,865 | 1,824 | 2,208 | 1,959 | 2,308 | 2,265 | 2,379 | 2,502 | 3,403 |
| International | 243 | 366 | 252 | 397 | 322 | 404 | 530 | 666 | 482 | 518 | 635 | 633 | 691 | 845 | 1,148 | 1,351 | 1,634 | 2,066 | 4,138 | 6,699 | 9,413 | 11,240 | 13,536 | 13,926 | 15,507 | 16,522 | 15,755 | 16,618 | 18,552 | 18,041 | 18,582 |

**Admits**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Admits | 11,846 | 12,590 | 13,657 | 13,630 | 13,729 | 14,381 | 15,975 | 17,571 | 18,107 | 18,464 | 17,351 | 18,264 | 22,143 | 20,598 | 21,357 | 20,078 | 20,043 | 22,303 | 22,526 | 23,065 | 24,440 | 24,518 | 28,981 | 30,762 | 32,046 | 30,358 | 35,645 | 42,474 | 35,377 | 39,400 | 41,353 |
| African American | 456 | 463 | 504 | 506 | 356 | 363 | 410 | 446 | 435 | 477 | 390 | 471 | 580 | 599 | 568 | 510 | 563 | 636 | 584 | 527 | 604 | 657 | 861 | 895 | 971 | 962 | 1,050 | 1,536 | 1,174 | 1,327 | 1,468 |
| American Indian | 126 | 154 | 120 | 116 | 104 | 99 | 89 | 118 | 115 | 101 | 103 | 98 | 140 | 126 | 97 | 137 | 173 | 143 | 122 | 128 | 150 | 123 | 133 | 143 | 134 | 120 | 138 | 159 | 168 | 192 | 212 |
| Asian | 3,784 | 3,857 | 4,370 | 4,373 | 4,443 | 4,955 | 5,537 | 6,240 | 6,480 | 6,418 | 6,373 | 7,019 | 8,714 | 7,851 | 7,805 | 7,548 | 7,575 | 8,735 | 8,710 | 8,232 | 8,483 | 7,802 | 8,789 | 8,832 | 9,310 | 9,635 | 11,150 | 12,805 | 12,056 | 13,254 | 13,733 |
| Hispanic/Latino(a) | 1,510 | 1,650 | 1,574 | 1,604 | 1,337 | 1,319 | 1,561 | 1,975 | 1,961 | 2,130 | 2,109 | 2,141 | 2,726 | 2,845 | 3,268 | 3,291 | 3,298 | 3,869 | 3,493 | 3,555 | 3,972 | 3,812 | 4,902 | 5,234 | 5,616 | 5,604 | 6,124 | 7,256 | 6,273 | 7,576 | 8,132 |
| Pacific Islander | 32 | 45 | 50 | 44 | 44 | 93 | 103 | 107 | 125 | 136 | 41 | 56 | 63 | 66 | 72 | 50 | 46 | 47 | 43 | 51 | 62 | 58 | 83 | 68 | 82 | 80 | 104 | 78 | 80 | 70 | |
| White | 5,173 | 5,484 | 5,927 | 6,019 | 5,223 | 6,137 | 6,624 | 6,958 | 7,365 | 7,288 | 6,498 | 6,853 | 7,910 | 7,318 | 7,477 | 6,874 | 6,437 | 6,803 | 6,715 | 6,518 | 6,196 | 5,632 | 6,647 | 6,417 | 6,335 | 6,225 | 6,645 | 8,329 | 6,693 | 7,015 | 6,795 |
| Unknown | 669 | 783 | 1,007 | 806 | 2,106 | 1,263 | 1,428 | 1,567 | 1,503 | 1,725 | 1,596 | 1,343 | 1,562 | 1,599 | 1,186 | 593 | 709 | 809 | 774 | 764 | 911 | 863 | 966 | 842 | 1,121 | 1,173 | 1,086 | 1,117 | 1,543 | | |
| International | 96 | 154 | 105 | 162 | 116 | 152 | 213 | 160 | 123 | 189 | 241 | 283 | 448 | 403 | 511 | 559 | 765 | 1,477 | 2,146 | 3,193 | 4,210 | 5,666 | 6,680 | 8,295 | 8,646 | 6,888 | 9,337 | 11,112 | 7,849 | 8,839 | 9,419 |

**Enrollees**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollees | 3,198 | 3,254 | 3,696 | 3,540 | 3,623 | 3,828 | 4,341 | 4,412 | 4,673 | 4,786 | 4,266 | 4,381 | 5,511 | 4,955 | 4,972 | 4,412 | 4,501 | 4,705 | 5,208 | 5,113 | 5,377 | 5,369 | 5,762 | 5,868 | 6,393 | 5,957 | 6,144 | 7,482 | 6,399 | 6,578 | 6,767 |
| African American | 130 | 110 | 107 | 95 | 94 | 95 | 112 | 113 | 93 | 122 | 109 | 114 | 173 | 143 | 148 | 129 | 142 | 130 | 159 | 148 | 155 | 170 | 176 | 190 | 221 | 209 | 207 | 230 | 165 | 234 | 274 |
| American Indian | 41 | 46 | 40 | 34 | 36 | 25 | 31 | 41 | 32 | 21 | 31 | 19 | 24 | 41 | 23 | 35 | 45 | 34 | 34 | 36 | 40 | 29 | 23 | 24 | 28 | 22 | 23 | 17 | 29 | 30 | 38 |
| Asian | 1,085 | 1,082 | 1,349 | 1,239 | 1,258 | 1,395 | 1,530 | 1,749 | 1,828 | 1,882 | 1,825 | 1,904 | 2,376 | 2,209 | 1,916 | 1,761 | 1,833 | 2,063 | 2,149 | 1,893 | 1,947 | 1,702 | 1,789 | 1,640 | 1,974 | 2,095 | 2,056 | 2,534 | 2,441 | 3,349 | 2,933 |
| Hispanic/Latino(a) | 408 | 419 | 353 | 368 | 381 | 357 | 425 | 470 | 432 | 553 | 497 | 505 | 714 | 682 | 766 | 708 | 821 | 856 | 906 | 959 | 1,153 | 1,120 | 1,393 | 1,415 | 1,549 | 1,465 | 1,470 | 1,639 | 1,311 | 1,663 | 1,769 |
| Pacific Islander | 16 | 12 | 20 | 13 | 21 | 58 | 68 | 75 | 78 | 86 | 15 | 20 | 14 | 13 | 14 | 15 | 14 | 15 | 160 | 19 | 20 | 21 | 30 | 19 | 24 | 19 | 20 | 21 | 30 | 17 | 31 |
| White | 1,341 | 1,380 | 1,557 | 1,595 | 1,299 | 1,633 | 1,879 | 1,697 | 1,967 | 1,825 | 1,389 | 1,462 | 1,794 | 1,616 | 1,714 | 1,513 | 1,356 | 1,332 | 1,530 | 1,410 | 1,324 | 1,232 | 1,354 | 1,168 | 1,231 | 1,230 | 1,145 | 1,429 | 1,196 | 1,171 | 1,095 |
| Unknown | 151 | 175 | 249 | 168 | 513 | 235 | 245 | 246 | 212 | 241 | 356 | 304 | 297 | 190 | 225 | 89 | 135 | 150 | 144 | 140 | 138 | 118 | 139 | 127 | 146 | 188 | 173 | 143 | 167 | | |
| International | 26 | 30 | 21 | 28 | 21 | 30 | 51 | 21 | 31 | 56 | 44 | 53 | 81 | 63 | 75 | 62 | 64 | 185 | 281 | 503 | 597 | 952 | 870 | 1,293 | 1,230 | 779 | 1,078 | 1,421 | 1,065 | 970 | 1,068 |

**IRVINE**

**Applicants**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Applicants | 15,757 | 15,912 | 16,656 | 17,279 | 19,690 | 22,157 | 24,728 | 29,198 | 30,630 | 34,393 | 34,674 | 34,507 | 38,429 | 39,960 | 42,424 | 44,126 | 45,736 | 49,283 | 56,515 | 60,702 | 66,515 | 71,775 | 77,810 | 85,092 | 95,059 | 95,565 | 97,938 | | | | |
| African American | 538 | 630 | 577 | 563 | 607 | 663 | 769 | 973 | 1,149 | 1,238 | 1,152 | 1,170 | 1,325 | 1,398 | 1,596 | 1,668 | 1,954 | 2,212 | 2,564 | 2,518 | 2,875 | 3,105 | 3,359 | 3,641 | 4,236 | 4,052 | 4,409 | 5,310 | 5,680 | 5,740 | 5,983 |
| American Indian | 95 | 101 | 81 | 91 | 104 | 117 | 103 | 137 | 143 | 149 | 156 | 173 | 207 | 180 | 178 | 222 | 282 | 256 | 282 | 270 | 305 | 278 | 292 | 318 | 337 | 272 | 327 | 308 | 452 | 486 | 517 |
| Asian | 7,758 | 7,471 | 8,438 | 8,828 | 9,288 | 10,864 | 11,856 | 13,077 | 13,599 | 14,466 | 14,676 | 14,888 | 17,185 | 17,717 | 18,008 | 19,234 | 19,698 | 20,476 | 23,038 | 22,760 | 23,820 | 24,642 | 24,954 | 26,630 | 30,657 | 31,119 | 31,849 | 36,001 | 40,621 | 41,582 | 42,066 |
| Hispanic/Latino(a) | 2,271 | 2,387 | 2,179 | 2,122 | 2,377 | 2,785 | 3,330 | 4,209 | 4,632 | 5,575 | 5,641 | 5,813 | 6,611 | 7,132 | 8,387 | 9,122 | 9,886 | 12,075 | 14,318 | 16,023 | 17,253 | 19,013 | 21,065 | 24,073 | 26,673 | 26,542 | 27,766 | 29,046 | 31,966 | 33,262 | 33,618 |
| Pacific Islander | 72 | 80 | 65 | 69 | 72 | 86 | 116 | 132 | 154 | 190 | 132 | 162 | 146 | 149 | 87 | 109 | 112 | 138 | 151 | 152 | 155 | 160 | 203 | 218 | 217 | 222 | 246 | 256 | 242 | | |
| White | 4,045 | 3,972 | 4,069 | 4,345 | 4,159 | 5,442 | 5,984 | 7,467 | 8,040 | 9,229 | 9,463 | 9,408 | 9,832 | 10,094 | 10,333 | 10,299 | 9,770 | 10,290 | 10,363 | 10,089 | 10,363 | 10,766 | 11,385 | 12,246 | 13,025 | 13,135 | 13,346 | 16,187 | 17,439 | 17,677 | 17,107 |
| Unknown | 809 | 849 | 1,064 | 763 | 2,796 | 1,735 | 2,039 | 2,369 | 2,335 | 2,996 | 2,764 | 2,086 | 2,218 | 2,319 | 1,896 | 2,115 | 1,035 | 1,059 | 1,521 | 1,511 | 1,461 | 2,009 | 2,409 | 2,158 | 2,555 | 2,628 | 2,718 | 2,907 | 3,833 | | |
| International | 169 | 422 | 183 | 498 | 287 | 465 | 531 | 834 | 578 | 550 | 690 | 838 | 949 | 1,115 | 1,434 | 1,598 | 1,902 | 2,353 | 4,558 | 7,370 | 10,236 | 11,931 | 14,666 | 15,952 | 17,504 | 18,070 | 17,464 | 18,217 | 20,062 | 19,185 | 19,335 |

**Admits**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Admits | 11,555 | 11,638 | 11,889 | 11,382 | 12,300 | 13,349 | 14,130 | 17,253 | 17,359 | 18,502 | 17,999 | 20,832 | 23,193 | 22,218 | 20,670 | 19,482 | 20,677 | 23,390 | 23,956 | 24,931 | 24,890 | 27,764 | 31,630 | 31,063 | 27,335 | 25,360 | 29,301 | 31,109 | 25,208 | 30,956 | 35,045 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| African American | 360 | 371 | 264 | 309 | 288 | 295 | 270 | 432 | 407 | 427 | 337 | 446 | 528 | 519 | 438 | 386 | 478 | 742 | 745 | 613 | 668 | 742 | 864 | 876 | 998 | 769 | 828 | 1,492 | 1,178 | 1,206 | 1,234 |
| American Indian | 80 | 82 | 54 | 66 | 59 | 72 | 65 | 85 | 83 | 78 | 78 | 106 | 124 | 79 | 76 | 95 | 141 | 132 | 110 | 95 | 93 | 92 | 94 | 103 | 84 | 60 | 80 | 199 | 295 | 251 | 232 |
| Asian | 5,651 | 5,511 | 6,216 | 5,733 | 5,810 | 6,552 | 6,832 | 7,619 | 7,819 | 7,952 | 7,810 | 9,204 | 10,898 | 10,284 | 9,534 | 9,454 | 9,832 | 10,448 | 10,490 | 10,328 | 9,735 | 9,871 | 11,296 | 11,294 | 9,979 | 8,892 | 11,201 | 10,525 | 9,421 | 11,731 | 12,666 |
| Hispanic/Latino(a) | 1,688 | 1,700 | 1,378 | 1,407 | 1,377 | 1,523 | 1,593 | 2,118 | 2,133 | 2,443 | 2,338 | 2,736 | 3,028 | 3,254 | 3,120 | 3,036 | 3,419 | 4,629 | 4,678 | 4,983 | 5,211 | 5,467 | 6,183 | 5,870 | 4,924 | 4,426 | 4,570 | 6,288 | 5,590 | 6,094 | 6,722 |
| Pacific Islander | 49 | 63 | 39 | 35 | 42 | 47 | 59 | 66 | 92 | 86 | 49 | 82 | 89 | 63 | 57 | 30 | 35 | 50 | 36 | 51 | 41 | 52 | 47 | 60 | 53 | 46 | 55 | 68 | 44 | 52 | 56 |
| White | 3,076 | 3,080 | 3,067 | 3,102 | 2,924 | 3,622 | 3,874 | 5,116 | 5,227 | 5,658 | 5,618 | 6,499 | 6,710 | 6,142 | 5,582 | 4,964 | 4,867 | 5,413 | 4,659 | 4,388 | 4,063 | 4,224 | 4,853 | 4,805 | 3,714 | 3,201 | 3,966 | 4,866 | 3,729 | 4,585 | 4,633 |
| Unknown | 597 | 634 | 799 | 522 | 1,693 | 1,092 | 1,235 | 1,509 | 1,392 | 1,731 | 1,562 | 1,386 | 1,398 | 1,359 | 1,310 | 973 | 1,062 | 525 | 613 | 753 | 642 | 799 | 872 | 867 | 831 | 657 | 887 | 858 | 707 | 940 | 1,339 |
| International | 54 | 197 | 72 | 208 | 107 | 146 | 202 | 308 | 206 | 127 | 207 | 373 | 418 | 518 | 553 | 544 | 843 | 1,451 | 2,625 | 3,720 | 4,437 | 6,517 | 7,421 | 7,188 | 6,752 | 7,309 | 7,714 | 6,813 | 4,244 | 6,097 | 8,163 |
| **Enrollees** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enrollees | 2,780 | 2,952 | 3,232 | 2,790 | 3,148 | 3,736 | 3,683 | 4,048 | 4,028 | 4,043 | 3,629 | 4,338 | 4,835 | 4,931 | 4,583 | 4,030 | 4,411 | 5,115 | 5,077 | 5,460 | 5,435 | 5,756 | 6,551 | 6,545 | 5,793 | 6,069 | 5,765 | 6,489 | 5,664 | 6,796 | 6,736 |
| African American | 70 | 65 | 57 | 51 | 73 | 77 | 73 | 115 | 83 | 89 | 68 | 99 | 108 | 113 | 96 | 86 | 102 | 143 | 166 | 119 | 140 | 175 | 184 | 212 | 260 | 181 | 157 | 332 | 263 | 254 | 240 |
| American Indian | 19 | 14 | 8 | 9 | 19 | 10 | 18 | 21 | 16 | 15 | 11 | 20 | 25 | 9 | 22 | | 23 | 22 | 14 | 13 | 13 | 12 | 13 | 9 | 16 | 12 | 15 | 52 | 98 | 60 | 52 |
| Asian | 1,617 | 1,695 | 2,061 | 1,638 | 1,669 | 2,097 | 2,035 | 2,018 | 2,127 | 2,094 | 1,921 | 2,241 | 2,699 | 2,706 | 2,450 | 2,329 | 2,358 | 2,605 | 2,399 | 2,332 | 2,140 | 1,967 | 2,363 | 2,622 | 2,335 | 2,370 | 2,657 | 2,384 | 2,304 | 2,918 | 2,729 |
| Hispanic/Latino(a) | 386 | 372 | 313 | 275 | 341 | 422 | 395 | 493 | 414 | 448 | 449 | 490 | 572 | 727 | 671 | 587 | 783 | 1,239 | 1,248 | 1,405 | 1,554 | 1,629 | 1,669 | 1,671 | 1,330 | 1,577 | 1,190 | 1,935 | 1,612 | 1,681 | 1,692 |
| Pacific Islander | 13 | 17 | 11 | 11 | 12 | 8 | 15 | 10 | 22 | 17 | 17 | 19 | 11 | 11 | 10 | 10 | | 5 | | 5 | 5 | 11 | 10 | 10 | 13 | 17 | 11 | 14 | 7 | | |
| White | 547 | 588 | 594 | 643 | 613 | 799 | 823 | 999 | 1,008 | 980 | 983 | 1,124 | 1,108 | 1,010 | 978 | 789 | 844 | 778 | 629 | 671 | 660 | 673 | 732 | 732 | 589 | 642 | 644 | 742 | 596 | 759 | 704 |
| Unknown | 114 | 147 | 175 | 116 | 399 | 302 | 299 | 323 | 319 | 393 | 296 | 275 | 232 | 254 | 254 | 160 | 188 | 76 | 83 | 117 | 96 | 94 | 118 | 119 | 131 | 96 | 112 | 113 | 96 | 171 | 146 |
| International | 14 | 54 | 13 | 47 | 22 | 21 | 25 | 69 | 39 | 7 | 30 | 70 | 62 | 95 | 96 | 61 | 108 | 243 | 533 | 783 | 828 | 1,195 | 1,462 | 1,170 | 1,119 | 1,174 | 979 | 917 | 598 | 940 | 1,149 |

**LOS ANGELES**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Applicants** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Applicants | 23,557 | 25,458 | 28,061 | 29,299 | 32,792 | 35,683 | 37,803 | 40,744 | 43,435 | 44,981 | 43,460 | 42,223 | 47,317 | 50,746 | 55,423 | 55,694 | 57,658 | 61,556 | 72,676 | 80,505 | 86,537 | 92,690 | 97,112 | (illegible) | (illegible) | (illegible) | (illegible) | (illegible) | (illegible) | (illegible) | (illegible) |
| African American | 1,241 | 1,439 | 1,513 | 1,369 | 1,361 | 1,432 | 1,624 | 1,712 | 1,931 | 2,110 | 1,954 | 1,846 | 2,176 | 2,460 | 2,826 | 2,763 | 3,218 | 3,323 | 4,080 | 4,395 | 4,657 | 5,284 | 5,541 | 5,826 | 6,658 | 6,308 | 6,119 | 9,048 | 9,417 | 8,899 | 9,078 |
| American Indian | 130 | 166 | 178 | 157 | 195 | 199 | 207 | 209 | 230 | 230 | 232 | 233 | 243 | 258 | 297 | 316 | 392 | 361 | 420 | 428 | 506 | 517 | 514 | 517 | 451 | 456 | 533 | 732 | 749 | 753 | |
| Asian | 9,448 | 9,553 | 10,824 | 11,506 | 11,651 | 13,223 | 13,966 | 14,685 | 15,501 | 15,720 | 15,669 | 15,520 | 17,861 | 18,508 | 19,105 | 19,510 | 19,825 | 21,039 | 23,469 | 23,934 | 25,589 | 26,939 | 27,505 | 29,149 | 33,818 | 34,449 | 34,391 | 41,921 | 46,813 | 46,511 | 46,521 |
| Hispanic/Latino(a) | 3,479 | 3,803 | 3,889 | 3,728 | 4,089 | 4,234 | 4,770 | 5,546 | 6,393 | 6,910 | 6,863 | 6,818 | 7,647 | 8,786 | 10,286 | 10,677 | 11,428 | 13,390 | 15,718 | 17,706 | 18,410 | 19,569 | 21,060 | 23,111 | 25,635 | 24,788 | 24,259 | 32,417 | 35,425 | 35,552 | 36,146 |
| Pacific Islander | 96 | 109 | 111 | 104 | 107 | 141 | 153 | 165 | 203 | 233 | 168 | 155 | 165 | 160 | 196 | 138 | 153 | 142 | 197 | 204 | 216 | 222 | 227 | 270 | 285 | 258 | 248 | 335 | 334 | 312 | 311 |
| White | 7,271 | 7,955 | 9,015 | 9,800 | 9,606 | 12,128 | 13,099 | 13,108 | 14,313 | 14,321 | 13,579 | 13,390 | 14,473 | 15,459 | 16,413 | 15,911 | 15,493 | 16,052 | 17,070 | 18,673 | 19,927 | 21,223 | 21,861 | 22,578 | 23,908 | 23,286 | 21,941 | 29,520 | 29,590 | 27,765 | 26,146 |
| Unknown | 1,224 | 1,518 | 1,847 | 1,495 | 4,840 | 3,171 | 3,402 | 3,746 | 3,569 | 4,213 | 3,730 | 2,850 | 3,029 | 3,069 | 3,567 | 2,848 | 2,967 | 1,423 | 1,815 | 2,266 | 2,229 | 2,788 | 2,930 | 2,965 | 3,515 | 3,129 | 3,567 | 3,831 | 3,963 | 4,116 | 5,276 |
| International | 668 | 915 | 684 | 1,140 | 943 | 1,155 | 1,292 | 1,573 | 1,295 | 1,244 | 1,265 | 1,431 | 1,692 | 2,046 | 2,733 | 3,531 | 4,182 | 5,826 | 9,877 | 12,899 | 15,003 | 16,387 | 17,496 | 17,813 | 19,419 | 18,652 | 17,889 | 21,877 | 23,527 | 21,999 | 22,041 |
| **Admits** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Admits | 11,802 | 10,747 | 10,912 | 10,648 | 10,828 | 10,298 | 10,943 | 10,957 | 10,453 | 10,577 | 9,949 | 11,361 | 12,188 | 11,960 | 12,659 | 12,178 | 13,087 | 15,889 | 15,881 | 16,448 | 16,059 | 16,016 | 17,473 | 16,456 | 15,970 | 13,720 | 15,602 | 15,028 | 12,844 | 12,736 | 13,114 |
| African American | 713 | 684 | 621 | 515 | 313 | 329 | 342 | 341 | 354 | 293 | 234 | 280 | 250 | 407 | 452 | 416 | 436 | 464 | 500 | 581 | 592 | 638 | 790 | 742 | 741 | 734 | 750 | 901 | 941 | 914 | 909 |
| American Indian | 102 | 113 | 100 | 81 | 50 | 41 | 49 | 48 | 40 | 35 | 33 | 44 | 51 | 45 | 43 | 57 | 80 | 83 | 91 | 80 | 85 | 85 | 103 | 91 | 111 | 95 | 83 | 100 | 100 | 136 | 132 |
| Asian | 4,654 | 3,959 | 4,010 | 4,167 | 4,249 | 4,175 | 4,381 | 4,354 | 4,290 | 4,288 | 4,049 | 4,685 | 5,387 | 4,964 | 4,798 | 4,866 | 5,032 | 5,939 | 5,648 | 5,823 | 5,658 | 5,736 | 6,119 | 5,824 | 5,865 | 5,213 | 6,217 | 5,285 | 4,670 | 4,690 | 4,867 |
| Hispanic/Latino(a) | 2,026 | 2,037 | 1,744 | 1,506 | 994 | 1,043 | 1,179 | 1,284 | 1,330 | 1,336 | 1,175 | 1,409 | 1,401 | 1,478 | 1,683 | 1,665 | 1,716 | 2,058 | 2,196 | 2,242 | 2,831 | 2,541 | 2,372 | 2,251 | 2,430 | 2,602 | 2,399 | 2,577 | 2,644 | | |
| Pacific Islander | 34 | 30 | 32 | 27 | 27 | 33 | 27 | 22 | 20 | 24 | 25 | 26 | 26 | 27 | 33 | 27 | 19 | 15 | 37 | 30 | 27 | 36 | 30 | 27 | 29 | 36 | 21 | 46 | 53 | 53 | 52 |
| White | 3,503 | 3,249 | 3,512 | 3,539 | 3,372 | 3,464 | 3,673 | 3,549 | 3,302 | 3,320 | 3,238 | 3,725 | 3,792 | 3,860 | 3,999 | 3,730 | 3,756 | 3,756 | 3,906 | 4,330 | 4,144 | 4,046 | 4,376 | 4,223 | 3,908 | 3,266 | 3,691 | 3,471 | 2,840 | 2,556 | 2,436 |
| Unknown | 592 | 630 | 744 | 650 | 1,660 | 1,023 | 1,084 | 1,135 | 921 | 1,049 | 933 | 911 | 930 | 862 | 1,036 | 769 | 785 | 481 | 462 | 647 | 594 | 698 | 758 | 704 | 731 | 560 | 756 | 646 | 506 | 501 | 696 |
| International | 178 | 145 | 149 | 163 | 163 | 190 | 205 | 224 | 196 | 232 | 262 | 281 | 351 | 317 | 615 | 648 | 1,263 | 2,347 | 3,141 | 2,628 | 2,553 | 2,365 | 2,466 | 2,304 | 2,213 | 1,565 | 1,654 | 1,973 | 1,335 | 1,309 | 1,378 |
| **Enrollees** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enrollees | 4,125 | 3,703 | 3,820 | 3,811 | 4,200 | 4,130 | 4,200 | 4,246 | 4,257 | 4,268 | 3,723 | 4,422 | 4,809 | 4,563 | 4,734 | 4,472 | 4,636 | 5,825 | 5,620 | 5,697 | 5,764 | 5,678 | 6,335 | 6,038 | 6,240 | 5,920 | 6,386 | 6,584 | 6,462 | 6,585 | 6,610 |
| African American | 280 | 264 | 236 | 215 | 144 | 152 | 157 | 140 | 171 | 130 | 110 | 124 | 101 | 204 | 230 | 193 | 194 | 224 | 202 | 243 | 260 | 279 | 392 | 333 | 363 | 354 | 328 | 414 | 480 | 462 | 485 |
| American Indian | 41 | 45 | 32 | 39 | 14 | 12 | 16 | 13 | 18 | 15 | 15 | 20 | 23 | 26 | 33 | 27 | 31 | 30 | 28 | 40 | 30 | 48 | 40 | 28 | 46 | 38 | | 72 | 71 | | |
| Asian | 1,710 | 1,377 | 1,366 | 1,466 | 1,662 | 1,616 | 1,662 | 1,726 | 1,746 | 1,711 | 1,442 | 1,772 | 2,088 | 1,823 | 1,708 | 1,750 | 1,784 | 2,155 | 1,865 | 1,937 | 1,938 | 1,908 | 2,090 | 1,902 | 2,138 | 2,079 | 2,472 | 2,219 | 2,281 | 2,344 | 2,353 |
| Hispanic/Latino(a) | 741 | 799 | 699 | 569 | 439 | 449 | 525 | 580 | 617 | 635 | 512 | 641 | 650 | 642 | 750 | 765 | 742 | 981 | 1,018 | 1,104 | 1,143 | 1,124 | 1,465 | 1,307 | 1,187 | 1,221 | 1,228 | 1,279 | 1,338 | 1,517 | 1,583 |
| Pacific Islander | 14 | 15 | 14 | 12 | 7 | 12 | 9 | 5 | 11 | 12 | 10 | 11 | 11 | 14 | 15 | 10 | 12 | 20 | 15 | 11 | 14 | 20 | 5 | 20 | 5 | 20 | 5 | 20 | 30 | 35 | 26 |
| White | 1,099 | 993 | 1,192 | 1,259 | 1,274 | 1,386 | 1,362 | 1,328 | 1,296 | 1,304 | 1,216 | 1,446 | 1,486 | 1,473 | 1,500 | 1,380 | 1,359 | 1,678 | 1,334 | 1,516 | 1,337 | 1,471 | 1,585 | 1,583 | 1,596 | 1,468 | 1,594 | 1,688 | 1,624 | 1,484 | 1,353 |
| Unknown | 195 | 186 | 254 | 209 | 629 | 410 | 389 | 386 | 328 | 382 | 325 | 324 | 321 | 289 | 341 | 225 | 240 | 153 | 141 | 206 | 168 | 212 | 214 | 208 | 242 | 197 | 251 | 233 | 217 | 218 | 245 |
| International | 45 | 24 | 27 | 42 | 31 | 53 | 80 | 68 | 70 | 79 | 98 | 86 | 136 | 104 | 129 | 126 | 283 | 594 | 1,018 | 650 | 701 | 636 | 744 | 664 | 652 | 541 | 480 | 685 | 454 | 453 | 494 |

**MERCED**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Applicants** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Applicants | | | | | | | | | | | | 14,082 | 14,098 | 15,094 | 19,116 | 19,845 | 22,031 | 22,902 | 15,208 | 14,056 | 15,883 | 16,268 | 18,862 | 20,888 | 22,576 | 25,131 | 25,424 | 25,923 | 27,93 | 29,920 | 30,232 |
| African American | | | | | | | | | | | | 685 | 717 | 803 | 1,063 | 1,137 | 1,389 | 1,111 | 1,034 | 1,047 | 1,040 | 1,247 | 1,376 | 1,557 | 1,669 | 1,644 | 1,704 | 1,941 | 2,082 | 2,025 | 2,082 |
| American Indian | | | | | | | | | | | | 82 | 89 | 99 | 128 | 155 | 204 | 85 | 69 | 82 | 70 | 76 | 69 | 82 | 76 | 79 | 75 | 111 | 115 | 132 | |
| Asian | | | | | | | | | | | | 4,785 | 5,066 | 4,899 | 5,757 | 6,202 | 6,830 | 5,023 | 4,444 | 4,788 | 4,996 | 5,330 | 5,448 | 5,441 | 6,022 | 6,380 | 6,294 | 7,624 | 8,946 | 9,269 | 9,401 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hispanic/Latino(a) | | | | | | | | | | | 2,955 | 2,944 | 3,553 | 4,682 | 5,386 | 6,226 | 5,406 | 5,575 | 6,924 | 7,045 | 8,456 | 9,827 | 11,204 | 13,028 | 12,918 | 13,231 | 12,793 | 12,407 | 12,029 | 12,223 |
| Pacific Islander | | | | | | | | | | | 65 | 55 | 65 | 90 | 69 | 81 | 46 | 63 | 65 | 69 | 63 | 63 | 71 | 100 | 88 | 71 | 90 | 95 | 89 | 92 |
| White | | | | | | | | | | | 4,634 | 4,361 | 4,706 | 6,058 | 6,768 | 6,739 | 2,835 | 2,145 | 2,122 | 2,053 | 2,204 | 2,312 | 2,400 | 2,395 | 2,347 | 2,351 | 2,876 | 3,351 | 3,247 | 3,001 |
| Unknown | | | | | | | | | | | 761 | 801 | 837 | 1,078 | 850 | 1,117 | 333 | 286 | 337 | 353 | 460 | 461 | 516 | 631 | 577 | 656 | 571 | 612 | 648 | 883 |
| International | | | | | | | | | | | 115 | 65 | 132 | 260 | 284 | 316 | 369 | 440 | 518 | 842 | 1,026 | 1,332 | 1,305 | 1,208 | 1,394 | 1,537 | 1,823 | 2,316 | 2,810 | 4,114 |
| **Enrollees** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Admits | | | | | | | | | | | 12,161 | 12,314 | 13,519 | 17,335 | 19,044 | 20,296 | 12,160 | 10,613 | 10,486 | 10,929 | 11,447 | 15,492 | 15,662 | 16,628 | 18,294 | 21,982 | 24,069 | 26,766 | 26,598 | 28,906 |
| African American | | | | | | | | | | | 508 | 559 | 661 | 838 | 918 | 1,061 | 767 | 635 | 538 | 568 | 551 | 845 | 888 | 909 | 1,000 | 1,289 | 1,542 | 1,737 | 1,628 | 1,774 |
| American Indian | | | | | | | | | | | 73 | 82 | 91 | 119 | 148 | 188 | 72 | 58 | 58 | 57 | 55 | 52 | 62 | 60 | 57 | 67 | 67 | 93 | 97 | 122 |
| Asian | | | | | | | | | | | 4,121 | 4,354 | 4,318 | 5,228 | 5,701 | 6,117 | 4,247 | 3,633 | 3,559 | 3,699 | 3,744 | 4,537 | 4,321 | 4,579 | 5,208 | 5,713 | 6,971 | 8,410 | 8,657 | 8,844 |
| Hispanic/Latino(a) | | | | | | | | | | | 2,356 | 2,429 | 3,026 | 4,042 | 4,671 | 5,168 | 4,027 | 3,967 | 4,101 | 4,323 | 4,728 | 6,997 | 7,452 | 8,246 | 8,893 | 11,303 | 11,165 | 11,239 | 10,743 | 11,237 |
| Pacific Islander | | | | | | | | | | | 51 | 44 | 58 | 79 | 64 | 65 | 35 | 40 | 41 | 42 | 42 | 50 | 49 | 65 | 55 | 60 | 75 | 86 | 70 | 83 |
| White | | | | | | | | | | | 4,346 | 4,083 | 4,503 | 5,861 | 6,581 | 6,486 | 2,530 | 1,837 | 1,741 | 1,695 | 1,619 | 1,974 | 1,941 | 1,813 | 1,977 | 2,119 | 2,643 | 3,148 | 3,024 | 2,808 |
| Unknown | | | | | | | | | | | 664 | 715 | 759 | 979 | 796 | 1,004 | 264 | 229 | 252 | 231 | 286 | 357 | 368 | 409 | 423 | 563 | 522 | 568 | 602 | 832 |
| International | | | | | | | | | | | 42 | 48 | 103 | 171 | 165 | 207 | 218 | 214 | 196 | 314 | 422 | 680 | 581 | 547 | 681 | 868 | 1,084 | 1,485 | 1,777 | 3,306 |
| **Enrollees** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enrollees | | | | | | | | | | | 706 | 398 | 669 | 925 | 1,127 | 1,339 | 1,442 | 1,492 | 1,654 | 1,551 | 1,788 | 2,048 | 2,292 | 2,224 | 2,105 | 1,951 | 2,410 | 2,392 | 2,416 | 2,093 |
| African American | | | | | | | | | | | 48 | | 45 | 67 | 95 | 103 | 141 | 131 | 103 | 100 | 95 | 156 | 160 | 147 | 134 | 150 | 188 | 197 | 213 | 205 |
| American Indian | | | | | | | | | | | 6 | | | 11 | 9 | 8 | 9 | 10 | 6 | | 13 | | 10 | 5 | | 9 | 6 | | 14 | 16 |
| Asian | | | | | | | | | | | 273 | 136 | 210 | 296 | 372 | 418 | 442 | 409 | 387 | 422 | 407 | 410 | 432 | 452 | 438 | 311 | 588 | 686 | 646 | 549 |
| Hispanic/Latino(a) | | | | | | | | | | | 176 | 117 | 224 | 300 | 400 | 520 | 623 | 712 | 913 | 809 | 1,048 | 1,237 | 1,441 | 1,380 | 1,328 | 1,308 | 1,358 | 1,231 | 1,298 | 1,088 |
| Pacific Islander | | | | | | | | | | | | | | 8 | 7 | 5 | | 6 | | | 10 | | 6 | 8 | 7 | | 9 | 6 | | 10 |
| White | | | | | | | | | | | 177 | 89 | 149 | 209 | 204 | 227 | 203 | 192 | 194 | 175 | 188 | 188 | 193 | 169 | 145 | 129 | 213 | 225 | 211 | 173 |
| Unknown | | | | | | | | | | | 19 | 28 | 32 | 35 | 32 | 48 | 21 | 33 | 38 | 26 | 27 | 35 | 39 | 40 | 36 | 33 | 43 | 31 | 26 | 30 |
| International | | | | | | | | | | | | | | 6 | 9 | | | | | 7 | 11 | 8 | 8 | 12 | | | | 10 | | 22 |
| **RIVERSIDE** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Applicants** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Applicants | 9,753 | 9,867 | 10,195 | 10,480 | 12,031 | 16,296 | 18,610 | 20,991 | 22,986 | 26,543 | 21,309 | 24,420 | 25,899 | 26,885 | 30,192 | 31,884 | 26,480 | 28,099 | 30,391 | 34,810 | 36,097 | 38,511 | 42,633 | 43,672 | 49,079 | 49,516 | 49,442 | 52,677 | 54,684 | 56,943 | 58,048 |
| African American | 486 | 538 | 501 | 526 | 618 | 853 | 966 | 1,093 | 1,297 | 1,615 | 1,256 | 1,359 | 1,522 | 1,621 | 1,966 | 2,048 | 1,852 | 2,202 | 2,299 | 2,435 | 2,356 | 2,541 | 2,859 | 2,835 | 3,248 | 3,032 | 2,995 | 3,446 | 3,274 | 3,304 | 3,564 |
| American Indian | 40 | 59 | 58 | 49 | 69 | 96 | 86 | 110 | 119 | 125 | 92 | 122 | 121 | 149 | 176 | 175 | 143 | 120 | 129 | 154 | 142 | 144 | 116 | 166 | 151 | 136 | 145 | 113 | 159 | 200 | 209 |
| Asian | 4,596 | 4,381 | 4,651 | 4,992 | 5,080 | 6,699 | 7,431 | 8,011 | 8,624 | 9,401 | 8,370 | 9,073 | 10,012 | 10,017 | 10,314 | 11,104 | 9,843 | 9,974 | 10,518 | 11,385 | 11,904 | 12,369 | 12,785 | 12,835 | 14,741 | 14,931 | 15,322 | 16,855 | 18,685 | 20,038 | 19,730 |
| Hispanic/Latino(a) | 1,652 | 1,805 | 1,859 | 1,708 | 2,162 | 2,784 | 3,425 | 4,067 | 4,646 | 5,620 | 4,763 | 5,440 | 5,893 | 6,378 | 7,859 | 8,954 | 8,005 | 9,780 | 11,145 | 12,875 | 13,056 | 14,535 | 16,424 | 18,296 | 20,874 | 20,396 | 20,163 | 20,511 | 19,849 | 19,995 | 21,034 |
| Pacific Islander | 45 | 44 | 44 | 53 | 35 | 57 | 67 | 76 | 100 | 130 | 93 | 104 | 108 | 113 | 129 | 88 | 70 | 57 | 78 | 95 | 97 | 103 | 91 | 97 | 114 | 121 | 96 | 116 | 117 | 118 | 104 |
| White | 2,313 | 2,231 | 2,365 | 2,445 | 2,325 | 4,393 | 4,867 | 5,557 | 6,217 | 7,072 | 4,825 | 6,509 | 6,384 | 6,718 | 7,577 | 7,552 | 4,675 | 4,593 | 4,126 | 4,467 | 4,388 | 4,462 | 5,120 | 4,692 | 4,955 | 4,946 | 4,840 | 5,651 | 5,899 | 5,988 | 5,830 |
| Unknown | 464 | 507 | 572 | 435 | 1,573 | 1,139 | 1,457 | 1,542 | 1,606 | 2,192 | 1,467 | 1,333 | 1,325 | 1,343 | 1,481 | 1,260 | 1,111 | 543 | 580 | 764 | 760 | 962 | 963 | 1,015 | 1,214 | 1,046 | 1,186 | 1,142 | 1,096 | 1,313 | 1,153 |
| International | 157 | 302 | 145 | 272 | 169 | 275 | 311 | 535 | 377 | 388 | 443 | 480 | 534 | 546 | 690 | 703 | 781 | 830 | 1,516 | 2,635 | 3,394 | 3,395 | 4,275 | 3,736 | 3,782 | 4,908 | 4,695 | 4,843 | 5,605 | 5,987 | 6,006 |
| **Admits** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Admits | 7,547 | 7,670 | 7,917 | 8,757 | 9,617 | 13,746 | 15,850 | 17,900 | 18,816 | 22,298 | 15,593 | 19,476 | 22,373 | 23,293 | 25,439 | 26,707 | 20,094 | 19,153 | 18,843 | 20,695 | 20,782 | 21,412 | 27,999 | 24,674 | 24,820 | 27,984 | 32,522 | 34,437 | 37,563 | 39,758 | 44,343 |
| African American | 342 | 383 | 298 | 361 | 382 | 590 | 671 | 742 | 859 | 1,107 | 702 | 862 | 1,127 | 1,220 | 1,353 | 1,412 | 1,035 | 1,055 | 996 | 1,019 | 959 | 981 | 1,466 | 1,195 | 1,178 | 1,174 | 1,484 | 1,714 | 1,759 | 1,874 | 2,297 |
| American Indian | 31 | 49 | 43 | 37 | | 80 | 79 | 95 | 97 | 99 | 54 | 91 | 105 | 136 | 148 | 147 | 114 | 88 | 84 | 90 | 88 | 89 | 77 | 93 | 83 | 76 | 86 | 66 | 102 | 123 | 172 |
| Asian | 3,596 | 3,421 | 3,711 | 4,290 | 4,213 | 5,663 | 6,348 | 6,869 | 7,135 | 8,033 | 6,614 | 7,454 | 8,779 | 8,898 | 8,986 | 9,683 | 8,026 | 7,516 | 7,704 | 8,280 | 8,399 | 8,798 | 10,055 | 9,369 | 10,054 | 11,078 | 12,603 | 12,722 | 14,496 | 15,328 | 16,359 |
| Hispanic/Latino(a) | 1,304 | 1,424 | 1,389 | 1,402 | 1,633 | 2,266 | 2,801 | 3,327 | 3,613 | 4,343 | 3,220 | 4,069 | 4,841 | 5,175 | 6,254 | 6,975 | 5,657 | 5,849 | 5,648 | 6,153 | 5,954 | 6,281 | 9,223 | 7,962 | 7,696 | 8,709 | 10,435 | 11,437 | 11,735 | 12,330 | 14,412 |
| Pacific Islander | 38 | 35 | 29 | 41 | 26 | 44 | 56 | 61 | 81 | 108 | 60 | 74 | 90 | 99 | 106 | 71 | 46 | 31 | 34 | 56 | 49 | 59 | 45 | 47 | 58 | 60 | 66 | 77 | 79 | 80 | |
| White | 1,840 | 1,837 | 1,946 | 2,110 | 2,014 | 3,997 | 4,455 | 5,133 | 5,500 | 6,463 | 3,580 | 5,568 | 5,876 | 6,196 | 6,903 | 6,941 | 3,957 | 3,557 | 3,037 | 3,209 | 3,063 | 2,996 | 3,992 | 3,327 | 3,157 | 3,449 | 3,764 | 3,955 | 4,250 | 4,343 | 4,661 |
| Unknown | 353 | 396 | 460 | 378 | 1,234 | 964 | 1,239 | 1,356 | 1,321 | 1,873 | 1,094 | 1,075 | 1,192 | 1,200 | 1,300 | 1,080 | 867 | 386 | 385 | 533 | 474 | 602 | 689 | 645 | 664 | 661 | 835 | 901 | 846 | 1,009 | 1,326 |
| International | 43 | 125 | 41 | 138 | 59 | 142 | 201 | 317 | 210 | 272 | 269 | 283 | 363 | 369 | 389 | 398 | 392 | 671 | 955 | 1,355 | 1,796 | 1,616 | 2,438 | 2,038 | 1,941 | 2,779 | 3,255 | 3,576 | 4,298 | 4,651 | 5,036 |
| **Enrollees** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enrollees | 1,451 | 1,579 | 1,476 | 2,137 | 2,291 | 2,714 | 3,124 | 3,270 | 3,561 | 3,886 | 3,456 | 2,987 | 3,591 | 3,729 | 4,424 | 4,299 | 4,469 | 3,664 | 4,034 | 4,201 | 4,280 | 4,029 | 5,358 | 4,599 | 4,529 | 4,777 | 4,857 | 5,203 | 5,573 | 5,521 | 5,422 |
| African American | 89 | 102 | 71 | 98 | 115 | 155 | 187 | 164 | 223 | 276 | 201 | 184 | 287 | 298 | 354 | 321 | 300 | 231 | 272 | 244 | 223 | 229 | 276 | 259 | 295 | 322 | 363 | | | | |
| American Indian | 10 | 11 | 10 | 7 | 12 | 13 | 14 | 16 | 10 | 11 | 11 | 8 | 18 | 19 | 13 | 20 | 10 | 11 | 15 | 18 | 14 | 16 | 14 | 9 | 11 | 7 | 7 | 11 | 25 | | |
| Asian | 591 | 635 | 603 | 1,032 | 980 | 1,202 | 1,351 | 1,425 | 1,496 | 1,640 | 1,570 | 1,278 | 1,454 | 1,600 | 1,635 | 1,804 | 1,821 | 1,782 | 1,760 | 1,635 | 1,497 | 1,632 | 1,760 | 1,771 | 1,782 | 1,703 | 1,776 | 1,814 | 1,927 | 2,122 | 1,908 |
| Hispanic/Latino(a) | 336 | 346 | 296 | 381 | 458 | 572 | 682 | 721 | 877 | 901 | 811 | 808 | 1,030 | 1,021 | 1,392 | 1,364 | 1,584 | 1,440 | 1,438 | 1,498 | 1,452 | 1,454 | 2,455 | 1,797 | 1,680 | 1,685 | 1,980 | 1,970 | 1,922 | 2,213 | 2,048 |
| Pacific Islander | | 8 | | | 10 | 7 | | 10 | 5 | | 15 | 16 | | 18 | 11 | | 10 | 21 | 18 | | 9 | 7 | 14 | 14 | 11 | 13 | 9 | | | | |
| White | 361 | 394 | 412 | 491 | 443 | 597 | 665 | 708 | 695 | 720 | 603 | 530 | 587 | 550 | 647 | 642 | 583 | 466 | 502 | 461 | 534 | 461 | 542 | 492 | 453 | 487 | 463 | 517 | 501 | 470 | 500 |
| Unknown | 53 | 73 | 76 | 94 | 270 | 133 | 159 | 174 | 195 | 248 | 183 | 127 | 188 | 136 | 183 | 130 | 153 | 55 | 63 | 90 | 71 | 84 | 94 | 101 | 95 | 81 | 77 | 78 | 82 | 96 | 104 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| International | 10 | | 24 | 6 | 32 | 56 | 57 | 50 | 74 | 59 | 41 | 44 | 53 | 51 | 49 | 35 | 56 | 106 | 89 | 146 | 97 | 137 | 135 | 131 | 157 | 128 | 165 | 307 | 258 | 197 |

**SAN DIEGO**

**Applicants**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Applicants | 20,009 | 21,583 | 23,687 | 25,098 | 28,090 | 32,541 | 35,693 | 38,188 | 41,346 | 43,443 | 41,524 | 40,534 | 43,591 | 45,088 | 47,385 | 47,060 | 48,098 | 53,449 | 60,832 | 67,391 | 73,448 | 78,061 | 84,206 | 88,448 | 97,898 | 99,124 | | | | |
| African American | 620 | 678 | 728 | 709 | 806 | 919 | 1,094 | 1,194 | 1,351 | 1,515 | 1,329 | 1,251 | 1,412 | 1,465 | 1,639 | 1,617 | 1,937 | 2,158 | 2,764 | 2,986 | 3,363 | 3,672 | 3,989 | 4,327 | 4,554 | 4,806 | 6,187 | 6,974 | 6,672 | 7,023 |
| American Indian | 141 | 183 | 166 | 153 | 178 | 191 | 189 | 208 | 248 | 218 | 251 | 219 | 266 | 245 | 242 | 255 | 321 | 322 | 374 | 357 | 425 | 385 | 375 | 382 | 412 | 349 | 387 | 437 | 615 | 664 | 685 |
| Asian | 7,106 | 7,441 | 8,478 | 9,095 | 9,407 | 11,233 | 12,462 | 13,405 | 14,662 | 15,180 | 15,125 | 15,354 | 17,397 | 17,985 | 18,220 | 18,706 | 19,116 | 20,852 | 22,489 | 22,775 | 24,294 | 24,943 | 25,517 | 26,712 | 30,404 | 31,070 | 31,723 | 36,659 | 41,978 | 42,938 | 44,080 |
| Hispanic/Latino(a) | 2,368 | 2,527 | 2,582 | 2,518 | 2,821 | 3,441 | 4,061 | 4,659 | 5,258 | 5,831 | 5,681 | 5,667 | 6,092 | 6,548 | 7,599 | 7,774 | 8,205 | 10,683 | 12,273 | 13,706 | 14,567 | 15,561 | 17,105 | 18,804 | 20,815 | 21,299 | 21,961 | 25,883 | 29,114 | 29,942 | 31,648 |
| Pacific Islander | 79 | 92 | 86 | 92 | 97 | 139 | 154 | 137 | 195 | 203 | 140 | 161 | 151 | 174 | 162 | 128 | 119 | 118 | 170 | 178 | 180 | 180 | 193 | 248 | 234 | 229 | 234 | 292 | 309 | 316 | 288 |
| White | 8,187 | 8,760 | 9,608 | 10,639 | 9,863 | 13,085 | 13,614 | 14,108 | 15,412 | 15,497 | 14,425 | 14,207 | 14,291 | 14,542 | 14,598 | 13,886 | 13,262 | 14,297 | 14,429 | 15,607 | 16,348 | 16,634 | 17,599 | 18,033 | 19,098 | 19,210 | 18,572 | 24,571 | 25,962 | 24,856 | 24,211 |
| Unknown | 1,247 | 1,474 | 1,781 | 1,424 | 4,553 | 2,977 | 3,446 | 3,558 | 3,490 | 4,239 | 3,668 | 2,673 | 2,811 | 2,737 | 3,123 | 2,395 | 2,478 | 1,231 | 1,547 | 1,949 | 1,841 | 2,298 | 2,399 | 2,368 | 2,859 | 2,555 | 3,105 | 3,221 | 3,398 | 3,538 | 4,715 |
| International | 261 | 428 | 258 | 468 | 365 | 556 | 673 | 919 | 730 | 760 | 905 | 1,002 | 1,171 | 1,392 | 1,802 | 2,299 | 2,660 | 3,788 | 6,782 | 9,855 | 12,807 | 14,697 | 17,346 | 17,912 | 19,749 | 19,858 | 19,274 | 21,133 | 23,059 | 21,909 | 21,800 |

**Admits**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Admits | 12,761 | 12,552 | 11,902 | 13,385 | 13,466 | 13,174 | 13,646 | 16,390 | 16,960 | 16,176 | 16,279 | 17,256 | 19,863 | 19,047 | 18,897 | 17,042 | 18,221 | 18,894 | 22,812 | 24,662 | 24,449 | 26,335 | 30,028 | 30,061 | 29,428 | 31,200 | 36,633 | 40,496 | 31,102 | 32,061 | 35,916 |
| African American | 361 | 293 | 342 | 379 | 217 | 174 | 209 | 243 | 333 | 349 | 282 | 328 | 353 | 385 | 327 | 311 | 374 | 392 | 499 | 551 | 463 | 543 | 758 | 782 | 784 | 994 | 1,099 | 1,613 | 1,237 | 1,229 | 1,369 |
| American Indian | 122 | 133 | 104 | 109 | 66 | 55 | 59 | 55 | 84 | 65 | 77 | 79 | 103 | 85 | 67 | 60 | 106 | 80 | 119 | 121 | 102 | 108 | 120 | 127 | 108 | 112 | 138 | 187 | 153 | 170 | 175 |
| Asian | 4,684 | 4,549 | 4,346 | 4,987 | 4,862 | 5,063 | 5,306 | 6,458 | 6,635 | 6,213 | 6,517 | 7,159 | 8,642 | 8,368 | 8,176 | 7,801 | 8,198 | 7,780 | 9,288 | 9,306 | 9,087 | 9,636 | 10,721 | 10,697 | 10,246 | 11,109 | 14,115 | 13,889 | 11,295 | 11,405 | 12,796 |
| Hispanic/Latino(a) | 1,562 | 1,388 | 1,310 | 1,457 | 1,010 | 1,131 | 1,281 | 1,493 | 1,968 | 1,943 | 1,971 | 2,078 | 2,319 | 2,395 | 2,555 | 2,326 | 2,500 | 3,064 | 2,833 | 3,257 | 3,499 | 3,295 | 4,943 | 4,955 | 5,189 | 5,556 | 5,764 | 7,767 | 8,155 | 8,326 | 8,901 |
| Pacific Islander | 40 | 41 | 29 | 33 | 38 | 47 | 38 | 40 | 54 | 54 | 38 | 63 | 48 | 50 | 34 | 38 | 20 | 34 | 15 | 48 | 51 | 48 | 50 | 66 | 59 | 48 | 61 | 48 | 50 | 54 | 60 |
| White | 5,055 | 5,101 | 4,719 | 5,446 | 4,984 | 5,307 | 5,173 | 6,128 | 6,222 | 5,835 | 5,612 | 5,990 | 6,554 | 6,008 | 5,706 | 4,822 | 4,759 | 5,004 | 5,794 | 6,397 | 5,480 | 6,036 | 6,737 | 6,650 | 6,345 | 6,677 | 7,597 | 9,062 | 5,726 | 6,105 | 6,274 |
| Unknown | 844 | 936 | 987 | 870 | 2,218 | 1,292 | 1,450 | 1,751 | 1,536 | 1,232 | 1,441 | 1,637 | 1,536 | 1,247 | 1,146 | 1,022 | 1,019 | 456 | 698 | 859 | 774 | 978 | 1,081 | 1,030 | 1,021 | 1,033 | 1,475 | 1,385 | 963 | 983 | 1,479 |
| International | 93 | 111 | 63 | 104 | 71 | 105 | 130 | 222 | 172 | 110 | 246 | 327 | 439 | 475 | 605 | 662 | 1,235 | 2,094 | 3,536 | 4,123 | 5,012 | 5,697 | 5,623 | 5,759 | 5,687 | 5,659 | 6,379 | 6,496 | 3,519 | 3,793 | 4,862 |

**Enrollees**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollees | 2,857 | 3,057 | 2,727 | 3,267 | 3,373 | 3,281 | 3,122 | 3,981 | 4,243 | 3,799 | 3,874 | 3,720 | 4,589 | 4,141 | 4,292 | 3,749 | 3,947 | 3,444 | 4,573 | 5,228 | 4,922 | 5,292 | 5,746 | 5,699 | 6,707 | 6,023 | 6,449 | 7,543 | 6,547 | 7,005 | 7,331 |
| African American | 67 | 42 | 61 | 63 | 52 | 33 | 28 | 33 | 48 | 47 | 57 | 43 | 44 | 72 | 52 | 46 | 62 | 62 | 89 | 116 | 88 | 80 | 147 | 130 | 164 | 179 | 196 | 222 | 253 | 266 | 248 |
| American Indian | 34 | 23 | 32 | 26 | 19 | 12 | 14 | 9 | 20 | 14 | 15 | 18 | 22 | 9 | 15 | 11 | 22 | | 14 | 19 | 15 | 22 | 23 | 17 | 20 | 26 | 28 | 30 | 24 | 21 | 39 |
| Asian | 1,037 | 1,169 | 1,016 | 1,199 | 1,199 | 1,313 | 1,209 | 1,725 | 1,825 | 1,624 | 1,818 | 1,848 | 2,375 | 2,186 | 2,341 | 2,070 | 2,139 | 1,577 | 2,132 | 2,274 | 2,046 | 2,126 | 2,156 | 2,100 | 2,541 | 2,213 | 2,702 | 2,889 | 2,596 | 2,833 | 2,965 |
| Hispanic/Latino(a) | 346 | 276 | 275 | 338 | 276 | 288 | 308 | 321 | 456 | 418 | 446 | 431 | 508 | 553 | 542 | 562 | 597 | 716 | 616 | 820 | 859 | 725 | 1,199 | 1,301 | 1,503 | 1,432 | 1,134 | 1,629 | 1,960 | 2,122 | 2,018 |
| Pacific Islander | 8 | 14 | 6 | 11 | 11 | 13 | 6 | 11 | 12 | 13 | 7 | 18 | 14 | 9 | 11 | 5 | 9 | 16 | 7 | 6 | 5 | 9 | 15 | 6 | 7 | 14 | 11 | 8 | 13 | 11 |
| White | 1,149 | 1,293 | 1,106 | 1,403 | 1,254 | 1,325 | 1,209 | 1,470 | 1,506 | 1,314 | 1,162 | 1,080 | 1,280 | 983 | 1,006 | 811 | 782 | 685 | 948 | 1,038 | 819 | 906 | 891 | 1,024 | 1,179 | 1,053 | 1,080 | 1,457 | 969 | 1,070 | 1,025 |
| Unknown | 201 | 223 | 217 | 209 | 552 | 285 | 329 | 377 | 361 | 362 | 327 | 225 | 265 | 237 | 254 | 45 | 49 | 167 | 165 | 145 | 126 | 178 | 130 | 192 | 193 | 132 | 156 | 205 | | | |
| International | 15 | 17 | 14 | 18 | 10 | 12 | 19 | 35 | 15 | 7 | 42 | 57 | 81 | 87 | 94 | 71 | 159 | 347 | 661 | 807 | 968 | 1,262 | 1,180 | 992 | 1,107 | 984 | 1,110 | 1,109 | 602 | 679 | 820 |

**SANTA BARBARA**

**Applicants**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Applicants | 17,061 | 18,291 | 19,226 | 20,710 | 23,698 | 26,959 | 31,229 | 34,023 | 34,694 | 37,584 | 36,974 | 37,522 | 39,857 | 40,937 | 47,076 | 44,736 | 46,727 | 49,664 | 55,258 | 62,425 | 66,816 | 70,536 | 77,107 | 81,824 | 92,306 | 93,446 | 90,961 | | | |
| African American | 528 | 579 | 624 | 645 | 707 | 799 | 949 | 1,105 | 1,125 | 1,268 | 1,248 | 1,233 | 1,311 | 1,353 | 2,188 | 2,182 | 2,360 | 2,579 | 3,012 | 3,065 | 3,109 | 3,360 | 3,559 | 3,658 | 4,168 | 4,148 | 3,962 | 5,093 | 5,063 | 5,080 | 5,346 |
| American Indian | 159 | 190 | 198 | 195 | 211 | 203 | 213 | 228 | 250 | 238 | 242 | 232 | 275 | 291 | 287 | 332 | 418 | 393 | 400 | 384 | 454 | 462 | 426 | 448 | 447 | 375 | 399 | 416 | 606 | 634 | 662 |
| Asian | 4,243 | 4,171 | 4,422 | 4,612 | 5,091 | 6,063 | 7,357 | 8,488 | 8,889 | 9,405 | 9,644 | 10,179 | 11,377 | 11,076 | 12,201 | 11,741 | 12,633 | 13,565 | 14,972 | 16,058 | 17,284 | 18,105 | 19,294 | 20,426 | 24,592 | 25,677 | 32,492 | 33,304 | 33,255 | | |
| Hispanic/Latino(a) | 2,478 | 2,707 | 2,718 | 2,916 | 3,010 | 3,441 | 4,194 | 4,919 | 5,074 | 6,000 | 5,943 | 6,114 | 6,851 | 7,481 | 9,511 | 9,674 | 10,780 | 12,737 | 13,979 | 16,323 | 16,657 | 17,418 | 18,915 | 20,232 | 22,783 | 22,330 | 21,195 | 23,953 | 23,836 | 25,243 | 25,117 |
| Pacific Islander | 62 | 68 | 72 | 67 | 83 | 97 | 109 | 127 | 171 | 170 | 130 | 143 | 137 | 147 | 156 | 113 | 127 | 111 | 114 | 182 | 183 | 193 | 209 | 210 | 254 | 225 | 205 | 260 | 252 | 266 | 228 |
| White | 8,353 | 8,946 | 9,783 | 11,206 | 10,344 | 13,458 | 14,625 | 15,246 | 15,700 | 16,333 | 15,810 | 16,381 | 16,848 | 17,198 | 18,573 | 17,241 | 16,448 | 17,062 | 17,079 | 17,955 | 18,127 | 18,023 | 19,239 | 20,075 | 21,340 | 21,185 | 20,226 | 26,333 | 26,849 | 25,681 | 24,431 |
| Unknown | 977 | 1,118 | 1,336 | 611 | 3,951 | 2,527 | 3,010 | 3,242 | 3,049 | 3,739 | 3,384 | 2,576 | 2,637 | 2,569 | 3,059 | 2,276 | 2,558 | 1,218 | 1,521 | 1,762 | 1,690 | 2,062 | 2,198 | 2,234 | 2,671 | 2,435 | 2,801 | 2,860 | 2,963 | 3,148 | 4,037 |
| International | 261 | 412 | 271 | 458 | 301 | 389 | 472 | 668 | 436 | 431 | 573 | 664 | 725 | 822 | 1,101 | 1,177 | 1,403 | 1,999 | 4,121 | 6,696 | 9,312 | 10,913 | 13,267 | 14,541 | 16,051 | 17,078 | 16,648 | 17,559 | 18,934 | 17,515 | 17,183 |

**Admits**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Admits | 14,088 | 14,771 | 14,958 | 14,766 | 14,424 | 14,382 | 14,683 | 17,018 | 17,696 | 18,775 | 19,588 | 19,821 | 21,282 | 22,271 | 23,186 | 21,539 | 21,249 | 22,998 | 24,556 | 24,812 | 24,284 | 23,026 | 27,581 | 26,845 | 29,724 | 27,626 | 33,384 | 30,823 | 28,688 | 30,804 | 36,347 |
| African American | 409 | 427 | 456 | 379 | 341 | 362 | 442 | 460 | 469 | 458 | 486 | 489 | 557 | 762 | 711 | 657 | 780 | 843 | 790 | 771 | 927 | 1,049 | 997 | 897 | 1,064 | 1,123 | 1,411 | 106 | 174 | 224 | 166 |
| American Indian | 133 | 154 | 168 | 153 | 123 | 101 | 96 | 114 | 123 | 119 | 108 | 116 | 152 | 149 | 126 | 168 | 186 | 196 | 200 | 175 | 188 | 183 | 177 | 190 | 172 | 132 | 141 | 106 | 174 | 224 | 166 |
| Asian | 3,473 | 3,384 | 3,267 | 3,152 | 2,941 | 3,101 | 3,487 | 4,172 | 4,471 | 4,550 | 4,926 | 5,276 | 5,778 | 5,916 | 6,158 | 5,846 | 5,913 | 6,698 | 7,308 | 7,311 | 7,362 | 7,222 | 8,366 | 7,916 | 8,855 | 8,321 | 11,268 | 9,360 | 9,677 | 10,359 | 12,026 |
| Hispanic/Latino(a) | 1,928 | 2,040 | 2,136 | 2,267 | 1,778 | 1,795 | 1,960 | 2,387 | 2,560 | 2,842 | 3,140 | 3,166 | 3,598 | 3,841 | 4,486 | 4,368 | 4,241 | 4,723 | 4,662 | 4,783 | 4,837 | 4,525 | 5,000 | 5,099 | 5,617 | 5,253 | 5,931 | 6,596 | 6,537 | 7,217 | 7,777 |
| Pacific Islander | 51 | 52 | 53 | 33 | 52 | 55 | 46 | 64 | 81 | 77 | 63 | 60 | 53 | 52 | 45 | 49 | 36 | 50 | 14 | 51 | 52 | 58 | 59 | 57 | 56 | 62 | 50 | 55 | | | |
| White | 7,162 | 7,566 | 7,711 | 8,058 | 6,651 | 7,378 | 7,098 | 7,898 | 8,340 | 8,652 | 8,794 | 9,015 | 9,385 | 9,904 | 9,530 | 8,741 | 8,380 | 8,808 | 8,559 | 8,468 | 7,454 | 6,710 | 7,909 | 7,108 | 7,409 | 6,220 | 8,366 | 7,644 | 6,396 | 6,843 | 8,175 |
| Unknown | 817 | 913 | 1,051 | 430 | 2,361 | 1,448 | 1,488 | 1,726 | 1,509 | 1,905 | 1,860 | 1,440 | 1,525 | 1,501 | 1,671 | 1,668 | 1,244 | 634 | 767 | 886 | 766 | 840 | 956 | 922 | 1,043 | 880 | 1,310 | 1,019 | 1,042 | 1,070 | 5,187 |
| International | 115 | 235 | 125 | 217 | 139 | 163 | 146 | 215 | 152 | 161 | 239 | 262 | 302 | 339 | 401 | 492 | 579 | 1,123 | 2,164 | 2,304 | 2,833 | 2,724 | 4,194 | 4,503 | 5,472 | 5,866 | 5,248 | 4,812 | 3,727 | 3,769 | 5,187 |

**Enrollees**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollees | 2,881 | 3,361 | 3,463 | 3,744 | 3,584 | 3,781 | 3,427 | 3,649 | 3,842 | 3,998 | 3,897 | 3,829 | 4,100 | 4,336 | 4,387 | 4,587 | 3,720 | 4,098 | 4,741 | 4,624 | 4,738 | 4,474 | 4,996 | 4,539 | 5,094 | 4,935 | 4,847 | 4,898 | 4,967 | 5,044 | 5,008 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| African American | 86 | 106 | 96 | 126 | 100 | 83 | 93 | 90 | 115 | 95 | 102 | 112 | 114 | 111 | 188 | 175 | 140 | 153 | 203 | 193 | 189 | 197 | 210 | 244 | 189 | 185 | 167 | 177 | 229 | 218 | 207 |
| American Indian | 16 | 33 | 51 | 34 | 39 | 29 | 26 | 28 | 30 | 25 | 24 | 23 | 39 | 36 | 23 | 48 | 37 | 44 | 59 | 37 | 52 | 51 | 42 | 47 | 46 | 31 | 29 | 13 | | 49 | 26 |
| Asian | 558 | 584 | 527 | 635 | 488 | 556 | 518 | 540 | 648 | 660 | 663 | 628 | 628 | 711 | 770 | 929 | 774 | 1,053 | 1,290 | 1,145 | 1,266 | 1,176 | 1,243 | 1,114 | 1,352 | 1,173 | 1,353 | 1,201 | 1,409 | 1,349 | 1,305 |
| Hispanic/Latino(a) | 389 | 443 | 499 | 514 | 517 | 513 | 497 | 563 | 638 | 647 | 778 | 754 | 873 | 922 | 1,065 | 1,108 | 890 | 1,018 | 1,147 | 1,147 | 1,224 | 1,211 | 1,234 | 1,086 | 1,302 | 1,177 | 1,133 | 1,179 | 1,250 | 1,364 | 1,358 |
| Pacific Islander | 15 | 14 | 14 | 6 | 15 | 13 | 12 | 16 | 18 | 12 | 20 | 14 | 11 | 13 | 10 | 8 | 13 | 6 | 14 | 16 | 12 | 17 | 9 | 14 | 10 | 10 | | | | 9 | 5 |
| White | 1,646 | 1,964 | 2,102 | 2,294 | 1,831 | 2,184 | 1,903 | 2,044 | 2,036 | 2,158 | 1,958 | 2,014 | 2,129 | 2,257 | 2,035 | 2,060 | 1,633 | 1,610 | 1,702 | 1,703 | 1,529 | 1,363 | 1,584 | 1,363 | 1,360 | 1,321 | 1,570 | 1,521 | 1,299 | 1,388 | 1,489 |
| Unknown | 147 | 183 | 157 | 96 | 561 | 361 | 350 | 341 | 334 | 384 | 308 | 243 | 272 | 245 | 249 | 194 | 202 | 110 | 116 | 127 | 122 | 127 | 119 | 115 | 112 | 86 | 158 | 143 | 127 | 122 | 165 |
| International | 24 | 34 | 17 | 39 | 33 | 42 | 28 | 27 | 23 | 17 | 44 | 41 | 34 | 39 | 49 | 63 | 36 | 97 | 218 | 258 | 340 | 335 | 552 | 553 | 724 | 948 | 427 | 654 | 596 | 545 | 453 |

**SANTA CRUZ**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Applicants** | 10,888 | 11,404 | 11,396 | 12,011 | 13,910 | 14,482 | 19,342 | 22,504 | 24,309 | 21,800 | 25,050 | 23,027 | 24,542 | 24,462 | 27,833 | 27,247 | 27,645 | 28,230 | 33,137 | 38,636 | 40,727 | 45,532 | 49,180 | 52,969 | 56,625 | 55,865 | 55,068 | 61,805 | 66,014 | 68,845 | 71,722 |
| African American | 375 | 411 | 420 | 390 | 408 | 427 | 619 | 780 | 858 | 763 | 871 | 676 | 764 | 796 | 1,022 | 1,015 | 1,152 | 1,325 | 1,574 | 1,884 | 1,956 | 2,144 | 2,399 | 2,562 | 2,683 | 2,598 | 2,595 | 3,308 | 3,351 | 3,342 | 3,858 |
| American Indian | 101 | 146 | 120 | 110 | 126 | 117 | 154 | 172 | 182 | 148 | 178 | 169 | 175 | 166 | 185 | 214 | 286 | 239 | 273 | 264 | 299 | 309 | 292 | 307 | 285 | 237 | 248 | 265 | 407 | 451 | 467 |
| Asian | 2,414 | 2,368 | 2,415 | 2,655 | 3,069 | 3,409 | 4,774 | 5,429 | 6,117 | 5,442 | 6,493 | 6,350 | 6,914 | 6,654 | 7,253 | 7,189 | 7,783 | 7,968 | 9,322 | 10,512 | 11,004 | 11,910 | 12,567 | 13,391 | 15,067 | 15,133 | 15,312 | 17,512 | 19,806 | 21,152 | 21,853 |
| Hispanic/Latino(a) | 1,772 | 1,907 | 1,689 | 1,673 | 1,875 | 1,899 | 2,678 | 3,360 | 3,609 | 3,515 | 4,004 | 3,546 | 3,974 | 4,184 | 5,231 | 5,492 | 5,994 | 7,320 | 9,023 | 11,449 | 11,981 | 13,712 | 14,878 | 16,570 | 17,298 | 16,418 | 16,122 | 17,437 | 18,313 | 19,125 | 20,623 |
| Pacific Islander | 40 | 50 | 38 | 37 | 47 | 59 | 68 | 94 | 104 | 110 | 95 | 88 | 83 | 81 | 105 | 75 | 84 | 88 | 115 | 139 | 140 | 159 | 148 | 157 | 175 | 146 | 148 | 193 | 190 | 191 | 198 |
| White | 5,335 | 5,494 | 5,653 | 6,200 | 5,693 | 6,838 | 8,740 | 9,993 | 10,901 | 9,277 | 10,710 | 10,147 | 10,452 | 10,521 | 11,569 | 11,079 | 10,135 | 9,823 | 10,432 | 10,787 | 10,588 | 11,350 | 11,941 | 12,061 | 12,468 | 12,181 | 11,749 | 15,237 | 16,303 | 16,171 | 15,855 |
| Unknown | 727 | 816 | 938 | 752 | 2,519 | 1,519 | 2,106 | 2,278 | 2,282 | 2,333 | 2,348 | 1,724 | 1,773 | 1,619 | 1,924 | 1,641 | 1,600 | 710 | 884 | 1,103 | 1,078 | 1,351 | 1,332 | 1,363 | 1,622 | 1,390 | 1,680 | 1,637 | 1,681 | 1,865 | 2,407 |
| International | 124 | 212 | 123 | 194 | 173 | 214 | 203 | 398 | 256 | 212 | 351 | 327 | 407 | 441 | 544 | 540 | 611 | 757 | 1,514 | 2,498 | 3,681 | 4,597 | 5,623 | 6,558 | 7,027 | 7,762 | 7,214 | 6,216 | 5,963 | 6,548 | 6,461 |
| **Admits** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Admits | 8,929 | 9,487 | 9,445 | 9,892 | 10,963 | 11,036 | 16,083 | 18,694 | 20,084 | 17,210 | 16,038 | 17,103 | 19,512 | 19,846 | 19,955 | 17,316 | 17,643 | 18,996 | 19,851 | 19,829 | 22,695 | 22,897 | 28,451 | 26,983 | 26,803 | 28,628 | 35,591 | 36,252 | 30,926 | 43,054 | 47,186 |
| African American | 275 | 339 | 335 | 282 | 264 | 262 | 430 | 506 | 559 | 432 | 357 | 355 | 468 | 517 | 547 | 420 | 473 | 606 | 726 | 705 | 781 | 670 | 997 | 1,024 | 964 | 948 | 1,281 | 1,569 | 1,276 | 1,723 | 2,004 |
| American Indian | 84 | 120 | 98 | 92 | 100 | 86 | 126 | 139 | 154 | 113 | 100 | 108 | 129 | 119 | 121 | 151 | 178 | 160 | 166 | 121 | 179 | 189 | 198 | 169 | 152 | 132 | 152 | 156 | 168 | 284 | 287 |
| Asian | 1,921 | 1,850 | 1,902 | 2,096 | 2,393 | 2,475 | 3,843 | 4,383 | 4,860 | 4,124 | 4,068 | 4,707 | 5,548 | 5,382 | 5,181 | 4,565 | 5,133 | 5,493 | 5,746 | 5,674 | 6,307 | 6,557 | 8,366 | 7,745 | 7,935 | 8,144 | 11,195 | 10,611 | 10,105 | 14,687 | 15,007 |
| Hispanic/Latino(a) | 1,445 | 1,654 | 1,388 | 1,358 | 1,393 | 1,386 | 2,140 | 2,661 | 2,772 | 2,544 | 2,408 | 2,431 | 3,029 | 3,297 | 3,606 | 3,256 | 3,502 | 4,578 | 5,225 | 4,612 | 5,350 | 4,649 | 5,824 | 5,005 | 4,648 | 5,507 | 7,900 | 8,952 | 7,389 | 9,930 | 11,558 |
| Pacific Islander | 33 | 40 | 29 | 27 | 33 | 41 | 61 | 71 | 83 | 82 | 46 | 60 | 59 | 60 | 67 | 39 | 41 | 55 | 60 | 57 | 80 | 75 | 71 | 69 | 57 | 62 | 74 | 110 | 73 | 106 | 113 |
| White | 4,515 | 4,719 | 4,853 | 5,319 | 4,700 | 5,494 | 7,631 | 8,783 | 9,642 | 7,974 | 7,312 | 7,908 | 8,618 | 8,881 | 8,740 | 7,450 | 6,978 | 7,219 | 6,762 | 6,492 | 6,881 | 6,859 | 8,507 | 7,418 | 6,938 | 7,424 | 8,395 | 9,452 | 7,752 | 10,992 | 11,170 |
| Unknown | 615 | 682 | 799 | 636 | 2,015 | 1,221 | 1,774 | 1,964 | 1,916 | 1,866 | 1,609 | 1,359 | 1,442 | 1,340 | 1,468 | 1,205 | 1,071 | 508 | 572 | 683 | 673 | 757 | 897 | 775 | 900 | 764 | 1,180 | 1,045 | 927 | 1,337 | 1,798 |
| International | 41 | 83 | 41 | 82 | 65 | 71 | 78 | 187 | 98 | 75 | 138 | 175 | 219 | 250 | 225 | 230 | 267 | 377 | 604 | 1,485 | 2,444 | 3,149 | 3,591 | 4,778 | 5,209 | 5,647 | 5,414 | 4,357 | 3,236 | 3,995 | 5,249 |
| **Enrollees** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enrollees | 1,765 | 1,812 | 2,006 | 2,126 | 2,361 | 2,403 | 2,928 | 3,048 | 3,257 | 3,434 | 3,028 | 2,977 | 3,338 | 3,704 | 3,960 | 3,214 | 3,290 | 128 | 3,827 | 3,301 | 4,035 | 3,620 | 4,221 | 4,048 | 3,695 | 3,712 | 4,193 | 4,187 | 3,859 | 4,381 | 4,837 |
| African American | 39 | 68 | 48 | 42 | 56 | 53 | 69 | 81 | 81 | 94 | 81 | 68 | 83 | 109 | 111 | 83 | 92 | 36 | 149 | 156 | 191 | 113 | 165 | 174 | 159 | 129 | 206 | 218 | 164 | 191 | 217 |
| American Indian | 18 | 28 | 21 | 20 | 23 | 20 | 25 | 25 | 30 | 27 | 25 | 26 | 26 | 25 | 31 | 39 | 39 | 978 | 36 | 16 | 22 | 28 | 34 | 27 | 21 | 24 | 24 | 19 | 15 | 39 | 41 |
| Asian | 254 | 244 | 260 | 339 | 372 | 395 | 520 | 531 | 638 | 634 | 622 | 608 | 734 | 900 | 921 | 724 | 893 | 1,031 | 1,045 | 804 | 1,056 | 1,060 | 1,252 | 1,094 | 1,083 | 992 | 1,360 | 1,152 | 1,239 | 1,447 | 1,326 |
| Hispanic/Latino(a) | 299 | 295 | 263 | 244 | 302 | 298 | 368 | 412 | 448 | 498 | 421 | 444 | 576 | 646 | 734 | 671 | 806 | 15 | 1,265 | 1,085 | 1,184 | 939 | 1,045 | 1,020 | 811 | 838 | 1,165 | 1,272 | 1,106 | 1,162 | 1,229 |
| Pacific Islander | 8 | 7 | | 6 | | 7 | 7 | | | | 9 | 10 | 5 | 13 | 14 | 6 | 11 | 1,333 | 15 | 14 | 19 | 20 | 8 | 10 | 7 | 7 | 12 | 15 | 10 | 9 | 14 |
| White | 1,005 | 1,023 | 1,205 | 1,321 | 1,098 | 1,356 | 1,587 | 1,616 | 1,706 | 1,781 | 1,552 | 1,579 | 1,660 | 1,756 | 1,897 | 1,407 | 1,264 | 74 | 1,200 | 1,004 | 1,176 | 1,082 | 1,312 | 1,194 | 1,017 | 1,163 | 1,156 | 1,271 | 1,078 | 1,282 | 1,253 |
| Unknown | 136 | 140 | 201 | 146 | 495 | 268 | 352 | 362 | 347 | 388 | 297 | 227 | 233 | 232 | 240 | 268 | 174 | 12 | 98 | 102 | 101 | 90 | 118 | 87 | 102 | 74 | 107 | 87 | 96 | 132 | 92 |
| International | 6 | 7 | | 8 | | 6 | 6 | | | | 21 | 15 | 21 | 23 | 12 | 16 | 11 | | 19 | 120 | 286 | 288 | 287 | 442 | 495 | 485 | 163 | 153 | 151 | 119 | 211 |

**Definitions**

**Applicants** – Students who make a formal application to attend the University of California.

**Admits** – Students who have been made a formal offer of admission to attend the University of California.

**Enrollees** – Students who have accepted an offer of admission and are enrolled at the University of California.

**Freshmen** – Students from high schools. Includes applicants with college coursework taken during high school or the summer after graduation.

**Transfers** – Students from community colleges or other post-secondary institutions.

**California Residents** – Applicants who are residents of California for admission purposes.

**Domestic Nonresidents** – Applicants who are residents of the U.S. but not residents of California for admission purposes.

**International** – Applicants who are not residents of the U.S. for admission purposes.

**Source school** – Last school attended.

**Gender identity** – Prior to 2016, UC collected only binary "Male/Female" gender through a voluntary question and individuals not identifying with these categories were grouped as "Unknown." For fall 2015 and prior years, gender data on this dashboard reflects these categories.

Beginning in 2016, UC began collecting expanded gender identity information as part of the CA Gender Recognition Act, including a nonbinary category and four additional gender identity categories. On this dashboard, for fall 2016 and later, gender reflects gender identity categories used in the most recent year. Note that the category "Woman" was previously "Female," "Man" was previously "Male," "Nonbinary" was previously "Genderqueer/Gender non-Conforming" and "Genderqueer or Nonbinary Gender," "Transgender Woman/Trans Woman" was previously "Trans Female/Trans Woman,"

and "Transgender Man/Trans Man" was previously "Trans Male/Trans Man." The gender identity on this dashboard reflects selections made by students at the time of application. Enrollment data may reflect updates made with campus registrars after enrolling.

Sexual orientation – UC began collecting sexual orientation data in 2016. The data on this dashboard reflects selections made by students at the time of application. Enrollment data may reflect updates made with campus registrars after enrolling.

A-G courses – For freshmen, the number of yearlong college preparatory courses completed or planned in 9th-12th grades. For students from California public and private high school, A-G course counts are based on courses submitted by the high schools, reviewed by UC, and are listed on the A-G course lists. The process for students from high schools outside of California is different, and therefore the data are not directly comparable. However, A-G college preparatory coursework is still among the factors taken into account for admissions decisions for all freshman applicants. College preparatory courses in mathematics and languages other than English completed in 7th and 8th grades are included. See Subject requirements for A-G.

Honors courses – For freshmen, the number of yearlong courses taken or planned in 10th-12th grades. These are Advanced Placement (AP), International Baccalaureate Higher Level (IB HL) and designated Standard Level (IB SL) courses, UC-transferable college courses and (for students from CA high schools). see UC-certified honors courses.

**Notes**

Systemwide applicant and admit counts are unduplicated.

UC Merced opened in 2005 so there is no data prior to 2005 for this campus. Beginning in 2011, Merced invited all California resident referrals to be considered for admission to their campus and only processed and formally admitted those who accepted the invitation. This change in admissions process resulted in fewer formal offers of admissions to California resident applicants at Merced and systemwide, thus the admit rate at Merced and systemwide dropped significantly from 2010 to 2011.

Cells with 1 to 4 students have been redacted, with additional reactions to ensure small cells cannot be deduced by subtraction.