1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| **Students Against Racial Discrimination**, | Case No. 8:25-cv-00192-JWH-JDE |
| Plaintiff, | **[Proposed] Order Denying Defendants' Motion to Dismiss the Third Amended Complaint** |
| v. | |
| **The Regents of the University of California**, et al., | Date:    March 27, 2026 |
| | Time:    9:00 A.M. |
| Defendants. | Place:   Courtroom 9D |
| | Judge:   Hon. John W. Holcomb |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1    The UC defendants have moved to dismiss the plaintiff's third amended

2  complaint. Having considered the parties' briefing and arguments, the Court

3  DENIES the defendants' motion.

4    The Court concludes that SARD may sue each of the individual defend-

5  ants for prospective relief under *Ex parte Young*, 209 U.S. 123 (1908). SARD

6  has alleged "an ongoing violation of federal law and seeks relief properly

7  characterized as prospective." *Verizon Maryland, Inc. v. Public Service*

8  *Comm'n of Maryland*, 535 U.S. 635, 645 (2002). The Court also finds that the

9  individual regents and chancellors have "some connection with" the en-

10  forcement of the disputed admissions policies given their oversight and su-

11  pervisory powers over their respective universities. *See Do No Harm v. David*

12  *Geffen School of Medicine at UCLA*, --- F. Supp. 3d ----, 2025 WL 3727492, *3

13  (C.D. Cal.)

14

15

16                                              _____

17  Dated: _____        Hon. John W. Holcomb
                                     United States District Judge

18

19

20

21

22

23

24

25

26