**WILMER CUTLER PICKERING HALE AND DORR LLP**
Debo P. Adegbile (admitted *pro hac vice*)
debo.adegbile@wilmerhale.com
Michael S. Crafts (admitted *pro hac vice*)
michael.crafts@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800

Felicia H. Ellsworth (admitted *pro hac vice*)
felicia.ellsworth@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

Joshua A. Vittor (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300

*Attorneys for UC Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STUDENTS AGAINST RACIAL DISCRIMINATION, <br><br> *Plaintiff,* <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA et al., <br><br> *Defendants*. | Case No. 8:25-cv-00192-JWH-JDE <br><br> **JOINT STIPULATION TO CONTINUE HEARING ON UC DEFENDANTS' MOTION TO DISMISS** <br><br> Current Hearing Date: April 3, 2026, at 9:00AM <br><br> [Proposed] New Hearing Date: May 8, 2026, at 9:00AM |

1

JOINT STIPULATION TO CONTINUE HEARING ON UC DEFENDANTS'
MOTION TO DISMISS
CASE NO. 8:25-cv-00192-JWH-JDE

Pursuant to Local Rule 7-1, it is hereby stipulated and agreed upon between the Parties and their respective counsel as follows:

1.    On February 3, 2025, Plaintiff Students Against Racial Discrimination initiated this action by filing its first Complaint (Dkt. 1);

2.    On February 25, 2026, Plaintiff filed the Third Amended Complaint, which asserts claims against the Regents of the University of California, the UC Chancellors,[1] and Dean and Chancellor of UC Law San Francisco David Faigman (Dkt. 66);

3.    On February 27, 2026, the UC Defendants filed a Notice of Motion to Dismiss (the "Motion"), which provided notice of a hearing on the Motion set for March 27, 2026 (Dkt. 68);[2]

4.    On March 23, 2026, the Court continued the hearing on the Motion from March 27, 2026, to April 3, 2026 (Dkt. 71);

5.    Counsel for the UC Defendants is unavailable to attend the hearing on April 3, 2026, due to a previously scheduled professional commitment;

6.    The deadline for Chancellor Faigman to respond to the Third Amended Complaint is April 3, 2026 (Dkt. 65);

7.    Chancellor Faigman intends to move to dismiss the claims against him in the Third Amended Complaint and intends to file a notice of motion that provides notice of a hearing on that motion set for May 8, 2026;

8.    Counsel for all Parties are available on May 8, 2026;

---

[1] "UC Chancellors" refers to all Chancellors named in the Third Amended Complaint except for Chancellor Faigman.

[2] "UC Defendants" refers to all Defendants named in the Third Amended Complaint except for Chancellor Faigman.

9.      The Parties therefore stipulate that the hearing on the Motion shall be continued from April 3, 2026, at 9:00am to May 8, 2026, at 9:00am, or to the first available date thereafter on the Court's calendar;

10.      This stipulation is made for good cause, including because counsel for the UC Defendants is unavailable for the Motion and because the stipulation will serve the interests of judicial efficiency by setting the hearing on the Motion for the same day for which Chancellor Faigman intends to set a hearing on his motion to dismiss, and will not alter the date of any other event or deadline set by Court order.

Dated March 31, 2026

Respectfully Submitted,

/s/ Felicia H. Ellsworth

/s/ Jonathan F. Mitchell

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Felicia H. Ellsworth (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
60 State Street
Boston, MA 02109
(617) 526-6000

Debo Adegbile (*pro hac vice*)
debo.adegbile@wilmerhale.com
Michael Crafts (*pro hac vice*)
michael.crafts@wilmerhale.com
7 World Trade Center
New York, NY 10007
(212) 295-8800

Joshua A. Vittor (SBN 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
(213) 443-5300
*Counsel for UC Defendants*

**MITCHELL LAW PLLC**
Jonathan F. Mitchell (*pro hac vice*)
jonathan@mitchell.law
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)

**BROWN WEGNER LLP**
William J. Brown Jr. (SBN 192950)
bill@brownwegner.com
2010 Main Street, Suite 1260
Irvine, California 92614
(949) 705-0081

**AMERICA FIRST LEGAL FOUNDATION**
Ryan Giannetti (*pro hac vice*)
Ryan.giannetti@aflegal.org
611 Pennsylvania Avenue SE #231
Washington, DC 20003
(202) 964-3721

*Counsel for Plaintiff*

*/s/ Matthew Burris*

**QUARLES & BRADY LLP**
Jeffrey P. Michalowski (SBN 248073)
jeff.michalowski@quarles.com
Matthew Burris (SBN 325569)
matt.burris@quarles.com
101 W. Broadway, Suite 1500
San Diego, CA 92101
(619) 237-5200

*Counsel for David Faigman*

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to United States District Court for the Central District of California's Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories to this document have concurred in this filing and have authorized this filing.


Dated: March 31, 2026            */s/ Felicia H. Ellsworth*
                                 Felicia H. Ellsworth