# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENTS AGAINST RACIAL DISCRIMINATION,<br><br>      Plaintiffs,<br><br>    v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>      Defendants. | Case No. 8:25-cv-00192-JWH<br><br>**ORDER CONTINUING HEARING ON UC DEFENDANTS' MOTION TO DISMISS** |

1

Pursuant to the Parties' stipulation, and for good cause shown, it is hereby **ORDERED** that the hearing on the UC Defendants'[1] Motion to Dismiss the Third Amended Complaint is **CONTINUED** to May 8, 2026, at 9:00 a.m.

    **IT IS SO ORDERED.**

Dated: _____March 31, 2026_____     _____

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1]   "UC Defendants" refers to all Defendants named in the Third Amended Complaint except for Chancellor Faigman.