JEFFREY P. MICHALOWSKI (SBN 248073)
jeff.michalowski@quarles.com
MATTHEW W. BURRIS (SBN 325569)
matt.burris@quarles.com
HANNAH LUTZ (SBN 359446)
hannah.lutz@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant
DAVID FAIGMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| STUDENTS AGAINST RACIAL DISCRIMINATION,<br><br>Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; et al.<br><br>Defendants. | Case No. 8:25-cv-00192-JWH-(JDEx)<br><br>**DEFENDANT DAVID FAIGMAN'S NOTICE OF MOTION AND OMNIBUS MOTION TO DISMISS FOR LACK OF JURISDICTION (12(b)(1)); FOR FAILURE TO STATE A CLAIM (12(b)(6)), AND FOR IMPROPER JOINDER (21).**<br><br>Date:   May 8, 2026<br>Time:   9:00 a.m.<br><br>Judge:   Hon. John W. Holcomb<br>Crtrm.:   Santa Ana, 9D<br>Magistrate:   Hon. John D. Early<br>Crtrm:   Santa Ana, 6A |

PLEASE TAKE NOTICE that on May 8, 2026, at 9:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 9D of the above-entitled Court, located at 411 West 4th Street, Room 1053, Santa Ana, California 92701, Defendant David Faigman ("Faigman"), pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, will and hereby does move the Court for an order dismissing the Plaintiff's Third Amended Complaint ("TAC"), or pursuant to

Rule 21, for Faigman to be dropped from the case or these claims severed as against him.

### NOTICE OF MOTION AND MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant Faigman seeks an order dismissing Plaintiff's TAC because Plaintiff fails to allege facts sufficient to establish standing. *Hunt v. Wash. State Apple Advert. Comm'n*, 432 U.S. 333, 343 (1977); *Carney v. Adams*, 592 U.S. 53, 58 (2020). Plaintiff has not plausibly alleged any injury as to its four purported members – Individuals D, F, G, and H – who have either applied to UC Law SF but plaintiff failed to disclose whether or not they were admitted (D and F), or have not finished college and not yet applied to UC Law SF (G and H).

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Faigman seeks an order dismissing Plaintiff's complaint because Plaintiff fails to allege sufficient facts to meet the applicable standard under *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) and *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007).  Specifically, Plaintiff has failed to allege any facts specific to Defendant Faigman or UC Law SF, or any facts to overcome Defendant Faigman's sovereign immunity as plaintiff does not contend Defendant Faigman acted pursuant to unlawful authority or a "fairly direct" connection between Defendant Faigman and the challenged practices.

### NOTICE OF MOTION AND MOTION TO DROP OR SERVER

Pursuant to Federal Rule of Civil Procedure 21, Defendant Faigman moves to be dropped from the case, or Plaintiff's claims severed as against him, pursuant to Federal Rule of Civil Procedure 21. *Visendi v. Bank of Am., N.A.*, 733 F.3d 863, 870 (9th Cir. 2013). Plaintiff's claims against UC Law SF do not arise from the same transaction, occurrence, or series of transactions or occurrences because UC Law SF is governed independently from the UC Defendants. Plaintiff also fails to establish a question of law or fact common to all defendants.

/ / /

These Motions are based on this Notice of Motion and Motion; the Memorandum of Points and Authorities filed herewith; the concurrently filed declaration of June Sakamoto; Proposed Order; the Request for Judicial Notice and exhibits attached thereto; and all of the pleadings and papers on file; and on any other matter that may be presented to the Court at the time of the hearing.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on March 27, 2026.

Dated:  April 3, 2026                          QUARLES & BRADY LLP

By:          /s/ Matthew W. Burris
          JEFFREY P. MICHALOWSKI
          MATTHEW W. BURRIS
          HANNAH LUTZ
          Attorneys for Defendant
          DAVID FAIGMAN