JEFFREY P. MICHALOWSKI (SBN 248073)
jeff.michalowski@quarles.com
MATTHEW W. BURRIS (SBN 325569)
matt.burris@quarles.com
HANNAH LUTZ (SBN 359446)
hannah.lutz@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant
DAVID FAIGMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| STUDENTS AGAINST RACIAL DISCRIMINATION,<br><br>          Plaintiff,<br><br>     v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; et al.<br><br>          Defendants. | Case No. 8:25-cv-00192-JWH-(JDEx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT DAVID FAIGMAN'S OMNIBUS MOTION TO DISMISS FOR LACK OF JURISDICTION (12(b)(1)); FOR FAILURE TO STATE A CLAIM (12(b)(6)), AND FOR IMPROPER JOINDER (21).**<br><br>Date:     May 8, 2026<br>Time:     9:00 a.m.<br><br>Judge:          Hon. John W. Holcomb<br>Crtrm.:         Santa Ana, 9D<br>Magistrate:     Hon. John D. Early<br>Crtrm:          Santa Ana, 6A |

## REQUEST FOR JUDICIAL NOTICE

As provided by Federal Rule of Evidence 201, and in connection with Defendant's concurrently filed motion to dismiss under Federal Rule of Procedure ("Rule") 12(b)(1) or Rule 12(b)(6) or to drop Defendant David Faigman under Rule 21, in his official capacity as Chancellor and Dean of University of California College of Law, San Francisco ("UC Law SF"), by and through his attorneys of record, hereby requests that the Court take judicial notice of the following.

1.   **Exhibit A: UC Law SF Bylaws**. *UC Law SF By-laws* (adopted December 15, 1989), available at https://perma.cc/S6YW-4AEB.

2.   **Exhibit B: University of California Bylaw 31**. *Bylaw 31. Chancellors*, University of California, Board of Regents, available at https://perma.cc/FV3T-DQ2E.

3.   **Exhibit C: University of California Office of the President**. *About UCOP*, University of California, Office of the President, available at https://perma.cc/T7GA-SHEB.

4.   **Exhibit D: University of California Campuses.** *Campuses & Locations*, University of California available at https://perma.cc/U7YK-NQLV.

5.   **Exhibit E: University of California Bylaw 22**. *Bylaw 22. Chancellors*, University of California, Board of Regents, available at https://perma.cc/6GQF-UGFC.

6.   **Exhibit F**: **UC Law SF Frequently Asked Questions**. UC Law San Francisco JD Program FAQ, available at https://perma.cc/YY44-LRPL.

Case No. 8:25-cv-00192-JWH-(JDEx)

## **POINTS AND AUTHORITIES**

The Court may take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably by questioned." Fed. R. Evid. 201(b). "The Court . . . must take judicial notice if a party requests it and the court is supplied with the necessary information." *Id.* 201(c)(2).

The Court may take judicial notice of the "records and reports of administrative bodies." *Mack v. South Bay Beer Distributors, Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986). Here, UC Law SF is a public law school. *Christian Legal Soc. Chapter of the Univ. of Cal., Hastings College of the Law v. Martinez,* 561 U.S. 661, 667 (2010) (noting that UC Law SF (formerly UC Hastings) is a public law school); *Mitchell v. Los Angeles Cmty. Coll. Dist.*, 861 F.2d 198, 201 (9th Cir. 1988) (California state colleges and universities are "dependent instrumentalities of the state."); *Ishimatsu v. Regents of the Univ. of Cal.*, 266 Cal. App. 2d 854, 864 (1968) (holding that "the University is a statewide administrative agency"). The same is true of the policies of the University of California (the "Regents").

Accordingly, UC Law SF's and The Regents' bylaws, rules, standing orders, official policies, procedures, information displayed on its website, and public records are all proper subjects of judicial notice. *King v. Cnty. of L.A.*, 885 F.3d 548, 555 (9th Cir. 2018) (taking judicial notice of government website); *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998 (9th Cir. 2010) (approving judicial notice of information "made publicly available by government entities"); *Kheriaty v. Regents of Univ. of Cal.,* sacv-21-1367, 2021 WL 6298332, at *3 (C.D. Cal. Dec. 8, 2021) (taking judicial notice of public university policy); *Enstrom v. Regents of the Univ. of Cal.*, No. 12-5168, 2013 WL 11238482, at *11 n. 2 (C.D. Cal. Mar. 18, 2013) (noting propriety of judicial notice of University policies); *Dao v. Univ. of Cal.*, No. 04-2257, 2004 WL 1824129, at *4 (N.D. Cal. Aug. 13, 2004) (taking judicial notice of public university policy).

Further, all official documents from UC Law SF and the Regents are publicly available online, and the existence of these documents can thus be accurately and readily determined from sources—*i.e.*, the universities' own websites—whose accuracy cannot reasonably be questioned. *See also Patel*, 253 F.R.D. at 547 (noting that courts in Ninth Circuit routinely grant judicial notice of documents available online); *GeoVector Corp. v. Samsung Elecs*. Co., 234 F. Supp. 3d 1009, 1016 (N.D. Cal. 2017) (granting judicial notice of publicly available government records); *Lamont v. Time Warner, Inc*., No. 12-8030, 2012 WL 5248061, at *2 n.2 (C.D. Cal. Oct. 19, 2012).

Defendant respectfully asks the Court to grant judicial notice of Exhibits A-F, identified above.

Dated:  April 3, 2026                           QUARLES & BRADY LLP

By:  _____*/s/ Matthew W. Burris*_____
JEFFREY P. MICHALOWSKI
MATTHEW W. BURRIS
HANNAH LUTZ
Attorneys for Defendant
DAVID FAIGMAN

Case No. 8:25-cv-00192-JWH-(JDEx)

# Exhibit A

# University of California

# College of the Law, San Francisco

# BY-LAWS

**Adopted December 15, 1989**
**Amended June 15, 2001**
**Amended March 5, 2004**
**Amended March 11, 2005**
**Amended October 4, 2013**
**Amended December 6, 2013**
**Amended December 5, 2014**
**Amended March 2, 2018**
**Amended March 10, 2022**
**Amended June 9, 2023**

**BY-LAWS**
**Table of Contents**

**1  NAME AND PURPOSE**
    1.1      Name and Purpose ...........................................................................................................1

**2  SEAL**
    2.1.     Design ..............................................................................................................................2
    2.2.     Board Use..........................................................................................................................2
    2.3      Official Use ……………………………………………………..……………….2

**3  UNOFFICIAL USE OF NAME AND SEAL**
    3.1.     Unofficial Seal ................................................................................................................3
    3.2      Unofficial Name…………………………………………………………………….3

**4  AUTHORITY**
    4.1.     Authority ..........................................................................................................................4

**5  COMPOSITION, TERMS AND POWERS**
    5.1.     Composition .....................................................................................................................5
    5.2.     Appointments ...................................................................................................................5
    5.3.     Resignation.......................................................................................................................5
    5.4.     Terms…………………………………………………………………………………..5
    5.5      Powers...............................................................................................................................5
    5.6.     Determinative Vote ..........................................................................................................6
    5.7.     Roll Call Vote ..................................................................................................................6
    5.8.     Suspension of the By-Laws and Standing Orders............................................................6

**6  SPECIAL PROVISIONS, RELATING TO DIRECTORS**
    6.1.     Compensation of Directors ..............................................................................................7
    6.2.     Gifts, Contracts and Grants..............................................................................................7
    6.3.     Services on College Committees ......................................................................................7

**7  COMMITTEES OF THE BOARD**
    7.1.     Executive Committee ........................................................................................................8
    7.2.     Standing Committees .......................................................................................................8
    7.3.     Special Committees...........................................................................................................9
    7.4.     Subcommittees ..................................................................................................................9
    7.5      Standing Subcommittees...................................................................................................9
    7.6.     Ex Officio Members.......................................................................................................... 10

**8  RESPONSIBILITIES OF STANDING COMMITTEES**

i

8.1.    Committee on Educational Policy..................................................................11
8.2.    Committee on Finance .................................................................................11
8.3.    Committee on Advancement and Communications.......................................13

**9 RESPONSIBILITIES OF SUBCOMMITTEE ON AUDIT**
9.1     Responsibilities of Subcommittee on Audit..................................................14

**10 MEETINGS OF THE BOARD AND COMMITTEES**
10.1.   Meetings of the Board.................................................................................16
10.2.   Types of Meetings......................................................................................16
10.3.   Notice of Meetings.....................................................................................17
10.4.   Closed Sessions.........................................................................................18
10.5.   Agenda and Agenda Materials for Regular
        Meetings of the Board, Committees, and
        Subcommittees ..........................................................................................19

**11 BOARD AND COMMITTEE PROCEDURES**
11.1.   Order of Business of the Board....................................................................20
11.2.   Attendance of Faculty, Alumni
        Representatives, and Other Guests...............................................................20
11.3.   Quorum of the Board ..................................................................................20
11.4.   Quorums of Committees .............................................................................20
11.5.   Adjournment When No Quorum...................................................................21
11.6.   Rules of Procedure .....................................................................................21
11.7.   Communications ........................................................................................21
11.8.   Appearance Before the Board and Committees .............................................21
11.9.   Reconsideration, Repeal, or Rescission .......................................................22
11.10.  Minutes of Board and Committee Proceedings .............................................22

**12 OFFICERS OF THE BOARD**
12.1.   Officers of the Board...................................................................................24

**13 OFFICERS OF THE COLLEGE**
13.1.   Officers of the College ................................................................................25

**14 DUTIES AND RESPONSIBILITIES OF OFFICERS OF THE BOARD**
14.1    Chair..........................................................................................................26
14.2    Vice-Chair..................................................................................................26

**15 DUTIES AND RESPONSIBILITIES OF OFFICERS OF THE COLLEGE**
15.1.   Chancellor and Dean of the College .............................................................27
15.2.   Provost and Academic Dean ........................................................................28

15.3.   General Counsel ..............................................................................................28
15.4.   Secretary..........................................................................................................28
15.5.   Chief Financial Officer ...................................................................................29

**16 DEFENSE AND INDEMNIFICATION OF DIRECTORS AND OFFICERS**
16.1    Defense and Indemnification of Directors and Officers
        in Civil Proceedings ......................................................................................31

**17 AMENDMENTS**
17.1.   Procedure ........................................................................................................33

**18  CLAIMS AGAINST THE COLLEGE**
18.1    Claims for money or damages that are exempted from the Government Claims Act..34

**19  FISCAL YEAR**
19.1    Fiscal Year…………………………………………………………………35

## BY-LAW 1

## <u>NAME AND PURPOSE</u>

**1.1.      Name and Purpose.**

The name of this Board is the Board of Directors of the University of California College of the Law, San Francisco. The business and affairs of the University of California College of the Law, San Francisco shall be managed by and under the direction of the  Board of Directors of the University of California College of the Law, San Francisco, except as may be otherwise provided in the Standing Orders or these By-Laws. It is intended that these By-Laws be consistent with the requirements of applicable accrediting bodies and with applicable laws of the United States and the State of California.

1

## BY-LAW 2

## <u>SEAL</u>

**2.1.      Design.**

The seal of the Board of Directors of the University of California College of the Law, San Francisco shall be of the following form and design:



**2.2.      Board Use.**

The seal shall be used in connection with the transaction of business of the Board of Directors of the University of California College of the Law, San Francisco.  The seal may be affixed by the Secretary on any document signed on behalf of the Board pursuant to its directives.

2.3.      **Official Use.**

The Chancellor and Dean has the authority to permit the use of the seal for official purposes.

**BY-LAW 3**

**UNOFFICIAL USE OF NAME AND SEAL**

**3.1.**      **Unofficial Seal.**

A modified design of the corporate seal may be used as a symbol of the University of California College of the Law, San Francisco with the permission of the Chancellor and Dean, for any official purpose or in connection with alumni, student or public projects.

**3.2**      **Unofficial  Name.**

A modified version of the corporate name may be used to represent the University of California College of the Law, San Francisco with the permission of the Chancellor and Dean, for any official purpose or in connection with alumni, student or public projects.

3

## BY-LAW 4

## <u>AUTHORITY</u>

**4.1.**      **Authority.**

The authority of this Board derives from the California Statutes, 1877-78, Chapter 351; the Constitution of the State of California (Article IX, Section 9); and the Government Code, the Code of Civil Procedure, and Sections 92200-92215 of the Education Code.

**BY-LAW 5**

**<u>COMPOSITION, TERMS AND POWERS</u>**

**5.1.        Composition.**

The governing Board of the College shall consist of eleven (11) Directors.

**5.2.        Appointments.**

Vacancies occurring in the Board shall be filled upon appointment by the Governor, confirmation by a majority of the membership of the Senate, and by a majority vote of the Directors.

**5.3. Resignation**

A Director may resign at any time by giving written notice to the Chair of the Board and the Secretary. The resignation shall be effective at the time specified in such notice, and, unless otherwise specified therein, the acceptance of the resignation shall not be necessary to make it effective.

**5.4 Terms.**

All Directors shall serve for terms of twelve (12) years. Notwithstanding the foregoing, any Director in office on January 1, 2023 who was not appointed by the Governor shall be limited to a six-year term from January 1, 2023, to January 1, 2029, inclusive.

**5.5.        Powers.**

(a)        The Directors shall act only at meetings called and held as provided in these By-Laws.  They shall be vested with all authority necessary to manage the affairs of the College, subject only to applicable law.

(b)        The Directors shall be vested with legal title to, and the management and disposition of, the property of the College and of the property held for its benefit.  They shall have the power without restriction to take and hold, either by purchase or gift, testamentary or otherwise,

5

or in any other manner, all real and personal property for the benefit of the College or incidental to its conduct; provided, however, that sales of College real property shall be subject to such competitive bidding procedures as may be required by statute.  The Board shall also have all the powers necessary or convenient for the effective administration of its trust, including the power to sue and to be sued, to use a seal, and to delegate to its Committees, to the administration, or to the faculty of the College as it may deem wise.  The College shall be entirely independent of all political or sectarian influence and kept free therefrom in the appointment of its Board of Directors and in the administration of its affairs.

**5.6.     Determinative Vote.**

Except as otherwise specifically provided in these By-Laws, all matters coming before the Board or a Committee thereof at which a quorum is present for determination shall be determined by a majority vote of those present, including the Chair of the Board or of a Committee thereof, as applicable.

**5.7.     Roll Call Vote.**

Upon the demand of any Director, a vote by the Board shall be by a call of the roll.

**5.8.     Suspension of the By-Laws and Standing Orders.**

Any provision of the By-Laws or Standing Orders may be suspended in connection with the consideration of a matter before the Board by a unanimous vote of those present.

6

**BY-LAW 6**

**<u>SPECIAL PROVISIONS, RELATING TO DIRECTORS</u>**

**6.1.     Compensation of Directors.**

No Director shall receive salary or other compensation for services as a Director.  No Director shall be eligible for appointment to any position in connection with the College for which a salary or other compensation is paid.  Upon request, a Director may be reimbursed for actual expenses incurred by reason of attendance at any meeting of the Board or a Committee thereof or in the performance of other official business of the College.  No Director shall make or participate in making a decision affecting the College in which the Director knows or has reason to know that he or she has or will have a financial interest.

**6.2.     Gifts, Contracts and Grants.**

Except when specifically authorized by the Board, no Director shall make or enter into any contract, commitment, or other undertaking on behalf of the College, accept or agree to undertake the administration of any gift or grant offered to the College, or undertake or agree to undertake the management, disposition, or expenditure of any fund provided to be used for the benefit of the College.

**6.3.     Services on College Committees.**

Except when specifically authorized by the Board, no Director shall serve on a College administrative, advisory or faculty committee, organization, or board.

## BY-LAW 7

## COMMITTEES OF THE BOARD

**7.1.    Executive Committee.**

(a)    The Executive Committee shall be composed of the Chair of the Board, the Vice Chair, and the chairs of each of the Standing Committees. The immediate past Chair shall be an ex-officio member of the Executive Committee if he or she is a current Director.  The ex-officio member shall not count toward the quorum and shall not be entitled to vote on matters before the Executive Committee.

(b)    The Executive Committee shall have full power to act on behalf of the Board in matters of urgency referred to it by any Director or Officer of the College.  Any action taken by the Executive Committee shall be reported to and ratified by the Board at its next meeting following such action.

**7.2.    Standing Committees.**

(a)    To facilitate consideration of the business and management of the Board and of the College, Standing Committees are established as hereinafter set forth.  Unless otherwise specifically delegated and except as otherwise provided herein, authority to act on all matters is reserved to the Board, and the duty of each Standing Committee shall be only to consider and to make recommendations to the Board upon matters referred to it by the Chair of the Board, the Board, or the administration. Once the Standing Committee votes to approve an action item, the item shall be placed on a consent calendar and reported to the full Board to be voted upon with other such items unless one or more Directors requests to remove an item from the consent calendar for independent consideration and vote.

(b)    The following shall be the Standing Committees of the Board:

Committee on Educational Policy

Committee on Finance

Committee on Advancement and Communications

8

(c)    Each Standing Committee shall have at least three (3) Directors as members. Only Director members may vote on matters before a Standing Committee.

(d)    Standing Committee chairs and members of Standing Committees shall be appointed by the Chair of the Board.  Standing Committee chairs will hold office for one (1) year from the date of appointment or until the appointment of their successors, whichever occurs later.

**7.3.    Special Committees.**

(a)    Special Committees shall be authorized and the Chair and members thereof appointed by the Chair of the Board with such powers and duties as the Board may determine.

(b)    Each Special Committee shall have at least three (3) Directors as members. Only Directors members shall vote on matters before a Special Committee.

**7.4.    Subcommittees.**

The Chair of each Standing and Special Committee may appoint subcommittees as he or she shall deem necessary or advisable for the conduct of the business of the Committee.

**7.5    Standing Subcommittees.**

(a)    The Board may establish Standing Subcommittees to consider and advise on matters related to its functions as follows:

(1)    Each Standing Subcommittee shall have at least two (2) Directors as members.  Only Director members may vote on matters before a Standing Subcommittee.

(2)    The Chair of the Board shall appoint Standing Subcommittee chairs and members of Standing Subcommittees.  A Director shall be designated as the Chair.

(3)    Unless otherwise specifically provided by the Board, Standing Subcommittee Chairs and members will hold office for one (1) year from the date of appointment, or until appointment of a successor, whichever occurs later.

(b)    To assist in the oversight of the external audit review process, the Subcommittee on Audit is established to serve as the standing subcommittee to the Finance Committee as

9

generally set forth in By-Law 9 below.

**7.6.        Ex Officio Members.**

The Chair of the Board, or in the absence of the Chair, the Vice Chair of the Board, shall be an ex officio member of all Standing Committees, of all Special Committees, and of all Subcommittees, including Standing Subcommittees.  Such ex Officio members shall not be included in the limitation on membership set forth in 7.2(c) and 7.3(b). Ex officio members of the Board Standing Committees and Standing Subcommittees shall be entitled to vote on matters before the Committees or Subcommittees.

**BY-LAW 8**

**RESPONSIBILITIES OF STANDING COMMITTEES**

**8.1.      Committee on Educational Policy.**

The Committee on Educational Policy shall:

(a)      Consider and report to the Board on matters concerned with policies and programs related to the academic program, and the educational philosophy and objectives of the College, including academic planning, instruction, student admissions, student services, relations with academic institutions and on academic personnel policies and faculty compensation.

(b)      Consider and report to the Board on policy matters relating to the research, training, and public service activities of the College and recommend to the Board the establishment or disestablishment of academic programs, research activities, special training programs, and public service undertakings.

(c)      Consider and recommend to the Board on the solicitation and acceptance or execution of grants and contracts for instruction, research, training, and public service, except as otherwise provided herein; provided, however, that all actions relating to the foregoing that require College funds not already authorized, shall be subject to the approval of the Committee on Finance.

(d)      Consider and recommend to the Board College policy with respect to the awarding of honorary degrees, and consider and recommend individual nominees as recipients of honorary degrees.

(e)      Consider and recommend to the Board College policy with respect to such matters as the Chair of the Board shall direct.


**8.2.      Committee on Finance.**

The Committee on Finance shall:

(a)      Consider and make recommendations to the Board at least annually on all matters relating to the finances, financial planning, legal matters and business management of the College.

11

(b)      Consider and recommend to the Board both the annual operating and capital budgets of the College and the sources of funds to finance these budgets after consultation with the Chancellor and Dean and the Chief Financial Officer.  The Committee's budget consideration shall be based on estimates of income made by the Chief Financial Officer, and estimates of expenditures proposed by the Chancellor and Dean, Chief Financial Officer, General Counsel and Secretary for the functions for which each such officer is responsible.

(c)      After consultation with the Subcommittee on Audit, assure that a report of each external audit including an evaluation of the audit findings and recommendations thereon, is prepared by the Committee and that the external audit, and the Committee's report are submitted to the Board for consideration and action.

(d)      Consider and make recommendations to the Board on all matters relating to the external borrowing of funds by the College.

(e)      Consider and make recommendations to the Board on the amounts and character of surety bonds, if any, to be required for officers and employees.

(f)      Consider and make recommendations to the Board concerning all matters relating to the purchase, sale, or lease of real property.

(g)      Consider and make recommendations to the Board concerning policy governing the opening, maintaining, and closing of bank accounts in the name of the College, the conditions under which deposits shall be made and funds shall be withdrawn, and how representatives of the College authorized to make withdrawals shall be designated.

(h)      Consider and make recommendations to the Board regarding compensation plans for all faculty, staff, and Officers of the College, and all exceptions to established compensation schedules.  With respect to compensation plans for faculty, recommendations of the Committee on Educational Policy shall also be considered by the Committee.

(i)      Consider and make recommendations to the Board concerning staff personnel and labor relations policies.

(j)      Consider and make recommendations to the Board concerning the assessment of registration fees, educational fees, compulsory student fees, and student housing and parking charges.

(k)      Consider and make recommendations to the Board regarding the management of College assets and the investment of College funds and report to the Board thereon at least annually.

(l)      Consider and make recommendations to the Board concerning all matters relating to the educational grounds and buildings of the College.

(m)      Consider and make recommendations to the Board on College policy concerning all matters as the Chair of the Board shall direct.

**8.3.      Committee on Advancement and Communications.**

The Committee on Advancement and Communications shall:

(a)      Consider recommendations from the Chancellor and Dean regarding all matters relating to fundraising, alumni affairs and public relations of the College which require Board approval.

(b)      Consider and make recommendations to the Board concerning the approval of all fundraising campaigns in excess of the Chancellor and Dean's authority as specified in the Standing Orders.

(c)      Consider and make recommendations to the Board concerning the classification and acceptance of all gifts to the College in excess of the Chancellor and Dean's authority as specified in the Standing Orders.

(d)      Consider and make recommendations to the Board concerning the naming of buildings, properties and programs.

(e)      Facilitate Board communication with and among the alumni, development constituencies of the College, and other members of the College community.

(f)      Consider and make recommendations to the Board on College policy with respect to such matters as the Chair of the Board shall direct.

**BY-LAW 9**

**RESPONSIBILITIES OF SUBCOMMITTEE ON AUDIT**

**9.1    Subcommittee on Audit**.

The Subcommittee on Audit shall assist the College with the initial oversight of the external audit review process.   The overall responsibility to oversee the financial integrity of the College's financial statements is reserved to the Finance Committee, and ultimately the Board, as provided in Section 8 of these By-Laws.

(a)     The Subcommittee on Audit will assist in the oversight of this process by performing the following tasks:

(1)     Reviewing results of the draft Audit Report, including draft findings, after timely receipt from the auditors, and reporting to the Finance Committee as set forth below.  The Audit Report generally consists of:

- Financial Statements for the previous fiscal year
- Required Communications
- Management Letter (if applicable)
- Financial Statements and Federal Awards Programs (OMB Circular A-133)

(2)     Reviewing the performance, functions and disclosures of internal controls and risk management systems regarding finance and accounting, and the adequacy of such systems.

(3)     Reviewing the qualifications, independence and performance of the independent certified public accountants selected by the Board to complete the audit.

(4)     Reviewing the planned scope of the annual independent audit and other audit related services with the independent auditor.

(5)     Consulting with the Finance Committee on significant issues raised in connection with the audit review process.

(6)     Requesting the College's Chief Financial Officer to address specific issues within the mandate of the Subcommittee on Audit.

14

(7)     Engaging when necessary independent counsel and other experts, including accounting experts, to carry out the functions of the Subcommittee on Audit.

(b)  Each year in March, the Chair of the Board shall appoint the Chair of the Subcommittee on Audit and the members thereof so that the Subcommittee can be prepared for the next audit cycle.

(8)     Reviewing the performance, functions and disclosures of internal controls and risk management systems regarding cybersecurity, and the adequacy of such systems.

(c)     The Subcommittee on Audit shall meet at least two (2) times each year or as often as it is necessary to perform its functions.

(d)     Meetings shall be called by the Secretary of the Board at the direction of either the Chair of the Subcommittee,  or the Chair of the Finance Committee, or any one Director member of the Subcommittee on Audit.

(e)     After consultation with the College's Chief Financial Officer, the Subcommittee shall consider and make recommendations to the Finance Committee with respect to the following:

(1)     The certified public accountants to serve as the College's independent auditor, and the hiring of any other certified public accountants to provide the College with services other than audit and audit related services.

(2)     The draft audit report, including the auditor's findings, and the auditor's recommendations thereon.

15

**BY-LAW 10**

**MEETINGS OF THE BOARD AND COMMITTEES**

**10.1.    Meetings of the Board.**

Meetings of the Board shall be public, with exceptions and notice requirements as may be provided by statute in the state's open meeting laws.   Unless otherwise restricted by the Standing Orders or these By-Laws, members of the Board of Directors who are not physically present at a meeting may participate in a meeting of the Board by means of conference telephone or similar communications equipment or by electronic video screen communication. Participation in a meeting pursuant to this By-Law shall constitute presence in person at such meeting as long as all persons participating in the meeting can hear each other at the same time and can participate in all matters before the Board.

**10.2.    Types of Meetings.**

(a)   Regular Meetings of the Board shall be held at least once each quarter.  One of these meetings shall be designated as the Annual Meeting of the Board.

(b)   Special Meetings of the Board shall be called by the Secretary at the direction of the Chair of the Board or a majority-minus-one or four (4) members thereof, whichever is less.

(c)   Emergency Meetings of the Board may be called by the Chair of the Board at any time only in the event of or to consider:

(1)    Work stoppage or other activity that severely impairs public health or safety, or both; or

(2)    Crippling disaster that severely impairs public health or safety, or both.

(d)   Meetings of Standing Committees, Special Committees and Subcommittees shall be called by the Secretary at the direction of the Chair of the Board, the Chair of the Committee or Subcommittee or any two members of the Committee or Subcommittee.  In the case of the Subcommittee on Audit, one member can direct the Secretary to call a meeting of the Subcommittee on Audit.

16

**10.3.    Notice of Meetings.**

(a)    Notice of Regular Meetings:  At least ten (10) days in advance of regular meetings, the Secretary shall give notice of such meetings to each Director and Officer of the College and to any person who has requested such notice in writing in accordance with Government Code Section 11125.

(b)    Notice of Special Meetings:  Special meetings may be called at any time, and notice of the time, place, and agenda shall be given by telephone or by mail (including electronic mail) to each Director at his or her last known address in time to reach the Director at least forty-eight (48) hours before the time for each such meeting.  In addition, public notice shall be given for each such meeting by the Secretary.  Such notice shall be given by notifying any newspaper of general circulation or any radio or television station, or shall be made available on the internet  so that the notice may be published or broadcast at least forty-eight (48) hours before the time of each such meeting.  No business other than that included in the agenda of the meeting shall be considered.  A record of the service of notice required to be given as aforesaid shall be entered upon the minutes of the Board, and the said minutes when approved at a subsequent meeting of the Board shall be conclusive of the fact that notice was given as required herein.

(c)    Notice of Emergency Meetings:  Directors and Officers of the College, and newspapers of general circulation and radio or television stations which have requested notice of Board or Committee meetings shall be notified by the Secretary as soon as possible but no later than one hour prior to an emergency meeting by telephone or videoconference.  Notice shall also be made available on the internet as soon as is practicable after the decision to call the emergency meeting has been made. In the event that telephone services are not functioning, notice requirements shall be deemed waived, and the Secretary shall, as soon after the meeting as possible, notify such newspapers, radio stations or television stations of the fact that it was held, its purpose, and any actions taken at the meeting which are subject to announcement.

As soon after the emergency meeting as possible, the Secretary shall post for a minimum of ten (10) days in a public place in the College a list of the persons notified or attempted

17

to be notified, and as to actions which are subject to announcement, the minutes of the meeting, including roll call votes and actions taken.

(d)     Meetings of special search or selection committees held for the purpose of conducting interviews for College officer positions may be held without public notice.

**10.4.     Closed Sessions.**

(a)     Closed sessions of the Board, Standing Committee, Special Committee, or Subcommittee meeting may be called in conformity with Section 92032 of the Education Code to consider matters pertaining to the following:

(1)     Matters affecting the national security.

(2)     The conferring of honorary degrees or other honors or commemorations.

(3)     Matters involving gifts, devises, and bequests.

(4)     Matters involving investment of endowment and pension funds.

(5)     Matters involving litigation, when discussion in open session concerning those matters would adversely affect, or be detrimental to, the public interest.

(6)     The acquisition or disposition of property, if discussion of these matters in open session could adversely affect the Board's ability to acquire or dispose of the property on the terms and conditions it deems to be in the best public interest.

(7)     Matters concerning the appointment, employment, performance, compensation, or dismissal of College officers or employees, excluding individual Directors.

(8)     Matters relating to complaints or charges brought against College officers or employees, excluding individual Directors, unless the officer or employee requests a public hearing.

(9)     The Board may also hold closed sessions with respect to matters within Government Code Section 3596.  In this respect the Board means the Board of Directors and its Standing and Special Committees or Subcommittees.

(b)     Release of Information From Closed Sessions:

(1)     The confidentiality of closed sessions of the Board and its Committees and Subcommittees shall be maintained, subject to the provisions of this By-Law and applicable law.

(2)     Actions taken in closed session that are required by applicable law to be reported to the public following final action by the Board or a Committee or Subcommittee of the Board empowered to act shall be so reported.  Actions may be withheld from release or release may be delayed if disclosure would constitute an invasion of privacy of individuals or for other reasons as permitted by applicable law.

(3)     Release of actions shall be determined by the Chancellor and Dean or the Chair in accordance with procedures established by the Board.

(4)     Information from closed sessions other than final actions may be released only by the Chair.

**10.5.     Agenda and Agenda Materials for Regular Meetings of the Board, Committees and Subcommittees.**

(a)     At least ten (10) days prior to each regular meeting of the Board, Committees and Subcommittees, the Secretary shall provide to each member of the Board, Committee, or Subcommittee thereof, an agenda setting forth all business to be transacted or discussed at the meeting.  Any item on the agenda of a Standing or Special Committee meeting held in conjunction with a meeting of the Board may be considered for action by the Board at that meeting.

(b)     Seven (7) days prior to each regular meeting of the Board, Committees and Subcommittees, or as soon thereafter as practicable, the Secretary shall provide to each member of the Board, Committee, or Subcommittee thereof, materials relating to items on the meeting agenda.

## BY-LAW 11

## **BOARD AND COMMITTEE PROCEDURES**

**11.1.     Order of Business of the Board.**

(a)   The order of business at each regular meeting of the Board shall be as determined by the Chair.

(b)   The order of business determined by the Chair may be suspended or altered at any meeting by a vote of a majority of the Directors present.

**11.2.   Attendance of Faculty, Alumni Representatives, and Other Guests.**

(a)   The following, or their designees, may be invited by the Secretary to attend and address the Board, subject to control by the Chair, at the public meetings of the Board:

(1)     The faculty by notification to the Chair of the Executive Committee of the Faculty.

(2)     The President of the Alumni Association.

(3)     The President of the non-profit fundraising foundation affiliated with the College.

(4)     The President of the associated students of the College.

(b)   Officers of the Board and Officers of the College may invite other guests to public meetings of the Board.

**11.3.   Quorum of the Board.**

Six Directors shall constitute a quorum for transaction of all business except as otherwise provided in these By-Laws.

**11.4.   Quorums of Committees.**

A majority of the members of a Committee or Subcommittee shall constitute a quorum except as otherwise provided in these By-Laws.

**11.5.     Adjournment When No Quorum.**

Any meeting may be adjourned and its business continued on an appointed day by the vote of a majority of the Directors present even though there shall be present less than a quorum.

**11.6.     Rules of Procedure.**

The rules contained in the most recently published edition of Roberta's Rules of Order shall govern the proceedings at and the conduct of the meetings of the Board and its Committees or Subcommittees, in all cases to which they are applicable and which are not covered in these By-Laws or in the Standing Orders.

**11.7.     Communications.**

Communications to the Board or a Committee or Subcommittee thereof shall be presented in writing by the Secretary, provided that communications transmitted to the Secretary from members of the faculty or student body or employees of the College shall be presented only through the appropriate Officer of the College.

**11.8.     Appearance Before the Board and Committees.**

(a)     Individuals or organizations, except as otherwise provided herein or required by applicable law may appear before the Board only with its permission.  By affirmative vote, the Board may grant permission for individuals and organizations to appear before it, provided that a written request for any such appearance, specifying the matters to be presented to the Board, the time necessary for the presentation, and the reason a personal appearance is necessary is received by the Secretary of the Board no later than 5:00 p.m. five (5) working days preceding the meeting of the Board at which permission is sought to make such presentation.  Prior written request to appear before the Board may be waived in extraordinary circumstances by an affirmative vote of not less than two-thirds (2/3) of the Directors.

(b)     The Chair of the Board or Chair of a Standing or Special Committee or Subcommittee thereof shall invite to attend and appear before meetings of the Board or of

21

Committees or Subcommittees thereof such employees of the College and such other persons as may be needed in the best interest of the College.

(c)    A Standing or Special Committee or Subcommittee thereof may grant permission by affirmative vote for individuals, other than those specified in  11.2 above, and organizations to appear before it, provided that a written request is received by the Secretary of the Board no later than 5:00 p.m. five (5) working days preceding the meeting at which appearance is sought.  Prior written request to appear before a Standing or Special Committee or Subcommittee may be waived in extraordinary circumstances by a majority vote of the Committee or Subcommittee members present.

**11.9.    Reconsideration, Repeal, or Rescission.**

(a)    Any member may move for the reconsideration of an action taken by the Board at the same meeting at which said action is taken.

(b)    No motion for repeal or rescission of any action taken by the Board at a previous meeting shall be voted upon unless notice of intention to make such motion shall have been given at the previous meeting or by mail (including electronic mail) by the Secretary to each member of the Board and the subject matter of the motion has been placed on the Board agenda in accordance with the provisions hereof.

**11.10.    Minutes of Board and Committee Proceedings.**

(a)    Minutes of the proceedings of the Board shall be taken and kept by the Secretary and, as soon as practical after a meeting, a copy of said minutes shall be provided to each member of the Board.  Open sessions of the Board shall be audiotaped and the tapes preserved by the Secretary for a period of thirty days.

(b)    The Minutes of closed sessions shall be taken and kept by the Secretary, shall be maintained separately from minutes of public meetings, and shall be appropriately safeguarded.

(c)    Minutes of the proceedings of each Committee or Subcommittee shall be taken and kept by the Secretary and, as soon as practical after a meeting, a copy of said minutes shall be

22

provided to each member of the Committee or Subcommittee.  Open sessions of each Committee or Subcommittee shall be audiotaped and the tapes preserved by the Secretary for a period of thirty days.

(d)     The Secretary shall maintain the official archive of the records and minutes of all Board, Committee, and Subcommittee meetings.

23

## BY-LAW 12

## <u>OFFICERS OF THE BOARD</u>

**12.1.    Officers of the Board.**

(a)      The Officers of the Board shall be the Chair and Vice Chair.

(b)      Election:   The Board shall elect the Chair and Vice Chair at the mid-year meeting of the Board for a term of one year.  In the case of a mid-term vacancy, the Board shall elect a successor at the first meeting following the creation of the vacancy to serve out the term of the prior Chair or Vice Chair.  No Officer shall serve more than two (2) full consecutive terms; provided, however, that an Officer may serve for more than two (2) full consecutive terms if such additional terms are approved by unanimous vote of the Board.

(c)      Qualifications:  Officers of the Board must be Directors.

(d)      Compensation:  Officers of the Board shall serve without compensation.  Upon request, an Officer may be reimbursed for actual expenses to the same extent as provided in 6.1 above.

## BY-LAW 13

## OFFICERS OF THE COLLEGE

**13.1.   Officers of the College.**

(a)   Officers of the College shall be the Directors, Chancellor and Dean, Provost and Academic Dean, Chief Financial Officer, General Counsel and Secretary.

(b) Appointment and Continuation of Appointment. The Officers of the College, other than Directors, shall be appointed or continued by a majority vote of the Board and shall serve at the pleasure of the Board. Nothing in these By-Laws shall be construed to prevent the Board from entering into on behalf of the College employment contracts with such officers for reasonable terms. Appointment or continuation of appointment of the Chancellor and Dean and Provost and Academic Dean shall be made with Faculty consultation as set forth in the Standing Orders and related Board Policies.

(c)   Qualifications:  No Director shall also serve as Chancellor and Dean, Provost and Academic Dean, Chief Financial Officer, General Counsel or Secretary.  One individual may hold more than one office, except that no one may serve as Chancellor and Dean or Provost and Academic Dean and as any other Officer of the College.

(d)   Compensation:  The Board shall establish compensation for the paid Officers of the College.

(e)   Performance Evaluation:  The Board shall establish and conduct an evaluation process by which each Officer of the College is periodically measured with respect to the performance of such officer's duties and responsibilities.

**BY-LAW 14**

**DUTIES AND RESPONSIBILITIES OF OFFICERS OF THE BOARD**

**14.1.     Chair.**

(a)     The Chair of the Board shall preside at meetings of the Board.

(b)     The Chair is authorized, on behalf of the College, to execute, unless authority shall elsewhere be conferred by the By-Laws, Standing Orders, or order or resolution of the Board, all documents necessary to implement the programs or policies which have been approved by the Board, provided that unless specifically otherwise directed by the Board, all documents executed by the Chair shall be without force or effect unless also executed by the Secretary of the Board and approved as to form and legality by the General Counsel.

**14.2.     Vice Chair.**

The Vice Chair shall perform the duties of the Chair in case of the absence or inability of the Chair to act.

26

**BY-LAW 15**

**DUTIES AND RESPONSIBILITIES OF OFFICERS OF THE COLLEGE**

**15.1.    Chancellor and Dean of the College.**

(a)    The Chancellor and Dean shall serve as the chief executive officer of the College, with full authority over and responsibility for all of its departments and activities. The authority of the Chancellor and Dean shall be exercised in accordance with the policies and procedures adopted by the Board of Directors and, in academic matters, in accordance with policies approved by the Faculty.

(b)    The Chancellor and Dean shall be a tenured member of the Faculty.

(c)    The Chancellor and Dean shall:

(1)    Report directly to the Board of Directors and attend all meetings of the Board and its Committees and Subcommittees.

(2)    Represent the College before the Legislature, other governmental agencies and departments, the alumni and the community.

(3)    In cooperation with the Chief Financial Officer, be responsible for development and submission to the Board of the annual operating and capital budgets of the College.

(4)    Be responsible for the operation and maintenance of College facilities.

(5)    Be responsible for the continuous development of the goals and objectives of the College and for the preparation of proposals for their execution for consideration by the Board.

(6)    Seek, as appropriate, the counsel of the Faculty, students, staff, alumni, benefactors and others in the exercise of the academic and operational responsibilities of the office of Chancellor and Dean and in the development of College goals, objectives and proposals for their implementation.

(7)    The Chancellor and Dean may delegate any of the duties of the office except the responsibility to report directly to the Board.

27

**15.2.    Provost and Academic Dean.**

(a)    The Provost and Academic Dean shall serve as the chief academic officer of the College under the Chancellor and Dean and shall administer the academic program of the College in accordance with the policies adopted by the Faculty.  The Provost and Academic Dean shall also serve as chief executive to the extent of the authority delegated by the Chancellor and Dean.

(b)    In the case of a vacancy in the office of the Chancellor and Dean and prior to appointment of an Acting Chancellor and Dean, the Provost and Academic Dean shall assume the authority and responsibilities of the Chancellor and Dean.

(c)    The Provost and Academic Dean shall be a tenured member of the faculty.

**15.3.    General Counsel.**

(a)    The General Counsel shall:

(1)    Report directly to the Board and to the Chancellor and Dean, and attend all meetings of the Board and its Committees and Subcommittees.

(2)    Be the chief legal officer for the Board and of the College.

(3)    Prepare or approve as to form all legal documents relating to the activities of the College.

(4)    Render legal advice to the Board and the Officers of the College.

(5)    Assist the Officers of the College in the performance of their duties.

(b)    The General Counsel may delegate any of the duties of the office except the responsibility to report directly to the Board and to the Chancellor and Dean.

**15.4.    Secretary.**

(a)    The Secretary shall:

(1)    Report directly to the Board and to the Chancellor and Dean and attend all meetings of the Board and its Committees and Subcommittees.

(2)    Be the custodian of all official records of the Board including the minutes of its meetings.

28

(3)     Give notice of and take the minutes of all meetings of the Board and its Committees and Subcommittees.

(4)     Be custodian of the corporate seal of the College and affix it to documents when appropriate.

(5)     Attest to all documents executed by Officers of the Board or authorized by the Board to be executed by Officers of the College or by other individuals.

(6)     Certify to any action of the Board or its Committees or Subcommittees, to the identity, appointment and authority of Officers of the Board, Officers of the College and others as appropriate, and to provisions of the Board's By-Laws, Standing Orders and other public records of the College.

(7)     Provide administrative support to the Board.

(8)     Assist other Officers of the College in the performance of their duties.

(b)     The Secretary may delegate any of the duties of the office except the responsibility to report directly to the Board and to the Chancellor and Dean.

**15.5.     Chief Financial Officer.**

(a)     The Chief Financial Officer who is also the Registrar of the College shall:

(1)     Report directly to the Board and to the Chancellor and Dean and attend all meetings of the Board and its Committees and Subcommittees.

(2)     Be the only College officer authorized to receive or cause to be received funds flowing to the College, and shall receive and deposit funds received in depositories as are approved by the Board.

(3)     Be the only College employee authorized to receive or cause to be received all gifts to the College and shall receive, hold and manage such gifts as directed by the Board.

(4)     Account for all funds and other assets of the College and report thereon, using procedures and formats which meet generally accepted accounting principles and standards.

29

(5)    Disburse College funds consistent with purposes and procedures adopted by the Board.

(6)    Invest College funds under policies established by and instructions given by the Board.

(7)    Manage assets of the College held as investments and assets donated to the College.

(8)    Conduct financial planning for the College in consultation with the Chancellor and Dean and other Officers of the College, and report thereon to the Board and the Officers of the College when appropriate but at least annually.

(9)    Keep the Board and the Chancellor and Dean advised at all times of all funds and assets of the College available for use in College programs.

(10)    Assist the Board in the conduct of any external audit of College funds.

(11)    Identify financial policy issues and make recommendations of policy to the Board thereon.

(12)    Assist the Chancellor and Dean in developing and submitting to the Board the annual operating and capital budgets of the College.

(13)    Assist other Officers of the College in the performance of their duties.

(b)    The Chief Financial Officer may delegate any of the duties of the office, except the responsibility to report directly to the Board and to the Chancellor and Dean.

30

## BY-LAW 16

## DEFENSE AND INDEMNIFICATION OF DIRECTORS AND OFFICERS

**16.1.    Defense and Indemnification of Directors and Officers in Civil Proceedings.**

The College shall defend and indemnify to the full extent permitted by applicable law any present or former member of the Board of Directors, and any other present or former Officer of the College, who has been, is, or becomes a party to any action or proceeding arising out of an act or omission occurring within the scope of his or her duties as a member of the Board of Directors of the College or as an Officer of the College.  The defense and indemnification provided hereunder shall not be deemed exclusive of any other rights to which a party seeking indemnification may be entitled under any statute, bylaw, insurance, agreement, or otherwise, and shall inure to the benefit of the heirs, executors, and administrators of each Director or Officer. Such defense and indemnification shall supplement indemnification provided by statute and other policies of the College and are provided for all covered actions or proceedings to the fullest extent permitted by law.

As a condition to seeking defense and indemnification, the party shall give prompt notice to the General Counsel of the pendency of any action or proceeding for which he or she may appropriately seek defense and indemnification, shall keep the General Counsel apprised of significant developments in the action or proceeding, and shall cooperate in the defense.

When such notice is provided, the College shall provide a defense for the party or, by mutual agreement, may permit the party to provide for his or her own defense.  When expenses incurred in defending an action or proceeding are paid by the College in advance of the final disposition of such action or proceeding, it shall be with the understanding that the party must repay such amount unless it ultimately shall be determined that he or she is entitled to be indemnified as authorized herein.

Such indemnification shall be limited to expenses actually and reasonably incurred by such party in connection with the defense, judgment (except for punitive damages which are addressed elsewhere in this By-Law), or settlement of such action or proceeding if authorized in the specific case, and after it has been resolved, upon an independent determination that

31

indemnification is proper in the circumstances because the party acted in good faith, in a manner such party believed to be in the best interest of the College, and with such care, including reasonable inquiry, as an ordinarily prudent person in a like position would use under similar circumstances.  For purposes of this By-Law, "expenses" includes without limitation attorneys' fees and any expenses of establishing a right to indemnification hereunder.

Such indemnification shall be made for punitive damages when it would otherwise be proper under this By-Law and under the following additional criteria:   Prior to such indemnification an independent determination must conclude that the present or former member of the Board or Officer of the College acted or failed to act in a manner without malice and in the apparent best interests of the College, and that payment of the award would be in the best interests of the College.

When any independent determination is required pursuant to this policy, it shall be made by the Board, by a majority vote of a quorum consisting of members not parties to such action or proceeding.  If such quorum cannot be convened or, even if convened, if a majority of such quorum so directs, the determination shall be made by a disinterested third party appointed by such quorum or, if no such quorum can be convened, the appointment of the disinterested third party shall be made by the President of the State Bar of California.  The independent determination provided hereunder shall be made upon a consideration of all relevant facts and circumstances including without limitation the record of any action or proceeding giving rise to the request for indemnification.   The independent determination in connection with any request for indemnification for punitive damages additionally shall consider the availability of College funds from appropriate fund sources.

32

## BY-LAW 17

## AMENDMENTS

**17.1     Procedure.**

These By-Laws may be amended at any regular meeting of the Board by the affirmative vote of not less than two-thirds (2/3) of the members of the Board, provided that notice of any proposed amendment, including a draft thereof, shall have been given at the regular meeting of the Board next preceding the meeting at which such amendment is voted upon.

**BY-LAW 18**

**CLAIMS AGAINST THE COLLEGE**

**18.1      Claims for money or damages that are exempted from the Government Claims Act.**

(a) Claims against the College for money or damages that are exempted by Government Code Section 905 from the claims presentation requirements of the Government Claims Act shall be governed by this By-Law.

(b) A written claim must be presented to the Board of Directors of University of California College of the Law, San Francisco within one year after the accrual of the cause of action underlying the claim for money or damages. The claim must be verified by the person who claims to be entitled to the money or damages or by his or her guardian or conservator or the executor or administrator of his or her will or estate. The claim shall be presented and processed following the procedures in Chapters 1 and 2 of Part 3 of Division 3.6 of Title 1 of the Government Code (Gov. Code section 900 et seq.).

(c) No suit for money or damages may be brought against the College until a written claim therefore has been presented to the College and has been acted upon or has been deemed to be rejected by the College in accordance with the procedures in Chapters 1 and 2 of Part 3 of Division 3.6 of Title 1 of the Government Code (Gov. Code section 900 et seq.). Only the person who filed the claim may bring such a suit.

34

## BYLAW 19

### FISCAL YEAR

**19.1 Fiscal Year.** The fiscal year of the College shall begin on July 1 and end on June 30 of the following year.

# Exhibit B



**Board of Regents**

Search

About

    Members and Advisors

    Officers

    Committees

    Regents Emeriti*

Upcoming Meetings

    Past Meetings

    Public Comment

Minutes

Governance

    Bylaws

    Committee Charters

    Standing Orders

    Regents Policies

Innovation Awards

    Frequently Asked Questions

    Nomination Forms

Contact

Home

## Bylaw 31. Chancellors

The Chancellors of the University campuses are appointed by and serve at the pleasure of the Board, on recommendation of and in consultation with the President of the University. The Chancellors serve as the executive heads of their respective campuses, implementing the policies and objectives of the Board and of the President of the University, and apprising the Board and the President of the University of significant developments affecting their campuses and the University. The Chancellors set the policies, goals and strategic direction for their campuses, consistent with those of the University. The Chancellors are responsible for the organization, internal administration, operation, financial management, and discipline of their campuses within the budget and policies approved by the Board and/or the President of the University. They oversee all faculty personnel and other staff at their locations, and appoint all members of the instructional staff, and may fix their remuneration in accordance with the provisions of the budget established by the Board and the salary scales of the University. The Chancellor shall consult with a properly constituted advisory committee of the Academic Senate regarding appointment, compensation, promotion or dismissal of Senate faculty.

On recommendation of the Academic Senate, the Chancellors are authorized to confer academic degrees on candidates successfully completing their courses of instruction.  The Chancellors are authorized to serve as principal spokespersons for their campuses, and shall preside at all formal functions of their campuses unless they delegate the presiding function to a campus provost, vice chancellor, or dean.

*Not amended after September 30, 2021*

**Related Resources**

Back to Bylaws index

**University of California | Office of the President | Academic Senate**

© Regents of the University of California | Terms of use



# Exhibit C

UNIVERSITY OF CALIFORNIA

Office of the President (../index.html)

# About UCOP

The University of California is a system of 10 campuses, six academic health centers and three affiliated national laboratories.

The Office of the President, located in Oakland, California, is the University's headquarters. UCOP supports campuses and students through systemwide funding and programs. It manages the University's multi-billion-dollar operations and investments. It oversees academic health centers and affiliated national labs. It provides centralized labor relations and legal services. And it promotes the well-being of its diverse and large workforce through comprehensive health and welfare benefits and retirement programs.

The Office of the President coordinates activities that allow a complex and unique system to operate efficiently as one university, furthering its public service, academic and research missions. It oversees and manages programs that serve the entire university system, allowing campuses to capture the savings and efficiencies that come from centralized operations.

## UC's mission

"The distinctive mission of the University is to serve society as a center of higher learning, providing long-term societal benefits through transmitting advanced knowledge, discovering new knowledge, and functioning as an active working repository of organized knowledge. That obligation, more specifically, includes undergraduate education, graduate and professional education, research, and other kinds of public service, which are shaped and bounded by the central pervasive mission of discovering and advancing knowledge."

Mission statement from the University of California Academic Plan, 1974-1978

The University's fundamental missions are teaching, research and public service.

### We teach

UC educates students at all levels, from undergraduate to the most advanced graduate level. Undergraduate programs are available to all eligible California high-school graduates and community college transfer students who wish to attend the University of California.

Instructional programs at the undergraduate level transmit knowledge and skills to students. At the graduate level, students experience with their instructors the processes of developing and testing new hypotheses and fresh interpretations of knowledge. Education for professional careers, grounded in understanding of relevant sciences, literature and research methods, provides individuals with the tools to continue intellectual development over a lifetime and to contribute to the needs of a changing society.

Through our academic programs, UC helps create an educated workforce that keeps the California economy competitive. Through our 21 health professional schools, UC helps meet the state's critical need for doctors, nurses, dentists, pharmacists and veterinarians. And, through University Extension, UC provides continuing education for Californians to improve their job skills and enhance the quality of their lives.

### We do research

UC's campuses, affiliated national laboratories, medical centers and other research facilities around the state are home to some of the world's best researchers and brightest students. UC provides a unique environment in which leading scholars and promising students strive together to expand fundamental knowledge of human nature, society, and the natural world. Its basic research

programs yield a multitude of benefits for California: billions of tax dollars, economic growth through the creation of new products, technologies, jobs, companies and even new industries, agricultural productivity, advances in health care, and improvements in the quality of life. UC's research has been vital in the establishment of the Internet and the semiconductor, software and biotechnology industries in California, making substantial economic and social contributions.

## We provide public service

From UC's origins as a land grant institution in the 1860s to today, UC's public service programs and industry partnerships help to disseminate research results and translate scientific discoveries into practical knowledge and technological innovations that benefit California and the nation.

UC's agricultural extension programs serve hundreds of thousands of Californians in every county in the state.

Open to all Californians, UC's libraries, museums, performing arts spaces, gardens and science centers are valuable public resources and community gathering places.

The University's active involvement in public-school partnerships and professional development institutes help strengthen the expertise of teachers and the academic achievement of students in communities throughout California.

And finally, UC's health locations provide world-class care regardless of ability to pay, serving those in most need across California.

# Sidebar

## UC at a glance

The University of California improves the lives of people in California and around the world through world-class educational opportunities, groundbreaking research, top-rated health care and agricultural expertise. We are driven by the values of public service in all we do.

Download the latest UC at a glance (https://ucop.edu/uc-facts/)

## UC's SHARED GOVERNANCE

**Board of Regents (https://regents.universityofcalifornia.edu)**

The University of California is governed by a 26-member Board of Regents that exercises approval over university policies, financial affairs, tuition and fees.

**Academic Senate (https://www.universityofcalifornia.edu/senate)**

The Academic Senate represents university faculty and is empowered by the Regents to decide academic policies, including approving courses and setting requirements for admission, certificates and degrees.

**Office of the President (https://www.ucop.edu/president/index.html) (https://www.universityofcalifornia.edu/senate)**

The Office of the President is the systemwide headquarters of the University of California, managing its fiscal and business operations and supporting the academic and research missions across its campuses, labs and medical centers.

Copyright © Regents of the University of California (https://regents.universityofcalifornia.edu/)

# Exhibit D

**Take action: Stand up for UC**

Home > Campuses & locations



# Campuses & locations
There's a lot to see and do here — where your journey begins is up to you.

Case 8:25-cv-00192-JWH-JDE    Document 77-2    Filed 04/03/26    Page 52 of 64    Page ID #:2053

**Take action: Stand up for UC**



# 170 academic disciplines. 870 degree programs.

**Take action: Stand up for UC**

# Our campuses & locations

World-class classrooms. Next-generation research labs. And breathtaking botanical gardens. This is where we transform the world around us.

## 10 campuses

You've likely heard of our campuses before — each one of them ranks among the best in the world.

From UC Davis to UC San Diego, nine of our campuses house undergraduate and graduate education. UC San Francisco focuses on health education and it only offers graduate degrees.

## 6 academic health centers

Our six academic health centers have made some of California's biggest breakthroughs in health.

With top-ranked specialized care, support for clinical teaching programs, this is the home for spectacular innovation.

**Take action: Stand up for UC**

the US Department of Energy.

It's where cutting-edge sciences meet the curiosity and vibrancy of UC life. Since 1943, we've had 13 Nobel laureates pass through these doors.

# Campuses

⌃

**Take action: Stand up for UC**

## UC Berkeley

## UC Davis

## UC Irvine

## UCLA

## UC Merced

## UC Riverside

## UC San Diego

## UC San Francisco

## UC Santa Barbara

## UC Santa Cruz

## Academic health centers ⌄

## National laboratories ⌄

**Take action: Stand up for UC**

## Other locations



The University of California opened its doors in 1869 with just 10 faculty members and 40 students. Today, the UC system has more than 300,000 students and 265,000 faculty and staff, with 2.5 million alumni living around the world.

Subscribe to our newsletter

Email address

Your email address

Subscribe

UC quick links

Campuses & locations

Student success

About us

Get involved

Press releases

**Take action: Stand up for UC**

Academic Senate

Board of Regents

UCnet: Employee resources

**Accessibility** | **Terms of Use** | **Privacy Statement**

Copyright © The Regents of the University of California

# Exhibit E



**UNIVERSITY OF CALIFORNIA**

# Board of Regents

Search

About

   Members and Advisors

   Officers

   Committees

   Regents Emeriti*

Upcoming Meetings

   Past Meetings

   Public Comment

Minutes

Governance

   Bylaws

   Committee Charters

   Standing Orders

   Regents Policies

Innovation Awards

   Frequently Asked Questions

   Nomination Forms

Contact

Home

## Bylaw 22. Authority of the Board

### 22.1 Authority/Delegation.

Pursuant to Article IX Section 9 of the Constitution of the State of California, the full powers of organization and government of the University inhere in and originate with the Board, which has the authority to delegate those powers as it determines to be in the best interest of the University.  Any authority delegated by the Board may be rescinded by action of the Board.   The Regents hereby delegate authority to the President of the University to oversee the operation of the University, in accordance with policies and directives adopted by the Board, and as further specified in Bylaw 30 (President of the University). This delegation is subject to the powers specifically reserved to the Regents in Bylaw 22.2 below (Reserved Powers), in Committee Charters, and in Regents Policies requiring that matters be approved or otherwise acted on by the Board.

### 22.2 Specific Reservations.

The matters in the following areas are specifically reserved to the Board and/or its Committees for approval or other action, within parameters that may be specified in a Committee Charter or Regents Policy:

(a) <u>Governance Matters</u>

- Amending the University Bylaws, and Committee Charter provisions
- Establishing or eliminating Board committees
- Appointing the Chairs, Vice Chairs and members of Board committees
- Appointing the Student Regent
- Adopting procedures to consider any allegation that a Regent, Committee member, Regent-Designate or advisor to a Board Committee has not fulfilled their duties as set forth in University Bylaws, policy or applicable law; to implement appropriate response(s) when such allegation is found to have merit; and to determine levels of authority to act on such matters

(b) <u>Academic Matters</u>

- Upon recommendation of the Academic Senate, approving criteria for University admissions and conferral of certificates and degrees
- Establishing or eliminating colleges, schools, graduate divisions and organized multi-campus research units
- Establishing or eliminating a session of instruction
- Approving the appointment of Regents Professors and University Professors
- Approving dismissal of academic appointees with tenure or security of employment

(c) <u>Finance Matters</u>

**Related Resources**

Back to Bylaws index

- Approving the University budget and requests for state appropriations
- Approving the annual budget for the Office of the President
- Accepting the reports of the independent financial auditor
- Approving non-audited related services by the University's independent financial auditor
- Approving tuition, registration fees, education fees, and compulsory student government fees within parameters specified by Committee Charter or Regents Policy
- Authorizing University external financing within parameters specified by Committee Charter or Regents Policy
- Approving overall policies for the University of California Employee Housing Assistance Program
- Approving loans by the University to other parties, other than loans from established student, faculty, and staff loan funds, and subject to exceptions and parameters specified by Committee Charter or Regents Policy
- Approving agreements to indemnify third-parties, subject to exceptions and parameters specified by Committee Charter or Regents Policy
- Approving alliances and affiliations involving University financial commitments, use of the University's name, research resources, and the University's reputation, within parameters specified by Committee Charter or Regents Policy
- Approving University participation in non-health–related corporations, partnerships and other entities, except for investment purposes, and within parameters specified by Committee Charter or Regents Policy
- Adopting UC Retirement plans and approving plan amendments

(d) Capital Project Matters

- Approving capital budget requests and augmentation requests within parameters specified by Committee Charter or Regents Policy
- Approving purchases, sales, leases or gifts of real estate within parameters specified by Committee Charter or Regents Policy
- Approving Long Range Development Plans (LRDPs) and amendments to LRDPs within parameters specified by Committee Charter or Regents Policy
- Approving Capital Financial Plans (e.g., 10-year Capital Financial Plans)

(e) Appointment and Compensation Matters

- Appointing, demoting or dismissing the President of the University, Chancellors, the Lawrence Berkeley National Laboratory Director and the Principal Officers of the Regents
- Approving compensation for the President of the University, Chancellors, the Lawrence Berkeley National Laboratory Director or Principal Officers of the Regents
- Approving paid leaves of absence for the President of the University, Chancellors,  the Lawrence Berkeley National Laboratory Director or Principal Officers of the Regents, as specified in policy
- Approving University compensation and employee benefits plans and policies, including policies regarding

outside professional activities, within parameters specified by Committee Charter or Regents Policy
- Approving substantial changes to the scope or availability of employee or retiree group health insurance benefits; or the creation of vested rights to such benefits
- Approving University retirement benefit and retiree health plans, within parameters specified by Committee Charter or Regents Policy
- Approving emerita/emeritus title suffix for Principal Officers of the Regents and the President of the University, as specified in Regents Policy

(f) <u>Health Matters</u>

- Approving acquisitions of physician practices, hospitals, clinics and other health-related transactions, within parameters specified by Committee Charter or Regents Policy

(g) <u>Compliance Matters</u>

- Approving settlements of claims and litigation within parameters specified by Committee Charter or Regents Policy
- Engagement and retention of the independent financial auditor

(h) <u>National Laboratories Matters</u>

- Bidding on or entering into a prime contract to manage and operate a National Laboratory or other Comparable Facility (as defined in the National Laboratories Committee Charter)
- Creating a business entity to hold a prime contract to manage and operate a National Laboratory or other Comparable Facility
- Approving material changes in the type or scope of work for such a business entity
- Appointing voting members to the governing board of such a business entity

*Not amended after September 30, 2021*

**University of California | Office of the President | Academic Senate**

© Regents of the University of California | Terms of use

# Exhibit F



Applying | Tuition & Financial Aid | Academics | Campus

Below are our frequently asked questions. If you have a question that is not answered below, feel free to contact our Admissions Office.

**Admissions Office**
200 McAllister Street
San Francisco, CA 94102
415-565-4623
admissions@uclawsf.edu

For more information please see our Visit UC Law SF page.

If you are interested in our LL.M in U.S. Legal Studies, our Master of Studies in Law (MSL), or our Masters of Science, Health Policy & Law (HPL) please visit this page.

JOIN OUR EMAIL LIST

# Frequently Asked Questions



What is the JD degree?

How is the JD different from the LLM, MSL, or HPL?

What are the application requirements?

What undergraduate majors does UC Law SF recommend for applicants?

When is the application deadline?

**Does UC Law SF offer rolling admissions?**

Yes. The Admissions Office will begin reviewing files in October. Decisions are sent out beginning in December and will continue to be sent through June. It is not possible to predict exactly when you will receive your decision. Please note that admissions decisions cannot be given over the phone.

Can I check my status online?

How do I apply to the Legal Education Opportunity Program (LEOP)?

Does UC Law SF use an applicant's highest LSAT score when evaluating an application?

Does UC Law SF accept GRE scores?

Which is given more weight in the admissions decision, undergraduate GPA or LSAT scores?

How long should the personal statement be?

Does UC Law SF offer application fee waivers?

Does UC Law SF offer an Early Decision or Early Commitment option?

How many letters of recommendation should I submit?

Can I submit an addendum?

UC Law
SAN FRANCISCO

Admissions        Academics        Faculty & Scholarship        Campus Life        Careers        Into the Future

What are the application requirements?

What undergraduate majors does UC Law SF recommend for applicants?

When is the application deadline?

**Does UC Law SF offer rolling admissions?**

Yes. The Admissions Office will begin reviewing files in October. Decisions are sent out beginning in December and will continue to be sent through June. It is not possible to predict exactly when you will receive your decision. Please note that admissions decisions cannot be given over the phone.

Can I check my status online?

How do I apply to the Legal Education Opportunity Program (LEOP)?

Does UC Law SF use an applicant's highest LSAT score when evaluating an application?

Does UC Law SF accept GRE scores?

Which is given more weight in the admissions decision, undergraduate GPA or LSAT scores?

How long should the personal statement be?

Does UC Law SF offer application fee waivers?

Does UC Law SF offer an Early Decision or Early Commitment option?

How many letters of recommendation should I submit?

Can I submit an addendum?