JEFFREY P. MICHALOWSKI (SBN 248073)
jeff.michalowski@quarles.com
MATTHEW W. BURRIS (SBN 325569)
matt.burris@quarles.com
HANNAH LUTZ (SBN 359446)
hannah.lutz@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant
DAVID FAIGMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| STUDENTS AGAINST RACIAL DISCRIMINATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; et al.<br><br>　　　　Defendants. | Case No. 8:25-cv-00192-JWH-(JDEx)<br><br>**DECLARATION OF JUNE SAKAMOTO IN SUPPORT OF DEFENDANT FAIGMAN'S MOTION TO DROP OR SEVER FOR IMPROPER JOINDER UNDER FRCP 21**<br><br>Judge:　　　Hon. John W. Holcomb<br>Crtrm.:　　　Santa Ana, 9D<br>Magistrate:　Hon. John D. Early<br>Crtrm:　　　Santa Ana, 6A |

DECLARATION OF JUNE SAKAMOTO IN SUPPORT OF DEFENDANT FAIGMAN'S MOTION TO DROP OR
SEVER FOR IMPROPER JOINDER UNDER FRCP 21

I, JUNE SAKAMOTO, declare as follows:

1.      I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2.      I currently serve as the Dean of Enrollment Management at UC Law San Francisco. I have been in this position since July 2015 (titled Senior Assistant Dean of Enrollment Management until December 2022, but with the same job description and responsibilities). From 2013 through June 2015, I served as UC Law SF's Assistant Dean of the Graduate Division.

3.      As Dean of Enrollment Management, I am responsible for and oversee all aspects of student admissions for UC Law SF, including financial aid.

4.      Regarding student admissions, UC Law SF is not governed by or required to follow the bylaws, policies, or practices of The Regents of the University of California ("The Regents").  Rather, UC Law SF determines for itself, according to the authority of its Board of Directors, its own policies, procedures, and practices for student admissions.

5.      UC Law SF also has its own admissions department and employs its own admissions officers. The admissions personnel employed in UC Law SF's admissions department are not employees of The Regents.

6.      UC Law SF's admissions employees apply UC Law SF's admissions policies, procedures, and practices to make independent student admissions decisions unique to UC Law SF.  These decisions are not based on the bylaws, policies, or practices of The Regents or any employee of The Regents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of April, 2026, at San Francisco, California.

Signed by:



June Sakamoto

00282BF1C39E45F...

JUNE SAKAMOTO

2

DECLARATION OF JUNE SAKAMOTO IN SUPPORT OF DEFENDANT FAIGMAN'S MOTION TO DROP OR
SEVER FOR IMPROPER JOINDER UNDER FRCP 21