Jonathan F. Mitchell *
jonathan@mitchell.law
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940

* admitted *pro hac vice*

William J. Brown Jr.
California Bar No. 192950
bill@brownwegner.com
Brown Wegner LLP
2010 Main Street, Suite 1260
Irvine, California 92614
(949) 705-0081

*Counsel for Plaintiff*

[Additional counsel for Plaintiff on next page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| **Students Against Racial Discrimination**, <br><br> Plaintiff, <br><br> v. <br><br> **The Regents of the University of California**, et al., <br><br> Defendants. | Case No. 8:25-cv-00192-JWH-JDE <br><br> **Plaintiff's Voluntary Dismissal of Claims Against Defendant David Faigman** |

NOTICE OF DISMISSAL OF CLAIMS AGAINST DAVID FAIGMAN                Page 1 of 4

[Additional counsel for Plaintiff]

RYAN GIANNETTI*
ryan.giannetti@aflegal.org
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, DC 20003
(202) 964-3721

* admitted *pro hac vice*

Plaintiff Students Against Racial Discrimination dismisses each of its claims against defendant David Faigman without prejudice under Rule 41(a)(1)(A)(i). *See Hells Canyon Preservation Council v. U.S. Forest Service*, 403 F.3d 683, 687 (9th Cir. 2005). Each party will bear its own attorneys' fees, costs, and expenses.

Dated: April 14, 2026

Respectfully submitted.

/s/ Jonathan F. Mitchell

WILLIAM J. BROWN JR.
California Bar No. 192950
Brown Wegner LLP
2010 Main Street, Suite 1260
Irvine, California 92614
(949) 705-0081 (phone)
bill@brownwegner.com

JONATHAN F. MITCHELL*
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

RYAN GIANNETTI*
D.C. Bar No. 400153
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, DC 20003
(202) 964-3721 (phone)
ryan.giannetti@aflegal.org

* admitted *pro hac vice*

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I certify that on April 14, 2026, I served this document by CM/ECF upon:

DEBO ADEGBILE
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 295-8800
debo.adegbile@wilmerhale.com

FELICIA H. ELLSWORTH
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
felicia.ellsworth@wilmerhale.com

JOSHUA A. VITTOR
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue Suite 2400
Los Angeles, California 90071
(213) 443-5300
joshua.vittor@wilmerhale.com

*Counsel for the UC Defendants*

JEFFREY P. MICHALOWSKI
MATTHEW BURRIS
Quarles & Brady LLP
101 West Broadway, Suite 1500
San Diego, California 92101
(619) 237-5200
jeff.michalowski@quarles.com
matt.burris@quarles.com

*Counsel for David Faigman*

Dated: April 14, 2026

 /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiff*