JEFFREY P. MICHALOWSKI (SBN 248073)
jeff.michalowski@quarles.com
MATTHEW W. BURRIS (SBN 325569)
matt.burris@quarles.com
HANNAH LUTZ (SBN 359446)
hannah.lutz@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant
DAVID FAIGMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| STUDENTS AGAINST RACIAL DISCRIMINATION,<br><br>Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; et al.<br><br>Defendants. | Case No. 8:25-cv-00192-JWH-(JDEx)<br><br>**DEFENDANT DAVID FAIGMAN'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS FOR LACK OF JURISDICTION (12(b)(1)); FOR FAILURE TO STATE A CLAIM (12(b)(6)), AND FOR IMPROPER JOINDER (21).**<br><br>Date:     May 8, 2026<br>Time:    9:00 a.m.<br><br>Judge:        Hon. John W. Holcomb<br>Crtrm.:       Santa Ana, 9D<br>Magistrate:  Hon. John D. Early<br>Crtrm:        Santa Ana, 6A |

DEFENDANT DAVID FAIGMAN'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS FOR LACK OF JURISDICTION

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant David Faigman ("Defendant") hereby withdraws his Motion to Dismiss the Complaint filed on April 3, 2026 (Dkt. 77), which is currently scheduled to be heard on May 8, 2026 at 9:00 a.m.  This motion became moot when Plaintiff filed their Voluntary Dismissal of Claims Against Defendant Faigman (Dkt. 78) on April 14, 2026.

Defendant formally withdraws his motion and requests that the Court remove the hearing on the Motion to Dismiss from the calendar.

Dated:  May 1, 2026                    QUARLES & BRADY LLP



                                       By:  */s/Hannah Lutz*
                                            JEFFREY P. MICHALOWSKI
                                            MATTHEW W. BURRIS
                                            HANNAH LUTZ
                                            Attorneys for Defendant
                                            DAVID FAIGMAN

DEFENDANT DAVID FAIGMAN'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS FOR LACK OF JURISDICTION