Pursuant to Federal Rule of Civil Procedure 26(c), the Court has considered the above agreed-to Protective Order submitted by the Parties, and finding good cause, it is **ORDERED** that the Protective Order, and all terms encompassed herein, shall govern the handling and use of any Discovery Material (as defined above) produced or disclosed in this Action.

BY THE COURT:

Dated: _____

_____

JOHN D. EARLY
United States Magistrate Judge