**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STUDENTS AGAINST RACIAL DISCRIMINATION<br>Plaintiff(s),<br>v.<br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.<br>Defendant(s). | CASE NUMBER:<br>8:25−cv−00192−JWH−JDE<br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| 8/10/2026 | 86 | Application of Non−Resident Attorney to Appear in a Specific Case Pro Hac Vice |

**ERROR(S) WITH DOCUMENT:**

Local Rule 83−2.1.3.3(a) Application not complete: state and/or federal courts to which the applicant has been admitted are not listed.

Other:

**Note: In response to this notice, the Court may: 1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: August 11, 2026

By: */s/ Shea Bourgeois shea_bourgeois@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**