# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENTS AGAINST RACIAL DISCRIMINATION,<br><br>Plaintiff(s)<br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL.<br><br>Defendant(s). | CASE NUMBER<br>8:25-cv-00192-JWH (JDEx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Bennett, Brittany E.
*Applicant's Name (Last Name, First Name & Middle Initial*
202.836.7958
*Telephone Number* — *Fax Number*
brittany.bennett@aflegal.org
*E-Mail Address*

of

America First Legal
611 Pennsylvania Ave, SE #231
Washington, DC 20003
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Students Against Racial Discrimination

*Name(s) of Party(ies) Represent* ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* ______

**and designating as Local Counsel**

Brown, Jr., William J.
*Designee's Name (Last Name, First Name & Middle Initial*
192950 — 949.705.0080
*Designee's Cal. Bar No.* — *Telephone Number* — *Fax Number*

*E-Mail Address*

of

BROWN WEGNER LLP
2010 Main Street, Suite 1260
Irvine, California 92614
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐GRANTED

☐DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: ______
- ☐ pursuant to L.R. 83-2.1.3.2: ☐Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because ______

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:**

______
**U.S. District Judge/U.S. Magistrate Judge**