Jonathan F. Mitchell *
jonathan@mitchell.law
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940

Brittany E. Bennett*
brittany.bennett@aflegal.org
America First Legal
611 Pennsylvania Ave. SE #231
Washington, DC 20003
(202) 836-7958

* admitted *pro hac vice*

William J. Brown Jr.
California Bar No. 192950
bill@brownwegner.com
Brown Wegner LLP
2010 Main Street, Suite 1260
Irvine, California 92614
(949) 705-0081

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNI

**Students Against Racial Discrimination**,

Plaintiff,

v.

**The Regents of the University of California**, **et al.**,

Defendants.

Case No. 8:25-cv-00192-JWH-JDEx

**DISCOVERY MATTER**

**PLAINTIFF'S NOTICE OF MOTION TO COMPEL DEFENDANT TO PRODUCE DOCUMENTS**

**Date of Hearing:** **09/17/2026**
**Time:** **10:00 a.m.**
**Courtroom:** **6A**
**Before the Honorable John D. Early**

Complaint filed: 02/03/2025
Discovery Cutoff: 04/16/2027
Pretrial Conference: 10/01/2027
Trial: 10/18/2027

TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 17, 2026, at 10:00 a.m. in Courtroom 6A of the above-captioned court, located at 411 West Fourth Street, Santa Ana, California 92701, before the Honorable John D. Early, in Courtroom 6A, Judge presiding, Plaintiff Students Against Racial Discrimination ("SARD") will, and does hereby, move this Court for an order compelling Defendant The Regents of the University of California ("UC") to produce documents in response to the following Requests For Production that SARD propounded on December 5, 2025:

- Request For Production No. 7
- Request For Production No. 8
- Request For Production No. 9
- Request For Production No. 10
- Request For Production No. 11
- Request For Production No. 12
- Request For Production No. 13
- Request For Production No. 14
- Request For Production No. 15
- Request For Production No. 16
- Request For Production No. 19
- Request For Production No. 20
- Request For Production No. 21
- Request For Production No. 22
- Request For Production No. 23
- Request For Production No. 25
- Request For Production No. 26

- Request For Production No. 28
- Request For Production No. 29
- Request For Production No. 30
- Request For Production No. 31
- Request For Production No. 33
- Request For Production No. 34
- Request For Production No. 35
- Request For Production No. 36
- Request For Production No. 37
- Request For Production No. 38
- Request For Production No. 39
- Request For Production No. 40
- Request For Production No. 41
- Request For Production No. 42
- Request For Production No. 43
- Request For Production No. 44
- Request For Production No. 45, and
- Request For Production No. 46.

This motion is made following the conferences of counsel pursuant to Local Rule 37, which were initiated by a letter dated February 11, 2026 and telephonic conferences of counsel conducted on February 12, 2026 and June 10 2026. *See* Declaration of William J. Brown, Jr., ¶¶ 6-12 and Exhibits 5-9. SARD's motion is based upon this notice, the Joint Stipulation Regarding Disputed Discovery Issues ("Joint Stipulation") filed concurrently herewith, all pleadings and records on file in this action, and upon such further oral and documentary evidence as may be presented at or prior to the hearing of this motion. UC's opposition is based on the Joint

Stipulation filed concurrently herewith, and the Declaration of Han Mi Yoon-Wu, filed concurrently herewith.

Dated: August 27, 2026

/s/ William J. Brown Jr.
William J. Brown Jr.
BROWN WEGNER LLP

Jonathan F. Mitchell*
Brittany E. Bennett*
* admitted *pro hac vice*

*Counsel for Plaintiff Students Against Racial Discrimination*

# CERTIFICATE OF SERVICE

***Students Against Racial Discrimination v. The Regents of the University of California, et al.***
**No. 8:25-cv-00192-JWH-JDEx, C.D. Cal.**

The undersigned hereby certifies that on this date, the foregoing document and its attachments filed electronically using the Court's CM/ECF System are deemed served on all counsel of record who have appeared in the case in this Court pursuant to the Federal Rules of Civil Procedure through the Court's Notice of Electronic Filing automatically generated by the CM/ECF System, per L.R. 5-3.2.1.

Dated: August 27, 2026

/s/ William J. Brown, Jr.
William J. Brown, Jr.