Jonathan F. Mitchell *
jonathan@mitchell.law
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940

Brittany E. Bennett*
brittany.bennett@aflegal.org
America First Legal
611 Pennsylvania Ave. SE #231
Washington, DC 20003
(202) 836-7958

* admitted *pro hac vice*

William J. Brown Jr. (SBN 192950)
bill@brownwegner.com
Brown Wegner LLP
2010 Main Street, Suite 1260
Irvine, California 92614
(949) 705-0081

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Students Against Racial Discrimination**,<br>Plaintiff,<br>v.<br>**The Regents of the University of California**, et al.,<br>Defendants. | Case No. 8:25-cv-00192-JWH-JDE<br>**[DISCOVERY MATTER]**<br>**DECLARATION OF WILLIAM J. BROWN IN SUPPORT OF PLAINTIFF'S JOINT STIPULATION ON ISSUES IN DISPUTE REGARDING PLAINTIFF'S FIRST AND SECOND SETS OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS**<br>**Motion Hearing Date: 09/17/2026**<br>**Time: 10:00 a.m.**<br>**Courtroom: 6A**<br>**Before the Honorable John D. Early** |

# DECLARATION OF WILLIAM J. BROWN

I, William J. Brown Jr., declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California and admitted to practice in this Court. I am partner at Brown Wegner LLP and am counsel of record for Plaintiff Students Against Racial Discrimination ("SARD") in this action. I submit this declaration in support of SARD's Motion to Compel and corresponding Joint Stipulation on Issues in Dispute Regarding Plaintiff's First and Second Sets of Requests for Production of Documents to Defendants, filed concurrently herewith.

2. I have personal knowledge of the facts set forth in this declaration. I am familiar with the pleadings, discovery requests, discovery responses, and meet-and-confer correspondence in this action. If called as a witness, I could and would competently testify to the matters stated herein.

3. On December 5, 2025, SARD served its First Set of Requests for Production of Documents to Defendants. Attached hereto as **Exhibit 1** is a true and correct copy of SARD's First Set of Requests for Production of Documents to Defendants.

4. On December 24, 2025, SARD served its Second Set of Requests for Production of Documents to Defendants. Attached hereto as **Exhibit 2** is a true and correct copy of SARD's Second Set of Requests for Production of Documents to Defendants.

5. On January 1, 2026, UC provided responses to SARD's Requests for Production, comprised solely of objections. Attached hereto as **Exhibits 3 & 4** are true and correct copies of UC's responses to SARD's Requests for Production.

6. On February 11, 2026, SARD's counsel transmitted a discovery-conferral letter to UC's counsel concerning UC's responses and objections to SARD's written discovery requests. Attached hereto as **Exhibit 5** is a true and correct copy of that February 11, 2026 discovery-conferral letter.

7. On February 18, 2026, SARD's counsel emailed a discovery-conferral correspondence to UC's counsel concerning UC's responses and objections to SARD's written discovery requests. Attached hereto as **Exhibit 6** is a true and correct copy of that email.

8. On February 12, 2026, counsel for the parties met and conferred regarding UC's responses and objections to SARD's First and Second Sets of Requests for Production.

9. On March 13, 2026, UC's counsel transmitted a response letter to SARD's counsel concerning UC's responses and objections to SARD's discovery requests. Attached hereto as **Exhibit 7** is a true and correct copy of that March 13, 2026 response letter.

10. On May 28, 2026, SARD's counsel transmitted a further discovery-conferral letter to UC's counsel addressing the remaining disputes concerning UC's responses and objections. Attached hereto as **Exhibit 8** is a true and correct copy of that May 28, 2026 further discovery-conferral letter.

11. On June 10, 2026, counsel for the parties again met and conferred regarding UC's responses and objections.

12. On June 29, 2026, UC's counsel transmitted a response letter to SARD's counsel concerning UC's continued objections and proposed limited productions. Attached hereto as **Exhibit 9** is a true and correct copy of that June 29, 2026 response letter.

13. Attached hereto as **Exhibit 10** is a true and correct copy of the operative Scheduling Order (ECF 47) in this matter.

14. Despite the parties' meet-and-confer efforts, they were unable to resolve the discovery disputes presented in the Joint Stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 27, 2026, at Irvine, California.

/s/ William J. Brown Jr.
William J. Brown Jr.