# EXHIBIT 1

JONATHAN F. MITCHELL*
jonathan@mitchell.law
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940
* admitted *pro hac vice*

WILLIAM J. BROWN JR.
California Bar No. 192950
bill@brownwegner.com
Brown Wegner LLP
2010 Main Street, Suite 1260
Irvine, California 92614
(949) 705-0081

RYAN GIANNETTI*
ryan.giannetti@aflegal.org
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, DC 20003
(202) 964-3721
* admitted *pro hac vice*

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| **Students Against Racial Discrimination**,<br><br>Plaintiff,<br><br>v.<br><br>**The Regents of the University of California**, et al.,<br><br>Defendants. | Case No. 8:25-cv-00192-JWH-JDEx<br><br>**Plaintiff's First Set of Requests for Production of Documents and Tangible Things to Defendant the Regents of the University of California** |

PROPOUNDING PARTY: Plaintiff Students Against Racial Discrimination
RESPONDING PARTY: Defendant The Regents of the University of California
SET NO.: One

Plaintiff Students Against Racial Discrimination ("SARD") propounds its First Set of Requests for Production of Documents and Tangible Things upon Defendant The Regents of the University of California ("Regents").

## INSTRUCTIONS

Regents are required to respond to each Request for Production in compliance with Rule 34 of the Federal Rules of Civil Procedure, and must produce for inspection or copying the requested documents and tangible things that are within its possession, custody, or control. Regents must produce the requested documents and tangible things within 30 days, by: (1) creating electronic reproductions of the responsive documents and tangible things and electronically producing them to SARD's counsel at the following email addresses (jonathan@mitchell.law and bill@brownwegner.com), or (2) producing such responsive documents and tangible items at the offices of Brown Wegner LLP, 2010 Main Street, Suite 1260, Irvine, California 92614.

Regents are required to supplement their responses consistent with Rule 26(e) of the Federal Rules of Civil Procedure. Regents must produce their responses in accordance with the following instructions:

1. Regents must produce for inspection and copying of all responsive documents in their possession, custody, or control, wherever located, including all documents in the possession, custody, or control of Regents' officers, directors, principals, partners, employees, agents, representatives, consultants, attorneys, accountants, investigators, and representatives.

2. Any non-identical copy of a document, including copies with notes, highlighting, comments, or marginalia of any nature, and drafts, must be identified and produced as a separate document.

3. If there are no documents responsive to a category in this inspection demand, please state so in writing.

4. For each document that Regents decline to make available for inspection and copying on the grounds of privilege or the attorney work-product rule, provide the following information:

a. State the date on which the document was created;
b. State the title of the document;
c. Briefly describe the nature and contents of the document;
d. Identify each person or entity that received a copy of the document or to whom the document or its contents were disclosed;
e. Identify the privilege or rule that Regents contends protects the document from disclosure; and
f. Identify each fact on which Regents bases its contention that the privilege or rule identified in its response applies.

5. If any material is redacted from a document, indicate that in the response to the inspection demand and state the basis for each redaction.

6. Please produce the original of each document and all its copies, if any copy is other than identical to the original, in the order called for in the categories listed below.

7. If, for any reason, any of the documents, objects, or tangible things to be produced pursuant to these inspection demands has been destroyed, lost, or otherwise disposed of, state for each category the following information:

a. A description of the document, object, or tangible thing to be produced. If the destroyed, lost or otherwise disposed of item is a document, identify the document by

date, drafter, recipient, and subject matter.

b. The date the document, object or tangible thing was lost, destroyed, or disposed of.

c. All persons who have knowledge of the loss, destruction, or disposal.

d. If the loss, destruction, or disposal related to an object or tangible thing, identify all documents that relate or refer to the loss, destruction, or disposal.

8. Produce documents in their native format where applicable.

9. If a document is responsive to a Request for Production and is in the Regents' control, but not in the Regents' possession or custody, identify all persons with possession or custody.

10. Unless otherwise stated below, the Relevant Time Period for these Requests for Production is January 1, 2020, through the present.

DEFINITIONS

The following definitions apply to each of these discovery requests:

1. The terms "Regents," "you," and "your" refers to Defendant The Regents of the University of California, and every university, college, school, program, and campus within the University of California system, and any agent or person acting or purporting to act for or on the behalf of any university, college, school, program, or campus within the University of California system, whether authorized to do so or not.

2. The terms "communication" and "communicate" refer to any method used to transmit or exchange information, concepts, or ideas (whether verbal or non-verbal) including oral, written, typed, or electronic transmittal of any type of information or data, by the use of words, silence, numbers, symbols, images, or depictions, from one person or entity to another person or entity. This may include various communication platform messages, such as Slack, Signal, WeChat, text message, email, etc.

3. The term "document" refers to the act of noting, recording, or preserving any type of information, data, or communication, without regard to the method used to note, record, or preserve such information, data, or communication. The term includes any e-mail or text message.

4. The term "entity" means any legal entity inquired about (other than a natural person) including a partnership, professional association, joint venture, corporation, governmental agency, or other form of legal entity.

5. The terms "identify" and "identity," when used in connection with a natural person, require disclosure of that person's full name, present or last known address, present or last known telephone number, and present or last known e-mail address. When used in connection with a legal entity, the terms require disclosure of its legal name, its address, and telephone number.

6. The terms "implement" and "implementation" refer to any method, process, or action used to put a decision or plan into effect or achieve a goal or obligation.

7. The term "information" refers to and includes documents, records, communications, facts, ideas, data, observations, opinions, photographs, slides, video recordings, audio recordings, and tangible and intangible items and evidence of any kind or sort.

8. The terms "person" and "persons" mean any legal entity inquired about, whether a natural person, partnership, sole proprietorship, professional association, joint venture, corporation, governmental agency, or other form of legal entity.

9. The term "record" means letters, words, sounds, or numbers, or the equivalent of letters, words, sounds, or numbers, that have been written, recorded, documented, or received by:

(A) handwriting;

(B) typewriting;

(C) printing;

(D) photostat;

(E) photograph;

(F) magnetic impulse;

(G) mechanical or electronic recording;

(H) digitized optical image; or

(I) another form of data compilation.

10. The term "record" also includes any communication, including an e-mail or text-message communication. This may also include various communication platform messages, such as slack, signal, wechat, text message, email, etc.

11. The term "UC Campus" shall be interpreted to encompass every undergraduate program and law school within the University of California system.

12. The term "UC" shall be interpreted to encompass Defendant Regents and every undergraduate program and law school within the University of California system.

13. The term "sex" shall be interpreted broadly so as to encompass all interpretations of sexual or gender identity as identified by UC.

14. The term "reproduction" means an accurate and complete counterpart of an original document or record produced by:

(A) production from the same impression or the same matrix as the original;

(B) photograph, including an enlargement or miniature;

(C) mechanical or electronic re-recording;

(D) chemical reproduction;

(E) digitized optical image; or

(F) another technique that accurately reproduces the original.

15. The terms "and" and "or," when used in these definitions and in the discovery requests, include the conjunction "and/or."

## REQUESTS FOR PRODUCTION

**Request for Production No. 1:**

Produce the five databases on University of California undergraduate admissions compiled by Zachary Bleemer during his tenure at the UC Office of the President in the 2010s, as described in Bleemer's publication attached as Exhibit A, including all underlying or incorporated data, source files, and internal or external records used in compiling those databases.

**RESPONSE:**

**Request for Production No. 2:**

All data, databases, or datasets maintained by the University of California that are identical or substantially similar to the Bleemer databases described in Request No. 1, for the period covering undergraduate admissions to all UC campuses from 1994 through approximately 2018.

**RESPONSE:**

**Request for Production No. 3:**

For the 2018–19 admissions cycle to present, produce the same categories of data outlined in the Bleemer datasets in the University of California's possession, custody, or control.

**RESPONSE:**

**Request for Production No. 4:**

All documents sufficient to identify the data fields, variable names, coding conventions, and metadata definitions used in the Bleemer databases and in the University of California's subsequent undergraduate admissions datasets.

**RESPONSE:**

**Request for Production No. 5:**

All communications, memoranda, or documents describing the compilation, maintenance, or methodology used by Bleemer or by the University of California in creating, updating, or storing the undergraduate admissions data described in Requests Nos. 1–4.

**RESPONSE:**

**Request for Production No. 6:**

Produce all databases on UCLA admissions compiled by Robert Mare for his reports on UCLA admissions attached as Exhibits B and C, including all underlying or incorporated data, source files, and internal or external records used in compiling those databases.

**RESPONSE:**

**Request for Production No. 7:**

All data, databases, or datasets that are identical or substantially similar to the Mare

databases described in Request No. 6, for the period covering admissions to UCLA from 1994 through the present.

**RESPONSE:**

**Request for Production No. 8:**

All documents sufficient to identify the data fields, variable names, coding conventions, and metadata definitions used in the Mare databases and in the University of California's undergraduate admissions datasets.

**RESPONSE:**

**Request for Production No. 9:**

All communications, memoranda, or documents describing the compilation, maintenance, or methodology used by Mare or by the University of California in creating, updating, or storing the admissions data described in Requests Nos. 6–8.

**RESPONSE:**

**Request for Production No. 10:**

All anonymized, individual-level data for applicants to all University of California undergraduate programs from the 1993–94 admissions cycle to the present, including but not limited to the following variables: race, ethnicity, sex, the student's intended major, California residency, the student's "raw" GPA and adjusted "UC" GPA, standardized test scores (including but not limited to SAT and ACT scores), socioeconomic indicators, "holistic review" or "comprehensive review" scores or any type of score

meant to assess the overall strength of the application, admissions decision, enrollment status, and any other metric or standard used by undergraduate admissions officers to evaluate applicants and make admissions decisions. For undergraduate campuses that have separate admissions tracks for certain educational programs (e.g., engineering), the degree program sought should also be included in the data produced. Our request for "anonymized" data allows you to redact, omit, or conceal an applicant's name, social-security number, date of birth, and/or address, but it does not allow you to redact, omit, or conceal any of the variables listed or mentioned in the preceding sentences of this request.

**RESPONSE:**

**Request for Production No. 11:**

All anonymized, individual-level data for applicants to all University of California law schools from the 2015-16 admissions cycle to present, including but not limited to the following variables: race, ethnicity, sex, California residency, undergraduate institution, GPA, standardized test scores (including but not limited to SAT, ACT, and LSAT scores), socioeconomic indicators, "holistic review" or "comprehensive review" scores or any type of score meant to assess the overall strength of the application, admissions decision, enrollment status, and any other metric or standard used by law-school admissions officers to evaluate applicants and make admissions decisions. When applicants have applied to a specific program offered by the law school (e.g., Critical Race Studies or Public Interest at UCLA), that program should also be identified in the individual record. Our request for "anonymized" data allows you to redact, omit, or conceal an applicant's name, social-security number, date of birth, and/or address, but it does not allow you to redact, omit, or conceal any of the variables listed or

mentioned in the preceding sentences of this request.

**RESPONSE:**

**Request for Production No. 12:**

All aggregate reports, spreadsheets, tables, or dashboards showing admissions and enrollments by race, ethnicity, or sex, for each UC campus during the Relevant Time Period.

**RESPONSE:**

**Request for Production No. 13:**

For all UC undergraduate campuses, all individual-level datasets or records reflecting student academic outcomes by race or ethnicity, including first-year GPA, whether the student graduated from the campus, and if so, the number of quarters or semesters required to graduate, the student's graduation major or, if the student did not graduate, the student's major at the time of separation from the campus; whether the student transferred to another UC campus, and if so, whether that student graduated and the number of quarters or semesters to graduation and the cumulative GPA at the time of graduation; whether that student transferred to a school outside the UC system, and the name of the school to which the student transferred (if known).

**RESPONSE:**

**Request for Production No. 14:**

For all UC law school campuses, all individual-level datasets or records reflecting student academic outcomes by race or ethnicity, including first-year GPA, whether the student graduated, and if so number of semesters to graduation, whether the student transferred to another law school, and if so, the name of that law school, whether the student took the California bar exam, and if so whether the student passed the exam on the first attempt, and any other information maintained by the school on subsequent attempts to pass the California bar, and the outcome of those attempts, and attempts to pass the bar in other states, and the outcomes of those attempts, and the student's employment status after graduation.

**RESPONSE:**

**Request for Production No. 15:**

All documents, policies, rubrics, manuals, trainings, or informal processes used by any UC campus from 2006 to present, in undergraduate admissions or law-school admissions, that describe how applications are to be evaluated, scored, or weighted, including any materials explaining "holistic" or "comprehensive" review processes.

**RESPONSE:**

**Request for Production No. 16:**

All communications from 1996 to the present between admissions staff at any UC admissions office that discuss the admissions evaluation process, how to create a "holistic" or "comprehensive" rating, or discussion of admissions relating to an Underrepresented Minority or a "URM."

**RESPONSE:**

**Request for Production No. 17:**

All responses, correspondence, or internal memoranda concerning or relating to Public Records Act or Freedom of Information Act requests seeking UC admissions or outcomes data, including requests by Professors Timothy Groseclose, Richard Sander, or others.

**RESPONSE:**

**Request for Production No. 18:**

All documents describing UC's policies, procedures, or internal communications governing the publication, withholding, or anonymization of admissions-related data, whether originating from the UC system at large, or at individual UC campus.

**RESPONSE:**

**Request for Production No. 19:**

All internal or external analyses, reports, audits, or reviews concerning racial or ethnic disparities in admissions outcomes, including documents that identify the authors, recipients, and dates of such analyses, reports, audits, or reviews.

**RESPONSE:**

**Request for Production No. 20:**

All internal reports, analyses, or statistical studies that mention, pertain, or relate to

the racial composition of UC applicants and admitted students, or the effects of Proposition 209 upon the composition of UC applicants and admitted students, from 2003 to present.

**RESPONSE:**

**Request for Production No. 21:**

All communications and reports authored by or exchanged with researchers or consultants (including Robert Mare, Danny Yagan, Richard Sander, and other researchers or consultants) analyzing UC admissions data.

**RESPONSE:**

**Request for Production No. 22:**

All communications between UC Campuses and any outside consultants, advocacy organizations, or government entities between January 1, 2006, and the present regarding UC's student admissions policies.

**RESPONSE:**

**Request for Production No. 23:**

All communications, directives, or reports that mention, pertain, or relate to changes to admissions practice or diversity initiatives adopted on or after January 1, 2006, including any discussion of preferences for black or Hispanic or Native American applicants and any discussion of the effect of removing the SAT from undergraduate admissions decisions upon the racial or socioeconomic composition of UC applicants or

admits.

**RESPONSE:**

**Request for Production No. 24:**

All data dictionaries, codebooks, or technical documentation necessary to interpret the datasets produced in response to these Requests.

**RESPONSE:**

**Request for Production No. 25:**

Documents sufficient to show the data custodians, systems, and databases used to store admissions and outcomes data for each UC Campus (e.g., Slate, UC Application Portal, Student Information System).

**RESPONSE:**

**Request for Production No. 26:**

All communications, memoranda, or reports to or from the UC Office of the President, the Board of Regents, or any UC Chancellor's Office, that mention, pertain, or relate to oversight, compliance, or monitoring of Proposition 209 or Title VI requirements in admissions.

**RESPONSE:**

**Request for Production No. 27:**

Documents sufficient to show all fields or variables included in any datasets produced in response to any of these Requests.

**RESPONSE:**

**Request for Production No. 28:**

All communications by or among UC employees or agents that mention, pertain, or relate to any adjustments made to the admissions criteria for any particular racial or ethnic groups or subsets of racial or ethnic groups.

**RESPONSE:**

**Request for Production No. 29:**

All communications by or among UC employees or agents that mention, pertain, or relate to any changes made to (or refusals to change) UC admissions practices or policies in light of U.S. Supreme Court decisions.

**RESPONSE:**

**Request for Production No. 30:**

Any documents from January 1, 2006, to the present that mention, pertain, or relate to efforts of UC undergraduate or law-school campuses to identify or recruit based upon an applicant's or his family's household income, wealth, or other socioeconomic factor.

**RESPONSE:**

**Request for Production No. 31:**

All documents that mention, pertain, or relate to any deviation, exceptions, or departures made by any UC undergraduate program or law school from its published admissions criteria from January 1, 2006, to the present.

**RESPONSE:**

**Request for Production No. 32:**

All documents that mention, pertain, or relate to the comparison of two or more individual applicants for admission to any UC undergraduate program or law school as part of the admission decision-making process from January 1, 2006, to the present.

**RESPONSE:**

**Request for Production No. 33:**

All certifications or reports to the United States government or any State or political subdivision that mention, pertain, or relate to the use of race in the admissions process at any UC undergraduate program or law school during the Relevant Time Period.

**RESPONSE:**

**Request for Production No. 34:**

All communications with testing services, college boards, accreditation bodies, educational associations, ratings providers, secondary schools, government authorities, or non-governmental organizations ("NGOs") during the Relevant Time Period that

mention, pertain, or relate to the use of race in the admissions process at any UC undergraduate program or law school, or that mention, pertain, or relate to the racial composition of applicants, admitted students, and enrolled students at any UC undergraduate program or law school.

**RESPONSE:**

**Request for Production No. 35:**

All documents concerning any complaint received by any UC undergraduate program or law school that mention, pertain, or relate to the use of race in your admissions process during the Relevant Time Period, including (but not limited to) documents concerning the investigation and resolution of any complaint.

**RESPONSE:**

**Request for Production No. 36:**

All reports, analyses, surveys, or other reviews or assessments prepared by UC employees or agents from January 1, 2006, to the present that mention, pertain, or relate to race-neutral alternatives to admissions policies.

**RESPONSE:**

**Request for Production No. 37:**

All documents from each admissions cycle at each UC undergraduate program or law school from January 1, 2006, to the present sufficient to show that UC considered and determined that no workable race-neutral alternatives would produce the educational

benefits of racial diversity.

**RESPONSE:**

**Request for Production No. 38:**

All documents that mention, pertain, or relate to UC's ranking, weighting, and evaluation of secondary schools or high schools from January 1, 1998, to the present and any documents sufficient to show how you arrived at such rankings, weightings, and evaluations.

**RESPONSE:**

**Request for Production No. 39:**

All UC forms, policies, rules, guidelines or standards from from January 1, 2006, to the present by any UC undergraduate program or law school for classifying or describing the race of applicants for admission.

**RESPONSE:**

**Request for Production No. 40:**

All documents, reports, studies, or analyses that mention, pertain, or relate to the probability of admission to UC undergraduate programs or law schools based on identifiable characteristics, including, but not limited to, GPA, test scores, athlete, sex or gender, race, ethnicity, geography, first-generation status, or any other identifiable characteristic considered in an admissions decision.

**RESPONSE:**

**Request for Production No. 41:**

For all UC undergraduate programs and law schools, all documents, reports, studies, or analyses concerning the educational performance of students (including, but not limited to, GPA, fields of study, and concentrations) on the basis of race, ethnicity, or first-generation status.

**RESPONSE:**

**Request for Production No. 42:**

For all UC undergraduate programs or law schools, all internal or external analyses, reports, audits, or reviews concerning racial or ethnic disparities in admissions outcomes, including all documents identifying the authors, recipients, and dates of such analyses.

**RESPONSE:**

**Request for Production No. 43:**

All documents and communications that mention, pertain, or relate to the work of the Senate-Administration Working Group on Admissions (SAWG) at UC San Diego in preparing the report attached as Exhibit D.

**RESPONSE:**

**Request for Production No. 44:**

All documents and communications that mention, pertain, or relate to the racial or ethnic makeup of the students at UC San Diego with "insufficient math preparation," as described in the report of the Senate-Administration Working Group on Admissions (SAWG) at UC San Diego attached as Exhibit D.

**RESPONSE:**

Respectfully submitted.

/s/ William J. Brown Jr.

JONATHAN F. MITCHELL*
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

RYAN GIANNETTI*
D.C. Bar No. 400153
America First Legal Foundation
611 Pennsylvania Avenue SE #231 Washington, DC 20003
(202) 964-3721 (phone)
ryan.giannetti@aflegal.org

* admitted *pro hac vice*

WILLIAM J. BROWN JR.
California Bar No. 192950
Brown Wegner LLP
2010 Main Street, Suite 1260
Irvine, California 92614
(949) 705-0081 (phone)
bill@brownwegner.com

Dated: December 5, 2025

*Counsel for Plaintiff*
*Students Against Racial Discrimination*

## Certificate of Service

I certify that on December 5, 2025, I served this document by e-mail upon:

Debo Adegbile
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue Suite 2400
Los Angeles, California 90071
(213) 443-5300
joshua.vittor@wilmerhale.com

*Counsel for the Defendants*

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiff*

Dated: December 5, 2025

# Exhibit A

# AFFIRMATIVE ACTION, MISMATCH, AND ECONOMIC MOBILITY AFTER CALIFORNIA'S PROPOSITION 209*

Zachary Bleemer †

June 2021

**Abstract**

Proposition 209 banned race-based affirmative action at California public universities in 1998. Using a difference-in-difference research design and a newly-constructed longitudinal database linking all 1994-2002 University of California applicants to their educational experiences and wages, I show that ending affirmative action caused underrepresented minority (URM) freshman applicants to cascade into lower-quality colleges. The "Mismatch Hypothesis" implies that this cascade would provide net educational benefits to URM applicants, but their degree attainment declined overall and in STEM fields, especially among less academically qualified applicants. URM applicants' average wages in their 20s and 30s subsequently declined, driven by declines among Hispanic applicants. These declines are not explained by URM students' performance or persistence in STEM course sequences, which were unchanged after Prop 209. Ending affirmative action also deterred thousands of qualified URM students from applying to any UC campus. These findings provide causal evidence that banning affirmative action exacerbates socioeconomic inequities. Complementary regression discontinuity and institutional value-added analyses suggest that affirmative action's net educational and wage benefits for URM applicants exceed its net costs for on-the-margin white and Asian applicants.
*JEL Codes: I24, J24, J31, H75*

*Thanks especially to David Card, Rucker Johnson, and Jesse Rothstein, and also to Peter Arcidiacono, Esteban Aucejo, Henry Brady, Christina Brown, Jonathan Holmes, V. Joseph Hotz, Enrico Moretti, Jack Mountjoy, Martha Olney, Marianne Page, Nina Roussille, Emmanuel Saez, Zoë Steier, and Christopher Walters, as well as conference participants at the NBER Economic Mobility Study Group and the 2019 WEAI Annual Conference for helpful comments. Frankie Lin, Sakthi Ponnuswamy, Sowgandhi Rayapudi, and Akcan Balkir provided excellent research assistance, and thanks to Tongshan Chang and Chris Furgiuele for help in obtaining and understanding the data. Thanks as well to John Douglass, Margaret Heisel, and especially Charles Masten for help in understanding the 1990s policy setting. The author was employed by the University of California in a research capacity throughout the period in which this study was conducted, and acknowledges financial support from the National Academy of Education/Spencer Dissertation Fellowship, the Center for Studies in Higher Education, and the Stone Center on Wealth and Income Inequality. The conclusions of this research do not necessarily reflect the opinion or official position of the University of California, the California Employment Development Department, or the State of California. Any errors that remain are my own.

†759 Evans Hall – Department of Economics, UC Berkeley – Berkeley, CA 94720. E-mail: bleemer@berkeley.edu. Phone: (484) 678-6160. 14,600 words.

*"Those who deny that preferences are not [sic] being given or that the granting of such preferences is without negative consequences do a great disservice to the need for finding reasonable solutions. Equally so, those who believe that social and economic equality of opportunity can be achieved merely by the passage of ballot initiatives, however justified the need might be, are misguided. The "heavy-lifting" to achieve a society of genuine inclusion and equality of opportunity merely begins with the removal of race-based decision-making."*

*∼UC Regent Ward Connerly, in introducing SP-1 and SP-2*

# 1 Introduction

Educational attainment, income, wealth, and economic mobility exhibit racial disparities in the United States. Access to selective universities is a key determinant of economic success and intergenerational mobility (Chetty et al., 2020a). As a result, many selective universities provide admissions advantages to applicants from disadvantaged racial and ethnic groups. Proponents of affirmative action argue that it offsets applicant qualification gaps that result from systemically unequal educational opportunities (Johnson, 2019). Detractors argue that affirmative action limits opportunity for Asian and white applicants and may have unintended consequences for targeted students. This study examines three questions at the basis of this disagreement. First, which students are targeted by affirmative action, and to what degree does affirmative action impact where those students go to college? Second, what are the short- and long-run effects of enrolling at a more-selective university because of affirmative action? Finally, how are the net benefits and costs of affirmative action distributed across Asian, Black, Hispanic, and white university applicants?

Prior scholarship has arrived at conflicting conclusions about the value of enrolling at a more-selective university because of access-oriented admissions policies like affirmative action. On the one hand, several recent studies have shown that applicants with test scores and grades at selective universities' minimum admissions thresholds are benefited by admission (e.g. Hoekstra, 2009; Zimmerman, 2014; Anelli, 2019). Studies of affirmative action, however, have uncovered mixed evidence on student outcomes (Arcidiacono and Lovenheim, 2016), with some finding support for the so-called "Mismatch Hypothesis": that the lower-testing applicants targeted by affirmative action would benefit from enrolling at **less**-selective universities, where they better "match" their peers' academic qualifications (Sowell, 1972).

This study combines longitudinal administrative data with a difference-in-difference research design to estimate the impact of affirmative action on students' college quality, course performance, choice of major, degree attainment, and wages over the subsequent 15 years. I construct a novel database of all 1994-2002 freshman applicants to the University of California (UC) system, which comprises all public research universities in the state, and individually link each applicant to nationwide university records and annual California wages. I then compare the outcomes of Black and Hispanic UC applicants with those of academically-comparable white and Asian applicants before and after California's Proposition 209, which ended affirmative action at UC in 1998. I also link the applicant data to institutional value-added statistics to measure Prop 209's effect on applicants' university quality; to California high school records to examine Prop 209's effect on UC application-sending; and to five UC campuses' student transcripts to estimate Prop 209's impact on performance and persistence in demanding courses. Finally, I employ a regression discontinuity design to identify the value of being admitted to a selective public university for the on-the-margin white and Asian students likely to obtain greater university access after Prop 209.

I begin by documenting Prop 209's impact on admissions at UC's eight undergraduate campuses. Prop 209 curbed the large admissions advantages – some over 50 percentage points – provided by affirmative action to underrepresented minority (URM) UC applicants. As a result, UC's URM applicants cascaded into less-selective colleges and universities: those with a high "UC Academic Index" ($AI$, a weighted average of high school grades and test scores) tended to flow from more-selective UC campuses to less-selective campuses and private universities, while those with lower $AI$s mostly flowed to less-selective public colleges and universities. Overall, Prop 209 resulted in a net outflow of lower-income students from highly-selective public universities.

How did less-selective enrollment affect URM UC applicants? I estimate the average effect of Prop 209 using a difference-in-difference design estimated over the population of UC applicants. Each model estimates how URM applicant outcomes change after 1997 (the final year of affirmative action) relative to changes

among non-URM applicants, with the second difference absorbing ethnicity-neutral enrollment trends in the 1990s.[1] High school fixed effects and $AI$ covariates absorb spurious variation and observable selection bias into UC application. I also estimate effect heterogeneity by URM $AI$ quartile and by URM ethnicity.

Implementing this model, I show that Prop 209 led URM UC applicants to enroll at relatively lower-quality colleges and universities on average, measured both by traditional metrics like graduation rate and by institutional value-added. In contrast with the predictions of the Mismatch Hypothesis, URM UC applicants' average educational outcomes deteriorated after Prop 209: Bachelor's degree attainment declined by 4.3 percentage points among URM applicants in the bottom $AI$ quartile, and overall STEM and graduate degree attainment declined by 1.0 and 1.3 percentage points, respectively. Following these applicants into the labor market, I find that Prop 209 caused URM UC applicants to earn 5 percent lower average annual wages between ages 24 and 34, with larger proportional effects for lower-$AI$ applicants. The observed wage effects are driven by Hispanic applicants; despite parallel enrollment and degree attainment outcomes, I find no evidence of average wage deterioration among Black UC applicants after Prop 209.

These estimated effects are averaged across every URM UC applicant, many of whose enrollments were likely unchanged by the affirmative action ban. This implies that treatment effects for directly-impacted applicants were likely much larger. Given the magnitude of UC's applicant pool, these estimates imply that Prop 209 caused an aggregate decline in the number of URM Californians in their early 30s with 2014 wages over $100,000 by at least 3 percent. American Community Survey data confirm a 2010s pattern of relative wage deterioration among high-earning early-career URM Californians.

The primary threat to this baseline research design is the possibility of sample selection bias arising from differential selection into UC application after Prop 209. Estimating a difference-in-difference model of the proportion of California public high school students who applied to UC by ethnicity and $AI$ bin, I find that

[1]Non-URM applicants may not represent a traditional unimpacted comparison group, since some likely "crowded into" more-selective universities after Prop 209. I return to the question of non-URM applicant outcomes in Section 6, but the fact that non-URM applicants outnumber URM applicants by more than four-to-one in the applicant pool dilutes any "crowd-in" effects, implying that at least 80 percent of the observed differences are likely driven by changes in URM applicant outcomes.

UC annually received about 250 fewer Black and 900 fewer Hispanic applications after Prop 209, almost 80 percent of whom would likely have been admitted to at least one UC campus. While application deterrence could generate bias, I find that the baseline estimates are insensitive to a school-ethnicity-$AI$ control function (following Card and Rothstein, 2007) and other highly-detailed socioeconomic and academic covariates.

The baseline research design does not separately identify the impact of Prop 209 on non-URM applicants' outcomes. Instead, I exploit a large discontinuity non-URM admissions at UC Berkeley before Prop 209 to study the return to selective university access for on-the-margin non-URM applicants, many of whom may have been admitted if not for affirmative action. Employing a regression discontinuity design, I find that students just below Berkeley's admissions threshold nevertheless ended up with similar educational and labor market outcomes after enrolling at other universities, though the confidence intervals cannot rule out positive treatment effects. This suggests that the value of selective public university access for on-the-margin non-URM students was small.

Next, I turn to mechanisms explaining URM UC applicants' deteriorated educational outcomes after Prop 209. Several prior studies have suggested that URM students' STEM course performance and persistence would improve absent affirmative action, which likely would have led to the opposite of Prop 209's effect on STEM degree completion (Loury and Garman, 1993; Holzer and Neumark, 2000; Arcidiacono et al., 2016). However, while URM UC students earned lower grades and were less likely to persist along introductory STEM course sequences than their non-URM peers before Prop 209, these gaps are largely explained by students' prior academic opportunities and preparation, not their enrollment institution.[2] Prop 209 has no observable effect on students' STEM course performance and persistence, which do not appear to contribute to the effects of Prop 209 on students' educational and wage outcomes.

I conclude with a discussion of the efficiency of affirmative action. Two sets of evidence favor its allocative efficiency, which in this case requires (to a first-order approximation) that the benefit of more-selective

[2]This study's examination of STEM course performance contributes to a literature interested in the production and composition of STEM graduates (e.g. Ehrenberg, 2010; Sjoquist and Winters, 2015; Denning and Turley, 2017). This study estimates how student outcomes in specific STEM courses change under different policy regimes.

university enrollment is greater for affirmative action's URM enrollees than for the non-URM students who would have enrolled in their place. First, the estimated return to UC Berkeley and UC Davis admission for on-the-margin non-URM students appears small, while URM applicants' estimated wage return to more-selective enrollment before Prop 209 is large.[3] Second, that latter return exceeds the average observed change in institutional value-added experienced by URM UC applicants, suggesting that the URM applicants impacted by Prop 209 had received above-average returns to more-selective university enrollment (as in Dale and Krueger, 2014; Bleemer, 2021). These evidence suggest that affirmative action both promotes socioeconomic mobility among URM youths and improves higher education's allocative efficiency.

This study makes three main contributions. First, while previous studies have analyzed the intermediate effects of universities' affirmative action policies – sometimes coming to conflicting conclusions – they share common limitations. Several studies have exploited cross-state policy variation to estimate the educational impact of banning affirmative action, but out-of-state enrollment confounds identification of the policies' effects on impacted students (Backes, 2012; Hinrichs, 2012). Others estimate models of applicant and university behavior to predict how affirmative action **could** impact student enrollment and outcomes, but do not validate these predictions using actual policy variation (Arcidiacono, 2005; Arcidiacono et al., 2016; Kapor, 2020). A third set of studies have analyzed administrative university data from before and after Prop 209, but limits on available covariates and outcomes have challenged attempts to separately identify the effect of affirmative action from compositional changes among UC's applicants and students (Arcidiacono et al., 2014).[4] This study augments previous research by implementing a quasi-experimental research design spanning all U.S. universities that identifies the individual-level effects of affirmative action, and by analyzing new intermediate outcomes like university "value-added," STEM performance and persistence, and graduate degree completion.

Second, this study causally links university quality to wage outcomes in the context of affirmative action,

[3] Black et al. (2020) also provide evidence against large returns to more-selective university enrollment for the students who were "crowded out" of selective Texas universities by Texas Top Ten. However, Zimmerman (2019) shows that the largest returns to elite Chilean university enrollment accrue only to high-income students.

[4] Bagde et al. (2016) and Bertrand et al. (2010) show that Indian universities' caste-based affirmative action improves targeted students' grades and wage outcomes, respectively.

bridging the affirmative action literature with a literature identifying heterogeneity in the return to higher education (Dale and Krueger, 2002; Arcidiacono, 2004). Much of the affirmative action literature has focused on measuring mismatch (Arcidiacono and Lovenheim, 2016), but my findings are inconsistent with the Mismatch Hypothesis at the mean.[5] On the other hand, while most studies of heterogeneous university returns focus on a relatively high-testing local margin (e.g. Hoekstra, 2009; Anelli, 2019), I estimate average returns to university quality across all URM UC applicants after an affirmative action ban. I also present regression discontinuity evidence highlighting the importance of applicants' counterfactual enrollments and heterogeneity in estimating the return to selective university enrollment.

Finally, I provide direct evidence that affirmative action has first-order implications for intergenerational mobility and socioeconomic gaps by ethnicity. A growing literature examines the mechanisms explaining opportunity gaps for lower-income and URM youths and the efficacy of available policies to narrow those gaps (e.g. Jackson et al., 2016; Chetty et al., 2016). I find little evidence that affirmative action narrows the Black-white mobility gap, which has received particular attention (Dobbie and Fryer Jr, 2011; Billings et al., 2014; Chetty et al., 2020b; Derenoncourt and Montialoux, 2021), but find that it improved Black students' educational attainment and relatively increased (mostly lower-income) Hispanic youths' wages.

## 2 Background and Data

### 2.1 University of California Admissions in the 1990s

The University of California system is tasked by the 1960 Master Plan for Higher Education to educate roughly the top 12.5 percent of California public high school graduates. The system enrolled 137,000 undergraduates at eight campuses in 1999, with the campuses ranging in selectivity from the highly-selective Berkeley and Los Angeles (UCLA) campuses (which admitted 35 percent of applicants with an average SAT

[5] Two recent studies of affirmative action mismatch also analyze the University of California in the 1990s (Arcidiacono et al., 2014, 2016). Bleemer (2020) discusses the limitations of that previous research and the arguments of Sander and Taylor (2012) in the specific context of Prop 209 and reconciles their analysis with my baseline findings. Dillon and Smith (2020) and Barrow et al. (2020) find evidence of test- and income-based 'mismatch' at US undergraduate institutions and elite high schools, respectively.

score 1.5 $sd$ above mean) to the less-selective Santa Cruz and Riverside campuses (with an 85 percent admission rate and SAT scores 0.5 $sd$ above mean). Ranking campuses by their admissions rates in the period, I refer to the Berkeley, UCLA, and San Diego campuses as 'more selective', the Santa Barbara, Irvine, and Davis campuses as 'selective', and the Santa Cruz and Riverside campuses as 'less selective'. In 1999, California also had a 22-campus system of teaching-oriented universities – the California State University (CSU) system – and 114 two-year community colleges.

Affirmative action began at UC in 1964, the first year that the number of eligible applicants to UC Berkeley exceeded the number of available seats, and is now practiced by public universities in at least half of states (see Appendix A). The policy augmented UC's standard admissions protocol, which required that at least 50 percent of students be admitted solely based on their "Academic Index" ($AI$), a linear combination of high school GPA and SAT scores.[6] For example, archival documents from UC Berkeley (Figure A-3) show that it guaranteed admission to all applicants above an $AI$ threshold (e.g. 7,150), but set a lower threshold (6,500) for African-American, American Indian, Chicano, and Latino "underrepresented minority" (URM) applicants. Applications with $AI$s below their respective threshold were "read" by admissions personnel, giving them a variable likelihood of admission, while those with $AI$s below a second threshold (7,000 for non-URM applicants, below 6,000 for URM applicants) were mostly mechanically rejected.

Figure I summarizes the relative admissions likelihood of normal URM and non-URM applicants to each campus by $AI$ in two-year increments from 1994 to 2001.[7] At the most-selective Berkeley campus, for example, 1994-1995 URM applicants with $AI$s between 6,000 to 7,100 were 80 percentage points more likely to be admitted than same-$AI$ non-URM applicants. The admissions advantage declines to zero above $AI =$ 7,400 because all such applicants were admitted. Seven of the eight UC campuses provided admissions advantages to URM applicants under affirmative action, with the advantage shifting to higher-$AI$ applicants

[6] In particular, $AI = min(HSGPA, 4) \times 1,000 + SATI + SATIIs$. The index included both SAT I components (math and verbal) and three SAT II scores: writing, math, and a third of the student's choosing. All SAT components were scored out of 800, so the maximum $AI$ was 8,000. Some campuses employed variants of this formula.

[7] 'Normal' applicants exclude applicants without UC's minimum academic credentials and applicants to restricted programs like some engineering majors. Appendix B presents annual admissions likelihoods by $AI$ at each campus for 'normal' applicants.

over time as the campuses became more selective. UC Riverside admitted all 'normal' UC applicants. The figure's superscripts show the empirical integrals under each curve by the contemporaneous $AI$ distribution of each campus's URM applicants, estimating the excess number of annual URM admissions relative to simulated URM admissions under the non-URM $AI$ admissions rule. Many campuses admitted hundreds of URM applicants annually by affirmative action.

Increasing political controversy around affirmative action culminated in the mid-1990s, when the policy was prohibited first by the UC Regents in July 1995 and then by a voter referendum in November 1996. While the original Regents policy (SP-1) was rescinded in 2001, Prop 209 has prohibited UC and other public California institutions from "discriminat[ing] against, or grant[ing] preferential treatment to, any individual or group on the basis of race, sex, color, ethnicity, or national origin" since the Fall 1998 admission cohort.[8] Figure I shows that most campuses continued providing large admissions advantages to URM applicants in 1996 and 1997 (though some programs were curtailed), but those advantages shrank considerably in 1998.[9]

Starting in 1998, UC implemented outreach programs to increase enrollment from majority-URM high schools, but those programs wound down after 2001 with little evidence of success (Atkinson and Pelfrey, 2004; UCOP, 2003). Instead, UC's primary policy response to the end of affirmative action was its Eligibility in the Local Context top percent policy, which did not begin until 2001 (Bleemer, 2021).

### 2.2 Data

This study analyzes the effects of Prop 209 using four primary data sources. The first, collected contemporaneously for administrative use by the UC Office of the President, covers all 1994-2002 California-resident freshman applicants to any University of California campus.[10] Each record contains an applicant's high

[8]Prop 209 also prohibited racial preferences in UC outreach and financial aid as well as affirmative action at the less-selective California State University system. Prop 209 banned racial preferences in state hiring (Marion, 2009) and graduate school admissions, though college-bound high school graduates shortly before and after 1998 all entered the labor market after 1998.

[9]Figures A-4 and A-5 show that some UC campuses saw relative declines in URM admissions and enrollment in 1996, particularly at UCLA and the less-selective UCs, but every UC campus saw sharp immediate declines in URM admission in 1998. The more selective UC campuses also saw sharp 1998 declines in URM enrollment.

[10]About one-third of UC students transfer from community colleges rather than enrolling as freshmen. Because affirmative action was likely less impactful for those applicants and because of limited data availability about those students' academic background

school, gender, ethnicity, parental education, parental occupations, and family income.[11] Academic preparation measures include SAT and ACT standardized test scores by component, SAT II scores, high school grade point averages, and the number of 12th-grade honors courses.[12] Application, admission, and enrollment indicators are available for each UC campus, as are degree attainment and major choice for UC enrollees.

The second dataset, an extract from the National Student Clearinghouse's (NSC) StudentTracker database, contains enrollment and graduation records – covering nearly all U.S. two- and four-year colleges and universities – for all students in the UC application dataset, linked by full name and birth date. Science, Technology, Engineering, and Mathematics (STEM) majors are categorized by CIP code following the US Department of Homeland Security (2016).[13] I define Bachelor's (graduate) attainment as being within 6 (18) years of UC application. NSC data are available starting with the 1995 applicant cohort. The data appendix (D) provides additional details.

Third, I observe UC applicants' quarterly 2000-2017 wages from the California Employment Development Department, linked by SSN.[14] Wages are unavailable for workers not covered by California unemployment insurance, including out-of-state, federal, and self-employed workers. Annual wages are measured as the sum of quarterly wages, CPI-adjusted to 2018, and winsorized at the top and bottom one percent. About 69 percent of UC applicants have positive covered wages in each of 6-16 years after UC application.

The fourth dataset includes comprehensive student transcripts – including course enrollments and grades – for five UC campuses: Berkeley, Davis, Santa Barbara, Santa Cruz, and Riverside. The transcripts were

(prohibiting selection correction on observables), transfer applicants are not directly analyzed in the present study, though freshman applicants may enroll at a community college and transfer to UC later.

[11]Parental education is observed as an index of maximum parental education for up to two parents, from 1 (no high school) to 7 (graduate degree). Parental occupations are observed as one of 17 occupation codes each for two parents (or 289 total codes), including codes like 'Clerical', 'Laborer', and 'Professional' as well as 'Homemaker', 'Retired', 'Other', or 'Deceased'. Family income is not reported by about 15 percent of applicants.

[12]Throughout the study period, each UC applicant was required to submit an SAT score and SAT II scores in writing, mathematics (1 or 2), and a third field of their choosing. Only 0.9 percent of applicants submitted ACT instead of SAT scores.

[13]See Tables A-1 and A-2 for the most common STEM and non-STEM majors in the data. This definition generally aligns with that used by Arcidiacono et al. (2016). Not all NSC majors have CIP codes; I assign each major to its modal CIP code (in the full observed NSC database) for categorization.

[14]Social security numbers on UC applications are not verified unless the student enrolls at a UC campus. Among enrollees, the verified social security number differs from that reported on their application in fewer than 0.25 percent of cases. All statistics estimated using EDD data were originally published as institutional research (Bleemer, 2019b).

obtained from campus Offices of the Registrar and are linked by name and birth date (Bleemer, 2018).

Additional educational administrative data come from several sources. Universities' admissions rate, average SAT scores, and six-year graduation rates from IPEDS are linked to NSC institutions.[15] Aggregated data from the California Department of Education provide the annual number of graduates from each public high school by gender and ethnicity. Finally, a comprehensive College Board SAT-taker database covering public California high school students is linked by name and birth date to the UC applicant pool.

### 2.3 University of California Descriptive Statistics

Table I provides descriptive statistics of UC applications, admissions, and enrollment for California-resident freshman applicants in three two-year cohorts: '94-95, who applied before Prop 209's passage; '96-97, who applied after the ban was approved but before its mandatory implementation; and '98-99, following the ban. The presented statistics indicate a university system steadily increasing in reputation and selectivity throughout the 1990s, with increases in non-URM applications of 25 percent overall and 42 percent at the more-selective campuses. Admissions rates consistently fell at all but the least-selective Riverside campus, but increasing yield rates – the percent of admitted students who enrolled – stemmed the decline in the proportion of applicants who enrolled at each campus. The average SAT scores of most campuses' applicants also rose steadily, as did the average scores of students admitted to each campus.

Almost 20 percent of UC applicants were URM in 1997, and URM applicants' average SAT scores rose through the period, potentially reflecting deterrence among lower-testing URM students. Table A-4 presents separate descriptive statistics by URM ethnicity, showing that about 20 percent of URM UC applicants were Black and nearly all of the rest Hispanic. Most campuses' URM admissions rates fell slightly in 1996 but then sharply declined in 1998, matched by a sharp rise in URM admits' test scores. See Appendix C for additional details on URM UC admissions after Prop 209.

[15] Average SAT scores are measured as the sum of the mean of universities' 25th and 75th Math and Verbal SAT percentiles. Admissions rates (and SAT scores) are fixed at 2006 (2000); graduation rates are contemporaneous. See https://nces.ed.gov/ipeds/.

URM enrollment rates fell precipitously at UC's more-selective campuses, slightly declined at the selective campuses, and slightly increased at the less-selective campuses. The next section examines the URM 'cascade' from more- to less-selective universities after Prop 209 in greater detail.

### 2.4 UC Applicants' University Enrollment

Figure II shows how URM UC applicants' decreased likelihood of UC admission after Prop 209 affected their UC enrollment. Enrollment shares are shown for the full $AI$ distribution of URM UC applicants for the two cohorts before and after Prop 209 and are smoothed across percentiles. Before Prop 209, about 30 percent of median-$AI$ URM applicants enrolled at the three more-selective UC campuses, while only about 3 percent of similar-$AI$ non-URM applicants did so. After Prop 209, this gap largely closed, and URM applicants across the entire $AI$ distribution became less likely to enroll at more-selective UC campuses. Higher-$AI$ URM applicants became more likely to enroll at the selective and less-selective campuses – likely as a result of their being rejected from the more-selective campuses – while lower-$AI$ URM applicants' selective UC enrollment declined. Meanwhile, the increasing selectivity of UC campuses also led to decreased enrollment likelihoods of all but the highest-$AI$ non-URM applicants.

Figure III broadly summarizes how Prop 209 reshaped UC applicants' enrollment across the public and private sectors of U.S. higher education. Each panel plots the percentage point difference in enrollment likelihood before and after Prop 209 for URM and non-URM UC applicants at each URM $AI$ percentile. URM applicants' relative likelihood of enrollment at Berkeley and UCLA declined across the $AI$ spectrum.[16] UC San Diego exhibits a pattern common to California's other public universities: URM enrollment increased relative to non-URM enrollment for higher-$AI$ applicants (70-95th percentiles) and decreased for those with somewhat-lower $AI$s (20-60th percentiles). The same pattern holds at lower $AI$ bands for the selective and less-selective UC campuses: e.g. URM applicants at the 25th $AI$ percentile became relatively

[16] Figure A-6 shows that the URM students who exited Berkeley and UCLA following Prop 209 also came from much lower-income households than those who replaced them, generating a net enrollment shift at UC's more-selective campuses from students in the bottom three income quartiles (fixed in '96-97) to students in the top quartile.

less likely to enroll at the selective UC campuses but more likely to enroll at the less-selective campuses. The teaching-oriented CSU system and California community colleges also absorbed some low-$AI$ URM applicants (relative to changes among non-URM applicants).[17] Some high-$AI$ URM applicants were absorbed by the highly-selective Ivy+ universities, and middle-$AI$ URM applicants became more likely to enroll at other private and out-of-state universities.

Overall, these patterns are consistent with a cascade of URM students from more- to less-selective institutions after Prop 209, with URM students from more-selective schools enrolling at less-selective universities where they replaced lower-$AI$ URM students now rejected absent affirmative action.[18] This cascade explains why URM enrollment only declines at the more-selective UC campuses (see Table A-6).

Prop 209's broad impact on where URM UC applicants' go to college highlights the importance of analyzing California student outcomes across all U.S. institutions, since restricting to students at a smaller set of universities (like the UC system) will generate sample selection bias. The following section describes this study's baseline research design, which exploits longitudinal records for all California-resident UC applicants – following students wherever they enroll – to credibly estimate the effects of affirmative action on student outcomes.

## 3 Empirical Methodology

I estimate the impact of Prop 209 on URM UC applicants by comparing the change in URM applicant outcomes after Prop 209 to the change in outcomes of non-URM students with similar prior academic opportunity and preparation. Treating non-URM applicants as a comparison group differences out shifts in UC campuses' reputation and selectivity that shaped all UC applicant outcomes. However, non-URM UC applicants are not a traditional 'control' group; Prop 209 likely increased some non-URM students' admissions likelihoods at

[17] The increase in community college enrollment and decrease in the number of students with no observed enrollment in NSC likely reflects community colleges' entry into NSC reporting; see Appendix D.

[18] Figure A-7 shows that this cascade pattern is not reflected in applicants' UC application portfolios, implying that the observed patterns result from admissions rather than application decisions.

some UC campuses so that those campuses could preserve their net enrollment despite the absence of affirmative action.[19] As a result, the estimates presented below identify the impact of Prop 209 on URM outcomes relative to its impact on non-URM outcomes. There are about four times as many non-URM UC applicants as URM applicants, so if UC campuses' net enrollment did not respond to Prop 209, every 1 percentage point average decrease in URM applicants' enrollment likelihood corresponds to almost a 0.25 percentage point average **increase** in non-URM applicants' enrollment likelihood.[20] If universities' treatment effects for on-the-margin URM and non-URM students are similar, this implies that as much as 20 percent of the estimates described below could be explained by improved outcomes among non-URM students. I return to this argument in Section 6, presenting evidence that the benefits of Prop 209 to non-URM students likely explain a smaller share of the presented estimates.

To implement the proposed research design, I estimate difference-in-difference models of the form:

$$Y_{iy} = \alpha_{h_i} + \delta_y + \beta_0 URM_i + \sum_{t=1994}^{2002} \mathbb{1}_{\{t=y\}} \beta_y URM_i + \gamma X_{iy} + \epsilon_{iy} \quad (1)$$

where $Y_{iy}$ is an outcome for California-resident freshman applicant $i$ after they applied to UC in year $y$. I present results from two model specifications, both estimated by OLS. First, I restrict the sample to 1994-2002 applicants and set $\beta_{1997}$ to 0, estimating the difference between URM and non-URM applicants' outcomes in the years before and after Prop 209. The $\beta_{1996}$ coefficient can be interpreted as a placebo test that observed post-1998 effects are driven by Prop 209, while the $\beta_{1994}$ and $\beta_{1995}$ coefficients could possibly reflect changes in applicant outcomes as a result of SP-1 and Prop 209's passage (which led some UC campuses to begin phasing out affirmative action in 1996). To estimate the effect of Prop 209 more concisely, I also estimate a specification further restricting the sample to 1996-1999 applicants and estimating a single $\beta_{'98-99}$ term,

[19] Figure III shows that there is no 'control' group of URM UC applicants; Prop 209 shifted URM UC applicants' college enrollment at every $AI$, even among the highest-$AI$ URM applicants. It also shows that the impacted non-URM students tend to have higher $AI$ than the URM students exiting those universities, suggesting that if the baseline results below reflected non-URM outcomes they would be driven by high-$AI$ applicants. In fact, most of the estimated effects are driven by low-$AI$ applicants.

[20] Figure A-2 shows that annual growth in net California university enrollment appears unchanged by Prop 209, nor did Prop 209 observably impact the overall weighted-average institutional quality of that enrollment, with gains among non-URM students offsetting declines among URM students.

averaging outcomes two years after 1998 relative to the two years prior. No UC campus implemented any other known changes in their admissions processes in this period.

Each model includes high school fixed effects $\alpha_{h_i}$, which absorb spurious cross-school application and outcome variation, and the components used to construct UC's Academic Index ($X_{iy}$), which absorb variation in applicants' observed academic preparation.[21] Standard errors are robust.

I also estimate three model variants to better understand Prop 209's effects on student outcomes. First, I separately estimate the model by '96-97 URM $AI$ quartile to observe heterogeneous treatment effects for students with different prior academic opportunities and preparation. Second, because some UC campuses began phasing out affirmative action in 1996, I replace the model's 1996-1997 pre-period with 1994-1995 and re-estimate post-1998 outcomes relative to those earlier years. Finally, I interact $\beta_0$ and $\beta_y$ with indicators for whether the student is Black or Hispanic (omitting Native American students because of sample size), identifying separate coefficients to estimate heterogeneity in Prop 209's impact by URM ethnicity.

It remains possible that the $\beta_y$ estimates reflect sample selection bias resulting from the impact of Prop 209 on the composition of UC applicants, since a non-random selection of URM applicants may have been discouraged from UC application by their decreased likelihood of admission. I quantify the degree of Prop 209's URM application deterrence and test the model's sensitivity to alternative specifications in Section 5.

## 4 The Impact of Affirmative Action on Student Outcomes

Figure IV visualizes the impact of Prop 209 on URM UC applicants with estimates of $\beta_y$ from Equation 1 for a sequence of enrollment, educational attainment, and labor market outcomes, all estimated relative to 1997. The subsections below discuss each of the measured outcomes in turn. Given that many URM applicants' undergraduate enrollment remained unchanged by Prop 209, the presented reduced-form coefficients

[21] That is, $X_{iy}$ includes Verbal and Math SAT scores, high school GPA, SAT II Writing score, SAT II Math score (and an indicator for submitting a Math 2 SAT II score), and a third SAT II score (along with indicators for which score was submitted). 15 percent of the sample is missing at least one test score (mostly the third SAT II); dummies are included for each missing value. I test models' sensitivity to covariate inclusion in Section 5.

likely underestimate impacted students' treatment effect of enrolling at less-selective universities after the affirmative action ban.

## 4.1 Institutional Quality

Prop 209 caused URM UC applicants to be 7.6 percentage points less likely to enroll at the more-selective UC campuses – particularly driven by the second and third URM $AI$ quartiles – and led to small corresponding enrollment increases across the spectrum of other public and private higher education institutions.[22] Prop 209 led to larger relative enrollment declines at the more-selective UC campuses for Black applicants, with the top $AI$ quartile of Black applicants facing a 15 percentage point enrollment decline (see Table A-8).

I summarize these changes in university enrollment quality by characterizing each institution in two ways: (1) using traditional measures of university quality like selectivity and graduation rate, and (2) using a set of novel "value-added" (VA) statistics, which estimate each institution's average treatment effects on their students' degree attainment and average wages between ages 30 and 34. I estimate the value-added statistics using fixed effect OLS regression over the 1995-1997 sample of UC applicants matched to their first enrollment institution, absorbing observable selection across institutions using either students' UC application and admission portfolios (following Mountjoy and Hickman (2020); "MH") or ethnicity indicators and fifth-order polynomials in SAT score and family income (following Chetty et al. (2020a); "CFSTY").[23] Appendix I provides methodological details and the estimated value-added statistics.

Table II presents difference-in-difference estimates of how Prop 209 impacted URM UC applicants' quality of enrollment institution. The first row shows that prior to Prop 209, URM students tended to enroll at higher-quality institutions – as measured by lower admissions rates, higher average SAT scores and gradu-

[22]See Table A-7. The empirical integral of URM students' changed enrollment at each UC campus by $AI$ between '95 and '98-99 – over the '98-99 distribution of URM UC applicants – provides a lower-bar estimate for the number of URM students who enter and exit each campus as a result of Prop 209. Table A-9 shows that at least 1,200 URM applicants exited UC campuses – with more than 800 exiting Berkeley and UCLA – and 800 entered UC campuses after Prop 209.

[23]I do not shrink the value-added statistics, and both sets of covariates likely fail to fully absorb selection bias across universities. Given students' positive selection across institutional value-added and that most URM students enroll at lower-VA institutions following Prop 209, both of these factors likely lead toward over-estimation of the VA decline following Prop 209.

ation rates, and higher estimated "value-added" – than academically-comparable non-URM UC applicants. The second row shows that Prop 209 caused URM UC applicants to enroll at less-selective universities with lower average SAT scores and graduation rates after 1998, with larger observed institutional declines among lower-$AI$ applicants. Those institutions are also estimated to have lower average "value-added": Prop 209 caused URM UC applicants to enroll at institutions that (on average) lead their students to lower likelihoods of Bachelor's degree attainment by 0.5-0.9 percentage points and whose graduates earn $400-$900 lower annual early-30s wages, with smaller value-added declines among high-$AI$ URM applicants. The first panel of Figure IV shows that the institutions where URM UC applicants enrolled remained relatively steady in terms of their "CFSTY" early-30s annual wage value-added between 1995 and 1997, but sharply and persistently declined by almost $1,000 after 1998. In summary, Prop 209 caused URM UC applicants to enroll at lower-quality colleges and universities.

### 4.2 Degree Attainment

Next I turn to Prop 209's effects on URM UC applicants' educational outcomes: whether they earned a Bachelor's degree, an undergraduate STEM degree, and/or a graduate degree.[24] Given that Prop 209 caused the average URM UC applicant to enroll at a lower-quality university more similar to their academically-comparable non-URM peers' institutions, the Mismatch Hypothesis entails that URM applicants' outcomes will improve after Prop 209. Figure IV presents estimates from Equation 1 for six-year BA attainment among bottom-$AI$-quartile applicants, unconditional STEM degree attainment, and graduate degree attainment, instead showing that all three abruptly and persistently decline in 1998 following Prop 209.

Table III provides additional details on the impact of Prop 209 on URM UC applicants' degree attainment. The first two columns show that URM UC applicants were already less likely to earn Bachelor's degrees than academically-comparable non-URM applicants before Prop 209, and if anything became even less likely to

[24] I define undergraduate degree attainment using the union of UC and NSC data to augment imperfect NSC records from UC Santa Cruz; see Appendix D. This may upwardly bias the resulting estimates, since URM students are less likely to enroll at UC campuses following Prop 209. Estimates for each separate data source are presented in Table A-12; estimates are somewhat more-negative in NSC data and less-negative in UC data among UC enrollees.

earn degrees after affirmative action was eliminated, with a 95-percent confidence interval of -1.69 to 0.27 percentage point change in average six-year degree attainment.[25] This effect is wholly driven by the bottom $AI$ quartile of URM applicants, whose enrollment was shown above to largely flow from the more-selective and selective UC campuses to less-selective public and private California universities.[26]

The third and fourth columns of Table III show that URM applicants may have become less likely to earn STEM degrees conditional on earning a college degree (95-percent c.i. -1.65 to 0.35 percentage points).[27] In combination with the decline in overall degree attainment, this provides strong evidence for Prop 209 causing a decline in **unconditional** STEM degree attainment by 1.0 percentage point (s.e. 0.4). Table A-13 presents major-specific estimates of changes in URM UC applicants' fields of study; the fields with largest increases after 1998 are biology (0.62 percentage points) and miscellaneous humanities fields (0.30), while those with the largest decreases are economics (-0.39), history (-0.32), and mathematics (-0.29), suggesting substantial heterogeneity between and within disciplines.

The last three columns of Table III show the relative impact of Prop 209 on URM students' likelihood of earning a graduate degree. Graduate degrees tend to offer large labor market returns (Altonji et al., 2016; Altonji and Zhong, 2021) and may represent an important benefit to more-selective university enrollment. URM applicants became 1.3 percentage points (s.e. 0.5) less likely to earn graduate degrees after Prop 209 relative to academically-comparable non-URM applicants, with particularly-large declines among lower-$AI$ applicants. Almost half of this decline can be explained by a decline in STEM-oriented masters and doctoral degrees, for which attainment declines 0.58 percentage points (s.e. 0.21). There is only weak evidence of a decline in law degree attainment, and no such evidence for medical degrees.

[25]These estimates contrast with Arcidiacono et al. (2014), whose Table 3 suggests that Prop 209 increased URM UC graduation rates. Bleemer (2020) shows that those findings reflect selection bias on unobserved applicant characteristics: replacing the highly-censored SAT score and high school GPA covariates available in their data with continuous measures of the same metrics fully attenuates the observed effect.

[26]Applicants' changed degree attainment is less than half of the change in the six-year graduation rates of the institutions where they enroll, a lower ratio than those estimated by Cohodes and Goodman (2014) and Bleemer (2021) in other contexts. This suggests that the degree attainment of students targeted by affirmative action was relatively less sensitive to enrollment change. The bottom $AI$ quartile had an estimated ratio closer to 1 (as in those other studies).

[27]This finding contrasts with a number of previous studies that show that increased university selectivity tends to decrease students' likelihood of earning STEM degrees along different margins (Arcidiacono et al., 2016; Mountjoy and Hickman, 2020; Bleemer, 2021). I further analyze Prop 209's effect on UC enrollees' performance and persistence in STEM courses in Section 7.

### 4.3 Employment and Wages

Finally, I turn to the effect of Prop 209 on URM UC applicants' labor market outcomes. Figure V shows estimates of $\beta_{'98-99}$ annually estimated for each specified outcome six to sixteen years after UC application (when most applicants were age 34). The first panel shows that Prop 209 had no net effect on URM UC applicants' California labor market participation; 69 percent of applicants earned covered California wages annually before and after Prop 209.[28] Among wage-earning UC applicants, however, Prop 209 caused URM workers' wages to persistently decline by an average of \$1,800 (0.05 log points), or \$2,400 (0.04 log points) in their early 30s. As late as age 34, there is no evidence that the average wages of URM applicants impacted by Prop 209 recover to their earlier levels. Table A-14 shows that these wage declines are proportionally larger for lower-$AI$ URM applicants, who also faced the greatest educational deterioration.

The last two panels of Figure IV present the dynamics of URM UC applicants' wages in the years before and after Prop 209. Panel (e) shows estimated $\beta_y$ coefficients for the average of observed log wages 6-16 years after UC application. URM applicants' wages sharply decline between 1997 and 1998, reflecting the impact of Prop 209, but there is also evidence of a persistent relative trend of declining URM UC applicants' wages throughout the period. This trend is likely the result of ethnicity-specific wage dynamics in the California labor market, with URM workers' wage distribution potentially declining relative to the non-URM distribution as a result of rising inequality in the state (Juhn et al., 1991).

Following the insight of that study, I account for these wage dynamics by replacing applicants' wages with their percentile in the contemporaneous ACS wage distribution of same-ethnicity college-educated California workers born between 1974 and 1978, most of whom were already in college prior to Prop 209's 1998 implementation. Panel (f) shows that the resulting percentiles are unchanging in the periods either before or after Prop 209, successfully removing the time trend, with an approximately 1 percentage point decline observed

[28] Figure A-9 shows that California labor market participation is unchanged after Prop 209 for all four $AI$ quartiles of URM applicants. Prop 209 could have either increased or decreased URM applicants' likelihood of covered California employment: less-selective university enrollment likely decreases applicants' likelihood of seeking employment outside the state (since the credential is more geographically-specific), but increased out-of-state enrollment might have led to out-of-state employment.

between 1997 and 1998 caused by Prop 209. On average, a one percentile change in the 2001-2017 URM wage distributions corresponds to $1,940, closely matching the estimated decline in URM UC applicants' wages after Prop 209 shown in Table IV and suggesting that the baseline wage estimates reliably capture the effect of Prop 209.

I examine the wage estimates' sensitivity to alternative parallel trends assumptions using the method of Rambachan and Roth (2020), who provide robust confidence intervals for difference-in-difference statistics in the presence of bounded group-specific trends. Figure A-10 shows that the wage estimates presented in Panel (e) of Figure IV are sensitive to alternative assumptions, but that the wage percentile estimates in Panel (f) are robust to the assumption of annual differential trends of up to almost 0.15 percentiles per year. I also find that the pre-trend persists if the ACS wage distribution is fixed in a given year, implying that ethnicity-specific wage dynamics, not the form of the percentile transformation, explain the resulting parallel trends (Figure A-11).

Table IV summarizes the changes in URM UC applicants' wages following Prop 209, showing that academically-comparable URM and non-URM workers earned similar wages before Prop 209 but diverged afterwards. The second panel shows striking evidence of heterogeneity across URM students: while the wages of Hispanic students sharply declined following Prop 209 relative to academically-comparable non-URM applicants, there is little such evidence for Black applicants (though their smaller sample size results in larger standard errors).[29] This widens a previously-existing gap between the two groups, with Black applicants already earning lower average wages than academically-comparable Hispanic students (who also earn somewhat higher wages than academically-comparable non-URM applicants). Figure VI contextualizes this finding: while Black UC applicants faced similar or larger declines in university quality and educational outcomes than Hispanic UC applicants after Prop 209, and Hispanic UC applicants' wage outcomes deteriorated after 1998, there was no observable parallel decline among Black UC applicants. This suggests that while

[29] Estimating independent effects of Prop 209 on Black and Hispanic outcomes (e.g. dropping non-Black URM applicants to estimate the effect on Black applicants) does not change the presented results.

UC's affirmative action provided long-run wage returns to Hispanic students, its average labor market benefits to Black Californians may have been small, though this finding is tempered by Black applicants' wider confidence intervals and the unavailability of a Black-specific ACS wage distribution (due to small sample size).

While Prop 209 caused a small number of mostly-Black URM UC applicants to enroll at out-of-state Ivy+ institutions, the impact of their exit from California on the presented wage statistics can be narrowly bounded. Consider, for example, the number of years in which URM applicants earn at least $100,000 in the 6-16 years after UC application. Observationally, URM Ivy+ enrollees are about 15 percentage points less likely than other top-$AI$-quartile applicants to work in California annually, and almost one-third of URM Ivy+ enrollees who work in California earn over $100,000 between 6 and 16 years after UC application. Given the 0.5 (1.0) percentage point increase in Ivy+ enrollment among URM (Black) UC applicants after Prop 209, this implies an expected decline in the number of years earning over $100,000 of about 0.003 (0.005), small changes relative to the 0.08 fewer high-earning years among URM applicants and the 0.11 year gap between the estimated effects of Prop 209 on Black and Hispanic applicants reported in Table IV.

### 4.3.1 Contextualizing Prop 209's Labor Market Impact

While UC does not educate enough of the California workforce for its admissions policies to shift most moments of the state's aggregate wage distribution, the high wages earned by its graduates imply that its policies may meaningfully impact the composition of California's high-earning workers. About 56,000 URM students applied to UC between 1998 and 2002. Compared to a 1996-1997 baseline, the difference-in-difference estimates imply that Prop 209 caused each of those applicants to become about 1.3 percentage points less likely to earn at least $100,000 per year in California in 2014, 12 to 16 years after college application, though some of that decline may reflect secular ethnicity-specific wage dynamics in California.[30] This implies a decline

[30]In 2014, $100,000 was approximately the 90th (95th) percentile of wages among California (U.S.) workers aged 30 to 34, though it was earned by more than 20 percent of UC applicants 14 years after application. For annual estimated URM wage threshold declines relative to each baseline, see Figure A-12.

in the number of high-earning URM Californians by over 700. American Community Survey estimates show that there were 27,000 URM Californians earning over $100,000 in 2014, implying that Prop 209 caused a decline in the number of such workers among UC applicants by about 3 percent.[31] Given that 30-to-34 URM workers made up 46 percent of the 2010 California workforce but only 14 percent of earners over $100,000, this implies that affirmative action had been meaningfully mitigating inequality until Prop 209.

Figure A-13 shows that the fraction of early- and mid-30s URM Californians earning wages above $100,000 indeed disproportionately declined in the years that those cohorts would have lost selective university access as a result of Prop 209.[32] For example, relative to a 2010 baseline, URM Californians between ages 33 and 37 became about 10 percent less likely to earn over $100,000 between 2012 (when they all would have enrolled at university before Prop 209) and 2017 (when they all would have enrolled after Prop 209). Members of several comparison groups – including slightly older URM Californians, similar-aged URM non-Californians, and similar-aged non-URM Californians – all became slightly **more** likely to earn over $100,000 over the period. This suggests that the baseline estimates' focus on UC applicants may yield an underestimate of the aggregate labor market effect of Prop 209 for high earners, with further declines likely coming from two groups: (1) URM non-UC applicants who could have become less likely to earn admission to the more-selective public CSU universities, which were also bound by Prop 209; and (2) URM high school graduates deterred from UC application by Prop 209. The next section quantifies the magnitude of this latter group.

## 5 Application Deterrence and Model Robustness

The primary potential threat to the difference-in-difference design is that Prop 209 may have deterred some URM students from sending an application to UC, which could have further contributed to income inequality but may also generate sample selection bias in the baseline estimates (Long, 2004; Dickson, 2006; Yagan,

[31] The estimated $130-$150 million decline in 2014 wages earned by URM Californians between ages 30 and 34 represents a 0.4-0.5 percent aggregate decline for that group. All ACS statistics calculated using data from IPUMS (Ruggles et al., 2018).

[32] For this ACS analysis, I define Californians as those **born** in the state, to identify those likely impacted by Prop 209 and abstract away from post-education cross-state mobility.

2016).[33] I quantify the magnitude of this potential bias by first estimating the number and character of 'missing' URM UC applications. I match the applicant data to the annual number of 1994-2001 "UC-eligible" graduates from each public California high school by gender and ethnicity – with UC eligibility indicating that they had satisfactorily completed accredited college-level coursework – and estimate models of the form:

$$\frac{A_{syea}}{UC_{sye}} = \sum_{e' \in \{A,B,H\}} \sum_{y' \in \{96,98,00\}} \beta_{e'y'a} \mathbb{1}_{e=e', y \in \{y', y'+1\}} + \zeta_{sea} + \eta_{sya} + \epsilon_{syea} \tag{2}$$

where $A_{syea}$ is the number of UC-eligible UC applicants from school $s$ in years $\{y, y+1\}$ of ethnicity $e$ in $AI$ range $a$, and $UC_{sye}$ is the number of UC-eligible high school graduates in those years. $\zeta_{sea}$ and $\eta_{sya}$ are school-ethnicity and school-year fixed effects. Years are grouped into four pairs, from '94-95 to '00-01; ethnicities are grouped into Asian, Black, Hispanic, and white; and $AI$ bins are defined as 200-point bins from 4,000 to 8,000. I estimate Equation 2 by weighted least squares (weighting to the student level using $UC_{sye}$) separately for each $a$, and interpret $\beta_{e98a}$ as the average change in the proportion of UC-eligible $e$ high school graduates who applied to UC following Prop 209, implicitly assuming that the true distribution of $AI$ across school-year-ethnicity cohorts remains unchanged over time.[34]

Figure VII presents estimates of the Black and Hispanic $\beta_{e,\text{`}98-99,a}$ coefficients from Equation 2, scaled by the average total number of $e$ UC-eligible California high school graduates in the '98-99 cohorts. The figure also shows the proportion of those applicants who would have likely been admitted to some UC campus had they applied, where admission is predicted solely by $e$ and $AI$.[35] The figure shows that while some deterred Black and Hispanic high school graduates were unlikely to be admitted to any UC campus, there were also a

[33] Card and Krueger (2005) use SAT 'sends' (measured by College Board) as a proxy for university applications and present evidence that the decline in UC applications after 1998 was wholly driven by low-testing students unlikely to be qualified for UC admission. Appendix F replicates their finding using College Board data and shows that replacing SAT 'sends' with actual applications (observed by linking College Board and UC applicant records) reverses that conclusion.

[34] Table A-15 presents estimated coefficients for a specification of Equation 2 across all $AI$. It shows that URM application rates following Prop 209 declined by between 4 and 6 percent of all UC-eligible URM public high school graduates.

[35] That is, the blue bar is the product of the black bar and the proportion of 1998-1999 URM UC applicants in bin $a$ who were admitted to at least one campus. See Figure A-1 for evidence that $e$ and $AI$ were highly predictive of applicants' admission at most UC campuses, even after 1998. Admit estimates implicitly assume that each UC applicant's admission is small relative to the size and composition of the applicant pool.

large number of applicants certain to be admitted to some campus – indeed, very likely to be admitted to UC's more-selective campuses – who were deterred from UC application after Prop 209.[36] The sum across the bars suggests that the number of Black and Hispanic UC applicants declined by 12-13 percent (about 1,200 per year), most of whom would have likely been admitted to some UC campus.[37]

Given this shift in the UC applicant pool, I test for the magnitude of sample selection bias in the baseline difference-in-difference estimates in the previous section by re-estimating the models with a series of additional covariates that could partially absorb remaining bias. First, I follow Card and Rothstein (2007) and construct a cross-school Heckit control function treating $p = \frac{A_{s_i yea}}{UC_{s_i ye}}$ as applicant $i$'s likelihood of applying to UC (Heckman, 1979). This control function formally requires the exclusion restriction that the within-school-ethnicity-cohort choice to apply to any UC campus is (conditionally) uncorrelated with student outcomes, and it absorbs cross-group selection into UC application. I also construct an alternative Heckit function defining $p$ by the leave-one-out percentage of UC-eligible high school graduates who applied to UC by an applicant's school, gender, and ethnicity. In addition to the inverse mills ratios of these $p$ statistics, I also collect a detailed set of applicant covariates excluded from the main specifications: gender, parental education, log family income, parental occupations, UC eligibility, high school GPA rank, and the number of enrolled 12th-grade honors courses.[38]

I conduct a Monte Carlo exercise randomly selecting sets of these additional covariates for model inclusion (following Card et al., 2018) to test the presented estimates' sensitivity to alternative covariate specifications. In particular, I re-estimate Equation 1 specifying $X_{iy}$ in the following ways: null (no covariates); including only the components of $AI$ (as in the baseline specification); and then adding between 1 and 9 additional sets

[36]Table A-9 links these application declines to the $AI$- and campus-specific enrollment changes presented in Figure III to show that application deterrence caused a decline in URM UC enrollment by about 450 students, half from Berkeley and UCLA. Combined with the estimated enrollment decline among UC applicants, this implies that Prop 209 caused an annual decline in URM UC enrollment of about 800 students in '98-99, or 14 percent. This closely matches the differently-calculated estimates of Bleemer (2019a).

[37]Figure A-14 presents additional specifications of Equation 2. It shows that URM students were particularly discouraged from applying to the Berkeley and UCLA campuses, and that UC-ineligible applicants were only slightly deterred by Prop 209. As a placebo test, it also shows that application rates among Asian students increased by less than 2 percent relative to white applications.

[38]Rank is determined using UC GPA among UC applicants in that school-year. Parental education indicates the applicants' parents' highest education level (with seven codes); parental occupation indicates the parents' occupation set (with $17^2$ codes). Covariates with missing values are included with missing value indicators.

of covariates, selecting those that lead to the largest and smallest estimates of $\beta_{`98-99}$. The resulting estimates are shown in Figure A-15 for six main outcomes.

While the $AI$ components are important covariates for several outcome measures, likely absorbing substantive changes in the composition of UC applicants around 1998, there is no further combination of these highly-detailed control functions and covariates that meaningfully changes any of the $\beta_{`98-99}$ estimates, with the exception of six-year degree attainment growing slightly more negative.[39] These results show that the baseline estimates are highly insensitive to alternative model specifications conditioning on applicants' academic, demographic, and socioeconomic status and cross-school application behavior, though they may reflect sample selection bias on unobservables like orthogonal dimensions of their high school leadership activities.

## 6 Impact of Prop 209 on Non-URM UC Applicants

Prop 209 did not measurably impact the overall weighted-average institutional value-added of enrollment at public or all California universities (see Figure A-2) or among UC applicants; the decline in enrollment quality among URM students was offset by an improvement among non-URM students. As discussed in Section 3 above, I interpret the baseline difference-in-difference estimates as the impact of Prop 209 on URM UC applicants, despite the fact that – assuming constant treatment effects – as much as 20 percent of each estimate may reflect changes among non-URM applicants caused to enroll at more-selective universities.[40] Two sets of additional evidence suggest that the per-applicant impact of Prop 209 is smaller for non-URM than URM applicants (as in Dale and Krueger, 2014; Bleemer, 2021), implying that non-URM outcomes explain less than 20 percent of each baseline estimate. First, single-difference estimates show that non-URM outcomes are generally smooth in the years before and after Prop 209, while URM educational and

[39]For example, high school fixed effects explain 8.8 (3.0) percent of variation in six-year degree attainment (conditional log wages); the addition of the AI covariates brings the $R^2$ to 12.9 (5.8) percent; and adding the full suite of additional covariates raises the $R^2$ to 15.3 (6.9) percent. These increasing $R^2$ values suggest that the covariates could have been expected to shift the estimated effect of Prop 209 if the estimates exhibited sample selection bias.

[40]Appendix E shows that relative to academically-comparable white applicants, Asian applicants enrolled at similar universities and had indistinguishable wage outcomes after Prop 209, suggesting proportional effects of affirmative action for both groups.

wage outcomes sharply and persistently decline in 1998 (see Figure A-16). While this provides suggestive evidence of relatively small returns to more-selective UC enrollment for "crowding-in" non-URM students, the absence of an unimpacted comparison group prohibits separate identification of Prop 209's effect on non-URM students and secular trends.

Second, I employ an alternative research design to directly estimate the admissions return to one UC campus – UC Berkeley, the most selective campus and the campus where URM applicants' relative admissions advantages were largest until Prop 209 – for the non-URM applicants who were on the Berkeley admissions margin in the years before Prop 209. These non-URM students were likely among those who would have most benefited from Prop 209, since many of them could have been admitted in the absence of Berkeley's affirmative action policy.

In 1996 and 1997 Berkeley guaranteed admission to applicants above an annually-determined $AI$ threshold.[41] Admissions officers then admitted some lower-$AI$ applicants based on other application characteristics. Figure IX(a) shows the admissions likelihood of '96-97 non-URM Berkeley applicants at every $AI$, adding 70 points to 1996 $AI$s to align the two years' thresholds (7,360 and 7,430); admission was near-guaranteed above the threshold and provided to only half of slightly below-threshold applicants. Because applicants near Berkeley's admissions threshold are quasi-randomly distribution on one or the other side of the threshold, differentiated by small test score or grade differences, I interpret outcome differences on either side of the threshold as resulting from the above-threshold non-URM applicants' greater access to UC Berkeley.

I estimate the effects of UC Berkeley admission for on-the-margin non-URM '96-97 applicants using local linear regression discontinuity models following Calonico et al. (2014). Each plot visualizes the 6,086 '96-97 non-URM Berkeley applicants within 400 $AI$ points of the threshold; regressions include a 1997 indicator covariate.[42] Figure IX(b) shows that the increased likelihood of Berkeley admission causes about

[41] See Figure A-3. Berkeley chose its annual threshold so that 50 percent of its admitted applicants had $AI$ above the threshold. As a result, the threshold could not be chosen until after Berkeley observed all applicants' $AI$s, prohibiting applicants from manipulating their $AI$ to exceed the threshold. Admissions around the threshold was noisier in '94-95; see Figure B-1.

[42] The distribution of applicants is smooth across the threshold, with the McCrary (2008) test yielding a $p$-value of 0.58. Sociodemographics are also smooth across the threshold: I predict annual log early-30s wages by gender-ethnicity indicators, log parental income, and parental education among '96-97 freshman UC-eligible UC applicants – omitting in-sample applicants within 400 $AI$ of

one-third of newly-admitted on-the-margin non-URM students to enroll. However, those students would have otherwise enrolled at similar-quality institutions on average; Panel (c) shows that the "CFSTY" wage value-added of applicants' enrollment institutions is unimpacted at the threshold. Most of the students would likely have otherwise enrolled at UCLA or UCSD (6.1 percentage points, s.e. 3.5) or out-of-state universities (8.0 percentage points, s.e. 3.4).

Panels (d) to (f) of Figure IX show that graduate school enrollment, early-30s wages, and the number of years spent by each applicant in their early 30s earning over $150,000 per year are smooth across the Berkeley admissions threshold.[43] While the estimated standard errors cannot reject moderate returns to UC Berkeley admission, the observed effects suggest that on-the-margin non-URM students have access to alternative similar-value universities, and switching enrollment to UC Berkeley provides little measurable long-run economic return.

Appendix J presents comparable estimates for UC Davis, the only other UC campus to set a binding $AI$ admissions threshold before Prop 209. It shows that on-the-margin non-URM applicants rejected from UC Davis enroll at lower-value-added universities but similarly face no observable change in their educational or wage outcomes, though there is some evidence of non-random selection into applying to Davis above its admissions threshold. Nevertheless, if these estimated returns to UC Berkeley and Davis are externally valid for the non-URM students who crowded into more-selective UC campuses following Prop 209, this suggests that Prop 209 provided minimal benefits to non-URM students.

## 7 STEM Course Performance and Persistence

Having documented Prop 209's high-level effects on impacted young URM Californians, I next turn to an investigation of educational mechanisms that could explain these effects. Several previous studies have hy-

the threshold – and find that crossing the threshold yields lower 'predicted' income by 0.00027 log points, with standard error 0.018.

[43]There is no estimated change in likelihood of California employment across the Berkeley access threshold; despite their increased likelihood of out-of-state university enrollment, applicants' number of early-30s years employed in California increases by 0.14 years (s.e. 0.17). $150,000 is a better indicator of unusually high wages for this strongly positively-selected sample than $100,000; in their early 30s, they earned the former (latter) in 1.7 (0.6) out of five years.

pothesized that students who attend more-selective universities as a result of affirmative action will earn lower grades and become less likely to persist in demanding courses, especially in STEM fields, than if they'd enrolled at a less-selective university with lower-testing peers Loury and Garman (1993); Arcidiacono et al. (2016). However, previous studies have focused on the impact of affirmative action on overall grade point averages and major choice instead of URM students' actual course performance and STEM course progression.[44] Complementing the finding that Prop 209 failed to increase URM UC applicants' likelihood of earning a STEM degree – indeed, it led to the opposite effect – I further test this "Science Mismatch Hypothesis" by estimating the impact of Prop 209 on URM UC enrollees' performance and persistence along introductory STEM course sequences. I test alternative formulations of this Hypothesis in Appendix G and arrive at similar conclusions.

Using five UC campuses' detailed course enrollment records, I match core introductory STEM course sequences across these campus (e.g., each campus's two-course introductory Physics sequence) and estimate models of students' performance and persistence along these sequences using an extension of the baseline difference-in-difference models estimated above:[45]

$$Y_{iysm} = \alpha_{h_i} + \delta_y + \beta_0 URM_i + \sum_{t=1994}^{2002} \mathbb{1}_{\{t=y\}} \beta_y URM_i + \gamma X_{iy} + \epsilon_{iysm} \quad (3)$$

for student $i$ from high school $h_i$ in cohort $y$ who takes course $s$ in term $m$. I define three outcomes of interest for each completed course: the student's SAT percentile relative to their peers; the student's grade (out of 4 grade points); and the student's persistence, defined as an indicator for whether they completed the subsequent course in the sequence (e.g. whether the student completed Chemistry 2 after completing

[44] Differences in overall GPAs are at least as likely to reflect differing grading standards across departments and between lower- and upper-division courses as they are to reflect student course performance (Arcidiacono et al., 2012; Bleemer and Mehta, 2020). Differences in major choice may reflect that students have different preferences across majors at more- or less-selective institutions in a manner unrelated to course performance.

[45] Introductory STEM courses include four courses in chemistry (two introductory, two organic), two in biology, two in physics, and three in computer science. Each of these courses generally requires the previous course as a prerequisite. When universities on the quarter system include three courses along a sequence, I include the first and third course. Course details are provided in Appendix H. Estimates are largely insensitive to omitting engineering students, who may face different STEM course incentives.

Chemistry 1). Persistence is not defined for the final course in each sequence, and repeated course grades are omitted. The model is stacked over $s$ and estimated across courses, weighted evenly across students. Covariates $X_{iy}$ include the components of $AI$ as above. Standard errors are two-way clustered by student and course.

This definition of persistence mirrors the concept employed in the STEM Mismatch Hypothesis. Because the regression is weighted evenly across individuals, persistence can be heuristically understood as ranging from 0 to 100 percent. A student whose only completed STEM course is Chemistry 1, without ever completing Chemistry 2, would have persistence of 0 percent. A student who takes Chemistry 1, 2, and 3 but not 4 would have persistence 66.6 percent, since they persisted after two courses but not the third. A student who takes only all 3 Computer Science courses would have persistence of 100 percent. The STEM Mismatch Hypothesis holds that URM students admitted by affirmative action have lower STEM persistence than they would have had at less-selective universities.

In the two years before Prop 209, URM UC enrollees earned lower average grades in introductory STEM courses by 0.42 GPA points and were less likely to persist along STEM course sequences by 11.2 percentage points (See Tables A-16 and A-17). These gaps are fully explained by URM enrollees' poorer prior academic opportunity and preparation; their performance and persistence was indistinguishable from those of academically-comparable non-URM students across the five UC campuses. Relative to academically-comparable non-URM UC students, however, '96-97 URM students were 7.3 percentiles lower in their classes' SAT distribution, largely reflecting their enrollment at relatively more-selective UC campuses. The first panel of Figure VIII shows that Prop 209 caused URM students to enroll in STEM courses in which their average SAT percentile was about 4 percentage points higher, closing the gap by more than half. However, this increase in class rank did not translate into any observable improvement in those students' likelihood of STEM persistence or course grades. URM enrollees STEM performance and persistence were unchanged when their class rank improved; the 95 percent confidence interval around the estimated change in STEM

persistence narrowly bounds 0, from -2.3 to 3.5 percentage points, small effects relative to the raw STEM persistence ethnicity gap of 11.2 percentage points before Prop 209. Figure A-17 shows that Prop 209 similarly impacted Black and Hispanic UC enrollees' STEM persistence and performance outcomes.

I also estimate a difference-in-difference model of UC enrollees' likelihood of completing any STEM major (following Equation 1). URM UC enrollees' STEM major choice is precisely unchanged relative to academically-comparable non-URM enrollees after Prop 209, with a 95 percent confidence interval rejecting increases above 1.5 percentage points; the overall decline in STEM attainment thus appears driven by students who exit these UC campuses following Prop 209. These findings suggest that selectivity differences between public research universities are at best a second-order determinant of URM students' relative persistence and performance in STEM courses; instead, they appear largely explained by compositional differences in prior academic opportunity and preparation. In turn, the absence of changed STEM performance and persistence after Prop 209 suggests that course performance or persistence are not primary explanations for the effect of Prop 209 on students' educational and wage outcomes.

## 8 Discussion: Affirmative Action and Efficiency

The evidence presented above have implications for both the equity and efficiency of affirmative action. While affirmative action may have second-order effects on students whose admission was unrelated to the policy, such as through peer effects (Sacerdote, 2011) and the effect of campus diversity (Carrell et al., 2009), to a first approximation the (Kaldor-Hicks allocative) efficiency of affirmative action can be measured by the net impact of Prop 209 on two groups of students: the URM students targeted by affirmative action and the non-URM students who would have been admitted otherwise. Since net enrollment at more- and less-selective universities appears roughly unaffected by Prop 209 (see Figure A-2), this net effect can instead be summarized by the average relative returns to more-selective university enrollment for these two groups of students.

The single-difference and regression discontinuity estimates presented in Section 6 suggest that the non-URM students whose enrollment was impacted by Prop 209 received minimal returns from those changes, in line with the hypothesis that the return to more-selective university enrollment was relatively larger for the URM students targeted by affirmative action than it was for the non-URM students who replaced them after Prop 209. Unfortunately, Berkeley's URM admissions policies did not generate a sharp change in admissions likelihood at any $AI$, prohibiting parallel analysis for that group of students (See Figure B-1).

That hypothesis is further supported by a comparison between the change in URM students' early-30s wages and the change in the wage value-added of their enrollment institutions. While Prop 209 led URM students to enroll at universities with lower early-30s wage value-added by as much as $1,000, those students' actual early-30s annual wages fell by more than $2,000 (see Tables II and IV). Assuming that the presented value-added statistics either approximate or relatively overestimate the average difference in treatment effects of enrolling at those universities, this suggests that the wage effect of more-selective university enrollment for the students impacted by affirmative action is significantly larger than universities' average treatment effect. While the local average wage treatment effect for "crowding-in" non-URM students remains unobserved, that effect is very likely to be lower than the above-average effects for the URM students who benefited from affirmative action. These evidence suggest that affirmative action improved the allocative efficiency of California higher education.

## 9 Conclusion

Proposition 209 banned race-based affirmative action at public California universities starting in 1998. In the years immediately after the ban, URM UC applicants' university enrollment sharply shifted away from UC's most-selective Berkeley and UCLA campuses, causing a cascade of students to enroll at lower-quality public institutions and some private universities. Contrary to the Mismatch Hypothesis, less-selective university enrollment did not lead UC's remaining URM students to earn higher grades in challenging courses, but it did

cause URM applicants to become less likely to earn STEM degrees and any graduate degrees, and undergraduate degree attainment declined among lower-testing URM applicants. These poorer educational outcomes in turn contributed to a 5 percent average annual decline in Hispanic – but not Black – applicants' early-career wages, exacerbating inequality by decreasing the number of early-career URM Californians earning over $100,000 by at least 3 percent. Prop 209 also discouraged thousands of additional academically-competitive URM students from sending applications to public research universities, likely leading to additional reductions in California's high-earning URM workforce.

Affirmative action decreases non-URM student enrollment for each net additional URM student that it causes to enroll. However, single-difference and regression discontinuity evidence suggest that those impacted non-URM students – whose more-selective university enrollment increased following Prop 209 – experienced relatively small long-run educational or wage effects after Prop 209. URM students, on the other hand, had received above-average wage returns to more-selective university enrollment under affirmative action, and thus faced disproportionate declines after Prop 209, suggesting that Prop 209 reduced both the equity and efficiency of California higher education. White and Asian students were proportionally impacted by Prop 209, with no evidence of disparate impacts for one or the other.

These findings differ from several existing analyses of the impacts of affirmative action, even those focusing on Prop 209, and highlight the importance of high-quality and detailed administrative data and a transparent research design to help to account for sample selection and omitted variable bias. They also contextualize the impact of university affirmative action policies relative to other policies aiming to close opportunity gaps for low-income and Black and Hispanic youths. Some limitations remain. The presented estimates are reduced-form, averaging over many URM students who were likely unimpacted by the Prop 209 policy change, which means that they likely underestimate the effect of Prop 209 on students whose enrollment was shifted by UC's policy change. They omit the impacts of Prop 209 on URM Californians dissuaded from UC application by Prop 209, who may have benefited from affirmative action at UC. The estimates also

omit labor market outcomes for (endogenously-selected) non-Californian and self-employed workers. Nevertheless, this study documents the meaningful potential of affirmative action policies to promote economic mobility in the U.S. – though perhaps not to close white-Black mobility gaps – and the equity and efficiency consequences of affirmative action's prohibition.

UNIVERSITY OF CALIFORNIA, BERKELEY

# References


**Altonji, Joseph G. and Ling Zhong**, "The Labor Market Return to Advanced Degrees," *Journal of Labor Economics*, 2021, *39* (2), 303–360.

**Altonji, Joseph, Peter Arcidiacono, and Arnaud Maurel**, "The Analysis of Field Choice in College and Graduate School: Determinants and Wage Effects," *Handbook of the Economics of Education*, 2016, *5*, 305–396.

**Anelli, Massimo**, "The Returns to Elite College Education: A Quasi-Experimental Analysis," *Journal of the European Economic Association*, 2019, *18* (6), 2824–2868.

**Antman, Francisca and Brian Duncan**, "Incentives to Identify: Racial Identity in the Age of Affirmative Action," *Review of Economics and Statistics*, 2015, *97* (3), 710–713.

**Antonovics, Kate and Richard Sander**, "Affirmative Action Bans and the "Chilling Effect"," *American Law and Economics Review*, 2013, *15* (1), 252—-299.

**Arcidiacono, Peter**, "Ability Sorting and the Returns to College Major," *Journal of Econometrics*, 2004, *121* (1-2), 343–375.

— , "Affirmative Action in Higher Education: How Do Admission and Financial Aid Rules Affect Future Earnings?," *Econometrica*, 2005, *73* (5), 1477–1524.

— **and Michael Lovenheim**, "Affirmative Action and the Quality-Fit Trade-off," *Journal of Economic Literature*, 2016, *54* (1), 3–51.

— **, Esteban Aucejo, and Ken Spenner**, "What happens after enrollment? An analysis of the time path of racial differences in GPA and major choice," *IZA Journal of Labor Economics*, 2012, *1* (5).

— **, — , and V. Joseph Hotz**, "University Differences in the Graduation of Minorities in STEM Fields: Evidence from California," *American Economic Review*, 2016, *106* (3), 525–562.

— **, — , Patrick Coate, and V Joseph Hotz**, "Affirmative action and university fit: Evidence from Proposition 209," *IZA Journal of Labor Economics*, 2014, *3* (7).

— **, Josh Kinsler, and Tyler Ransom**, "Asian American Discrimination in Harvard Admissions," *Institute of Labor Economics Discussion Paper*, 2020, *13172.*

**Atkinson, Richard C. and Patricia A. Pelfrey**, "Rethinking Admissions: US Public Universities in the Post-Affirmative Action Age," *CSHE Research Paper Series*, 2004, *11* (4).

**Backes, Ben**, "Do affirmative action bans lower minority college enrollment and attainment? Evidence from statewide bans," *Journal of Human Resources*, 2012, *47* (2), 435–455.

**Bagde, Surendrakumar, Dennis Epple, and Lowell Taylor**, "Does Affirmative Action Work? Caste, Gender, College Quality, and Academic Success in India," *American Economic Review*, 2016, *106* (6), 1495–1521.

**Barrow, Lisa, Lauren Sartain, and Marisa de la Torre**, "Increasing Access to Selective High Schools through Place-Based Affirmative Action: Unintended Consequences," *AEJ: Applied Economics*, 2020, *12* (4), 135–163.

**Bertrand, Marianne, Rema Hanna, and Sendhil Mullainathan**, "Affirmative action in education: Evidence from engineering college admissions in India," *Journal of Public Economics*, 2010, *94* (1-2), 16–29.

**Billings, Stephen B, David J Deming, and Jonah Rockoff**, "School segregation, educational attainment, and crime: Evidence from the end of busing in Charlotte-Mecklenburg," *The Quarterly Journal of Economics*, 2014, *129* (1), 435–476.

**Black, Sandra, Jeffrey Denning, and Jesse Rothstein**, "Winners and Losers? The Effect of Gaining and Losing Access to Selective Colleges on Education and Labor Market Outcomes," *Manuscript*, 2020.

**Bleemer, Zachary**, "The UC ClioMetric History Project and Formatted Optical Character Recognition," *CSHE Research Paper Series*, 2018, *18* (3).

— , "Diversity in University Admissions: Affirmative Action, Percent Plans, and Holistic Review," *CSHE Research Paper Series*, 2019, *19* (6).

— , *The impact of Proposition 209 on under-represented UC applicants, and the magnitude of subsequent UC admission policies on URG enrollment*, Oakland, CA: UCOP Institutional Research and Academic Planning, 2019.

— , "Mismatch at the University of California before Proposition 209," *UC-CHP Policy Brief*, 2020, *2020.5.*

— , "Top Percent Policies and the Return to Postsecondary Selectivity," *CSHE Research Paper Series*, 2021, *21* (1).

— **and Aashish Mehta**, "College Major Restrictions and Student Stratification," *UC-CHP Policy Brief*, 2020, *2020.3.*

**Calonico, Sebastian, Matias Cattaneo, and Rocio Titiunik**, "Robust Nonparametric Confidence Intervals for Regression-Discontinuity Designs," *Econometrica*, 2014, *82* (6), 2295–2326.

**Card, David, Alessandra Fenizia, and David Silver**, "The Health Effects of Cesarean Delivery for Low-Risk First Births," *NBER Working Paper*, 2018, *24493.*

— **and Alan Krueger**, "Would the elimination of affirmative action affect highly qualified minority applicants? Evidence from California and Texas," *Industrial and Labor Relations Review*, 2005, *58*, 416—-434.

— **and Jesse Rothstein**, "Racial Segregation and the Black-White Test Score Gap," *Journal of Public Economics*, 2007, *91* (11-12), 2158–2184.

**Carrell, Scott E., Richard L. Rullerton, and James E. West**, "Does Your Cohort Matter? Measuring Peer Effects in College Achievement," *Journal of Labor Economics*, 2009, *27* (3), 439–464.

**Chan, Jimmy and Erik Eyster**, "Does Banning Affirmative Action Lower College Student Quality," *American Economic Review*, 2003, *93* (3), 858–872.

**Chetty, Raj, John Friedman, Emmanuel Saez, Nicholas Turner, and Danny Yagan**, "Income Segregation and Intergenerational Mobility Across Colleges in the United States," *The Quarterly Journal of Economics*, 2020, *135* (3), 1567–1633.

— **, Nathaniel Hendren, and Lawrence F Katz**, "The effects of exposure to better neighborhoods on children: New evidence from the Moving to Opportunity experiment," *American Economic Review*, 2016, *106* (4), 855–902.

— **, — , Maggie R. Jones, and Sonya R. Porter**, "Race and Economic Opportunity in the United States: an Intergenerational Perspective," *The Quarterly Journal of Economics*, 2020, *135* (2), 711–783.

**Cohodes, Sarah R. and Joshua S. Goodman**, "Merit Aid,

College Quality, and College Completion: Massachusetts' Adams Scholarship as an In-Kind Subsidy," *American Economic Journal: Applied Economics*, 2014, *6* (4), 251–285.

**Dale, Stacy and Alan Krueger**, "Estimating The Payoff Of Attending A More Selective College: An Application Of Selection On Observables And Unobservables," *The Quarterly Journal of Economics*, 2002, *107* (4), 1491–1527.

_ **and** _ , "Estimating the Effects of College Characteristics over the Career Using Administrative Earnings Data," *The Journal of Human Resources*, 2014, *49* (2), 323–358.

**Denning, Jeffrey and Patrick Turley**, "Was that SMART? Institutional Financial Incentives and Field of Study," *Journal of Human Resources*, 2017, *52* (1), 152–186.

**Derenoncourt, Ellora and Claire Montialoux**, "Minimum Wages and Racial Inequality," *The Quarterly Journal of Economics*, 2021, *136* (1), 169–228.

**Dickson, Lisa M.**, "Does ending affirmative action in college admissions lower the percent of minority students applying to college?," *Economics of Education Review*, 2006, *25* (1), 109–119.

**Dillon, Eleanor Wiske and Jeffrey Andrew Smith**, "The Consequences of Academic Match between Students and Colleges," *Journal of Human Resources*, 2020, *55* (3), 767–808.

**Dobbie, Will and Roland G Fryer Jr**, "Are high-quality schools enough to increase achievement among the poor? Evidence from the Harlem Children's Zone," *American Economic Journal: Applied Economics*, 2011, *3* (3), 158–87.

**Dynarski, Susan, Steven W. Hemelt, and Joshua M. Hyman**, "The Missing Manual: Using National Student Clearinghouse Data to Track Postsecondary Outcomes," *Educational Evaluation and Policy Analysis*, 2015, *37* (1S), 53S–79S.

**Ehrenberg, Ronald G.**, "Analyzing the factors that influence persistence rates in STEM field, majors: Introduction to the symposium," *Economics of Education Review*, 2010, *29* (6), 888–891.

**Fischer, Mary J and Douglas S Massey**, "The effects of affirmative action in higher education," *Social Science Research*, 2007, *36* (2), 531–549.

**Fryer, Roland G., Glenn C. Loury, and Tolga Yuret**, "An Economic Analysis of Color-Blind Affirmative Action," *The Journal of Law, Economics, and Organization*, 2008, *24* (2), 319–355.

**Griffith, Amanda**, "Persistence of women and minorities in STEM field majors: Is it the school that matters?," *Economics of Education Review*, 2010, *29* (6), 911–922.

**Heckman, James J.**, "Sample Selection Bias as a Specification Error," *Econometrica*, 1979, *47* (1), 153–161.

**Hinrichs, Peter**, "The Effects of Affirmative Action Bans on College Enrollment, Educational Attainment, and the Demographic Composition of Universities," *The Review of Economics and Statistics*, 2012, *94* (3), 712–722.

**Hoekstra, Mark**, "The Effect of Attending the Flagship State University on Earnings: A Discontinuity-Based Approach," *The Review of Economics and Statistics*, 2009, *91* (4), 717–724.

**Holzer, Harry and David Neumark**, "Assessing affirmative action," *Journal of Economic Literature*, 2000, *38* (3), 483–568.

**Jackson, C Kirabo, Rucker C Johnson, and Claudia Persico**, "The effects of school spending on educational and economic outcomes: Evidence from school finance reforms," *The Quarterly Journal of Economics*, 2016, *131* (1), 157–218.

**Johnson, Rucker**, *Children of the Dream: Why School Integration Works*, New York: Basic Books and Russell Sage Foundation Press, 2019.

**Juhn, Chinhui, Kevin M. Murphy, and Brooks Pierce**, "Accounting for the Slowdown in Black-White Wage Convergence," in Marvin H. Koster, ed., *Workers and Their Wages*, Washington, DC: AEI Press, 1991, pp. 107–143.

**Kapor, Adam**, "Distributional Effects of Race-Blind Affirmative Action," *Manuscript*, 2020.

**Long, Mark C.**, "College Applications and the Effect of Affirmative Action," *Journal of Econometrics*, 2004, *121* (1–2), 319–342.

**Loury, Linda Datcher and David Garman**, "Affirmative Action in Higher Education," *American Economic Review*, 1993, *83* (2), 99–103.

**Marion, Justin**, "How Costly Is Affirmative Action? Government Contracting and California's Proposition 209," *The Review of Economics and Statistics*, 2009, *91* (3), 503–522.

**McCrary, Justin**, "Manipulation of the running variable in the regression discontinuity design: A density test," *Journal of Econometrics*, 2008, *142*, 698–714.

**Mountjoy, Jack and Brent R. Hickman**, "The Returns to College(s): Estimating Value-Added and Match Effects in Higher Education," *Manuscript*, 2020.

**National Student Clearinghouse Research Center**, "Impact of Directory Information Blocks on StudentTracker Results," 2017.

**Niu, Sunny and Marta Tienda**, "Minority Student Academic Performance Under the Uniform Admission Law: Evidence From The University of Texas at Austin," *Educational Evaluation and Policy Analysis*, 2010, *32* (1), 44–69.

**Rambachan, Ashesh and Jonathan Roth**, "An Honest Approach to Parallel Trends," *Manuscript*, 2020.

**Rose, Heather**, "The Effects of Affirmative Action Programs: Evidence from the University of California at San Diego," *Educational Evaluation and Policy Analysis*, 2005, *27* (3), 263–289.

**Ruggles, Steven, Sarah Flood, Ronald Goeken, Josiah Grover, Erin Meyer, Jose Pacas, and Matthew Sobek**, *IPUMS USA: Version 8.0*, Minneapolis, MN: IPUMS, 2018.

**Sacerdote, Bruce**, "Peer Effects in Education: How Might They Work, How Big Are They and How Much Do We Know Thus Far?," *Handbook of the Economics of Education*, 2011, *3*, 249–277.

**Sander, Richard and Stuart Taylor**, *Mismatch: How Affirmative Action Hurts Students It's Intended to Help, and Why Universities Won't Admit It*, New York: Basic Books, 2012.

**Sjoquist, David L. and John V. Winters**, "State Merit Aid Programs and College Major: A Focus on STEM," *Journal of Labor Economics*, 2015, *33* (4), 973–1006.

**Sowell, Thomas**, *Black Education: Myths and Tragedies*, Philadelphia: David McKay, 1972.

**UCOP**, *Undergraduate Access to the University of California After the Elimination of Race-Conscious Policies*, Oakland, CA: University of California, 2003.

**US Department of Homeland Security**, "STEM Designated Degree Program List," 2016.

**Vars, Frederick and William Bowen**, "Scholastic Aptitude Test scores, race, and academic performance in selective colleges and universities," in C. Jencks and M. Phillips, eds., *The Black–White test score gap*, Washington, D.C.: Brookings Institution Press, 1998, pp. 457–479.

**Yagan, Danny**, "Supply vs. demand under an affirmative action ban: Estimates from UC law schools," *Journal of Public Economics*, 2016, *137*, 38–50.

**Zimmerman, Seth D.**, "The Returns to College Admission for Academically Marginal Students," *Journal of Labor Economics*, 2014, *32* (4), 711–754.

— , "Elite Colleges and Upward Mobility to Top Jobs and Top Incomes," *American Economic Review*, 2019, *109* (1), 1–47.

Table I: Descriptive Statistics of 1990s UC Admissions by Ethnicity

| | Application | | | Admission | | | Enrollment | | |
|---|---|---|---|---|---|---|---|---|---|
| | '94-5 | '96-7 | '98-9 | '94-5 | '96-7 | '98-9 | '94-5 | '96-7 | '98-9 |
| **Panel A: Non-URM Applicants** | | | | | | | | | |
| Average Number or Percent of Applicants | | | | | | | | | |
| More Selective UCs | 15,659 | 18,941 | 22,262 | 48.2 | 43.2 | 37.7 | 15.2 | 13.4 | 13.2 |
| Selective UCs | 12,705 | 14,383 | 17,358 | 77.3 | 72.7 | 63.2 | 19.0 | 19.2 | 16.7 |
| Less Selective UCs | 7,251 | 7,827 | 10,098 | 83.7 | 85.5 | 84.5 | 15.7 | 18.4 | 17.5 |
| All UCs | 33,602 | 37,972 | 42,268 | 84.8 | 83.5 | 83.9 | 49.6 | 49.4 | 49.6 |
| Average SAT Score | | | | | | | | | |
| More Selective UCs | 1224 | 1227 | 1237 | 1320 | 1335 | 1339 | 1277 | 1294 | 1299 |
| Selective UCs | 1156 | 1160 | 1171 | 1193 | 1202 | 1222 | 1140 | 1156 | 1172 |
| Less Selective UCs | 1135 | 1134 | 1138 | 1157 | 1154 | 1158 | 1124 | 1121 | 1123 |
| All UCs | 1182 | 1187 | 1194 | 1207 | 1212 | 1216 | 1196 | 1208 | 1217 |
| **Panel B: URM Applicants** | | | | | | | | | |
| Average Number or Percent of Applicants | | | | | | | | | |
| More Selective UCs | 3,843 | 4,113 | 4,438 | 56.7 | 49.8 | 27.1 | 17.8 | 15.9 | 10.0 |
| Selective UCs | 2,889 | 2,970 | 3,356 | 78.2 | 74.5 | 57.2 | 18.0 | 16.5 | 15.6 |
| Less Selective UCs | 2,229 | 2,200 | 2,757 | 81.6 | 79.2 | 76.2 | 17.9 | 16.4 | 17.9 |
| All UCs | 9,478 | 9,498 | 9,922 | 81.3 | 79.4 | 73.4 | 47 | 44.3 | 39.6 |
| Average SAT Score | | | | | | | | | |
| More Selective UCs | 1054 | 1068 | 1083 | 1131 | 1158 | 1194 | 1102 | 1125 | 1149 |
| Selective UCs | 1017 | 1030 | 1045 | 1057 | 1074 | 1102 | 1018 | 1040 | 1068 |
| Less Selective UCs | 985 | 993 | 1006 | 1008 | 1019 | 1034 | 977 | 987 | 1004 |
| All UCs | 1025 | 1039 | 1048 | 1054 | 1071 | 1081 | 1052 | 1071 | 1077 |

Note: Count and mean average descriptive statistics of 1994-1999 California-resident freshman UC applicants who are or are not underrepresented minorities (URM). Statistics are averaged across campuses: Berkeley, UCLA, and San Diego are More Selective; Santa Barbara, Irvine, and Davis are Selective; and Santa Cruz and Riverside are Less Selective. URM includes Black, Hispanic, and Native American applicants. SAT score was on the 1600 scale. Percent admitted and percent enrolled are conditional on applying to that campus. Campus-specific statistics are presented in Table A-3. Descriptive statistics by ethnicity available in Tables A-4 (Black and Hispanic) and A-5 (white and Asian). Source: UC Corporate Student System.

Table II: Difference-in-Difference Estimates of URM UC Applicants' Post-1998 University Quality

| | First Four-Year Institution | | | First Institution Value-Added | | | |
|---|---|---|---|---|---|---|---|
| | | | | "MH" VA | | "CFSTY" VA | |
| | Adm. Rate (%) | Avg. SAT | 6 Yr. BA Rate (%) | BA (%) | Earn ($) | BA (%) | Earn ($) |
| **Panel A: Difference-in-Difference Coefficients** | | | | | | | |
| URM ($\beta_0$) | -7.3 | 37.1 | 3.5 | 2.0 | 1,896 | 2.8 | 2,862 |
| | (0.2) | (1.0) | (0.1) | (0.1) | (75) | (0.1) | (84) |
| URM × Prop 209 ($\beta_{'98-99}$) | 3.6 | -19.7 | -1.7 | -0.6 | -384 | -1.0 | -922 |
| | (0.2) | (1.3) | (0.2) | (0.2) | (93) | (0.2) | (105) |
| $\bar{Y}$ | 51.1 | 1,187.6 | 68.2 | | | | |
| Obs. | 173,958 | 171,565 | 169,945 | 177,365 | 173,878 | 176,092 | 173,591 |
| **Panel B: Estimates of URM × Prop 209 ($\beta_{'98-99}$) by $AI$ Quartile** | | | | | | | |
| Bottom Quartile | 1.8 | -25.5 | -3.3 | -1.6 | -638 | -1.9 | -796 |
| | (0.6) | (3.7) | (0.6) | (0.4) | (214) | (0.5) | (246) |
| Second Quartile | 5.2 | -28.7 | -3.0 | -0.5 | -618 | -1.3 | -1,547 |
| | (0.5) | (3.0) | (0.5) | (0.4) | (197) | (0.4) | (237) |
| Third Quartile | 5.6 | -21.1 | -1.0 | 0.1 | -374 | -0.4 | -1,273 |
| | (0.5) | (2.7) | (0.4) | (0.3) | (182) | (0.3) | (218) |
| Top Quartile | 2.0 | -7.4 | -0.7 | -0.8 | -157 | -1.0 | -480 |
| | (0.4) | (2.4) | (0.3) | (0.3) | (224) | (0.3) | (233) |

Note: Estimates of $\beta_0$ and $\beta_{'98-99}$ from Equation 1, a difference-in-difference model of 1996-1999 URM UC freshman California-resident applicants' outcomes compared to non-URM outcomes after the 1998 end of UC's affirmative action program. Outcomes defined as characteristics of the first four-year university or the first two- or four-year institution at which the applicant enrolled within six years of high school graduation as measured in the NSC. Models include high school fixed effects and the components of UC's Academic Index (see footnote 21). Academic Index ($AI$) is defined in footnote 6; models by $AI$ quartile are estimated independently, with quartiles defined by the $AI$ distribution of 96-97 URM UC applicants. IPEDS data (first three columns) are linked to NSC by OPE ID; admission rate and average SAT score (which is averaged across the available 25th and 75th math and verbal score percentiles) are fixed by institution in 2001, the earliest observed year, while six-year graduation rate is contemporaneous. Robust standard errors in parentheses. Value-added (VA) measures are estimated by regressing six-year BA attainment or average conditional wages 12 to 16 years after UC application, when most applicants are in their early 30s, on college indicators, year FEs, and either ("MH") indicators for each applicant's set of UC campus applications and admissions (following Mountjoy and Hickman, 2020) or ("CFSTY") ethnicity indicators and quintics in SAT score and family income (following Chetty et al., 2020a), estimated over the 1995-1997 UC applicant pool. Source: UC Corporate Student System, National Student Clearinghouse, the California Employment Development Department, and the Integrated Postsecondary Education Data System (IPEDS).

Table III: Difference-in-Difference Estimates of URM UC Applicants' Post-1998 Educational Outcomes

| | Earn Bach. Deg. (%) | | Earn STEM Deg. (%) | | Earn Graduate Deg. (%) | | |
|---|---|---|---|---|---|---|---|
| | 4 Years | 6 Years | Uncondit. | Condit. | All | STEM | JD |
| **Panel A: Difference-in-Difference Coefficients** | | | | | | | |
| URM | -1.90 | -2.61 | 0.46 | 0.44 | 4.83 | 0.60 | 0.92 |
| | (0.41) | (0.40) | (0.31) | (0.41) | (0.42) | (0.17) | (0.19) |
| URM × Prop 209 | -0.85 | -0.71 | -0.98 | -0.65 | -1.31 | -0.58 | -0.21 |
| | (0.51) | (0.50) | (0.38) | (0.51) | (0.53) | (0.21) | (0.22) |
| $\bar{Y}$ | 47.8 | 74.6 | 22.2 | 27.1 | 36.0 | 5.4 | 4.9 |
| Obs. | 199,321 | 199,321 | 199,321 | 148,771 | 199,321 | 199,321 | 199,321 |
| **Panel B: Estimates of URM × Prop 209 ($\beta_{'98-99}$) by $AI$ Quartile** | | | | | | | |
| Bottom Quartile | -2.09 | -4.25 | -1.23 | -1.42 | -2.77 | -0.86 | -0.08 |
| | (1.21) | (1.44) | (0.65) | (1.08) | (1.25) | (0.33) | (0.32) |
| Second Quartile | 0.55 | -0.52 | -1.05 | -0.44 | -1.11 | 0.34 | -0.65 |
| | (1.23) | (1.22) | (0.80) | (1.03) | (1.21) | (0.37) | (0.42) |
| Third Quartile | 0.98 | 1.22 | -0.76 | -0.82 | -1.26 | -0.53 | -0.68 |
| | (1.19) | (1.05) | (0.89) | (1.07) | (1.16) | (0.42) | (0.48) |
| Top Quartile | -0.71 | -0.03 | 0.81 | 0.14 | -0.14 | -0.32 | -0.24 |
| | (1.10) | (0.88) | (0.96) | (1.09) | (1.13) | (0.56) | (0.61) |

Note: Estimates of $\beta_0$ and $\beta_{'98-99}$ from Equation 1, an OLS difference-in-difference model of 1996-1999 URM UC freshman California-resident applicants' educational outcomes compared to non-URM outcomes after the 1998 end of UC's affirmative action program. Outcomes defined as having earned a Bachelor's degree in five or six years, having earned a Bachelor's degree in a STEM field (unconditional or conditional on six-year degree attainment), or having ever earned a graduate degree (any, JD, or MD), all as measured in the union of UC administrative records and the NSC. Models include high school fixed effects and the components of UC's Academic Index (see footnote 21). Academic Index ($AI$) is defined in footnote 6; models by $AI$ quartile are estimated independently, with quartiles defined by the $AI$ distribution of 96-97 URM UC applicants. Robust standard errors in parentheses. Source: UC Corporate Student System and National Student Clearinghouse.

Table IV: Difference-in-Difference Estimates of URM UC Applicants' Post-1998 CA Wage Outcomes

| | Average 6-16 Years after UC App. | | | | Average 12-16 Years after UC App. | | | |
|---|---|---|---|---|---|---|---|---|
| | # Years Emp. | Total Wages ($) | Log Wages | # > $100K Wages | # Years Emp. | Total Wages | Log Wages ($) | # > $100 Wages |
| **Panel A: Difference-in-Difference Coefficients** | | | | | | | | |
| URM | 0.09 | -159 | 0.01 | -0.06 | 0.05 | -807 | -0.00 | -0.03 |
| | (0.04) | (359) | (0.01) | (0.02) | (0.02) | (531) | (0.01) | (0.01) |
| URM × Prop 209 | -0.00 | -1,822 | -0.05 | -0.08 | 0.00 | -2,382 | -0.04 | -0.07 |
| | (0.04) | (438) | (0.01) | (0.03) | (0.02) | (639) | (0.01) | (0.02) |
| $\bar{Y}$ | 7.55 | 60,888 | 10.69 | 1.48 | 3.30 | 79,064 | 10.89 | 1.01 |
| Obs. | 199,321 | 178,156 | 178,156 | 199,321 | 199,321 | 152,977 | 152,977 | 199,321 |
| **Panel B: Estimates with Separate Coefficients for Black and Hispanic Applicants** | | | | | | | | |
| Black | -0.60 | -2,004 | -0.08 | -0.16 | -0.27 | -1,903 | -0.09 | -0.09 |
| | (0.07) | (645) | (0.02) | (0.03) | (0.04) | (948) | (0.02) | (0.02) |
| Hispanic | 0.38 | 596 | 0.05 | -0.02 | 0.19 | -300 | 0.03 | -0.01 |
| | (0.04) | (403) | (0.01) | (0.02) | (0.02) | (595) | (0.01) | (0.02) |
| Black × Prop 209 | 0.03 | -479 | -0.03 | -0.01 | 0.02 | -581 | -0.03 | -0.02 |
| | (0.09) | (856) | (0.02) | (0.05) | (0.05) | (1,259) | (0.03) | (0.03) |
| Hispanic × Prop 209 | -0.04 | -2,300 | -0.05 | -0.12 | -0.01 | -3,000 | -0.05 | -0.09 |
| | (0.05) | (482) | (0.01) | (0.03) | (0.03) | (699) | (0.02) | (0.02) |
| $\bar{Y}$ | 7.56 | 60,939 | 10.69 | 1.48 | 3.30 | 79,136 | 10.89 | 1.01 |
| Obs. | 197,804 | 176,825 | 176,825 | 197,804 | 197,804 | 151,854 | 151,854 | 197,804 |

Note: Estimates of $\beta_0$ and $\beta_{\cdot 98-99}$ from Equation 1, an OLS difference-in-difference model of 1996-1999 URM UC freshman California-resident applicants' wage outcomes compared to non-URM outcomes after the 1998 end of UC's affirmative action program. Panel B interacts the coefficients with Black and Hispanic indicators to separately estimate outcomes for each group; Native American applicants are omitted. Outcomes are defined as number of years of non-zero California wages, average wages and log wages across years with non-zero wages, and number of years with wages above $100,000, among the years 6-16 or 12-16 years after initial UC application. Outcomes measured in the California Employment Development Department database, which includes employment covered by California unemployment insurance. Models include high school fixed effects and the components of UC's Academic Index (see footnote 21). Academic Index ($AI$) is defined in footnote 6; models by $AI$ quartile are estimated independently, with quartiles defined by the $AI$ distribution of 96-97 URM UC applicants. The years 1996-1997 are omitted in Panel C because some universities preemptively curtailed their affirmative action programs in those years. Annual wages CPI-adjusted to 2018 and winsorized at top and bottom 1 percent. Robust standard errors in parentheses. Source: UC Corporate Student System and the California Employment Development Department.

Figure I: 'Normal' URM UC Applicants' Greater Likelihood of Admission by Campus, Year, and $AI$




Note: The difference between the percent of URM applicants and the percent of non-URM applicants admitted to each campus by academic index ($AI$), in each of four two-year periods (1994-2001), with darker lines corresponding to earlier periods. The two later periods are after the implementation of Prop 209 ended UC's affirmative action policies. The displayed statistics show the total annual number of additional URM students admitted to each campus in each period based on their higher likelihood of admission, calculated as the sum of the products between the increased admissions likelihood and the number of URM applicants by year and $AI$. The sample is restricted to freshman fall California-resident applicants who were "normal," in that they (a) were UC-eligible, which means that they satisfactorily completing the required high school coursework, and (b) selected intended majors that did not have special admissions restrictions (e.g. engineering at some campuses). UC Riverside admitted all such applicants. "URM" includes Black, Chicano, Latino, and Native American applicants. Source: UC Corporate Student System.

Figure II: UC Enrollment before and after Prop 209 by Ethnicity and $AI$ Percentile




Note: The percent of all UC applicants who first enroll at each set of UC campuses before ('96-97 cohorts) and after ('98-99 cohorts) the end of affirmative action, by URM status and by percentile of academic index ($AI$) measured among 1996-1999 URM UC applicants. First enrollment measured in NSC up to six years after UC application. Statistics are smoothed with a triangular kernel with bandwidth 15. Source: UC Corporate Student System and National Student Clearinghouse.

Figure III: Changes in University Enrollment after Prop 209 by Ethnicity and $AI$ Percentile




Note: Difference in percent of UC applicants who first enroll at each postsecondary institution(s) between 1998-1999 and 1996-1997, by URM status and by percentile of academic index ($AI$) measured among 1996-1999 URM UC applicants. First enrollment measured in NSC up to six years after UC application; university groups partition possible enrollments. Statistics are smoothed with a triangular kernel with bandwidth 15. "Ivy+" universities include the Ivy League, MIT, Stanford, and U. Chicago; private and non-CA universities exclude those institutions. Source: UC Corporate Student System and National Student Clearinghouse.

Figure IV: Annual Difference-in-Difference Estimates of URM UC Applicants' Outcomes after Prop 209




Note: OLS difference-in-difference coefficient estimates of Equation 1, the change in URM UC applicant outcomes relative to non-URM applicants, compared to the 1997 baseline. For details on outcomes (a) to (e), see notes to Tables II (with institutional value-added estimated following Chetty et al. (2020a)), III, and IV. Panel (f)'s outcome is defined as the average annual ethnicity-specific wage percentile between 6 and 16 years after UC application, omitting zero-wage years; percentiles are defined relative to the empirical distribution of wages earned in that year by same-ethnicity (URM, Asian, or White/Other) college-educated California ACS respondents born between 1974 and 1978, few of whom were directly impacted in university enrollment by Prop 209. Models include high school fixed effects, ethnicity indicators, and the components of UC's Academic Index (see footnote 21); 1994 NSC data are omitted. Panel (b) restricts the sample to the bottom $AI$ quartile as measured among '96-97 URM UC applicants. Annual wages CPI-adjusted to 2018 and winsorized at top and bottom 1 percent. Bars show robust 95-percent confidence intervals. Source: UC Corporate Student System, National Student Clearinghouse, California Employment Development Department, and the American Community Survey (Ruggles et al., 2018).

Figure V: Annual Difference-in-Difference Estimates of URM UC Applicants' Post-1998 Wage Outcomes




Note: Estimates of $\beta_{98-99}$ from Equation 1, an OLS difference-in-difference model of 1996-1999 URM UC freshman California-resident applicants' employment outcomes compared to non-URM outcomes after Prop 209. Outcomes defined as non-zero California wages ("CA Employment") and California wages in dollars and log-dollars (omitting 0's) as measured in the California Employment Development Department database, which includes employment covered by California unemployment insurance. Coefficients in each year after UC application are estimated independently. Models include high school fixed effects and the components of UC's Academic Index (see footnote 21). Academic Index ($AI$) is defined in footnote 6. Annual wages CPI-adjusted to 2018 and winsorized at top and bottom 1 percent. Robust 95-percent confidence intervals shown. Figure A-8 presents separate estimates for Black and Hispanic applicants. Source: UC Corporate Student System and the California Employment Development Department.

Figure VI: Annual Difference-in-Difference Estimates of URM UC Applicant Outcomes by Ethnicity




Note: OLS difference-in-difference coefficient estimates of an extension of Equation 1 interacting $\beta_t$ with Black and Hispanic indicators, estimating the change in Black and Hispanic UC applicant outcomes relative to non-URM applicants compared to the 1997 baseline. For details on outcomes (a) to (e), see notes to Tables II, III, and IV; institutional value-added is estimated following Chetty et al. (2020a). Panel (f)'s outcome is defined as applicants' average annual ethnicity-specific wage percentile between 6 and 16 years after UC application, omitting zero-wage years; percentiles are defined relative to the empirical distribution of wages earned in that year by same-ethnicity (URM, Asian, or White/Other) college-educated California ACS respondents born between 1974 and 1978, few of whom were directly impacted in university enrollment by Prop 209. Models include high school fixed effects, ethnicity indicators, and the components of UC's Academic Index (see footnote 21); 1994 NSC data are omitted. Panel (b) restricts the sample to the bottom $AI$ quartile as measured among '96-97 URM UC applicants. Native American applicants are omitted. Bars show robust 95-percent confidence intervals. Source: UC Corporate Student System, National Student Clearinghouse, California Employment Development Department, and the American Community Survey (Ruggles et al., 2018).

Figure VII: Estimated Declines in Annual 1998-99 Applications and Admissions by Ethnicity




Note: Estimates of the change in the annual number of UC applicants (and admits) in 1998-1999 by ethnicity $(e)$ and 200-point $AI$ bin, relative to 1994-1995. The height of each black bar is the product of $\beta_{e,98-99,a}$ (estimated in Equation 2) and $\sum_s UC_{s,98-99,e}$, the average number of UC-eligible California public high school graduates of ethnicity $e$ in 1998-1999. The height of each overlaying blue bar is the product of the black bar and the percent of 1998-1999 UC-eligible $e$ UC applicants in that $AI$ range admitted to at least one UC campus. The statistics in the bottom right sum the bars across all $AI$ and report the sums as a share of all $e$ UC applicants. 95-percent confidence intervals on the black bars from $\beta_{e,98-99,a}$ robust standard errors. Source: UC Corporate Student System and the California Department of Education.

Figure VIII: Difference-in-Difference Estimates of URM UC Enrollees' STEM Performance and Persistence




Note: Difference-in-difference WLS regression coefficient estimates of UCB, UCSB, UCD, UCSC, and UCR enrollees' introductory STEM course performance or persistence, differencing across URM status following Equation 3, relative to 1997. In Panels (a)-(c) each observation is a CA-resident freshman student-course pair in an introductory biology, chemistry, physics, or computer science course (see Appendix H) taken within 2.5 years of matriculation, stacking over courses and weighted evenly across observed students. SAT percentile is the fraction of other 1994-2002 freshman CA-resident peers who have lower SAT scores than the student; persistence indicates completing the subsequent course in the introductory STEM course sequence; and course grade is the grade points received in completed courses. In Panel (d) each observation is a student; the outcome indicates completing any UC STEM degree. Models include high school fixed effects, ethnicity indicators, and the components of UC's Academic Index (see footnote 21). UCSC is omitted from the GPA model because it did not mandate letter grades in the period. 95-percent confidence intervals are two-way clustered by student and course sequence level (e.g. second chemistry course). Source: UC Corporate Student System and UC-CHP Database (Bleemer, 2018).

Figure IX: Estimated Return to '96-97 UC Berkeley Enrollment for On-the-Margin Non-URM Applicants




Note: Regression discontinuity plots and estimates around the 1996-1997 UC Berkeley guaranteed admission $AI$ threshold among non-URM applicants, estimated by local linear regression following Calonico et al. (2014). See the notes to Tables II, III, and IV for a description of the outcome variables; "CFSTY" institutional value-added measured relative to CSU Long Beach. Reduced form coefficients from local linear regressions (conditional on year), with bias-corrected robust standard errors in parentheses. Running variable defined as $AI + (70 \times \mathbb{1}_{1997})$ to align thresholds over years. Source: UC Corporate Student System, National Student Clearinghouse, and the CA Employment Development Department.

# Exhibit B

## HOLISTIC REVIEW IN FRESHMAN ADMISSIONS AT UCLA

### EXECUTIVE SUMMARY

This report is an analysis of holistic review in Freshman admissions at UCLA. Commissioned by the Committee on Undergraduate Admissions and Relations with Schools (CUARS) in 2008, the study is intended to cast light on the workings of the holistic review process, including the degree to which readers of Freshman applications apply the criteria for review that are set out in the CUARS guidelines and the relative weights that are given to the many factors that are considered in holistic ranking of applications. Additionally, in view of continuing discussion on the UCLA campus and in the public at large about equity, diversity, and transparency in the admissions process, the study also considers differences in admissions outcomes among ethnic identity groups in the applicant pool. The study consisted of a quantitative analysis of a large body of administrative data produced by the Freshman admissions process for Fall 2007 and 2008 and a reread study of a sample of 2008 applications. My analysis consisted of a description of UCLA applicant pool and an analysis of the associations between the characteristic of applicants and their outcomes on holistic ranking and admissions. The latter analysis rests on a model of admissions that examines its several stages: Regular, Final, Supplemental, and School Reviews. The analysis quantifies the weights that are placed on the prescribed criteria for holistic rank. Additionally, I examine variation among ethnic identity groups in how they fare in the admissions process. The principle findings of my analyses are:

1. Holistic ranks in Regular Review are assigned according to the admissions criteria set out by UARS. Grades in high school, weighted for honors and advanced placement classes and measured relative to the local applicant pool, and

standardized test scores have the largest impact upon holistic ranking. Other measures of high school academic accomplishment, including college preparatory coursework and performance on Advanced Placement tests, also have substantial beneficial effects on holistic ranking.

2. Grades and test scores do not alone determine favorable ranks or admission. Other factors, such as whether an applicant has an impressive profile of extracurricular activities, shows involvement in the high school or local community, or works outside of school either in a way that is academically enriching or that contributes to family finances, all make small contributions to favorable holistic ranking. In the intense competition for favorable holistic ranking among the many applicants who have strong GPAs and standardized test scores, an applicant who has many of these assets will win out against an applicant who lacks them.
3. Disparities among ethnic identity groups in holistic ranking in Regular Review are very small, although readers do appear to give consideration to the challenges of coming from socioeconomically disadvantaged families.
4. Applicants whose admission decision occurs in Final Review, typically when they received discrepant scores between their two readers in Regular Review, receive holistic ranks in much the same way as in Regular Review. The relative weights given to GPA, test scores, and other personal qualities are similar to those in Regular Review.
5. In Supplemental Review, UARS staff place considerable weight on socioeconomic hardship, challenges, and limits to academic achievement. Among applicants who are otherwise similar in measured academic qualifications and

challenges, African American and Latino applicants are disproportionately represented in Supplemental Review.

6. In both Final and Supplemental Review, African American applicants receive somewhat more favorable and "North Asian" (Chinese, Japanese, Korean, Indian/Pakistani American) applicants receive somewhat less favorable holistic read scores than applicants in other ethnic identity groups who are otherwise similar in academic qualifications, personal characteristics, and measured challenges and hardships.
7. Relative to their representation in the applicant pool, White and North Asian applicants are more heavily represented among admitted students than African American, Latino, and Southeast Asian applicants. These disparities arise principally in Regular Review and are dampened, to some degree, in Final and Supplemental reviews.
8. If we adjust for ethnic identity group differences in the characteristics of applicants, a different pattern of ethnic disparity emerges. Among otherwise equivalent applicants, Whites, African Americans, and Latinos are overrepresented among those admitted and Asian American applicants are underrepresented. For Black and Latino Applicants, these disparities arise principally in Final and Supplemental Review, whereas for Whites they occur in Regular Review. The disadvantages of Asian applicants occur, with varying magnitudes, throughout the admissions process.
9. How one views the size of these disparities depends on one's frame of reference. Relative to the entire cohort of admitted students, these disparities are quite small – none as large as 2.5 percent of applicants. Relative to group-specific totals of

admitted applicants, the disparities appear larger, but this depends on the size of the admitted group.

The holistic ranking process for Freshman admissions at UCLA appears to work much as intended. Academic achievement and other personal qualities that contribute to a stimulating, diverse campus environment govern holistic ranking. In Regular Review, which is carried out by qualified members of the education community in the southern California region in conjunction with UARS staff, the importance of academic merit is paramount and I find no important differences along lines that depart from the prescribed ranking criteria. In Final and Supplemental Review, which are conducted by UARS staff, I do find some disparities in outcomes that favor some groups and disfavor others among applicants who are otherwise similar on their measured characteristics. Whether these disparities are considered small or large is a normative, policy issue – not a scientific one.

# HOLISTIC REVIEW IN FRESHMAN ADMISSIONS AT THE UNIVERSITY OF CALIFORNIA--LOS ANGELES

**Prepared for the Committee on**

**Undergraduate Admissions and Relations with Schools (CUARS)**

**By**

**Robert D. Mare**

**Distinguished Professor**

**Department of Sociology, University of California – Los Angeles**

**January 2012**

## TABLE OF CONTENTS

| | Page |
|---|---|
| Executive Summary | 1 |
| Acknowledgements | 5 |
| 1. Introduction | 6 |
| 2. Data | 11 |
| 3. Applicant Pool | 16 |
| 4. The Review Process | 20 |
| 5. A Model of the Admissions Process | 28 |
| 6. Reread Study | 34 |
| 7. Model Specification | 38 |
| 8. Holistic Ranking in Regular Review, 2007 and 2008 | 53 |
| 9. Final, Supplemental, and School Review | 64 |
| 10. Admission Disparities among Ethnic Identity Groups | 70 |
| 11. Summary and Conclusions | 78 |
| Appendix: Formal Statement of Accounting Model | 84 |
| References | 86 |
| Tables | 87 |
| Appendix Tables | 106 |
| Figures | 107 |
| Appendix Figures | 117 |

# HOLISTIC REVIEW IN FRESHMAN ADMISSIONS AT UCLA

## EXECUTIVE SUMMARY

This report is an analysis of holistic review in Freshman admissions at UCLA. Commissioned by the Committee on Undergraduate Admissions and Relations with Schools (CUARS) in 2008, the study is intended to cast light on the workings of the holistic review process, including the degree to which readers of Freshman applications apply the criteria for review that are set out in the CUARS guidelines and the relative weights that are given to the many factors that are considered in holistic ranking of applications. Additionally, in view of continuing discussion on the UCLA campus and in the public at large about equity, diversity, and transparency in the admissions process, the study also considers differences in admissions outcomes among ethnic identity groups in the applicant pool. The study consisted of a quantitative analysis of a large body of administrative data produced by the Freshman admissions process for Fall 2007 and 2008 and a reread study of a sample of 2008 applications. My analysis consisted of a description of UCLA applicant pool and an analysis of the associations between the characteristic of applicants and their outcomes on holistic ranking and admissions. The latter analysis rests on a model of admissions that examines its several stages: Regular, Final, Supplemental, and School Reviews. The analysis quantifies the weights that are placed on the prescribed criteria for holistic rank. Additionally, I examine variation among ethnic identity groups in how they fare in the admissions process. The principle findings of my analyses are:

1. Holistic ranks in Regular Review are assigned according to the admissions criteria set out by UARS. Grades in high school, weighted for honors and advanced placement classes and measured relative to the local applicant pool, and

standardized test scores have the largest impact upon holistic ranking. Other measures of high school academic accomplishment, including college preparatory coursework and performance on Advanced Placement tests, also have substantial beneficial effects on holistic ranking.

2. Grades and test scores do not alone determine favorable ranks or admission. Other factors, such as whether an applicant has an impressive profile of extracurricular activities, shows involvement in the high school or local community, or works outside of school either in a way that is academically enriching or that contributes to family finances, all make small contributions to favorable holistic ranking. In the intense competition for favorable holistic ranking among the many applicants who have strong GPAs and standardized test scores, an applicant who has many of these assets will win out against an applicant who lacks them.
3. Disparities among ethnic identity groups in holistic ranking in Regular Review are very small, although readers do appear to give consideration to the challenges of coming from socioeconomically disadvantaged families.
4. Applicants whose admission decision occurs in Final Review, typically when they received discrepant scores between their two readers in Regular Review, receive holistic ranks in much the same way as in Regular Review. The relative weights given to GPA, test scores, and other personal qualities are similar to those in Regular Review.
5. In Supplemental Review, UARS staff place considerable weight on socioeconomic hardship, challenges, and limits to academic achievement. Among applicants who are otherwise similar in measured academic qualifications and

challenges, African American and Latino applicants are disproportionately represented in Supplemental Review.

6. In both Final and Supplemental Review, African American applicants receive somewhat more favorable and "North Asian" (Chinese, Japanese, Korean, Indian/Pakistani American) applicants receive somewhat less favorable holistic read scores than applicants in other ethnic identity groups who are otherwise similar in academic qualifications, personal characteristics, and measured challenges and hardships.
7. Relative to their representation in the applicant pool, White and North Asian applicants are more heavily represented among admitted students than African American, Latino, and Southeast Asian applicants. These disparities arise principally in Regular Review and are dampened, to some degree, in Final and Supplemental reviews.
8. If we adjust for ethnic identity group differences in the characteristics of applicants, a different pattern of ethnic disparity emerges. Among otherwise equivalent applicants, Whites, African Americans, and Latinos are overrepresented among those admitted and Asian American applicants are underrepresented. For Black and Latino Applicants, these disparities arise principally in Final and Supplemental Review, whereas for Whites they occur in Regular Review. The disadvantages of Asian applicants occur, with varying magnitudes, throughout the admissions process.
9. How one views the size of these disparities depends on one's frame of reference. Relative to the entire cohort of admitted students, these disparities are quite small – none as large as 2.5 percent of applicants. Relative to group-specific totals of

admitted applicants, the disparities appear larger, but this depends on the size of the admitted group.

The holistic ranking process for Freshman admissions at UCLA appears to work much as intended. Academic achievement and other personal qualities that contribute to a stimulating, diverse campus environment govern holistic ranking. In Regular Review, which is carried out by qualified members of the education community in the southern California region in conjunction with UARS staff, the importance of academic merit is paramount and I find no important differences along lines that depart from the prescribed ranking criteria. In Final and Supplemental Review, which are conducted by UARS staff, I do find some disparities in outcomes that favor some groups and disfavor others among applicants who are otherwise similar on their measured characteristics. Whether these disparities are considered small or large is a normative, policy issue – not a scientific one.

**ACKNOWLEDGEMENTS**

A number of persons gave me valuable assistance and advice as I prepared this report. Yana Kucheva, a doctoral student in the Department of Sociology, provided excellent research assistance throughout the project, including day to day management of the survey data collection, data management, and statistical analysis. Vu Tran, Director of Undergraduate Admissions and Relations with Schools, generously granted access to his staff for the purpose of conducting the reread of a sample of applications and patiently provided indispensible information about the admissions process. Assistant Director of Admissions David Darling and Freshman Holistic Review Coordinator Rhea Lin worked closely and effectively with Yana Kucheva in recruiting, training, and supervising the readers who did the reread survey. Admissions Principal Administrative Analyst Tom Skewes-Cox efficiently provided the Readsheet, holistic review, and reader characteristics data files and patiently answered my many questions about them. Executive Vice-Chancellor and Provost Scott Waugh, Assistant Provost Maryann Gray, Associate Vice-Chancellor Tom Lifka, and Associate Admissions Director Kathleen O'Kane, provided strong administrative and financial support for the project. Successive chairs of CUARS, including Professors Jeannie Oakes, Jenny Sharpe, Darnell Hunt, and Tyrone Howard provided guidance and feedback on my work at various stages. Professors Michael Hout and Jennie Brand gave useful advice on the design of the study and the statistical analysis. Professors Michael Hout and David Stern of UC-Berkeley and Jan de Leeuw of UCLA reviewed an earlier version of this manuscript and provided a number of helpful comments.

# HOLISTIC REVIEW IN FRESHMAN ADMISSIONS AT UCLA

## 1. INTRODUCTION

In the summer of 2008 I was approached by the Chair of CUARS to provide an independent study of the holistic Freshman admissions process at UCLA. At that time the holistic review system had been in place at UCLA for two years and CUARS wished to take stock of the system. CUARS sought an analysis of the relative weights being given in the holistic review process to high school achievement, to other personal characteristics of applicants that might bode well for success at UCLA, to personal challenges and hardships that may have limited the achievements of otherwise promising applicants, and to social and demographic factors such as race and ethnicity. CUARS members noted that a study of this kind had been done in 2005 at the University of California – Berkeley by sociologist Michael Hout and suggested that Hout's research design might be an appropriate point of departure for a UCLA study. CUARS, in cooperation with the staff of the office of Undergraduate Admissions and Relations with Schools (UARS) agreed to provide comprehensive administrative data on admissions for the Fall 2007 and 2008 cohorts and to facilitate whatever additional data collection I might request in connection with the study. This document is a report on the results of this study.[1]

The study consists of: (1) a description of the applicant and admitted populations to UCLA for the Fall of 2008; (2) the development of a model for the admissions process, which takes account of the unique features of the several stages of review – Regular, Final, Supplementary, and School Review; (3) using admissions data for Fall 2007 and

[1] As originally planned, this study was to have been submitted by Fall 2009. Owing to a number of unforeseen professional and personal circumstances, I have been forced to delay submission of the report until Fall 2011.

2008, examination of the ways in which the characteristics of applicants affect their holistic ranking and eventual admission decision in these several review stages; (4) from a reread survey study of a sample of 2008 applications, examination of the effects of characteristics of applicants that are not part of the standard application "Readsheet" but are detectable from a holistic reading; (5) quantification of the weights that readers give to various academic and nonacademic factors in the holistic reading process; (6) quantification of ethnic variation in admissions outcomes and their implications for the makeup of the admitted Freshman cohort.

The outline of this report is as follows. In the balance of this introductory section, I compare my study to Hout's Berkeley study and discuss what the UCLA and Berkeley studies can and cannot contribute to our understanding of the admissions process. Section 2 of this report describes the several sources of data that were available to me in carrying out this study. Section 3 provides a descriptive overview of the 2008 Freshman applicant population at UCLA. Section 4 describes the stages of holistic review for Freshman admissions. Section 5 outlines the models that I use to analyze the review process. These include both an accounting model of how the several stages of review combine to produce a cohort of admitted applicants and a statistical model of the effects of applicant characteristics on their holistic rank and assignment to different review stages. Section 6 describes the reread study that was intended to find additional characteristics of applicants that influence their holistic review. Section 7 provides considerable detail about the specification of the statistical models, including a description of variables included in the model and how the model was selected. Section 8 summarizes my analysis of holistic ranking in Regular Review, the review stage that determines most admission decisions. Section 9 examines assignment to and holistic

ranking in Final, Supplemental, and School Review. Section 10 presents an analysis of disparities in admissions among ethnic identity groups, quantifying these disparities and showing where in the admissions process they occur. Section 11 presents a summary and conclusion.

**Relation to Berkeley Report**

In 2005 the University of California, Berkeley commissioned a study by sociologist Michael Hout of the "Comprehensive Review" process for undergraduate admissions at that campus for the 2004-05 academic year (Hout 2005).[2] The present study is similar in design to Hout's in that it seeks to understand the behavior of readers and uses a probability subsample of applications to ascertain readers' perceptions of applications that go beyond the Readsheet. In preparing this report, I have benefitted greatly from Hout's work on developing methods of data collection, analysis, and reporting of results for this type of study. The present study, however, differs from Hout's in a number of respects. First, whereas Hout's study focused on admissions data for the fall of 2004, the present study uses data from the fall of two years, 2007 and 2008. This provides some evidence of year to year variability in the admissions process, as well as showing how the process changed from its initial implementation year to its second year. Second, unlike Hout's study, the present study obtained data on characteristics of the readers of the Fall 2007 and 2008 applications. Third, compared to Hout's study, this study places more emphasis on the entire population of applications and less on the probability subsample, which provides more information (power) for estimating

[2] "Comprehensive Review" at Berkeley is approximately the same review process as "Holistic Review" at UCLA. It should not be confused with the comprehensive review process employed by UCLA prior to the implementation of holistic review.

statistical relationships. Fourth, compared to the Hout study, my reread study collected a somewhat different set of measures from a somewhat larger subsample. On the one hand, having the benefit of the Hout study, I was able to discard some of his measures in advance because they showed no relationship to the outcomes of the study. It was also possible to machine code some of his measures directly from the computerized Readsheet data, thereby providing the information for the entire population and obviating the need to obtain codes from readers of the subsample. On the other hand, the present reread study included measures of readers' perceptions of the characteristics of applicants, which were not included in Hout's study. Finally, the present study employs a number of differences in statistical methodology and measurement that are discussed at various points in this report.

**Scope of Study**

As commissioned by CUARS, this study is intended to examine the workings of the holistic review process at UCLA. I obtained data on the applicants and their reviews for Fall 2008 and Fall 2007 admission, as well as information about the readers of the applications. For a sample of Fall 2008 applications to the College of Letters and Sciences I obtained supplementary information about how readers perceived some of the qualitative information provided in the applications. Because I focus on the associations between the academic, demographic, and other characteristics of applicants on the one hand and how they are evaluated on the other, this study is, strictly speaking, an examination of the behavior of the readers of applications during the holistic reviews of 2007 and 2008. With this research design I describe variation in holistic ranking and admission rates, including variation across ethnic identity, socioeconomic, and other

groups. I am able to show whether readers of applications to UCLA employ the criteria that they are instructed to use and whether they avoid using some criteria that they should not use. I also am able to account for differences among groups through statistical controls for characteristics that are correlated with both group membership and admission. This lets us answer, within the limits of a non-experimental statistical analysis, various *counterfactual* propositions, such as, for example, if groups did not differ on their distributions of socioeconomic characteristics, would their admission rates be the same. Conversely, it shows whether group differences in holistic ranking or admission remain once other factors are controlled. The value of this study lies in its description of recent admission practices at UCLA. It may prove useful in efforts to make incremental changes in the admissions process for the purposes of improving efficiency or fairness or altering the weights given to various criteria of holistic ranking.

I stress that this is *not* a study of the *effects* of the holistic review process. The latter type of investigation would require a broader comparative perspective; that is, historical comparisons between the holistic review process that is currently in place at UCLA and the review criteria and procedures used in years past, or comparisons between institutions that use holistic review as currently practiced at UCLA and otherwise similar institutions that use other criteria and procedures. Such a study would help show how holistic review *as a system* affects the composition of applicants who are admitted to college. It might also show how variation in review policies and procedures affect who applies to UCLA, who gets admitted among those who apply, who attends given acceptance, and how well cohorts admitted under holistic review succeed once they attend. As important as such issues may be, they are beyond the scope of the present study.

## 2. DATA

The data for this study come from several related sources. For applicants for Fall 2008, these include (1) the Readsheet data for each applicant, (2) holistic rankings provided by each reader of an application plus additional information on the admission process, (3) data on the characteristics of each reader, and, (4) for a probability subsample of applications, data on reader perceptions of the applicant based on a reread of the application. For Fall 2007, the same data are available except that no reread subsample on reader perceptions was drawn.

1. The Fall 2008 Freshman Application form and Readsheet template are included as Appendix Figures 1 and 2 to this report. Readsheet data include social and demographic information for each applicant, including parents' educational attainment, income, and California residency status and applicant's family size, dependency and single parent status, citizenship, residency status, veteran status, and place and date of birth.[3] The Readsheet records the applicant's weighted and unweighted GPA, number of A-G and honors courses, and standardized test scores in both absolute terms and also relative to various applicant pools including the applicant's high school, all UCLA applicants, and all UC applicants. The Readsheet also includes high school transcript data on specific courses taken and grades received; details about SAT, ACT, and AP tests taken; honors/awards, volunteer work/community service, extracurricular activities, participation in special programs, employment, and non A-G coursework; extensive information on the applicant's high school; and two essays on personal aspirations and on

[3] Applicant's ethnic identification and gender are also obtained in the application but are not included on the Readsheet or other information provided to readers.

personal qualities and accomplishments. These data were made available to me in electronic form by the UCLA Admissions Office.

2. The computerized data also include information on the *ethnic identity and gender* of the applicant plus the *assessment of the application*, including the holistic rank, the rating of the application by each reader, whether the application was referred to Supplemental Review (SuR) and the SuR rating provided by the Admissions Office, whether the application was referred to Final Review (FR) and the FR rating provided by the Admissions Office, whether the applicant was subject to School Review (ScR) and the ScR rating provided by the Admission Office, whether the applicant was accepted to UCLA, and whether an admitted applicant elected to attend UCLA.
3. I also obtained machine readable data on the 168 readers of applications in 2008 and 157 readers of applications in 2007. The data include the affiliation(s) of each reader (such as whether the reader was a UARS staff member, other campus staff or counselor, other type of UCLA affiliation, or employee of a public or private high school) and the "observed ethnicity" of the reader (a four category classification into Asian, Black, Hispanic, and White based on the assessment of UARS staff).
4. For a probability sample of 5700 Fall 2008 applicants, during the summer of 2009, I administered a *reread study to obtain the subjective assessments by readers* of factors that may have influenced the ratings that applications received. This is a stratified random sample of 5700 domestic applicants to the College of Letters and Sciences. Observations were stratified to obtain roughly equal numbers of each major ethnic group considered in the study. Population and

sample counts are summarized in Table A1. The readers for the reread study were recruited from experienced UCLA admissions readers. Although they were not a probability sample of all readers for Fall 2008, they were chosen to achieve representation of all major ethnic groups and of both UCLA and non-UCLA employees. A total of 45 readers were used for the reread study and each application was read twice (for a total of 11,400 readings). Readers averaged approximately 250 files each, although several read significantly more or fewer that this. Although many of the sample readers worked on admissions for the Fall 2008 entry cohort, they were not explicitly asked to reread applications that they had read during the actual admissions process. Rather, the 5700 sample applications were randomly assigned to readers and I have made no effort to link sample readers to the applications that they read for Fall 2008.

Graduate Research Assistant Yana Kucheva and I developed a questionnaire for soliciting readers' perceptions of the applicants whose files they read. We drew heavily on the questionnaire developed by Hout for the Berkeley study but dropped items that either proved unrelated to the admissions process in Hout's study or could be machine-coded from the Readsheet data. We also added a few items that were not part of Hout's study. Most questionnaire items were intended to capture features of the application that the actual readers of the applications were trained to look for when they rated applications, but that cannot be mechanically coded from the machine readable Readsheet data. Additionally, we asked readers about their perceptions of applicant characteristics that are not legitimate bases for evaluating the applications, including the ethnicity, gender, religious affiliation, political beliefs, documentation status, and legacy status of

the applicants. After a period of training conducted jointly by Yana Kucheva and Rhea Lin of UARS, sample readers were assigned applications. The questionnaire was provided online using the Survey Monkey survey program. Responses were automatically passed to a spreadsheet file for statistical analysis. Appendix Figures 3 and 4 contain the questionnaire that we administered via Survey Monkey and a summary of the training instructions we provided to readers.

**Measurement of Ethnic Identity**

Applicants to the University of California are asked to report their "ethnic identity" on their application. The application states that this information, "will be used for purposes of statistical analysis only; it is not used in the admissions process and will have no bearing on your admission status. Providing this information is voluntary." Applicants are asked to check one of 14 categories: (1) African American/Black, (2) American Indian/Alaska Native (Specify Tribal Affiliation), (3) Chinese/Chinese American, (4) East Indian/Pakistani, (5) Filipino/Filipino American, (6) Japanese/Japanese American, (7) Korean/Korean American, (8) Mexican/Mexican American/Chicano, (9) Pacific Islander (Includes Micronesian, Polynesian, other Pacific Islanders), (10) Vietnamese/Vietnamese American, (11) White/Caucasian (Includes Middle Eastern), (12) Other Asian (not including Middle Eastern) (Specify); (13) Other Spanish American/Latino (Includes Cuban, Puerto Rican, Central American, South American) (Specify), and (14) Other (Specify). This inquiry appears in question 185 of the application form (see Appendix Figure 1). Because responses are voluntary, a sizable number of applicants declined to answer the question. In most parts of this report, I use

an abbreviated ethnic classification, in which I combine categories 8 and 13 into one category ("Latino"); categories 3, 4, 6, and 7 into one category ("North Asian"); categories 5, 9, 10, and 12 into one category ("Southeast Asian"); and categories 2, 14, applicants who did not report an ethnic identity, and all foreign applicants one category ("other"). Table 1 reports the ethnic makeup of the Fall 2008 applicant pool using this classification, except distinguishing among several of the groups who make up the "other" category in our analysis, that is, Native Americans, "declined to state," "foreign" and "other ethnic identity." The separate Asian categories, "North" and "Southeast," made at the suggestion of some members of CUARS, is intended to distinguish a group that has lived on average a somewhat longer time in the United States and that possesses higher average level of economic status from a typically more recent and, on average, less economically advantaged group. Obviously, these are both very heterogeneous categories and their separation provides only a very general picture of the diverse outcomes among Asian applicants to UCLA. I combined Native Americans, "others," "declined to state," and "foreign" because of the small numbers in these groups. Native Americans are a distinct group, many of whose members have suffered extreme economic hardships. Despite their considerable interest from the standpoint of studying access to UCLA by traditionally disadvantaged groups, their small numbers in the UCLA applicant pool made it hard to obtain reliable estimates for them.

## 3. APPLICANT POOL

Applicants to UCLA are drawn disproportionately from among the most accomplished secondary school students in California, as well as a highly selective group of out of state residents. As I show below, UCLA applicants score well above average on

all measures of academic performance, including high school grades, standardized test scores, advanced placement courses, and participation in demanding extracurricular activities. Additionally, by most measures, UCLA applicants are drawn disproportionately from higher quality secondary schools, both in California and elsewhere.

To some degree UCLA applicants reflect the social and economic diversity of California, coming from all socioeconomic levels and ethnic groups. But access to high quality secondary and post-secondary education is far from equally distributed and the ULCA applicant pool shows these disparities as well. Compared to the youth population as a whole, UCLA applicants come disproportionately from upper income families, families in which parents have above average levels of educational attainment, and from race-ethnic groups that, on average, enjoy a higher level of economic well-being.[4]

The tables discussed in this section provide a broad statistical picture of applicants to UCLA for Fall 2008, focusing on their academic credentials and social and economic makeup. Because factors that affect the likelihood of application to UCLA also affect how applicants are assessed in the admissions process, this section also provides an introduction to the admissions process itself.

The top panel of Table 1 shows Fall 2008 applicants classified by gender, place of official residence, and ethnic identity. The bottom panel replaces ethnic identity with high school grade point average (GPA). Approximately 85 percent of applicants officially reside in California, although a small number of these are technically

[4] It is beyond the scope of this study to compare in detail the applicant pool and the total population eligible to apply to UCLA. However, an idea of the selectivity UCLA applicants can be obtained by comparing applicants' families to California families as a whole. For example, in 2008 American Community Survey data for California families with children aged 5 to 18, approximately 14 percent of families have incomes in excess of $150,000, compared to 20 percent of the families of UCLA applicants. Further, 29 percent of these California families have a parent with at least four years of college education, compared to 61 percent of the families of UCLA applicants.

international students. The largest ethnic groups in the applicant pool are Asian Americans and whites. Somewhat more than one third of the applicant pool is in one of the two broad Asian groups and slightly less than a third of applicants are white. Together these two groups make up approximately 70 percent of applicants. Slightly less than 20 percent of applicants are Latino or other Hispanic ethnicity. Approximately 5 percent of applicants are African American. Had every applicant stated his or her ethnic identity, these totals would be somewhat higher, but I do not know whether this would disproportionately raise the numbers of any group. Reflecting national patterns, UCLA applicants are disproportionately female – UCLA receives roughly 12 applications from women for every 10 that it receives from men. Across ethnic groups, however, the gender disparity varies markedly. Among whites, female applicants exceed males by approximately 10 percent, among N. Asians by 15 percent, among Native Americans by 20 percent, among S.E. Asians by 30 percent, among Latinos by 50 percent, and among African Americans by 70 percent.

UCLA applicants were, for the most part, highly successful secondary school students and are drawn disproportionately from high schools with above average academic performance. Roughly 70 percent of applicants have (unweighted) GPA’s in 10th and 11th grade of 3.3 or better and almost 10 percent have a perfect 4.0 GPA. The academic credentials of the applicant pool as a whole is impressive for both California residents and applicants from out of state.

Table 2 shows the distributions of California resident applicants for Fall 2008 within each broad ethnic category by (unweighted) high school grades, type of high school, and academic performance rating of high school. Differences among whites, the

two Asian groups, and "other" ethnic groups on high school GPA are negligible both on average and throughout the distribution. Average GPA's are lower for Latino groups and lower still for African Americans. For applicants as a whole, for example, 70 percent had a GPA of 3.34 or better, whereas 58 percent of Latinos and 44 percent of African Americans had GPA's this high. These disparities in grades are striking and do account for some of the differences in admission among ethnic groups. The distributions, however, also show that large numbers of applicants from every ethnic group have exceptionally high GPA's.

The great majority (over 80 percent) of in state applicants to UCLA come from public high schools. White, African American, and "other" ethnic groups are somewhat more likely to have attended private schools than Latino and Asian groups, but these differences are unlikely to be large enough to affect the admissions process. More important is the overall academic quality of California high schools. When the schools attended by UCLA applicants are broken down into their quantiles on an Academic Performance Index (API) created by the California Department of Education, we can see the level and variation in school quality of UCLA applicants. Overall, 30 percent of applicants came from schools ranked in the top 10 percent, whereas only 35 percent of applicants came from schools in the bottom 60 percent. Here too are substantial disparities among the applicants from different ethnic groups. Whites, North Asians, and "others" are more likely than average to come from schools ranked in the top of the API distribution, whereas African Americans, Latinos, and South Asians are much less likely.

Ethnic differences in academic qualifications, in types of schools attended, and in propensity to apply to UCLA reflect the differences in the life experiences of members of different groups and, more specifically, the kinds of resources to which they and their

families have access. Abundant social science research shows that the socioeconomic characteristics of parents and families as a whole are among the most important resources that affect how well young people do in school and their eventual level of educational attainment. Table 3 shows the distributions of California resident applicants in ethnic groups by the educational attainments and incomes of their parents. More highly educated parents can advantage their sons and daughters by teaching them what they know, not only about academic subjects, but also about the process of selecting and applying to colleges. They are also more likely to set a tone and a level of expectations that motivate them to achieve. Children raised in higher income families are also more likely to do well and go further in school. Family money can, of course, pay for college, but may also relieve a student from working and losing time that might otherwise be devoted to study and provide a level of economic security for a family that makes it easier for young people to concentrate on their education. Fully half of UCLA applicants report having at least one parent who has at least a college degree and almost 90 percent of applicants have a parent with at least a high school diploma. The distribution of these advantages varies across applicants in different ethnic groups. White, Northern Asian, and "other" applicants are most likely to have parents who have advanced (post-Bachelors) degrees, African American and Southeast Asian applicants tend to have parents around the average of the parent education distribution, and Latino applicants are most likely to have parents with limited amounts of formal schooling. Only two thirds of Latino applicants, for example, report having a parent with at least a high school diploma.

Applicants to UCLA come from families who are more affluent than average California families. Yet applicants do come from all parts of the income spectrum and, among applicants we see substantial economic disparities among ethnic groups. Income

information from application forms is not an ideal way to learn about the economic welfare of applicants' families, in part because applicants may not be fully informed about family finances and many applicants do not report their parents' income. Making things worse, applicants from ethnic groups that are most likely to have high income families are the ones most likely to fail to report family incomes. With these caveats in mind, we can nonetheless get a rough picture of the economic status of applicants' families. Among those reporting family incomes, almost 40 percent of applicants come from families that have at least $100,000 of income per year (100 x 29/(100-24)), whereas slightly more come from families with incomes of less than $60,000. Behind these favorable averages are broad disparities across ethnic identity groups in family incomes. At the top are white applicants. Among those who report family income, approximately 60 percent come from families with incomes greater than $100,000 and 20 percent from families with incomes less than $60,000. African American and Latino applicants have the least favorable income distributions. Among Latino applicants who report family incomes, fewer than 20 percent come from families with incomes in excess of $100,000 per year and more than 70 percent come from families with incomes below $60,000 per year.

**4. THE REVIEW PROCESS**

Students are admitted to UCLA through a number of pathways, which include decisions about which types of review are appropriate for a given applicant, the scoring of the applicant's files, and the admission decision based on the score. Some applicants are subject to several rounds of review, either because of standard mechanisms for further review of applications that are rejected in an earlier round or because of special

circumstances. In preparing this report I was not able to document all of these special circumstances, but the processing and outcomes of these cases are nonetheless part of the quantitative analysis.

Admission to UCLA can be through one of five channels: (1) Regular Review, (2) Athletic Admission, (3) Final Review, (4) Supplemental Review, and (5) School Review. Table 4 tallies the distribution of application and admission across these five channels in 2008. In this table I have assumed a sequence of admission decisions from Regular to Final to Supplemental to School Review. Athletes are assumed to be admitted outside of the standard sequence of reviews. No data were available to me on recruited athletes who were not admitted. All applicants receive an initial "Regular" review that includes scoring of their application. A subset of applicants who are not admitted during Regular Review is referred for Final Review (see below for discussion of criteria for Final, Supplemental, and School Review referral). Within the College of Letters and Sciences, a different subset of applicants is referred for Supplemental Review. Some of these may also have gone through Final Review but were not accepted at that stage. Finally, within L&S, yet another subset is referred for School Review. Some of these may have also gone through Final and/or Supplemental Review but were not accepted in one of those stages.

The table summarizes application and admission for all applicants, applicants to the College of Letters and Sciences, and domestic applicants to L&S. In the table, "admitted" applicants are those whose admission was by the channel indicated. Applicants are those whose final admissions decision was by the channel indicated. In practice, applicants may be reviewed at several stages. For example, Final Review and School Review applicants were also reviewed through regular admission. In the table,

however, applicants through Regular Review are those whose eventual admission decision was settled by Regular Review alone. Further details about these admissions pathways are provided below.

1. **Regular admission**. Application through this pathway consists of obtaining a favorable holistic ranking by UCLA admissions readers. Depending on the college to which the application is made, the application is read by one or two readers. These readers assign one of six possible read scores that correspond to levels of acceptability for admission. The scores, descriptors, and target percentages supplied to readers are: 1 (emphatically recommend for admission, 5 percent), 2 (strongly recommend for admission, 10 percent), 2.5 (recommend for admission, 10 percent), 3 (acceptable for Admission, 15 percent), 4 (qualified, 50 percent), 5 (recommend deny, 10 percent). Appendix Figure 5 shows the detailed instructions given to readers about the meaning of each of these scores and descriptors. If the application is read twice, two valid scores are assigned, and these scores are non-discrepant (that is, differ by a score of no more than 1.0), then a favorable average score can lead to admission. Non-discrepant average scores can take on one of 11 possible holistic rank values (1, 1.5, 2, 2.25, 2.5, 2.75, 3, 3.5, 4, 4.5, 5). If the application is read once and a valid score is assigned, then a favorable single score can lead to admission. In 2008, 100 percent of applicants who received a score of 2.25 or better (i.e., $\leq 2.25$) were admitted. With only a few exceptions, applicants who received scores of 3.0 or worse were not admitted. Applicants who received scores of 2.5 or 2.75 were subject to further review by UARS staff. Roughly 95 percent of those receiving a score of 2.5 and 10 percent of those receiving a score of 2.75 were admitted.

2. **Athletic Admission**. Recruited athletes are reviewed by a separate athletic admission committee. Although some of these athletes submit regular applications to UCLA and obtain holistic read scores, their applications are subject to different review criteria than other applicants. Data on the social and academic qualifications of the recruited athletes who are admitted to UCLA were available for the purposes of this study. However, no information was provided on recruited athletes who were denied admission. In Table 4, therefore, 100 percent of recruited athletes are recorded as admitted. Thus, it is not possible to analyze the admissions process for athletes, beyond describing the characteristics of those who were admitted.

3. **Final Review**. Some applicants who went through the Regular Review are also subject to Final Review. These include those who received two read scores in the Regular Review that are discrepant (that is, their two read scores differ by more than 1.0), those who did not receive a valid read score, and those who were included in Final Review by the UARS staff for miscellaneous reasons, including quality control. Among the applicants referred to Final Review for miscellaneous reasons are those who received two unfavorable read scores yet had a very good GPA or those whose received two favorable read scores yet had a weak GPA. The data in Table 4 imply that approximately 9 percent of applicants went through Final Review and 14 percent of admissions took place via Final Review. Unlike in Regular Review, in Final Review an application is read by a member of the UARS staff who assigns a one of 11 possible scores (1, 1.5, 2, 2.25, 2.5, 2.75, 3, 3.5, 4, 4.5, 5). These scores lead to admissions decisions in the same way as for Regular Review. Final Review scores for applicants subject to Final Review

and Regular Review scores for those who are not subject to Final Review constitute the holistic ranking of applicants.

Figure 1 summarizes the distributions of holistic ranks by ethnic identity and college. Figure 2 shows the distributions separately for ranks assigned in Regular Review and in Final Review. These distributions follow the guidelines to reviewers regarding the percentage distribution of read scores and holistic ranks. By a large plurality, the most common rank is 4.0 and, given that most of the 3.5 and 4.5 scores are averages of 3.0 and 4.0 and of 4.0 and 4.5 respectively, one can see that roughly half of applicants in fact receive read scores of 4.0. Holistic ranks in Final Review tend to be more favorable on average than in Regular Review, implying a somewhat higher rate of admission through Final Review than Regular Review. These figures suggest ethnic identity group differences in the distribution of read scores, but these differentials are shown much more precisely in analyses presented later in this report.

4. **Supplemental Review**. A subset of applicants to the College of Letters and Sciences who went through Regular or Final Review may be referred for Supplemental Review. Readers during the Regular Review may recommend applicants for Supplemental Review if they believe that they cannot score the applicant on the basis of the information contained in the application or if they believe that the applicant deserves special consideration because of personal circumstances reflected in the application. UARS staff members decide which of the referred applications will in fact be given Supplemental Review. From the applicants who have been selected for Supplemental Review, UARS solicits additional information about their circumstances, an update on their academic

performance, and letters of recommendation. Based on whatever additional information comes in and the original application, UARS staff assign a Supplemental Review Score to the application using the same 11-point scale was is used in Final Review. All applicants who receive a holistic rank of 2.25 or better in Supplemental Review are admitted at this stage. A very small number of those who receive a holistic rank of 2.5 or worse (< 1 percent) were also admitted in 2008.

5. **School Review**. A small number of applicants are subject to further review based on special circumstances that surround their high schools. These may include cases where an applicant's personal academic credentials are strong but, because their high school has a large number of high performing students, may appear weak relative to their peers. They may also include cases in which a student performs exceptionally well in the context of their high school but nonetheless received a poor holistic score in Regular Review. They may also include cases where there have been large year-to-year changes in how well students have fared from their high schools. In School Review, UARS staff members assign a School Review Score to the application using the same 11-point holistic scale that is used in Final Review. All applicants who receive a holistic rank of 2.25 or better in School Review are admitted at this stage.

In Table 4, "Admitted" applicants are those who were admitted at each stage and "Applicants" are those who were not admitted at each stage and not reviewed at a later stage. The table shows that a large majority of admitted applicants is established through "Regular" admission. Approximately 84 percent of admission decisions and 75 percent

of favorable decisions are made in Regular Review, 9 percent of decisions and 14 percent of favorable decisions are made in Final Review, and 5 percent of decisions and 6 percent of favorable decision are made in Supplemental Review. The large majority of decisions made in the Regular admission stage motivates my central concern with the process of holistic ranking of applicants at this stage. A large enough proportion of applicants were referred to and admitted at later stages, however, to justify an examination of these later stages of review as well.

Table 5 shows admission rates by college. In this table "Regular Admission" includes the results of both Regular and Final Review. Overall, slightly less than one fourth of applicants to UCLA are admitted, a level that holds for both Letters and Sciences, the largest college, and Engineering, the second largest. Admission rates are significantly lower in Arts and Architecture, Nursing, and Theater and Film.

Table 6 shows admission rates by read scores and college. They show the relatively tight link between holistic rank and admission within the College of Letters and Sciences compared to other colleges. For L&S, a holistic rank of 2.5 or better almost guarantees admission, although failure to receive a rank that favorable does not preclude admission (through Supplemental or School Review). The other colleges supplement holistic review with college-specific review procedures that are outside the scope of this report.

Table 7 presents a more detailed picture of the review process in the College of Letters and Sciences for California residents and non-residents and international students. The table again shows that a read score of 2.5 almost guarantees admission for domestic students – indeed the 49 California resident applicants who were not admitted with a read score of 2.5 are individuals who eventually withdrew their application. For international

students, the critical cutoff is between 2.5 and 2.75. The table also shows the extent to which Supplemental Review and School Review provide additional opportunities for admission to a small subset of applicants who receive poor holistic ranks. Whereas non-residents who are admitted via Supplemental Review are typically on the border of admission (scores of 2.5 – 3.0), admitted applicants among California residents include substantial numbers with weaker holistic ranks. School Review is almost exclusively a pathway to admission for selected California resident applicants inasmuch as this review consists of examining an applicant's record in the context of schools that have had enough past UCLA applicants to permit an analysis of application and admission trends for those schools.

Table 8 shows how applicants with different ethnic identities fare in the admissions process in the college of Letters and Sciences. Whereas a holistic rank of 2.5 or better almost assures admission in L&S, a significant percentage of applicants from all ethnic identity groups with worse scores gain admission as well. At the borderline score of 2.75, admission rates range from 10 percent for Whites and "Others" to 35 percent for Latinos. Relatively large proportions of African American and Latino applicants who score 3.0 or 3.5 are also eventually admitted, much higher rates than for the other ethnic identity groups. The analyses reported in the balance of this report provide insight into the sources of these disparities.

## 5. A MODEL OF THE ADMISSIONS PROCESS

To analyze the admissions process it is necessary to examine how the various channels of admissions combine to create the population of admitted applicants. This involves combining the several channels of admissions that are described above in a way

that represents the determinants of (1) which review determines the admission outcome for each application, (2) how each applicant is scored in the channel that decides his or her admission, and (3) how the applicant's score is linked to the admission decision. The model, therefore, has two parts. One part represents an accounting of how the different stages of the review process combine to determine admission. The other part consists of statistical models of how social factors and academic qualifications affect the evaluation of applicants. I discuss these two parts in turn.

**Accounting Model of the Admissions Process**

In view of the complexity of the admission process, it is necessary to make some simplifying assumptions. However, based on my observations of the admissions process and consultation with UARS staff, I believe that these simplifications, which are discussed below, do not distort the results of the analysis. The model described below incorporates all stages that are followed for applicants to the College of Letters and Sciences. For other colleges, some of the components of the model are not relevant. The analyses are restricted to admissions through Regular, Final, Supplemental, and School Reviews; as noted above, information on athletes who are not admitted was not available for this study. I assume that the admissions process is sequential in the following order: Regular, Final, Supplemental, and School Review. That is, applicants who are admitted at an early stage are assumed to not be considered at a later stage, whereas applicants who are not admitted at an early stage may be given "second chances" at later stages.[5] In words, the model is as follows.

[5] Many applicants are reviewed and scored in several of the review stages (Regular, Final, Supplemental, and School). My simplifying assumption is that these review stages follow a temporal sequence and that admission is determined by the score and decision at the last review that an applicant receives. This

1. The probability of admission is the weighted sum of the probabilities of admission at each of the four review stages, where the weights are the probabilities that the admission decision will in fact be made at that stage.
2. For Regular Review the probability of admission is the probability of receiving sufficiently favorable read scores (typically an average of two favorable, nondiscrepant read scores) at that stage times the probability of admission given those scores. For sufficiently favorable scores (2.25 or better), admission is automatic. For intermediate scores, admission is probabilistic.
3. For Final, Supplemental, and School Review the probability of admission is the probability of receiving a sufficiently favorable read score (typically a single score assigned by UARS staff) at that stage times the probability of admission given this score.

A more formal statement of the accounting model is provided in Appendix 1.

Each of these probabilities is estimated for individuals and groups using statistical models for the effects of academic performance and qualifications and personal and social characteristics that are described in the next section. This analysis reveals differences in admissions probabilities at each stage of the admissions process and overall differences among groups under various sets of statistical controls. Additionally, when these probabilities are combined with the numbers of applicants of various social and demographic groups who are reviewed at each stage, the model provides estimates of the expected *numbers* of applicants in each group who would be admitted under alternative assumptions about which controls are held constant. Furthermore, these estimated numbers of admitted applicants can be compared to actual numbers admitted in each

temporal sequence may not have been followed for every applicant. However, exceptions to my assumed order were sufficiently rare that the assumption is unlikely to distort the quantitative analysis.

group and the numbers who would be admitted were rates of admission equal across groups.

**Statistical Models of Holistic Review**

To analyze the admission process, I developed statistical models that are intended to be true to the essential features of the process, namely that it consists of a series of steps, which involve holistic scoring of applications and an admission decision based on the scores. The model incorporates the idea that the characteristics of applicants, including their Readsheet data and other characteristics that readers perceive based on their holistic appraisals, affect the scores that applicants are given. It also reflects that reading an application is not an exact science and that the behavior of readers is not reducible to a simple, mechanical formula. Two readers may score an application differently. Even when readers score an application identically, as observers we may not be able to predict their scores perfectly from what we know about the applicant. The model, therefore, is *probabilistic*, representing the uncertainties faced by the readers themselves and by the analyst in predicting the behavior of the readers. So far as possible, I have constructed the model to represent the information that is available to readers. For example, if particular test scores or other information is missing from the Readsheet, I code the data as missing for the purposes of the model.[6] The model has the following parts:

1. A prediction equation for *read score in Regular Review* of applications. This equation predicts the probability that a reader assigns one of six possible read scores -- 1, 2, 2.5, 3, 4, or 5 -- to each application as a function of applicant

[6] This procedure is in contrast to the common research practice of imputing missing data. Whereas some imputation procedures are acceptable for some research purposes, the intent in this study is to represent what readers really know about the applicant. Most readers do not "impute" missing data as they read the files. Rather they make do with whatever information is available.

characteristics. I use both ordered logistic regression models, a commonly used statistical model for analyzing a dependent variable with discrete ordered categories, and also multinomial logistic regression models, which are typically used for unordered categorical dependent variables (e.g., Long 1997; Long and Freese 2005).[7] The observations for estimating this model include each reading of each application. Typically, applications are read by two readers and thus each applicant contributes two "observations" to the analysis. The holistic read score for each individual is, in cases where the two readers do not differ by more than 1.0 in their ratings, the average of the two scores. The possible holistic read scores are: 1, 1.5, 2, 2.25, 2.5, 2.75, 3, 3.5, 4, 4.5, or 5. From the standpoint of the reader, only 6 scores are possible. Using the model, however, we can compute the probabilities of each of the 11 possible scores.[8] In addition, given the

[7] The ordered logit model contains a single parameter for each independent variable, and assumes that the (logarithm of the) odds of progression between each adjacent category of the dependent variable change by the same amount for a unit change in an independent variable. Hout used the ordered logit model for most of his analyses of the Berkeley review process. The multinomial logit model includes a parameter for each adjacent contrast between categories of the dependent variable. If, for example, the dependent variable has 6 categories, then the model includes 5 parameters for each independent variable. Results from the ordered logit model are much more parsimonious and easier to describe than those from the multinomial model. The multinomial logit model, however, fits the read score and other outcome data better than the ordered model. This is because the restrictive assumption of the ordered logit model of a constant effect of each predictor across all levels of the outcome does not hold in all cases. Indeed, for assessing differences among ethnic identity groups, the ordered logistic model may give somewhat misleading results. For the purposes of summarizing the relationships between various predictors and the read score, I rely mainly on results based on ordered logit models. For computing group-specific predicted probabilities of a given read score or other outcome or predicted numbers of applicants in a given category, I use the multinomial logit model. In cases where the outcome has only two categories (e.g., assigned to Supplementary Review or not), the ordered logit and multinomial logit models are equivalent to a binary logistic regression model.

[8] The logit models predict the probability that a reader assigns one of six possible scores. Because the two readers provide independent assessments, it is possible to compute the probability of any of the 11 possible holistic scores. For example, the probability that the holistic score is 1 is the probability that the first reader assigns a 1 times the probability that the second reader assigns a 1. The probability that the holistic score is 1.5 is the probability that the first reader assigns a 1 and the second reader assigns a 2 plus the probability that the first reader assigns a 2 and the second reader assigns a 1. The probabilities of all possible combinations can be computed in this way. Combinations in which the two scores differ by more than 1 denote the probabilities that scores are discrepant and the applicant is referred to Final Review for a separate holistic score (see below). This method differs from the one used by Hout, who combined the two read scores for each applicant in advance and predicted an 11-category dependent variable for read score. Although these two methods are likely to yield broadly similar results, my model is more consistent with

relationship between holistic scores and admission, this model implicitly provides information about the probability of admission for applicants who are not referred to Supplemental Review, Final Review, or School Review. In 2008, among these applicants, those scoring less than 2.5 were admitted and, in the College of Letters and Sciences approximately 96 percent were admitted. Regardless of College virtually all of those scoring worse than 2.75 were rejected. For these two groups, therefore, there is a fixed relationship between holistic score and admission. Those scoring 2.75 in the College of Letters and Sciences included both admitted and rejected applicants. I analyze the admission decision for those on the scoring borderlines using a separate equation.

2. A prediction equation for whether or not an applicant is *assigned to Supplemental Review*. This equation predicts a yes/no outcome as a function of applicant characteristics and is technically a binary logit equation. The observations for estimating this model include each applicant to the College of Letters and Sciences and the predictors include characteristics of the applicant, including read scores from Regular Review.[9]

3. An ordered or multinomial logit prediction equation for *read score during Supplemental Review* of those applications referred and accepted for Supplemental Review. This equation predicts the probability that a reader assigns one of 11 possible read scores -- 1, 1.5, 2, 2.25, 2.5, 2.75, 3, 3.5, 4, 4.5 or 5 -- to each application as a function of applicant characteristics, including his/her read

---

the actual scoring job faced by each reader, namely to assign one of 6 scores, and with the ways that the scores were combined in the admissions process.

[9] This part of the model combines two parts of the process which could, in principle, be considered separately. These include the recommendation by the readers that an applicant be considered for Supplemental Review and the decision by the Admissions staff to conduct a Supplemental Review of the applicant.

scores from the Regular Review. The observations for estimating this model include each applicant who has been accepted for Supplemental Review. These scores are related to the admission decision in the same was as for holistic scores obtained from Regular Review (see above).

4. A binary logit prediction equation for whether an applicant is referred for Final Review – that is, whether any of the readers coded the application as "can't rate," the two readers of an application differed by more than 1 in their regular read score, or other miscellaneous decisions by UARS staff to conduct a Final Review. The model predicts this yes/no outcome as a function of applicant characteristics. The observations for this equation include all applicants.
5. An ordered or multinomial logit prediction equation for *read score during Final Review* of those applications referred to Final Review. This equation predicts the probability that a reader assigns one of 11 possible read scores -- 1, 1.5, 2, 2.25, 2.5, 2.75, 3, 3.5, 4, 4.5 or 5 -- to each application as a function of applicant characteristics. The observations for estimating this model include each applicant who has been referred to Final Review. These scores are related to the admission decision in the same way as for holistic scores obtained from Regular Review (see above).
6. A binary logit prediction for whether an applicant is referred for School Review.
7. An ordered or multinomial logit equation for read score during School Review, using the same categories as for Final and Supplemental Review.
8. Binary logit prediction equations for whether an applicant is admitted given that s/he has a holistic score of 2.75 among domestic California L&S applicants in Regular or Final Review. The model predicts this yes/no outcome as a function

of applicant characteristics. The observations for this equation include all Domestic California applicants who scored 2.75 in the review that determined their admission decision.

## 6. REREAD STUDY

Part of this investigation consists of obtaining measures of how readers perceived applications in the course of holistic ranking above and beyond the information contained in the application and Readsheet. Readers were instructed to take account of various aspects of applicants' backgrounds and to make subjective judgments about the challenges applicants faced, the quality of their application essay, and their overall sense of the applicant's promise for study at UCLA. To assess the degree to which these factors affected holistic ranking and possibly other admissions-related decisions, in the summer of 2009 we drew a subsample of the Fall 2008 domestic applicant cohort for the College of Letters and Sciences, recruited readers from among the pool of individuals who read the actual Fall 2008 applications, carried out a refresher training course in holistic ranking, asked readers to assign a read score to a set of actual Fall 2008 applications, and asked readers to answer a set of closed-ended questions about how they perceived the application. Readers were selected from among persons who had worked as readers in the actual Fall 2008 admissions process. Although not a probability sample, they were chosen to have adequate representation of White, African American, Latino, and Asian readers.

Applications themselves were sampled using a two-step stratified design. Two samples were combined for the analysis. The first sample is a stratified sample in which African Americans were sampled at a rate of 0.5 (50%), Latinos were sampled as a rate

of 0.125 (12.5%), North Asians were sampled at a rate of 0.1 (10%), Southeast Asians were sampled at a rate of 0.2 (20%), and all others (including Whites, Native Americans, unknowns, and others) were sampled at a rate of 0.065 (6.5%). The second sample is a random selection of 800 applicants who received Supplemental Review (and who were not selected in the first sample). Together, this resulted in a sample of 5700 applications, which were randomly assigned to readers. Numbers of reread sample applicants for each ethnic identity group and net sampling fractions are reported in Table A1. Each application was read by two readers, resulting in a total of 11,400 "reads."[10]

Readers were given an online survey questionnaire, the contents of which are reproduced in Appendix Figure 3. Items selected for the questionnaire were drawn in part from a similar instrument fielded by Hout in his 2005 study of admissions at UC-Berkeley. Among the items included in Hout's survey, we selected the ones that appeared to have some significant association with read scores or referral to Augmented Review[11] in his study and that we could not operationalize directly from a computerized coding of Readsheet data (as discussed further below). We also included items that were not part of Hout's survey that enabled us to explore possible additional determinants of holistic ranking. As Appendix Figure 3 indicates, our survey includes readers' perceptions and judgments of applicants' major awards, extracurricular activities, employment, reporting of high school coursework, personal statement, public spiritedness, life experiences, and personality of potential relevance to success in college.

[10] Readers who participated in the reread study were not assigned, except by chance, the applications that they read when they were employed during the actual admissions process for the Fall 2008 entry cohort. We obtained two reads of each application with an eye to examining the between reader variability in their perceptions of applicants. I have not had time to analyze this part of the data. In the statistical analyses where reread data are used, we use the average of the two reader measures on each variable to represent reader perceptions of each applicant. For a subsample of observations, we also asked readers to supply a holistic rank for the application. I have not used this information in the analyses described in this report. Instead all analyses are based on the read scores that applicants received during the actual admissions process.

[11] Augmented Review at Berkeley is essentially the same as Supplemental Review at UCLA.

These factors are all potential considerations in a holistic ranking of an applicant and were mainly drawn from Hout's survey. Additionally, we asked whether and, if so, how readers could identify the gender, ethnicity, religious affiliation, political leaning, immigration status, and possible UCLA legacy status of each applicant. Whereas these latter characteristics are not, in most cases, appropriate sources of consideration in scoring applications, we wished to investigate whether they nonetheless affected holistic review. Finally, we also asked readers to assign a holistic rank to each application, although that information has not been used in the analyses shown in this report.

Hout's reread survey included several additional measures not listed above which nonetheless appeared to have an impact on the scoring of applicants to Berkeley. These included readers' impression of the *trend* in applicants' grades as well as the numbers and scores on Advanced Placement Tests. As we developed our read study, we realized that these variables could be coded automatically from quantitative Readsheet data and opted to measure them in this way rather than ask readers to report them through the survey. Although computer algorithms are unlikely to mirror exactly the perceptions of readers as they go through applications and Readsheets, I believe that the correspondence is likely to be close enough for such concrete and quantifiable phenomena as trend in grades and AP test taking and performance. An obvious advantage of using a computerized coding is that I can obtain measure of these variables for the full population of applicants rather than only a subsample.

In the course of the analysis it became apparent that most of the strongest predictors of holistic ranking and other admission related outcomes are variables that derive from the Readsheets and therefore are observed for the full population of applicants. Only a small number of variables come from the reread survey. Thus, unlike

Hout's analysis, which relied almost exclusively on the 8000 applications that were reread in the course of his study, the statistical analyses reported here are based on the entire population of 55,283 Fall 2008 applicants. The variables derived from the UCLA reread survey can also be included in the analysis, but these are recorded as "missing" for applicants who were not part of the reread sample. Because the reread sample was selected with known probabilities, no bias is incurred by including the survey variables in statistical models that include indicator variables for whether an applicant was part of the reread sample and for ethnic identity group, which were the key stratification variables for the sample.[12]

## 7. MODEL SPECIFICATION

For each stage of the admissions process I examined a variety of specifications of these statistical models, that is, alternative subsets of independent variables that affect read scores, assignment to review stages, or other admission-related decisions. My principle goal in fitting alternative models was to obtain robust estimates of the effects of the main factors that are intended to play a role in holistic assessments of applicants to UCLA, to get a sense of the relative size of these effects, and, so far as possible, to identify disparities in how applicants from varying social backgrounds fare in the

[12] Nonsample applicants were assigned a zero for each survey variable on which they did not have data. Stratification also included whether or not an applicant went through Supplementary Review. Because the statistical models were estimated separately for each type of review, it was unnecessary to take account of stratification on Supplementary Review status in the models. As shown in Tables 9 and 10 (discussed below), the models include a dummy variable for whether an applicant was part of the reread sample. Because of the random sample design, none of the outcome variables should differ significantly between sample and nonsample cases. However, because the variables measured in the reread study are "missing" for all applicants who were not part of the reread study, these variables should be interpreted as interactions between being in the reread study and the measured reread characteristics. Thus, the coefficients on the dummy variable for whether an applicant was part of the reread sample, taken by themselves, denote the expect "effects" of being in the reread sample but scoring zero on all of the reread variables. These coefficients, therefore, may differ significantly from zero, even though inclusion in the reread sample is random.

admissions process. Although I fit a wide variety of models to explore possible patterns of effect, I will, for the most part describe the results of a single model for each stage of the admissions process. The statistical model for each stage of the review process includes measures of high school academic achievement, personal qualities relevant to future academic success, performance on standardized tests, participation in academic enrichment programs, applicant's opportunities for academic and non-academic improvement and the degree to which the applicant has taken advantage of these opportunities, and challenges and hardships that applicants may have faced. So far as possible, I evaluated the effects of these factors both in their absolute levels and also relative to the applicant's position in his or her high school. In my exploratory analyses, I considered large numbers of possible predictors derived from the various data sources listed above, as well as interactions among various sets of variables. In the following discussion, I emphasize the associations between each set of variables and holistic ranking in Regular Review, but I used similar considerations and measures in developing models for other parts of the admissions process.

**High School Achievement**

Possibly the most telling indicator of an applicant's high school achievement is his or her Grade Point Average. As Appendix Figure 2 shows, the Application Read Sheet provides a variety of GPA measures, depending on whether GPA is unweighted or weighted for honors and Advanced Placement (AP) courses and depending on which local population is used to compute a percentile score for GPA. Based on preliminary inspection of the data and my observations of how readers were trained in holistic scoring, I opted to focus on the effects of weighted GPA percentile ranking relative to

applicants to UCLA from the applicant's high school over the past three years. In Hout's Berkeley study, he employed a similar measure based on the Berkeley applicant pool, again based on his preliminary inspection of his data and consulting with others who had analyzed Berkeley admissions data.

In models of the admissions process it is necessary to incorporate the most important nonlinear effects of GPA percentile on holistic ranking and other outcomes. UCLA students are selected from those in the upper part of the range of GPA percentile. That is, over a broad range of low GPA percentiles, the chances of getting a favorable holistic ranking do not change very much; that is, they hardly increase at all until the middle of the GPA percentile distribution and then increase most rapidly near the top of the distribution. To capture this type of nonlinear effect, I represent the GPA percentile effect as a "spline" with three slopes, one for the 0-20th percentile range, one for the 20th-80th percentile range, and one for the 80th-100th percentile range.[13] Additionally, I include an indicator variable for whether an applicant's unweighted GPA is a perfect 4.0, which is tantamount to whether the applicant's weighted GPA is 4.0 or better. This is a measure of high academic success and provides additional information about GPA that readers may use for applicants for whom GPA percentile is missing. The models also include an indicator variable for whether GPA percentile is missing on the Readsheet.[14]

[13] A spline represents the effects of a quantitative variable with two or more segments in which the effects may differ. In my models the effects within each segment are linear. I experimented with alternative numbers of slopes and alternative inflection points ("knots") before settling on this specification. Alternative specifications tend to fit the data somewhat more poorly and do not alter the qualitative conclusions of the analysis. This spline specification turns out to be the same one that Hout selected for the Berkeley analysis.

[14] GPA percentile relative to recent applicants to UCLA from the applicant's high school is not recorded on the Readsheet for applicants who are not California residents or who are from high schools with small numbers of recent UCLA applicants. Hout's approach to missing data was to impute missing observations from an equation developed from the applicants for whom full information was available. Using the observed characteristics of applicants for whom GPA percentile is missing, he predicted their missing values. I eschewed this procedure because it does not represent what readers actually do. If information is missing, then readers must make do with what information is available. It is unlikely that they carry out

A second part of an applicant's high school academic record that readers consider is the amount of college preparatory coursework taken by the applicant. This is reflected in the number of A-G courses taken by the student. To take account of high school variation in course offerings and course-taking norms, this quantity is included on the Readsheet as a set of percentiles and readers are encouraged to emphasize the percentile ranking based on recent applicants to UCLA from the high school of each applicant. I include this percentile measure in my models and, as for GPA percentile, use a three segment spline for the 0-20th, 20th-80th, and 80th-100th percentile intervals. This specification shows the range over which variation in number A-G courses has the largest effect on holistic ranking. The models also include an indicator variable for whether A-G course percentile is missing on the Readsheet.

A third important part of an applicant's high school record is the extent to which he or she passed and scored highly on Advanced Placement (AP) tests. Based on my observations of the reader training process and Hout's Berkeley analysis, I chose to include in the models measures of numbers of AP tests passed with scores of 3, 4, and 5. Hout based these measures on the numbers of tests passed that were recorded by readers in his reread sample. In contrast, I derived these counts for the full population of applicants using a computerized reading of the digitized application forms.[15] Numbers of

---

"mental imputation." This justifies my use of a dummy variable for missing data. As this report was being completed, however, it occurred to me that readers may use other GPA information, such as actual (weighted or unweighted) GPA or GPA percentile relative to the total applicant pool, which may be available even when GPA percentile relative to the applicant's own high school is missing. This possibility is a topic for further analysis.

[15] We were given a full digitized transcript of each application in XML format. We converted these data into a delimited, rectangular data file that could be read by a standard statistical computer package. This automated coding of AP scores has the advantage of eliminating arithmetic errors in tallying the scores and providing estimates for the full population of applicants (which can therefore yield more precise estimates in the statistical models). On the other hand, it may be less effective than Hout's reread approach in mimicking what readers really do when they look at the list of AP scores provided on actual applications.

AP tests passed with scores of 3, 4, and 5 enter as three linear variables in the statistical models.

I included some additional measures of high school achievement which were suggested by Hout's analysis or my own exploration of the data. These include a measure of whether an applicant's high school performance made them "Eligible in a Local Context" (ELC) for admission to a UC campus, whether an applicant's grades exhibited a favorable or unfavorable trend over the high school years, and whether the applicant had a heavy or light academic load during senior year. ELC is recorded on the summary Readsheet. To assess the trend in grades, it is necessary to examine the transcript data on the application form. I derived trend data from a computerized reading of the digitized application forms.[16] The difficulty of an applicant's senior year was assessed for the reread sample. Readers were asked whether they would consider the applicant's senior year program "heavy," "average," or "light" relative to the UCLA applicant pool. Scores ranged from -1 for light to 0 for neither strong nor light to +1 for heavy.[17]

**Personal Qualities**

Holistic assessment of applicants requires that readers take account of other personal qualities of applicants that bode well for their success at and contribution to UCLA. As the "Freshman Selection Criteria" state, readers should consider, "Personal qualities of the applicant, including leadership ability, character, motivation, tenacity, initiative, originality, creativity, intellectual independence, responsibility, insight,

[16] Hout obtained trend data from the perceptions of his reread sample. My study has this measure for the full population of applicants.
[17] See Appendix Figure 3 for exact wording of question to readers. Question wording is similar to Hout's question for the same concept.

maturity, and demonstrated concern for others and for the community." Readers are instructed to view the entire application with an eye to assessing the presence of these qualities. The questionnaire that we administered to the reread sample was designed to elicit readers' perceptions of these qualities. Based on preliminary exploration of the data, my observations of reader training sessions, and Hout's analysis of similar data, I selected combined reread measures into four indices of relevant personal qualities. Appendix Figure 3 provides the exact wording and explanations of concepts that were provided to readers.

*Good Job*. Based on readers reports for the reread sample, sample applicants were scored on the degree to which they held jobs that combined academic content, responsibility, and skill or that provided economic assistance to their families. Typically these jobs are reported explicitly in the application, although they may be discussed in the applicant's personal statements. The scores ranged from 0 to 4, based on yes-no responses to whether the applicant held a responsible job, a job that required special skill, a job that provided money for non-discretionary purposes, and a job that had academic content.

*Active Extracurricular Participation*. Readers in the reread study scored applications, based on the application form, on whether the applicant's extracurricular participation was "light," "average," or "strong" relative to the UCLA applicant pool. The score ranges from -1 for "light" to 0 for "average" to +1 for "strong."

*Contributions to School and Community*. Applicants may convey their potential to contribute to UCLA campus life through their extracurricular activities, employment, or personal statements (page 6). Readers in the reread study indicated whether the applicant made a below average, average, or above average contribution to their school or

community (relative to the UCLA applicant pool); would be likely to contribute positively to UCLA campus life; and demonstrated above average "spark, energy, pluck, grit, insight, maturity, or originality." These measures were combined into a score ranging from 0 to 6.

*Effective Essay*. In the reread study, readers were also asked to examine the applicant's personal essay and answer a series of questions about the effectiveness of the essay, specifically whether it showed "evidence of academic achievement" (not mentioned elsewhere in the application), "leadership," "other non-academic accomplishments," making "special effort to see advanced academic coursework," and making "special effort to seek other academic challenges." Each of these aspects of the statement were coded either yes or no and were combined into a score ranging from 0 to 6.

**Performance on Standardized Tests**

Applicants to UCLA are required to take standardized tests of achievement and aptitude, but applicants vary in the number and versions of the tests they take. Although the Readsheet contains considerable detail about applicant performance on the tests taken by the applicant, readers are also provided a "UC Score," which translates SAT and ACT scores into a common metric. Appendix Figure 6 shows the information on how UC Scores are calculated that is provided to applicants. Based on my observation of reader training and inspection of the data, I conclude that readers give particularly heavy emphasis to the applicant's UC score, especially in relation to the scores obtained by persons from the applicant's high school who have applied to UCLA in the previous three years. The UC score percentile measure, therefore, follows a similar rationale and

method to the GPA percentile measures described above. Because UC score percentile relative to the high school applicant pool to UCLA is missing for a significant number of applicants, I conjectured that readers may look at absolute UC scores when percentile measures are not available. Thus, I also included the applicant's absolute UC score in the model. This is measured as a spline with three intervals, 0-300, 300-460, and 460-500, reflecting the possibility that the effect of variation in the upper part of the UC score distribution is greater than the effect of variation toward the bottom of the distribution. The model also includes indicator variables for whether UC Score percentile and UC Score are missing on the Readsheet.[18]

**Other Achievement**

I also included a single measure of whether an applicant participated in any university outreach program. This measure, which was available for the entire applicant population, was based on whether any program participation was recorded on the Readsheet.

**Challenges**

To represent special challenges faced by applicants, I included measures of parents' attainment (a five category classification of the level of education achieved by the most educated parent), family income (a seven category classification of reported family income relative to the poverty line for the family's size), and an index of obstacles

[18] As this report was being completed, I explored the possibility that readers give more weight to absolute UC Score when UC Score percentile is missing; that is, that there is an interaction between whether UC Score percentile is missing and the spline effects of absolute UC Score. My preliminary inspection of the data suggests that this may well be the case and that including these more complicated effects would improve the models. Unfortunately, I did not have time to incorporate these results into the tables and discussion presented in this report.

to achievement. Parental education and family income were reported on the Readsheet and are available for all applicants who disclosed them. Obstacles to achievement were identified by readers in the reread study who were presented with a list of 33 possible obstacles and were asked to check off all that they could discern from the applicant's personal statement or information presented elsewhere in the application. The obstacles included such experiences as parental divorce, incarceration of a family member, living in a dangerous neighborhood, and many others. Readers were further asked whether, in their estimation, the applicant's home and school environment limited his/her opportunities relative to the applicant pool. In cases where the reader judged the applicant's home and school environment was a limiting factor, the applicant was given a score equal to the number of obstacles recorded by the reader. In principle, this score ranges from 0 to 33, although virtually the entire sample lies between 0 and 10 on this measure.[19]

**Other Factors**

The models also include measures of personal characteristics that are not part of the criteria that readers are instructed to take into account in holistic ranking. These characteristics may in some instances be judged clearly inappropriate criteria or in others simply ambiguous. Such characteristics are not included on the Readsheet or on the version of the application that is provided to the readers. In many cases, however, this information may be inferred by readers from an applicant's personal essay or the name of

[19] Hout's analysis included separate measures of self-report and state-certified disability, which were part of the information provided on the 2004 Berkeley application. These measures were not part of the 2007 and 2008 UCLA applications. In the UCLA reread study, however, readers were asked to record whether there is evidence in the applicant's personal statement or elsewhere that the applicant had a physical disability and/or a learning disability. These hardships enter my analysis as part of the tally of obstacles to achievement.

the applicant's community or high school. These characteristics are included in my models because of their policy interest and because they may cast light on how the review process works. These include the applicant's gender, ethnic identity group (as discussed in Section 3), California residency status, and international student status. Additionally, I included measures of the ethnic makeup of the applicant's high school. Whereas the personal characteristics of the applicant such as gender and ethnic identity should not be explicit criteria for holistic review, the ethnic composition of a high school may provide an indication of the social and cultural isolation of the high school or of the academic quality of the high school. It is unclear the extent to which readers and UARS staff are aware of the demographic characteristics of individual California high schools.

**Controlling for School Characteristics**

In scoring applications, readers are expected to take account of each applicant's academic record, broadly viewed, as well as life circumstances that may account for some of the variation in high school academic performance. Readers take account applicants' personal circumstances and resources that may have impeded their academic development. These circumstances and resources include the social and economic characteristics of applicants' families and the characteristics of their high schools. To a limited extent, readers explicitly take school context into account when they note whether an applicant is "Eligible in a Local Context," when they examine an applicant's GPA percentile with a high school, and when they examine an applicant's "UC Score Percentile" relative to other UCLA applicants from the same high school. Other elements of an applicant's record as reported on the Readsheet or application forms are not explicitly normed to an applicant's high school, although readers are encouraged to consider the type of high school that the applicant attended.

High schools are multi-facetted places inasmuch as they vary in size, quality and quantity of learning-related facilities, qualifications of teachers, demographic makeup of the student body, and other characteristics. It is, moreover, hard to assess how much the readers of applications know about specific schools, although, as shown in Appendix Figure 2, the application Readsheet contains a large number of school characteristics, including summary measures of teacher qualifications, class size, dropout rate, average test scores, average socioeconomic status of student body, and rates of application to UC campuses.

In principle, a preferred method of controlling for school characteristics is to estimate the average within-school effects of individual-level school factors (such as GPA, ethnic identity, etc.). This is typically accomplished by putting in a "dummy variable" or "fixed effect" for each high school (that is, a variable equaling one if an applicant attended a given high school and zero otherwise). In principle, the fixed effects would capture all characteristics of schools, whether measured or unmeasured. Models with school fixed effects show how well a student performs relative to his or her peers, which is presumably an important basis for how admissions work. The effects of personal characteristics, including both academic performance and also demographic characteristics are represented as "within school" effects. For many UCLA applicants, however, many of the fixed effects models could not be estimated. This is mainly because the number of applicants from some of the schools too small to permit estimation of this kind of effect. As a substitute, in addition to focusing on relative achievement measures such as GPA percentile, I estimated models that control for a large number of measured school characteristics. In principle, a full specification of between school differences would be equivalent to a fixed effects model, but in practice we cannot

measure all possible school differences. Models that control for measured school characteristics do not have a strict "within-school" interpretation, but they provide some assessment of how applicants are assessed within schools of similar makeup.

I used the following school characteristic measures, each of which is recorded on the Readsheet and is thus observable by readers: high school Academic Performance Index, whether the school had fewer than 10 applicants to UCLA in the applicant's cohort, the size of high school enrollment, percent of teachers with emergency credentials, percent of student eligible for subsidized meals, percent of students who are English learners, percent of students with no college educated parent, 10th grade attrition rate, percent of students who did not complete their A-G requirement, average income of UC applicants, number of graduates in previous year, number of applicants to any UC campus in previous year, number of applicants to UCLA in previous year, number of students admitted to UCLA in previous year, percent of UCLA admittees who enrolled at UCLA, mean reading SAT, mean math SAT, mean writing SAT, number of AP courses offered per year, percent of AP scores greater than 3 in previous three years, percent of students with low opportunity to learn, student-teacher ratio, and whether less than five percent of students applied to UC campuses. In taking such a comprehensive approach to measuring school characteristics that are recorded on the Readsheet, my goal is not to isolate the effects of specific aspects of schools. My discussion of empirical results does not focus on the estimated effects of these characteristics on holistic ranking or other outcomes. Rather, my goal is to capture as fully as possible the local school contextual information that was available to readers and to represent the principle that applicants' records should be appraised relative to local opportunities to learn.

**Factors Considered but Not Included in Final Model**

I considered additional factors that may have influenced the admissions process but, so far as I was able to tell from the analyses I carried out, did not in fact do so. In the reread study, readers were asked whether they could identify the applicant's gender, religious affiliation, ethnic identity, political views, or connection to other family members who had attended UCLA. None of these attributes is a legitimate criterion for holistic ranking and none is explicitly identified on the Readsheet. (Gender and ethnic identity are requested on the application form but not included in Readsheets provided to reviewers.) Yet these attributes may be inferable, for some applicants, from their names, personal essays, or activities. Preliminary analyses of the reread study data, however, showed that readers were able to infer some of these characteristics for a portion of applicants. However, I found no evidence that whether readers reported that they could identify these characteristics or their actual perceptions affected the holistic review of applications.[20]

UARS also provided information about the readers of applications for the 157 Fall 2007 and 168 Fall 2008 admission reviewers. This included the ethnicity and the affiliation of the readers. Ethnicity is a four category classification (Asian, Black, Hispanic, White) as perceived by UARS staff. "Affiliation" classifies readers by whether they are UCLA staff (of various types) or otherwise connected to UCLA, independent councilors, or employees of private or public high schools. In all, 10 types of affiliation are distinguished. In the time available I was unable to find any large systematic effects of reader characteristics on the holistic admission process. This includes both main

[20] In some instances, readers' perceptions of applicants gender and ethnic identity were not the same as the gender and ethnic identity information that the applicants provided for themselves (which was known to me though not to the readers). I did not investigate the implications of these discrepancies. As discussed above, I included the applicant's reported gender and ethnic identity in all of the statistical models.

effects of variation among types of readers on how favorably applications were scored and interactions between reader and applicant characteristics that indicate that particular types of readers treated applicants with varying characteristics differently from readers as a whole. Nor did I find any impact of readers on the overall distributions of admitted and nonadmitted students by race-ethnicity or other characteristics.[21]

The statistical models presented in this report mainly present main effects of the characteristics of applicants discussed in this section of the report and relatively few effects of *interactions among* these characteristics. Throughout this study I explored a variety of interactions, with particular attention to possible interactions between ethnic identity and the variables that measure the prescribed selection criteria. Within the limits of available time, I was unable to find any sizeable and robust interactions that, if included in this report, would alter its main findings and conclusions. Of course, with such a large number of variables under consideration, the number of logically possible interactions is astronomical. I have not investigated all of them and further data analysis may uncover more than I could find. I do believe, however, that I have captured the essential features of the admissions process with the results reported here.

**Additional Methodological Considerations**

*Effect vs. Association.* The admissions process occurs in a naturally occurring social setting and an understanding of how it works cannot be obtained in a laboratory or other experimental setting. Necessarily, this is an observational study and the factors of interest that may affect admission cannot be studied as or assumed occur as the result of

[21] Although the investigation of the effects of reader characteristics fell under the purview of this report, I gave it lower priority than the documentation of the ways in which the prescribed selection criteria affected holistic ranking and of the ethnic identity makeup of applicants who were admitted.

random assignment. The statistical measures of "effect" that are presented in this report are more strictly termed "associations" between potential determinants of holistic ranking or admission and these outcomes. They may nonetheless be given a causal *interpretation*, the validity of which depends on how adequately other contaminating factors are controlled and the logical coherence of the estimated models. In most instances, models that control for more observed predictors of holistic ranking are more likely to yield estimates that can be interpreted causally than those that have sparse controls, although there are exceptions to this rule of thumb. The models presented here have large numbers of variables, but they cannot prove the presence or absence of a causal relationship. In the discussion that follows, the terms "effect" and "association" are used interchangeably.

*Size of Effect vs. Significance of Effect.* This study quantifies the associations between applicant characteristics and their holistic rankings and other outcomes. By definition, this is a matter of the *size* of the effects of these characteristics rather than their statistical *significance*, which refers to the precision of estimated effects from sample data and whether an estimated contrast can be judged different from zero. This study employs both population data – that is, all applicants to UCLA for Fall of 2008 and 2007 – as well as sample data from the reread study. Because most of the results in this study are based on the population data, decisions about whether results are significant at a specified level of confidence are not meaningful. I report estimated ratios of coefficients to standard errors, but these should be regarded as descriptive statistics that provide estimates of precision of estimates. In cases where coefficients are small relative to estimated standard errors (say, a ratio of less than 2), whether for the sample or the population data, the estimated effects can be judged to be too imprecise to be interpreted.

For the most part, however, point estimates, rather than significance tests will be the focus of the discussion.

*Size of Effect, Importance of Effect.* Although it is natural to ask what factors are "most important" in predicting holistic rank or whether the effect of one factor is bigger than that of another, "importance" and relative size are well defined notions only in very specific circumstances. If key predictors were measured in a common, agreed upon metric, such as dollars or units of time, then it would be easy to say that a dollar or an hour spent on one factor has a greater or lesser impact than a dollar spent on another factor. In this study, however, it is impossible to reduce all predictors to a common metric because it focuses on quantitative measures such as GPA percentile, and categorical measures such as ethnic identity group or whether an applicant was involved in outreach activities. In these cases, one can compare effects but not make an unequivocal judgment about which effect is bigger or more important. For example, it is possible to report how much of a difference in GPA percentile is needed to benefit an applicant as much as participation in an outreach program. This establishes the amounts of two otherwise incommensurate independent variables that would be needed to produce the same impact on the dependent variable. I also compare predictors in the amount of variation in an outcome that occurs over their full range. But it is not possible to say in any absolute sense which variable has more of an impact.

*Effects in Nonlinear Models.* Because the estimated associations in this study are based on various types of nonlinear logit models, estimated coefficients do not provide an intuitive sense of the meaning of any given association. Where possible, therefore, I supplement estimated coefficients with estimated differences in probabilities and proportions, which convey relationships in a more natural language. Ultimately, the

admissions process yields quantities of admitted applicants who vary in their personal characteristics. In addition to presenting predicted differences in probabilities, where appropriate, I present expected counts of persons who vary on key characteristics. This translates the results of the models into differences in actual numbers of people who are admitted.

## 8. HOLISTIC RANKING IN REGULAR REVIEW FOR 2007 AND 2008

Because of the complexity of the models, there is no single best way to view the results. In this section I present the results for the holistic ranking in Regular Review in two ways, which highlight different features of the models and collectively give an overall picture of the results. I first show ordered logit model coefficients for the statistical model described in the preceding pages for Fall 2008 and Fall 2007. The coefficients and their estimated standard errors and test statistics are directly estimated quantities that summarize effects on holistic ranking. Because the ordered logit model is nonlinear, and thus predicts a relatively unintuitive dependent variable, and because the assumptions of the ordered logit model do not strictly hold for holistic ranking, I also present predicted probabilities of a low (favorable) holistic ranking for each of the key predictor variables in a multinomial logit version of the model.[22]

### Ordered Logit Model

Table 9 reports ordered logit regression coefficients for the six-category holistic rank that readers assign in Regular Review for the Fall 2008 and Fall 2007 classes. The

[22] Despite the lack of fit of the ordered logit model, it nonetheless provides a useful summary of the basic relationships between ranking criteria and holistic ranks. Conversely, the multinomial logit model fits the data better but yields far too many coefficients to be readily interpretable, even in qualitative terms.

equations for the two years are identical except that there are no “Reread Study Variables” in 2007. Because ranks are coded from 1 (best) to 6 (worst), negative coefficients in these models signify factors that *improve* holistic rank. The table also reports the ratios of estimated coefficients to their “robust” standard errors, which take account of the fact that most applications are read by two or more readers. The data, therefore, are “clustered” by the individual applicant. Coefficients that are more than twice their estimated standard errors are reported in boldface. Coefficients from the ordered logit model are measured in the log odds of scoring above vs. below each “cutpoint” on the cumulative holistic rank distribution. Because this is not an intuitive scale, the coefficients are useful mainly for getting a broad qualitative view of the associations between student characteristics and holistic rank. More intuitive measures of effect are shown below. Nonetheless, in viewing the logit coefficients, one should keep in mind the scales of the predictor variables. For example, the coefficients for a variable such as GPA percentile, which has a range from 0 to 100, measure the effects of only 1/100th of the full range of the variable. In contrast, the coefficients for a variable such as ELC, which is a 0-1 indicator variable, measure the effects of the full range of the variable. Thus numerically small coefficients on percentile measures may nonetheless imply relatively large effects of the variable when one considers changes larger than a single unit.

*High School Achievement*. Table 9 shows that, in keeping with the criteria for selection emphasized in reader training, high school GPA percentile has a strong, favorable effect on holistic ranking. That all the spline coefficients are negative indicates that the impact of GPA accelerates and the top end. The effect of GPA percentile below 20, it is -.116; for percentiles between 20 and 80, it is -.179 (that is, -0.116 + - 0.063); and

for percentiles above 80, it is -.285 (that is, -0.116 + -0.063 + -0.106). One sees a similar pattern for college preparatory (A-G) courses, which again discriminate most strongly among applicants who are at the top of the college course taking distribution of their high school. High school GPA and college preparatory course-taking, however, do not exhaust the effects of high school academic achievement. Separate favorable effects can be seen for whether the applicant is Eligible in a Local Context, participated in college outreach activities, and passed Advanced Placement Tests. Passing AP tests with higher scores has a more favorable effect than with less favorable passing scores. Readers also pay some attention to the trend in applicant academic performance over the high school years. A strong downward trend in grades, even controlling for other important dimensions of high school accomplishment results in a less favorable holistic rank

*Reread Study Variables*. Several of the factors investigated in the reread study also affect holistic ranking. Applicants who had a good job while in high school, who are judged by readers to have the potential to make a contribution to the UCLA campus community, who have an above average level of extracurricular activities in high school, and who are judged by readers to have surmounted significant limits to achievement, all benefit in holistic ranking. Somewhat surprisingly, applicants who are judged to have had a demanding senior year fare somewhat more poorly in holistic ranking and those who have written an "effective essay" derive no advantage or disadvantage. The anomalous estimate for demanding senior year should be ignored because it is an artifact of the ordered logit model, as shown in the next section of this report. A possible reason for the absence of effect of the essay is that readers were asked to judge whether a personal statement reveals promise beyond what is conveyed by the rest of the applicant's record. To the extent that the rest of the academic record points strongly to a

given holistic rank and is well captured by the other variables in the model, an applicant's essay may have a negligible effect.

*Standardized Test Scores*. Performance on standardized tests has a substantial impact on holistic ranking. The spline coefficients for UC score display the same pattern as for GPA percentile; that is, a beneficial effect of high scores that accelerates at the top of the UC score distribution. This reflects that successful applicants to UCLA are drawn heavily from those who have high standardized test scores and that readers discriminate much more finely among applicants near the top of the UC score distribution when assigning holistic ranks than they do toward the bottom of the distribution. The coefficients for UC Score percentile suggest that, controlling for absolute level of UC Score, a higher percentile score has an unfavorable effect on ranking. This anomalous pattern, however, is an artifact of the model specification and should not be interpreted in this way. I return to this issue below.

*Sociodemographic Factors*. Family socioeconomic status, indicated by family income or by the educational attainment of parents, is associated with holistic rank for several reasons. Family resources affect a child's opportunities for academic achievement, by relieving economic pressures that may distract from learning, by providing information about higher education that may not be available to the sons and daughters of less educated parents, and by creating an atmosphere of high expectations for educations success. Because students from high socioeconomic levels on average get better grades, take on more ambitious academic challenges, score more highly on standardized tests, and participate more extensively in extracurricular activities, the beneficial effects of socioeconomic background on holistic rank may work substantially through variables that are taken into account in my model. For this reason, one would not

expect a clear net advantage to students from more favorable backgrounds once their high school achievements are taken into account. Indeed, readers are trained to take into account personal *disadvantages* that may have limited the achievements of some applicants and credit those applicants who have done well in high school despite their hardships. If readers take this aspect of some applicants' backgrounds into account, the net associations of family socioeconomic background with holistic rank may favor more disadvantaged backgrounds. For the 2008 Regular Review, one can see evidence that this mixture of processes may be at work. Net of all other factors in the model, the most favorable holistic ranks are given to applicants whose families are in the middle of the income distribution and whose most educated parent has a only a high school diploma.

The coefficient estimates also indicate differences in holistic ranking by gender, residency, ethnic identity, and the ethnic composition of the applicant's high school. The advantages in holistic ranking enjoyed by females and domestic out-of-state applicants are robust findings that show up throughout my analyses. The coefficients for ethnic identity groups also suggest net ethnic variation in holistic ranking, favoring white applicants in 2008 and disfavoring North Asians in 2007 relative to other groups. These coefficients, however, do not provide an adequate picture of ethnic variation, an issue that will be discussed more fully in later sections of this report. Finally, there is some evidence of variation in holistic ranking by the ethnic composition of the applicant's high school. I will discuss these effects further below.

*2008 vs. 2007*. A comparison of coefficients for Fall 2007 and Fall 2008 provides some indication of the stability of the holistic ranking process between adjacent years as well as the robustness of my model. For the key elements of academic preparation and achievement, the estimated coefficients are remarkably similar in the two years,

suggesting both that the model is robust to estimation in independent populations and also that the process of holistic ranking changed little between these two years. The estimates also suggest stable net differences by gender and residency status over the two years, although the disadvantage to international applicants appears to be smaller in 2008 than 2007.[23] However, the effects of family income, parents' educational attainment, and ethnic identity appear to have shifted somewhat between the two years. As I show below, however, both the effects in 2008 and the changes between 2007 and 2008 are in fact very small. The family income and education effects are very small in both years. The ethnic identity effects require a much fuller explication before one can judge change between 2007 and 2008. This is provided below.

**Predicted Probabilities from Multinomial Logit Model**

Another way to examine the results of the analysis of holistic ranking in Regular Review is through predicted probabilities of receiving a favorable read score. Predicted probabilities are more intuitive quantities than the latent log odds dependent variables in the ordered logit model. The results presented in this section are based on multinomial logit models that have the same predictor variables as those for the ordered logit model shown in Table 9. The multinomial logit model, however, is a less restrictive and, for some predictors, a more realistic model specification. In these results I focus on the probabilities of obtained a holistic rank that guaranteed admission through holistic review; that is a rank of 2.5 or better (1-2.5) for domestic applicants or of 2.25 or better for international applicants. These probabilities do not take account of the applicants

[23] The latter result may reflect shifts changes in the size and makeup of the international applicant pool between 2007 and 2008. However, I have not had time to investigate this hypothesis.

who are admitted with scores that are somewhat worse than this, but, as shown above, those are a small proportion of the admitted group.

*High School Achievement*. Figure 3 plots the predicted probabilities of achieving a favorable holistic rank across the ranges of all of the predictors shown in Table 9 except for the missing data indicators and most of the school characteristics. Each graph represents the *net* effect of each variable, holding constant all of the other variables in the model.[24] Figure 3a shows the effects of GPA percentile on obtaining a highly favorable holistic rank in Regular Review. Between the 40th to the 100th percentile, the probability of obtaining such a score varies from 0 to approximately .8. This is a very strong effect – by most notions the strongest effect of any variable in the prediction model. As implied by the spline coefficients, the GPA effect accelerates and is strongest over the highest range of within school GPA. It is important to stress that the model does *not* imply that a person at the 99th percentile of their high school GPA distribution has only a .8 chance of obtaining a holistic rank of 2.5 or better. Typically, the probability would be considerably higher than .8. The graph depicts how the score probabilities vary for a hypothetical applicant who had the average value on all other predictors. In most cases, applicants who have a very high GPA percentile are also high on many other predictors of favorable holistic rank and thus would have a much higher than average probability of obtaining a favorable rank.

In this graph I have plotted the effect separately for the six ethnic identity groups, as implied by the multinomial model. The lines for the ethnic groups are virtually

[24] Strictly speaking, because these predictions are based on nonlinear models, they are computed for each variable under the assumption that at each level of the variable the applicants had the same joint distribution of the other variables that are in the model. If these models were linear regressions, this would be accomplished simply by setting all other variables at their population means in the computation of each graph. Because the multinomial logit model is nonlinear, however, it is necessary to hold constant the full joint distributions of all other variables rather than just their means.

indistinguishable and illustrate that, for this outcome, the ethnic contrasts in ranking are as small as differences produced by only one or two GPA percentile points. The ethnic identity group differences are also shown in Figure 3x. These predicted probabilities indicate a slight benefit to Whites and African Americans relative to Latinos and the two Asian groups in obtaining a strong holistic score in Regular Review.[25] These patterns of ethnic variation and their implications are discussed further below.

The effects of other aspects of high school academic performance are smaller than those of GPA percentile over their observed ranges, yet are still among the larger determinants of holistic rank. Holding all else constant, a 4.0 unweighted GPA elevates the probability of achieving a holistic rank of 2.5 or better by approximately .075; each additional AP test passed with a score of 5 elevates the probability by about .01, roughly twice the effect of passing with scores of 3 or 4; between the 60th and 100th percentile of the high school A-G course distribution, the probability of scoring 2.5 or better increases by approximately .075; and being ELC also improves the probability by about .075. Each of these components of academic accomplishment has a small marginal effect by itself, but taken together they can substantially improve an applicant's chances beyond what GPA percentile alone would dictate.

*Reread Study Variables*. Some of the personal characteristics that I included in the reread study make small but nonetheless important contributions to holistic ranking. These include holding a good job while in high school, high level of extracurricular activities, and high level of contribution to high school or local community. Like the measures of academic achievement other than GPA percentiles, these characteristics taken alone do not affect holistic ranking very much but can significantly benefit an

[25] Models that include interactions between ethnic identity and GPA percentile yield patterns of predicted probabilities very much the same to the ones shown in Figure 3a.

applicant who appears favorable on all or most of them. Other reread study variables, including difficulty of senior year and writing an effective essay have negligible effects. "Limits to achievement" also appear to have a negligible effect, but this may be a result of offsetting influences. On the one hand, reviewers are expected to be sympathetic to applicants' challenges and hardships. On the other hand, these hardships may have deleterious effects on high school performance. To the extent that the model does not fully capture all elements of academic performance in high school, limits to achievement may in part reduce an applicant's chances of getting a favorable holistic rank. Whereas this interpretation is consistent with the data, further study would be needed to prove it.

*Standardized Test Scores*. Figure 3b shows that the chances of a favorable holistic rank vary strongly with test scores, an effect that is strongest at the top of the UC Score distribution. An increase in UC Score from 400 to 450 raises the probability of a rank of 2.5 or better by approximately .125. An increase from 450 to 500 raises the probability by approximately .2. Once again, it is important to emphasize that these patterns are plotted for applicants who are at the averages of all other variables in the model. Applicants with very high UC scores usually are favorable on many other evaluation criteria and thus will enjoy much higher probabilities of favorable rank than Figure 3b implies.

In contrast to the ordered logit coefficient estimates, which anomalously predicted an unfavorable effect of UC Score percentile, controlling for absolute UC Score, Figure 3c shows a small net beneficial effect, which is more positive above the 80th percentile. Although this effect is in the "right" direction, I do not think it adequately represents that way that UC Score percentile and UC Score affect holistic ranks. After the tables and figures for this report were completed, I experimented with a model in which a separate

effect of UC Score was estimated, depending on whether UC Score percentile was recorded on an applicant's Readsheet. The estimated effect of UC Score appears to be greater for applicants without a recorded UC Score percentile. In such a model, the estimated effect of UC Score Percentile is considerably larger than shown in Table 9 and Figure 3c. My judgment is that, for applicants with a UC Score percentile (that is, California residents from schools large enough to permit calculation of a percentile), the effects of UC Score percentile combined with absolute UC score are approximately the same size as the effects of GPA percentile. For applicants lacking a UC Score percentile, the effect of UC Score alone will be approximately the same as that of GPA.[26]

*Sociodemographic Factors*. I have already commented on the very small effects of ethnic identity on holistic rank, as illustrated in Figures 3a, 3b, 3c, and 3x. As I will show below, there is more to ethnic variation in the admissions process than what we can see for holistic ranking. But differential assignment of favorable holistic ranks to ethnic identity groups is truly negligible. The predicted probabilities also show that the effects of family income and parental income (Figures 3q and 3r) are very small, possibly, as noted above, the result of the offsetting positive effect of socioeconomic statuses on student achievement and readers' efforts to credit applicants who have suffered socioeconomic hardships yet still have a strong academic record. Because these effects are so small in 2008, the changes in estimated effects of family income and parents' education shown in Table 9 are not, in my judgment, large enough to merit further analysis.

[26] It would also be desirable to examine the effects of GPA percentile and absolute GPA for applicants who do not have a GPA percentile on their Readsheet. Taking account of whether an applicant had a 4.0 unweighted GPA takes account of this issue to some extent, but more detailed analysis would be desirable.

The predicted probabilities also show a small effect of the ethnic composition of an applicant's high school on holistic rank. As shown in Table 9, this measure distinguishes among African American, Latino, Asian, and Other students and expresses the effects of these proportions relative to proportion White in the high school. Figure 3w shows a negligible disadvantage associated with a higher proportion of Asians in the student body and a somewhat larger advantage associated with percent Black. A 20 percentage point change in percent black in the high school raises the probability of a favorable rank by approximately .025. The ethnic composition of high schools is not given to readers on the Readsheet, although this information is in the public domain and can be linked to the name of an applicant's high school, which is given on the Readsheet. I do not know the extent to which readers use this information.[27] In view of the substantial variation in the quality and segregation of high schools, some reviewers may treat high school ethnic composition as a marker for the quality of the learning environment. Based on the data available to me, however, I cannot examine this speculation.

*Summary*. My analysis of the predictors of holistic rank in Regular Review shows that readers judge applications making use of most of the criteria emphasized in their training. Academic performance in high school, as indicated most strongly by GPA percentile, passing AP tests, and taking college preparatory courses, have a very strong impact on holistic ranking. Likewise, readers also place considerable weight on standardized tests, summarized as UC Scores in my analysis. Other personal characteristics that are markers of academic promise also have small beneficial effects on

[27] Although the reread study asked readers about their knowledge of applicant characteristics that are not part of the ranking criteria, it did not occur to me, at the time the reread study was designed, to ask about reader perceptions of the applicant's high school.

holistic ranking. There is little direct evidence that readers place much weight on limits to achievement and hardships in holistic scoring, although these effects may work their way through factors that can affect ranking through offsetting mechanisms, such as family socioeconomic status or the ethnic composition of the high school.

## 9. FINAL, SUPPLEMENTAL, AND SCHOOL REVIEW

UCLA Freshmen are admitted through a series of steps that only begin with holistic ranking in Regular Review. Although Regular Review results in the largest portion of admissions, Final, Supplemental, and School Reviews all contribute to admissions. There is good reason to suspect that the weighting of the many criteria used to assign holistic ranks to applicants may differ among these review types. Supplemental Review, for example, is intended to give special attention to atypical applicants, including those who have experienced the most severe hardships and whose initial application provides an incomplete picture of their qualifications. Additionally, in these other review stages, the UARS staff play a more central role than in Regular Review. They decide which applicants will be subject to each of these types of review (albeit, in the case of Supplemental Review, after a recommendation by one or more of the Regular Review readers) and assign the read scores in these review stages. Additionally, UARS staff make admission decisions in cases where the holistic rank assigned Regular or Final Review is on a borderline where more than 0 but less than 100 percent of applicants are admitted. Unlike in Regular Review, where my assistant and I observed and participated in training in the assignment of holistic ranks, I have no direct observations of the process by which decisions were made in these other types of review. My understanding of the

process is limited to statistical analysis of applicant characteristics and outcomes in these review stages and informal conversations with UARS staff.

In the interest of brevity, I limit my discussion of these review stages to a summary of the associations between applicant characteristics and outcomes in the admissions process as shown in a series of ordered logit and binary logit models. With small exceptions, these models contain the same predictors as the model already discussed for Regular Review. Ordered logit models pertain to holistic ranking in Regular, Final, Supplemental, and School Review, shown in columns A, D, F, and H of Table 10. Binary logit models pertain to admission decisions for borderline ranks in Regular Review (Column B) and for the effects of applicant characteristics on referral to Final, Supplementary, and School Review, as shown in columns C, E, and G of Table 10 respectively. Note that a *negative* coefficient in an ordered logit model indicates that a predictor *improves* the read score. A *positive* coefficient in a binary logit model indicates that the predictor makes the outcome *more* likely to occur.

*Regular Review*. Column A of Table 10 presents the same coefficients for holistic rank in Regular Review that were presented for Fall 2008 in Table 9 and is included only for comparative purposes. Column B provides information about how the criteria for holistic rank were applied to the 1691 applicants who received a borderline ranking in Regular Review (out of the 35,421 L&S Fall 2008 applicants whose admission decision was made in this review stage). For the most part these admission decisions are not strongly associated with the variables that predict holistic rank in Regular Review. One key exception is whether the applicant is "Eligible in a Local Context," as indicated by the large positive logit coefficient for ELC status. Apart from ELC, indicators of high school achievement and other personal characteristics observable on the Readsheet or via

the reread study have little effect on admission. The coefficients for these factors are mainly small and imprecisely estimated. Applicants from poor families appear to fare somewhat better than average in the tie-breaking stage. Other sociodemographic factors, including ethnic identity, appear to have no effect on admission among persons with borderline holistic scores in Regular Review.

*Final Review*. Table 10 presents models for whether an applicant is referred to Final Review (Column C), and the applicant's holistic rank in Final Review (Column D).[28] Referral to Final Review is associated with few of the predictors of holistic rank in Regular Review, including measures of high school achievement, standardized test scores, personal characteristics, and sociodemographic characteristics. This is not surprising inasmuch as assignment to Final Review is mainly the result of discrepancies in read scores between two readers in Regular Review, failure to obtain two reviews in Regular Review, or other quality control issues. It was beyond the focus of this study to operationalize these problems in a model, though one could do so by examining the effects of variation in scores between readers of the same application.

Among the 4117 applicants for Fall 2008 whose admission decision was made in Final Review, the assignment of holistic rank was governed by criteria similar to those used in Regular Review. Comparing coefficients in Columns E for Final Review and A for Regular Review, one can see similar effects of GPA Percentile, other measures of High School Achievement, personal characteristics that were revealed in the reread study,

[28] This breakdown of Final Review captures the most important parts but not all of the review and decision-making aspects of this review stage. The ordered logit model predicts overall Final Review score, but does not isolate which applicants received a score that would guarantee admission, a borderline score, or a score that would preclude admission. Nor does it represent how borderline cases were resolved in admission decisions. I have not presented model coefficients for the resolution of borderline cases because there were two few such cases (324) to permit reliable estimation of the full set of effects that I examined for other stages. All of these additional aspects of Final Review, however, are taken into account in the accounting model for ethnic disparities reported in Section 10 of this report.

and UC Scores. Conversely, for the most part, factors that play little or no role in Regular Review have similarly negligible effects in Final Review. An exception to this generalization is the somewhat stronger pattern of associations of ethnic identity group with holistic read scores in Final Review. African American applicants receive somewhat more favorable and North Asian applicants somewhat less favorable scores compared to Whites and the other ethnic identity groups. Although these ethnic identity differences are larger than those for Regular Review, it is difficult to assess their quantitative importance based on ordered logit coefficients alone. Additionally, these relationships apply to a much smaller pool of applicant than the Regular Review results. I provide a fuller discussion of the implications of these effects in Section 10.

*Supplemental Review*. For Fall of 2008, 2900 applicants received their admission decision through Supplemental Review, which is reserved for applicants whose applicant materials are difficult to evaluate in Regular Review by the standard criteria, either because they are incomplete or because of the unusual background of the applicant. Typically, readers in Regular Review nominate applicants for Supplemental Review and UARS staff select Supplemental Review applicants from among these nominations. As shown in Column E of Table 10, assignment to Supplemental Review is only weakly related to indicators of high school success and other standard criteria of holistic ranking. However, applicants who have participated in outreach activities, who are identified as making a significant contribution to their high school or local community, and who have experienced a larger number of limits to achievement are disproportionately represented among those assigned to Supplemental Review. Supplemental Review cases are also much more likely to come from families of lower socioeconomic status, including those that are below the poverty line and those in which parents have not completed high

school. The model also indicates that African American and Latino applicants, traditionally disadvantaged groups are also somewhat more likely to be assigned to Supplemental Review than other groups, even when several indicators of challenges hardships are controlled. North and Southeast Asian applicants, in contrast, are somewhat less likely to be assigned to Supplemental Review.

Among the 2900 Fall 2008 applicants whose admission decision was made in Supplemental Review, holistic ranks were more weakly related to indicators of high school achievement and standardized test scores than in Regular or Final Review. Applicants who are Eligible in a Local Context, who participated in outreach, who had an above average record of extracurricular activities, and who showed evidence of making a contribution to their communities were more likely to receive favorable read scores. A higher GPA percentile is also associated with a favorable holistic score, although, unlike for Regular and Final Review, the association does not strengthen at the top of the GPA distribution. This may reflect that comparatively few applicants in Supplemental Review are drawn from the highest GPA levels. UARS readers of applications in Supplemental Review pay particular attention to challenges and hardships that applicants may have faced. Applicants whose Readsheets show an above average number of limits to achievement and those from low income families obtain more favorable read scores than more advantaged applicants who are similar on other characteristics. Additionally, African American applicants are somewhat more likely to receive favorable read scores than members of other ethnic identity groups who have otherwise similar characteristics.

*School Review*. Out of 42,880 Fall 2008 applicants to the UCLA College of Letters and Sciences, the admission decision was made in School Review for only 442 of them and, of these, 220 were admitted. Neither assignment to School Review nor Read

Scores for applicants assigned to review appear to be governed by the same criteria applied for the other review stages. The statistical models for School Review are included here simply for completeness. The quantitative importance of School Review will be shown in the accounting model results reported in Section 10 below.

*Summary*. The effects of student characteristics on assignment to review and holistic ranking vary across the stages of the admissions process mainly in ways that one might expect given the purposes of the several review stages. Assignment to Final Review is largely unrelated to holistic review criteria because it is mainly dependent upon procedural aspects of review, the most important of which is likely to be discrepancies between the holistic scores of two readers in Regular Review. Within Final Review, however, the weights given to various dimensions of student achievement and other qualifications are similar to Regular Review. Referral to and scoring within Supplemental Review gives much more weight to challenges, limitations, and hardships and less weight to formal academic achievement than the other review stages. In both Final Review and Supplemental Review there is evidence of larger differences in holistic ranks among ethnic identity groups than in Regular Review. In these two later review stages, African Americans score better and North Asians somewhat worse than the applicant pools as a whole for those stages. The quantitative import of these differences is addressed in Section 10 below.

## 10. ADMISSION DISPARITIES AMONG ETHNIC IDENTITY GROUPS

In examining the issue of disparities among ethnic identity groups in the admissions process, I use the estimated models for each stage of the process to compute the numbers of applicants admitted for each ethnic identity group under alternative

assumptions. In particular, I consider three groups of quantities: (1) the observed number admitted within each group, (2) the *expected* number admitted within each group if the groups had identical distributions of individual-level and school level characteristics, and , (3) the *expected* number admitted within each group if admission rates (at each stage of the process) were equal for all groups. The second of these quantities is, of course, the one most subject to debate and qualification. It depends on available data, on what variables are included in the statistical models for each stage of the admissions process, and on the ways that these variables are specified to affect holistic ranking and other aspects of the admissions process. My choice of models is discussed in more detail elsewhere in this report. Given a model, one can simulate the numbers in step (2). With these estimates in hand, contrasts among these three numbers for each group can be used to analyze ethnic disparities. A comparison of (1) and (3) provides a summary of the disparity among ethnic groups. These disparities result from differences among groups in the distribution of characteristics that affect evaluation in the admissions process as well as (potential) differences in the treatment of applicants from these groups. A comparison of (2) and (3) quantifies the difference in admission between groups that are *not* attributable to group differences in factors that have been included in the model. Discrepancies between numbers admitted if each ethnic group had identical rates of admission at each stage (3) and numbers admitted if each ethnic group had identical distributions on *observed factors that are included in the model* (2) may be attributable either to differences among groups on *unobserved factors that cannot be included in the model* or to differences in the treatment of applicants from these groups.

**Ethnic Identity Group Differences in Holistic Review and Admissions**

Table 11 summarizes the holistic ranking and admissions process for the Fall 2008 class and how this process varied among the six ethnic identity groups. Each of the first four panels of the table (A through D), pertains to a specific phase of review (Regular, Final, Supplemental, and School respectively) and the fifth and sixth panels (E and F) summarize overall disparities among ethnic groups. Within each panel for the four review stages, each element of that stage is distinguished. For example, for Regular Review, the first panel reports the numbers of applicants who obtain a holistic rank of 2.5 or better (2.25 or better for international applicants) – that is, applicants who are automatically admitted by virtue of their favorable rank --; California applicants who received a holistic rank of 2.75 – that is, applicants who may still be admitted despite a borderline rank --; and applicants who receive a rank of 2.75 and who were in fact admitted. For the other three review stages, their respective panels distinguish numbers of applicants who received each type of review, and the numbers who received favorable holistic ranks. For each component of each stage, three quantities are presented: (1) the number of applicants in each ethnic identity group who actually experienced the outcome in question, (2) the number who would have received the outcome in question if each ethnic identity group had the same joint distribution of measured characteristics that are included in the prediction models discussed in the previous section, and (3) the number who would have been admitted if ethnic identity group had the same outcomes (that is, if the number of each group were proportional to the size of the group in each part of the admissions process). The difference between quantities (1) and (3) is reported for each part of the admissions process and is termed “Disparity,” that is the differences between the actual numbers of students who experienced each outcome and the numbers of each

group under the assumption of no differences among groups in behavior, treatment, or characteristics. The difference between quantities (2) and (3) is reported for each part of the admissions process and is termed "Adjusted Disparity," that is, differences between numbers of each group experiencing each outcome under the assumption of no differences in measured group characteristics and numbers of each group in the absence of any group differences in behavior, treatment, or characteristics. Disparities in outcomes that refer to admission decisions (rather than in intermediate steps that potentially lead to admission) are highlighted in each stage of the process. Panels E and F summarize the entire admissions process through cumulated counts over the four review stages and a percentage breakdown of ethnic disparities across stages. My discussion focuses on the summary panels of this table. One can refer to the details presented in Panels A-D for more information about how the summary results arise.

*Disparities*. Panel E of Table 11 shows the total disparities in numbers of admitted applicants for each ethnic identity group based both on observed counts and on counts adjusted for group differences in their distributions of admission-related characteristics. As shown in the descriptive statistics for the 2008 admission cohort, White and North Asian applicants are heavily overrepresented among admitted applicants compared to their representation in the applicant pool as a whole. Absent any ethnic differences, there would have been 110 fewer Whites and 362 fewer North Asians admitted than the actual totals. Conversely, Black, Latino, and South Asian applicants are underrepresented among the admitted population. Black, Latino, and South Asian applicants fall short of proportionate representation in the admission cohort by 120, 274, and 132 admitted applicants respectively. The first part of Panel F indicates that these disparities result mainly from differences among ethnic identity groups in the holistic

rankings of Regular Review, not surprising inasmuch as the great majority of admission decisions are made at that stage. For White, Black, Latino, and North Asian applicants, the other stages of the admissions process dampen the disparities to some degree. For each of these groups, their respective degrees of over or underrepresentation among admitted students are less for admission overall than for admission through Regular Review. Final, Supplemental, and School review dampen these disparities to some degree.

*Adjusted Disparities*. The gross differences in admission discussed in the previous paragraph may arise from differences in the characteristics of applicants (broadly construed, including personal and school characteristics) and from differences in how these groups are treated in the admissions process. As discussed above, applicants from different ethnic identity groups differ substantially in their socioeconomic backgrounds, personal experiences, quality of high schools, and academic preparation. My statistical models attempt to adjust for differences in distributions of these characteristics across groups and the adjusted disparities indicate group differences that cannot be attributed to group differences in characteristics that are included as predictors in the models. The adjusted differences show that estimated group differences from parity (proportional representation of each group among admitted applicants) remain and the group patterns differ from those for gross differences. Once differences among ethnic identity groups in measured characteristics are taken into account, White, Black, and Latino applicants are overrepresented among the admitted applicants, whereas North and Southeast Asian applicants are underrepresented. Net of measured characteristics, the 2008 admission cohort had 98 more Whites, 121 more African Americans, and 41 more Latinos than proportionate representation to the applicant pool would imply. Conversely,

there were 245 fewer North Asians and 49 fewer Southeast Asian admitted than parity would imply.

How one views these adjusted disparities depends on whether one believes that the statistical model adequately represents the legitimate features of applicant files that readers and UARS staff examine in making holistic ranks and admission decisions. The issue of model adequacy is discussed elsewhere in this report. It also depends on one's sense of whether the estimated discrepancies are large or small. Two ways to calibrate their size are to express the over or underrepresentation of each group relative to the numbers of each group who are admitted or relative to the overall number of applicants admitted in the 2008 cohort. The last two rows of Panel E present these estimates. For Whites, Latinos, and Southeast Asians their disparities are relatively small percentages (less than 5 percent) of the total number of applicants who were admitted. For North Asians, their percentage shortfall is somewhat larger. Absent the adjusted disparities estimated in this analysis, 245 more North Asian applicants would have been admitted, which would be almost a 9 percent increase in the number admitted from that group. For African American applicants, their discrepancy represents a much larger percentage of the admitted population. Absent the adjusted disparities estimated in this analysis, 121 fewer Black applicants would have been admitted, which amounts to more than 33 percent of the actual number admitted. These estimates, of course, reflect in part the large differences among ethnic identity groups in numbers and rates of admission. Whereas the numbers of "extra" Whites and Blacks are similar, for example, these disparities are a much larger percentage of the Black admitted population because so few Blacks are admitted to UCLA compared to other groups. Relative to the admitted population as a whole, all of these discrepancies appear much smaller. The

overrepresentations of Whites and Black are each about 1 percent of the admitted population. The underrepresentation of North Asians is approximately 2.4 percent of the admitted population.

*Adjusted Disparities by Stage*. Inasmuch as the adjusted disparities are estimated as the residual differences among ethnic identity groups once measured differences among the groups have been controlled, it is impossible to isolate the reasons that they arise. We can see, however, where in the admissions process these discrepancies are largest. The lower half of Panel F of Table 11 shows the distribution of adjusted identity group disparities across the four stages of review. For White applicants, their overrepresentation among those admitted occurs almost entirely during the holistic ranking of Regular Review. For African American applicants in contrast, almost none of their overrepresentation occurs through Regular Review. Rather, most of it occurs in Final and Supplemental Review. Panels B and C also show that Black applicants are disproportionately assigned to Final and Supplemental Reviews and fare relatively well in the holistic rankings that take place in those review stages. A third pattern occurs for Latino applicants, who are underrepresented among those admitted via Regular Review, but overrepresented among those admitted via Final and Supplemental Review. Yet a fourth pattern occurs among both Asian groups whose net underrepresentation occurs in Regular, Final, and Supplemental Review.

*2008 Versus 2007*. As a check on the stability of the results presented in this section for the 2008 admission cohort, I carried out a similar decomposition of ethnic disparities in the admission process for 2007. Differences between years could result from differences between years in the applicant pool on characteristics that have not been measured in the data or from differences in the ways that holistic ranking and other

admission-related decisions were carried out. Radically different results for the two years would call into question the value of this study for showing how holistic review has worked at UCLA in recent years. Smaller differences in results are consistent with year to year changes that we might expect in the applicant pool and administrative procedures. Except for data obtained from the reread subsample, the data available to me for 2007 were the same as for 2008. As discussed above, the reread sample provided a relatively small number of the relevant predictors of outcomes at each stage of the admission process. Table 12 reports a summary of the admission process for 2007 that parallels the one shown in Table 11 for 2008. Broadly speaking the pattern of results is quite similar in the two years. In 2007, as in 2008, African American, Latino, and Southeast Asian applicants are underrepresented in the admission cohort, whereas Whites and North Asians are overrepresented. Once the differences in the measured characteristics of the groups are taken into account, the net advantages shift to Whites, Blacks, and Latinos, whereas both Asian groups experience a net disadvantage. A notable difference between the years is that the adjusted disparity for Whites is clearly larger in 2008 compared to 2007 (98 vs. 19) and for Latinos is smaller (41 vs. 91). Yet the overall magnitude of adjusted disparities, whether measured relative to the size of each group's admission cohort or to the size of the total cohort, is similar in the two years. Finally, there are some differences between years in how the adjusted disparities are distributed across stages of the admission process. In 2007, the net overrepresentation of African Americans was distributed across Regular, Final, and Supplemental Review. In contrast, as noted above, in 2008 it was concentrated in Final and Supplemental review. Whites enjoyed a net advantage in Regular Review in both 2007 and 2008, but in 2007, unlike 2008, this advantage was offset by a disadvantage in Final and Supplementary Review.

*Robustness of Findings*. The elaborate calculations presented in this section represent my best effort to isolate differences in how ethnic identity groups fare in the holistic review admissions process. Yet one may wonder about the sensitivity of my results to the numerous decisions about measurement and model specification. So far as possible, I have explored the sensitivity of my results to alternative measures, functional forms, and estimation strategies. Subject to the constraints of time, my explorations have been thorough and I am confident that the overall pattern of results reported here is robust across alternative potentially defensible choices of measures and model specifications. Of course, the sizes of the estimated ethnic disparities depend on how comprehensive the list of personal characteristics of applicants that are controlled. I have tried to include all relevant measured characteristics that readers might legitimately take into account in the admissions process. Nonetheless, the process of holistic ranking is not deterministic. Even when two readers agree, this does not imply that additional readers would assign the same score or that an analyst can predict with certainty what score the two readers would assign.

## 11. SUMMARY AND CONCLUSION

Holistic review in Freshman admissions at UCLA is a complex process, involving outside readers, UARS staff, many thousands of applicants, multiple administrative steps, and a large amount of information about each applicant. The process is designed to admit an excellent cohort of prospective Freshmen that is academically gifted and sufficiently diverse to support a vibrant campus culture at UCLA. Diversity is sought both *within* individuals, in that desirable applicants should display a variety of strengths in their aptitudes, achievements, and interests, and *among* individuals, inasmuch as the student

body ought to have a rich mixture of abilities, aspirations, perspectives, and understandings. The admissions process is intended to recruit a strong Freshman class according to these criteria and to do so in an effective, fair, and transparent way. In view of its complexity, however, it is hard to see at a superficial glance how the admissions process works or whether it works in the way that it is supposed to. A detailed study of the process is needed to show this.

This study of holistic admissions is one way of examining how the holistic admissions process works at UCLA. It consisted of a quantitative analysis of a large body of administrative data produced by the Freshman admissions process for Fall 2007 and 2008 and a reread study of a sample of 2008 applications. My analysis consisted of a description of UCLA applicant pool and an analysis of the associations between the characteristic of applicants and their outcomes on holistic ranking and admissions. Although the study has not been guided by a single specific analytic question, I have tried to see whether the readers of the Fall 2007 and 2008 applications applied the criteria for admissions set out in UARS policy documents and emphasized in reader training. The greater part of my analysis rests on a model of admissions that examines the several review stages that applicants may face: Regular, Final, Supplemental, and School Reviews. Because most admissions occur in Regular Review, the report emphasizes holistic ranking at that stage. However, significant numbers of applicants are admitted at the other three stages and the ways in which the review criteria may be applied somewhat differently than in Regular Review. Thus, some of this report is devoted to who is reviewed in these other stages, how holistic ranking works in these reviews, and how the several review stages combine to produce an overall admissions cohort. The report gives considerable attention to quantifying the weights that are placed on the prescribed criteria

for holistic rank. Additionally, because of an enduring campus and public concern about equity, diversity, and transparency in UCLA Freshman admissions, I also have devoted considerable attention to variation among sociodemographic groups in how they fare in the admissions process. In part, this has included examination of how family socioeconomic background affects holistic ranking, which indicates the degree to which readers of applicant files pay attention to the hardships associated with poverty and low levels of education within an applicant's family. In part also, it includes analysis of disparities in admissions outcomes among race and ethnic groups.

The principle findings of my analyses are as follows:

1. Holistic ranks in Regular Review are assigned according to the admissions criteria set out by UARS. Grades in high school, appropriately normed for honors and advanced placement classes and measured relative to the local applicant pool, have the largest impact upon holistic ranking. Standardized test scores also have a very large impact. Other quantifiable measures of high school academic accomplishment, including amount of college preparatory coursework and performance on Advanced Placement tests, also have substantial beneficial effects on holistic ranking.
2. Although grades and test scores have very strong effects on holistic read scores in Regular Review, they alone do not determine favorable ranks or admission. Other factors, such as whether an applicant has an impressive profile of extracurricular activities, shows involvement in the high school or local community, or works outside of school either in a way that is academically enriching or that contributes to family finances, all make small contributions to favorable holistic ranking. Each of these effects considered alone makes a statistically small contribution to

holistic rank, but in the actual admissions process, these merits add up. In the intense competition for favorable holistic ranking among a large pool of applicants who have strong GPAs and standardized test scores, an applicant who has many of these assets will win out against an applicant who lacks them.

3. Disparities among ethnic identity groups in holistic ranking in Regular Review are very small. In keeping with the prescription that they pay attention to challenges and hardships faced by applicants, readers appear to give applicants some credit for coming from socioeconomically disadvantaged families. These socioeconomic effects, however, are small relative to those of high school achievement, test scores, and other personal qualities included among the prescribed ranking criteria.
4. Applicants whose admission decision occurs in Final Review, typically when they received discrepant scores between their two readers in Regular Review, receive holistic ranks in much the same way as in Regular Review. The relative weights given to GPA, test scores, and other personal qualities are similar to those in Regular Review.
5. When applicants are considered for Supplemental Review, UARS staff place considerable weight on socioeconomic hardship, challenges, and limits to academic achievement. These hardships are also given significant weight in holistic ranking within Supplemental Review. Among applicants who are otherwise similar in measured academic qualifications and challenges African American and Latino applicants are disproportionately represented in Supplemental Review.

6. In both Final and Supplemental Review, African American applicants receive somewhat more favorable and North Asian (Chinese, Japanese, Korean, and Indian/Pakistani American) applicants receive somewhat less favorable holistic read scores than applicants in other ethnic identity groups who are otherwise similar in academic qualifications, personal characteristics, and measured challenges and hardships.
7. Relative to their representation in the applicant pool, White and North Asian applicants are more heavily represented among admitted students than African American, Latino, and Southeast Asian applicants. In the Fall 2008 cohort, to eliminate these disparities, it would have been necessary to admit 110 fewer White and 362 fewer North Asian applicants, and 120 more Black, 274 more Latino, and 132 more Southeast Asian applicants. These gross disparities arise principally in Regular Review. Final and Supplemental reviews dampen these disparities to some degree.
8. On the other hand, if we adjust for ethnic identity group differences in the characteristics of applicants, a different pattern of ethnic disparity emerges. Among otherwise equivalent applicants, Whites, African Americans, and Latinos are overrepresented among those admitted and Asian American applicants are underrepresented. In the Fall 2008 cohort, to eliminate these adjusted disparities, it would have been necessary to admit 98 fewer White, 121 fewer Black, and 41 fewer Latino applicants, and 245 more North Asian and 49 more South Asian applicants. For Black and Latino Applicants, these disparities arise principally in Final and Supplemental Review, whereas for Whites they occur in Regular

Review. The disadvantages of Asian applicants occur, with varying magnitudes, throughout the admissions process.

9. How one views the size of these disparities depends on one's frame of reference. Relative to the entire cohort of admitted students, these disparities are quite small – none as large as 2.5 percent of applicants. Relative to group-specific totals of admitted applicants, the disparities appear larger, but this of course depends on the size of the admitted group. The 98 "extra" Whites who were admitted in 2008 constitute only 3 percent of Whites who were admitted. The "shortfall" of 245 North Asian American applicants is about 9 percent of those admitted from that group. And the 121 "extra" African Americans were approximately 33 percent of those admitted.
10. Estimates of group disparities are only as good as the models on which they are based.

My overall impression of the holistic ranking process for Freshman admissions at UCLA is that the system works much as intended. Academic achievement and other personal qualities that contribute to a stimulating, diverse campus environment govern holistic ranking. In Regular Review, which is carried out by qualified members of the education community in the southern California region in conjunction with UARS staff, the importance of academic merit is paramount and I find no important differences along lines that depart from the prescribed ranking criteria. In Final and Supplemental Review, which are conducted by UARS staff, I do find some disparities in outcomes that favor some groups and disfavor others among applicants who are otherwise similar on their

measured characteristics. Whether these disparities are considered small or large is a normative, policy issue – not a scientific one.

**APPENDIX: FORMAL STATEMENT OF ACCOUNTING MODEL**

The accounting model decomposes freshman admission into parts associated with the several stages of review. We can write the decomposition as follows:

$$P(\text{Admit}) = \qquad (1)$$

$$[P(A^R = 1|R = 1)][P(R = 1)] + [P(A^F = 1|F = 1)][P(F = 1)] +$$

$$[P(A^{Su} = 1|S^u = 1)][P(S_u = 1)] + [P(A^{Sc} = 1|S_c = 1)][P(S^c = 1)],$$

where P() denotes probability; $A^R$, $A^F$, $A^{Su}$, and $A^{Sc}$ are binary variables that equal 1 if an applicant was admitted via Regular, Final, Supplemental, or School review respectively (and 0 otherwise); and R, F, $S_u$, and $S_c$ are variables that equal 1 if the applicants final decision was via Regular, Final, Supplemental, or School Review respectively, and 0 otherwise.

At each stage admission decisions are an outcome of holistic scoring, a procedure that differs somewhat depending on the stage. For admission through Regular review, the probability of admission is:

$$P(A^R = 1|R = 1) = \qquad (2)$$

$$(P(((H^R{}_1 + H^R{}_2)/2) < 2.5 \mid 2 \text{ valid scores}, R = 1, |H^R{}_1 - H^R{}_2| \le 1) +$$

$$[P(((2.5 \le H^R{}_1 + H^R{}_2)/2) \le 2.75| \text{ 2 valid scores}, R = 1, |H^R{}_1 - H^R{}_2| \le 1)] \cdot$$

$$[P(A^R = 1| \; 2.5 \le ((H^R{}_1 + H^R{}_2)/2) \le 2.75, \text{ 2 valid scores}] +$$

$$P((H^R{}_1 < 2.5 \mid \text{1 valid score}, R = 1) +$$

$$[P((2.5 \le H^R{}_1 \le 2.75| \text{ 1 valid score}, R = 1)] \cdot$$

$$[P(A^R = 1| \; 2.5 \le H^R{}_1 \le 2.75, \text{ 1 valid score})]\}\cdot$$

$$P(R = 1),$$

where $H^R{}_1$ and $H^R{}_2$ denote the holistic read scores for the first and second reader respectively in Regular review. This equation captures two key properties of admission

by Regular review. First, holistic ranking may result from the ratings of two or one reader. Second, whereas a very favorable score (< 2.5) guarantees admission, an intermediate score (2.5 or 2.75) may or may not result in admission. For applicants who receive an intermediate score, admissions decisions are subject to the assessments of UARS staff and, from the perspective of this study, are probabilistic.

We can write similar, albeit simpler versions of this equation for the other three stages of review. The probability of admission through Final Review is:

$$P(A^F = 1|F = 1) = \{P((H^F < 2.5 |F = 1) + [P((2.5 \leq H^F \leq 2.75|F = 1)] \cdot [P(A^F = 1| 2.5 \leq H^F \leq 2.75)]\} \cdot P(F = 1), \quad (3)$$

where $H^F$ denotes the holistic read score assigned by UARS staff in Final review. The probability of admission through Supplemental review is:

$$P(A^{Su} = 1|S_u = 1) = [P((H^{Su} < 2.5 |S_u = 1)] \cdot [P(S_u = 1)], \quad (4)$$

where $H^{Su}$ denotes the holistic read score assigned by UARS staff in Supplemental review. The probability of admission through School review is:

$$P(A^{Sc} = 1|S_c = 1) = [P((H^{Sc} < 2.5 |S_c = 1)] \cdot [P(S_c = 1)], \quad (5)$$

where $H^{Sc}$ denotes the holistic read score assigned by UARS staff in School review.

Each of the probabilities in equations (2), (3), (4), and (5) are estimated for individuals and groups using the statistical models for the effects of academic performance and qualifications and personal and social characteristics described in the main text. This reveals differences in admissions probabilities at each stage of the admissions process and overall among different groups under various sets of statistical

controls. Additionally, when these probabilities are combined with the numbers of applicants of various social and demographic groups who are reviewed at each stage, these formulas also estimate the expected *numbers* of applicants in each group who would be admitted under alternative assumptions about which controls are held constant. Furthermore, these estimated numbers of admitted applicants can be compared to actual numbers admitted in each group and the numbers who would be admitted were rates of admission equal across groups.

## REFERENCES

Hout, Michael. 2005. "Berkeley's Comprehensive Review Method for Making Freshman Admissions Decisions: An Assessment." A Report to the Committee on Admissions, Enrollment, and Preparatory Education (AEPE) and the Associate Vice Chancellor—Admissions and Enrollment, University of California—Berkeley.

Long, J. Scott. 1997. *Regression Models for Categorical and Limited Dependent Variables*. Thousand Oaks, CA: Sage.

Long, J. Scott, and Jeremy Freese. 2005. *Regresssion Models for Categorical Dependent Variables Using Stata, Second Edition*. College Station TX: Stata Press.

**Table 1. Fall 2008 Applicants by Ethnic Identity, High School Grades, Gender and California Residency**

| | Official Residence | | | | | | |
|---|---|---|---|---|---|---|---|
| | California | | | Elsewhere | | | |
| Characteristic | Male | Female | Unknown | Male | Female | Unknown | Total |
| Ethnic Identity | | | | | | | |
| Native | 110 | 129 | 3 | 21 | 33 | 2 | 298 |
| African American | 900 | 1,515 | 31 | 114 | 214 | 47 | 2,821 |
| Chicano/Latino | 3,959 | 5,874 | 29 | 180 | 226 | 30 | 10,298 |
| North Asian American | 5,330 | 6,082 | 26 | 729 | 794 | 31 | 12,992 |
| Southeast Asian American | 2,520 | 3,291 | 14 | 151 | 230 | 13 | 6,219 |
| White | 6,511 | 7,226 | 43 | 1,818 | 1,365 | 79 | 16,405 |
| Other | 360 | 429 | 2 | 28 | 55 | 7 | 881 |
| Declined to state | 737 | 885 | 655 | 135 | 160 | 100 | 2,672 |
| Foreign | 438 | 415 | 15 | 1,043 | 855 | 85 | 2,851 |
| Total | 20,865 | 25,846 | 818 | 3,582 | 3,932 | 394 | 55,437 |
| | | | | | | | |
| High School Grades | | | | | | | |
| Missing | 0.4 | 0.4 | 1 | 7 | 7 | 47 | 1 |
| Below 3.0 | 11 | 8 | 9 | 7 | 5 | 4 | 9 |
| 3.0 to 3.33 | 21 | 19 | 17 | 14 | 11 | 8 | 19 |
| 3.34 to 3.66 | 30 | 30 | 26 | 28 | 25 | 15 | 29 |
| 3.67 to 3.99 | 30 | 33 | 36 | 34 | 38 | 18 | 32 |
| Perfect 4.0 | 7 | 9 | 12 | 11 | 14 | 8 | 9 |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

**Table 2. Fall 2008 Applicants by High School Grades, Type of High School, Quality of High School and Ethnic Identity, California Residents (N=47,529)**

| | Ethnic Identity | | | | | | |
|---|---|---|---|---|---|---|---|
| | Black | Latino | N Asian | SE Asian | White | Other[a] | Total |
| High School Grades | | | | | | | |
| Missing | 0.5 | 0.1 | 0.5 | 0.3 | 0.3 | 1 | 0.4 |
| Below 3.0 | 25 | 15 | 8 | 9 | 6 | 7 | 10 |
| 3.0 to 3.33 | 30 | 26 | 19 | 19 | 16 | 17 | 20 |
| 3.34 to 3.66 | 25 | 30 | 30 | 32 | 31 | 29 | 30 |
| 3.67 to 3.99 | 17 | 24 | 34 | 32 | 37 | 35 | 32 |
| Perfect 4.0 | 2 | 4 | 9 | 7 | 11 | 10 | 8 |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Mean GPA | 3.26 | 3.39 | 3.54 | 3.51 | 3.59 | 3.56 | 3.51 |
| | | | | | | | |
| Type of High School | | | | | | | |
| Public | 79 | 85 | 88 | 83 | 75 | 70 | 81 |
| Private | 18 | 14 | 9 | 14 | 22 | 26 | 16 |
| Unknown | 3 | 1 | 3 | 3 | 2 | 4 | 2 |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| | | | | | | | |
| Academic Performance of High School[b] | | | | | | | |
| Bottom 20% | 23 | 32 | 3 | 10 | 2 | 6 | 11 |
| Rank 21st-40th | 20 | 22 | 7 | 16 | 6 | 8 | 12 |
| Rank 41st-60th | 16 | 15 | 8 | 17 | 10 | 10 | 12 |
| Rank 61st-80th | 19 | 16 | 17 | 22 | 25 | 21 | 20 |
| Rank 81st-90th | 7 | 8 | 18 | 16 | 22 | 16 | 16 |
| Top 10% | 14 | 8 | 47 | 20 | 35 | 40 | 30 |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

a - Includes Native Americans, applicants who checked "Other" ethnicity and those who declined to state an ethnic identity

b - Restricted to California high schools that received a rating (N=38,238 students)

**Table 3. Applicants by Parents' Education and Income and Applicants' Ethnic Identity (N=55,437)**

| | Ethnic Identity | | | | | | |
|---|---|---|---|---|---|---|---|
| | Black | Latino | N Asian | S Asian | White | Other | Total |
| Highest Education of Either Parent | | | | | | | |
| No High School | 1 | 21 | 3 | 7 | 0.08 | 1 | 6 |
| No High School Diploma | 3 | 12 | 3 | 5 | 0.2 | 1 | 4 |
| High School Diploma | 14 | 19 | 10 | 10 | 4 | 6 | 10 |
| Some College | 21 | 14 | 8 | 12 | 7 | 6 | 10 |
| 2-Year College Degree | 9 | 5 | 4 | 7 | 4 | 3 | 5 |
| 4-Year College Degree | 22 | 13 | 25 | 34 | 27 | 28 | 25 |
| Post-Gradutate | 25 | 13 | 40 | 20 | 52 | 42 | 36 |
| Missing | 5 | 3 | 7 | 5 | 6 | 13 | 6 |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| | | | | | | | |
| Parents' Income | | | | | | | |
| Missing | 16 | 11 | 22 | 14 | 36 | 37 | 24 |
| <$30,000 | 26 | 32 | 15 | 23 | 5 | 9 | 16 |
| $30,000-$59,999 | 22 | 29 | 18 | 19 | 8 | 12 | 16 |
| $60,000-$99,000 | 16 | 14 | 16 | 18 | 12 | 13 | 14 |
| $100,000-$149,000 | 9 | 8 | 13 | 14 | 14 | 12 | 12 |
| $150,000 or more | 10 | 7 | 17 | 12 | 25 | 17 | 17 |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

**Table 4. Applicants and Admissions by Type of Review, 2008**

| | All Applicants | Admitted |
|---|---|---|
| Regular Admission | 46,616 | 9,669 |
| Athletes | 210 | 210 |
| Final Review | 5,265 | 1,881 |
| Supplemental Review | 2,900 | 680 |
| School Review | 446 | 220 |
| Total | 55,437 | 12,660 |

| | L&S Applicants | Admitted |
|---|---|---|
| Regular Admission | 35,449 | 7,578 |
| Athletes | 207 | 207 |
| Final Review | 4,139 | 1,461 |
| Supplemental Review | 2,900 | 680 |
| School Review | 443 | 220 |
| Total | 43,138 | 10,146 |

| | Domestic L&S Applicants | Admitted |
|---|---|---|
| Regular Admission | 33,755 | 7,331 |
| Athletes | 199 | 199 |
| Final Review | 3,759 | 1,296 |
| Supplemental Review | 2,899 | 679 |
| School Review | 439 | 220 |
| Total | 41,051 | 9,725 |

**Table 5. Admission Outcomes by College**

| | College | | | | | |
|---|---|---|---|---|---|---|
| | Arts & Architecture | Engineering | Letters & Sciences | Nursing | Theater & Film | Total |
| Regular Admission | 14 | 26 | 21 | 7 | 9 | 21 |
| Athlete | 0 | 0.04 | 0.3 | 0 | 0 | 0.2 |
| School Review | 0 | 0 | 0.5 | 0 | 0 | 0.4 |
| Supplemental Review | 0 | 0 | 2 | 0 | 0 | 1.4 |
| Not Admitted | 86 | 74 | 76 | 93 | 92 | 77 |
| Total | 100% | 100% | 100% | 100% | 100% | 100% |
| Total Admitted | 2,125 | 7,767 | 42,713 | 1,026 | 1,249 | 54,880 |
| Withdrawn Admission | 14 | 79 | 362 | 3 | 23 | 481 |
| Cancelled Admission | 2 | 10 | 63 | 0 | 1 | 76 |
| Total | 2,141 | 7,856 | 43,138 | 1,029 | 1,273 | 55,437 |

"Regular Admission" includes both Regular and Final Review

**Table 6. Admissions Outcomes by Holistic Rank and College**

| | College | | | | | |
|---|---|---|---|---|---|---|
| Score | Arts & Architecture | Engineering | Letters & Sciences | Nursing | Teather & Film | Total |
| | | | A. Regular Admissions | | | |
| 1 | 38% | 100% | 100% | 67% | 55 | 99 |
| 1.5 | -- | 95 | 100 | -- | -- | 99 |
| 2 | 28 | 91 | 100 | 55 | 25 | 94 |
| 2.25 | -- | 74 | 100 | 50 | 50 | 95 |
| 2.5 | 18 | 52 | 96 | 39 | 21 | 83 |
| 2.75 | -- | 33 | 9 | -- | 0 | 14 |
| 3 | 25 | 19 | 0.2 | 11 | 18 | 6 |
| 3.5 | 14 | 4 | 0.1 | 0 | 25 | 1 |
| 4 | 13 | 0.5 | 0.1 | 2 | 6 | 1 |
| 4.5 | -- | 0 | 0 | 0 | -- | 0 |
| 5 | 3 | 0 | 0 | 0 | 1 | 0.3 |
| | | | B. All Admissions | | | |
| 1 | 38% | 100% | 100% | 67% | 55 | 99 |
| 1.5 | -- | 95 | 100 | -- | -- | 99 |
| 2 | 28 | 91 | 100 | 55 | 25 | 94 |
| 2.25 | -- | 74 | 100 | 50 | 50 | 96 |
| 2.5 | 18 | 52 | 96 | 39 | 21 | 83 |
| 2.75 | -- | 34 | 15 | -- | 0 | 18 |
| 3 | 25 | 19 | 6 | 11 | 18 | 10 |
| 3.5 | 14 | 4 | 4 | 0 | 25 | 4 |
| 4 | 13 | 0.5 | 2 | 2 | 6 | 2 |
| 4.5 | -- | 0 | 2 | 0 | -- | 1 |
| 5 | 3 | 0 | 1 | 0 | 1 | 1 |

Note: "Regular Admissions" includes applicants whose admission decisions were made in Regular or Final Review. "All Admissions" also includes applicants who are athletes and and those who went through supplemental and/or school review.

**Table 7. Relationship between Holistic Rank, College and Residency, College of Letters & Sciences**

A. California Residents

| | Regular Admission | | Supplemental Review | | School Review | | Total | |
|---|---|---|---|---|---|---|---|---|
| Score | Admitted | Not Admitted | Admitted | Not Admitted | Admitted | Not Admitted | Admitted | Not Admitted |
| 1 | 613 | | 1 | | | | 614 | |
| 1.5 | 878 | | 4 | | | | 882 | |
| 2 | 1,431 | | 9 | | 1 | | 1,442 | |
| 2.25 | 1,718 | | 7 | | | | 1,728 | |
| 2.5 | 2,556 | 49 | 64 | | 7 | | 2,632 | 49 |
| 2.75 | 237 | 1,753 | 73 | 116 | 140 | 88 | 448 | 1,953 |
| 3 | 5 | 2,868 | 181 | 236 | 55 | 52 | 249 | 3,151 |
| 3.5 | 4 | 3,962 | 192 | 400 | 21 | 53 | 221 | 4,411 |
| 4 | 7 | 12,844 | 207 | 1,107 | 4 | 27 | 263 | 13,977 |
| 4.5 | | 2,764 | 11 | 190 | | 1 | 29 | 2,955 |
| 5 | | 1,889 | | 79 | | 1 | 15 | 1,969 |

B. California Non-Residents

| | Regular Admission | | Supplemental Review | | School Review | | Total | |
|---|---|---|---|---|---|---|---|---|
| | Admitted | Not Admitted | Admitted | Not Admitted | Admitted | Not Admitted | Admitted | Not Admitted |
| 1 | 115 | | 1 | | | | 116 | |
| 1.5 | 182 | | | | | | 183 | |
| 2 | 259 | | 1 | | | | 260 | |
| 2.25 | 359 | | 1 | | | | 360 | |
| 2.5 | 226 | | 21 | | | | 248 | |
| 2.75 | 2 | 574 | 5 | 19 | | | 10 | 593 |
| 3 | 1 | 455 | 9 | 17 | | | 10 | 472 |
| 3.5 | 1 | 522 | 7 | 22 | | | 12 | 544 |
| 4 | 2 | 1,085 | 6 | 24 | | 1 | 15 | 1,110 |
| 4.5 | | 186 | 2 | | | | 5 | 186 |
| 5 | | 141 | | 2 | | | 2 | 143 |

C. International Students

| | Regular Admission | | Supplemental Review | | School Review | | Total | |
|---|---|---|---|---|---|---|---|---|
| | Admitted | Not Admitted | Admitted | Not Admitted | Admitted | Not Admitted | Admitted | Not Admitted |
| 1 | 94 | | | | | | 94 | |
| 1.5 | 8 | | | | | | 8 | |
| 2 | 144 | | 1 | | | | 145 | |
| 2.25 | 73 | | | | | | 73 | |
| 2.5 | | 81 | | | 1 | | 1 | 81 |
| 2.75 | | 1 | 1 | | | | 1 | 1 |
| 3 | | 254 | | | | | | 254 |
| 3.5 | | 2 | | | | | | 2 |
| 4 | | 410 | | | | | | 410 |
| 4.5 | | | | | | | | |
| 5 | | 306 | | | | | 4 | 306 |

Note: "Regualar Admission" includes applicants whose admission decision was based on Regular or Final Review. "Total" includes athlete admits who did not go through regular, supplemental or school review.

**Table 8. Percent Admitted by Holistic Rank, Ethnic Identity, College of Letters and Sciences**

| | Ethnic Identity | | | | | | |
|---|---|---|---|---|---|---|---|
| Holistic Rank | Black | Latino | N Asian | S Asian | White | Other | Total |
| 1 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| 1.5 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| 2 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| 2.25 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| 2.5 | 100 | 100 | 100 | 100 | 100 | 64 | 96 |
| 2.75 | 25 | 35 | 12 | 18 | 10 | 10 | 15 |
| 3 | 26 | 18 | 3 | 6 | 4 | 2 | 6 |
| 3.5 | 20 | 10 | 1 | 4 | 2 | 3 | 4 |
| 4 | 5 | 3 | 1 | 1 | 2 | 1 | 2 |
| 4.5 | 2 | 1 | 0.3 | 0 | 2 | 1 | 1 |
| 5 | 2 | 0.2 | 0 | 0.4 | 2 | 1 | 1 |

**Table 9. Ordered Logit Model of the Effects of Applicant and High School Characteristics on Read Score in Regular Review in 2007 and 2008**

| | 2008 | | 2007 | |
|---|---|---|---|---|
| | (69,143 readings; 35,421 applicants) | | (65,294 readings; 33,413 applicants) | |
| Variable | b | z(b) | b | z(b) |
| **High School GPA Percentile Splines** | | | | |
| 0-20 | **-0.116** | -44 | **-0.112** | -41 |
| 20-80 | **-0.063** | -77 | **-0.054** | -70 |
| 80-100 | **-0.106** | -37 | **-0.082** | -28 |
| GPA Percentile missing | **-3.980** | -15 | **-3.665** | -11 |
| 4.0 Unweighted GPA | **-1.408** | -31 | **-1.275** | -30 |
| **College Prep (A-G) Courses Percentile Splines** | | | | |
| 0-20 | **-0.004** | -2 | **-0.006** | -2 |
| 20-80 | **-0.003** | -6 | **-0.004** | -6 |
| 80-100 | **-0.020** | -9 | **-0.023** | -11 |
| A-G Percentile Missing | **-0.882** | -3 | **-1.007** | -3 |
| **Other Achievement Variables** | | | | |
| ELC | **-0.489** | -16 | **-0.440** | -14 |
| Outreach | **-0.370** | -17 | **-0.359** | -17 |
| **Academic Performance (Machine Coded)** | | | | |
| APs: Score 3 | **-0.106** | -9 | **-0.091** | -7 |
| APs: Score 4 | **-0.145** | -11 | **-0.116** | -8 |
| APs: Score 5 | **-0.236** | -18 | **-0.214** | -15 |
| Weak Downward Trend in Grades | -0.014 | -1 | 0.012 | 0 |
| Strong Downward Trend in Grades | **0.197** | 8 | **0.090** | 3 |
| Trend in Grades missing | **0.474** | 3 | **0.273** | 3 |
| **Reread Study Variables** | | | | |
| Difficulty of Senior Year | **0.094** | 2 | | |
| Good job | **-0.098** | -3 | | |
| Active | **-0.291** | -4 | | |
| Contributes | **-0.218** | -7 | | |
| Effective essay | 0.005 | 0 | | |
| Limits to achievement | **-0.061** | -2 | | |
| Reread Sample | **0.548** | 5 | | |
| **UC Score Splines** | | | | |
| 0-300 | **-0.017** | -24 | **-0.013** | -21 |
| 300-460 | **-0.019** | -35 | **-0.021** | -43 |
| 460-500 | **-0.050** | -13 | **-0.070** | -17 |
| UC Score missing | **-4.296** | -19 | **-3.326** | -17 |
| **UC Score Percentile Splines** | | | | |
| 0-10 | **0.083** | 10 | **0.071** | 9 |

| | | | | |
|---|---|---|---|---|
| 10-85 | **0.013** | 14 | **0.010** | 12 |
| 85-100 | **-0.010** | -2 | **-0.012** | -3 |
| UC Score Percentile Missing | **0.728** | 6 | **0.983** | 11 |
| **Family Income (vs. <.5 Poverty Line)** | | | | |
| Below 1/2 the poverty line (omitted) | | | | |
| Between 1/2 and 1 times the poverty line | -0.111 | -1 | -0.106 | -1 |
| Between 1 and 2 times the poverty line | -0.106 | -1 | -0.058 | -1 |
| Between 2 and 3 times the poverty line | **-0.134** | -2 | -0.028 | 0 |
| Between 3 and 4 times the poverty line | **-0.208** | -3 | -0.071 | -1 |
| Between 4 and 5 times the poverty line | **-0.166** | -2 | -0.056 | -1 |
| More than 5 times the poverty line | -0.103 | -1 | -0.029 | 0 |
| Income missing | -0.072 | -1 | -0.056 | -1 |
| **Parents Education (vs. < HS Diploma)** | | | | |
| High school diploma | **-0.121** | -3 | 0.001 | 0 |
| Some college | -0.067 | -1 | -0.034 | -1 |
| College degree | -0.068 | -1 | -0.044 | -1 |
| Post-graduate education | **-0.080** | -2 | **-0.106** | -2 |
| Parents' education missing | 0.045 | 1 | -0.015 | 0 |
| **Ethnic Identity (vs. White)** | | | | |
| Black | **0.182** | 3 | -0.042 | -1 |
| Latino | **0.198** | 6 | 0.017 | 1 |
| North Asian | **0.183** | 6 | **0.161** | 6 |
| South East Asian | **0.054** | 2 | 0.003 | 0 |
| Other (includes missing) | **-0.078** | -2 | 0.044 | 1 |
| **Other Demographic Characteristics** | | | | |
| Male (vs. Female) | **0.186** | 9 | **0.194** | 9 |
| Gender missing | 0.095 | 1 | -0.143 | -1 |
| California Resident | **0.940** | 7 | **0.679** | 6 |
| International Student | **1.232** | 12 | **3.190** | 24 |
| **School Characteristics** | | | | |
| API | **-0.030** | -3 | **0.022** | 2 |
| API missing | 0.937 | 1 | 0.157 | 1 |
| <10 applicants | 0.003 | 0 | 0.032 | 0 |
| High school enrollment | 0.000 | 1 | **0.000** | 3 |
| % teachers with emergency credentials | 0.001 | 0 | **0.006** | 2 |
| % students eligible for subsidized meals | **-0.003** | -3 | **-0.002** | -2 |
| % students who are English learners | -0.001 | 0 | -0.003 | -1 |
| % students with no college educated parents | **0.002** | 2 | **-0.002** | -2 |
| % 10th grade attrition | -0.001 | 0 | **0.004** | 2 |
| % did not complete A-G requirement | -0.001 | -1 | 0.000 | 0 |
| Average income - UC applicants | 0.000 | -1 | 0.000 | -1 |
| High school graduates, 2007 | 0.000 | -1 | 0.000 | -1 |
| Number applications to any UC campus | 0.000 | 0 | 0.000 | 0 |

| | | | | |
|---|---|---|---|---|
| Number applications to UCLA | 0.000 | 0 | 0.000 | 0 |
| Number admits to UCLA | **0.003** | 2 | 0.000 | 0 |
| % of admitted students who enrolled at UCLA | **-0.001** | -2 | **0.001** | 2 |
| Mean SAT, Reading | **-0.019** | -6 | **-0.007** | -2 |
| Mean SAT, Math | **0.003** | 2 | **0.003** | 2 |
| Mean SAT, Writing | **0.023** | 7 | **0.010** | 4 |
| AP courses offered per year | **0.005** | 2 | 0.000 | 0 |
| % students with AP score >3, '05-'07 | **0.007** | 6 | **0.010** | 8 |
| % students with low Opportunity To Learn | **0.004** | 3 | **-0.013** | -10 |
| Student-Teacher Ratio | **-0.007** | -2 | **-0.006** | -2 |
| Less than 5% apply to UC system | 0.136 | 1 | 0.078 | 1 |
| **DOE School Ethnic Comp. (vs. White)** | | | | |
| Black | **-0.007** | -4 | **-0.005** | -3 |
| Latino | 0.000 | 0 | **0.002** | 2 |
| Asian | **0.002** | 2 | **0.005** | 5 |
| Other | **0.011** | 3 | **0.008** | 3 |
| Missing | 0.154 | 1 | 0.000 | 0 |
| | | | | |
| Log-likelihood | -59661 | | -60879 | |

Not shown are ordered logit "cutpoints" for distributions of ordered dependent variables and coefficents for missing data on readsheet school characteristics. Coefficients that are more than twice their estimated robust standard errors are in boldface. z(b) denotes ratio of estimated coefficient to its robust standard error.

**Table 10. Coefficients for Statistical Models of Effects of Student and School Characteristics on Stages of Admissions Process**

| | A. Ordered Logit for Read Scores, Regular Review (N=69,143 reads; 35,421 students) | | B. Binary Logit for Admission for Borderline Cases, Regular Review (N=1691) | | C. Binary Logit for Referral to Final Review (N=42,880) | | D. Ordered Logit for Final Review Score (N=4,117) | | F. Binary Logit for Referral to Supplemental Review (N=42,880) | | G. Ordered Logit for Supplemental Review Score (N=2,900) | | H. Binary Logit for Referral to School Review (N=42,880) | | I. Ordered Logit for School Review Score (N=442) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | b | Z(b) | b | Z(b) | b | Z(b) | b | Z(b) | b | Z(b) | b | Z(b) | b | Z(b) | b | Z(b) |
| **High School GPA Percentile Splines** | | | | | | | | | | | | | | | | |
| 0-20 | **-0.116** | -44 | **-0.267** | -3 | **0.018** | 2 | **-0.096** | -6 | **0.046** | 7 | **-0.083** | -8 | **-0.096** | -2 | -0.176 | -1 |
| 20-80 | **-0.063** | -77 | 0.022 | 1 | **0.036** | 25 | **-0.050** | -18 | **0.005** | 3 | **-0.020** | -8 | **0.091** | 12 | 0.023 | 1 |
| 80-100 | **-0.106** | -37 | **0.046** | 2 | **-0.032** | -7 | **-0.085** | -12 | **-0.120** | -13 | 0.006 | 0 | **-0.092** | -7 | -0.015 | -1 |
| 4.0 Unweighted GPA | **-1.408** | -31 | -0.402 | -1 | 0.009 | 0 | **-0.824** | -8 | **-0.532** | -4 | **-0.573** | -2 | **-0.404** | -2 | -1.410 | -4 |
| **College Prep (A-G) Coursework Spine** | | | | | | | | | | | | | | | | |
| 0-20 | -0.004 | -2 | 0.029 | 1 | -0.004 | -1 | -0.006 | -1 | 0.009 | 1 | -0.003 | 0 | 0.021 | 1 | -0.064 | -1 |
| 20-80 | **-0.003** | -6 | 0.004 | 1 | 0.000 | 0 | **-0.005** | -2 | 0.000 | 0 | 0.000 | 0 | **-0.007** | -2 | 0.001 | 0 |
| 80-100 | **-0.020** | -9 | -0.008 | 0 | -0.001 | 0 | **-0.027** | -4 | -0.006 | -1 | -0.016 | -2 | **-0.042** | -3 | -0.024 | -1 |
| **Other Achievement Variables** | | | | | | | | | | | | | | | | |
| ELC | **-0.489** | -16 | **2.837** | 8 | **-0.135** | -3 | **-0.439** | -5 | **-0.180** | -3 | **-0.652** | -6 | **-0.489** | -16 | -0.055 | 0 |
| Outreach | **-0.370** | -17 | 0.020 | 0 | **0.114** | 3 | **-0.357** | -6 | **0.451** | 10 | **-0.248** | -3 | **-0.370** | -17 | -0.404 | -2 |
| **Academic Peformance (Machine Coded)** | | | | | | | | | | | | | | | | |
| APs: Score 3 | **-0.106** | -9 | -0.131 | -1 | 0.061 | 3 | **-0.102** | -3 | **0.064** | 2 | -0.070 | -1 | 0.000 | 0 | -0.312 | -2 |
| APs: Score 4 | **-0.145** | -11 | -0.187 | -1 | 0.013 | 1 | **-0.132** | -4 | -0.003 | 0 | -0.082 | -1 | -0.049 | -1 | -0.235 | -2 |
| APs: Score 5 | **-0.236** | -18 | 0.070 | 0 | **-0.085** | -4 | **-0.155** | -5 | **-0.126** | -3 | -0.068 | -1 | **-0.169** | -3 | -0.350 | -2 |
| Weak Downward Trend in Grades | -0.014 | -1 | -0.161 | -1 | 0.027 | 1 | -0.103 | -2 | -0.056 | -1 | -0.003 | 0 | 0.066 | 1 | 0.098 | 0 |
| Strong Downward Trend in Grades | **0.197** | 8 | 0.225 | 1 | -0.034 | -1 | 0.145 | 2 | 0.065 | 1 | 0.099 | 1 | 0.042 | 0 | -0.811 | -2 |
| **Reread Study Variables** | | | | | | | | | | | | | | | | |
| Difficulty of Senior Year | **0.094** | 2 | 0.650 | 1 | 0.052 | 1 | -0.026 | 0 | -0.029 | 0 | 0.041 | 0 | 0.018 | 0 | -0.836 | -1 |
| Good job | **-0.098** | -3 | 0.206 | 0 | -0.051 | -1 | **-0.249** | -2 | 0.095 | 2 | 0.032 | 0 | -0.211 | -1 | -0.326 | -1 |
| Active | **-0.291** | -4 | 0.177 | 0 | 0.044 | 0 | **-0.518** | -3 | 0.116 | 1 | **-0.264** | -2 | 0.225 | 1 | -1.190 | -2 |
| Contributes | **-0.218** | -7 | 0.104 | 0 | 0.065 | 1 | **-0.234** | -2 | **0.169** | 4 | **-0.145** | -2 | 0.034 | 0 | -0.432 | -1 |
| Effective essay | 0.005 | 0 | -0.150 | 0 | 0.020 | 0 | 0.012 | 0 | 0.031 | 1 | -0.009 | 0 | -0.070 | 0 | -0.804 | -2 |
| Limits to achievement | -0.061 | -2 | 0.549 | 1 | 0.020 | 1 | -0.126 | -1 | **0.306** | 10 | **-0.150** | -4 | -0.300 | -1 | -0.514 | -1 |
| Reread Sample | **0.548** | 5 | -0.452 | 0 | -0.105 | -1 | 0.662 | 2 | **0.588** | 4 | **0.554** | 3 | 0.262 | 0 | 2.048 | 1 |
| **UC Score Spines** | | | | | | | | | | | | | | | | |
| 0-300 | **-0.017** | -24 | -0.003 | 0 | 0.002 | 2 | **-0.014** | -6 | 0.001 | 1 | **-0.010** | -6 | -0.001 | -1 | -0.017 | -2 |
| 300-460 | **-0.019** | -35 | 0.008 | 1 | 0.003 | 5 | **-0.012** | -11 | **-0.004** | -4 | 0.002 | 1 | **0.009** | 4 | -0.016 | -3 |
| 460-500 | **-0.050** | -13 | | | **-0.013** | -2 | **-0.057** | -5 | -0.013 | -1 | **0.087** | 2 | 0.013 | 1 | 0.000 | 0 |
| **UC Score Percentile Splines** | | | | | | | | | | | | | | | | |
| 0-10 | **0.083** | 10 | 0.098 | 1 | -0.040 | -2 | 0.065 | 1 | 0.029 | 2 | -0.003 | 0 | **-0.083** | -2 | -0.065 | -1 |
| 10-85 | **0.013** | 14 | 0.004 | 0 | 0.002 | 2 | -0.004 | -2 | 0.003 | 1 | -0.004 | -1 | **0.012** | 3 | 0.002 | 0 |
| 85-99 | **-0.010** | -2 | 0.006 | 0 | **-0.021** | -3 | -0.009 | -1 | -0.020 | -2 | -0.008 | 0 | **-0.097** | -5 | 0.077 | 1 |
| **Family Income (vs. < .5 Poverty Line)** | | | | | | | | | | | | | | | | |
| .5 - 1.0 Pov. Line | -0.111 | -1 | **-1.424** | -2 | 0.178 | 1 | -0.139 | -1 | -0.018 | 0 | 0.072 | 1 | 0.072 | 0 | 1.823 | 2 |
| 1.0 - 2.0 Pov. Line | -0.106 | -1 | -0.993 | -1 | 0.106 | 1 | -0.287 | -1 | **-0.389** | -4 | **0.281** | 2 | 0.097 | 0 | 1.003 | 1 |
| 2.0 - 3.0 Pov. Line | -0.134 | -2 | **-2.422** | -3 | 0.091 | 1 | -0.145 | -1 | **-0.959** | -9 | **0.648** | 4 | 0.419 | 1 | 0.907 | 1 |
| 3.0 - 4.0 Pov. Line | **-0.208** | -3 | **-1.537** | -2 | -0.048 | 0 | -0.133 | -1 | **-1.047** | -8 | **0.657** | 3 | 0.198 | 0 | 0.171 | 0 |
| 4.0 - 5.0 Pov. Line | **-0.166** | -2 | **-1.936** | -2 | 0.031 | 0 | -0.085 | 0 | **-1.232** | -9 | **0.534** | 2 | -0.277 | -1 | 0.599 | 1 |
| > 5.) Pov. Line | -0.103 | | **-1.735** | -2 | 0.033 | | 0.002 | | **-1.184** | | 0.253 | | 0.194 | 1 | 0.485 | 0 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Parents Education (vs. < HS Diploma)** | | | | | | | | | | | | | | | | |
| High school diploma | **-0.121** | -3 | **1.018** | 2 | 0.035 | 0 | 0.053 | 0 | -0.055 | -1 | -0.101 | -1 | -0.239 | -1 | 1.405 | 2 |
| Some college | -0.067 | -1 | 0.377 | 1 | 0.027 | 0 | 0.089 | 1 | **-0.308** | -4 | 0.109 | 1 | 0.030 | 0 | 1.482 | 2 |
| College degree | -0.068 | -1 | -0.310 | -1 | 0.014 | 0 | 0.109 | 1 | **-0.691** | -8 | 0.180 | 1 | 0.076 | 0 | 1.096 | 2 |
| Post-graduate education | -0.080 | -2 | 0.190 | 0 | 0.117 | 1 | 0.122 | 1 | **-0.536** | -6 | 0.104 | 1 | 0.199 | 1 | 0.757 | 1 |
| **Other Demographic Characteristics** | | | | | | | | | | | | | | | | |
| Male (vs. Female) | **0.186** | 9 | 0.087 | 0 | 0.023 | 1 | **0.142** | 2 | -0.060 | -1 | **0.170** | 2 | 0.101 | 1 | 0.619 | 3 |
| California Resident | **0.940** | 7 | | | **-0.311** | -3 | 0.255 | 1 | 0.171 | 1 | 0.497 | 1 | | | | |
| International Student | **1.232** | 12 | | | 0.080 | 1 | **-0.592** | -3 | **-3.426** | -5 | **-3.416** | -2 | -0.054 | 0 | 4.118 | 4 |
| **Ethnic Identity (vs. White)** | | | | | | | | | | | | | | | | |
| Black | **0.182** | 3 | -0.342 | 0 | 0.081 | 1 | **-0.865** | -5 | **0.391** | 4 | **-0.706** | -5 | **-0.623** | -2 | -1.073 | 0 |
| Latino | **0.198** | 6 | 0.592 | 1 | -0.019 | 0 | 0.004 | 0 | **0.219** | 3 | -0.099 | -1 | -0.249 | -1 | 0.301 | 0 |
| North Asian | **0.183** | 6 | -0.003 | 0 | 0.024 | 0 | **0.356** | 4 | **-0.207** | -3 | 0.266 | 2 | **-0.239** | -2 | 0.430 | 0 |
| South East Asian | 0.054 | 2 | 0.326 | 1 | -0.003 | 0 | 0.129 | 1 | **-0.283** | -3 | 0.186 | 1 | -0.200 | -1 | -0.549 | 0 |
| Other | -0.078 | -2 | -0.257 | 0 | -0.001 | 0 | 0.082 | 1 | 0.131 | 1 | 0.124 | 1 | -0.310 | -1 | -1.183 | -2 |
| **School Characteristics (Read Sheet)** | | | | | | | | | | | | | | | | |
| API | **-0.030** | -3 | **-0.272** | -2 | -0.005 | 0 | -0.006 | 0 | **-0.052** | -3 | 0.019 | 1 | **-0.030** | -3 | 0.125 | 1 |
| <10 applicants | 0.003 | 0 | **-1.731** | -2 | 0.057 | 1 | -0.108 | -1 | 0.104 | 1 | 0.062 | 0 | 0.003 | 0 | 0.053 | 0 |
| High school enrollment | 0.000 | 1 | 0.000 | -1 | 0.000 | 1 | 0.000 | 0 | 0.000 | -1 | 0.000 | 0 | 0.000 | 1 | 0.000 | 1 |
| % teachers with emergency credentials | 0.001 | 0 | -0.015 | 0 | -0.003 | -1 | -0.006 | -1 | -0.006 | -2 | **0.016** | 2 | 0.006 | 1 | 0.045 | 2 |
| % students eligible for subsidized meals | **-0.003** | -3 | **0.020** | 2 | 0.000 | 0 | 0.002 | 1 | **0.005** | 3 | 0.002 | 1 | **0.007** | 2 | -0.012 | -1 |
| % students who are English learners | -0.001 | 0 | 0.030 | 1 | 0.000 | 0 | -0.013 | -2 | 0.005 | 1 | -0.001 | 0 | **-0.025** | -2 | 0.009 | 0 |
| % students with no college educated parents | **0.002** | 2 | -0.008 | 0 | -0.001 | -1 | -0.001 | 0 | -0.002 | -1 | -0.002 | -1 | 0.007 | 1 | 0.018 | 1 |
| % 10th grade attrition | -0.001 | 0 | 0.002 | 0 | 0.000 | 0 | 0.003 | 1 | 0.000 | 0 | -0.003 | -1 | 0.020 | 3 | 0.023 | 1 |
| % did not complete A-G requirement | -0.001 | -1 | 0.000 | 0 | 0.002 | 1 | 0.001 | 0 | -0.002 | -1 | 0.000 | 0 | 0.004 | 1 | 0.003 | 0 |
| Average income - UC applicants | 0.000 | -1 | 0.000 | 0 | 0.000 | 0 | -0.001 | 0 | -0.001 | -1 | -0.001 | -1 | 0.000 | 0 | 0.003 | 1 |
| High school graduates, 2007 | 0.000 | -1 | -0.002 | -1 | 0.000 | -2 | 0.001 | 1 | 0.000 | 1 | 0.000 | -1 | 0.000 | 0 | -0.001 | 0 |
| Number applications to any UC campus | 0.000 | 0 | -0.006 | -1 | -0.002 | -1 | -0.003 | -1 | 0.002 | 1 | 0.002 | 1 | -0.004 | -1 | -0.012 | -1 |
| Number applications to UCLA | 0.000 | 0 | 0.010 | 1 | 0.002 | 1 | 0.004 | 1 | -0.005 | -2 | 0.004 | 1 | -0.004 | -1 | 0.014 | 1 |
| Number admits to UCLA | 0.003 | 2 | **0.063** | 2 | 0.003 | 1 | -0.003 | 0 | **0.014** | 3 | **-0.023** | -3 | **0.043** | 5 | 0.000 | 0 |
| % of admitted students who enrolled at UCL/ | **-0.001** | -2 | 0.002 | 0 | 0.000 | 0 | 0.000 | 0 | 0.000 | 0 | 0.000 | 0 | -0.002 | -1 | -0.004 | -1 |
| Mean SAT, Reading | **-0.019** | -6 | 0.015 | 0 | **0.019** | 4 | -0.005 | 0 | **0.016** | 2 | 0.004 | 0 | **-0.024** | -2 | 0.055 | 2 |
| Mean SAT, Math | 0.003 | 2 | 0.012 | 1 | **-0.008** | -3 | **0.012** | 2 | -0.006 | -2 | 0.005 | 1 | **-0.014** | -2 | 0.008 | 0 |
| Mean SAT, Writing | **0.023** | 7 | -0.029 | -1 | **-0.016** | -3 | -0.003 | 0 | -0.011 | -2 | -0.006 | -1 | **0.034** | 2 | -0.038 | -1 |
| AP courses offered per year | **0.005** | 2 | -0.006 | 0 | -0.002 | -1 | 0.007 | 1 | **-0.020** | -4 | 0.001 | 0 | 0.006 | 1 | -0.025 | -1 |
| % students with AP score >3, '05-'07 | **0.007** | 6 | **0.032** | 2 | -0.004 | -2 | 0.003 | 1 | 0.004 | 2 | 0.001 | 0 | **-0.009** | -2 | -0.002 | 0 |
| % students with low Opportunity To Learn | 0.004 | 3 | **-0.123** | -6 | **-0.005** | -2 | 0.003 | 1 | **-0.008** | -3 | **-0.010** | -2 | 0.006 | 1 | -0.010 | -1 |
| Student-Teacher Ratio | -0.007 | -2 | -0.053 | -1 | -0.009 | -1 | **-0.024** | -2 | -0.012 | -2 | -0.015 | -1 | **-0.041** | -2 | -0.016 | 0 |
| Less than 5% apply to UC system | 0.136 | 1 | 2.203 | 1 | 0.377 | 2 | **-1.173** | -2 | **0.597** | 3 | -0.156 | 0 | 0.191 | 1 | -0.269 | 0 |
| **DOE School Ethnic Composition (vs. White)** | | | | | | | | | | | | | | | | |
| Black | **-0.007** | -4 | 0.006 | 0 | 0.001 | 0 | **-0.012** | -2 | **0.006** | 2 | -0.003 | -1 | -0.011 | -1 | 0.001 | 0 |
| Latino | 0.000 | 0 | -0.016 | -1 | -0.001 | 0 | -0.001 | 0 | 0.000 | 0 | 0.003 | 1 | -0.004 | -1 | -0.007 | -1 |
| Asian | **0.002** | 2 | **-0.041** | -3 | 0.003 | 2 | 0.002 | 1 | -0.004 | -1 | -0.003 | -1 | -0.002 | 0 | 0.012 | 1 |
| Other | **0.011** | 3 | -0.037 | -1 | 0.012 | 2 | 0.003 | 0 | 0.004 | 0 | -0.023 | -2 | 0.016 | 1 | -0.026 | -1 |
| Log-likelihood | -59661 | | -264 | | -13110 | | -7005 | | -8191 | | -5801 | | -1862 | | | |

Not shown are ordered logit "cutpoints" for distributions of ordered dependent variables, "intercepts" for binary dependent variables, and coefficents for missing data on: gender, GPA percentile, A-G courses percentile, UC Score, UC Score percentile, API score, family income, parents' education, school ethnic composition, and other school characteristics. Coefficients that are more than twice their estimated robust standard errors are in boldface. z(b) denotes the ratio of coefficent to its robust standard error.

**Table 11. Summary of Representation of Ethnic Identity Groups by Stage of Admission Process, Fall 2008**

**A. REGULAR REVIEW**

**Applicants with Holistic Rank between 1 and 2.5 (Domestic) or between 1 and 2.25 (International)**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 2,584 | 138 | 814 | 2,340 | 746 | 927 | 7,549 |
| Model | 2,405 | 357 | 1,257 | 1,724 | 829 | 976 | 7,549 |
| Parity | 2,316 | 347 | 1,295 | 1,838 | 849 | 904 | 7,549 |
| Disparity | 268 | -209 | -481 | 502 | -103 | 23 | |
| Adjusted Disparity | 90 | 10 | -38 | -114 | -19 | 72 | |

**California Applicants with a Holistic Rank of 2.75**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 585 | 42 | 260 | 456 | 209 | 139 | 1,691 |
| Model | 556 | 76 | 273 | 378 | 184 | 224 | 1,691 |
| Parity | 519 | 78 | 290 | 412 | 190 | 202 | 1,691 |
| Disparity | 66 | -36 | -30 | 44 | 19 | -63 | |
| Adjusted Disparity | 37 | -1 | -18 | -34 | -6 | 22 | |

**Admitted Applicants out of CA Residents with Holistic Rank of 2.75**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 27 | 6 | 91 | 38 | 35 | 8 | 205 |
| Model | 64 | 8 | 41 | 45 | 24 | 23 | 205 |
| Parity | 63 | 9 | 35 | 50 | 23 | 25 | 205 |
| Disparity | -36 | -3 | 56 | -12 | 12 | -17 | |
| Adjusted Disparity | 1 | -2 | 6 | -5 | 1 | -2 | |

**B. FINAL REVIEW**

**Assigned to Final Review**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 1331 | 213 | 763 | 1074 | 461 | 691 | 4533 |
| Model | 1,337 | 244 | 832 | 1,086 | 500 | 534 | 4533 |
| Parity | 1344 | 229 | 849 | 1069 | 504 | 537 | 4533 |
| Disparity | -13 | -16 | -86 | 5 | -43 | 154 | |
| Adjusted Disparity | -7 | 15 | -17 | 16 | -4 | -3 | |

**L&S Applicants with Final Holistic Rank between 1 and 2.5 (Domestic) or Between 1 and 2.25 (International)**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 398 | 88 | 223 | 320 | 129 | 279 | 1,437 |
| Model | 432 | 140 | 304 | 296 | 153 | 113 | 1,437 |
| Parity | 426 | 73 | 269 | 339 | 160 | 170 | 1,437 |
| Disparity | -28 | 15 | -46 | -19 | -31 | 109 | |
| Adjusted Disparity | 6 | 67 | 34 | -43 | -7 | -57 | |

**L&S California Applicants with a Holistic Rank of 2.75**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 92 | 6 | 63 | 99 | 40 | 24 | 324 |
| Model | 91 | 7 | 59 | 80 | 43 | 44 | 324 |
| Parity | 96 | 16 | 61 | 76 | 36 | 38 | 324 |
| Disparity | -4 | -10 | 2 | 23 | 4 | -14 | |
| Adjusted Disparity | -5 | -9 | -2 | 3 | 7 | 6 | |

**L&S Admitted Applicants with Holistic Rank of 2.75**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 3 | 2 | 35 | 9 | 7 | 2 | 58 |
| Model | 12 | 3 | 14 | 12 | 5 | 12 | 58 |
| Parity | 17 | 3 | 11 | 14 | 6 | 7 | 58 |
| Disparity | -14 | -1 | 24 | -5 | 1 | -5 | |
| Adjusted Disparity | -5 | 0 | 3 | -1 | -2 | 5 | |

## C. SUPPLEMENTAL REVIEW

**Assigned to Supplemental Review**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 440 | 376 | 1316 | 419 | 335 | 148 | 3034 |
| Model | 894 | 204 | 666 | 606 | 270 | 395 | 3034 |
| Parity | 900 | 153 | 569 | 716 | 338 | 360 | 3034 |
| Disparity | -460 | 223 | 747 | -297 | -3 | -212 | |
| Adjusted Disparity | -6 | 50 | 98 | -110 | -68 | 35 | |

**Applicants with Supplemental Review Score of 2.25 or Better**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 94 | 115 | 314 | 67 | 68 | 32 | 690 |
| Model | 201 | 81 | 173 | 92 | 51 | 91 | 690 |
| Parity | 205 | 35 | 129 | 163 | 77 | 82 | 690 |
| Disparity | -111 | 80 | 185 | -96 | -9 | -50 | |
| Adjusted Disparity | -4 | 47 | 44 | -70 | -26 | 10 | |

## D. SCHOOL REVIEW

**Assigned to School Review**

| **Model** | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 187 | 11 | 78 | 87 | 47 | 40 | 450 |
| Model | 158 | 15 | 79 | 101 | 49 | 47 | 450 |
| Parity | 133 | 23 | 84 | 106 | 50 | 53 | 450 |
| Disparity | 54 | -12 | -6 | -19 | -3 | -13 | |
| Adjusted Disparity | 25 | -8 | -5 | -5 | -1 | -6 | |

**Applicants with a School Review Score of 2.25 or Better**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 95 | 9 | 30 | 44 | 22 | 20 | 220 |
| Model | 76 | 10 | 34 | 41 | 28 | 31 | 220 |
| Parity | 65 | 11 | 41 | 52 | 24 | 26 | 220 |
| Disparity | 30 | -2 | -11 | -8 | -2 | -6 | |
| Adjusted Disparity | 11 | -1 | -7 | -11 | 4 | 5 | |

## E. SUMMARY OF ADMISSIONS

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 3,201 | 358 | 1,507 | 2,818 | 1,007 | 1,268 | 10,159 |
| Model | 3,190 | 599 | 1,823 | 2,211 | 1,091 | 1,246 | 10,159 |
| Parity | 3,091 | 478 | 1,781 | 2,456 | 1,139 | 1,213 | 10,159 |
| Disparity | 110 | -120 | -274 | 362 | -132 | 55 | |
| Adjusted Disparity | 98 | 121 | 41 | -245 | -49 | 33 | |
| As % of Group Admittees | 3.1 | 33.7 | 2.7 | -8.7 | -4.8 | 2.6 | |
| As % of Total Admittees | 1.0 | 1.2 | 0.4 | -2.4 | -0.5 | 0.3 | |

## F. ADMISSIONS DISPARITIES BY STAGE AND ETHNIC IDENTITY

| **Stage** | White | Black | Latino | N Asian | SE Asian | Other |
|---|---|---|---|---|---|---|
| | | | **Disparity** | | | |
| Regular | 233 | -213 | -426 | 490 | -91 | 7 |
| Final | -42 | 15 | -22 | -24 | -30 | 104 |
| Supplemental | -111 | 80 | 185 | -96 | -9 | -50 |
| School | 30 | -2 | -11 | -8 | -2 | -6 |
| Total | 110 | -120 | -274 | 362 | -132 | 55 |
| | | | **Adjusted Disparity** | | | |
| Regular | 91 | 8 | -33 | -119 | -18 | 70 |
| Final | 0 | 67 | 38 | -44 | -8 | -52 |
| Supplemental | -4 | 47 | 44 | -70 | -26 | 10 |
| School | 11 | -1 | -7 | -11 | 4 | 5 |
| Total | 98 | 121 | 41 | -245 | -49 | 33 |

Note: "Model" denotes multinominal logit model of effects of student characteristics on outcomes at each stage. Parity denotes expected numbers of applicants at each stage if number of each ethnic group were proportional to group size. "Disparity" denotes the difference between "Observed" and "Parity" predictions. "Adjusted Disparity" denotes the difference between "Model" and "Observed" counts. Predicted Numbers are weighted by the number of students who reached that stage in the process. For further details, see text.

**Table 12. Summary of Representation of Ethnic Identity Groups by Stage of Admission Process, Fall 2007**

**A. REGULAR REVIEW**

**Applicants with Holistic Rank between 1 and 2.5 (Domestic) or between 1 and 2.25 (International)**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 2,418 | 127 | 681 | 2,352 | 688 | 790 | 7,056 |
| Model | 2,298 | 331 | 1,106 | 1,718 | 780 | 822 | 7,056 |
| Parity | 2,226 | 303 | 1,083 | 1,826 | 816 | 802 | 7,056 |
| Disparity | 192 | -176 | -402 | 526 | -128 | -12 | |
| Adjusted Disparity | 72 | 28 | 23 | -108 | -37 | 21 | |

**California Applicants with a Holistic Rank of 2.75**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 729 | 76 | 279 | 499 | 246 | 260 | 2,089 |
| Model | 674 | 105 | 305 | 489 | 241 | 275 | 2,089 |
| Parity | 659 | 90 | 321 | 541 | 242 | 237 | 2,089 |
| Disparity | 70 | -14 | -42 | -42 | 4 | 23 | |
| Adjusted Disparity | 15 | 15 | -16 | -52 | 0 | 38 | |

**Admitted Applicants out of CA Residents with HR = 2.75**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 51 | 36 | 134 | 59 | 64 | 58 | 402 |
| Model | 118 | 31 | 69 | 81 | 48 | 54 | 402 |
| Parity | 127 | 17 | 62 | 104 | 47 | 46 | 402 |
| Disparity | -76 | 19 | 72 | -45 | 17 | 12 | |
| Adjusted Disparity | -9 | 14 | 7 | -23 | 2 | 8 | |

**B. FINAL REVIEW**

**Assigned to Final Review**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 1079 | 158 | 586 | 929 | 337 | 269 | 3,358 |
| Model | 998 | 205 | 635 | 799 | 351 | 370 | 3,358 |
| Parity | 1021 | 163 | 578 | 851 | 387 | 358 | 3,358 |
| Disparity | 58 | -5 | 8 | 78 | -50 | -89 | |
| Adjusted Disparity | -24 | 42 | 57 | -52 | -36 | 12 | |

**L&S Applicants with Final Holistic Rank between 1 and 2.5 (Domestic) or Between 1 and 2.25 (International)**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 356 | 53 | 145 | 299 | 89 | 88 | 1,030 |
| Model | 292 | 90 | 205 | 221 | 109 | 113 | 1,030 |
| Parity | 313 | 50 | 177 | 261 | 119 | 110 | 1,030 |
| Disparity | 43 | 3 | -32 | 38 | -30 | -22 | |
| Adjusted Disparity | -22 | 40 | 28 | -41 | -10 | 4 | |

**L&S California Applicants with a Holistic Rank of 2.75**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 53 | 9 | 62 | 58 | 21 | 10 | 213 |
| Model | 49 | 11 | 57 | 50 | 22 | 23 | 213 |
| Parity | 72 | 10 | 34 | 60 | 20 | 18 | 213 |
| Disparity | -19 | -1 | 28 | -2 | 1 | -8 | |
| Adjusted Disparity | -23 | 2 | 23 | -10 | 2 | 5 | |

**L&S Admitted Applicants with Holistic Rank of 2.75**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 5 | 5 | 42 | 7 | 5 | 3 | 67 |
| Model | 19 | 1 | 27 | 9 | 2 | 8 | 67 |
| Parity | 23 | 3 | 11 | 19 | 6 | 6 | 67 |
| Disparity | -18 | 2 | 31 | -12 | -1 | -3 | |
| Adjusted Disparity | -4 | -2 | 17 | -10 | -4 | 3 | |

**C. SUPPLEMENTAL REVIEW**

**Assigned to Supplemental Review**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 356 | 334 | 1152 | 381 | 347 | 168 | 2,738 |
| Model | 749 | 242 | 633 | 548 | 307 | 258 | 2,738 |
| Parity | 833 | 133 | 471 | 694 | 315 | 292 | 2,738 |
| Disparity | -477 | 201 | 681 | -313 | 32 | -124 | |
| "Adjusted Disparity" | -84 | 109 | 162 | -146 | -8 | -34 | |

**Applicants with Supplemental Review Score of 2.25 or Better**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 83 | 94 | 210 | 65 | 47 | 39 | 538 |
| Model | 142 | 77 | 120 | 88 | 48 | 63 | 538 |
| Parity | 164 | 26 | 93 | 136 | 62 | 57 | 538 |
| Disparity | -81 | 68 | 117 | -71 | -15 | -18 | |
| Adjusted Disparity | -22 | 51 | 28 | -48 | -14 | 6 | |

**D. SCHOOL REVIEW**

**Assigned to School Review**

| **Model** | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 125 | 17 | 59 | 156 | 73 | 42 | 472 |
| Model | 149 | 23 | 60 | 121 | 62 | 56 | 472 |
| Parity | 144 | 23 | 81 | 119 | 54 | 50 | 472 |
| Disparity | -19 | -6 | -22 | 37 | 19 | -8 | |
| Adjusted Disparity | 5 | 1 | -21 | 2 | 8 | 6 | |

**Applicants with a School Review Score of 2.25 or Better**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 78 | 10 | 32 | 82 | 41 | 21 | 264 |
| Model | 83 | 13 | 34 | 68 | 35 | 31 | 264 |
| Parity | 81 | 13 | 45 | 67 | 30 | 28 | 264 |
| Disparity | -3 | -3 | -13 | 15 | 11 | -7 | |
| Adjusted Disparity | 3 | 0 | -12 | 1 | 4 | 3 | |

**E. SUMMARY OF ADMISSIONS**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 2,991 | 325 | 1,244 | 2,864 | 934 | 999 | 9,357 |
| Model | 2,952 | 545 | 1,562 | 2,186 | 1,021 | 1,092 | 9,357 |
| Parity | 2,933 | 412 | 1,470 | 2,413 | 1,080 | 1,048 | 9,357 |
| Disparity | 58 | -87 | -226 | 451 | -146 | -49 | |
| Adjusted Disparity | 19 | 133 | 91 | -228 | -59 | 44 | |
| As % of Group Admittees | 0.6 | 40.9 | 7.3 | -7.9 | -6.4 | 4.4 | |
| As % of Total Admittees | 0.2 | 1.4 | 1.0 | -2.4 | -0.6 | 0.5 | |

**F. ADMISSIONS DISPARITIES BY STAGE AND ETHNIC IDENTITY**

| **Stage** | White | Black | Latino | N Asian | SE Asian | Other |
|---|---|---|---|---|---|---|
| | | | **Disparity** | | | |
| Regular | 116 | -157 | -330 | 481 | -111 | 1 |
| Final | 25 | 5 | -1 | 26 | -31 | -24 |
| Supplemental | -81 | 68 | 117 | -71 | -15 | -18 |
| School | -3 | -3 | -13 | 15 | 11 | -7 |
| Total | 58 | -87 | -226 | 451 | -146 | -49 |
| | | | **Adjusted Disparity** | | | |
| Regular | 63 | 43 | 30 | -130 | -35 | 29 |
| Final | -26 | 39 | 45 | -50 | -14 | 6 |
| Supplemental | -22 | 51 | 28 | -48 | -14 | 6 |
| School | 3 | 0 | -12 | 1 | 4 | 3 |
| Total | 19 | 133 | 91 | -228 | -59 | 44 |

Note: "Model" denotes multinominal logit model of effects of student characteristics on outcomes at each stage. Parity denotes expected numbers at each stage if number of each ethnic group were proportional to group size. "Disparity" denotes the difference between "Observed" and "Parity" predictions. "Adjusted Disparity" denotes the difference between "Model" and "Observed" counts. Predicted Numbers are weighted by the number of students who reached that stage in the process. For further details, see text.

**Table A1. Numbers of Fall 2008 Applicants and Reread Sample Sizes by Ethnic Identity**

| Ethnic Identity | Fall 2008 Applicants | Reread Sample | Sampling Fraction |
|---|---|---|---|
| African American | 2792 | 1053 | 0.38 |
| Asian "North" | 12974 | 1102 | 0.08 |
| Asian "Southeast" | 6213 | 1071 | 0.17 |
| Latino | 10279 | 1319 | 0.13 |
| White | 16364 | 915 | 0.06 |
| Other | 6661 | 240 | 0.04 |
| Total | 55283 | 5700 | 0.10 |










**Figure 1. Distribution of Applicants by Holistic Rank and Ethnic Identity, 2008**







**Figure 2. Distribution of Applicants by Holistic Rank, Ethnic Identity, and Final Review Status, 2008**




Fig. 3a. GPA Percentile

**Figure 3. Effects of Applicant Characteristics on Probability of Holistic Rank of 1-2.5 (Domestic) or 1-2.25 (International) in Regular Review, Fall 2008.**




Fig. 3b. UC Score

**Figure 3 (continued). Effects of Applicant Characteristics on Probability of Holistic Rank of 1-2.5 (Domestic) or 1-2.25 (International) in Regular Review, Fall 2008.**




Fig. 3c. UC Score Percentile




Fig. 3d. Applicant has 4.0 GPA

**Figure 3 (continued). Effects of Applicant Characteristics on Probability of Holistic Rank of 1-2.5 (Domestic) or 1-2.25 (International) in Regular Review, Fall 2008.**




Fig. 3e. Number of AP Tests




Fig. 3f. Number of A-G Courses Percentile




Fig. 3g. Strong Downward Trend in Grades




Fig. 3h. Weak Downward Trend in Grades

**Figure 3 (continued). Effects of Applicant Characteristics on Probability of Holistic Rank of 1-2.5 (Domestic) or 1-2.25 (International) in Regular Review, Fall 2008.**




Figure 3i. Eligible in a Local Context




Figure 3j. High School API




Fig. 3k. Outreach Participation




Fig. 3l. California Resident

**Figure 3 (continued). Effects of Applicant Characteristics on Probability of Holistic Rank of 1-2.5 (Domestic) or 1-2.25 (International) in Regular Review, Fall 2008.**




Fig. 3m. Difficulty of SeniorYear




Fig. 3n. Held Good Job




Fig. 3o. Level of Activity




Fig. 3p. Contributes to Community

**Figure 3 (continued). Effects of Applicant Characteristics on Probability of Holistic Rank of 1-2.5 (Domestic) or 1-2.25 (International) in Regular Review, Fall 2008.**




Fig. 3q. Wrote Effective Essay




Fig. 3r. Number of Limits to Achievement




Fig. 3s. Parent's Educational Attainment




Fig. 3t. Family Income Relative to Poverty Line

**Figure 3 (continued). Effects of Applicant Characteristics on Probability of Holistic Rank of 1-2.5 (Domestic) or 1-2.25 (International) in Regular Review, Fall 2008.**




Fig. 3u. Gender




Fig. 3v. International Student




Fig. 3w. High School Ethnic Composition




Fig. 3x. Ethnic Identity Group

**Figure 3 (continued). Effects of Applicant Characteristics on Probability of Holistic Rank of 1-2.5 (Domestic) or 1-2.25 (International) in Regular Review, Fall 2008.**

**APPENDIX FIGURE 1**

**2008 UNIVERSITY OF CALIFORNIA APPLICATION FOR FRESHMAN ADMISSION**

UNIVERSITY OF CALIFORNIA

# APPLICATION FOR FRESHMAN ADMISSION AND SCHOLARSHIPS 2008–09

*Please include the required nonrefundable fee of $60 per campus ($70 per campus for international applicants). Make check or money order payable to: The Regents of the University of California.*

FOR UC USE ONLY

(a) ☐ UC (d) ☐ W
(b) ☐ CB (e) ☐ N
(c) ☐ EO (f) ☐ E 10/07

*Type or print in black or dark blue ink.*

## I. APPLICATION INFORMATION

♦1 APPLICATION TERM **Check one box only.** *Winter/Spring applicants: Check with the campus admissions office to ensure that applications are being accepted.*

(1) ☐ FALL QUARTER – September 2008 or FALL SEMESTER – August 2008

(2) ☐ WINTER QUARTER or SPRING SEMESTER – January 2009

(3) ☐ SPRING QUARTER – March 2009 *(all campuses except Berkeley and Merced)*

♦2 APPLICANT CATEGORY — EXPECTED LEVEL AT TIME OF ENROLLMENT AT UC ***Use this application only if you are a freshman (first-year) applicant.*** *If you are applying as a transfer, second-baccalaureate or limited status applicant, please use the transfer application for admission and scholarships. For definitions of applicant categories, see page 10 of the freshman application instructions.*

(1) ☒ FRESHMAN

## II. STUDENT INFORMATION

♦3 FULL LEGAL NAME *Insert a comma after your last and first names.*
LAST (FAMILY) FIRST MIDDLE SUFFIX (Jr., III, etc.)

4 NAME ON PREVIOUS ACADEMIC RECORDS, IF DIFFERENT FROM ABOVE *Insert a comma after your last and first names. If you have more than one additional name, add it to Item 174 on page 7 of this form.*
LAST (FAMILY) FIRST MIDDLE SUFFIX (Jr., III, etc.)

♦5 E-MAIL ADDRESS *Campuses use e-mail to send critical, time-sensitive correspondence to applicants. You must provide an e-mail address that you check regularly and plan to keep until you enroll in college.*

♦6 PERMANENT MAILING ADDRESS — NUMBER, STREET, APT. NO. OR POST OFFICE BOX (Home Country Address for International Applicants)
CITY STATE ZIP CODE
U.S. TELEPHONE (Area Code/Number) UC USE ONLY COUNTRY (if not the United States) INTERNATIONAL POSTAL CODE

♦7 CURRENT MAILING ADDRESS — NUMBER, STREET, APT. NO. OR POST OFFICE BOX *Enter only if different from your permanent address.*
CITY STATE ZIP CODE
U.S. TELEPHONE (Area Code/Number) *Enter if different from Item 6.* COUNTRY (if not the United States) INTERNATIONAL POSTAL CODE

♦8 U.S. MILITARY SERVICE (If applicable)* *Check all boxes that apply to your current status.*
(1) ☐ ON ACTIVE MILITARY DUTY (2) ☐ VETERAN OF U.S. ARMED FORCES (3) ☐ RESERVES OR NATIONAL GUARD

9 HAVE YOU LIVED IN CALIFORNIA FOR AT LEAST THE LAST 12 MONTHS?
(1) ☐ YES SINCE MONTH DAY YEAR (2) ☐ NO

10 IS YOUR CURRENT/MOST RECENT SCHOOL A CALIFORNIA HIGH SCHOOL, OR HAVE YOU ATTENDED A CALIFORNIA HIGH SCHOOL FOR TWO OR MORE YEARS?
(1) ☐ YES (2) ☐ NO

11 CALIFORNIA SSID NUMBER* *If you have attended a California high school, provide your Statewide Student ID number. You can locate your ID number through your school counselor or registrar's office.*

12 YOUR PLACE OF BIRTH
CITY STATE COUNTRY (if not the United States)

13 DATE OF BIRTH
MONTH DAY YEAR

14 ARE YOU A U.S. CITIZEN?
(1) ☐ YES *Go to Item 19.* (2) ☐ NO *Go to Item 15.*

♦15 COUNTRY OF CITIZENSHIP (if not the United States) UC USE ONLY

♦16 COUNTRY OF PERMANENT RESIDENCE UC USE ONLY

17 INDICATE YOUR IMMIGRATION STATUS AS OF THE DATE YOU SUBMIT THIS APPLICATION.
*You can give additional information about your citizenship and/or immigration status in Item 174 on page 7.*
(1) ☐ IMMIGRANT / U.S. PERMANENT RESIDENT *Check only if you have obtained permanent resident status in the United States.*
(2) ☐ REFUGEE
(3) ☐ NONIMMIGRANT *Complete Item 18.*

♦18 NONIMMIGRANT VISA *If applicable, fill in both (1) and (2) below; otherwise, respond only to (2). See page 11 of the freshman application instructions for visa codes.*
IF CURRENTLY IN THE UNITED STATES, TYPE OF VISA YOU HOLD (1) VISA CODE
FOR YOUR STUDIES AT THE UNIVERSITY, TYPE OF VISA FOR WHICH YOU HAVE APPLIED OR PLAN TO APPLY (2) VISA CODE

19 LANGUAGE(S) YOU LEARNED TO SPEAK FIRST
(1) ☐ ENGLISH ONLY
(2) ☐ ENGLISH AND ANOTHER LANGUAGE PLEASE SPECIFY
(3) ☐ ANOTHER LANGUAGE PLEASE SPECIFY

♦20 FOSTER CARE STATUS*
*Indicate if you have ever been in foster care (e.g., foster home, group home or placed with a relative by the court).*
(1) ☐ YES (2) ☐ NO



♦ ***Please read the additional information in the freshman application instructions before completing items marked with this symbol.*** *Voluntary

## III. FAMILY INFORMATION

**21** STATE OF LEGAL RESIDENCE OF YOUR PARENT, SPOUSE OR LEGAL GUARDIAN
*Answer only if your parent, spouse or legal guardian is a legal resident or U.S. citizen.*

STATE ______ SINCE MONTH ___ DAY ___ YEAR ___

**22** DOES YOUR PARENT OR LEGAL GUARDIAN LIVE IN CALIFORNIA? *Answer only if you are under age 18.*

(1) ☐ YES (2) ☐ NO

PARENTS' GROSS ANNUAL INCOME*
*Estimate for 2007 if necessary.*

♦23 2007 $ ___ , ___ .00

♦24 2006 $ ___ , ___ .00

YOUR GROSS ANNUAL INCOME*
*Include your spouse's income, if married.*
*Estimate for 2007 if necessary.*

♦25 2007 $ ___ , ___ .00

♦26 2006 $ ___ , ___ .00

**FAMILY SIZE***

DEPENDENT STUDENTS ONLY
*Include yourself, parents and other dependents.*

♦27 2007 ___

♦28 2006 ___

♦29 ☐ Check the box if this is a single-parent family.

INDEPENDENT STUDENTS ONLY
*Include yourself, spouse and other dependents.*

♦30 2007 ___

♦31 2006 ___

♦32 ☐ Check the box if this is a single-parent family.

**33** PARENTS' HIGHEST LEVEL OF FORMAL EDUCATION*
*Check one box for each parent.*

| FATHER | | MOTHER |
|---|---|---|
| (1) ☐ | NO HIGH SCHOOL | (1) ☐ |
| (2) ☐ | SOME HIGH SCHOOL | (2) ☐ |
| (3) ☐ | HIGH SCHOOL GRADUATE | (3) ☐ |
| (4) ☐ | SOME COLLEGE/UNIVERSITY | (4) ☐ |
| (5) ☐ | TWO-YEAR COLLEGE GRADUATE | (5) ☐ |
| (6) ☐ | FOUR-YEAR COLLEGE/UNIVERSITY GRADUATE | (6) ☐ |
| (7) ☐ | POSTGRADUATE STUDY | (7) ☐ |

♦34 PARENTS' CURRENT AND PRIOR OCCUPATIONS*
*See page 11 of the freshman application instructions for occupational codes.*

FATHER
CURRENT OCCUPATION ______ CODE (a) ___ NO. OF YRS. (b) ___
PREVIOUS OCCUPATION ______ CODE (c) ___ NO. OF YRS. (d) ___

MOTHER
CURRENT OCCUPATION ______ CODE (e) ___ NO. OF YRS. (f) ___
PREVIOUS OCCUPATION ______ CODE (g) ___ NO. OF YRS. (h) ___

♦35 ☐ CHECK THE BOX IF YOUR PARENT, LEGAL GUARDIAN OR SPOUSE IS AN EMPLOYEE OF THE UNIVERSITY OF CALIFORNIA.*

SPECIFY CAMPUS OR FACILITY ______

## IV. EDUCATIONAL HISTORY

**IN ITEMS 36–45 LIST *ALL* SCHOOLS AND COLLEGES YOU HAVE ATTENDED OR WILL ATTEND BEFORE ENROLLING AT THE UNIVERSITY.**

**BEGIN WITH THE HIGH SCHOOL YOU GRADUATED FROM and continue in chronological order, ending with the institution where you are currently enrolled or, if you are not in school, were last enrolled. List all colleges/universities you have attended, including University of California campuses and any institutions outside the United States. Be sure to list *all* institutions you attended — regardless of the length of attendance, whether courses were completed or whether you believe the record will affect your chances for admission to the University or yield transferable credit. *If you provide incomplete or incorrect information about the schools you have attended, your admission to or enrollment at the University of California may be jeopardized.***

♦**COLLEGE BOARD CODES** — You must provide the College Board code in Items 36–45 for each institution you attended in the United States and Canada. If you need to obtain a College Board code, see page 14 of the freshman application instructions. *For institutions outside the United States and Canada, do not provide codes.*

**CURRENT/MOST RECENT SCHOOL** — Mark with an X the institution that you currently attend or, if you are not in school, the one that you last attended. *Check one box only. If you are attending high school and are concurrently enrolled in a college course, indicate the high school as your current/most recent school.*

**HIGH SCHOOL OF GRADUATION** — Mark with an X the high school (secondary school) from which you will or did graduate. *Check one box only.*

| | COLLEGE BOARD CODE | Current/Most Recent School | NAME OF SCHOOL, COLLEGE, UNIVERSITY | CITY | STATE (or country if not U.S.) | BEGIN MO. | BEGIN YR. | END MO. | END YR. | High School of Graduation | DIPLOMA/DEGREE/ CERTIFICATE AND DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | | ☐ | | | | | | | | ☐ | |
| 37 | | ☐ | | | | | | | | ☐ | |
| 38 | | ☐ | | | | | | | | ☐ | |
| 39 | | ☐ | | | | | | | | ☐ | |
| 40 | | ☐ | | | | | | | | ☐ | |
| 41 | | ☐ | | | | | | | | ☐ | |
| 42 | | ☐ | | | | | | | | ☐ | |
| 43 | | ☐ | | | | | | | | ☐ | |
| 44 | | ☐ | | | | | | | | ☐ | |
| 45 | | ☐ | | | | | | | | ☐ | |

♦46 TYPE OF SCHOOL WHERE YOU ARE CURRENTLY ENROLLED OR WERE LAST ENROLLED *Check one box only.*
First-time freshman applicants only.

(1) ☐ PUBLIC HIGH SCHOOL (Secondary School) (2) ☐ PRIVATE HIGH SCHOOL (Secondary School)

♦47 EDUCATION OUTSIDE THE UNITED STATES

☐ Check this box if you attended high school/secondary school outside of the United States.

**48** IF YOU ATTENDED SCHOOL OUTSIDE THE UNITED STATES, INDICATE THE LANGUAGE OF INSTRUCTION USED IN YOUR SCHOOL FOR GRADES 6–8 AND 9–12.

GRADES 6–8 ______ GRADES 9–12 ______



♦ ***Please read the additional information in the freshman application instructions before completing items marked with this symbol.***

*Voluntary

## V. ACTIVITIES AND AWARDS

List and describe briefly the most significant awards you have received and activities you have been involved in since 9th grade. **See page 12** of the freshman application instructions for additional information including examples of the sorts of activities an applicant might list under specific categories listed below.

### ♦49 AWARDS AND HONORS

| AWARD OR HONOR | DESCRIPTION OF AWARD OR HONOR | AWARD OR HONOR TYPE Academic | Other | DATE RECEIVED MO./YR. |
|---|---|---|---|---|
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |

### ♦50 COURSEWORK OTHER THAN "A-G"

List the courses you took during high school, other than those approved for UC admission (which you report on pages 4–5), that demonstrate a particular focus or interest (e.g., language immersion courses or career-technical education courses).

| COURSE | DESCRIPTION OF COURSE | YEAR(S) OF ENROLLMENT 9th | 10th | 11th | 12th | After 12th | No. of Years | HOURS PER WEEK | WEEKS PER YEAR |
|---|---|---|---|---|---|---|---|---|---|
| | | ☐ | ☐ | ☐ | ☐ | ☐ | | | |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | | | |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | | | |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | | | |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | | | |

### ♦51 EXTRACURRICULAR ACTIVITIES

| ACTIVITY | DESCRIPTION OF ACTIVITY *Note any leadership positions.* | YEAR(S) OF INVOLVEMENT 9th | 10th | 11th | 12th | After 12th | No. of Years | HOURS PER WEEK | WEEKS PER YEAR |
|---|---|---|---|---|---|---|---|---|---|
| | | ☐ | ☐ | ☐ | ☐ | ☐ | | | |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | | | |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | | | |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | | | |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | | | |

### ♦52 VOLUNTEER AND COMMUNITY SERVICE *List unpaid work only.*

| ORGANIZATION | DESCRIPTION OF SERVICE OR WORK *Note any leadership positions.* | YEAR(S) OF INVOLVEMENT 9th | 10th | 11th | 12th | After 12th | No. of Years | HOURS PER WEEK | WEEKS PER YEAR |
|---|---|---|---|---|---|---|---|---|---|
| | | ☐ | ☐ | ☐ | ☐ | ☐ | | | |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | | | |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | | | |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | | | |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | | | |

### ♦53 EDUCATIONAL PREPARATION PROGRAMS

List your participation in educational or academic preparation programs that are designed to help students prepare for university study. These programs may include academic enrichment programs sponsored by colleges/universities, research programs and study-abroad programs. *Refer to page 12 of the freshman application instructions for codes.*

| PROGRAM CODE | PROGRAM NAME | DESCRIPTION OF PROGRAM | YEAR(S) OF INVOLVEMENT 9th | 10th | 11th | 12th | After 12th | No. of Years | HOURS PER WEEK | WEEKS PER YEAR |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | | | |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | | | |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | | | |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | | | |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | | | |

### ♦54 EMPLOYMENT *List paid work only.*

| | | BEGIN MO./YR. | END MO./YR. | HOURS PER WEEK | PERIOD OF INVOLVEMENT Year-Round | Summer Only | School Year Only | YEAR(S) OF INVOLVEMENT 9th | 10th | 11th | 12th | After 12th | No. of Years |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POSITION | | | | | | | | | | | | | |
| RESPONSIBILITIES | | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| POSITION | | | | | | | | | | | | | |
| RESPONSIBILITIES | | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| POSITION | | | | | | | | | | | | | |
| RESPONSIBILITIES | | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| POSITION | | | | | | | | | | | | | |
| RESPONSIBILITIES | | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

To what use have you or will you put your earnings?*



♦ ***Please read the additional information in the freshman application instructions before completing items marked with this symbol.***

*Voluntary

NAME — LAST FIRST

## ♦ VI. FRESHMAN SELF-REPORTED ACADEMIC RECORD

**BEFORE YOU COMPLETE THIS SECTION: Read pages 13–15 of the freshman application instructions and review the sample Freshman Self-Reported Academic Record on page 14. Refer to your high school transcript to complete this section. If you are not sure which courses are considered academic subject courses and UC-approved honors/AP/IB courses, refer to the UC-approved certified course list for your school (California high schools only). Lists are available online (www.ucop.edu/doorways). If your academic record changes after you submit your application, you must notify in writing the admissions office at each campus where you have applied. DO NOT ATTACH YOUR TRANSCRIPT.**

### ACADEMIC SUBJECTS
### "A-G" Requirements

**9TH GRADE**

*Enter ninth-grade courses and your grades.* ***Grades reported for 9th grade will not be used in calculating your GPA for admission purposes.***

**10TH GRADE**

*Enter 10th-grade courses and your grades. Include courses completed during the summer following 9th grade.*

**UC-APPROVED HONORS STATUS CODES**

**AP** Advanced Placement
**HL** Honors Level
**IB** UC-designated International Baccalaureate
**CL** Transferable college course (*List the college name after the course title.*)

| ACADEMIC SUBJECTS | 9TH GRADE COURSE TITLE | | FIRST-SEMESTER GRADE | SECOND-SEMESTER GRADE | 10TH GRADE COURSE TITLE | | UC-APPROVED HONORS COURSE STATUS | FIRST-SEMESTER GRADE | SECOND-SEMESTER GRADE |
|---|---|---|---|---|---|---|---|---|---|
| ♦55 **"a" History/Social Science** U.S. History; Civics; American Government; World History, Cultures and Geography; European History | | (01) | | | | (01) | | | |
| | | (02) | | | | (02) | | | |
| | | (03) | | | | (03) | | | |
| ♦56 **"b" English (Language of Instruction)** Composition, Literature (American, English, World, etc.) | | (04) | | | | (04) | | | |
| | | (05) | | | | (05) | | | |
| | | (06) | | | | (06) | | | |
| ♦57 **"c" Mathematics** Algebra, Geometry, Advanced Algebra, Trigonometry, Precalculus, Integrated Math, Calculus, Statistics, Math Analysis **(Do not include arithmetic and pre-algebra.)** | | (07) | | | | (07) | | | |
| | | (08) | | | | (08) | | | |
| | | (09) | | | | (09) | | | |
| ♦58 **"d" Laboratory Science** Biology, Chemistry, Physics, Integrated Science with Lab, Marine Biology, Physiology, Anatomy, etc. | | (10) | | | | (10) | | | |
| | | (11) | | | | (11) | | | |
| | | (12) | | | | (12) | | | |
| ♦59 **"e" Language Other Than English (Second Language)** French, German, Spanish, Latin, Mandarin Chinese, Japanese, etc. | | (13) | | | | (13) | | | |
| | | (14) | | | | (14) | | | |
| | | (15) | | | | (15) | | | |
| ♦60 **"f" Visual and Performing Arts** Dance, Drama/Theater, Music, Visual Arts | | (16) | | | | (16) | | | |
| | | (17) | | | | (17) | | | |
| ♦61 **"g" College-Preparatory (Academic) Electives** List only UC-approved college-preparatory electives, such as social science (Anthropology, Economics, Psychology, Sociology, etc.), Computer Science and ninth-grade laboratory science. **(Do not list courses such as PE, typing, drivers' education, health or pep squad.)** | | (18) | | | | (18) | | | |
| | | (19) | | | | (19) | | | |
| | | (20) | | | | (20) | | | |
| | | (21) | | | | (21) | | | |
| | | (22) | | | | (22) | | | |

| TOTAL NUMBER OF SEMESTER COURSES | ♦63 9TH-GRADE COURSE TOTALS Enter the number of courses listed above for *each* semester of ninth grade. | 1ST SEM. | 2ND SEM. | ♦64 10TH-GRADE COURSE TOTALS Enter the number of courses listed above for *each* semester of 10th grade. | 1ST SEM. | 2ND SEM. |
|---|---|---|---|---|---|---|
| | | | | | | |

**68** GRADES 7 AND 8 MATHEMATICS COURSEWORK

Enter the number of terms of algebra, geometry or more advanced mathematics you completed with a grade of C or better during grades 7 and 8. *Do not include arithmetic or pre-algebra. List only courses equivalent to those on your high school's UC-certified course list. Each semester counts as one term.*

SPECIFY COURSE(S)

**69** GRADES 7 AND 8 LANGUAGE OTHER THAN ENGLISH COURSEWORK

Enter the number of terms of language other than English (such as French, Spanish, Chinese, Japanese, etc.) you completed during grades 7 and 8 with a grade of C or better. *List only courses equivalent to those on your high school's UC-certified course list. Each semester counts as one term.*

SPECIFY COURSE(S)

**70** TERM SYSTEM

Select the term type(s) used by the school you attended for grades 10 and/or 11. If the term types are unfamiliar, use the number of grades you received for a yearlong course as your guide. If you are on the block system, check off the box that corresponds to the number of final grades you received per course. You may select more than one box.

(1) ☐ SEMESTER (*two final grades per year*)
(2) ☐ TRIMESTER (*three final grades per year*)
(3) ☐ QUARTER (*four final grades per year*)
(4) ☐ FULL (*one final grade per year*)

**71** GRADING SYSTEM

☐ Check the box if any school you attended for grades 10 or 11 used a grading system other than A-B-C-D-F.

*If your school uses the A-B-C-D-F grading system and you received "Pass/Fail," "Credit/No Credit," "Incomplete" or "Withdrawal," do NOT check this box.*



♦ ***Please read the additional information in the freshman application instructions before completing items marked with this symbol.***

NAME — LAST FIRST

| ACADEMIC SUBJECTS "A-G" requirements | **11TH GRADE** Enter 11th-grade courses and your grades. Include courses completed during the summer following 10th and 11th grades. **UC-APPROVED HONORS STATUS CODES** **AP** Advanced Placement **HL** Honors Level **IB** UC-designated International Baccalaureate **CL** Transferable college course *(List the college name after the course title.)* COURSE TITLE | | UC-APPROVED HONORS COURSE STATUS | FIRST-SEMESTER GRADE | SECOND-SEMESTER GRADE | **12TH GRADE** Enter the courses you are taking now and those you plan to take. If you already have completed a course, enter the grade(s) earned under the appropriate term. COURSES IN PROGRESS FIRST SEMESTER | UC-APPROVED HONORS COURSE STATUS | COURSES PLANNED SECOND SEMESTER | UC-APPROVED HONORS COURSE STATUS | **GRADES SEMESTER COURSE TOTAL** Enter the number of semester courses listed. *Each semester of coursework counts as one course.* |
|---|---|---|---|---|---|---|---|---|---|---|
| "a" History/Social Science | | (01) | | | | | | | | ♦55 "a" courses TOTAL SEMESTER COURSES |
| | | (02) | | | | | | | | |
| | | (03) | | | | | | | | |
| "b" English (Language of instruction) | | (04) | | | | | | | | ♦56 "b" courses TOTAL SEMESTER COURSES |
| | | (05) | | | | | | | | |
| | | (06) | | | | | | | | |
| "c" Mathematics | | (07) | | | | | | | | ♦57 "c" courses TOTAL SEMESTER COURSES |
| | | (08) | | | | | | | | |
| | | (09) | | | | | | | | |
| "d" Laboratory Science | | (10) | | | | | | | | ♦58 "d" courses TOTAL SEMESTER COURSES |
| | | (11) | | | | | | | | |
| | | (12) | | | | | | | | |
| "e" Language Other Than English | | (13) | | | | | | | | ♦59 "e" courses TOTAL SEMESTER COURSES |
| | | (14) | | | | | | | | |
| | | (15) | | | | | | | | |
| "f" Visual and Perf. Arts | | (16) | | | | | | | | ♦60 "f" courses TOTAL SEM. COURSES |
| | | (17) | | | | | | | | |
| "g" College-Preparatory (Academic) Electives | | (18) | | | | | | | | ♦61 "g" courses TOTAL SEMESTER COURSES |
| | | (19) | | | | | | | | |
| | | (20) | | | | | | | | |
| | | (21) | | | | | | | | ♦62 TOTAL 55–61 Total number of semesters of courses listed *(should equal total of Items 63–67)* |
| | | (22) | | | | | | | | |
| | ♦65 11TH-GRADE COURSE TOTALS Enter the number of courses listed above for *each* semester of 11th grade. | | | 1ST SEM. | 2ND SEM. | ♦66 12TH-GRADE FIRST-SEMESTER (IN PROGRESS) COURSE TOTAL | | ♦67 12TH-GRADE SECOND-SEMESTER (PLANNED) COURSE TOTAL | | |

**72** SPECIALIZED CURRICULUM

Check the appropriate box(es) if you participated in a specialized-curriculum program in high school. *To provide admissions evaluators with more information about your involvement in this program, you may discuss the scope of your participation in your personal statement.*

(1) ☐ MAGNET (2) ☐ HOME SCHOOL (3) ☐ INDEPENDENT STUDY (4) ☐ CAREER PATHWAY/ ACADEMY

(5) ☐ OTHER IF OTHER, SPECIFY CURRICULUM PROGRAM

If you have attended a high school on a year-round schedule, check the "Year-Round System" box and specify your track (Track A,B,C, etc.); if your year-round schedule changed, also indicate your previous track and note your grade level(s) for each track — for example, "Track A (11th, 12th), Track B (9th, 10th)."

(6) ☐ YEAR-ROUND SYSTEM SPECIFY YEAR-ROUND TRACK

**73** GAPS IN EDUCATION

Did you graduate from high school before October 2007? (1) ☐ YES *If "yes," please describe what you have been doing since graduation. If you have attended college, include the college's name and your date of enrollment.* (2) ☐ NO



♦ *Please read the additional information in the freshman application instructions before completing items marked with this symbol.*

## ♦ VII. TEST SCORES AND DATES — Required for all applicants graduating after spring 2005

***(If you graduated from high school in spring 2005 or earlier, skip to Section VIII.)*** *Freshman applicants who graduated from high school after spring 2005 must report completed test dates and scores (or planned test dates) for: (1) Either the ACT Assessment plus Writing or the SAT Reasoning Test, AND (2) Two SAT Subject Tests from two different subject areas. Record your scores exactly as reported by the testing agency. If you have taken the ACT or the SAT Reasoning Test more than once, record your highest set of scores from a single test date. For the SAT Subject Tests, report all exams you have taken. (UC will use your highest scores from two different subject areas.) See page 15–16 of the freshman application instructions for Subject Test codes (the English Literature and Mathematics codes have been entered for you). If you have taken an exam but have not yet received your score, list the date you took the test under the appropriate "Planned Test Date." If you are unable to take the* ***required*** *SAT or ACT examinations, explain why in Item 174 on page 7 of this form. Not taking required examinations may affect your admission to UC.*

### SAT REASONING TEST

| ♦74 TEST DATE | ♦75 CRITICAL READING SCORE | ♦76 MATHEMATICS SCORE | ♦77 WRITING SCORE |
|---|---|---|---|
| MO. ___ YR. ___ | __0 | __0 | __0 |

♦78 TOTAL SCORE: ___0
♦79 PLANNED SAT REASONING TEST DATE: MO. ___ YR. ___

### ACT ASSESSMENT PLUS WRITING

| ♦80 TEST DATE | ♦81 SCORES: English | Mathematics | Reading | Science Reasoning | English/ Writing |
|---|---|---|---|---|---|
| MO. ___ YR. ___ | | | | | |

♦82 COMPOSITE SCORE: ___
♦83 PLANNED ACT ASSESSMENT PLUS WRITING TEST DATE: MO. ___ YR. ___

### SAT SUBJECT TESTS *See page 14 of the freshman application instructions for Subject Test codes.*

| Subject | TEST CODE | TEST DATE | SCORE |
|---|---|---|---|
| ENGLISH LITERATURE | ♦84 L R | ♦85 MO. ___ YR. ___ | ♦86 __0 |
| Planned Test Date for English Literature | | ♦87 MO. ___ YR. ___ | |
| MATHEMATICS — Level 2 (formerly Math IIC) | ♦88 M 2 | ♦89 MO. ___ YR. ___ | ♦90 __0 |
| Planned Test Date for Math Level 2 | | ♦91 MO. ___ YR. ___ | |
| SCIENCE | ♦92 | ♦93 MO. ___ YR. ___ | ♦94 __0 |
| Planned Test Date for Science | | ♦95 MO. ___ YR. ___ | |
| SCIENCE | ♦96 | ♦97 MO. ___ YR. ___ | ♦98 __0 |
| Planned Test Date for Science | | ♦99 MO. ___ YR. ___ | |
| SCIENCE | ♦100 | ♦101 MO. ___ YR. ___ | ♦102 __0 |
| Planned Test Date for Science | | ♦103 MO. ___ YR. ___ | |
| HISTORY/SOCIAL STUDIES | ♦104 | ♦105 MO. ___ YR. ___ | ♦106 __0 |
| Planned Test Date for History/Social Studies | | ♦107 MO. ___ YR. ___ | |
| HISTORY/SOCIAL STUDIES | ♦108 | ♦109 MO. ___ YR. ___ | ♦110 __0 |
| Planned Test Date for History/Social Studies | | ♦111 MO. ___ YR. ___ | |
| LANGUAGES | ♦112 | ♦113 MO. ___ YR. ___ | ♦114 __0 |
| Planned Test Date for Languages | | ♦115 MO. ___ YR. ___ | |
| LANGUAGES | ♦116 | ♦117 MO. ___ YR. ___ | ♦118 __0 |
| Planned Test Date for Languages | | ♦119 MO. ___ YR. ___ | |
| LANGUAGES | ♦120 | ♦121 MO. ___ YR. ___ | ♦122 __0 |
| Planned Test Date for Languages | | ♦123 MO. ___ YR. ___ | |

## ♦ VIII. TEST SCORES AND DATES — Required for all applicants who graduated in spring 2005 or earlier

***(If you graduated from high school after spring 2005, ignore this section and fill out Section VII above.)*** *Freshman applicants who graduated from high school in spring 2005 or earlier must report completed test dates and scores (or planned test dates) for: (1) Either the ACT or the SAT I, AND (2) Three SAT II: Subject Tests (Writing, Mathematics and a third test) All exams must have been taken before you graduated from high school. Record your scores exactly as reported by the testing agency. If you took a test more than once, record your highest set of scores from a single test date. See page 15–16 of the freshman application instructions for Subject Test codes. If you were unable to take the required SAT or ACT examinations, explain why in item 174 on page 7 of this form. Not taking required examinations may affect your admission to UC.*

### SAT I: REASONING TEST

| ♦124 TEST DATE | ♦125 VERBAL SCORE | ♦126 MATH SCORE | ♦127 TOTAL SCORE |
|---|---|---|---|
| MO. ___ YR. ___ | __0 | __0 | ___0 |

### ACT

| ♦128 TEST DATE | ♦129 SCORES: English | Mathematics | Reading | Science Reasoning | ♦130 COMPOSITE SCORE |
|---|---|---|---|---|---|
| MO ___ YR ___ | | | | | |

### SAT II: SUBJECT TESTS

| Subject | TEST DATE | SCORE |
|---|---|---|
| WRITING (or English Composition) | ♦131 MO. ___ YR. ___ | ♦132 __0 |
| MATHEMATICS — Level I or IC | ♦133 MO. ___ YR. ___ | ♦134 __0 |
| MATHEMATICS — Level IIC | ♦135 MO. ___ YR. ___ | ♦136 __0 |

THIRD TEST
Enter in Item 137 the SAT II code that corresponds to your third SAT II test.
*See page 20 of the freshman application instructions for codes.*

| ♦137 TEST CODE | ♦138 TEST DATE | ♦139 SCORE |
|---|---|---|
| | MO. ___ YR. ___ | __0 |



♦ ***Please read the additional information in the freshman application instructions before completing items marked with this symbol.***

7 NAME — LAST FIRST

## IX. OTHER EXAMINATIONS

**140** TOEFL CBT OR PBT, TOEFL iBT OR IELTS
*If not applicable, go to Item 143.*
Check the appropriate box to indicate that you have taken or plan to take exam.
(1) ☐ TOEFL CBT or PBT (2) ☐ TOEFL iBT (3) ☐ IELTS

**141** TOEFL CBT OR PBT, TOEFL iBT OR IELTS TEST DATE (completed or planned)
MONTH | YEAR

**142** TOEFL CBT OR PBT, TOEFL iBT OR IELTS EXAM SCORE

♦ ADVANCED PLACEMENT EXAMINATIONS
List the name, corresponding two-digit code and test date of any College Board Advanced Placement examination you have taken or plan to take. List scores for completed examinations. *See page 16 of the freshman application instructions for additional information and codes.*

| | AP EXAM CODE | AP EXAM NAME | TEST DATE MO. YR. | SCORE | | AP EXAM CODE | AP EXAM NAME | TEST DATE MO. YR. | SCORE |
|---|---|---|---|---|---|---|---|---|---|
| 143 | | | | | 152 | | | | |
| 144 | | | | | 153 | | | | |
| 145 | | | | | 154 | | | | |
| 146 | | | | | 155 | | | | |
| 147 | | | | | 156 | | | | |
| 148 | | | | | 157 | | | | |
| 149 | | | | | 158 | | | | |
| 150 | | | | | 159 | | | | |
| 151 | | | | | 160 | | | | |

♦ INTERNATIONAL BACCALAUREATE (IB) EXAMINATIONS
List the name, corresponding one-digit code, IB Level — SL (Standard Level) or HL (Higher Level), and test date of the UC-accepted IB exams you have taken or plan to take. List scores for completed exams. *See page 16 of the freshman application instructions for additional information and codes.*

| | IB EXAM CODE | IB LEVEL SL OR HL | IB EXAMINATION NAME | TEST DATE MO. YR. | SCORE | | IB EXAM CODE | IB LEVEL SL OR HL | IB EXAMINATION NAME | TEST DATE MO. YR. | SCORE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 161 | | | | | | 167 | | | | | |
| 162 | | | | | | 168 | | | | | |
| 163 | | | | | | 169 | | | | | |
| 164 | | | | | | 170 | | | | | |
| 165 | | | | | | 171 | | | | | |
| 166 | | | | | | 172 | | | | | |

**173** ☐ Check this box if you have completed or plan to complete the International Baccalaureate diploma.

## ♦ X. PERSONAL STATEMENT

You must respond to the two prompts *listed on page 16 of the freshman application instructions* using a maximum of 1,000 words total. You may allocate the word count as you wish. If you choose to respond to one prompt at greater length, we suggest your shorter answer be no less than 250 words.

**All applicants must submit a personal statement. Use 8.5 x 11" white paper, writing or typing on one side of each sheet. Before beginning your essay, review all personal statement information on page 16 of the freshman application instructions.**

## XI. ADDITIONAL COMMENTS *

**174** Use this space only to clarify or expand on other information as directed earlier in the application (e.g., to list additional names, explain citizenship/visa issues, etc.) or to tell us anything else you want us to know about you or your academic record that you have not had the opportunity to describe elsewhere in the application.



♦ *Please read the additional information in the freshman application instructions before completing items marked with this symbol.*

*Voluntary

## XII. ADMISSION AND SCHOLARSHIP CHOICES

♦175 CAMPUS, MAJOR AND ALTERNATE MAJOR CHOICES
Check the boxes of the campus(es) to which you wish to apply and enter a major code and name for each. Indicate an alternate major code and name where appropriate.
*Be sure to use the correct codes for each campus. See page 17 of the freshman application instructions for additional information.*

| CAMPUS | MAJOR CODE | MAJOR NAME | ALTERNATE MAJOR CODE | ALTERNATE MAJOR NAME |
|---|---|---|---|---|
| (1) ☐ BERKELEY ▶ | | | NOT AVAILABLE AT UCB | NOT AVAILABLE AT UCB |
| (2) ☐ DAVIS ▶ | | | | |
| (3) ☐ IRVINE ▶ | | | | |
| (4) ☐ LOS ANGELES ▶ | | | | |
| (5) ☐ MERCED ▶ | | | | |
| (6) ☐ RIVERSIDE ▶ | | | | |
| (7) ☐ SAN DIEGO ▶ | | | | |
| (8) ☐ SANTA BARBARA ▶ | | | | |
| (9) ☐ SANTA CRUZ ▶ | | | | |

♦176 SAN DIEGO COLLEGE RANKING
*See page 17 of the freshman application instructions.* Rank UCSD colleges in order of preference from 1 to 6.

☐ SIXTH COLLEGE ☐ ELEANOR ROOSEVELT ☐ THURGOOD MARSHALL ☐ EARL WARREN ☐ REVELLE ☐ JOHN MUIR

♦177 SCHOLARSHIPS*
Read pages 30–39 of the freshman application instructions for information on qualifying and applying for various scholarships. Additionally, to be considered for "restricted" scholarships, enter the appropriate codes below. *See pages 40–41 of the freshman application instructions for codes. Some scholarships are available only to U.S. citizens and permanent residents.*

♦178 EDUCATIONAL OPPORTUNITY PROGRAM*
☐ Check the box to apply to the Educational Opportunity Program. The program is for students from disadvantaged backgrounds.
*To apply to the Educational Opportunity Program, you must also complete Items 23–34 on page 2 of this form, and discuss your reasons for applying in your personal statement. The program is open only to California residents and American Indians from any state. See page 17 of the freshman application instructions for additional information.*

♦179 ELIGIBILITY IN THE LOCAL CONTEXT (ELC)
If you received an ELC ID number, enter it here. E

## XIII. RELEASE AUTHORIZATION

♦180 ☐ I authorize the University of California to release application information, including copies of my application and test scores, to outside agencies that award scholarships.*

♦181 ☐ I authorize the University of California to release to my parents, legal guardian or spouse information regarding my application, including test scores, transcripts and other supporting documents, as well as my admission and scholarship status.*

♦182 ☐ I authorize the University of California to release to my school counselor/counseling office (or sponsoring agency) information regarding my application, including test scores, transcripts and other supporting documents, as they relate to my admission and scholarship status.*

♦183 ☐ I authorize the University of California to release biographical information from my application to recognized UC student organizations and alumni groups that may wish to contact me.*

## ♦ XIV. STATISTICAL INFORMATION

Information in Section XIV will be used for purposes of statistical analysis only; it is not used in the admissions process and will have no bearing on your admission status. Providing this information is voluntary.

184 GENDER*
(1) ☐ FEMALE
(2) ☐ MALE

185 ETHNIC IDENTITY* Indicate your ethnic identity by checking the appropriate boxes. *See page 22 of the freshman application instructions for more information.*

(01) ☐ AFRICAN AMERICAN/BLACK
(02) ☐ AMERICAN INDIAN/ALASKA NATIVE — PLEASE SPECIFY TRIBAL AFFILIATION
(03) ☐ CHINESE/CHINESE AMERICAN
(04) ☐ EAST INDIAN/PAKISTANI
(05) ☐ FILIPINO/FILIPINO AMERICAN
(06) ☐ JAPANESE/JAPANESE AMERICAN
(07) ☐ KOREAN/KOREAN AMERICAN
(08) ☐ MEXICAN/MEXICAN AMERICAN/CHICANO
(09) ☐ PACIFIC ISLANDER (Includes Micronesian, Polynesian, other Pacific Islanders)
(10) ☐ VIETNAMESE/VIETNAMESE AMERICAN
(11) ☐ WHITE/CAUCASIAN (Includes Middle Eastern)
(12) ☐ OTHER ASIAN (Not including Middle Eastern) — PLEASE SPECIFY
(13) ☐ OTHER SPANISH AMERICAN/LATINO (Includes Cuban, Puerto Rican, Central American, South American) — PLEASE SPECIFY
(14) ☐ OTHER — PLEASE SPECIFY

## XV. SIGNATURE AND SOCIAL SECURITY NUMBER

♦186 **YOUR SIGNATURE IS REQUIRED BELOW. *Without your signature, your application is not complete and cannot be processed.***
I certify that all the information provided in my application, all supporting documentation and subsequent communications are complete and accurate. I also certify that I am the author of the attached personal statement. I understand that the University of California may verify any information I have provided in my application, including my personal statement, and may deny me admission or enrollment if any information is found to be incomplete or inaccurate. By filing this application, I am authorizing the University of California to release application information, including copies of my application and test scores, to any UC campus for admission or scholarship consideration.

| U.S. SOCIAL SECURITY NUMBER | SIGNATURE OF APPLICANT *(in ink)* | DATE OF APPLICATION |
|---|---|---|
| — — | | |



♦ ***Please read the additional information in the freshman application instructions before completing items marked with this symbol.*** *Voluntary

## ♦ XVI. RESIDENCY INFORMATION FOR TUITION PURPOSES

Providing the following information is optional. It will not affect your admission to the University. After admission, the UC campus at which you plan to enroll may use this information to expedite financial aid and to assess your California residency status for tuition purposes (this is determined by different criteria than your residency for admission).

**187** IS YOUR FATHER† A U.S. CITIZEN? *

(1) ☐ YES (2) ☐ NO (3) ☐ Deceased

**188** IS YOUR MOTHER† A U.S. CITIZEN? *

(1) ☐ YES (2) ☐ NO (3) ☐ Deceased

**189** HAVE YOU BEEN PHYSICALLY PRESENT IN CALIFORNIA FOR THE LAST 3 YEARS, EXCLUDING BRIEF ABSENCES FOR VACATION PURPOSES? *
*If you attended school or accepted employment outside California during the last three years, answer "no."*

(1) ☐ YES (2) ☐ NO

**190** HAS YOUR FATHER BEEN PHYSICALLY PRESENT IN CALIFORNIA FOR THE LAST 3 YEARS, EXCLUDING BRIEF ABSENCES FOR VACATION PURPOSES? *
*If your father attended school or accepted employment outside California during the last three years, answer "no."*

(1) ☐ YES (2) ☐ NO (3) ☐ Deceased

**191** HAS YOUR MOTHER BEEN PHYSICALLY PRESENT IN CALIFORNIA FOR THE LAST 3 YEARS, EXCLUDING BRIEF ABSENCES FOR VACATION PURPOSES? *
*If your mother attended school or accepted employment outside California during the last three years, answer "no."*

(1) ☐ YES (2) ☐ NO (3) ☐ Deceased

† In this section, "father" and "mother" are defined as biological or adoptive parents only, and do not include stepparents, guardians or other individuals.



♦ ***Please read the additional information in the freshman application instructions before completing items marked with this symbol.***

*Voluntary

# Application Checklist for Freshman Applicants

**DO NOT SEND THIS CHECKLIST WITH YOUR APPLICATION.**
**It is provided for your information only.**

## HAVE YOU…

- ❑ Read the freshman application instructions, which provide important information for completing the application form?
- ❑ Provided all required information and signed the application form?
- ❑ Enclosed a check or money order for the appropriate application fees? Make your check or money order payable in U.S. dollars to The Regents of the University of California.
- ❑ Written your name and date of birth on your check or money order?
- ❑ Enclosed your personal statement with your name, your date of birth and the words "Personal Statement" printed in the top right corner of each page?
- ❑ Affixed adequate postage to your envelope? As an estimate for first-class mailing within the United States, the average cost of mailing an application is $1.17. If mailing from outside the United States, use airmail with the correct amount of airmail postage. **DO NOT use certified or registered mail or an express delivery service to send your application. This will delay processing of your application.**

## YOU SHOULD…

- ❑ Keep copies of your application and personal statement.
- ❑ Send your application to University of California Undergraduate Application Processing Service, P.O. Box 4010, Concord, CA 94524-4010.
- ❑ Mail only the original application form, fees and personal statement to the processing service address. Do not include letters of recommendation, transcripts, test score reports or other supporting documentation, such as awards, photographs, poetry, etc., in your envelope. They will not be forwarded, returned or retained.

**APPENDIX FIGURE 2**

**UCLA FRESHMAN APPLICATION READ SHEET FALL 2008**

**UCLA Freshman Application Read Sheet Fall 2008**

Batch: **0000** Case: **0** Set:

## Applicant Data

Name | Stu ID | CPID | CP LA Dt

Major: | Intl: | Mixed Rec: | Cal Res:

Parents - Highest Educ | Dis Neigh: | Vet:

Income/Family Size: | From Single Par: | Foster:

Is Single Par:

ELC:

## School Profile

Location:

Setting: | Enrollment | Yr Round

Type:

OP Approved Course List: | Grade Span:

Performance
API State Rank:
Low OTL:
Low SAT Quintile:

School Environment | Compared to State
Emergency Credentials
Student/Teacher Ratio
English Learners
Elig for Free/Red Meal
First Gen. College
10th Grade Attrition
Did not complete A-G

Avg Fam Incm UC Apps:

2007 Seniors
HS Graduates
Apps to any UC Campus:
<5% appl to UC:

UCLA Pool | F07
Apps:
Adm:
SIR

Testing 2007 Seniors | Avg | CA-Pctl
SAT Read:
SAT Math:
SAT Writ:

School Honors
AP Crs offered per yr:
05-07 AP Exams>=3:
Est Hon Crs (AP/IB/HL):

## Coursework - Percentile Ranking

| | Sch LA | Pool LA | Sch UC |
|---|---|---|---|
| Unw GPA | | | |
| F07 4.0 Unw GPA fr schl: | | | |
| Wtd GPA | | | |
| A-G Courses | | | |
| Honors (HL/AP/IB/CL) | | | |
| Soph-Jr | | | |
| Sr | | | |
| Calendar | | | |

## Test Scores - Percentile Ranking

| | Sch LA | Pool LA | Sch UC |
|---|---|---|---|
| UC Score: | | | |
| SAT: | | | |
| Reading | | | |
| Math | | | |
| Writing | | | |
| ACT: | | | |
| Read | | | |
| Math | | | |
| Sci | | | |
| Eng/Writ | | | |
| Subject: | | | |
| High 1 | | | |
| High 2 | | | |

## Outreach Participation

| Batch | Case/Name/QC | Rating: 1 | 2 | 2.5 | 3 | 4 | 5 | can't rate | Rec SR | Reader |
|---|---|---|---|---|---|---|---|---|---|---|
| **0000** | **0** | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ______ |

*Comments:* ____________________

429

## APPENDIX FIGURE 3

## REREAD STUDY QUESTIONNAIRE

## Previously Unrecorded Variables

### 1. Welcome!

Welcome the University of California, Los Angeles admissions (UCLA) study sponsored by the Committee on Undergraduate Admissions and Relations with Schools (CUARS)! The following pages will guide you through the coding process of the set of Fall 2008 applications that you were given by the Admissions Office.

If you have any questions, please feel free to contact Yana Kucheva at 617-710-6107 (9am-9pm) or ykucheva@ucla.edu. We appreciate your contribution to the Admissions Study.



## Previously Unrecorded Variables

### 2. Instructions

The following instructions will lead you through the application by indicating the various items that have been selected for coding. The instructions list the variable, the range of responses, and on occasion a non-exhaustive list of examples describing the variable. Questions will either ask you about specific parts of the application or about your overall impression of the applicant.

PLEASE READ THE WHOLE APPLICATION BEFORE ANSWERING ANY OF THE QUESTIONS. Writing on the applications is permissible.

Please make sure that you have a reliable Internet connection. If you lose your connection to the Internet while going through the questionnaire, please do not refresh your browser window. Instead, after you reconnect to the Internet, use the back button on your browser to go to the last page that you have completed and click on the "Next" button inside the questionnaire. That will take you to the next page of questions. If you accidentally refresh your browser window after you reconnect to the Internet, the questionnaire will automatically take you to the first page. If that happens, please re-enter all information for the application you were working on.



## Previously Unrecorded Variables

### 3. Reader and Application Information

**1. Please enter your reader ID**

**2. Please enter the application ID**

**3. Were you instructed to enter a holistic rank for this application?**

- ◯ Yes
- ◯ No



## Previously Unrecorded Variables

### 4. Holistic Rank

**1. Please select a holistic rank for the application**

- ◯ 1
- ◯ 2
- ◯ 2.5
- ◯ 3
- ◯ 4
- ◯ 5

## Previously Unrecorded Variables

### 5. Major Awards

**1. How many major awards has the applicant received? Tally and indicate number.**

**Examples of major awards include Bausch and Lomb, Renssalaer Scholarship, Governor's Scholar Award, Westinghouse Science Competition (finalist or semi-finalist), Boys/Girls State, HOBY, RYLA, Certificate of Merit, Eagle Scout/Gold Award, Brown/Yale/Harvard Book Awards, Siemans Award, school district, county, state, national science fair awards, AP Scholar (with distinction or honor), etc. They may also include an MVP distinction, or other athletic, artistic or service awards that signify distinction beyond the school site such as at a district, regional, state or national level (e.g., award in Future Farmers of America or Junior Statesmen of America, etc.).**

Number of major awards ______



## Previously Unrecorded Variables

### 6. Activities

Please read the following description of major activities that the applicant may have participated in and then answer questions 1 through 4.

A major activity is an academic, athletic, artistic or service activity that meets either one of the following two criteria:

a. Sustained participation (more than one year) in a major organization or group such as:
Academic examples include: Yearbook, school newspaper, literary magazine, Academic Decathlon, Science Olympiad, Brain Bowl, Math Competitions, Mock Trial, Speech and Debate, Model UN, National Forensics League (NFL), robotics club, published author, etc.
Other major activities include: Youth symphony (district, county, state, etc.), visual art exhibited in a juried show, participation in an adult artistic organization or endeavor (adult symphony, professional actor), etc.

b. Individual position of significant responsibility or participation in a group/organization in which the applicant has been a founder or leader, or achieved distinction beyond the school level such as: Founder or co-founder, President (or other student government officer), Editor, Board of Directors, Team Captain (including cheerleading), member of a regional or state championship team, CEO, soloist, first chair, lead acting role, concertmaster, composer, producer, director, choreographer, section leader, District Board of Directors, School Site Council, city/county youth council, WASC Council, Teen hotline/crisis hotline, Mayor's Youth Advisory Board, Youth Commissioner (to school or beyond, e.g. city or county), Young Entrepreneurs, FBLA, Future Farmers of America (FFA), 4-H, Distributive Education Clubs of America (DECA), Junior Statesmen of America (JSA), HOSA, ROTC, Kiwanis/Key Club, CSF, NHS, TUTORING in an academic subject, internships (if high level of responsibility), etc.

NOTE: Pop-culture and other social groups or organizations such as the anime club, hip hop club, pep club, chess club, etc. are NOT considered major activities EVEN IF the applicant holds a leadership position. But, if the applicant is a founder of such a club it may be considered a major activity.

**1. How many major activities has the applicant participated in? Tally and indicate number.**

Number of major activities ______

**2. In activities tallied in Question 1, how many leadership roles did the applicant assume? Tally and indicate number**

Number of leadership roles ______



## Previously Unrecorded Variables

**3. Are any of the activities tallied in Question 1:**

| | Yes | No |
|---|---|---|
| academic | ◯ | ◯ |
| artistic | ◯ | ◯ |
| athletic | ◯ | ◯ |
| community service | ◯ | ◯ |

**4. Did the applicant assume a leadership role in an activity not tallied in Question 1 above?**

◯ Yes
◯ No



## Previously Unrecorded Variables

### 7. Judgment

**1. Please indicate the overall strength of the applicant's special programs participation, including the intensity of the program and the duration of involvement, relative the the UCLA applicant pool.**

◯ Significant
◯ Less Significant
◯ Did not participate

**2. Overall, do you consider Page 4 of the application to be strong, average or light relative to the UCLA applicant pool? A strong page 4 means sustained participation in a number of activities with significant leadership and honors. A light page 4 means sparse or intermittent participation, generally without significant leadership or honors.**

◯ Strong
◯ Average
◯ Light

**8. Employment (paid work)**

**1. Was the applicant employed for pay at least once during the sophomore, junior and/or senior school years?**

- ◯ Yes
- ◯ No
- ◯ Can't determine





**9. Employment (continued)**

For the next two questions, please consider the stature or nature of the paid position. Positions such as lifeguard, camp counselor, teen crisis hotline staff, tutor, teacher, supervisor, team leader, programmer, child care provider, coach, league referee, translator, CEO, etc. have a high level of responsibility and require additional skills, talent, training, and/or maturity.

**1. Did the applicant hold a responsible position?**

- ◯ Yes
- ◯ No
- ◯ Can't determine

**2. Did the applicant hold a position that requires a special skill?**

- ◯ Yes
- ◯ No
- ◯ Can't determine





**10. Reported Hours**

**1. What is the maximum reported number of hours worked per week?**

Maximum hours worked ____________

**2. Does the applicant use earnings for non-discretionary purposes? Non-discretionary purposes include earnings spent to help support family (including paying for personal items like gas, food, rent in order to reduce family financial hardship), paying for tests and applications, etc.**

- ◯ Yes
- ◯ No
- ◯ Can't determine

**3. Does the applicant hold a position with academic content?**

- ◯ Yes
- ◯ No
- ◯ Can't determine





**11. Self-Report of Courses (Judgment)**

For the following two questions, please base your judgment only on blatant errors in the reporting of a-g courses and HL/AP/CL/IB course designations.

**1. Has the applicant reported accurately the UC-approved Honors, AP, CL, and IB courses that he/she has taken?**

- ◯ Yes
- ◯ No, the applicant has overreported his/her UC-approved Honor, AP, CL and IB courses
- ◯ No, the applicant has underreported his/her UC-approved Honors, AP, CL and IB courses

**2. Has the applicant reported accurately the UC-approved a-g courses that he/she has taken?**

- ◯ Yes
- ◯ No, the applicant has overreported his/her UC-approved a-g courses
- ◯ No, the applicant has underreported his/her UC-approved a-g courses

Previously Unrecorded Variables

**12. Senior Year Courses**

**1. The following question refers to courses that the applicant is taking during his/her senior year. Please tally and indicate the total number of SEMESTER SOLID TERM COURSES. Solid term courses are all UC approved a-e courses, f courses with an AP designation, and g courses except those like journalism, debate, creative writing, ROP, intro to computers, etc. If the applicant's curriculum is not on the semester system, please count the number of solid term courses based on that applicant's particular school schedule.**

Semester solid term courses

**2. Please give your judgment about the applicant's senior year. Would you consider the applicant's senior year academic program heavy, average, or light, relative to the UCLA applicant pool?**

- ◯ Heavy
- ◯ Average
- ◯ Light



Previously Unrecorded Variables

**13. Courses Overall**

**1. Please judge the overall strength of the applicant's academic program by considering both the coursework and the grades. Do you consider the applicant's overall academic program strong, average or light, relative to the UCLA applicant pool?**

- ◯ Strong
- ◯ Average
- ◯ Light



Previously Unrecorded Variables

**14. Personal Statement**

The following questions are based on the two personal statement essays and any additional comments supplied by the applicant.

**1. Is there evidence of academic achievement not mentioned elsewhere in the application?**

- ◯ Yes
- ◯ No

**2. Is there evidence of leadership not mentioned elsewhere in the application (either new information or significant details about activities mentioned on p. 4)?**

- ◯ Yes
- ◯ No

**3. Is there evidence of other non-academic accomplishments not mentioned elsewhere in the application (either new information or significant details about activities mentioned on p. 4)?**

- ◯ Yes
- ◯ No

**4. Is there evidence that the applicant pursued a passion?**

- ◯ Yes
- ◯ No

**5. Is there evidence that the applicant made special effort to seek advanced academic coursework?**

- ◯ Yes
- ◯ No

**6. Is there evidence that the applicant made special effort to seek other academic challenges?**

- ◯ Yes
- ◯ No

**7. Is there evidence that the applicant taught self an academic subject or skill?**

- ◯ Yes
- ◯ No



Previously Unrecorded Variables

**8. Is there evidence that the applicant taught others an academic subject or skill, including formal or informal tutoring?**

- ◯ Yes
- ◯ No

**9. Does the personal statement show intellectual maturity, relative to the UCLA applicant pool?**

- ◯ Yes
- ◯ No

## Previously Unrecorded Variables

### 15. Judgment

PLEASE CONSIDER THE WHOLE APPLICATION.

**1. Please assess the degree to which the applicant contributed to their school or community, relative to the UCLA applicant pool.**

- ◯ Above average
- ◯ Average
- ◯ Below average



## Previously Unrecorded Variables

### 16. Life Experiences

Please consider the applicant's PERSONAL STATEMENTS AND ADDITIONAL COMMENTS ONLY and answer the following questions regarding some life experiences that the applicant may have had.

**1. In your judgment, did the applicant indicate the following life experiences in his/her personal statements? Please check as many life experiences from the following list as you see in the applicant's essays.**

- ☐ Homelessness
- ☐ Environment discouraged educational aspirations or participation in extracurriculars
- ☐ Neglect or mistreatment by family member
- ☐ Lives in dangerous neighborhood
- ☐ Sibling caretaker
- ☐ Home not suitable for homework (crowded or chaotic)
- ☐ Commutes more than an hour to school
- ☐ Has lived apart from parents
- ☐ Foster home
- ☐ Divorce or separation
- ☐ Death of a family member
- ☐ Incarceration
- ☐ Disruptive and frequent moves (multiple schools, homes, etc)
- ☐ Low-income family in high income school
- ☐ Contributes to family income
- ☐ Must work for free in family business
- ☐ Student must help parents (e.g., as translator, conducts business, pays bills, etc.)
- ☐ Parents have low English proficiency
- ☐ Home language not English
- ☐ Prior schooling not in English
- ☐ Comes from a culture with no written language
- ☐ Low-level or no experience with institutionalized education



## Previously Unrecorded Variables

- ☐ Victim of discrimination
- ☐ Stressful immigration experience
- ☐ Serious or chronic illness or injury
- ☐ Physical Disability
- ☐ Learning Disability
- ☐ Pregnancy
- ☐ Coming out
- ☐ Victim of violence
- ☐ Parents are undocumented immigrants
- ☐ Drug/alcohol dependency in the family
- ☐ Ever enrolled in Special Education

**2. In your judgment, does the applicant excel despite obstacles enumerated above?**

- ◯ Strong Yes
- ◯ Average Yes
- ◯ No
- ◯ Not applicable (no obstacles)

**3. Did the applicant's home and school environment limit his/her opportunities relative to the UCLA applicant pool?**

- ◯ Yes
- ◯ No



## Previously Unrecorded Variables

### 17. Judgment: Overall Application

**1. Does the applicant demonstrate spark, pluck, energy, grit, insight, maturity, or originality, relative to the UCLA applicant pool?**

- ◯ Strong Yes
- ◯ Average Yes
- ◯ No

**2. Will the applicant be likely to contribute positively to campus life?**

- ◯ Strong Yes
- ◯ Average Yes
- ◯ No

**18. Instructions**

Now we would like to ask you about some characteristics of the applicant that you may or may not be able to identify.





**19. Gender**

**1. What is the applicant's gender?**

- ◯ Female
- ◯ Male
- ◯ Don't Know





**20. Gender**

**1. How do you know? Check all that apply.**

- ☐ Name
- ☐ Honors/Awards/Activities
- ☐ Essay
- ☐ Other





**21. Religion**

**1. Is the applicant religious?**

- ◯ Yes
- ◯ No
- ◯ Don't know

Previously Unrecorded Variables

**22. Religion**

**1. How do you know? Check all that apply.**

- ☐ Honors/Awards/Activities
- ☐ Essay
- ☐ Other



Previously Unrecorded Variables

**23. Religious Identity**

**1. What is the applicant's religious identity? Please check all that apply.**

- ☐ Protestant
- ☐ Catholic
- ☐ Jewish
- ☐ Muslim
- ☐ Buddhist
- ☐ Other
- ☐ Atheist/agnostic
- ☐ Don't know



Previously Unrecorded Variables

**24. Religious Identity**

**1. How do you know? Check all that apply.**

- ☐ Name
- ☐ Honors/Awards/Activities
- ☐ Essay
- ☐ Other



Previously Unrecorded Variables

**25. Ethnicity**

**1. What is the applicant's ethnic group? PLEASE CHECK ALL THAT APPLY.**

- ☐ African American/Black/West Indian/African
- ☐ American Indian/Alaska Native
- ☐ Asian (not specified)
- ☐ Chinese/Chinese-American
- ☐ East Indian/Pakistani
- ☐ Filipino/Filipino-American
- ☐ Japanese/Japanese-American
- ☐ Korean/Korean-American
- ☐ Vietnamese/Vietnamese-American
- ☐ Other Asian (not including Middle Eastern)
- ☐ Hispanic/Latino (not specified)
- ☐ Mexican/Mexican-American/Chicano
- ☐ Other Hispanic/Latino (includes Cuban, Puerto Rican, Central American, South American, etc.)
- ☐ Pacific Islander (includes Micronesian, Polynesian, other Pacific Islanders, etc.)
- ☐ White/Caucasian
- ☐ Middle Eastern (includes Arab, Syrian, Palestinian, Persian, Iranian, etc.)
- ☐ Other
- ☐ Don't know

Previously Unrecorded Variables

**26. Ethnicity**

**1. How do you know? Check all that apply.**

- ☐ Name
- ☐ Honors/Awards/Activities
- ☐ Essay
- ☐ Other



Previously Unrecorded Variables

**27. UCLA Legacy**

**1. Did another member of the applicant's family attend UCLA?**

- ◯ Yes
- ◯ No
- ◯ Don't know



Previously Unrecorded Variables

**28. UCLA Legacy**

**1. How do you know? Check all that apply.**

- ☐ Essay
- ☐ Honors/Awards/Activities
- ☐ Other



Previously Unrecorded Variables

**29. Immigration Status**

**1. Was the applicant born in the United States?**

- ◯ Yes
- ◯ No

Previously Unrecorded Variables

**30. Documentation**

**1. Is the applicant a citizen or legal resident of the United States?**

- ◯ Yes
- ◯ No
- ◯ Don't know



Previously Unrecorded Variables

**31. Documentation**

**1. How do you know? Check all that apply.**

- ☐ Honors/Awards/Activities
- ☐ Essay
- ☐ Other



Previously Unrecorded Variables

**32. Politics**

**1. How would you characterize the applicant's political beliefs and opinions?**

- ◯ Strongly liberal
- ◯ Somewhat liberal
- ◯ Somewhat conservative
- ◯ Strongly conservative
- ◯ Don't know



Previously Unrecorded Variables

**33. Politics**

**1. How do you know? Check all that apply.**

- ☐ Honors/Awards/Activities
- ☐ Essay
- ☐ Other

Previously Unrecorded Variables

**34. Thank You!**

This is the last page of the questionnaire. If you are satisfied with your answers, please click on the "Next" button in order to submit your final answers.

**APPENDIX FIGURE 4**

**READSHEET STUDY TRAINING PRESENTATION**

# UCLA Admissions Study



Coding of the "Previously Unrecorded Variables"

July 2009

## Overview

**Study Objective:** To examine the process of holistic admissions at UCLA and uncover how experienced readers approach the process

**Task:** Re-read a sample of the applications from the Fall 2008 cycle and report via an online questionnaire what information you were able to glean from them

**Timeline:** July 30th through August 29th

## Instructions

1. Please read the whole application before proceeding with the online questionnaire

2. We will ask that you assign a holistic rank to some of the applications you will be reading. For other applications, we will not ask for a rank.

3. We anticipate that you will have access to a reliable Internet connection.

4. Some of the questions on the online questionnaire will ask you to rate the applicant relative to the UCLA applicant pool. Please use your best judgment in answering these questions.

5. Unlike the actual holistic review process, we do not aim to norm your responses

## Instructions

6. Please pay attention to the instructions preceding each question.

7. Please note that almost all questions require an answer.

8. While going through the online questionnaire for a single application, you will be able to navigate back and forth and change your answers to any previous questions. Once you submit your final answers, you will not be able to change them for that particular application.

9. We will send you the link to the online questionnaire to the email address you have provided to the UCLA Admissions Office.

## The Coding Questionnaire

Online module: surveymonkey.com



Questions relate either to specific items on the application or to the application as a whole.

The following tutorial will use Norming Application 39 to make illustrative examples.

## Reader and Applicant Identification



Please indicate whether you were asked to enter a holistic rank for that specific application.

## Major Awards




## Major Activities




Please read carefully the definition of major activities preceding the questions.

## Special Program Participation and Overall Judgment of Page 4




## Employment




## Accuracy of Course Self-Report




Refer to Instructions for a list of UC-approved courses

## Senior Year Coursework



## Overall Strength of Coursework



Please use your best judgment using your knowledge of the UCLA applicant pool.

## Personal Statements and Additional Comments






Academic achievement not mentioned elsewhere in the application

Taught self or others a special skill

Pursued a passion

Intellectual maturity

Significant obstacles to achievement in family and/or high school environments

Note: some questions ask for assessment relative to the UCLA applicant pool

## Life Experiences



e.g. Environment discouraged educational aspirations; Lives in dangerous neighborhood

For a full list of life experiences listed in the questionnaire please refer to your Instructions sheet.

## Overall Judgment of the Application



## Applicant Characteristics

You may or may not be able to identify the following applicant characteristics

- Gender
- Religious affiliation
- Ethnic group
- UCLA legacy status
- Immigration status
- Political beliefs

## Gender



Female



Essay

### Religious Identity




If an applicant does not explicitly mention any of the characteristics you were asked to identify, please choose "Don't know" as an answer.

### Ethnicity



African American



Honors/Awards and Essay

### Immigration Status




### Online Survey

**Link:** http://www.surveymonkey.com/s.aspx?sm=NL2G1ZQBcqCdexqnIw9XCQ_3d_3d

Please read Application Bruin 05.

### Online Survey

**Link:** http://www.surveymonkey.com/s.aspx?sm=NL2G1ZQBcqCdexqnIw9XCQ_3d_3d

Please read Application Bruin 02.

## Questions ?



**APPENDIX FIGURE 5**

**2008 UCLA FRESHMAN ADMISSIONS CRITERIA**

# University of California, Los Angeles
# Undergraduate Admissions Criteria — Fall 2008

## I. Background

On August 30, 2006, members of the Academic Senate's Committee on Undergraduate Admissions and Relations with Schools (CUARS) voted to convert to a holistic review process for the admission of freshman students in the College of Letters and Science starting with fall 2007 enrollment. The decision was made to adopt a process similar to UC Berkeley's, since it had already been approved by the Board of Admissions and Relations with Schools (BOARS).

The purpose of a holistic approach to comprehensive review is to give a rigorous, individualized, and qualitative assessment of each applicant's entire dossier. It ensures that academic reviews are based on a wide range of criteria including classroom performance, motivation to seek challenges, and the rigor of the curriculum within the context of high school opportunities. Moreover, academic achievement should not be the sole criterion for admission, as UCLA seeks well-rounded students whose qualifications include outstanding personal accomplishments, distinctive talents, and the potential to make significant contributions to the campus, the state of California, and the nation. In holistic review, no single criterion should be given undue weight, nor a narrow set of criteria used to assess applicants in their selection for admission.

Our goals are to achieve an integrated review process reflective of the full record of student achievement, and to make it comprehensible to the significant number of students applying to UCLA, a flagship campus of the University of California. The admissions process is to be reviewed and revised each year with the objective of moving, over time, toward more nuanced approaches to evaluating applicant qualifications. The admissions review should remain an evolving process that adapts to changing campus conditions and new information about campus life.

The following selection criteria are derived from criteria developed by the Admissions, Enrollment and Preparatory Education Committee of the Berkeley Division of the Academic Senate. Berkeley's criteria were originally developed between September 1995 and October 1996, formally adopted in October 1996, and modified annually for the fall 1998 through fall 2005 admissions cycles. The next section, "Guiding Principles for Undergraduate Admissions," developed by CUARS in fall 2006, is intended to establish a process similar to the one used by UC Berkeley, with an attention to the unique identity and mission of the UCLA campus.

UCLA is a world-class university that serves the nation as an engine of social mobility and fosters economic growth in California communities. UCLA excels in research and has been at the forefront of scientific and humanistic research and social change. We seek students who demonstrate academic excellence, strong social involvement, who have taken full advantage of the opportunities made available to them, and are skilled in problem-solving. UCLA is also ranked first among public and private universities in providing opportunities for social mobility, due to its large numbers of Pell Grant eligible and first-generation college students. We wish to continue this commitment to identifying talented and motivated students who have overcome the obstacles of limited educational and family resources.

## II. Guiding Principles For Undergraduate Admissions

UCLA's freshman selection criteria are based on the following principles:

1. The admissions process honors academic achievement and accords priority to students of exceptional academic accomplishment. At the same time, the definition of academic achievement should go beyond strong high school grades and standardized test scores to include such qualities as intellectual curiosity, love of learning, creative thinking, and the potential for growth and development.

2. Each applicant is judged individually and comprehensively, and all achievements are evaluated in the context of opportunities available and challenges faced. Merit should be assessed within the school context, particularly in regard to the applicant's access (or lack thereof) to educational opportunities.

3. The admissions process should select students of whom the campus will be proud, and who give evidence that they will use their education to make contributions to the intellectual, cultural, social, and political life of the state and nation. As a public land-grant university, UCLA is entrusted with identifying and cultivating tomorrow's leaders, professionals, artists, scientists, and intellectuals.

4. Students should be admitted from the full range of the UC eligibility pool. By virtue of having achieved UC eligibility, all of the students in the pool demonstrate the potential to succeed at any UC campus. Selecting students from across the breadth of the eligibility pool best enables UCLA to draw from a broad range of student experiences, talents, interests, and skills.

5. The diversity of California has been the source of its accomplishments throughout the state's history. Diversity also creates a rich learning environment and enables graduating seniors to work more effectively in an increasingly pluralistic society. Because its mission is to serve the state of California, UCLA must seek to achieve a diverse student body that encompasses all aspects of difference: race, ethnicity, gender, age, religion, language, abilities/disabilities, sexual orientation, socioeconomic status, and geographical region.

6. In accordance with Proposition 209, the admissions process should be fair and equitable to all applicants by not discriminating against or giving preference to any applicant based on race, ethnicity, gender, or national origin.

7. The selection process should ensure that admitted students are capable of succeeding in UCLA's rigorous and broad-based academic program. Only those students who demonstrate a strong likelihood to persist to graduation should be selected for admission.

## III. Freshman Selection Criteria

The purpose of the admissions process is to identify those applicants who, based on a thorough and qualitative review of all information— both academic and non-academic— presented in their applications, are most deserving of admission to UCLA and will make the greatest contribution to UCLA's intellectual and cultural community. All applications will be read in their entirety at least twice. Applications along the tie-breaking line and referred for supplemental review will receive

additional reviews. The admissions evaluation will reflect the reader's thoughtful consideration of the full spectrum of the applicant's qualifications, based on all evidence provided in the application, and viewed in the context of the applicant's academic and personal circumstances and the overall strength of the UCLA applicant pool. The criteria on which this evaluation will be based are as follows:

1. The applicant's full record of achievement in college preparatory work in high school, including the number and rigor of courses taken and grades earned in those courses. Consideration will be given to completion of courses beyond the University's a-g minimums; strength of the senior year course load; and performance in honors, college level, Advanced Placement, and International Baccalaureate Higher Level (IBHL) courses *to the extent that such courses are available to the applicant*. In assessing achievement levels, consideration will be given to individual grades earned, to the pattern of achievement over time, and to an applicant's achievement relative to that of others in his or her high school, including whether he or she is among those identified as Eligible in the Local Context.

2. Personal qualities of the applicant, including leadership ability, character, motivation, tenacity, initiative, originality, creativity, intellectual independence, responsibility, insight, maturity, and demonstrated concern for others and for the community. These qualities may not be reflected in traditional measures of academic achievement. They may be found elsewhere in the application and judged by the reader as positive indicators of the student's ability to succeed at UCLA and beyond.

3. Likely contributions to the intellectual and cultural vitality of the campus. In addition to a broad range of intellectual interests and achievements, consideration will be given to evidence of an applicant's ability and desire to contribute to a campus that values cultural, socioeconomic, and intellectual diversity. This includes the likelihood that the student would make meaningful and unique contributions to intellectual and social interchanges with faculty and fellow students, both inside and outside the classroom.

4. Performance on standardized tests, including the required SAT Subject Tests, the ACT plus Writing or SAT Reasoning, and any Advanced Placement or IBHL examinations the applicant may have taken. Applicants who have not had the opportunity to take Advanced Placement or IBHL courses or who have chosen not to take the examinations for these courses will not be disadvantaged. Test scores will be evaluated in the context of all other academic information in the application and preference will be given to tests that show a demonstrable relationship to curriculum and to Academic Senate statements of competencies expected of entering college students. Under no circumstances does UCLA employ minimum scores or "cut-offs" of any kind.

5. Achievement in academic enrichment programs, including, but not limited to, those sponsored by the University of California. This criterion will be measured by time and depth of participation, by the academic progress made by the applicant during that participation, and by the intellectual rigor of the particular program.

6. Other evidence of achievement. This criterion will recognize exemplary, sustained achievement in any field of intellectual or creative endeavor; accomplishments in the performing arts and athletics; employment; leadership in school or community organizations or activities; and community service.

7. Opportunities. All achievements, both academic and non-academic, are considered in the context of the opportunities an applicant has had, and the reader's assessment is based on how fully the applicant has taken advantage of those opportunities. In evaluating the context in which academic accomplishments have taken place, readers consider the strength of the high school curriculum, including the availability of honors and Advanced Placement courses, and the total number of college preparatory courses available, among other indicators of the resources available within the school. When appropriate and feasible, readers look comparatively at the achievements of applicants in the same pool who attended the same high school and therefore might be expected to have similar opportunities to achieve.

8. Challenges. For an applicant who has faced any hardships or unusual circumstances, readers consider the maturity, determination, and insight with which he or she has responded to and/or overcome them. Readers also consider other contextual factors that bear directly on the applicant's achievement, including linguistic background, parental education level, and other indicators of support available in the home.

The admissions evaluation should also recognize a wide range of talent and creativity that is not necessarily reflected in traditional measures of academic achievement but which, in the judgment of the reader, is a positive indicator of the student's ability to succeed at UCLA and beyond; to contribute meaningfully and uniquely to intellectual and social interchanges with faculty and fellow students, both inside and outside the classroom; and to make a special contribution to our society and culture. In applying the criteria above, readers should carefully consider evidence provided in the personal statement, as well as in the academic record and list of honors and achievements. For example, the essay may reveal a level of maturity and ability to reflect on one's life experience in relation to the larger world that indicates a high potential to benefit from and contribute to the richness of the intellectual life of the campus. Or it may reveal special qualities of leadership and initiative that indicate unique potential to contribute to the community and to society in an important way through political, social, or other forms of service.

# UCLA FALL 2008
# FRESHMAN ADMISSION SCORING GUIDELINES

The purpose of the application scoring process is to rate applicants according to the Freshman Selection Criteria. Applicants will be ranked based on the scores they receive from at least two readers and will be admitted in rank order. The score assigned to each applicant should reflect the reader's thoughtful consideration of the applicant's qualifications, based on all evidence provided in the application, and viewed in the context of the applicant's educational and personal circumstances.

Readers are asked to estimate the relative academic strength of each applicant as well as that individual's relative level of achievement in non-academic areas and to consider thoughtfully the type of contribution that student would make to the overall intellectual, social, and cultural community at UCLA. In assessing academic achievement, readers should focus on the full record of achievement, including both the level of achievement reached and, if appropriate, any particularly challenging obstacles or hardships overcome. Quantitative indicators provided in the application, such as unweighted and weighted GPA, number of courses taken, and test scores should be considered in the context of the student's individual high school (as indicated by percentile information provided on the reader sheet) as well as the overall applicant pool. Readers should also consider the broader educational context of each applicant, including academic and demographic information about the high school attended, family educational background, academic support resources available both within and outside the school environment, and barriers to academic success such as family linguistic background or the need to work. Personal contextual factors include a broad range of factors concerning the applicant's life experience and exceptional circumstances within that experience.

## Scoring Guide

Applicants will be given a single score that represents the reader's judgment of their relative level of achievement in both academic and non-academic areas. *Applicants who receive a particular score may exhibit quite different patterns of achievement across various dimensions if, in the professional judgment of the reader, those differing patterns nonetheless equate to a similar overall level of achievement when compared to all other UCLA applicants and viewed in the context of opportunities and challenges the applicant has faced.* For cases in which they believe that additional information would be helpful in fully assessing the candidate, readers may, in addition to assigning a score, recommend referral to Supplemental Review. (See additional policy and referral guidelines for Supplemental Review.) Applicants referred to Supplemental Review will retain their original scores and be considered in both pools.

The guidelines below direct readers to assign admission scores based on their professional judgment as to whether the applicant should be recommended for admission.

To assist readers in deciding how many applicants should receive various scores, these guidelines provide rough percentile distributions for each numerical score. Actual admit decisions based on these scores will also depend on the College and, in the case of the Henry Samueli School of Engineering, the School of the Arts & Architecture, the School of Theater, Film and Television, and the School of Nursing, the major to which the applicant has applied.

1. <u>Emphatically Recommend for Admission</u>. The score of 1 should be given to those truly outstanding applicants whom the reader would emphatically recommend for admission. Only about 5% of all applicants should receive a score of 1. In arriving at the judgment that an applicant is among the top 5% of all UCLA applicants and so deserves a score of 1, the reader should assess the applicant on the basis of all of the selection criteria, viewed in the context of the educational and personal circumstances of the student, and balance all elements of the application. **In general, such applicants would demonstrate levels of academic achievement that, when viewed in the context of educational and personal circumstances, are judged to be outstanding and place them toward the high end of all UCLA applicants.** Students whose level of academic achievement, viewed in context, falls in a broader range could nonetheless be given a score of 1 if the level of their achievement in other areas, the strength of their personal qualities, or their likely contributions to the intellectual and cultural vitality of the campus were judged to be sufficiently extraordinary.

2. <u>Strongly Recommend for Admission</u>. The score of 2 should be given to applicants whom the reader would strongly recommend for admission. Approximately 10% of all applicants should receive a score of 2, meaning that these applicants, along with those receiving a score of 1, constitute roughly the top 15% of the UCLA applicant pool. In arriving at the judgment that an applicant deserves a score of 2, the readers should assess the applicant on the basis of all of the selection criteria, viewed in the context of the educational and personal circumstances of the student, and balance all elements of the application. **In general, such applicants would demonstrate levels of academic achievement that, when viewed in the context of educational and personal circumstances, are judged to be very high.** Students whose level of academic achievement, viewed in context, falls in a broader range could nonetheless be given a score of 2 if the level of their achievement in other areas, the strength of their personal qualities, or their likely contributions to the intellectual and cultural vitality of the campus were judged to be sufficiently outstanding.

2.5 <u>Recommend for Admission.</u> The score of 2.5 should be given to applicants whom the reader would recommend for admission. Approximately 10 % of all applicants should receive a score of 2.5, meaning that these applicants, along with those receiving scores of 1 and 2, constitute roughly the top 25% of the UCLA applicant pool. In arriving at the judgment that an applicant deserves a score of 2.5, the reader should assess the applicant on the basis of all of the selection criteria, viewed in the context of the educational and personal circumstances of the student, and balance all elements of the application. **In general, such applicants would demonstrate levels of academic achievement that, when viewed in the context of educational and personal circumstances, are judged to be high.** Students whose level of academic achievement, viewed in context, falls in a broader range could nonetheless be given a score of 2.5 if the level of their achievement in other areas, the strength of their personal qualities, or their likely contributions to the intellectual and cultural vitality of the campus were judged to be sufficiently high.

3. <u>Acceptable for Admission</u>. The score of 3 should be given to applicants whom the reader would find acceptable to recommend for admission. Approximately 15% of all applicants should receive a score of 3, meaning that these applicants, along with those receiving scores of 1, 2 and 2.5, constitute roughly the top 40% of the UCLA applicant pool. In arriving at the judgment that an applicant deserves a score of 3, the reader should assess the applicant on the basis of all of the selection criteria, viewed in the context of the educational and personal circumstances of the student, and balance all elements of the application. **In general, such applicants would demonstrate levels of academic achievement that, when viewed in the context of educational and personal circumstances, are judged to be strong.** Students whose level of academic achievement, viewed in context, falls in a broader range could nonetheless be given a score of 3 if the level of their achievement in other areas, the strength of their personal qualities, or their likely contributions to the intellectual and cultural vitality of the campus were judged to be sufficiently high.

**Qualified**. Applicants deserving a score of 4 are those who, in the judgment of the reader, are qualified and could succeed at UCLA and contribute to the campus community, but whose overall level of achievement, when judged in context and on the basis of all criteria, is not sufficiently high relative to the rest of the applicant pool to warrant recommending admission. Approximately 50% of all applicants should receive a score of 4.

5. **Recommend Deny**. Applicants deserving a score of 5 are those who readers cannot say with confidence could succeed at UCLA, given their level of preparation relative to applicants who will be admitted. These applicants appear to meet minimum U.C. eligibility standards, based on information available at the time of the review. Approximately 10% of all applicants should receive a score of 5.

*As noted above, any applicant can also be recommended for referral to Supplemental Review if the reader feels the application meets the Supplemental Review referral guidelines.*

# UCLA Fall 2008
## Reader Guidelines for Referral to the Supplemental Review Pool

### Background on the Supplemental Review Process

The Supplemental Review evaluation process is designed to provide additional review for applicants who are close to being competitive for admission, but whose applications are particularly challenging or lack essential information that would confirm for the reader that the applicant should receive a score likely to result in admission. Supplemental Review was created to allow UCLA to admit a very small number of students who for some significant reason—for example, special talents in particular areas or having achieved despite severe hardship—are particularly deserving of the opportunity for a UC education. Virtually all of the applicants admitted through this process will be UC-eligible and, in fact, most will far exceed minimum eligibility requirements. Consistent with the Guiding Principles the faculty has articulated for undergraduate admissions, applicants admitted through the Supplemental Review process must demonstrate personal qualities and levels of academic preparation that indicate a strong likelihood that they will persist to graduation given the academic and personal support services available on campus.

Supplemental Review candidates are identified by admissions readers during the regular reading process. Readers assign these applicants a holistic score, but also note that they recommend the candidates be referred to Supplemental Review. Recommendations for referral to the Supplemental Review pool are reviewed and confirmed by resource team leaders. Once a team leader confirms a reader's referral to Supplemental Review, the applicant is sent a questionnaire that gives the applicant an opportunity to expand on information provided in the original application such as special talents/skills, personal circumstances (which includes but is not limited to: medical conditions, immigrant experience, disabilities, family experiences and opportunities that were or were not available at school or home), and any extraordinary circumstances that the applicant believes bear on his or her high school performance. Applicants are also offered the opportunity to submit seventh-semester grades. These applications are reviewed by senior admissions readers in a process similar to the regular reading process. Depending on the size of the Supplemental Review pool and the distribution of scores, Supplemental Review candidates may be subject to a tie-breaking process which would again be similar to that of the regular reading process.

### Criteria for Referral to Supplemental Review

Readers should use their professional judgment to evaluate each applicant on the full range of selection criteria, using all of the information available in the application and evaluating that information in the context of opportunity. Applicants whom the reader wishes to refer to Supplemental Review should be given a unitary score that reflects the reader's judgment of the applicant's relative qualifications in comparison to the full range of the UCLA applicant pool, based on the information available.

The referral criteria listed below are designed to capture the most likely circumstances in which readers would wish to refer applicants to Supplemental Review. They cannot, however, cover every circumstance in which referral is the right course of action. Therefore, readers evaluating applicants whose cases meet the spirit of the Supplemental Review process, even if their circumstances are not covered by any of the guidelines below, should recommend referral to Supplemental Review. Although many cases referred to Supplemental Review will be applicants who have experienced hardship or limited academic opportunities, the committee recognizes that some applicants who have not experienced hardship as that term is traditionally defined may nonetheless have

encountered extraordinary circumstances of various types that make them appropriate candidates for Supplemental Review. Finally, because UCLA receives so many applications from low-income students, the fact that an applicant comes from a low-income family and/or has parents who did not graduate from college is not enough to warrant an applicant being referred to the Supplemental Review pool.

In general, and noting the exceptions and qualifications in the paragraphs above, readers should use the following criteria when referring applicants to Supplemental Review.

- Evidence of great improvement in the academic record but not to a level that would be competitive for regular admission, accompanied by reasons for the initial poor performance that are in keeping with the intent of the policy.

- Evidence of extraordinary talent in one area but lacking the overall balance that would be found in most applicants who are likely to be admitted through the regular review process.

- Evidence of significant academic achievement or the potential for academic achievement at the University in spite of extraordinary or compound disadvantage or other disability or other unusual circumstances.

- Evidence of academic achievement at a level that may indicate the potential for success at UCLA, but with insufficient information in the application with which to fully gauge this—such that the reader feels the scoring would benefit from review of a completed applicant questionnaire, and seventh-semester grades. Applicants referred based on insufficient information should have participated in outreach programs and/or demonstrated the ability to overcome substantial hardship. In cases where referral to Supplemental Review is in doubt, participation in outreach programs is a sufficient ground in itself to refer the application.

- Evidence of impassioned and continuing commitment and extraordinary achievement in a particular area (e.g., intellectual or creative activity, athletics, leadership, or community service) or evidence of character traits that imply a strong likelihood of making a significant contribution to campus life at UCLA.

- Evidence of relative lack of access to, counseling about, or support to take a-g, honors, or AP classes or required college entrance examinations.

**APPENDIX FIGURE 6**

**UC SCORE CALCULATION PROCEDURES**

### UC Score Total

The University calculates your UC Score Total as follows:

**If you took the SAT Reasoning Test:** The University converts your highest scores in critical reading, math and writing from a single sitting and two SAT Subject Tests from different subject areas to equivalent UC Scores (see translation table below). Then all five UC Scores are added together to produce your UC Score Total (critical reading + math + writing + subject test 1 + subject test 2).

**If you took the ACT plus its Writing exam:** The University takes your highest math, reading, science and combined English/writing score from a single sitting and converts them to equivalent UC scores (see the translation table below). To give the ACT writing component equal weight to the SAT writing exam, the University multiplies the sum of your converted math, reading and science scores by two-thirds, then adds the converted English/writing score. This subtotal is then added to your two highest SAT Subject Test scores from two different subject areas, which are also converted to equivalent UC Scores, to reach your UC Score Total ([math + reading + science] x 0.667 + English/writing + subject test 1 + subject test 2).

| SAT Test Score Translation | | | |
|---|---|---|---|
| SAT Score | UC Score | SAT Score | UC Score |
| 800 | 100 | 490 | 48 |
| 790 | 98 | 480 | 47 |
| 780 | 97 | 470 | 45 |
| 770 | 95 | 460 | 43 |
| 760 | 93 | 450 | 42 |
| 750 | 92 | 440 | 40 |
| 740 | 90 | 430 | 38 |
| 730 | 88 | 420 | 37 |
| 720 | 87 | 410 | 35 |
| 710 | 85 | 400 | 33 |
| 700 | 83 | 390 | 32 |
| 690 | 82 | 380 | 30 |
| 680 | 80 | 370 | 28 |
| 670 | 78 | 360 | 27 |
| 660 | 77 | 350 | 25 |
| 650 | 75 | 340 | 23 |
| 640 | 73 | 330 | 22 |
| 630 | 72 | 320 | 20 |

| | | | |
|---|---|---|---|
| 620 | 70 | 310 | 18 |
| 610 | 68 | 300 | 17 |
| 600 | 67 | 290 | 15 |
| 590 | 65 | 280 | 13 |
| 580 | 63 | 270 | 12 |
| 570 | 62 | 260 | 10 |
| 560 | 60 | 250 | 8 |
| 550 | 58 | 240 | 7 |
| 540 | 57 | 230 | 5 |
| 530 | 55 | 220 | 3 |
| 520 | 53 | 210 | 2 |
| 510 | 52 | 200 | 0 |
| 500 | 50 | | |

| ACT Test Score Translation | | | |
|---|---|---|---|
| ACT Score | UC Score | ACT Score | UC Score |
| 36 | 100 | 20 | 47 |
| 35 | 97 | 19 | 43 |
| 34 | 93 | 18 | 40 |
| 33 | 90 | 17 | 37 |
| 32 | 87 | 16 | 33 |
| 31 | 83 | 15 | 30 |
| 30 | 80 | 14 | 27 |
| 29 | 77 | 13 | 23 |
| 28 | 73 | 12 | 20 |
| 27 | 70 | 11 | 17 |
| 26 | 67 | 10 | 13 |
| 25 | 63 | 9 | 10 |
| 24 | 60 | 8 | 7 |
| 23 | 57 | 7 | 3 |
| 22 | 53 | 1-6 | 0 |
| 21 | 50 | | |

# Exhibit C

# HOLISTIC REVIEW IN FRESHMAN ADMISSIONS

# AT THE UNIVERSITY OF CALIFORNIA--LOS ANGELES

# 2009-11 UPDATE

**Prepared for the Committee on**

**Undergraduate Admissions and Relations with Schools (CUARS)**

**By**

**Robert D. Mare**

**Distinguished Professor**

**Department of Sociology, University of California – Los Angeles**

**May 27, 2014**

**TABLE OF CONTENTS**

| | Page |
|---|---|
| Executive Summary | 3 |
| Acknowledgements | 6 |
| 1. Introduction | 7 |
| 2. Applicant Pool | 9 |
| 3. The Review Process | 12 |
| 4. A Model of the Admissions Process | 13 |
| 5. Holistic Ranking in Regular Review, 2007-11 | 15 |
| 6. Final, Supplemental, and School Review | 18 |
| 7. Trends Admission Disparities among Ethnic Identity Groups | 19 |
| 8. Summary and Conclusions | 24 |
| Tables | 28 |
| Appendix Tables | 39 |
| Figures | 55 |

**HOLISTIC REVIEW IN FRESHMAN ADMISSIONS: 2007-11 UPDATE**

## EXECUTIVE SUMMARY

This report is an update to a study of holistic review in freshman admissions at UCLA Commissioned by the Committee on Undergraduate Admissions and Relations with Schools (CUARS) in 2008 and released in 2012. This report should be read in tandem with the 2012 report, which provides details about the motivation, guiding questions, data, and research methodology used in both the original and follow-up studies. The original study, based on administrative and other data for Fall 2007 and 2008 applicants, examined the workings of the holistic review process, including the degree to which readers of Freshman applications apply the criteria for review that are set out in the CUARS guidelines and the relative weights given to the many factors that are considered in holistic ranking of applications and considered differences in admissions outcomes among ethnic identity groups in the applicant pool. It distinguished among the several stages of the review process -- Regular, Final, Supplemental, and School reviews. The updated study addresses the same issues with a similar approach, using administrative data on applications for freshman admissions for five years from Fall 2007 through Fall 2011. The conclusions of the follow-up study are as follows:

1. In 2009-11, as in 2007-08, holistic ranking in Regular Review, the stage of the admissions process when most admission decisions are made works much as prescribed. Grades in high school, weighted for honors and advanced placement classes and measured relative to the local applicant pool, and standardized test scores have the largest impact upon holistic ranking. Other measures of academic accomplishment, including college preparatory coursework and performance on Advanced Placement tests, also have substantial beneficial effects on holistic

ranking. Although these factors have the largest effects on favorable ranking and admission, other factors, such as whether an applicant has an impressive profile of extracurricular activities, shows involvement in the high school or local community, or works outside of school either in a way that is academically enriching or that contributes to family finances, all contribute to favorable holistic ranking. An applicant who has many of these assets will win out against an applicant who lacks them. In each year, net disparities among ethnic identity groups in holistic ranking in Regular Review are very small.

2. In Supplemental Review, UARS staff place considerable weight on socioeconomic hardship, challenges, and limits to academic achievement. Among applicants who are otherwise similar in measured academic qualifications and challenges, African American and Latino applicants are disproportionately represented in Supplemental Review. In both Final and Supplemental Review, African American applicants receive somewhat more favorable and "North Asian" (Chinese, Japanese, Korean, Indian/Pakistani American) applicants receive somewhat less favorable holistic read scores than applicants in other ethnic identity groups who are otherwise similar in measured academic qualifications, personal characteristics, and measured challenges and hardships.
3. Relative to their representation in the applicant pool, White and North Asian applicants are more heavily represented among admitted students than African American, Latino, and Southeast Asian applicants. These disparities arise principally in Regular Review and are dampened, to some degree, in Final and Supplemental reviews. If we adjust for ethnic identity group differences in the characteristics of applicants, a different pattern of ethnic disparity emerges.

Among otherwise equivalent applicants, Whites, African Americans, and Latinos are overrepresented among those admitted and Asian American applicants are underrepresented. For Black and Latino Applicants, these disparities arise principally in Final and Supplemental Review. The disadvantages of Asian applicants occur, with varying magnitudes, throughout the admissions process. Relative to the entire cohort of admitted students, these disparities are quite small – none as large as 2.5 percent of applicants. Relative to group-specific totals of admitted applicants, the disparities appear larger, but this depends on the size of the admitted group.

4. Although net disparities among ethnic identity groups persist, especially in the Final and Supplemental Review stages of the admissions process, the net advantages to African American and Latino applicants have declined somewhat over the 2007-11 period. The disadvantages experienced by some Asian applicant groups, however, have not declined over this period.

5. An important change between 2007 and 2011 is the growth in numbers of international applicants who are admitted to UCLA. Among those who applied for freshman admission in Fall 2011, international students are admitted in higher numbers than would be expected on the basis of their measured qualifications. The net advantage of these applicants and disadvantage of some Asian American applicants are much larger than disparities for the other major ethnic identity groups (African American, Latino, and White).

## ACKNOWLEDGEMENTS

Several persons gave me valuable assistance and support as I prepared this report. Yana Kucheva, formerly a doctoral student in the Department of Sociology and now a post-doctoral fellow at Stanford University, provided excellent research assistance throughout the project, including day to day management of the project and statistical analysis. Admissions Principal Administrative Analyst Tom Skewes-Cox efficiently provided the Readsheet, holistic review, and reader characteristics data files. Executive Vice-Chancellor and Provost Scott Waugh provided essential financial support for the project.

## HOLISTIC REVIEW IN FRESHMAN ADMISSIONS AT UCLA:

## 2009-11 UPDATE

### 1. INTRODUCTION

This document is an update of the report, "Holistic Review in Freshman Admissions at the University of California – Los Angeles," which I prepared for the Committee on Undergraduate Admissions and Relations with Schools. Commissioned in 2008, the final report was submitted to CUARS in January 2012. As of May 2014, this report is available at: http://www.senate.ucla.edu/committees/cuars/documents/UCLAReportonHolisticReviewinFreshmanAdmissions.pdf . In this document I refer to that report as the "2012 study." That report consists of a statistical analysis of data on freshman admissions at UCLA for Fall of 2007 and Fall 2008. Given the gap in time between 2008 and the completion of the report, I recommended that CUARS commission an update of the 2012 report, using the most recent available data and documenting trends in the admissions process and outcomes since 2007. The purpose of the update is to show both whether the results and conclusions of the 2012 report were applicable to the more recent period and also and identify any changes in admissions patterns that may have taken place. With funding from the Office of the Executive Vice-Chancellor, CUARS commissioned a follow-up study, which was carried out in the Summer of 2012 and the 2012-13 academic year. The follow-up study was based on application data for admissions in Fall 2007 through Fall 2011. This document reports the results of the follow-up study.

Except where noted below, this study maintains the research goals, data, and methodology of the original CUARS study. *Although some aspects of the study are described again here, this report should be read in tandem with the original study report,*

*which provides most of the essential details about assumptions and procedures used in the original and follow-up studies.* Page numbers cited from the 2012 study refer to the January 2012 version of that document. The follow-up study consists of: (1) a description of the applicant and admitted populations to UCLA for the Fall of 2007-11; (2) the use of a model for the admissions process that was developed in the original study and which takes account of the several stages of review – Regular, Final, Supplementary, and School Review; (3) using admissions data for Fall 2007 through 2011, examination of the ways in which the characteristics of applicants affect their holistic ranking and eventual admission decision in these several review stages; (4) quantification of the weights that readers give to various academic and nonacademic factors in the holistic reading process; (5) quantification of ethnic variation in admissions outcomes and their implications for the makeup of the admitted Freshman cohort. The emphasis in the follow-up study and this report is on the *time trend* in patterns of results relative to the baseline pattern for 2007-08 documented in the 2012 report.

For the follow-up study, the following data were used for persons who applied to UCLA in the Fall of 2007 through Fall 2011: (1) the Readsheet data for each applicant, (2) data on the ethnic identity of each applicant who provided this information, (3) and holistic rankings provided by each reader of an application plus additional information on the admission process. Details about these data sources are provided in the original report (pp. 11-15). Unlike the original study, the follow-up did not collect any data on readers' perceptions of the applicant, which were obtained through a reread study of a sample of Fall 2008 applicants in the original study. The original study found that, whereas perceptual factors may influence the ranks that readers give to applicants, these effects on admission decisions are very small relative to those for factors recorded on the

readsheets. To save time and money, I did no further reread studies.

Like the original study, the follow-up is concerned with the holistic review process in freshman admissions. It takes account of the complex set of steps in reviewing applications in a given year, including the several stages of review, and examines the statistical relationships between the characteristics of applicants and admissions outcomes at each stage.[1]

Section 2 provides a descriptive overview of the 2011 and 2008 Freshman applicant populations at UCLA. Section 3 describes the stages of holistic review for Freshman admissions. Section 4 outlines the models that I use to analyze the review process. These include both an accounting model of how the several stages of review combine to produce a cohort of admitted applicants and a statistical model of the effects of applicant characteristics on their holistic rank and assignment to different review stages. Section 5 summarizes my analysis of holistic ranking in Regular Review, the review stage that determines most admission decisions. Section 6 examines assignment to and holistic ranking in Final, Supplemental, and School Review. Section 7 presents a trend analysis of disparities in admissions among ethnic identity groups, quantifying these disparities and showing where in the admissions process they occur. Section 8 presents a summary and conclusion.

## 2. CHANGES IN THE APPLICANT POOL AND ADMISSION

Applicants to UCLA are drawn disproportionately from among the most accomplished secondary school students in California, as well as a selective group of out of state residents. UCLA applicants score well above average on all measures of academic performance, including high school grades, standardized test scores, advanced

[1] Details about the scope and limitations of this type of study are provided in the 2012 report (pp. 9-10).

placement courses, and participation in demanding extracurricular activities. Additionally, by most measures, UCLA applicants are drawn disproportionately from higher quality secondary schools, both in California and elsewhere. These patterns are discussed in some length in the 2012 report and will not be restated here. Instead, I will point mainly to a small number of recent changes.

To some degree UCLA applicants reflect the social and economic diversity of California, coming from all socioeconomic levels and ethnic groups. But access to high quality secondary and post-secondary education is far from equally distributed and the ULCA applicant pool shows these disparities as well. Compared to the youth population as a whole, UCLA applicants come disproportionately from upper income families, families in which parents have above average levels of educational attainment, and from race-ethnic groups that, on average, enjoy a higher level of economic well-being. The top panel of Tables 1a and 1b shows Fall 2011 and 2008 applicants classified by gender, place of official residence, and ethnic identity.[2] The bottom panel replaces ethnic identity with high school grade point average (GPA). The number of applicants to UCLA increased by more than 10 percent from 2008 to 2011 (from 55,457 to 61,451). Whereas in 2008 approximately 85 percent of applicants officially were California residents, this percentage fell below 80 percent in 2011 reflecting a near doubling in the number of applicants from elsewhere, including U.S. out of state and international applicants. The increases in numbers of applicants varied among ethnic identity groups. As shown in Figure 1, increases were particularly marked among the North Asian and Latino groups, whereas African Americans increased much more modestly and Whites and South Asian groups were largely unchanged. The heterogenous "other" category, which includes

[2] The ethnic identity classifications used in the admissions process and in this report are discussed in detail on pp. 14-15 of the 2012 report.

Native Americans, those who declined to state their ethnic identity on their applications, and international applicants, also increased somewhat through this period. As shown in the classification of applicants in Tables 1a and 1b, the "other" category changes substantially in makeup during this period. International applicants become a much larger component of the "other" category and thus make up most of the increase in the applicant pool shown in Figure 1. Among domestic applicants, women continue to make up a disproportionate share of applicants (approximately 6 female applicants for each 5 male applicants). Among foreign applicants, however, a majority are men (a ratio of roughly 6 males per female applicant).

Figure 2 shows corresponding trends in numbers of applicants who were *admitted* between 2007 and 2011 by ethnic identity groups. These trends roughly parallel the increases in applicants shown in Figure 1, but successful applicants increase more in some groups than others. Numbers of admitted applicants increase markedly for Whites, North Asians, and "Others," whereas the increases for African Americans and Southeast Asians are much more modest. Some of the processes that underpin these diverse trends are discussed later in this report.

As shown in Table 2a, in 2011, as throughout the 2007-11 period, applicants to UCLA came from families who are more affluent than average California families. Yet applicants do come from all parts of the income spectrum and, among applicants we see substantial economic disparities among ethnic groups. These disparities, as well as those among applicants whose parents had diverse levels of educational attainment, were discussed in some detail in the 2012 report. One notable change between 2008 and 2011 is the growth in the proportion of applicants from the most affluent families, at least as measured in the income categories that were available in the application data. Among

applicants who reported their family incomes, the percentage whose families earned in excess of $150,000 per year increased from approximately 22 percent [17/(100-24)] to 28 percent [(24/(100-13)]. Among the identity groups, the largest increase in the relative size of the most affluent group is the "other" category for whom the percentage in the most affluent group increased from 27 [17/(100-37)] to 38 [37/(100-20)] percent.

## 3. THE REVIEW PROCESS

As discussed at length in the 2012 report, admission to UCLA can be through one of five channels: (1) Regular Review, (2) Athletic Admission, (3) Final Review, (4) Supplemental Review, and (5) School Review. Tables 3a and 3b tally the distribution of application and admission across these five channels in 2011 and 2008 respectively. All applicants receive an initial "Regular" review that includes scoring of their application. A subset of applicants who are not admitted during Regular Review is referred for Final Review and, within the College of Letters and Sciences, a different subset of applicants is referred for Supplemental Review. Some applicants who received Supplemental Review may also have gone through Final Review but were not accepted at that stage. Finally, within L&S, yet another subset is referred for School Review. Some of these may have also gone through Final and/or Supplemental Review but were not accepted in one of those stages. The table summarizes application and admission for all applicants, applicants to the College of Letters and Sciences, and domestic applicants to L&S. In the table, "admitted" applicants are those whose admission was by the channel indicated. Applicants are those whose final admissions decision was by the channel indicated.[3]

[3] Further details about these admissions pathways and assumptions used in preparing these tables are provided in the 2012 report (pp. 20-25).

Tables 3a and 3b show that, in both years, a large majority of admitted applicants is established through "Regular" admission, a pattern that is even stronger in 2011 than in 2008. In 2008 approximately 84 percent of admission decisions and 75 percent of favorable decisions were made in Regular Review, 9 percent of decisions and 14 percent of favorable decisions were made in Final Review, and 5 percent of decisions and 6 percent of favorable decision were made in Supplemental Review. In 2011, approximately 85 percent of decisions were made in Regular review and 80 percent of favorable decisions were made at that stage. Other review stages became somewhat less numerically important, especially Supplemental Review, where the number admitted remained essentially unchanged despite a large increase in the applicant pool.

The 2012 report showed how holistic score distributions are linked to admissions decisions across stages of the review process, colleges within UCLA, and ethnic identity groups for 2007-08. In my estimation, no remarkable changes in these relationships took place between 2007 and 2011 and thus these patterns are not discussed in this follow-up report.

## 4. A MODEL OF THE ADMISSIONS PROCESS

To analyze the admissions process it is necessary to examine how the various channels of admissions combine to create the population of admitted applicants. This involves combining the several channels of admissions (Regular, Final, Supplemental, and School Reviews) in a way that represents the determinants of (1) which review determines the admission outcome for each application, (2) how each applicant is scored in the channel that decides his or her admission, and (3) how the applicant's score is linked to the admission decision. The model, therefore, has two parts. One part

represents an accounting of how the different stages of the review process combine to determine admission. The other part consists of statistical models of how social factors and academic qualifications affect the evaluation of applicants. With some minor modifications, the accounting and statistical models used in the follow-up study are identical to those used in the 2012 study. These two parts of the model are discussed in detail in the 2012 report (pp. 27-53).[4] [5]

To briefly summarize, in the follow-up analyses, the statistical model for each stage of the review process includes measures of (1) high school academic achievement, including Grade Point Average (relative to applicants to UCLA from the applicant's own high school), amount of college preparatory coursework (A-G courses), advanced placement test performance, a measure of whether an applicant's high school performance made them "Eligible in a Local Context" (ELC) for admission to a UC campus, and whether an applicant's grades exhibited a favorable or unfavorable trend over the high school years; (2) performance on standardized tests (relative to applicants to UCLA from the applicant's own high school) and whether the applicant participated in a university outreach program; (3) socioeconomic and demographic characteristics, including family income relative to the poverty line, parents' educational attainment, applicant's ethnic identity, gender, whether the applicant was a California Resident, and

[4] Between 2007 and 2011 there were minor changes in the ways in which read scores in the various review stages affected admission decisions, both in determining cutoffs between admitted and nonadmitted applicants and in determining score levels within which other criteria would be used to make admissions decisions. The accounting model results reported in this update take account of these changes. The details of these changes are summarized in Appendix Tables A1 and A2.

[5] As discussed in the 2012 report, in the statistical models, where data were missing on key variables, I included dummy variables for whether or not data are missing on those variables for a given applicant. I follow this same procedure in the follow-up study, but when the UC Score percentile, the key measure of performance on standardized tests, or High School GPA percentile is missing, I also include interactions between whether these variables are missing and their actual values. The rationale for this change is discussed in footnote 14 and 18 (pp. 39-40 and p. 44) of the 2012 report. I also re-estimated the statistical and accounting models for 2007 and 2008 to create a common modelling strategy across all five years. This may result in small differences between results reported for 2007-08 in the 2012 report and those reported for the follow-up study.

whether s/he was an international student; and (4) and a large number of characteristics of the applicant's high school, which are summarized on pp. 46-48 of the 2012 report. The measures of these characteristics are intended to capture most of the factors that readers are trained to take into account when they evaluate admissions files.

The 2012 report discusses a number of additional methodological issues that affect the interpretations and conclusions based on these analyses. These include the distinction between a statistical association and a true ("causal") effect, the distinction between the statistical significance of an estimated effect and the size of the effect, the distinction between the size of an effect and the importance of the effect, and the nuances of interpreting nonlinear models.[6]

**5. HOLISTIC RANKING IN REGULAR REVIEW FOR 2007 AND 2011**

Because of the complexity of the models, there is no single best way to view the results. In this section I show ordered logit model coefficients for the statistical model Fall 2011 and Fall 2007. The coefficients and their estimated standard errors and test statistics are directly estimated quantities that summarize effects on holistic ranking. The ordered logit model is nonlinear, and thus predicts a relatively unintuitive dependent variable. Moreover, the assumptions of the ordered logit model do not strictly hold for holistic ranking. However, it is useful for broad observations about stability and change in patterns of association, which are the main focus of this report. The implications of models such as these for ethnic identity group disparities in admission are shown in a more intuitive way in Section 7 of this report.[7] [8]

---

[6] See pp. 50-53 of the 2012 report for the details.
[7] The 2012 report also includes an extensive set of graphs of predicted probabilities of having a favorable read score across levels or categories of the predictor variables, holding constant the distributions of the

Table 4 reports ordered logit regression coefficients for the six-category holistic rank that readers assign in Regular Review for the Fall 2011 and Fall 2007 classes. Because ranks are coded from 1 (best) to 6 (worst), negative coefficients in these models signify factors that *improve* holistic rank. The table also reports the ratios of estimated coefficients to their "robust" standard errors, which take into account that most applications are read by two or more readers and thus we have two or more data points per person in those cases. Coefficients that are more than twice their estimated standard errors are reported in boldface. Coefficients from the ordered logit model are measured in the log odds of scoring above vs. below each "cutpoint" on the cumulative holistic rank distribution. Because this is not an intuitive scale, the coefficients are useful mainly for getting a broad qualitative view of the associations between student characteristics and holistic rank. Nonetheless, in viewing the logit coefficients, one should keep in mind the scales of the predictor variables. For example, the coefficients for a variable such as GPA percentile, which has a range from 0 to 100, measure the effects of only 1/100th of the full range of the variable. In contrast, the coefficients for a variable such as ELC, which is a 0-1 indicator variable, measure the effects of the full range of the variable. Thus numerically small coefficients on percentile measures may nonetheless imply relatively large effects of the variable when one considers changes larger than a single unit.

The overall pattern of associations between applicant characteristics and holistic read scores for both 2007 and 2011 is consistent with the results reported in the 2012

---

other variables in the model (see pp. 109-116). Because of the relative stability of results and in the interests of brevity, I have not prepared similar graphs for the follow-up study results.

[8] Despite the lack of fit of the ordered logit model, it nonetheless provides a useful summary of the basic relationships between ranking criteria and holistic ranks. Conversely, the multinomial logit model fits the data better but yields far too many coefficients to be readily interpretable, even in qualitative terms. The multinomial logit model predictions are used in the accounting model results reported in the next section.

report. With only a few exceptions, there is little evidence of change in the directions of association or relative weight given to the various predictors of read scores. High school GPA standardized test scores ("UC Scores") have very large effects on read scores. The GPA and UC Score results are consistent with the pattern discussed in the 2011 report, namely that impact of these metrics of qualification accelerate at the top ends of their distribution. Increases in GPA or UC Score at the low end of their distributions do not have much impact on an applicant's already low admissions chances. On the other hand, at the top end of the GPA and UC Score distributions, similar increments have much larger beneficial effects on read scores. The data are also consistent with the conjecture that readers rely on absolute as well as percentile versions of GPA and UC Scores, and make stronger use of the absolute measures when the percentile measures are missing from the application.[9] The estimated results indicate that, in both years, a number of other factors may also affect the read score and, taken together, they can potentially reinforce or offset the large effects of GPA and UC Scores.

For the most part the differences between years in the estimated coefficients do not signify any qualitative differences in how read scores are assigned. The key exceptions to this are the estimated effects of California residence and being an international applicant. Whereas in 2007 there was no net difference between California residents and non-residents in their read score, in 2011, all others things equal, California residents score significantly worse than nonresidents. Whereas international applicants scored much worse than domestic applicants in 2007, in 2011 the international applicants score significantly better. These patterns are consistent with the overall higher level of admissions of international applicants already documented. Whether this reflects an

[9] In this respect the models presented here differ from those presented in the 2012 report, which did not include the differential effects of absolute GPA and UC Scores by whether the percentile versions of these measures were missing or present in the application.

improvement in the average qualifications of international (and possibly domestic out-of-state) applicants or a change in how readers appraise their qualifications cannot be ascertained from this analysis. A somewhat less dramatic change is in the net differences among ethnic identity groups. The largest of these changes is for African American applicants. Whereas Black applicants received somewhat more favorable read scores in 2007 than members of other ethnic identity groups with similar qualifications and characteristics, they now receive similar or even slightly worse scores than similarly qualified White applicants.

Taken as a whole, these results suggest that readers of applications in the Regular Review stage of admissions continue to follow established guidelines in their assessments.

**6. FINAL, SUPPLEMENTAL, AND SCHOOL REVIEW**

My analysis of the effects of applicant qualifications and characteristics on the several stages of subsequent review, including referral to and scoring in Final, Supplemental, and School Reviews detects no substantial changes between 2007 and 2011 in estimated coefficients for the models I estimated for each of these stages. My description of the results for these stages of review in 2008 (see pp. 64-69 of the 2012 report) is broadly applicable to the results for 2011. The only exception to this generalization is in treatment of international applicants. International applicants were more likely to be assigned to final review in 2011 than in 2007 and were scored more favorably in Final Review in the later period relative to similarly qualified domestic applicants. On the other hand, international applicants were assigned to Supplemental Review at a lower rate in 2011 than in 2007. In the interests of brevity, I do not provide a

systematic discussion of these results in this report. The model coefficients for each review stage for 2011 are reported in Appendix Table A3. The implications of these and other, more subtle shifts in the treatment of different groups in the review process are discussed more fully in the next section.

## 8. TRENDS IN ADMISSION DISPARITIES AMONG ETHNIC IDENTITY GROUPS

In examining possible disparities among ethnic identity groups in the admissions process, I use the estimated models for each stage of the process to compute the numbers of applicants admitted for each ethnic identity group under alternative assumptions. In particular, I consider three groups of quantities: (1) the observed number admitted within each group, (2) the *expected* number admitted within each group if the groups had identical distributions of individual-level and school level characteristics that are included in the statistical models for stages of the review process, and , (3) the *expected* number admitted within each group if admission rates (at each stage of the process) were equal for all groups. The second of these quantities is, of course, the one most subject to debate and qualification. It depends on available data, on what variables are included in the statistical models for each stage of the admissions process, and on the ways that these variables are specified to affect holistic ranking and other aspects of the admissions process. Given a model, one can simulate the numbers in step (2). With these estimates in hand, contrasts among these three numbers for each group can be used to analyze ethnic disparities. A comparison of (1) and (3) provides a summary of the disparity among ethnic groups. These disparities result from differences among groups in the distribution of characteristics that affect evaluation in the admissions process as well as

(potential) differences in the treatment of applicants from these groups. A comparison of (2) and (3) quantifies the difference in admission between groups that are *not* attributable to group differences in factors that have been included in the model. Discrepancies between numbers admitted if each ethnic group had identical rates of admission at each stage (3) and numbers admitted if each ethnic group had identical distributions on *observed factors that are included in the model* (2) may be attributable either to differences among groups on *unobserved factors that cannot be included in the model* or to differences in the treatment of applicants from these groups. Based on analyses of these quantities for 2007 and 2008, the 2012 report reported the following findings:

1. Relative to their representation in the applicant pool, White and North Asian applicants are more heavily represented among admitted students than African American, Latino, and Southeast Asian applicants. … These gross disparities arise principally in Regular Review. Final and Supplemental reviews dampen these disparities to some degree.

2. If we adjust for ethnic identity group differences in the characteristics of applicants, a different pattern of ethnic disparity emerges. Among otherwise equivalent applicants, Whites, African Americans, and Latinos are overrepresented among those admitted and Asian American applicants are underrepresented... For Black and Latino Applicants, these disparities arise principally in Final and Supplemental Review, whereas for Whites they occur in Regular Review. The disadvantages of Asian applicants occur, with varying magnitudes, throughout the admissions process.

3. Relative to the entire cohort of admitted students, these disparities are small – none as large as 2.5 percent of applicants. Relative to group-specific totals of admitted applicants, the disparities appear larger, but this depends on the size of the admitted group.

The core of the follow-up study is to make parallel calculations for each year from 2007 through 2011 to see how the patterns reported for 2007-08 may have changed. Summary tabulations of these calculations are provided in Tables 5 and 6.[10] Table 5

[10] These tables are abbreviated versions of the detailed decomposition tables that were used in the 2012 report. Full versions for all five years are included as Appendix Tables A5a-A5e in this document.

shows, for each ethnic identity group in each year, the numbers of persons admitted under alternative assumptions about the distributions of characteristics across groups and the degree to which each group is over or underrepresented among admitted students, both relative to a standard of an identical admission rate for each group ("disparity") and relative to a standard of what we would expect if each group had the same distribution of personal characteristics ("adjusted disparity"). Table 6 shows, for each identity group in each year, the contributions of each review stage ("Regular," "Final," "Supplemental," and "School") to the adjusted disparities.[11]

*Gross and Adjusted Disparity Trends.* The trends documented in Tables 5 and 6 are shown more clearly in Figures 3-9. Figure 9 shows the trend in the "gross disparities" among ethnic identity groups from 2007 to 2011 in numbers of admitted that reflect the basic patterns of application and admission shown in Figures 1 and 2 that were discussed above. In each period, African American, Latino, and Southeast Asian applicants are underrepresented among those who are admitted, whereas North Asian applicants are overrepresented. These patterns mainly reflect the generally unfavorable levels of high school performance and socioeconomic positions of the former groups and the generally favorable levels of these characteristics for the latter group. For African American and Latino applicants, however, these gross disparities have grown larger over the 5 year period. For blacks the deficit grew from 87 to 276, whereas for Latinos it grew from 226 to 738. As indicated in Figures 1 and 2, these trends reflect that levels of admission for these groups did not keep pace with the growing number of applicants.

---

[11] Differences between estimates for 2007 and 2008 reported here and those contained in the 2012 report arise because of small differences between the specification of the statistical models used in the 2012 and follow-up studies. In particular, the follow-up study made no use of reread study variables because those data were only collected for Fall 2008 applicants. Additionally, the models used in this report make different assumptions about the ways in which readers appraised applications that are missing high school GPA and UC Score percentiles. See footnotes 5 and 9 for further details.

The most striking feature of Figure 3, however, is the overrepresentation (relative to the size of the applicant pool) of admitted students in the "other" group, a category that is now made up of mainly international students. The gross disparity grows from essentially zero in 2007 to almost 800 in 2011, an amount that roughly approximates the increasing shortfalls of African Americans and Latinos.

When one takes account of the characteristics of applicants that affect admission -- high school performance, standardized test scores, and social and demographic characteristics – a much different pattern of disparities emerges. Speaking broadly, Asians, especially the "North Asian" groups, are underrepresented among admitted applicants, a pattern that shows no sign of abating over the 2007-11 period. All other groups are somewhat overrepresented, though for the most part these disparities are relatively small. It is noteworthy that the adjusted disparities that favored African Americans and Latinos in 2007-08 have shrunk considerably over the five year period. The adjusted disparity for African Americans declined from 164 in 2007 to 78 in 2011 and the adjusted disparity for Latinos declined from 116 in 2007 to a net *dis*advantage of 15 in 2011.

As is the case for the gross disparities, however, the most striking change between 2007 and 2011 in the adjusted disparities is for the "other" group. In 2011, this group enjoys a substantially net advantage in admission, over 200 extra admitted students beyond what would be expected on the basis of their observed personal characteristics and qualifications. The large growth in this positive net disparity for "others," which is the result of much higher admission levels for international students, mirrors declines in net disparities for White, African American, and Latino groups and the increase in the net disadvantage of Asian applicants between 2010 and 2011.

Figures 5 and 6 provide some perspective on the magnitudes of the adjusted disparities discussed in this section of the report. Figure 5 shows the trends in adjusted disparities relative to the numbers of applicants who are admitted for each group. By this standard, the disparities are small (less than 10 percent) for each group except African Americans. For Black applicants, however, the relative size of this disparities has decreased markedly, from approximately 50 percent to 20 percent, over this period. In 2011, the number of admitted African Americans is approximately 20 percent higher than would be expected on the basis of their measured characteristics and qualifications. Relative to the admitted cohort overall, however, all of these disparities are very small (less than 2.5 percent for all groups).

*Adjusted Disparities by Review Stage*. Figures 7, 8, and 9 show trends in adjusted disparities in “Regular,” “Final,” and “Supplemental” review stages respectively. In Regular review (Figure 7), Whites enjoy a small yet persistent advantage of approximately 50 extra admitted applicants, whereas North Asians are disadvantaged to a much larger degree (in the neighborhood of 150 extra admits each year). Over time, there are two notable changes. First, the small advantage that Black applicants enjoyed in Regular review in 2007-08 disappeared by 2011. And second, “other” applicants in 2011 enjoyed a large positive adjusted disparity of almost 100 admitted applicants.

The contributions of Final Review (Figure 8) to overall adjusted disparities are smaller than those of Regular Review and show little evidence of change. In most years African Americans experience a small advantage and North Asians a relatively small disadvantage at this review stage. The “other” group had a notably large benefit through final review in 2011 (76 admitted students) who made up a significant part of their overall advantage in that year. In Supplemental Review (Figure 9), net disparities are,

with one exception, largely unchanged between 2007 and 2011. The advantages of African Americans (of approximately 50 admitted applicants) and the disadvantages of North Asians (of roughly 75 admits), persist through this period. Again, however, the "other" group was advantaged in this review stage in 2011 to a level identical to that of African American applicants (51 admits).

*Summary*. In summary, North Asian applicants experienced a net disadvantage at each of these three review stages, an adjusted disparity that did not change very much between 2007 and 2011. The "other" group, increasingly made up of international students enjoyed an increasing advantage and, by 2011, had a positive net disparity at each of these three review stages. The net advantages of African American and Latino applicants dropped markedly over this period, though small advantages remain for African Americans in Supplemental Review and for Latinos in Regular Review. Whites enjoy a persistent advantage in Regular Review, though this is offset to some degree in the later review stages.

## 9. SUMMARY AND CONCLUSION

This study updates the research on the UCLA freshman admissions process that was described in my 2012 report. The statistical models, procedures, and analytic goals of this follow-up study were much the same as the early study, although the emphasis is on what, if anything, has changed between the 2007-08 period, which was the focus of the 2012 report and the 2009-2011 period. My analyses and conclusions can be summarized as follows:

1. In 2009-11, as in 2007-08, holistic ranking in Regular Review, the stage of the admissions process when most admission decisions are made works much as

prescribed. Grades in high school, weighted for honors and advanced placement classes and measured relative to the local applicant pool, and standardized test scores have the largest impact upon holistic ranking. Other measures of academic accomplishment, including college preparatory coursework and performance on Advanced Placement tests, also have substantial beneficial effects on holistic ranking. Although these factors have the largest effects on favorable ranking and admission, other factors, such as whether an applicant has an impressive profile of extracurricular activities, shows involvement in the high school or local community, or works outside of school either in a way that is academically enriching or that contributes to family finances, all contribute to favorable holistic ranking. An applicant who has many of these assets will win out against an applicant who lacks them. In each year, net disparities among ethnic identity groups in holistic ranking in Regular Review are very small.

2. In Supplemental Review, UARS staff place considerable weight on socioeconomic hardship, challenges, and limits to academic achievement. Among applicants who are otherwise similar in measured academic qualifications and challenges, African American and Latino applicants are disproportionately represented in Supplemental Review. In both Final and Supplemental Review, African American applicants receive somewhat more favorable and "North Asian" (Chinese, Japanese, Korean, Indian/Pakistani American) applicants receive somewhat less favorable holistic read scores than applicants in other ethnic identity groups who are otherwise similar in measured academic qualifications, personal characteristics, and measured challenges and hardships.

3. Relative to their representation in the applicant pool, White and North Asian applicants are more heavily represented among admitted students than African American, Latino, and Southeast Asian applicants. These disparities arise principally in Regular Review and are dampened, to some degree, in Final and Supplemental reviews. If we adjust for ethnic identity group differences in the characteristics of applicants, a different pattern of ethnic disparity emerges. Among otherwise equivalent applicants, Whites, African Americans, and Latinos are overrepresented among those admitted and Asian American applicants are underrepresented. For Black and Latino Applicants, these disparities arise principally in Final and Supplemental Review. The disadvantages of Asian applicants occur, with varying magnitudes, throughout the admissions process. Relative to the entire cohort of admitted students, these disparities are quite small – none as large as 2.5 percent of applicants. Relative to group-specific totals of admitted applicants, the disparities appear larger, but this depends on the size of the admitted group.
4. Although net disparities among ethnic identity groups persist, especially in the Final and Supplemental Review stages of the admissions process, the net advantages to African American and Latino applicants appear to have declined somewhat over the 2007-11 period. The disadvantages experienced by some Asian applicant groups, however, have not declined over this period.
5. An important change between 2007 and 2011 is the growth in numbers of international applicants who are admitted to UCLA. Among those who applied for freshman admission in Fall 2011, international students are admitted in higher numbers than would be expected on the basis of their measured qualifications.

The net advantage of these applicants and disadvantage of some Asian American applicants are much larger than disparities for the other major ethnic identity groups (African American, Latino, and White).

Over the period from 2007 to 2011, the relative sizes of disparities in overall admission rates and in how applicants are treated at the various stages of the review process among social groups have changed. Some disparities, such as the net advantages accorded to African Americans and Latinos have declined substantially, whereas others, such as the net disadvantage to North Asian groups have persisted, whereas still others, notably the net advantage to international applicants, have emerged and grown much larger. As I wrote in conclusion of the 2012 report, whether these disparities are considered small or large is a normative, policy issue rather than a scientific one. But it does seem prudent for UCLA to continue to monitor the admissions process with studies similar to this one, not with the intent of reaching a final conclusion about whether the holistic review system is fair or unfair, but to keep abreast of the intended and unintended effects of changes in university policies and applicant demography on who gets into UCLA.

**Table 1a. Applicants by Ethnic Identity, High School Grades, Gender and California Residency, 2011**

| | Official Residence | | | | | | |
|---|---|---|---|---|---|---|---|
| | California | | | Elsewhere | | | |
| Characteristic | Male | Female | Unknown | Male | Female | Unknown | Total |
| Ethnic Identity | | | | | | | |
| Native | 126 | 151 | 3 | 44 | 34 | 2 | 360 |
| African American | 1,000 | 1,677 | 12 | 209 | 414 | 1 | 3,313 |
| Chicano/Latino | 5,095 | 7,408 | 78 | 359 | 437 | 5 | 13,382 |
| North Asian American | 6,084 | 6,625 | 33 | 1140 | 1,103 | 8 | 14,993 |
| South Asian American | 2,493 | 3,315 | 21 | 186 | 234 | 0 | 6,249 |
| White | 6,235 | 6,880 | 58 | 1,402 | 1,459 | 17 | 16,051 |
| Declined to state | 363 | 425 | 392 | 75 | 96 | 65 | 1,416 |
| Foreign | 19 | 8 | 0 | 3,034 | 2,563 | 63 | 5,687 |
| Total | 21,415 | 26,489 | 597 | 6,449 | 6,340 | 161 | 61,451 |
| | | | | | | | |
| High School Grades | | | | | | | |
| Missing | 0 | 0 | 1 | 12 | 11 | 13 | 3 |
| Below 3.0 | 9 | 7 | 8 | 7 | 6 | 7 | 8 |
| 3.0 to 3.33 | 19 | 17 | 16 | 13 | 11 | 7 | 17 |
| 3.34 to 3.66 | 29 | 30 | 28 | 24 | 24 | 21 | 28 |
| 3.67 to 3.99 | 33 | 36 | 36 | 34 | 37 | 40 | 35 |
| Perfect 4.0 | 9 | 10 | 12 | 10 | 12 | 12 | 10 |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

**Table 1b. Applicants by Ethnic Identity, High School Grades, Gender and California Residency, 2008**

| | Official Residence | | | | | | |
|---|---|---|---|---|---|---|---|
| | California | | | Elsewhere | | | |
| Characteristic | Male | Female | Unknown | Male | Female | Unknown | Total |
| Ethnic Identity | | | | | | | |
| Native | 110 | 129 | 3 | 21 | 33 | 2 | 298 |
| African American | 900 | 1,515 | 31 | 114 | 214 | 47 | 2,821 |
| Chicano/Latino | 3,959 | 5,874 | 29 | 180 | 226 | 30 | 10,298 |
| North Asian American | 5,330 | 6,082 | 26 | 729 | 794 | 31 | 12,992 |
| South Asan American | 2,520 | 3,291 | 14 | 151 | 230 | 13 | 6,219 |
| White | 6,511 | 7,226 | 43 | 1,818 | 1,365 | 79 | 16,405 |
| Other | 360 | 429 | 2 | 28 | 55 | 7 | 881 |
| Declined to state | 737 | 885 | 655 | 135 | 160 | 100 | 2,672 |
| Foreign | 438 | 415 | 15 | 1,043 | 855 | 85 | 2,851 |
| Total | 20,865 | 25,846 | 818 | 3,582 | 3,932 | 394 | 55,437 |
| | | | | | | | |
| High School Grades | | | | | | | |
| Missing | 0.4 | 0.4 | 1 | 7 | 7 | 47 | 1 |
| Below 3.0 | 11 | 8 | 9 | 7 | 5 | 4 | 9 |
| 3.0 to 3.33 | 21 | 19 | 17 | 14 | 11 | 8 | 19 |
| 3.34 to 3.66 | 30 | 30 | 26 | 28 | 25 | 15 | 29 |
| 3.67 to 3.99 | 30 | 33 | 36 | 34 | 38 | 18 | 32 |
| Perfect 4.0 | 7 | 9 | 12 | 11 | 14 | 8 | 9 |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

**Table 2a. Applicants by Parents' Education and Income and Applicants' Ethnic Identity, 2011 (N=55,643)**

| | Ethnic Identity | | | | | | |
|---|---|---|---|---|---|---|---|
| | Black | Latino | N Asian | S Asian | White | Other | Total |
| Highest Education by Either Parent | | | | | | | |
| No High School | 1 | 21 | 3 | 6 | 0 | 1 | 6 |
| No High School Diploma | 3 | 14 | 3 | 6 | 0 | 1 | 5 |
| High School Diploma | 15 | 19 | 10 | 11 | 5 | 5 | 11 |
| Some College | 18 | 13 | 7 | 13 | 6 | 5 | 9 |
| 2-Year College Degree | 8 | 5 | 4 | 7 | 4 | 3 | 4 |
| 4-Year College Degree | 26 | 14 | 26 | 35 | 30 | 37 | 27 |
| Post-Gradutate | 25 | 13 | 45 | 18 | 53 | 44 | 36 |
| Missing | 3 | 2 | 2 | 2 | 2 | 4 | 2 |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| | | | | | | | |
| Parents' Income | | | | | | | |
| Missing | 10 | 6 | 13 | 8 | 19 | 20 | 13 |
| <$30,000 | 33 | 37 | 15 | 25 | 7 | 7 | 19 |
| $30,000-$59,999 | 23 | 28 | 17 | 20 | 9 | 13 | 18 |
| $60,000-$99,000 | 14 | 12 | 15 | 17 | 13 | 16 | 14 |
| $100,000-$149,000 | 10 | 8 | 15 | 14 | 15 | 13 | 13 |
| $150,000 or more | 11 | 9 | 25 | 16 | 37 | 31 | 24 |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

**Table 2b. Applicants by Parents' Education and Income and Applicants' Ethnic Identity, 2008 (N=55,437)**

| | Ethnic Identity | | | | | | |
|---|---|---|---|---|---|---|---|
| | Black | Latino | N Asian | S Asian | White | Other | Total |
| Highest Education by Either Parent | | | | | | | |
| No High School | 1 | 21 | 3 | 7 | 0.08 | 1 | 6 |
| No High School | 3 | 12 | 3 | 5 | 0.2 | 1 | 4 |
| High School Dip | 14 | 19 | 10 | 10 | 4 | 6 | 10 |
| Some College | 21 | 14 | 8 | 12 | 7 | 6 | 10 |
| 2-Year College | 9 | 5 | 4 | 7 | 4 | 3 | 5 |
| 4-Year College | 22 | 13 | 25 | 34 | 27 | 28 | 25 |
| Post-Gradutate | 25 | 13 | 40 | 20 | 52 | 42 | 36 |
| Missing | 5 | 3 | 7 | 5 | 6 | 13 | 6 |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| | | | | | | | |
| Parents' Income | | | | | | | |
| Missing | 16 | 11 | 22 | 14 | 36 | 37 | 24 |
| <$30,000 | 26 | 32 | 15 | 23 | 5 | 9 | 16 |
| $30,000-$59,99 | 22 | 29 | 18 | 19 | 8 | 12 | 16 |
| $60,000-$99,00 | 16 | 14 | 16 | 18 | 12 | 13 | 14 |
| $100,000-$149, | 9 | 8 | 13 | 14 | 14 | 12 | 12 |
| $150,000 or mo | 10 | 7 | 17 | 12 | 25 | 17 | 17 |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

**Table 3a. Applicants and Amissions by Type of Review, 2011**

| | All Applicants | Admitted |
|---|---|---|
| Regular Admission | 52,304 | 12,544 |
| Athletes | 170 | 170 |
| Final Review | 5,312 | 2,002 |
| Supplemental Review | 3,282 | 681 |
| School Review | 378 | 254 |
| Total | 61,446 | 15,651 |

| | L&S Applicants | Admitted |
|---|---|---|
| Regular Admission | 38,157 | 9,720 |
| Athletes | 167 | 167 |
| Final Review | 3,781 | 1,548 |
| Supplemental Review | 3,282 | 681 |
| School Review | 378 | 254 |
| Total | 45,765 | 12,370 |

| | Domestic L&S Applicants | Admitted |
|---|---|---|
| Regular Admission | 34,613 | 8,350 |
| Athletes | 165 | 165 |
| Final Review | 3,122 | 1,156 |
| Supplemental Review | 3,264 | 680 |
| School Review | 335 | 232 |
| Total | 41,499 | 10,583 |

**Table 3b. Applicants and Admissions by Type of Review, 2008**

| | All Applicants | Admitted |
|---|---|---|
| Regular Admission | 46,616 | 9,669 |
| Athletes | 210 | 210 |
| Final Review | 5,265 | 1,881 |
| Supplemental Review | 2,900 | 680 |
| School Review | 446 | 220 |
| Total | 55,437 | 12,660 |

| | L&S Applicants | Admitted |
|---|---|---|
| Regular Admission | 35,449 | 7,578 |
| Athletes | 207 | 207 |
| Final Review | 4,139 | 1,461 |
| Supplemental Review | 2,900 | 680 |
| School Review | 443 | 220 |
| Total | 43,138 | 10,146 |

| | Domestic L&S Applicants | Admitted |
|---|---|---|
| Regular Admission | 33,755 | 7,331 |
| Athletes | 199 | 199 |
| Final Review | 3,759 | 1,296 |
| Supplemental Review | 2,899 | 679 |
| School Review | 439 | 220 |
| Total | 41,051 | 9,725 |

**Table 4. Ordered Logit Model of Effect of Applicant and School Characterisitcs on Read Score in Regular Review, 2011 and 2007**

| | 2011 | | 2007 | |
|---|---|---|---|---|
| | b | z(b) | b | z(b) |
| **Ethnic Identity (White omitted)** | | | | |
| Black | **0.072** | 2 | **-0.244** | -5 |
| Latino | **0.107** | 4 | **-0.062** | -2 |
| North Asian | **0.218** | 9 | **0.153** | 6 |
| South East Asian | **0.097** | 3 | **0.054** | 2 |
| Other | -0.003 | 0 | -0.006 | 0 |
| Male | **0.199** | 11 | **0.116** | 5 |
| Gender missing | **0.205** | 2 | 0.017 | 0 |
| California Resident | **0.788** | 7 | 0.115 | 1 |
| International Student | **-0.411** | -5 | **2.667** | 19 |
| **Academic Performance** | | | | |
| Number of APs: Score 3 | **-0.055** | -5 | **-0.025** | -2 |
| Number of APs: Score 4 | **-0.050** | -5 | **-0.065** | -5 |
| Number of APs: Score 5 | **-0.102** | -9 | **-0.150** | -11 |
| Weak Downward Trend in Grades | **0.042** | 2 | 0.016 | 1 |
| Strong Downward Trend in Grades | **0.138** | 6 | 0.030 | 1 |
| **High School Grades** | | | | |
| Spline: 0 through 3.75 | **-1.744** | -12 | **-2.827** | -23 |
| Spline: 3.75 through 4.00 | **-1.188** | -6 | **-3.401** | -15 |
| Spline: 4.00 through 5.00 | **-1.522** | -12 | **-3.429** | -25 |
| GPA missing | **-20.416** | -23 | **-12.907** | -20 |
| Spline: 0 through 3.75 * GPA percentile missing | **-3.381** | -11 | **-1.054** | -5 |
| Spline: 3.75 through 4.00 * GPA percentile missing | **-8.147** | -18 | **-5.341** | -11 |
| Spline: 4.00 through 5.00 * GPA percentile missing | **-3.273** | -16 | **-0.969** | -5 |
| **High School Grades** | | | | |
| Spline: 0%ile through 20%ile | **-0.117** | -20 | **-0.039** | -8 |
| Spline: 20%ile though 80%ile | **-0.079** | -49 | **-0.030** | -19 |
| Spline: 80%ile through 99%ile | **-0.111** | -33 | **-0.052** | -14 |
| GPA percentile missing | **9.334** | 9 | **2.543** | 4 |
| Perfect 4.0 GPA | **-0.756** | -20 | **-0.909** | -22 |
| **College Prep Coursework** | | | | |
| Number of A-G Courses: 0 through 20%ile | **-0.008** | -2 | **-0.008** | -3 |
| Number of A-G Courses: 20 though 80%ile | **-0.007** | -12 | **-0.004** | -7 |
| Number of A-G Courses: 80 through 99%ile | **-0.019** | -10 | **-0.027** | -12 |
| Number of A-G Courses: %ile missing | -0.089 | 0 | -0.091 | 0 |
| **Test Scores** | | | | |
| UC Score: Spline 0 though 300 | **-0.008** | -12 | **-0.006** | -8 |
| UC Score: Spline 300 though 460 | **-0.010** | -17 | **-0.012** | -20 |
| UC Score Spline: 460 though 500 | **-0.034** | -11 | **-0.047** | -12 |
| UC Score missing | **-1.793** | -4 | **-1.761** | -7 |
| UC Score: Spline 0 though 300 * UC Score %ile missing | **0.005** | 3 | 0.001 | 1 |
| UC Score: Spline 300 though 460 * UC Score %ile missing | **-0.021** | -23 | **-0.007** | -9 |
| UC Score Spline: 460 though 500 * UC Score %ile missing | **-0.084** | -6 | **-0.043** | -3 |
| **Test Scores** | | | | |
| UC Score %ile: Spline 0 though 10th %ile | -0.005 | -1 | **0.027** | 3 |
| UC Score %ile: Spline 10 though 85th %ile | **-0.009** | -9 | **-0.005** | -4 |
| UC Score %ile: 85 though 99th %ile | **-0.039** | -9 | **-0.047** | -10 |
| UC Score %ile missing | -0.645 | -1 | 0.081 | 0 |
| **High School Variables** | | | | |
| ELC | **-0.417** | -14 | **-0.331** | -10 |
| API | **-0.022** | -2 | 0.032 | 3 |

| | | | | |
|---|---|---|---|---|
| API missing | **0.177** | 2 | 0.189 | 1 |
| <10 applicants | **0.159** | 3 | **0.113** | 2 |
| Outreach | **-0.272** | -15 | **-0.365** | -17 |
| **Socioeconomic Status** | | | | |
| Below 1/2 the poverty line (omitted) | | | | |
| Between 1/2 and 1 times the poverty line | -0.049 | -1 | -0.069 | -1 |
| Between 1 and 2 times the poverty line | -0.011 | 0 | -0.012 | 0 |
| Between 2 and 3 times the poverty line | -0.035 | -1 | 0.022 | 0 |
| Between 3 and 4 times the poverty line | -0.069 | -1 | -0.017 | 0 |
| Between 4 and 5 times the poverty line | -0.026 | 0 | 0.023 | 0 |
| More than 5 times the poverty line | -0.068 | -1 | 0.030 | 0 |
| Income missing | -0.054 | -1 | -0.026 | 0 |
| **Parents Education** | | | | |
| No high school diploma (omitted) | | | | |
| High school diploma | -0.039 | -1 | -0.007 | 0 |
| Some college | -0.026 | -1 | -0.014 | 0 |
| College degree | -0.011 | 0 | -0.053 | -1 |
| Post-graduate education | **-0.072** | -2 | **-0.121** | -3 |
| Parents' education missing | 0.075 | 1 | -0.015 | 0 |
| **School Characteristics from CA DOE data** | | | | |
| **School Ethnic Proportion (White omitted)** | | | | |
| Black | -0.001 | -1 | -0.002 | -1 |
| Latino | 0.001 | 1 | 0.001 | 1 |
| Asian | **0.003** | 4 | **0.003** | 2 |
| Other | -0.001 | 0 | -0.001 | 0 |
| **Other School Characteristics** | | | | |
| High school enrollment | **0.000** | 6 | **0.000** | 4 |
| % teachers with emergency credentials | 0.002 | 1 | 0.004 | 1 |
| % students eligible for subsidized meals | -0.001 | -1 | -0.001 | -1 |
| % students who are English learners | **-0.004** | -2 | -0.003 | -1 |
| % students with no college educated parents | **-0.002** | -2 | 0.000 | 0 |
| % 10th grade attrition | 0.000 | 0 | 0.002 | 1 |
| % did not complete A-G requirement | 0.000 | 0 | -0.001 | -1 |
| Average income - UC applicants | 0.000 | 0 | 0.000 | -1 |
| High school graduates, 2007 | **0.000** | -2 | 0.000 | 0 |
| Number applications to any UC campus | 0.002 | 3 | 0.000 | 0 |
| Number applications to UCLA | **-0.004** | -4 | 0.000 | 0 |
| Number admits to UCLA | **0.004** | 2 | **-0.003** | -2 |
| % of admitted students who enrolled at UCLA | 0.000 | 0 | 0.001 | 1 |
| Mean SAT, Reading | **-0.004** | -2 | -0.003 | -1 |
| Mean SAT, Math | 0.002 | 1 | -0.001 | -1 |
| Mean SAT, Writing | **0.004** | 2 | **0.004** | 2 |
| AP courses offered per year | -0.001 | -1 | 0.003 | 1 |
| % students with AP score >3, '05-'07 | **0.005** | 5 | 0.001 | 1 |
| % students with low Opportunity To Learn | **0.004** | 3 | **0.003** | 2 |
| Student-Teacher Ratio | **0.005** | 2 | **0.007** | 2 |
| Less than 5% apply to UC system | 0.088 | 0 | -0.104 | -1 |
| Log-likelihood | -69246 | | -55924 | |

More negative coefficients indicate more favorable read scores. Not shown are ordered logit "cutpoints for distributions of dependent variables and coefficients for missing data on readsheet school characteristics. Coefficients that are more than twice their estimated robust standard errors are in boldface. Z(b) denotes ratio of estimated coefficient to its robust standard error.

**Table 5. Observed and Adjusted Disparities in Admission by Ethnic Identity Group, 2007-11**

| | White | Black | Latino | N Asian | SE Asian | Other |
|---|---|---|---|---|---|---|
| **2007** | | | | | | |
| Observed | 2,991 | 325 | 1,244 | 2,864 | 934 | 999 |
| Model | 2,914 | 576 | 1,586 | 2,172 | 1,000 | 1,109 |
| Parity | 2,933 | 412 | 1,470 | 2,413 | 1,080 | 1,048 |
| Disparity | 58 | -87 | -226 | 451 | -146 | -49 |
| Adjusted disparity | -19 | 164 | 116 | -241 | -80 | 60 |
| As % of Group Admittees | -0.6 | 50.4 | 9.3 | -8.4 | -8.6 | 6.1 |
| As % of Total Admittees | -0.2 | 1.8 | 1.2 | -2.6 | -0.9 | 0.6 |
| **2008** | | | | | | |
| Observed | 3,201 | 358 | 1,507 | 2,818 | 1,007 | 1,268 |
| Model | 3,132 | 646 | 1,853 | 2,190 | 1,051 | 1,286 |
| Parity | 3,091 | 478 | 1,781 | 2,456 | 1,139 | 1,213 |
| Disparity | 110 | -120 | -274 | 362 | -132 | 55 |
| Adjusted disparity | 41 | 168 | 72 | -265 | -89 | 73 |
| As % of Group Admittees | 1.3 | 46.9 | 4.8 | -9.4 | -8.8 | 5.8 |
| As % of Total Admittees | 0.4 | 1.7 | 0.7 | -2.6 | -0.9 | 0.7 |
| **2009** | | | | | | |
| Observed | 2,891 | 328 | 1,484 | 2,835 | 930 | 1,078 |
| Model | 2,860 | 626 | 1,766 | 2,224 | 942 | 1,129 |
| Parity | 2,816 | 454 | 1,707 | 2,435 | 954 | 1,180 |
| Disparity | 75 | -126 | -223 | 400 | -24 | -102 |
| Adjusted disparity | 44 | 172 | 59 | -212 | -13 | -50 |
| As % of Group Admittees | 1.5 | 52.5 | 3.9 | -7.5 | -1.4 | -4.7 |
| As % of Total Admittees | 0.5 | 1.8 | 0.6 | -2.2 | -0.1 | -0.5 |
| **2010** | | | | | | |
| Observed | 2,872 | 350 | 1,505 | 2,896 | 883 | 1,580 |
| Model | 2,883 | 630 | 1,846 | 2,359 | 1,038 | 1,329 |
| Parity | 2,812 | 536 | 1,861 | 2,516 | 1,014 | 1,347 |
| Disparity | 60 | -186 | -356 | 380 | -131 | 233 |
| Adjusted disparity | 72 | 94 | -15 | -156 | 24 | -18 |
| As % of Group Admittees | 2.5 | 26.8 | -1.0 | -5.4 | 2.7 | -1.1 |
| As % of Total Admittees | 0.7 | 0.9 | -0.2 | -1.5 | 0.2 | -0.2 |

| | 2011 | | | | | |
|---|---|---|---|---|---|---|
| | White | Black | Latino | N Asian | SE Asian | Other |
| Observed | 3,407 | 379 | 1,873 | 3,552 | 1,050 | 2,269 |
| Model | 3,478 | 733 | 2,616 | 2,803 | 1,184 | 1,717 |
| Parity | 3,437 | 655 | 2,611 | 3,093 | 1,233 | 1,501 |
| Disparity | -30 | -276 | -738 | 459 | -183 | 768 |
| Adjusted disparity | 41 | 78 | 5 | -290 | -49 | 216 |
| As % of Group Admittees | 1.2 | 20.5 | 0.3 | -8.2 | -4.7 | 9.5 |
| As % of Total Admittees | 0.3 | 0.6 | 0.0 | -2.3 | -0.4 | 1.7 |

**Table 6. Adjusted Admissions Disparities by Stage and Ethnic Identity, 2007-11**

| Stage | White | Black | Latino | N Asian | SE Asian | Other |
|---|---|---|---|---|---|---|
| **2007** | | | | | | |
| Regular | 28 | 63 | 59 | -143 | -57 | 50 |
| Final | -30 | 45 | 38 | -47 | -13 | 7 |
| Supplemental | -19 | 55 | 30 | -52 | -14 | 0 |
| School | 2 | 1 | -12 | 1 | 4 | 3 |
| Total | -19 | 164 | 116 | -241 | -80 | 60 |
| **2008** | | | | | | |
| Regular | 55 | 44 | -3 | -127 | -37 | 67 |
| Final | -19 | 75 | 37 | -57 | -25 | -11 |
| Supplemental | -4 | 48 | 42 | -70 | -26 | 11 |
| School | 8 | 1 | -5 | -11 | 0 | 6 |
| Total | 41 | 168 | 72 | -265 | -89 | 73 |
| **2009** | | | | | | |
| Regular | 76 | 66 | 53 | -116 | 8 | -88 |
| Final | -4 | 26 | -1 | -23 | -8 | 10 |
| Supplemental | -21 | 66 | 13 | -73 | -13 | 28 |
| School | -7 | 14 | -7 | 0 | 0 | 0 |
| Total | 44 | 172 | 59 | -212 | -13 | -50 |
| **2010** | | | | | | |
| Regular | 76 | 23 | -1 | -123 | 52 | -26 |
| Final | -6 | 11 | -25 | 14 | -9 | 13 |
| Supplemental | -8 | 61 | 22 | -44 | -16 | -15 |
| School | 10 | -2 | -11 | -3 | -3 | 9 |
| Total | 72 | 94 | -15 | -156 | 24 | -18 |
| **2011** | | | | | | |
| Regular | 65 | -5 | 40 | -165 | -33 | 99 |
| Final | -14 | 28 | -39 | -50 | -1 | 76 |
| Supplemental | -15 | 51 | 8 | -79 | -16 | 51 |
| School | 4 | 5 | -4 | 4 | 1 | -10 |
| Total | 41 | 78 | 5 | -290 | -49 | 216 |

**Table A1. Admission Holistic Rank Cut-offs by Review Stage and Year**

| | | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|
| Regular Review | Admit Category | Domestic applicants with Holistic Rank between 1 and 2.5 and International applicants with Holistic Rank between 1 and 2.25 | Domestic applicants with Holistic Rank between 1 and 2.5 and International applicants with Holistic Rank between 1 and 2.25 | Domestic applicants with Holistic Rank between 1 and 2.25 and International applicants with Holistic Rank between 1 and 2 | Applicants with Holistic Rank between 1 and 2.5 | Applicants with Holistic Rank between 1 and 2.5 |
| | Tie Category | California Applicants with a Holistic Rank of 2.75 | California Applicants with a Holistic Rank of 2.75 | Domestic applicants with Holistic Rank of 2.5 and International Applicants with Holistic Rank between 2.25 and 2.5 | none | Applcants with Holistic Rank of 2.75 |
| Final Review | Admit Category | Domestic applicants with Holistic Rank between 1 and 2.5 and International applicants with Holistic Rank between 1 and 2.25 | Domestic applicants with Holistic Rank between 1 and 2.5 and International applicants with Holistic Rank between 1 and 2.25 | Domestic applicants with Holistic Rank between 1 and 2.25 and International applicants with Holistic Rank between 1 and 2 | Applicants with Holistic Rank between 1 and 2.5 | Applicants with Holistic Rank between 1 and 2.5 |
| | Tie Category | California Applicants with a Holistic Rank of 2.75 | California Applicants with a Holistic Rank of 2.75 | Domestic applicants with Holistic Rank of 2.5 and International Applicants with Holistic Rank between 2.25 and 2.5 | none | Applcants with Holistic Rank of 2.75 |
| Supplemental Review | Admit Category | Applicants with Supplemental Review Score of 2.25 of better | Applicants with Supplemental Review Score of 2.25 of better | Applicants with Supplemental Review Score of 2.25 of better | Applicants with Supplemental Review Score of 2.25 or better | Applicants with Supplemental Review Score of 2.25 or better |
| | Tie Category | none | none | none | Applicants with Supplemental Review Score of 2.5 | Applicants with Supplemental Review Score of 2.5 |
| School Review | Admit Category | Applicants with School Review Score of 1 | Applicants with School Review Score of 2.25 or better | Applicants with School Review Score of 2.25 or better | Applicants with School Review Score of 2.25 or better | Applicants with School Review Score of 2.25 or better |
| | Tie Category | none | none | none | none | none |

**Table A2. Number of Holitic Reads by School and Year**

| | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|
| Domestic Students, Letters & Sciences | 2 | 2 | 2 | 2 | 2 |
| International Students, Letters & Sciences | 1 | 1 | 2 | 2 | 2 |
| Domestic Students, Engineering | 2 | 2 | 2 | 2 | 2 |
| International Students, Engineering | 1 | 1 | 2 | 2 | 2 |
| All other schools (Arts & Architecture, Teather & Film, Nursing) | 1 | 1 | 2 | 2 | 2 |

Table A3. Coefficients for Statistical Models of Effects of Applicant Characteristics on Stages of Admission Process, 2011

| | Ordered Logit for read score for Regular Review (N=76,286; 38,143 students) | | Binary Logit for Referral to Final Review (N=45,584) | | Ordered Logit for Final Review Score (N=3,781) | | Binary Logit for Referral to Supplemental Review (N =45,584 | | Ordered Logit for Supplemental Review Score (N=3,282) | | Binary Logit for Referral to School Review (N=45,584) | | Ordered Logit for School Review Score (N=378) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | b | z(b) | b | z(b) | b | z(b) | b | z(b) | b | z(b) | b | z | b | z |
| **Ethnic Identity (White omitted)** | | | | | | | | | | | | | | |
| Black | 0.072 | 2 | **0.184** | 2 | -0.274 | -2 | **0.688** | 8 | **-0.565** | -3 | 0.013 | 0 | -1.392 | -2 |
| Latino | **0.107** | 4 | 0.017 | 0 | 0.161 | 1 | **0.210** | 3 | 0.077 | 1 | -0.087 | 0 | 0.202 | 0 |
| North Asian | **0.218** | 9 | 0.079 | 2 | **0.287** | 3 | **-0.232** | -3 | **0.342** | 2 | 0.091 | 1 | 0.342 | 1 |
| South East Asian | **0.097** | 3 | 0.138 | 2 | 0.022 | 0 | -0.131 | -1 | 0.257 | 2 | -0.046 | 0 | -0.147 | 0 |
| Other | -0.003 | 0 | **0.394** | 4 | -0.064 | 0 | **0.334** | 3 | -0.207 | -1 | -0.499 | -1 | -0.117 | 0 |
| Male | **0.199** | 11 | **0.135** | 4 | **0.166** | 3 | 0.048 | 1 | -0.032 | 0 | -0.049 | 0 | **0.597** | 2 |
| Gender missing | **0.205** | 2 | -0.007 | 0 | -0.265 | -1 | 0.034 | 0 | -0.264 | -1 | 0.503 | 1 | 0.021 | 0 |
| California Resident | **0.788** | 7 | -0.153 | -1 | 0.471 | 2 | **0.738** | 4 | 0.145 | 0 | | | | |
| International Student | **-0.411** | -5 | **-0.725** | -6 | **-0.620** | -3 | **-1.926** | -7 | 0.004 | 0 | -0.517 | -1 | -0.024 | 0 |
| **Performance on AP Tests** | | | | | | | | | | | | | | |
| Number of APs: Score 3 | **-0.055** | -5 | -0.040 | -2 | **-0.155** | -4 | 0.043 | 2 | 0.001 | 0 | -0.014 | 0 | **-0.443** | -3 |
| Number of APs: Score 4 | **-0.050** | -5 | -0.028 | -1 | **-0.139** | -4 | 0.017 | 1 | -0.035 | -1 | **0.126** | 2 | **-0.494** | -4 |
| Number of APs: Score 5 | **-0.102** | -9 | **-0.064** | -4 | **-0.251** | -9 | -0.036 | -1 | -0.057 | -1 | **-0.131** | -2 | **-0.335** | -2 |
| Weak Downward Trend in Grades | **0.042** | 2 | -0.074 | -2 | 0.108 | 2 | -0.041 | -1 | 0.025 | 0 | -0.012 | 0 | 0.469 | 2 |
| Strong Downward Trend in Grades | **0.138** | 6 | 0.030 | 1 | 0.157 | 2 | -0.035 | -1 | -0.015 | 0 | 0.101 | 1 | -0.063 | 0 |
| Trend in Grades missing | **0.829** | 5 | **0.557** | 5 | **1.044** | 5 | 0.099 | 0 | 0.208 | 0 | | | | |
| **High School Grades** | | | | | | | | | | | | | | |
| Spline: 0 through 3.75 | **-1.744** | -12 | -0.004 | 0 | **-2.043** | -7 | 1.487 | 7 | **-1.066** | -3 | -0.174 | -2 | | |
| Spline: 3.75 through 4.00 | **-1.188** | -6 | **2.763** | 8 | **-2.247** | -3 | 0.553 | 1 | -1.769 | -3 | 6.759 | 7 | **-7.212** | -4 |
| Spline: 4.00 through 5.00 | **-1.522** | -12 | -0.158 | -1 | **-1.852** | -5 | -0.705 | -2 | -0.474 | -1 | 1.558 | 3 | 0.584 | 1 |
| GPA missing | **-20.416** | -23 | 0.313 | 1 | **-8.830** | -9 | 2.251 | 2 | **-5.969** | -4 | | | | |
| Spline: 0 through 3.75 * GPA percentile missing | **-3.381** | -11 | 0.093 | 0 | -0.226 | -1 | -0.689 | -2 | -0.413 | -1 | | | | |
| Spline: 3.75 through 4.00 * GPA percentile missing | **-8.147** | -18 | -0.185 | 0 | **-3.137** | -3 | 1.182 | 1 | -1.476 | -1 | | | | |
| Spline: 4.00 through 5.00 * GPA percentile missing | **-3.273** | -16 | **-0.690** | -3 | -0.411 | -1 | -1.988 | -3 | -0.497 | -1 | -4.343 | -5 | | |
| High School Grades | | | | | | | | | | | | | | |
| Spline: 0%ile through 20%ile | **-0.117** | -20 | -0.005 | -1 | **-0.047** | -3 | -0.012 | -1 | **-0.045** | -3 | -0.032 | -1 | 0.077 | 1 |
| Spline: 20%ile though 80%ile | **-0.079** | -49 | **0.008** | 4 | **-0.028** | -7 | -0.002 | -1 | **-0.016** | -4 | **0.022** | 3 | 0.024 | 1 |
| Spline: 80%ile through 99%ile | **-0.111** | -33 | **-0.030** | -5 | **-0.062** | -6 | **-0.142** | -12 | -0.011 | -1 | -0.136 | -7 | -0.042 | -1 |
| GPA percentile missing | **9.334** | 9 | -0.543 | -1 | -0.410 | 0 | 1.819 | 2 | 0.906 | 0 | | | | |
| Perfect 4.0 GPA | **-0.756** | -20 | -0.092 | -1 | **-0.925** | -8 | **-0.344** | -3 | **-0.587** | -3 | -0.692 | -3 | 0.190 | 0 |
| **College Prep Coursework** | | | | | | | | | | | | | | |
| Number of A-G Courses: 0 through 20%ile | **-0.008** | -2 | -0.011 | -2 | -0.012 | -1 | 0.004 | 1 | -0.005 | 0 | -0.027 | -1 | -0.080 | -1 |
| Number of A-G Courses: 20 though 80t%ile | **-0.007** | -12 | 0.000 | 0 | **-0.011** | -4 | 0.002 | 1 | 0.000 | 0 | 0.001 | 0 | 0.004 | 0 |
| Number of A-G Courses: 80 through 99%ile | **-0.019** | -10 | 0.006 | 2 | -0.014 | -2 | -0.005 | -1 | -0.005 | -1 | -0.024 | -2 | 0.021 | 1 |
| Number of A-G Courses: %ile missing | -0.089 | 0 | -0.004 | 0 | -0.459 | -1 | **1.077** | 2 | -0.245 | 0 | | | | |
| **Test Scores** | | | | | | | | | | | | | | |
| UC Score: Spline 0 though 300 | **-0.008** | -12 | **-0.003** | -2 | **-0.011** | -4 | 0.000 | 0 | -0.004 | -2 | **0.017** | 2 | 0.001 | 0 |
| UC Score: Spline 300 though 460 | **-0.010** | -17 | **0.007** | 7 | **-0.013** | -7 | **-0.003** | -2 | 0.003 | 1 | **0.014** | 4 | -0.003 | -1 |
| UC Score Spline: 460 though 500 | **-0.034** | -11 | -0.011 | -2 | **-0.029** | -2 | 0.008 | 0 | 0.044 | 1 | **-0.076** | -3 | 0.004 | 0 |
| UC Score missing | **-1.793** | -4 | 0.236 | 0 | **-6.520** | -3 | 0.604 | 1 | **-2.379** | -3 | **5.385** | 2 | | |
| UC Score: Spline 0 though 300 * UC Score %ile missing | **0.005** | 3 | 0.001 | 0 | -0.008 | -1 | 0.003 | 1 | -0.006 | -2 | 0.005 | 1 | | |
| UC Score: Spline 300 though 460 * UC Score %ile missing | **-0.021** | -23 | **0.007** | 6 | **-0.016** | -7 | **-0.005** | -2 | -0.002 | 0 | **-0.008** | -2 | | |
| UC Score Spline: 460 though 500 * UC Score %ile missing | **-0.084** | -6 | -0.034 | -3 | -0.018 | -1 | 0.016 | 0 | -0.104 | -1 | | | | |
| Test Scores | | | | | | | | | | | | | | |
| UC Score %ile: Spline 0 though 10th %ile | -0.005 | -1 | 0.012 | 1 | 0.047 | 1 | 0.021 | 1 | -0.033 | -1 | -0.033 | 0 | 0.026 | 0 |
| UC Score %ile: Spline 10 though 85th %ile | **-0.009** | -9 | -0.001 | -1 | **-0.018** | -5 | 0.003 | 2 | **-0.011** | -3 | 0.007 | 1 | -0.017 | -1 |
| UC Score %ile: 85 though 99th %ile | **-0.039** | -9 | **-0.028** | -3 | -0.005 | 0 | **-0.046** | -4 | -0.016 | -1 | -0.025 | -1 | -0.073 | -1 |
| UC Score %ile missing | -0.645 | -1 | -0.466 | -1 | 3.448 | 2 | -0.734 | -1 | 0.936 | 1 | | | | |
| **High School Variables** | | | | | | | | | | | | | | |
| ELC | **-0.417** | -14 | 0.055 | 1 | **-0.376** | -3 | 0.019 | 0 | **-0.206** | -2 | 0.297 | 2 | -0.360 | -1 |
| API | **-0.022** | -2 | -0.023 | -1 | -0.030 | -1 | **-0.059** | -3 | 0.011 | 0 | -0.078 | -1 | 0.109 | 1 |
| API missing | 0.177 | 2 | 0.560 | 2 | -0.442 | -1 | 0.753 | 3 | **1.409** | 3 | -0.779 | -1 | 0.200 | 0 |
| <10 applicants | **0.159** | 3 | **-0.316** | -5 | **-0.236** | -2 | 0.224 | 2 | -0.153 | -1 | **-1.047** | -4 | **3.129** | 6 |
| Outreach | **-0.272** | -15 | -0.117 | -3 | -0.253 | -4 | **0.287** | 7 | **-0.219** | -3 | **-0.270** | -2 | -0.160 | -1 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Socioeconomic Status** | | | | | | | | | | | | | | |
| Below 1/2 the poverty line (omitted) | | | | | | | | | | | | | | |
| Between 1/2 and 1 times the poverty line | -0.049 | -1 | -0.056 | -1 | -0.319 | -1 | **-0.155** | -2 | 0.053 | 0 | 1.158 | 2 | | |
| Between 1 and 2 times the poverty line | -0.011 | 0 | -0.020 | 0 | -0.124 | -1 | **-0.432** | -6 | **0.222** | 2 | **1.563** | 2 | | |
| Between 2 and 3 times the poverty line | -0.035 | -1 | -0.160 | -2 | 0.001 | 0 | **-1.174** | -12 | 0.097 | 1 | **1.488** | 2 | | |
| Between 3 and 4 times the poverty line | -0.069 | -1 | -0.127 | -1 | -0.187 | -1 | **-1.426** | -12 | 0.258 | 1 | 1.450 | 2 | | |
| Between 4 and 5 times the poverty line | -0.026 | 0 | -0.207 | -2 | -0.279 | -1 | **-1.310** | -10 | -0.057 | 0 | 1.493 | 2 | | |
| More than 5 times the poverty line | -0.068 | -1 | -0.142 | -1 | -0.293 | -1 | **-1.250** | -13 | 0.129 | 1 | 1.381 | 2 | | |
| Income missing | -0.054 | -1 | -0.127 | -1 | -0.234 | -1 | **-0.960** | -9 | 0.118 | 1 | **1.588** | 2 | | |
| **Parents Education** | | | | | | | | | | | | | | |
| No high school diploma (omitted) | | | | | | | | | | | | | | |
| High school diploma | -0.039 | -1 | -0.041 | -1 | -0.037 | 0 | **-0.202** | -3 | -0.050 | -1 | 0.153 | 0 | 0.331 | 0 |
| Some college | -0.026 | -1 | 0.019 | 0 | 0.047 | 0 | **-0.331** | -5 | -0.044 | 0 | 0.512 | 2 | -0.334 | 0 |
| College degree | -0.011 | 0 | 0.023 | 0 | -0.131 | -1 | **-0.658** | -9 | 0.175 | 1 | 0.682 | 2 | -1.376 | -2 |
| Post-graduate education | -0.072 | -2 | -0.026 | 0 | -0.197 | -1 | **-0.456** | -5 | 0.215 | 1 | 0.604 | 2 | -0.951 | -1 |
| Parents' education missing | 0.075 | 1 | -0.036 | 0 | 0.165 | 1 | **-0.529** | -3 | 0.113 | 1 | 1.116 | 3 | 0.035 | 0 |
| Sample | | | | | | | | | | | | | | |
| **School Characteristics from CA DOE data** | | | | | | | | | | | | | | |
| School Ethnic Composition | | | | | | | | | | | | | | |
| Proportion of students: | | | | | | | | | | | | | | |
| Black | -0.001 | -1 | 0.000 | 0 | -0.005 | -1 | -0.001 | 0 | 0.006 | 1 | 0.004 | 0 | 0.000 | 0 |
| Latino | 0.001 | 1 | -0.002 | -1 | -0.004 | -1 | 0.000 | 0 | 0.001 | 0 | -0.001 | 0 | 0.003 | 0 |
| Asian | **0.003** | 4 | -0.004 | -2 | 0.001 | 0 | -0.002 | -1 | 0.003 | 1 | -0.017 | -2 | 0.021 | 1 |
| Other | -0.001 | 0 | **-0.020** | -2 | -0.005 | 0 | -0.011 | -1 | -0.019 | -1 | 0.009 | 0 | -0.035 | -1 |
| Missing | 0.025 | 0 | -0.094 | 0 | -0.992 | -1 | -0.153 | -1 | 0.094 | 0 | 0.742 | 1 | | |
| **School Characteristics** | | | | | | | | | | | | | | |
| High school enrollment | 0.000 | 6 | 0.000 | 0 | 0.000 | 1 | 0.000 | -2 | 0.000 | 0 | 0.000 | 0 | 0.001 | 3 |
| % teachers with emergency credentials | 0.002 | 1 | 0.000 | 0 | **-0.034** | -2 | -0.002 | 0 | -0.018 | -1 | **-0.087** | -2 | -0.019 | 0 |
| % students eligible for subsidized meals | -0.001 | -1 | **-0.005** | -2 | -0.003 | -1 | 0.003 | 1 | 0.000 | 0 | 0.007 | 1 | -0.028 | -1 |
| % students who are English learners | -0.004 | -2 | 0.002 | 0 | -0.002 | 0 | 0.006 | 2 | **0.012** | 2 | -0.031 | -2 | -0.043 | -1 |
| % students with no college educated parents | **-0.002** | -2 | 0.000 | 0 | -0.002 | -1 | 0.000 | 0 | 0.001 | 0 | 0.001 | 0 | 0.035 | 2 |
| % 10th grade attrition | 0.000 | 0 | 0.005 | 2 | 0.001 | 0 | 0.004 | 1 | 0.004 | 1 | **0.028** | 3 | 0.009 | 1 |
| % did not complete A-G requirement | 0.000 | 0 | 0.000 | 0 | -0.004 | -2 | -0.002 | -2 | 0.003 | 1 | **0.011** | 2 | -0.004 | 0 |
| Average income - UC applicants | 0.000 | 0 | **-0.003** | -4 | -0.002 | -1 | -0.002 | -2 | -0.001 | 0 | 0.003 | 2 | -0.003 | -1 |
| High school graduates, 2007 | 0.000 | -2 | 0.000 | -1 | 0.000 | 0 | 0.000 | 0 | 0.000 | 0 | 0.001 | 1 | -0.003 | -2 |
| Number applications to any UC campus | 0.002 | 3 | -0.002 | -2 | 0.002 | 1 | -0.001 | -1 | 0.001 | 1 | **-0.018** | -4 | 0.013 | 1 |
| Number applications to UCLA | **-0.004** | -4 | 0.002 | 1 | -0.003 | -1 | 0.002 | 1 | 0.004 | 1 | -0.009 | -1 | -0.002 | 0 |
| Number admits to UCLA | **0.004** | 2 | 0.003 | 1 | 0.000 | 0 | 0.008 | 1 | **-0.023** | -2 | **0.122** | 7 | -0.054 | -1 |
| % of admitted students who enrolled at UCLA | 0.000 | 0 | 0.000 | 0 | 0.000 | 0 | -0.003 | -3 | 0.000 | 0 | -0.001 | 0 | -0.006 | -1 |
| Mean SAT, Reading | -0.004 | -2 | -0.001 | 0 | -0.012 | -1 | 0.014 | 3 | **0.026** | 3 | -0.024 | -2 | -0.044 | -1 |
| Mean SAT, Math | 0.002 | 1 | -0.001 | 0 | 0.007 | 1 | -0.005 | -2 | -0.003 | 0 | -0.012 | -1 | 0.013 | 1 |
| Mean SAT, Writing | **0.004** | 2 | 0.000 | 0 | 0.001 | 0 | -0.012 | -2 | **-0.025** | -3 | **0.042** | 3 | 0.068 | 1 |
| AP courses offered per year | -0.001 | -1 | -0.002 | 0 | 0.004 | 0 | -0.003 | -1 | -0.003 | 0 | 0.011 | 1 | -0.039 | -1 |
| % students with AP score >3, '05-'07 | **0.005** | 5 | 0.003 | 2 | -0.002 | -1 | 0.002 | 1 | -0.003 | -1 | 0.009 | 1 | -0.040 | -3 |
| % students with low Opportunity To Learn | **0.004** | 3 | **-0.015** | -6 | **0.021** | 4 | **-0.008** | -2 | -0.007 | -1 | **-0.055** | -6 | 0.000 | 0 |
| Student-Teacher Ratio | 0.005 | 2 | **-0.019** | -2 | 0.023 | 2 | -0.010 | -1 | 0.006 | 1 | -0.061 | -2 | -0.015 | 0 |
| Less than 5% apply to UC system | 0.088 | 0 | 0.185 | 1 | 0.779 | 2 | -0.210 | -1 | -0.330 | -1 | | | | |
| Log-likelihood | -69246 | | -13198 | | -6277 | | -9340 | | -6133 | | -1752 | | -399 | |

Not shown are ordered logit "cutpoints" for distributions of dependent variables or coefficients for missing data on school variables. Coefficients that are more than twice their estimated robust standard errors are in boldface. Z(b) denotes ratio of coefficient to estimated robust standard error.

Table A4. Coefficients for Statistical Models of Effects of Applicant Characteristics on Stages of Admission Process, 2007

| | Ordered Logit for read score for Regular Review (N=65,294; 33,413 students) | | Binary Logit for Referral to Final Review (N=39,616) | | Ordered Logit for Final Review Score (N=3,067) | | Binary Logit for Referral to Supplemental Review (N =39,616) | | Ordered Logit for Supplemental Review Score (N=2,669) | | Binary Logit for Referral to School Review (N=39,616) | | Ordered Logit for School Review Score (N=462) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | b | z(b) | b | z(b) | b | z(b) | b | z(b) | b | z(b) | b | z | b | z |
| **Ethnic Identity (White omitted)** | | | | | | | | | | | | | | |
| Black | **-0.244** | -5 | **0.332** | 3 | **-0.787** | -4 | **0.905** | 9 | **-0.634** | -4 | 0.080 | 0 | -0.479 | -1 |
| Latino | **-0.062** | -2 | **0.153** | 2 | **-0.217** | -2 | **0.494** | 6 | 0.212 | 1 | **-0.344** | -2 | **-0.811** | -2 |
| North Asian | **0.153** | 6 | -0.034 | -1 | **0.238** | 2 | **-0.158** | -2 | **0.288** | 2 | -0.010 | 0 | -0.461 | -1 |
| South East Asian | **0.054** | 2 | -0.084 | -1 | -0.022 | 0 | 0.096 | 1 | **0.387** | 2 | 0.101 | 1 | 0.139 | 0 |
| Other | -0.006 | 0 | 0.103 | 1 | 0.054 | 0 | -0.045 | 0 | 0.076 | 0 | 0.097 | 0 | -0.439 | -1 |
| Male | **0.116** | 5 | 0.034 | 1 | -0.017 | 0 | -0.013 | 0 | 0.033 | 0 | **0.251** | 2 | **-1.001** | -3 |
| Gender missing | 0.017 | 0 | **-0.275** | -2 | -0.243 | -1 | **0.323** | 2 | -0.511 | -1 | 0.128 | 0 | -0.389 | -1 |
| California Resident | 0.115 | 1 | -0.022 | 0 | 0.012 | 0 | **0.312** | 2 | -0.217 | 0 | | | | |
| International Student | **2.667** | 19 | **-2.904** | -10 | 0.747 | 1 | 0.125 | 1 | -0.773 | -1 | -0.309 | -1 | -0.620 | 0 |
| **Performance on AP Tests** | | | | | | | | | | | | | | |
| Number of APs: Score 3 | **-0.025** | -2 | 0.001 | 0 | **-0.126** | -3 | -0.020 | -1 | 0.013 | 0 | -0.033 | -1 | 0.028 | 0 |
| Number of APs: Score 4 | **-0.065** | -5 | 0.009 | 0 | **-0.100** | -2 | -0.056 | -1 | -0.049 | -1 | -0.034 | -1 | -0.042 | 0 |
| Number of APs: Score 5 | **-0.150** | -11 | **-0.054** | -2 | **-0.205** | -5 | -0.073 | -1 | **0.176** | 2 | **-0.162** | -2 | -0.059 | 0 |
| Weak Downward Trend in Grades | 0.016 | 1 | 0.042 | 1 | -0.022 | 0 | 0.005 | 0 | -0.023 | 0 | **-0.400** | -3 | -0.116 | 0 |
| Strong Downward Trend in Grades | 0.030 | 1 | -0.050 | -1 | 0.110 | 1 | -0.039 | -1 | -0.047 | 0 | **0.484** | 3 | **0.805** | 2 |
| Trend in Grades missing | **0.194** | 2 | **0.238** | 2 | 0.013 | 0 | -0.286 | -1 | 0.334 | 1 | -0.461 | -1 | | |
| **High School Grades** | | | | | | | | | | | | | | |
| Spline: 0 through 3.75 | **-2.827** | -23 | **1.583** | 5 | **-2.709** | -4 | **1.173** | 5 | **-2.227** | -5 | 8.441 | 1 | 29.883 | 1 |
| Spline: 3.75 through 4.00 | **-3.401** | -15 | **1.956** | 5 | **-2.587** | -3 | -0.252 | -1 | -1.503 | -2 | **3.897** | 2 | -1.344 | 0 |
| Spline: 4.00 through 5.00 | **-3.429** | -25 | **-0.410** | -2 | **-2.693** | -7 | **-0.858** | -2 | -1.045 | -1 | 0.702 | 1 | -0.102 | 0 |
| GPA missing | **-12.907** | -20 | 0.195 | 0 | **-14.087** | -5 | **2.551** | 2 | **-12.577** | -7 | | | | |
| Spline: 0 through 3.75 * GPA percentile missing | **-1.054** | -5 | **-1.446** | -4 | **-1.672** | -2 | **-0.561** | -2 | -0.804 | -1 | 1.545 | 0 | | |
| Spline: 3.75 through 4.00 * GPA percentile missing | **-5.341** | -11 | 0.079 | 0 | -0.425 | 0 | 0.907 | 1 | 1.074 | 1 | -0.836 | 0 | | |
| Spline: 4.00 through 5.00 * GPA percentile missing | **-0.969** | -5 | 0.306 | 1 | **-0.900** | -2 | -0.908 | -1 | -0.266 | 0 | **-3.756** | -2 | | |
| **High School Grades** | | | | | | | | | | | | | | |
| Spline: 0%ile through 20%ile | **-0.039** | -8 | **-0.031** | -2 | -0.019 | -1 | 0.015 | 1 | -0.026 | -1 | -0.071 | 0 | -0.123 | -1 |
| Spline: 20%ile though 80%ile | **-0.030** | -19 | **0.007** | 2 | **-0.021** | -4 | **-0.009** | -3 | 0.000 | 0 | **0.083** | 8 | -0.022 | -1 |
| Spline: 80%ile through 99%ile | **-0.052** | -14 | -0.008 | -1 | **-0.050** | -5 | **-0.074** | -6 | -0.008 | 0 | **-0.073** | -5 | 0.048 | 1 |
| GPA percentile missing | **2.543** | 4 | **5.509** | 4 | **5.490** | 2 | 0.193 | 0 | 2.286 | 1 | | | | |
| Perfect 4.0 GPA | **-0.909** | -22 | 0.034 | 1 | **-0.431** | -4 | **-0.387** | -3 | **0.521** | 2 | **-0.785** | -4 | -0.242 | -1 |
| **College Prep Coursework** | | | | | | | | | | | | | | |
| Number of A-G Courses: 0 through 20%ile | **-0.008** | -3 | -0.008 | -1 | -0.009 | -1 | 0.006 | 1 | 0.000 | 0 | 0.019 | 1 | 0.004 | 0 |
| Number of A-G Courses: 20 though 80t%ile | **-0.004** | -7 | -0.001 | -1 | **-0.004** | -2 | **-0.003** | -2 | **-0.004** | -2 | 0.001 | 0 | -0.005 | -1 |
| Number of A-G Courses: 80 through 99%ile | **-0.027** | -12 | 0.006 | 1 | **-0.035** | -4 | 0.008 | 1 | -0.008 | -1 | **-0.023** | -2 | 0.035 | 1 |
| Number of A-G Courses: %ile missing | -0.091 | 0 | **-0.526** | -2 | **-0.918** | -2 | **1.313** | 2 | -0.553 | -1 | | | | |
| **Test Scores** | | | | | | | | | | | | | | |
| UC Score: Spline 0 though 300 | **-0.006** | -8 | 0.001 | 1 | **-0.011** | -3 | -0.001 | -1 | **-0.009** | -4 | **0.008** | 2 | -0.002 | 0 |
| UC Score: Spline 300 though 460 | **-0.012** | -20 | **0.003** | 3 | **-0.009** | -4 | -0.002 | -1 | -0.003 | -1 | **0.006** | 2 | **0.017** | 2 |
| UC Score Spline: 460 though 500 | **-0.047** | -12 | **-0.011** | -2 | **-0.025** | -2 | -0.024 | -1 | -0.038 | -1 | **-0.045** | -2 | -0.048 | -1 |
| UC Score missing | **-1.761** | -7 | -0.134 | 0 | **-4.307** | -4 | -0.445 | -1 | **-2.815** | -5 | -2.051 | -1 | | |
| UC Score: Spline 0 though 300 * UC Score %ile missing | 0.001 | 1 | -0.001 | 0 | -0.005 | -1 | 0.002 | 1 | **-0.005** | -2 | -0.011 | -1 | **0.047** | 2 |
| UC Score: Spline 300 though 460 * UC Score %ile missing | **-0.007** | -9 | **0.003** | 2 | **-0.006** | -2 | -0.002 | -1 | 0.003 | 1 | **-0.009** | -2 | **-0.033** | -2 |
| UC Score Spline: 460 though 500 * UC Score %ile missing | **-0.043** | -3 | -0.003 | 0 | **-0.048** | -2 | -0.103 | -1 | **0.447** | 4 | | | | |
| **Test Scores** | | | | | | | | | | | | | | |
| UC Score %ile: Spline 0 though 10th %ile | **0.027** | 3 | 0.016 | 1 | 0.047 | 1 | 0.023 | 1 | **-0.056** | -2 | 0.094 | 1 | **1.218** | 2 |
| UC Score %ile: Spline 10 though 85th %ile | **-0.005** | -4 | **0.009** | 4 | **-0.008** | -2 | 0.001 | 1 | -0.002 | -1 | 0.002 | 0 | -0.016 | -1 |
| UC Score %ile: 85 though 99th %ile | **-0.047** | -10 | **-0.017** | -2 | **-0.050** | -4 | **-0.029** | -2 | -0.007 | 0 | **-0.106** | -5 | 0.059 | 1 |
| UC Score %ile missing | 0.081 | 0 | 0.739 | 1 | 1.677 | 1 | -0.404 | -1 | 0.474 | 1 | **3.974** | 2 | | |
| **High School Variables** | | | | | | | | | | | | | | |
| ELC | **-0.331** | -10 | 0.017 | 0 | **-0.446** | -4 | **0.140** | 2 | **-0.249** | -2 | **0.475** | 4 | 0.283 | 1 |
| API | **0.032** | 3 | -0.011 | -1 | 0.022 | 1 | **-0.051** | -2 | **0.068** | 2 | -0.009 | 0 | 0.186 | 1 |
| API missing | 0.189 | 1 | 0.011 | 0 | **1.567** | 2 | -0.138 | 0 | -0.677 | -1 | -0.751 | 0 | 2.752 | 1 |
| <10 applicants | **0.113** | 2 | -0.173 | -1 | 0.182 | 1 | **0.349** | 3 | 0.080 | 0 | **-0.937** | -2 | | |
| Outreach | **-0.365** | -17 | 0.053 | 1 | **-0.385** | -5 | **0.521** | 11 | **-0.329** | -4 | **-0.275** | -3 | **0.479** | 2 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Socioeconomic Status** | | | | | | | | | | | | | | |
| Below 1/2 the poverty line (omitted) | | | | | | | | | | | | | | |
| Between 1/2 and 1 times the poverty line | -0.069 | -1 | -0.127 | -1 | 0.077 | 0 | -0.118 | -1 | -0.094 | -1 | 0.044 | 0 | -0.794 | -1 |
| Between 1 and 2 times the poverty line | -0.012 | 0 | **-0.177** | -2 | -0.062 | 0 | **-0.585** | -6 | -0.059 | 0 | -0.102 | 0 | -0.487 | -1 |
| Between 2 and 3 times the poverty line | 0.022 | 0 | **-0.273** | -2 | 0.053 | 0 | **-0.953** | -9 | 0.099 | 1 | -0.091 | 0 | 0.410 | 1 |
| Between 3 and 4 times the poverty line | -0.017 | 0 | **-0.311** | -2 | -0.152 | -1 | **-1.152** | -10 | -0.183 | -1 | -0.428 | -1 | 0.082 | 0 |
| Between 4 and 5 times the poverty line | 0.023 | 0 | **-0.319** | -2 | -0.083 | 0 | **-1.354** | -10 | -0.087 | 0 | -0.076 | 0 | 1.076 | 1 |
| More than 5 times the poverty line | 0.030 | 0 | **-0.242** | -2 | -0.245 | -1 | **-1.436** | -12 | -0.256 | -1 | -0.387 | -1 | 0.175 | 0 |
| Income missing | -0.026 | 0 | **-0.269** | -2 | -0.148 | -1 | **-0.884** | -8 | -0.271 | -1 | -0.087 | 0 | 0.150 | 0 |
| **Parents Education** | | | | | | | | | | | | | | |
| No high school diploma (omitted) | | | | | | | | | | | | | | |
| High school diploma | -0.007 | 0 | -0.071 | -1 | -0.132 | -1 | -0.037 | -1 | -0.038 | 0 | 0.030 | 0 | -0.010 | 0 |
| Some college | -0.014 | 0 | -0.126 | -1 | -0.082 | 0 | **-0.299** | -4 | 0.032 | 0 | -0.224 | -1 | **0.892** | 2 |
| College degree | -0.053 | -1 | -0.067 | -1 | -0.038 | 0 | **-0.547** | -7 | **0.288** | 2 | -0.058 | 0 | 0.173 | 0 |
| Post-graduate education | **-0.121** | -3 | -0.130 | -1 | -0.066 | 0 | **-0.593** | -6 | 0.004 | 0 | -0.310 | -1 | 0.057 | 0 |
| Parents' education missing | -0.015 | 0 | -0.089 | -1 | -0.079 | 0 | **-0.798** | -6 | **0.367** | 2 | -0.346 | -1 | 0.642 | 1 |
| Sample | | | | | | | | | | | | | | |
| **School Characteristics from CA DOE data** | | | | | | | | | | | | | | |
| School Ethnic Composition | | | | | | | | | | | | | | |
| Proportion of students: | | | | | | | | | | | | | | |
| Black | -0.002 | -1 | -0.001 | 0 | -0.004 | -1 | **0.007** | 2 | 0.000 | 0 | **0.039** | 5 | -0.010 | 0 |
| Latino | 0.001 | 1 | 0.001 | 0 | 0.000 | 0 | **0.004** | 2 | 0.004 | 1 | **0.013** | 2 | **0.024** | 2 |
| Asian | **0.003** | 2 | **0.004** | 2 | -0.001 | 0 | 0.002 | 1 | **0.010** | 2 | 0.000 | 0 | 0.012 | 1 |
| Other | -0.001 | 0 | 0.002 | 0 | -0.002 | 0 | 0.003 | 0 | -0.014 | -1 | -0.017 | -1 | 0.022 | 0 |
| Missing | **-0.182** | -2 | 0.072 | 0 | 0.183 | 0 | -0.034 | 0 | -0.275 | -1 | **1.212** | 2 | | |
| **School Characteristics** | | | | | | | | | | | | | | |
| High school enrollment | **0.000** | 4 | **0.000** | 3 | 0.000 | 0 | **0.000** | -3 | 0.000 | 0 | **0.000** | 3 | 0.000 | 1 |
| % teachers with emergency credentials | 0.004 | 1 | 0.002 | 0 | 0.010 | 1 | 0.006 | 1 | 0.000 | 0 | **0.039** | 3 | 0.020 | 1 |
| % students eligible for subsidized meals | -0.001 | -1 | 0.000 | 0 | -0.002 | -1 | 0.001 | 1 | 0.001 | 0 | **0.010** | 2 | 0.010 | 1 |
| % students who are English learners | -0.003 | -1 | -0.001 | 0 | -0.005 | -1 | 0.005 | 1 | -0.003 | -1 | -0.010 | -1 | **-0.060** | -2 |
| % students with no college educated parents | 0.000 | 0 | **-0.005** | -2 | -0.001 | 0 | -0.001 | -1 | -0.003 | -1 | **-0.013** | -3 | -0.004 | 0 |
| % 10th grade attrition | 0.002 | 1 | 0.003 | 1 | 0.001 | 0 | 0.005 | 1 | **0.014** | 3 | **-0.019** | -2 | -0.012 | 0 |
| % did not complete A-G requirement | -0.001 | -1 | **0.005** | 3 | -0.003 | -1 | -0.001 | -1 | 0.003 | 1 | **0.009** | 2 | **0.021** | 2 |
| Average income - UC applicants | 0.000 | -1 | 0.001 | 1 | -0.002 | -1 | 0.002 | 1 | 0.000 | 0 | -0.002 | -1 | -0.003 | 0 |
| High school graduates, 2007 | 0.000 | 0 | **-0.001** | -2 | 0.000 | 0 | 0.000 | 1 | 0.000 | 0 | -0.001 | -1 | -0.002 | -1 |
| Number applications to any UC campus | 0.000 | 0 | 0.001 | 1 | **0.005** | 2 | **0.004** | 2 | -0.002 | -1 | 0.004 | 1 | 0.002 | 0 |
| Number applications to UCLA | 0.000 | 0 | -0.002 | -1 | **-0.009** | -2 | **-0.006** | -2 | 0.004 | 1 | **-0.035** | -6 | -0.016 | -1 |
| Number admits to UCLA | **-0.003** | -2 | 0.004 | 1 | 0.002 | 0 | 0.005 | 1 | -0.008 | -1 | **0.089** | 11 | **0.037** | 2 |
| % of admitted students who enrolled at UCLA | 0.001 | 1 | 0.000 | 0 | 0.000 | 0 | 0.000 | 0 | -0.002 | -1 | **0.012** | 4 | -0.007 | -1 |
| Mean SAT, Reading | -0.003 | -1 | 0.002 | 0 | -0.009 | -1 | 0.004 | 1 | 0.008 | 1 | **-0.046** | -3 | 0.054 | 1 |
| Mean SAT, Math | -0.001 | -1 | **-0.008** | -3 | **0.011** | 2 | **-0.011** | -3 | -0.008 | -1 | **0.030** | 4 | -0.019 | -1 |
| Mean SAT, Writing | **0.004** | 2 | 0.004 | 1 | 0.003 | 0 | 0.000 | 0 | -0.002 | 0 | **0.029** | 2 | -0.041 | -1 |
| AP courses offered per year | 0.003 | 1 | 0.002 | 1 | 0.005 | 1 | 0.003 | 1 | 0.004 | 0 | -0.010 | -1 | 0.036 | 1 |
| % students with AP score >3, '05-'07 | 0.001 | 1 | -0.001 | -1 | -0.003 | -1 | 0.000 | 0 | **0.008** | 2 | 0.002 | 0 | -0.003 | 0 |
| % students with low Opportunity To Learn | **0.003** | 2 | **-0.005** | -2 | -0.002 | 0 | **-0.009** | -3 | -0.002 | 0 | **-0.022** | -2 | -0.023 | -1 |
| Student-Teacher Ratio | **0.007** | 2 | **-0.026** | -3 | 0.012 | 1 | 0.000 | 0 | 0.000 | 0 | -0.021 | -1 | -0.023 | 0 |
| Less than 5% apply to UC system | -0.104 | -1 | -0.191 | -1 | 0.019 | 0 | 0.089 | 0 | 0.268 | 1 | -1.118 | -1 | | |
| Log-likelihood | -55923.89 | | -10773.753 | | -4918.646 | | -7754 | | -4785.492 | | -1893.549 | | -259.332 | |

Not shown are ordered logit "cutpoints" for distributions of dependent variables or coefficients for missing data on school variables. Coefficients that are more than twice their estimated robust standard errors are in boldface. Z(b) denotes ratio of coefficient to estimated robust standard error.

**Table A5a. Summary of Representation of Ethnic Identity Groups by Stage of Admission Process, 2007**

**A. REGULAR REVIEW**

**Applicants with Holistic Rank between 1 and 2.5 (Domestic) or between 1 and 2.25 (International)**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 2,418 | 127 | 681 | 2,352 | 688 | 790 | 7,056 |
| Model | 2,264 | 349 | 1,134 | 1,707 | 760 | 841 | 7,056 |
| Parity | 2,226 | 303 | 1,083 | 1,826 | 816 | 802 | 7,056 |
| Disparity | 192 | -176 | -402 | 526 | -128 | -12 | |
| Adjusted Disparity | 38 | 47 | 51 | -119 | -56 | 40 | |

**California Applicants with a Holistic Rank of 2.75**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 729 | 76 | 279 | 499 | 246 | 260 | 2,089 |
| Model | 662 | 113 | 314 | 486 | 235 | 280 | 2,089 |
| Parity | 659 | 90 | 321 | 541 | 242 | 237 | 2,089 |
| Disparity | 70 | -14 | -42 | -42 | 4 | 23 | |
| Adjusted Disparity | 3 | 23 | -7 | -55 | -7 | 43 | |

**Admitted Applicants out of CA Residents with HR = 2.75**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 51 | 36 | 134 | 59 | 64 | 58 | 402 |
| Model | 117 | 34 | 70 | 80 | 46 | 56 | 402 |
| Parity | 127 | 17 | 62 | 104 | 47 | 46 | 402 |
| Disparity | -76 | 19 | 72 | -45 | 17 | 12 | |
| Adjusted Disparity | -10 | 16 | 8 | -24 | -1 | 10 | |

**B. FINAL REVIEW**

**Assigned to Final Review**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 1079 | 158 | 586 | 929 | 337 | 269 | 3358 |
| Model | 987 | 210 | 638 | 798 | 347 | 379 | 3358 |
| Parity | 1021 | 163 | 578 | 851 | 387 | 358 | 3358 |
| Disparity | 58 | -5 | 8 | 78 | -50 | -89 | |
| Adjusted Disparity | -35 | 47 | 61 | -53 | -40 | 21 | |

**L&S Applicants with Final Holistic Rank between 1 and 2.5 (Domestic) or Between 1 and 2.25 (International)**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 356 | 53 | 145 | 299 | 89 | 88 | 1,030 |
| Model | 289 | 94 | 206 | 221 | 106 | 114 | 1,030 |
| Parity | 313 | 50 | 177 | 261 | 119 | 110 | 1,030 |
| Disparity | 43 | 3 | -32 | 38 | -30 | -22 | |
| Adjusted Disparity | -25 | 44 | 28 | -40 | -12 | 4 | |

**L&S California Applicants with a Holistic Rank of 2.75, Final Review**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 53 | 9 | 62 | 58 | 21 | 10 | 213 |
| Model | 46 | 11 | 59 | 52 | 23 | 21 | 213 |
| Parity | 72 | 10 | 34 | 60 | 20 | 18 | 213 |
| "Disparity" | -26 | 2 | 25 | -8 | 3 | 4 | |

**L&S Admitted Applicants Tied Category of Holistic Rank in Final Review**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 5 | 5 | 42 | 7 | 5 | 3 | 67 |
| Model | 17 | 3 | 20 | 12 | 5 | 9 | 67 |
| Parity | 23 | 3 | 11 | 19 | 6 | 6 | 67 |
| Disparity | -18 | 2 | 31 | -12 | -1 | -3 | |
| Adjusted Disparity | -5 | 0 | 10 | -7 | -1 | 3 | |

## C. SUPPLEMENTAL REVIEW

**Assigned to Supplemental Review (SuR)**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 356 | 334 | 1152 | 381 | 347 | 168 | 2738 |
| Model | 751 | 244 | 634 | 548 | 308 | 254 | 2738 |
| Parity | 833 | 133 | 471 | 694 | 315 | 292 | 2738 |
| Disparity | -477 | 201 | 681 | -313 | 32 | -124 | |
| Adjusted Disparity | -82 | 111 | 163 | -146 | -7 | -39 | |

**Applicants with SuR Score of 2.25 or Better and Not Admitted with a Holistic Rank of 2.5 or Better**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 83 | 94 | 210 | 65 | 47 | 39 | 538 |
| Model | 145 | 81 | 123 | 84 | 48 | 57 | 538 |
| Parity | 164 | 26 | 93 | 136 | 62 | 57 | 538 |
| Disparity | -81 | 68 | 117 | -71 | -15 | -18 | |
| Adjusted Disparity | -19 | 55 | 30 | -52 | -14 | 0 | |

## D. SCHOOL REVIEW

**Assigned to School Review (ScR)**

| Model | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 125 | 17 | 59 | 156 | 73 | 42 | 472 |
| Model | 147 | 25 | 60 | 122 | 61 | 56 | 472 |
| Parity | 144 | 23 | 81 | 119 | 54 | 50 | 472 |
| Disparity | -19 | -6 | -22 | 37 | 19 | -8 | |
| Adjusted Disparity | 3 | 2 | -21 | 2 | 7 | 6 | |

**Applicants with a ScR Score of 2.25 or Better and Not Admitted at Other Stages**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 78 | 10 | 32 | 82 | 41 | 21 | 264 |
| Model | 82 | 14 | 34 | 68 | 34 | 32 | 264 |
| Parity | 81 | 13 | 45 | 67 | 30 | 28 | 264 |
| Disparity | -3 | -3 | -13 | 15 | 11 | -7 | |
| Adjusted Disparity | 2 | 1 | -12 | 1 | 4 | 3 | |

## E. SUMMARY OF ADMISSIONS

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 2,991 | 325 | 1,244 | 2,864 | 934 | 999 | 9,357 |
| Model | 2,914 | 576 | 1,586 | 2,172 | 1,000 | 1,109 | 9,357 |
| Parity | 2,933 | 412 | 1,470 | 2,413 | 1,080 | 1,048 | 9,357 |
| Disparity | 58 | -87 | -226 | 451 | -146 | -49 | |
| Adjusted Disparity | -19 | 164 | 116 | -241 | -80 | 60 | |
| As % of Group Admittees | -0.6 | 50.4 | 9.3 | -8.4 | -8.6 | 6.1 | |
| As % of Total Admittees | -0.2 | 1.8 | 1.2 | -2.6 | -0.9 | 0.6 | |

## F. ADMISSIONS DISPARITIES BY STAGE AND ETHNIC IDENTITY

| Stage | White | Black | Latino | N Asian | SE Asian | Other |
|---|---|---|---|---|---|---|
| | | | **Disparity** | | | |
| Regular | 116 | -157 | -330 | 481 | -111 | 1 |
| Final | 25 | 5 | -1 | 26 | -31 | -24 |
| Supplemental | -81 | 68 | 117 | -71 | -15 | -18 |
| School | -3 | -3 | -13 | 15 | 11 | -7 |
| Total | 58 | -87 | -226 | 451 | -146 | -49 |
| | | | **Adjusted Disparity** | | | |
| Regular | 28 | 63 | 59 | -143 | -57 | 50 |
| Final | -30 | 45 | 38 | -47 | -13 | 7 |
| Supplemental | -19 | 55 | 30 | -52 | -14 | 0 |
| School | 2 | 1 | -12 | 1 | 4 | 3 |
| Total | -19 | 164 | 116 | -241 | -80 | 60 |

Note: "Model" denotes multinominal logit model of effects of student characteristics on outcomes at each stage. Parity denotes expected numbers of applicants at each stage if number of each ethnic group were proportional to group size. "Disparity" denotes the difference between "Observed" and "Parity" predictions. "Adjusted Disparity" denotes the difference between "Model" and "Parity" predictions. Predicted Numbers are weighted by the number of students who reached that stage in the process. For further details, see 2012 report.

**Table A5b. Summary of Representation of Ethnic Identity Groups by Stage of Admission Process, 2008**

**A. REGULAR REVIEW**

**Applicants with Holistic Rank between 1 and 2.5 (Domestic) or between 1 and 2.25 (International)**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 2,584 | 138 | 814 | 2,340 | 746 | 927 | 7,549 |
| Model | 2,371 | 390 | 1,287 | 1,717 | 810 | 973 | 7,549 |
| Parity | 2,316 | 347 | 1,295 | 1,838 | 849 | 904 | 7,549 |
| Disparity | 268 | -209 | -481 | 502 | -103 | 23 | |
| Adjusted Disparity | 56 | 43 | -9 | -121 | -38 | 69 | |

**California Applicants with a Holistic Rank of 2.75**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 585 | 42 | 260 | 456 | 209 | 139 | 1,691 |
| Model | 545 | 87 | 281 | 378 | 182 | 219 | 1,691 |
| Parity | 519 | 78 | 290 | 412 | 190 | 202 | 1,691 |
| Disparity | 66 | -36 | -30 | 44 | 19 | -63 | |
| Adjusted Disparity | 26 | 9 | -9 | -34 | -8 | 16 | |

**Admitted Applicants out of CA Residents with HR = 2.75**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 27 | 6 | 91 | 38 | 35 | 8 | 205 |
| Model | 62 | 10 | 41 | 44 | 24 | 22 | 205 |
| Parity | 63 | 9 | 35 | 50 | 23 | 25 | 205 |
| Disparity | -36 | -3 | 56 | -12 | 12 | -17 | |
| Disparity | 0 | 1 | 6 | -6 | 1 | -2 | |

**B. FINAL REVIEW**

**Assigned to Final Review**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 1331 | 213 | 763 | 1074 | 461 | 691 | 4533 |
| Model | 1,314 | 261 | 853 | 1,087 | 488 | 530 | 4533 |
| Parity | 1344 | 229 | 849 | 1069 | 504 | 537 | 4533 |
| Disparity | -13 | -16 | -86 | 5 | -43 | 154 | |
| Adjusted Disparity | -30 | 32 | 4 | 18 | -16 | -7 | |

**L&S Applicants with Final Holistic Rank between 1 and 2.5 (Domestic) or Between 1 and 2.25 (International)**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 398 | 88 | 223 | 320 | 129 | 279 | 1,437 |
| Model | 408 | 147 | 301 | 284 | 137 | 160 | 1,437 |
| Parity | 426 | 73 | 269 | 339 | 160 | 170 | 1,437 |
| Disparity | -28 | 15 | -46 | -19 | -31 | 109 | |
| Disparity | -18 | 74 | 32 | -55 | -23 | -11 | |

**L&S California Applicants with a Holistic Rank of 2.75, Final Review**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 92 | 6 | 63 | 99 | 40 | 24 | 324 |
| Model | 95 | 8 | 65 | 87 | 45 | 23 | 324 |
| Parity | 96 | 16 | 61 | 76 | 36 | 38 | 324 |
| Disparity | -4 | -10 | 2 | 23 | 4 | -14 | |
| Adjusted Disparity | -1 | -8 | 4 | 11 | 9 | -15 | |

**L&S Admitted Applicants Tied Category of Holistic Rank in Final Review**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 3 | 2 | 35 | 9 | 7 | 2 | 58 |
| Model | 17 | 3 | 16 | 11 | 5 | 7 | 58 |
| Parity | 17 | 3 | 11 | 14 | 6 | 7 | 58 |
| Disparity | -14 | -1 | 24 | -5 | 1 | -5 | |
| Disparity | 0 | 0 | 5 | -3 | -2 | 0 | |

## C. SUPPLEMENTAL REVIEW

**Assigned to Supplemental Review (SuR)**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 440 | 376 | 1316 | 419 | 335 | 148 | 3034 |
| Model | 894 | 206 | 664 | 606 | 267 | 396 | 3034 |
| Parity | 900 | 153 | 569 | 716 | 338 | 360 | 3034 |
| Disparity | -460 | 223 | 747 | -297 | -3 | -212 | |
| Adjusted Disparity | -6 | 53 | 96 | -109 | -70 | 36 | |

**Applicants with SuR Score of 2.25 or Better and Not Admitted with a Holistic Rank of 2.5 or Better**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 94 | 115 | 314 | 67 | 68 | 32 | 690 |
| Model | 201 | 83 | 171 | 92 | 50 | 92 | 690 |
| Parity | 205 | 35 | 129 | 163 | 77 | 82 | 690 |
| Disparity | -111 | 80 | 185 | -96 | -9 | -50 | |
| Disparity | -4 | 48 | 42 | -70 | -26 | 11 | |

## D. SCHOOL REVIEW

**Assigned to School Review (ScR)**

| Model | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 187 | 11 | 78 | 87 | 47 | 40 | 450 |
| Model | 153 | 18 | 84 | 100 | 46 | 48 | 450 |
| Parity | 133 | 23 | 84 | 106 | 50 | 53 | 450 |
| Disparity | 54 | -12 | -6 | -19 | -3 | -13 | |
| Adjusted Disparity | 19 | -4 | -1 | -6 | -4 | -5 | |

**Applicants with a ScR Score of 2.25 or Better and Not Admitted at Other Stages**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 95 | 9 | 30 | 44 | 22 | 20 | 220 |
| Model | 73 | 12 | 36 | 41 | 25 | 32 | 220 |
| Parity | 65 | 11 | 41 | 52 | 24 | 26 | 220 |
| Disparity | 30 | -2 | -11 | -8 | -2 | -6 | |
| Disparity | 8 | 1 | -5 | -11 | 0 | 6 | |

## E. SUMMARY OF ADMISSIONS

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 3,201 | 358 | 1,507 | 2,818 | 1,007 | 1,268 | 10,159 |
| Model | 3,132 | 646 | 1,853 | 2,190 | 1,051 | 1,286 | 10,159 |
| Parity | 3,091 | 478 | 1,781 | 2,456 | 1,139 | 1,213 | 10,159 |
| Disparity | 110 | -120 | -274 | 362 | -132 | 55 | |
| Adjusted Disparity | 41 | 168 | 72 | -265 | -89 | 73 | |
| As % of Group Admittees | 1.3 | 46.9 | 4.8 | -9.4 | -8.8 | 5.8 | |
| As % of Total Admittees | 0.4 | 1.7 | 0.7 | -2.6 | -0.9 | 0.7 | |

## F. ADMISSIONS DISPARITIES BY STAGE AND ETHNIC IDENTITY

| Stage | White | Black | Latino | N Asian | SE Asian | Other |
|---|---|---|---|---|---|---|
| | | | **Disparity** | | | |
| Regular | 233 | -213 | -426 | 490 | -91 | 7 |
| Final | -42 | 15 | -22 | -24 | -30 | 104 |
| Supplemental | -111 | 80 | 185 | -96 | -9 | -50 |
| School | 30 | -2 | -11 | -8 | -2 | -6 |
| Total | 110 | -120 | -274 | 362 | -132 | 55 |
| | | | **Adjusted Disparity** | | | |
| Regular | 55 | 44 | -3 | -127 | -37 | 67 |
| Final | -19 | 75 | 37 | -57 | -25 | -11 |
| Supplemental | -4 | 48 | 42 | -70 | -26 | 11 |
| School | 8 | 1 | -5 | -11 | 0 | 6 |
| Total | 41 | 168 | 72 | -265 | -89 | 73 |

Note: "Model" denotes multinominal logit model of effects of student characteristics on outcomes at each stage. Parity denotes expected numbers of applicants at each stage if number of each ethnic group were proportional to group size. "Disparity" denotes the difference between "Model" and "Parity" predictions. Predicted Numbers are weighted by the number of students who reached that stage in the process. For further details, see 2012 report.

**Table A5c. Summary of Representation of Ethnic Identity Groups by Stage of Admission Process**

**A. REGULAR REVIEW**

**Applicants with Holistic Rank between 1 and 2.25 (Domestic) or between 1 and 2 (International)**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 1,858 | 104 | 659 | 2,017 | 519 | 645 | 5,802 |
| Model | 1,801 | 324 | 1,051 | 1,459 | 609 | 558 | 5,802 |
| Parity | 1,723 | 271 | 1,015 | 1,488 | 580 | 724 | 5,802 |
| Disparity | 77 | 53 | 36 | -29 | 29 | -167 | |

**Domestic Applicants with a Holistic Rank of 2.5 and International Applicants with a Rank of 2, 2.25, or 2.5**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 893 | 71 | 327 | 691 | 267 | 683 | 2,932 |
| Model | 837 | 116 | 476 | 671 | 280 | 553 | 2,932 |
| Parity | 871 | 137 | 513 | 752 | 293 | 366 | 2,932 |
| "Disparity" | -34 | -21 | -37 | -81 | -13 | 186 | |

**Admitted Applicants out of Domestic with HR = 2.5 and International with HR = 2, 2.25 or 2.5**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 573 | 62 | 287 | 405 | 195 | 274 | 1796 |
| Model | 532 | 97 | 332 | 373 | 159 | 303 | 1796 |
| Parity | 533 | 84 | 314 | 461 | 180 | 224 | 1796 |
| Disparity | -1 | 13 | 17 | -87 | -21 | 79 | |

**B. FINAL REVIEW**

**Assigned to Final Review**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 1,119 | 161 | 625 | 1,030 | 366 | 431 | 3732 |
| Model | 1,047 | 203 | 714 | 974 | 341 | 454 | 3732 |
| Parity | 1,072 | 190 | 723 | 932 | 373 | 442 | 3732 |
| "Disparity" | -25 | 13 | -9 | 42 | -32 | 12 | |

**Applicants with a Holistic Rank between 1 and of 2.25 (Domestic) or between 1 and 2 (International)**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 126 | 18 | 63 | 118 | 22 | 44 | 391 |
| Model | 112 | 34 | 83 | 88 | 24 | 50 | 391 |
| Parity | 112 | 20 | 76 | 98 | 39 | 46 | 391 |
| Disparity | -1 | 14 | 8 | -10 | -15 | 4 | |

**Domestic Applicants with a Holistic Rank of 2.5 and International Applicants with a Rank of 2, 2.25, or 2.5**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 364 | 39 | 201 | 345 | 153 | 129 | 1231 |
| Model | 355 | 73 | 215 | 302 | 128 | 158 | 1231 |
| Parity | 354 | 63 | 239 | 307 | 123 | 146 | 1231 |
| "Disparity" | 1 | 10 | -24 | -6 | 5 | 13 | |

**Admitted Applicants out of Domestic with HR = 2.5 and International with HR = 2, 2.25 or 2.5**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 215 | 34 | 182 | 200 | 127 | 65 | 823 |
| Model | 233 | 54 | 151 | 193 | 89 | 104 | 823 |
| Parity | 236 | 42 | 160 | 206 | 82 | 98 | 823 |
| Disparity | -4 | 12 | -9 | -13 | 7 | 6 | |

**C. SUPPLEMENTAL REVIEW**

**Assigned to Supplemental Review (SuR)**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 455 | 332 | 1375 | 396 | 300 | 143 | 3001 |
| Model | 856 | 253 | 675 | 558 | 265 | 394 | 3001 |
| Parity | 862 | 153 | 582 | 750 | 300 | 356 | 3001 |
| "Disparity" | -6 | 101 | 93 | -191 | -35 | 39 | |

**Applicants with SuR Score of 2.25 or Better and Not Admitted with a Holistic Rank of 2.5 or Better**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 96 | 97 | 278 | 74 | 58 | 41 | 644 |
| Model | 164 | 99 | 138 | 88 | 52 | 104 | 644 |
| Parity | 185 | 33 | 125 | 161 | 64 | 76 | 644 |
| Disparity | -21 | 66 | 13 | -73 | -13 | 28 | |

**D. SCHOOL REVIEW**

**Assigned to School Review (ScR)**

| **Model** | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 80 | 17 | 40 | 77 | 26 | 23 | 263 |
| Model | 73 | 24 | 41 | 70 | 25 | 30 | 263 |
| Parity | 76 | 13 | 51 | 66 | 26 | 31 | 263 |
| Disparity | -2 | 11 | -10 | 4 | -2 | -1 | |

**Applicants with a ScR Score of 2.25 or Better and Not Admitted at Other Stages**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 23 | 13 | 15 | 21 | 9 | 9 | 90 |
| Model | 19 | 19 | 11 | 22 | 8 | 11 | 90 |
| Parity | 26 | 5 | 17 | 22 | 9 | 11 | 90 |
| Disparity | -7 | 14 | -7 | 0 | 0 | 0 | |

**E. SUMMARY OF ADMISSIONS**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 2,891 | 328 | 1,484 | 2,835 | 930 | 1,078 | 9,546 |
| Model | 2,860 | 626 | 1,766 | 2,224 | 942 | 1,129 | 9,546 |
| Parity | 2,816 | 454 | 1,707 | 2,435 | 954 | 1,180 | 9,546 |
| "Total Disparity" | 44 | 172 | 59 | -212 | -13 | -50 | |
| As % of Group Admittees | 1.5 | 52.5 | 3.9 | -7.5 | -1.4 | -4.7 | |
| As % of Total Admittees | 0.5 | 1.8 | 0.6 | -2.2 | -0.1 | -0.5 | |

**F. ADMISSIONS DISPARITIES BY STAGE AND ETHNIC IDENTITY**

| **Stage** | White | Black | Latino | N Asian | SE Asian | Other |
|---|---|---|---|---|---|---|
| Regular | 76 | 66 | 53 | -116 | 8 | -88 |
| Final | -4 | 26 | -1 | -23 | -8 | 10 |
| Supplemental | -21 | 66 | 13 | -73 | -13 | 28 |
| School | -7 | 14 | -7 | 0 | 0 | 0 |
| Total | 44 | 172 | 59 | -212 | -13 | -50 |

Note: "Model" denotes multinominal logit model of effects of student characteristics on outcomes at each stage. Parity denotes expected numbers of applicants at each stage if number of each ethnic group were proportional to group size. "Disparity" denotes the difference between "Model" and "Parity" predictions. Predicted Numbers are weighted by the number of students who reached that stage in the process. For further details, see 2012 report.

**Table A5d. Summary of Representation of Ethnic Identity Groups by Stage of Admission Process**

## A. REGULAR REVIEW

**Applicants with Holistic Rank between 1 and 2.5**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 2,455 | 200 | 1,037 | 2,547 | 747 | 1,366 | 8,352 |
| Model | 2,419 | 459 | 1,511 | 1,971 | 893 | 1,099 | 8,352 |
| Parity | 2,343 | 436 | 1,512 | 2,094 | 841 | 1,125 | 8,352 |
| Disparity | 76 | 23 | -1 | -123 | 52 | -26 | |

## B. FINAL REVIEW

**Assigned to Final Review**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 841 | 107 | 479 | 760 | 288 | 388 | 2863 |
| Model | 738 | 178 | 565 | 714 | 273 | 393 | 2863 |
| Parity | 774 | 165 | 576 | 696 | 286 | 367 | 2863 |
| "Disparity" | -36 | 14 | -11 | 18 | -12 | 26 | |

**Applicants with a Holistic Rank between 1 and 2.5**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 255 | 37 | 142 | 216 | 68 | 157 | 875 |
| Model | 231 | 62 | 152 | 227 | 79 | 126 | 875 |
| Parity | 236 | 50 | 176 | 213 | 87 | 112 | 875 |
| Disparity | -6 | 11 | -25 | 14 | -9 | 13 | |

## C. SUPPLEMENTAL REVIEW

**Assigned to Supplemental Review (SuR)**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 429 | 447 | 1505 | 467 | 303 | 182 | 3333 |
| Model | 816 | 335 | 808 | 711 | 279 | 384 | 3333 |
| Parity | 901 | 192 | 671 | 810 | 333 | 428 | 3333 |
| "Disparity" | -84 | 143 | 137 | -99 | -53 | -43 | |

**or Better**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 76 | 94 | 203 | 57 | 32 | 31 | 493 |
| Model | 121 | 85 | 117 | 80 | 36 | 54 | 493 |
| Parity | 133 | 28 | 99 | 120 | 49 | 63 | 493 |
| Disparity | -12 | 57 | 18 | -40 | -14 | -9 | |

**Applicants with SuR Score of 2.5 and Not Admitted with a Holistic Rank of 2.5 or Better**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 52 | 43 | 177 | 47 | 40 | 19 | 378 |
| Model | 105 | 28 | 95 | 71 | 27 | 51 | 378 |
| Parity | 102 | 22 | 76 | 92 | 38 | 48 | 378 |
| "Disparity" | 3 | 6 | 19 | -20 | -10 | 2 | |

**Admitted Applicatnts with SuR Score of 2.5**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 9 | 11 | 79 | 15 | 16 | 4 | 134 |
| Model | 41 | 12 | 31 | 28 | 11 | 12 | 134 |

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Parity | 36 | 8 | 27 | 33 | 13 | 17 | 134 |
| Disparity | 5 | 5 | 4 | -5 | -3 | -6 | |

## D. SCHOOL REVIEW

**Assigned to School Review (ScR)**

| Model | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 157 | 24 | 98 | 113 | 40 | 53 | 485 |
| Model | 137 | 27 | 74 | 123 | 46 | 80 | 485 |
| Parity | 131 | 28 | 98 | 118 | 48 | 62 | 485 |
| Disparity | 6 | -1 | -24 | 5 | -3 | 18 | |

**Applicants with a ScR Score of 2.25 or Better and Not Admitted at Other Stages**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 77 | 8 | 44 | 61 | 20 | 22 | 232 |
| Model | 73 | 11 | 35 | 53 | 20 | 39 | 232 |
| Parity | 63 | 13 | 47 | 56 | 23 | 30 | 232 |
| Disparity | 10 | -2 | -11 | -3 | -3 | 9 | |

## E. SUMMARY OF ADMISSIONS

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 2,872 | 350 | 1,505 | 2,896 | 883 | 1,580 | 10,086 |
| Model | 2,883 | 630 | 1,846 | 2,359 | 1,038 | 1,329 | 10,086 |
| Parity | 2,812 | 536 | 1,861 | 2,516 | 1,014 | 1,347 | 10,086 |
| "Total Disparity | 72 | 94 | -15 | -156 | 24 | -18 | |
| As % of Group Admittees | 2.5 | 26.8 | -1.0 | -5.4 | 2.7 | -1.1 | |
| As % of Total Admittees | 0.7 | 0.9 | -0.2 | -1.5 | 0.2 | -0.2 | |

## F. ADMISSIONS DISPARITIES BY STAGE AND ETHNIC IDENTITY

| Stage | White | Black | Latino | N Asian | SE Asian | Other |
|---|---|---|---|---|---|---|
| Regular | 76 | 23 | -1 | -123 | 52 | -26 |
| Final | -6 | 11 | -25 | 14 | -9 | 13 |
| Supplemental | -8 | 61 | 22 | -44 | -16 | -15 |
| School | 10 | -2 | -11 | -3 | -3 | 9 |
| Total | 72 | 94 | -15 | -156 | 24 | -18 |

Note: "Model" denotes multinominal logit model of effects of student characteristics on outcomes at each stage. Parity denotes expected numbers of applicants at each stage if number of each ethnic group were proportional to group size. "Disparity" denotes the difference between "Model" and "Parity" predictions. Predicted Numbers are weighted by the number of students who reached that stage in the process. For further details, see 2012 report.

**Table A5e. Summary of Representation of Ethnic Identity Groups by Stage of Admission Process**

**A. REGULAR REVIEW**

**Applicants with Holistic Rank between 1 and 2.5**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 2,670 | 197 | 1,200 | 2,911 | 827 | 1,736 | 9,541 |
| Model | 2,711 | 488 | 1,982 | 2,219 | 921 | 1,220 | 9,541 |
| Parity | 2,638 | 490 | 1,959 | 2,371 | 942 | 1,141 | 9,541 |
| Disparity | 73 | -2 | 24 | -152 | -22 | 79 | |

**California Applicants with a Holistic Rank of 2.75**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 610 | 54 | 354 | 596 | 222 | 54 | 1,890 |
| Model | 557 | 78 | 388 | 456 | 186 | 225 | 1,890 |
| Parity | 523 | 97 | 388 | 470 | 187 | 226 | 1,890 |
| "Disparity" | 34 | -19 | 0 | -13 | -1 | -1 | |

**Admitted Applicants out of California with HR = 2.75**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 91 | 28 | 191 | 75 | 45 | 11 | 441 |
| Model | 114 | 20 | 107 | 96 | 32 | 72 | 441 |
| Parity | 122 | 23 | 91 | 110 | 44 | 53 | 441 |
| Disparity | -8 | -3 | 16 | -13 | -12 | 19 | |

**B. FINAL REVIEW**

**Assigned to Final Review**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 992 | 158 | 562 | 956 | 327 | 786 | 3781 |
| Model | 921 | 225 | 776 | 892 | 378 | 589 | 3781 |
| Parity | 1,004 | 210 | 834 | 909 | 367 | 456 | 3781 |
| "Disparity" | -84 | 15 | -58 | -17 | 11 | 132 | |

**Applicants with a Holistic Rank between 1 and of 2.5**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 432 | 39 | 116 | 408 | 89 | 461 | 1545 |
| Model | 397 | 113 | 302 | 321 | 152 | 261 | 1545 |
| Parity | 410 | 86 | 341 | 372 | 150 | 186 | 1545 |
| Disparity | -13 | 27 | -39 | -51 | 2 | 74 | |

**California Applicants with a Holistic Rank of 2.75**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 54 | 8 | 44 | 63 | 22 | 8 | 199 |
| Model | 45 | 9 | 34 | 58 | 17 | 37 | 199 |
| Parity | 53 | 11 | 44 | 48 | 19 | 24 | 199 |
| "Disparity" | -8 | -2 | -10 | 10 | -3 | 13 | |

**Admitted Applicants out of California with HR = 2.75**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 9 | 4 | 31 | 7 | 4 | 3 | 58 |
| Model | 15 | 4 | 13 | 15 | 3 | 9 | 58 |
| Parity | 15 | 3 | 13 | 14 | 6 | 7 | 58 |
| Disparity | -1 | 0 | 0 | 1 | -2 | 2 | |

## C. SUPPLEMENTAL REVIEW

**Assigned to Supplemental Review (SuR)**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 452 | 405 | 1600 | 417 | 305 | 103 | 3282 |
| Model | 817 | 292 | 803 | 610 | 268 | 491 | 3282 |
| Parity | 872 | 183 | 724 | 789 | 319 | 396 | 3282 |
| "Disparity" | -54 | 110 | 80 | -179 | -50 | 94 | |

**Applicants with SuR Score of 2.25 or Better and Not Admitted with a Holistic Rank of 2.5 or Better**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 97 | 63 | 186 | 59 | 41 | 26 | 472 |
| Model | 109 | 59 | 111 | 51 | 34 | 108 | 472 |
| Parity | 125 | 26 | 104 | 114 | 46 | 57 | 472 |
| Disparity | -16 | 33 | 7 | -62 | -12 | 51 | |

**Applicants with a SuR Score of 2.5**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 61 | 51 | 151 | 47 | 36 | 10 | 356 |
| Model | 102 | 52 | 81 | 50 | 25 | 47 | 356 |
| Parity | 95 | 20 | 78 | 86 | 35 | 43 | 356 |
| "Disparity" | 7 | 32 | 2 | -35 | -10 | 4 | |

**Admitted Applicants with SuR Score = 2.5**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 22 | 36 | 114 | 19 | 25 | 2 | 218 |
| Model | 60 | 30 | 49 | 36 | 17 | 27 | 218 |
| Parity | 58 | 12 | 48 | 52 | 21 | 26 | 218 |
| Disparity | 2 | 18 | 1 | -17 | -4 | 1 | |

## D. SCHOOL REVIEW

**Assigned to School Review (ScR)**

| Model | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 117 | 13 | 57 | 113 | 26 | 52 | 378 |
| Model | 105 | 22 | 80 | 104 | 37 | 30 | 378 |
| Parity | 100 | 21 | 83 | 91 | 37 | 46 | 378 |
| Disparity | 5 | 1 | -3 | 13 | 0 | -16 | |

**Applicants with a ScR Score of 2.25 or Better and Not Admitted at Other Stages**

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 86 | 12 | 35 | 73 | 19 | 30 | 255 |
| Model | 72 | 19 | 52 | 65 | 26 | 21 | 255 |
| Parity | 68 | 14 | 56 | 61 | 25 | 31 | 255 |
| Disparity | 4 | 5 | -4 | 4 | 1 | -10 | |

## E. SUMMARY OF ADMISSIONS

| | White | Black | Latino | N Asian | SE Asian | Other | Total |
|---|---|---|---|---|---|---|---|
| Observed | 3,407 | 379 | 1,873 | 3,552 | 1,050 | 2,269 | 12,530 |
| Model | 3,478 | 733 | 2,616 | 2,803 | 1,184 | 1,717 | 12,530 |
| Parity | 3,437 | 655 | 2,611 | 3,093 | 1,233 | 1,501 | 12,530 |
| "Total Disparity" | 41 | 78 | 5 | -290 | -49 | 216 | |
| As % of Group Admittees | 1.2 | 20.5 | 0.3 | -8.2 | -4.7 | 9.5 | |
| As % of Total Admittees | 0.3 | 0.6 | 0.0 | -2.3 | -0.4 | 1.7 | |

## F. ADMISSIONS DISPARITIES BY STAGE AND ETHNIC IDENTITY

| Stage | White | Black | Latino | N Asian | SE Asian | Other |
|---|---|---|---|---|---|---|
| Regular | 65 | -5 | 40 | -165 | -33 | 99 |
| Final | -14 | 28 | -39 | -50 | -1 | 76 |
| Supplemental | -15 | 51 | 8 | -79 | -16 | 51 |
| School | 4 | 5 | -4 | 4 | 1 | -10 |
| Total | 41 | 78 | 5 | -290 | -49 | 216 |

Note: "Model" denotes multinominal logit model of effects of student characteristics on outcomes at each stage. Parity denotes expected numbers of applicants at each stage if number of each ethnic group were proportional to group size. "Disparity" denotes the difference between "Model" and "Parity" predictions. Predicted Numbers are weighted by the number of students who reached that stage in the process. For further details, see 2012 report.




**Figure 1. Numbers of Applicants by Race-Ethnicity, 2007-11**




**Figure 2. Numbers of Admitted Applicants by Race-Ethnicity, 2007-11**




**Figure 3. Gross Disparities in Admission by Race-Ethnic Group, 2007-11.**




**Figure 4. Adjusted Disparities in Admission by Race-Ethnic Group, 2007-11**




**Figure 5. Adjusted Disparities as Percent of Group Admitted, 2007-11**




**Figure 6. Adjusted Disparities as Percent of All Admitted Applicants, 2007-11**




**Figure 7. Adjusted Disparities in Regular Review**




**Figure 8. Adjusted Disparities in Final Review**




**Figure 9. Adjusted Disparities in Supplemental Review**

# Exhibit D

# Senate-Administration Workgroup on Admissions

## Final Report

November 6, 2025[1]

---

1 Updated on November 24, 2025

# Contents

Executive summary ..... 3
The Charge of the Committee ..... 5
Background ..... 6
    The Language and Literacy Preparation Problem ..... 7
        Application Requirements ..... 7
        Writing Placement Test at UC San Diego ..... 7
        The Historical Trend of Students in the Analytic Writing Program ..... 8
    The Math Preparation Problem ..... 10
        Application Requirements ..... 10
        The Math Placement Test at UC San Diego ..... 10
        The Growth of Students in Remedial Math Courses at UC San Diego ..... 10
    General Factors ..... 13
        The Covid-19 Pandemic ..... 13
        The Elimination of Standardized Testing ..... 16
    Explaining the Excessive Increase at UC San Diego ..... 18
        Admissions and Enrollments from LCFF+ High Schools ..... 18
        Increase in the Proportion of In-State Students ..... 25
        Growth of the Undergraduate Population at UC San Diego ..... 26
The Holistic Review Process ..... 27
    Creation of the Holistic Review Scores ..... 27
    The Shaping of the Class ..... 29
    The Use of Portfolio in Admissions ..... 31
Attempted Remedies for the 2025 Cohort ..... 33
Recommendations ..... 34
    Recommendations Addressing the Writing Problem ..... 34

Recommendations Addressing the Math Problem ........ 34
The Math Index ........ 34
Reassess the Math Requirements by Major ........ 38
Maximizing the Impact of the Summer before Starting as a Freshman at UC San Diego ... 39
High Schools ........ 40
Recommendations Addressing the Use of Portfolio ........ 42
Recommendations for the Holistic Review and Selection Process ........ 42
A More Active Role for the Committee on Admissions ........ 43
Systemwide Recommendations ........ 44
Investigating Variation in Grading Standards ........ 44
A Call for the UC System to Consider a Return to Standardized Testing ........ 44
Appendices ........ 46

# Executive summary

Over the past five years, UC San Diego has experienced a steep decline in the academic preparation of its entering first-year students -- particularly in mathematics, but also in writing and language skills. Between 2020 and 2025, the number of students whose math skills fall below high school level increased nearly thirtyfold; moreover, 70% of those students fall below middle school levels, reaching roughly one in twelve members of the entering cohort.[2] This deterioration coincided with the COVID-19 pandemic and its effects on education, the elimination of standardized testing, grade inflation, and the expansion of admissions from under-resourced high schools. The combination of these factors has produced an incoming class increasingly unprepared for the quantitative and analytical rigor expected at UC San Diego.

The Senate–Administration Working Group on Admissions (SAWG) concludes that this trend poses serious challenges both to student success and to the university's instructional mission. Admitting large numbers of underprepared students risks harming those students and straining limited instructional resources. The report offers a series of recommendations to improve the alignment between admissions practices, student readiness, and available support systems.

**Key Recommendations**

**1. Addressing the Math Preparation Crisis**

- **Develop and implement a Math Index** to predict students' likelihood of placement into remedial math, using historical placement data and transcript-based variables (coursework, grades, high school attended).
- **Use the Math Index in matching students with majors** to ensure that the number of students requiring Math 2/3B remains within manageable limits, with an initial target of *no more than 300 first-year students* in these courses by 2026–27.
- **Reassess math requirements by major,** ensuring that degree pathways align with actual quantitative demands and that applicants are clearly informed of differences between B.A. and B.S. programs.
- **Require early summer math placement testing** (by June 1) for all incoming students needing math for their major, to enable timely remediation before fall enrollment.
- **Bring admissions levels from under-resourced (LCFF+) into alignment** with those of similarly selective UC campuses while maintaining equity and access goals.

---

[2] A previous version of this report stated that one in eight students are not meeting middle school standards; this has been corrected to one in twelve. Students not meeting high school standards has grown to roughly one in eight.

- **Establish feedback mechanisms with high schools** -- especially those with persistent mismatches between student grades and placement results -- to address curriculum quality and grade inflation.

**2. Improving Writing and Literacy Assessment**

- Commission a **dedicated campus study** on writing and literacy preparedness, engaging humanities and writing program faculty, library experts, and specialists in communication across disciplines.
- Develop or adopt **a more predictive assessment of writing and language skills** to be used in admissions, moving beyond GPA and course titles to evaluate readiness for college-level work.

**3. Strengthening the Holistic Review and Selection Process**

- **Integrate the Math Index** and improved literacy indicators into holistic review for majors requiring high analytical or quantitative skills.
- **Enhance cross-unit communication** between academic departments, Enrollment Management, and the Committee on Admissions (CoA), ensuring faculty input earlier in the admissions cycle and feedback after each cycle.

**4. Clarifying the Role of Portfolios in Arts Admissions**

- Improve transparency by **ensuring feedback loops** between Admissions, the Dean's Office, and departments, so that faculty reviewers receive information about outcomes for applicants they evaluated.

**5. Reaffirming Faculty Oversight through the Committee on Admissions**

The Committee on Admissions should assume a **proactive leadership role** in shaping and evaluating admissions policies. Specifically, CoA should:

- Oversee the **implementation and annual recalibration of the Math Index**.
- Collaborate with Enrollment Management to **evaluate correlations between Holistic Review scores, placement results, and student outcomes**.

**6. Systemwide Recommendations**

- UC San Diego's representative on **BOARS** should advocate for a **systemwide reexamination of standardized testing**, as many peer institutions have already done.
- BOARS should also **investigate disparities in high school grading standards** and develop a UC-wide response to ensure fair and reliable admissions evaluation.

# The Charge of the Committee

The Senate-Administration Working Group on Admissions (SAWG) was charged with the following tasks:

1. Conduct a statistical analysis of the **Holistic Review** process.
2. Examine the **mathematics preparation** of admitted and enrolled students.
3. Assess the **writing preparation** of admitted and enrolled students.
4. Analyze the **distribution of majors** among admitted and enrolled students.[3]

The final document outlining the group's charge and membership was issued on **March 3, 2025**, and the SAWG held its first meeting on **March 25, 2025**. At that time, admissions decisions for the 2025 incoming cohort had already been made and were in the process of being posted. It was therefore understood that the group's recommendations would apply to the **2025–26 admissions cycle and beyond**.

During the course of its work, the SAWG identified the **insufficient mathematics preparation of admitted students** as the most urgent concern. Consequently, most of the group's time and effort were devoted to addressing this issue. This is also reflected in this report.

---

[3] The Working Group made less progress on this task than the others given the urgency of some of the other issues. However, the section on Shaping of the Class does explain how decisions are made about majors.

# Background

In recent years, UC San Diego -- like many other UC campuses -- has seen a significant decline in the academic preparation of its entering first-year students. This trend is evident both in the performance of incoming students on math placement tests and in faculty reports that students' language skills increasingly limit their ability to engage with longer and more complex texts.

At our campus, the picture is truly troubling. Between 2020 and 2025, the number of freshmen whose math placement exam results indicate them not meeting high school standards grew nearly **thirtyfold**, despite all of these students having taken beyond the minimum UCOP-required math curriculum, and with high grades. In the 2025 incoming class, this group constitutes roughly **one-eighth** of our entire entering cohort. Moreover, more than 70% of these students are also not meeting *middle school* standards, representing one in twelve entering students. [4] A similarly large share of students must take additional writing courses to reach the level expected of high school graduates, though this is a figure that has not varied much over the same time span.

Moreover, weaknesses in math and language tend to be more related in recent years. In 2024, **two out of five** students with severe deficiencies in math also required remedial writing instruction. Conversely, **one in four** students with inadequate writing skills also needed additional math preparation. [5]

UC San Diego is proud to be a leading public university that serves not only the privileged few but the full spectrum of California's population. If we take seriously our mission as an engine of social mobility, we must be prepared to support students who have been underserved by their prior schooling. But our capacity is not limitless. We can only help so many students, and only when the gaps they need to overcome are within reach.

Admitting large numbers of students who are profoundly underprepared risks harming the very students we hope to support, by setting them up for failure. It also puts significant strain on faculty who work to maintain rigorous instructional standards. Especially now, when our resources become more constrained, we cannot take on more remedial education than we can responsibly and effectively deliver.

---

4 A previous version of this report stated that one in eight students are not meeting middle school standards; this has been corrected to one in twelve. Students not meeting high school standards has grown to roughly one in eight.

5 In 2024, there were 352 who were both in Math 2/3B and AWP 3/4A, representing 4.8% of the incoming class. This was 41% of the math and 24% of the writing class. The year before, there were 242 such students representing 3.5% of the incoming class, and the comparable numbers were 51% and 17%.

In this report, we try to identify several factors that may be contributing to this trend; however, regardless of the underlying causes, the problem is serious and demands an immediate institutional response.

We recommend that the effectiveness of the measures proposed here be evaluated annually, allowing for adjustments and refinements as needed. In addition, the entire issue should be revisited comprehensively in four years to assess progress in light of longer-term student outcomes, and determine what further action is warranted.

In what follows, we present the background to the writing and mathematics preparation challenges, outlining the most likely reasons for their emergence – although our primary focus will be on mathematics. We distinguish between general factors affecting all UC campuses and factors specific to UC San Diego. We also review how Holistic Review is currently practiced on our campus and summarize the measures introduced last year to address the math preparation problem. The report concludes with our recommendations for future action.

## The Language and Literacy Preparation Problem

### Application Requirements

Applicants from US schools who apply to UC must complete the Area B requirement. This prescribes four years of classes in English in high school with a "C" grade or better, or via a prescribed number of semester/quarter-system acceptable courses. Alternatively, these students can demonstrate language skills by achieving a proper score on an Advanced Placement or International Baccalaureate exam, or by taking the language section of the SAT/ACT. International students from countries where the official language is not English must prove English proficiency by taking one of a list of language tests and perform above a specified level.

Once students are admitted to UC, they must also fulfill the UC Entry Level Writing (ELWR) requirement. Students who have not yet met this requirement prior to enrollment must take a placement test before their first quarter. The test will either certify that the student has met ELWR or place them into an appropriate writing course designed to fulfill the requirement.

### Writing Placement Test at UC San Diego

Writing placement in the UC system has changed significantly since 2019, due to changes brought on by the pandemic and by structural changes made by the UC Committee on Preparatory Education.

Until 2023, in accordance with Senate Regulation 636.B, UC students could fulfill the ELWR in a number of ways prior to enrollment at UC: through ACT, SAT, AP or IB scores; by earning a grade of "C" or better in a UC-transferable English composition course; or by sitting for the system-wide Analytical Writing Placement Exam (AWPE). The AWPE was discontinued in 2023, and the new digital SAT is not accepted as a way to fulfill ELWR.

Between 2020 and 2023, all UC campuses were required to develop and implement local placement mechanisms for students who had not fulfilled ELWR via a test score or course. During this time, with approval from the UC San Diego Faculty Senate, the Analytical Writing Program (AWP) developed and implemented a local Writing Placement Process (WPP) for students who had not fulfilled ELWR prior to matriculation.

While the AWPE placed students entirely on the basis of one writing sample that focused on one reading passage, UCSD's WPP process is a ***collaborative placement model*** designed to include students' self-assessment. When students complete the WPP, they reflect on and report information about their high school writing educations and experiences via a survey; learn about the expectations of the different UC San Diego writing courses into which they might be placed; read excerpts of essays taught in these writing courses and produce written responses to these readings; and explain which writing course they think might be best for them and why. Faculty readers from AWP and the eight UC San Diego college writing programs assess students' writing and recommend placement into College Writing, AWP 3, or AWP 4A-4B. If the faculty placement agrees with the student's self-assessment, then the placement process is complete. If the faculty placement disagrees with the student's, one or two senior faculty readers will be brought in until any two assessments agree. While students do not have the final say, they do have some input into the process. This placement mechanism is significantly different from the AWPE; it also is not proctored for most students who take it.

The UC San Diego WPP model complies with the recommendations by the UCOP ELWR Task Force report completed in 2022 that "(1) individual campuses need agency and autonomy to design placement processes in ways consistent with their campus needs, particularly their ELWR curriculum; and (2) … a model allowing input into the placement process from both writing programs and students themselves provides the best opportunity for placement to be successful and satisfying for all parties involved."

## The Historical Trend of Students in the Analytic Writing Program

While the percentage of incoming students that are placed into ELWR-fulfilling courses has stayed relatively similar through the years, the percentage of domestic first-year students who were placed in ELWR-fulfilling courses has increased slightly (**Figure 1**). After a decrease from 2019 to 2021, from 2022 to 2024 the percentage of students placed in AWP rose back to 2018 levels of about 19% (see **Appendix 1**). These increases, along with anecdotal information from

campus colleagues, suggest that UC San Diego students may be impacted by recent national literacy trends. Recent studies suggest that literacy and writing preparation are in decline nationally.

While there are multiple reasons to be concerned about writing preparation, more data would have been needed to extend the workgroup's discussion into writing and literacy preparation. Changes in the placement mechanism and how we evaluate student's writing on the placement exam, changes to education brought on by the pandemic, and the rapid introduction of artificial intelligence tools all have and will continue to contribute to changes in students' reading, writing, and critical thinking skills. **All of this contributed to the workgroup's conclusion that the complexities of student language preparation require a separate inquiry.**

**Figure 1. Percent of Domestic Students Who Do Not Meet the Entry Level Writing Requirement and are placed in Analytical Writing Courses Upon Entry**



# The Math Preparation Problem

## Application Requirements

To apply to any University of California campus, California students must meet the **Area C requirement**, which mandates completion of three years of high school mathematics--**Algebra I, Geometry, and Algebra II**, or alternatively the integrated sequence of **Integrated Math I, II, and III**. Students are also **strongly encouraged** to take a fourth year of advanced mathematics, a recommendation that most of our applicants follow. Since the SAT (and ACT) is regularly mentioned when discussing admissions, it is worth noting here that the ACT and SAT math sections test mastery of topics only from these three high school courses which form the Area C requirement. Neither exam tests for any additional material that a student would encounter in more advanced mathematics courses.

## The Math Placement Test at UC San Diego

All UC campuses use a testing and placement system to onboard incoming first-year students into the appropriate initial mathematics course for their background, so they can meet the requirements of their chosen major. Most campuses use the Math Placement Exam (MPE) or a variant, based on the state-wide Mathematics Diagnostic, Testing, and Placement Infrastructure (MDTP). This infrastructure has been in place and under continual development since the 1970’s, and serves the entire UC, CSU, and CCC systems, as well as California high schools.

The mathematics course placement system at UC San Diego is overseen by the Mathematics Testing and Placement Group (MTP) within the Mathematics Department. MTP onboards all incoming first-year students who need mathematics for their major. Using all data provided by each student, MTP places every student as far as possible into the mathematics course sequences, without placing them into a course that they are not prepared to succeed in. Any information that the (already admitted) student can provide is used: college-level course completion, SAT/ACT scores, AP scores, or IB scores. Even if a student receives an initial placement using their provided information, they still have the option of taking the MPE to place into a more advanced math course than their provided information would support. Students must take the MPE to be placed into a math course when other forms of placement are unavailable.

## The Growth of Students in Remedial Math Courses at UC San Diego

Beginning in Fall 2022, the number of students placed into Math 2 began to grow rapidly (see **Table 1**). Math 2 was first created in 2016, and it was originally designed to be a remedial math course serving a very small number of first-year students (less than 100 students a year or around 1% of the incoming class) who were not prepared to start in our standard precalculus courses

(Math 3C and Math 4C) or to start directly in either of our two calculus sequences (Math 10 and Math 20). Math 2 was launched to fill gaps in high-school math knowledge (Algebra I-II and Geometry), typically taken in grades 9-11, and also required for admission to any campus in the UC system (Area C requirement). When covering grade 9-11 knowledge, Math 2 was successful in taking students from that level up to Math 3C within 10 weeks.

**Table 1. Growth in the Number of Students with Insufficient Math Preparation**

**Math Placement Snapshots at 3rd Week Fall Enrollment FA20-FA25**

| Placement Entering Fall | FA20 | | FA21 | | FA22 | | FA23 | | FA24 | | FA25 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | % | Number | % | Number | % | Number | % | Number | % | Number | % |
| Math 2 | 32 | 0.5% | 191 | 2.5% | 390 | 6.0% | 490 | 7.0% | 528 | 7.2% | 665 | 8.5% |
| Math 3B | - | NA | - | NA | - | NA | - | NA | 388 | 5.3% | 256 | 3.3% |
| Math 3C | 532 | 8.2% | 979 | 13.0% | 1136 | 17.3% | 953 | 13.6% | 257 | 3.5% | 111 | 1.4% |
| Math 4C | 333 | 5.2% | 347 | 4.6% | 326 | 5.0% | 448 | 6.4% | 403 | 5.5% | 251 | 3.2% |
| Math 10A or 4C | 71 | 1.1% | 82 | 1.1% | 101 | 1.5% | 141 | 2.0% | 149 | 2.0% | 173 | 2.2% |
| Math 10A (not 4C) | 410 | 6.4% | 563 | 7.5% | 517 | 7.9% | 586 | 8.4% | 555 | 7.6% | 516 | 6.6% |
| Math 20A | 722 | 11.2% | 760 | 10.1% | 523 | 8.0% | 606 | 8.7% | 536 | 7.3% | 691 | 8.9% |
| Math 20A or 10B | 391 | 6.1% | 423 | 5.6% | 338 | 5.2% | 373 | 5.3% | 397 | 5.4% | 359 | 4.6% |
| > Math 20A | 3114 | 48.3% | 3030 | 40.3% | 2062 | 31.5% | 2264 | 32.4% | 2981 | 40.7% | 3745 | 48.0% |
| No Placement (needs Math) | 22 | 0.3% | 159 | 2.1% | 238 | 3.6% | 214 | 3.1% | 244 | 3.3% | 173 | 2.2% |
| Does not need Math | 822 | 12.7% | 982 | 13.1% | 920 | 14.0% | 917 | 13.1% | 881 | 12.0% | 859 | 11.0% |
| **Year Total** | **6449** | **100.0%** | **7516** | **99.9%** | **6551** | **100.0%** | **6992** | **100.0%** | **7319** | **100.0%** | **7799** | **100.0%** |

In Fall 2022, the number of students placed into Math 2 grew to nearly 400, and by Fall 2023, placements into Math 2 increased to nearly 500 students. The Mathematics Department was caught by surprise and scrambled to find additional instructors quickly for Fall 2023. Ultimately, the Mathematics Department could only serve 480 students from the larger pool that needed to take a course remediating math knowledge in order to enter our earliest college-level math courses (Math 3C or 4C). Alarmingly, the instructors running the 2023-2024 Math 2 courses observed a marked change in the skill gaps compared to prior years. While Math 2 was designed in 2016 to remediate missing high school math knowledge, now most students had knowledge gaps that went back much further, to middle and even elementary school. To address the large number of underprepared students, the Mathematics Department redesigned Math 2 for Fall 2024 to focus entirely on elementary and middle school Common Core math subjects (grades 1-8), and introduced a new course, Math 3B, so as to cover missing high-school common core math subjects (Algebra I, Geometry, Algebra II or Math I, II, III; grades 9-11).

No other UC campus offers a course equivalent to Math 2, which remediates elementary and middle school math. In response to growth in remedial math needs at other campuses (see appendix, page 42, of this recent UCOP Report), two other UC campuses (UC Riverside and UC Davis) now offer partial remediation for high school mathematics (portions of our Math 3B syllabus). While not mentioned in the UCOP report, a third campus (UC Irvine) also now offers a self-study partial high school remediation course. However, UC San Diego is unique in giving

college credit for our high school math remediation course (Math 3B); the similar courses now offered at UC Riverside, UC Davis, and UC Irvine carry only workload credit.

In Fall 2024, the numbers of students placing into Math 2 and 3B surged further, with over 900 students in the combined Math 2 and 3B population, representing an alarming 12.5% of the incoming first-year class (compared to under 1% of the first-year students testing into these courses prior to 2021). In Fall 2025, the numbers of students placed into Math 2 and 3B increased yet again, although as a percentage of the larger incoming first-year class the fraction went slightly down (11.8%) due to some changes made by Enrollment Management for the Fall 2025 incoming class, after being alerted to the math preparation problem in Winter 2024.

The first direct indication that other UC campuses were facing similar problems was in Spring 2024, when the Math Chair at UC Berkeley reached out to the UC San Diego Math Chair for advice on enforced testing and placement for entry into math courses, which Berkeley had never done previously. UC San Diego has been centrally involved in the ongoing development of the state-wide MDTP infrastructure since the 1970's, with the MDTP director and web resources based at UC San Diego, and now UC San Diego is viewed as having the most experience with testing and placement among the UC campuses. This led first to a Zoom meeting between the chairs and undergraduate deans at both campuses, where the UC San Diego contingent described our testing and placement system. The UC San Diego participants outlined current use of SAT, AP, IB, and other applicant information for placement, along with use of UC San Diego's MDTP-based MPE. They have also since created a semester-long precalculus course (equivalent to UC San Diego's Math 3C/4C); they had previously been unique among the UC campuses in not offering any course below calculus until last year.

The interactions with UC Berkeley led to an email exchange among all UC Math Chairs discussing the math preparation challenges at each campus, which then produced a survey of the UC Math Chairs and Vice Chairs (carried out by the UC San Diego Undergraduate Vice Chair in Math). The survey consisted of two questions: "*(1) With Fall 2019 as a baseline, what is the increase over the last five years in the number of first-year students that are unable to start in college-level precalculus (courses equivalent to UC San Diego's Math 3C/4C)?*", and *(2) "What math testing and placement mechanism does your department and campus currently use?"*. To the first survey question, all campuses other than UC San Diego reported that their observed increase was a factor of two (about half the campuses), or a factor of three (about half of the campuses), with UC San Diego reporting an observed increase that was significantly higher. To the second survey question, five of the campuses (including UC San Diego) use the state-wide MDTP infrastructure for creating a local MPE, and four of the campuses use either a commercial product developed alongside the ALEKS commercial system, or a completely internal test unique to their campus.

The UC San Diego Math Department believes that the math preparation problem at UC San Diego is significantly worse than at other UC campuses, based on local testing and placement, on what has been shared about the experience at other campuses through the survey, and on public data. This view is consistent with the published UCOP data showing that during 2022-2024, UC San Diego led all campuses by a significant margin in total first-year enrollment from LCFF+ high schools[6], together with UC San Diego testing and placement data that consistently shows significantly higher rate of placement of LCFF+ students into Math 2 and Math 3B compared with first-year students from all other schools (this is discussed in more detail later in the report.)

The previous workgroup report on math preparation discusses downstream effects of students placing into Math 2. Based on data from 2017 through 2023, students with this placement have a relatively high D, F or Withdraw ("DFW") rate in the Math 10 series (10A: 24.1%, 10B: 30.3%, and 10C: 40.7%). These percentages are higher than the DFW rates of those who place into 3C (10A: 15.2%, 10B: 19.5%, 10C: 25.1%) and of those who place into 10A (where DFW rates are close to the STEM average of around 10%). The 10B DFW rate is worrisome, since this is the final calculus course required for the Psychology BS and most Biology majors. The numbers are even more problematic in the 20 series, with nearly a third (31.2%) of students with Math 2 placement having DFWs in 20B and over half (51.8%) in Math 20C. Indeed, there are data that show that few, if any students who place into Math 2 have successfully completed an engineering degree.[7]

In the following sections, we present first the general factors that contributed to the problem and then those specific to UC San Diego.

## General Factors

### The Covid-19 Pandemic

Over the past five years, a series of events have profoundly affected education in California. Beginning in the spring of 2020, the COVID-19 pandemic forced both K-12 and higher education institutions to conduct classes online, leading to a well-documented decline in student preparedness. Using the state's Department of Education assessment (CAASPP) as the measure, both language and math achievement levels dropped in 2022 and have yet to fully recover

6 In 2013, the California state legislature introduced a supplemental funding framework for California K-12 public schools, the so-called Local Control Funding Formula (LCFF). The subset of California public schools in which more than 75 percent of the school's total enrollment is composed of students who are identified as either eligible for free or reduced-price meals, or English learners, or foster youth, are eligible for additional funding through the LCFF program.

7 We note that the number of students who place into Math 2 and subsequently take Math 20 courses is small compared to those who take Math 10 courses (203 versus 1207, over the seven-year period). In the 2020 cohort, only one of those students was admitted to an Engineering major.

(**Figure 2, 3**). Whether this decrease in achievement was about teachers being less effective at delivering instruction online, or about students being less effective at learning and retaining it – or both! – regardless, the decline is tangible and will take several years to correct.

**Figure 2. Eleventh Grade Level Language Skills in California High Schools 2015-2025**




Source: California Department of Education web site. No data is available for 2020. Data from 2021, unlike other years, are not comparable because the test was voluntary, and only a small share of schools participated.

**Figure 3. Eleventh Grade Level Math Skills in California High Schools 2015-2025**




Source: California Department of Education web site. No data is available for 2020. See note to **Figure 2** about the lack of comparability of the 2021 data.

The decline has had lasting consequences. Students who experienced this at any time – whether in their early years or closer to their senior year – often never fully recover by the time they graduate; and the deficit in teaching/learning will be felt for at least a few more years. For example, this year's high school seniors (graduating 2026) began remote learning in spring of their 6th grade year, often one of the most critical in student development for math skills.

Covid also exacerbated existing inequalities across schools in ways that have continued after the pandemic waned and instruction returned to in-person (Bishop and Howard 2024, Pier et al 2021, Gee et al 2023). Even today, chronic absenteeism – the percent of students missing more than 10 percent of classes – is high. The last data from 2024 shows chronic absenteeism at 20.4%, down from 30% during the pandemic but still much higher than it was before COVID when it hovered around 14% (California Department of Education web site, Edsource August 22, 2025). The most negatively affected schools were under-resourced schools in poor areas that already were struggling before the pandemic.

## The Elimination of Standardized Testing

In 2020, the **University of California Board of Regents**, against the advice of the report by the Academic Senate's Standardized Testing Task Force (STTF), voted to eliminate the SAT and ACT from admissions consideration. Beginning with the cohort entering in 2021, standardized test scores were no longer used in the admissions process.

The decision aimed to broaden the applicant pool, based on concerns that otherwise qualified students were deterred from applying by standardized testing requirements. The number of applicants from California to the UC system did grow from 99,156 in 2020 to 116,805 in 2024, an increase of 18 percent (see **Figure 4**).

**Figure 4. Increase in the Number of Applicants to UC After Dropping SAT/ACT**




Source: UCOP, see also **Table 4a, b**

The elimination of standardized testing resulted in more reliance on high school grades even though the STTF report notes the worrisome trend of grade inflation in many schools that had already been substantial in 2020.[8] During COVID, grade inflation and lowered standards in California high schools likely accelerated. The disruption created by COVID made it very difficult to objectively evaluate students. Many classes moved from letter grade to pass/fail for

[8] This is hard to quantify since the holistic admissions process in use across all the UC campuses is highly qualitative, so grades did not have a set/fixed weight in determining admission while scores were required, nor after they were eliminated.

that period, and teachers often felt compelled to lower grading standards in acknowledgement of students' special challenges.[9]

As a result, the quality of the information UC received from school transcripts became less reliable as a gauge of how well a student will succeed if admitted.

At UC San Diego, in Fall of 2024, of those who demonstrated math skills not meeting middle school levels, only 6% met only the minimum high school course requirement, reporting Algebra II and Integrated III as their most advanced math course (**Table 2**). The other 94% went beyond, with 42% percent completing Calculus or Precalculus, and another 44% whose last recorded high school math course was a Statistics class. The pattern of high school math classes taken in many cases suggests much higher levels of math skill than the actual math skill the student often has.

**Table 2. Highest High School Math Class Completed, with Math Placement for Fall 2024**

| Last Math taken in HS* | Math 2 | Pct of 2 | Math 3B | Pct of 3B | 3C or 4C | Pct 3C/4C | Math 10/20 | Pct 10/20 | Math not needed | Pct not needed | Math needed (no test) | Pct needing test |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (course not coded)* | 60 | 13% | 42 | 11% | 49 | 7% | 341 | 7% | 87 | 10% | 26 | 11% |
| Below A-G minimum* | 0 | 0% | 0 | 0% | 0 | 0% | 6 | 0% | 0 | 0% | 3 | 1% |
| Algebra II or Integrated III | 29 | 6% | 11 | 3% | 5 | 1% | 20 | 0% | 31 | 4% | 11 | 5% |
| Further Alg, DataSci, FinMath** | 33 | 7% | 17 | 4% | 37 | 6% | 356 | 8% | 68 | 8% | 15 | 6% |
| Statistics | 208 | 44% | 156 | 40% | 187 | 28% | 1159 | 25% | 305 | 35% | 67 | 27% |
| Precalculus | 103 | 22% | 72 | 19% | 95 | 14% | 161 | 3% | 97 | 11% | 53 | 22% |
| Calculus*** | 95 | 20% | 90 | 23% | 284 | 43% | 2574 | 56% | 294 | 33% | 69 | 28% |
| **TOTAL** | **528** | | **388** | | **657** | | **4617** | | **882** | | **244** | |

* this is not perfectly captured data, and future studies should improve on coding
** includes "IB Math" and other foreign courses
*** includes A-level Math through Cambridge exams

Grades achieved in high school math classes are not helping UC to evaluate math skills much more either (**Table 3**). While there are some differences between those who need preparatory courses and those who do not (and are placed into Math 10/20A) the difference in high school math grade averages is very small, often less than one-tenth of a grade point. The correlation between the average math grade and the placement result is only around 0.25 on a scale of 0 to 1. In 2024, over 25% of the students in Math 2 had a math grade average of 4.0.

---

9 On July 1, 2021, Governor Newsom signed into law AB 104 on grading changes and special accommodations in California high schools for the 2021-22 school year. https://legiscan.com/CA/text/AB104/id/2422454

**Table 3. Average High School Math GPA By Placement Results**

| Placement result | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|
| Math 2 | 3.47 | 3.62 | data not included in this chart | | 3.67 | 3.65 |
| Math 3B | -- | -- | | | -- | 3.70 |
| Math 3C | 3.60 | 3.69 | | | 3.70 | 3.71 |
| Math 4C | 3.72 | 3.72 | | | 3.75 | 3.74 |
| Math 10 | 3.67 | 3.72 | | | 3.75 | 3.74 |
| Math 20 | 3.82 | 3.79 | | | 3.85 | 3.84 |
| No placement (needs math) | 3.61 | 3.68 | | | 3.61 | 3.62 |
| Doesn't need math | 3.63 | 3.67 | | | 3.72 | 3.69 |

We can also observe a small increase in the average high school math grade over the years for students in Math 2/3B. In fact, in almost all categories, the average rose between 2020 and 2023. At the same time our admit pool is slipping in math preparation, we see a slight improvement in their math grades from high school.

The elimination of standardized testing together with COVID resulted in a **mismatch between students' course level/grades and their actual levels of preparation,** with far-reaching implications for determining math readiness and course placement.

This is not to say that students' math curriculum is useless in judging their preparation, but it means that we will have to weigh information in a more careful and complex manner. We have to read the information about the math preparation of applicants differently. We must optimize the noisy signal by weighing each piece of information with respect to its ability to predict the student's likelihood of failing the math placement test once admitted. We will discuss how to do this under our recommendation for using a Math Index.

## Explaining the Excessive Increase at UC San Diego

### Admissions and Enrollments from LCFF+ High Schools

In 2013, the California state legislature introduced a supplemental funding framework for California K-12 public schools, the so-called Local Control Funding Formula (LCFF). The subset of California public schools in which more than 75 percent of the school's total enrollment is composed of students who are identified as either eligible for free or reduced-price meals, or English learners, or foster youth, are eligible for additional funding through the LCFF program. The subset of California schools that meet these eligibility requirements are referred to as **LCFF+ schools**, and since 2016, University of California tracks enrollment from LCFF+ High Schools. The 2016-17 state budget for the UC system included "*one-time funding for*

*support services for low-income students and students from underrepresented minority groups*". The one-time funding was intended to increase the number of applications, admissions, and enrollments from LCFF+ high schools to the UC, a contract signed by then President Michael Drake. Since 2017, each fall UCOP must submit a report on what UC has done to support LCFF+ schools. A second allocation, supporting the same legislative priority, was provided through the 2019–20 Budget Act. The report on "*Admissions and Enrollment of Students from LCFF+ High Schools*" is published annually on the UCOP website, and outlines the activities that the UC system engages in to meet these goals every year since 2016 (UCOP 2020, 2021, 2022, 2023, 2024). An important complementary resource is the UCOP Directory for K-12 Schools, which tracks important high school characteristics such as the LCFF+ classification of all California high schools.

**System-wide changes in LCFF+ Admissions and Enrollments (2019-2024).** According to the UCOP Annual reports on LCFF+ admissions and enrollment, between 2019 and 2024, the number of LCFF+ students applying to at least one UC campus grew modestly, from 27,370 to 29,577 (**Table 4a**). In contrast, the number of LCFF+ students admitted to at least one campus rose more substantially, from 15,829 to 21,634, driven by an increase in admit rates. While application rates remain about 1.5 times higher among non-LCFF+ schools, admit rates during this period shifted in favor of LCFF+ applicants. In 2019, admit rates stood at 58% for LCFF+ students versus 64% systemwide for students from better-resourced schools. By 2024, those rates had reversed, with 73% for LCFF+ and 71% systemwide (**Table 4b**).[10]

[10] To correctly interpret the numbers regarding LCFF+ admissions and enrollments in the tables appearing in our report that are taken from the UCOP Annual Reports in different years, it is important to note that the *LCFF+ designation changes slightly from year to year,* since it depends on self-reporting of individual schools. For example, data in the tables from the 2022 report (covering 2020–2022) are based on the 2020–2021 LCFF+ classification, while data in the tables taken from the 2024 report (covering 2022–2024) are based on the 2022–2023 LCFF+ classification. As a result, data for the same year appearing in two different UCOP reports will vary slightly (by a few percent).

**Table 4a. CA High School Graduates, Applicants, Admits, Enrollees By UC System, 2019-2021**

| | Students | LCFF+ | Non-LCFF+ | TOTAL |
|---|---|---|---|---|
| | H.S. Graduates | 150,154 | 288,496 | 438,650 |
| | Applicants | 27,370 | 73,950 | 101,320 |
| | Admits | 15,829 | 47,178 | 63,007 |
| 2019 | Enrollees | 7,790 | 25,159 | 32,949 |
| | Application Rate | 18% | 26% | 23% |
| | Admit Rate | 58% | 64% | 62% |
| | Yield Rate | 49% | 53% | 52% |
| | H.S. Graduates | 145,794 | 282,187 | 427,981 |
| | Applicants | 27,140 | 72,016 | 99,156 |
| | Admits | 18,393 | 51,993 | 70,386 |
| 2020 | Enrollees | 7,608 | 26,869 | 34,477 |
| | Application Rate | 19% | 26% | 23% |
| | Admit Rate | 68% | 72% | 71% |
| | Yield Rate | 41% | 52% | 49% |
| | H.S. Graduates | 152,950 | 279,806 | 432,756 |
| | Applicants | 23,163 | 87,949 | 111,112 |
| | Admits | 16,014 | 57,955 | 73,969 |
| 2021 | Enrollees | 6,954 | 28,900 | 35,854 |
| | Application Rate | 15% | 31% | 26% |
| | Admit Rate | 69% | 66% | 67% |
| | Yield Rate | 43% | 50% | 48% |

**Table 4b. CA High School Graduates, Applicants, Admits, Enrollees By UC System, 2022-2024**

| | | LCFF+ | Non-LCFF+ | TOTAL |
|---|---|---|---|---|
| 2022 | H.S. Graduates | 144,494 | 287,081 | 431,575 |
| | Applicants | 28,137 | 87,157 | 115,294 |
| | Admits | 19,350 | 56,316 | 75,666 |
| | Enrollees | 8,480 | 27,696 | 36,176 |
| | Application Rate | 19% | 30% | 27% |
| | Admit Rate | 69% | 65% | 66% |
| | Yield Rate | 44% | 49% | 48% |
| 2023 | H.S. Graduates | 150,762 | 281,288 | 432,050 |
| | Applicants | 28,724 | 86,463 | 115,187 |
| | Admits | 20,001 | 59,396 | 79,397 |
| | Enrollees | 8,934 | 29,077 | 38,011 |
| | Application Rate | 19% | 31% | 27% |
| | Admit Rate | 70% | 69% | 69% |
| | Yield Rate | 45% | 49% | 48% |
| 2024 | H.S. Graduates | n/a | n/a | n/a |
| | Applicants | 29,577 | 87,228 | 116,805 |
| | Admits | 21,634 | 61,502 | 83,136 |
| | Enrollees | 8,915 | 29,774 | 38,689 |
| | Application Rate | n/a | n/a | n/a |
| | Admit Rate | 73% | 71% | 71% |
| | Yield Rate | 41% | 48% | 47% |

**LCFF+ Admissions and Enrollment by Campus (2019-2024).** As documented in the annual reports (UCOP 2020, 2021, 2022, 2023, 2024), and reproduced as **Table 5a** and **Table 5b** below, UC campuses have participated unevenly in these changes to LCFF+ admissions and enrollments. In 2021, UC Riverside and UC Merced admitted the largest numbers of LCFF+ students, while Riverside and Irvine enrolled the most. Beginning in 2022, however, UC San Diego took the lead, with enrollment jumping from 894 in 2021 to roughly 1,800 in each of the following three years (2022-2024). By comparison, most other campuses saw only modest increases. UC Berkeley remained below 1,000, and UCLA below 1,100 LCFF+ enrollments.

**Table 5a. CA High School Graduates, Applicants, Admits, Enrollees By UC Campus, 2020-2022**

| | | Berkeley | Davis | Irvine | Los Angeles | Merced | Riverside | San Diego | Santa Barbara | Santa Cruz |
|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | Applicants | 8,052 | 9,750 | 18,015 | 13,810 | 9,649 | 14,541 | 12,280 | 11,405 | 8,995 |
| | Admits | 1,988 | 3,646 | 2,532 | 1,598 | 8,183 | 6,916 | 3,486 | 3,567 | 3,929 |
| | Enrollees | 826 | 933 | 739 | 887 | 941 | 1,328 | 814 | 620 | 486 |
| | Admit Rate | 25% | 37% | 14% | 12% | 85% | 48% | 28% | 31% | 44% |
| | Yield Rate | 42% | 26% | 29% | 56% | 11% | 19% | 23% | 17% | 12% |
| 2021 | Applicants | 9,864 | 10,108 | 17,147 | 16,524 | 8,635 | 13,829 | 12,762 | 11,012 | 8,428 |
| | Admits | 2,112 | 3,989 | 3,923 | 1,650 | 7,535 | 7,636 | 4,467 | 3,870 | 4,274 |
| | Enrollees | 779 | 886 | 1,359 | 911 | 895 | 1,308 | 1,017 | 571 | 474 |
| | Admit Rate | 21% | 39% | 23% | 10% | 87% | 55% | 35% | 35% | 51% |
| | Yield Rate | 37% | 22% | 35% | 55% | 12% | 17% | 23% | 15% | 11% |
| 2022 | Applicants | 12,003 | 10,201 | 18,457 | 18,464 | 7,931 | 13,371 | 14,013 | 10,486 | 8,438 |
| | Admits | 2,042 | 3,455 | 3,650 | 1,682 | 7,219 | 7,566 | 6,850 | 4,092 | 3,491 |
| | Enrollees | 885 | 694 | 1,194 | 1,001 | 993 | 1,296 | 2,038 | 708 | 465 |
| | Admit Rate | 17% | 34% | 20% | 9% | 91% | 57% | 49% | 39% | 41% |
| | Yield Rate | 43% | 20% | 33% | 60% | 14% | 17% | 30% | 17% | 13% |

**Table 5b. CA High School Graduates, Applicants, Admits, Enrollees By UC Campus, 2022-2024**

| | | Berkeley | Davis | Irvine | Los Angeles | Merced | Riverside | San Diego | Santa Barbara | Santa Cruz |
|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | Applicants | 12,053 | 10,174 | 18,186 | 18,074 | 7,359 | 12,741 | 14,559 | 10,379 | 8,119 |
| | Admits | 2,003 | 3,502 | 3,710 | 1,607 | 6,600 | 7,559 | 6,427 | 4,201 | 3,419 |
| | Enrollees | 835 | 689 | 1,147 | 952 | 750 | 1,248 | 1,790 | 681 | 390 |
| | Admit Rate | 17% | 34% | 20% | 9% | 90% | 59% | 44% | 40% | 42% |
| | Yield Rate | 42% | 20% | 31% | 59% | 11% | 17% | 28% | 16% | 11% |
| 2023 | Applicants | 12,330 | 10,024 | 18,858 | 18,226 | 7,147 | 12,602 | 15,259 | 11,148 | 8,540 |
| | Admits | 2,393 | 4,239 | 3,726 | 1,663 | 6,301 | 7,667 | 6,353 | 4,130 | 4,232 |
| | Enrollees | 971 | 861 | 1,116 | 1,023 | 759 | 1,328 | 1,850 | 630 | 396 |
| | Admit Rate | 19% | 42% | 20% | 9% | 88% | 61% | 42% | 37% | 50% |
| | Yield Rate | 41% | 20% | 30% | 62% | 12% | 17% | 29% | 15% | 9% |
| 2024 | Applicants | 12,169 | 10,490 | 19,169 | 18,758 | 7,230 | 13,082 | 16,299 | 11,091 | 9,669 |
| | Admits | 1,901 | 4,529 | 4,396 | 1,813 | 6,543 | 8,855 | 6,843 | 4,362 | 5,350 |
| | Enrollees | 786 | 890 | 1,242 | 1,091 | 690 | 1,326 | 1,799 | 610 | 487 |
| | Admit Rate | 16% | 43% | 23% | 10% | 90% | 68% | 42% | 39% | 55% |
| | Yield Rate | 41% | 20% | 28% | 60% | 11% | 15% | 26% | 14% | 9% |

Three components contributed to the sharp rise in LCFF+ student enrollment at UC San Diego. First, the number of applications from LCFF+ schools grew across the board. This increase stemmed only modestly from a rise in the total number of LCFF+ students and more from the fact that each student applied to a greater number of UC campuses. Between 2021 and 2022, LCFF+ applications to UC San Diego increased by 1,251. Second, admit rates for LCFF+ applicants also rose markedly, from 35% in 2021 to 44% in 2022, and remained above 40% over the following two years. These rates exceeded not only those at UC Berkeley and UCLA, but also UC Irvine and UC Santa Barbara. Finally, UC San Diego's yield rate, the share of admitted LCFF+ students who ultimately enrolled, also increased between 2021 and 2022 from 23% to 30%. As a result, UC San Diego has had the largest enrollment of LCFF+ students of all UC campuses during the years 2022-2024. The campus with the next highest enrollment of LCFF+

students is UC Riverside, which trails UC San Diego by 450-550 LCFF+ enrollments per year during that period. Preliminary data shows that UC San Diego has maintained these high LCFF+ enrollments in 2025, with more than 1,550 LCFF+ enrollments, so that UC San Diego is likely to again have the highest LCFF+ enrollment across the entire UC system for a fourth year in a row.

Taking into account the varying sizes of the undergraduate populations at each campus, and the size of the incoming first-year classes, **Table 6** shows that UC San Diego has had more than double the LCFF+ enrollment percentages compared to all other campuses during 2022-2024, except for UC Riverside (which still trails UC San Diego) and UC Merced (which leads UC San Diego by a few percentage points). The first panel of the table shows the entire first-year classes at each campus during 2022-2024, and the second panel shows the subset of first-year classes from California high schools. More than a third of enrolled first-year students at UC San Diego during 2022-2024 were admitted from LCFF+ schools, compared to well under 20% for all other UC campuses except UC Riverside and UC Merced.

**Table 6. Total and LCFF+ Percentages by UC Campus, 2020-2024**

| *All First-Years* | 2020 Class | | | 2021 Class | | | 2022 Class | | | 2023 Class | | | 2024 Class | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Campus** | Total | LCFF+ | Pct LCFF+ | Total | LCFF+ | Pct LCFF+ | Total | LCFF+ | Pct LCFF+ | Total | LCFF+ | Pct LCFF+ | Total | LCFF+ | Pct LCFF+ |
| Berkeley | 6117 | 826 | 14% | 6931 | 779 | 11% | 6726 | 885 | 13% | 6641 | 971 | 15% | 6272 | 786 | 13% |
| Davis | 6144 | 933 | 15% | 7482 | 886 | 12% | 6399 | 694 | 11% | 6577 | 861 | 13% | 6767 | 890 | 13% |
| Irvine | 5765 | 739 | 13% | 6489 | 1359 | 21% | 5664 | 1194 | 21% | 6796 | 1116 | 16% | 6736 | 1242 | 18% |
| Los Angeles | 6386 | 887 | 14% | 6584 | 911 | 14% | 6462 | 1001 | 15% | 6585 | 1023 | 16% | 6610 | 1091 | 17% |
| Merced | 1951 | 941 | 48% | 2410 | 895 | 37% | 2393 | 993 | 41% | 2419 | 759 | 31% | 2093 | 690 | 33% |
| Riverside | 4863 | 1328 | 27% | 5204 | 1308 | 25% | 5573 | 1296 | 23% | 5521 | 1328 | 24% | 5422 | 1326 | 24% |
| *San Diego* | *6449* | *814* | *13%* | *7542* | *1017* | *13%* | *6546* | *2018* | *31%* | *7005* | *1850* | *26%* | *7330* | *1799* | *25%* |
| Santa Barbara | 4847 | 620 | 13% | 4898 | 571 | 12% | 4966 | 708 | 14% | 5044 | 630 | 12% | 5008 | 610 | 12% |
| Santa Cruz | 4194 | 486 | 12% | 4188 | 474 | 11% | 3859 | 465 | 12% | 4381 | 396 | 9% | 4383 | 487 | 11% |
| **TOTALS** | **46716** | **7574** | **16%** | **51728** | **8200** | 16% | **48588** | **9254** | 19% | **50969** | **8934** | 18% | **50621** | **8921** | 18% |

| *Residents only* | 2020 Class | | | 2021 Class | | | 2022 Class | | | 2023 Class | | | 2024 Class | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Campus** | Total | LCFF+ | Pct LCFF+ | Total | LCFF+ | Pct LCFF+ | Total | LCFF+ | Pct LCFF+ | Total | LCFF+ | Pct LCFF+ | Total | LCFF+ | Pct LCFF+ |
| Berkeley | 4539 | 826 | 18% | 4857 | 779 | 16% | 5216 | 885 | 17% | 5260 | 971 | 18% | 5229 | 786 | 15% |
| Davis | 4856 | 933 | 19% | 5655 | 886 | 16% | 4914 | 694 | 14% | 5289 | 861 | 16% | 5326 | 890 | 17% |
| Irvine | 4563 | 739 | 16% | 4706 | 1359 | 29% | 4656 | 1194 | 26% | 5240 | 1116 | 21% | 5072 | 1242 | 24% |
| Los Angeles | 4798 | 887 | 18% | 4557 | 911 | 20% | 4974 | 1001 | 20% | 5198 | 1023 | 20% | 5234 | 1091 | 21% |
| Merced | 1928 | 941 | 49% | 2397 | 895 | 37% | 2385 | 993 | 42% | 2404 | 759 | 32% | 2060 | 690 | 33% |
| Riverside | 4680 | 1328 | 28% | 4992 | 1308 | 26% | 5192 | 1296 | 25% | 5191 | 1328 | 26% | 5163 | 1326 | 26% |
| *San Diego* | *4788* | *814* | *17%* | *5255* | *1017* | *19%* | *5323* | *2018* | *38%* | *5559* | *1850* | *33%* | *5728* | *1799* | *31%* |
| Santa Barbara | 4016 | 620 | 15% | 3665 | 571 | 16% | 3847 | 708 | 18% | 3993 | 630 | 16% | 4115 | 610 | 15% |
| Santa Cruz | 3930 | 486 | 12% | 3844 | 474 | 12% | 3457 | 465 | 13% | 3974 | 396 | 10% | 4023 | 487 | 12% |
| **TOTALS** | **38098** | **7574** | **20%** | **39928** | **8200** | 21% | **39964** | **9254** | 23% | **42108** | **8934** | 21% | **41950** | **8921** | 21% |

**LCFF+ Enrollment Impacts on Placements into Math 2 and 3B.** Unfortunately, this surge of enrollment of LCFF+ students occurred at a particularly challenging time. As noted earlier, the pandemic produced greater learning losses in under-resourced schools, and their academic recovery has been slower. As a result, UC San Diego's expansion of LCFF+ intake coincided with a period when the academic preparation gap between LCFF+ and non-LCFF+ students was widening.

As shown in **Table 7**, when UC San Diego doubled its LCFF+ enrollees in 2022-2023, the number of students placed into Math 2 also nearly doubled, from 191 to 390 (at that time, Math 3B was not yet offered). Of that increase, 159 of the 199 additional students (80%) came from LCFF+ schools. In 2023–2024, the combined enrollment in Math 2/3B grew by another 100 students, 63 of whom came from LCFF+ schools. Although the number of LCFF+ admits declined slightly from 2022 in the following two years, their representation among underprepared students continued to grow sharply. While in 2021–2022 only one in eight LCFF+ students required Math 2/3B placement, by 2025–2026 that number had risen to one in three. Absent this deterioration in math preparation among LCFF+ admits, the 2025–2026 Math 2/3B cohort would have been approximately 615 students instead of 921. Between 2021 and 2025, the size of Math 2/3B enrollments grew by 730 (from 191 to 921); the number of LCFF+ students in Math 2/3B grew from 106 out of 191 (56% of Math 2/3B enrollment) in 2021-2022, to 492 of 921 (53% of enrollment) in 2025-2026. LCFF+ students represented larger percentages of Math 2/3B enrollments (61% to 68%) over the previous three years (i.e., 2022-2024).

Our approach to LCFF+ students needs to be adjusted if we want to bring down the number of students who need special help with math success. Yet, it is important to recognize that the growth in students needing remedial mathematics support in the last five years would still be considerable even if UC San Diego had enrolled LCFF+ students as a percentage of the incoming class that was comparable to our peer UC campuses, or even if UC San Diego had admitted no LCFF+ students at all. As described at length in this report, our fundamental challenge is the lack of reliable predictive information about mathematics preparation in all applicant files since the abandonment of the SAT.

**Table 7. Students from LCFF+ Schools in Math 2/3B**

| *Year* | *UCSD Enrollment (freshmen)* | *Math 2/3B Placements (# of freshmen)* | *Math 2/3B Placements (% of freshmen) (w/o LCFF+)* | *UCSD LCFF+ Enrollment (% of freshmen)* | *Math 2/3B Placements from LCFF+ (% of placements)* | *Math 2/3B Placements from LCFF+ (% of all LCFF+)* |
|---|---|---|---|---|---|---|
| *2021-2022* | 7516 | 191 | 2.5% (1.3%) | 894 (12%) | 106 (56%) | 12% |
| *2022-2023* | 6551 | 390 | 6.0% (2.6%) | 1790 (27%) | 265 (68%) | 15% |
| *2023-2024* | 6992 | 490 | 7.0% (3.2%) | 1850 (27%) | 328 (67%) | 18% |
| *2024-2025* | 7319 | 916 | 12.5% (6.5%) | 1799 (25%) | 557 (61%) | **31%** |
| *2025-2026* | 7799 | 921 | 11.8% (6.9%) | 1553 (20%) | 492 (53%) | **32%** |

Conversations with researchers into K-12 education suggest that LCFF+ schools struggle with both availability of higher-level math courses and qualified instructors. Therefore, it is not surprising that students from these schools place into remedial math at higher percentages. These resource disparities parallel general societal inequities; hence, we find that lower income, first

generation, and under-represented students are disproportionately represented both in LCFF+ schools and Math 2/3B placement. Given that, as a public university, we are charged by the Board of Regents to serve all segments of California's college-aged students, we cannot simply admit only from better-resourced schools, this would replicate privilege and fail to support our mission as an institution that promotes social mobility. From a more practical perspective, we would also be unable to meet our enrollment targets. This situation goes to the heart of the present conundrum: in order to holistically admit a diverse and representative class, we need to admit students who may be at a higher risk of not succeeding (e.g., with lower retention rates, higher DFW rates, and longer time-to-degree). The workgroup recognizes that there are not simple solutions but makes recommendations that attempt to find a middle ground.

## Increase in the Proportion of In-State Students

Starting with the 2022 admission cycle, UCOP charged San Diego, Berkeley, and Los Angeles with taking steps to decrease the number of spots in the incoming class that went to non-residents vs California residents. To achieve these goals, each of these three most in-demand campuses would need to both increase resident enrollment *and* decrease nonresident enrollments, not simply doing one or the other. UCOP and the legislature also acknowledged that for these campuses to make such a swing would reduce our tuition revenue, since non-residents pay roughly three times the rate of in-state students in tuition each year; up to a certain cap each year, they offered a "buy-down" that would make it possible for the campuses to be made financially whole (in regard to their tuition revenue) in the interest of balancing increased access for our own state with financial stability.

At the San Diego campus, the percentage of the incoming class (first-year and transfer combined) that was non-resident had gone from 21.8% in 2019 all the way up to 27.5% in 2021. Additionally (see **Table 8**, below), the 2021 class was more than 1,100 students larger than 2020, and 2022 was meant to be a year to counterbalance this with a one-year drop to an incoming class that would be slightly less than 2020. As a result, the 2022 class was only 16.6% non-resident. This meant that the number of nonresident first-years would be roughly half in 2022 what it was in 2021, while the number of 2022 CA residents went up modestly. This pattern would continue into the 2023 and 2024 cycles, until Fall 2025 (not shown), other factors caused us to swing back toward more non-residents.

Accomplishing the increase in resident enrollment (for both first-years and transfers) has been a win for the system and the state; and San Diego has outperformed the other two campuses in this arrangement. For multiple years now, we have enrolled more resident undergraduates than any other campus in the system, and as of 2024, enrolled more *total* undergraduates as well.

**Table 8. Growth in San Diego New Student Enrollment, 2019-2024**

| New Undergraduates | Fall 19 | Fall 20 | Fall 21 | Fall 22 | Fall 23 | Fall 24 |
|---|---|---|---|---|---|---|
| **First Year** | **6,708** | **6,447** | **7,544** | ***6,546*** | ***7,007*** | ***7,330*** |
| CA Resident | 5,168 | 4,797 | 5,265 | *5,318* | 5,564 | 5,730 |
| Nonresident | 1,540 | 1,650 | 2,279 | *1,228* | 1,443 | 1,600 |
| ***Resident : Nonresident*** | | | | | *3.9* | *3.6* |
| | | | | | | |
| **Transfer** | **3,137** | **3,347** | **3,604** | ***3,068*** | ***3,214*** | ***3,757*** |
| CA Resident | 2,529 | 2,593 | 2,822 | *2,699* | 2,874 | 3,178 |
| Nonresident | 608 | 754 | 782 | *369* | 340 | 579 |
| ***Resident : Nonresident*** | | | | | *8.5* | *5.5* |
| | | | | | | |
| **Total New** | **9,845** | **9,794** | **11,148** | **9,614** | **10,221** | **11,087** |
| | | | | | | |
| **% Nonresident** | **21.8%** | **24.5%** | **27.5%** | **16.6%** | **17.4%** | **19.7%** |
| ***Resident : Nonresident*** | | | | | **4.7** | **4.1** |

## Growth of the Undergraduate Population at UC San Diego

Related to the growth in residents, above, the university has been on a growth trajectory as well (**Table 9**). While the 2021-to-2022 drop was a "reset" of sorts, the goal was to then resume our growth trajectory after 2022. We have come very close to the resident and total targets each year, especially considering that 2023 brought a last-minute request from UCOP to increase resident numbers further than originally planned, and that 2024 brought federal-level disaster with the delays and errors in the FAFSA, and an accompanying deadline delay paired with highly unpredictable behavior by students who were getting their aid packages later, and with things less settled than usual. In this complex environment, San Diego has grown by more than any other campus over the past decade.

**Table 9. UC systemwide enrollment (all undergraduates) by campus, 2015-2024**

All Campus, Fall term, by Campus

| Student lev.. | Categories | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Undergrad.. | Berkeley | 27,496 | 29,310 | 30,574 | 30,853 | 31,348 | 30,799 | 31,814 | 32,479 | 33,078 | 33,070 |
| | Davis | 28,257 | 29,379 | 30,066 | 30,718 | 30,982 | 31,162 | 31,657 | 31,532 | 31,797 | 32,273 |
| | Irvine | 25,256 | 27,331 | 29,307 | 29,736 | 30,382 | 29,638 | 29,449 | 28,662 | 29,503 | 30,204 |
| | Los Angeles | 29,585 | 30,873 | 31,002 | 31,577 | 31,543 | 31,636 | 32,122 | 32,423 | 33,040 | 33,475 |
| | Merced | 6,237 | 6,815 | 7,375 | 7,881 | 8,151 | 8,276 | 8,321 | 8,343 | 8,372 | 8,372 |
| | Riverside | 18,607 | 19,799 | 20,073 | 20,581 | 22,055 | 22,693 | 22,868 | 22,911 | 22,646 | 22,600 |
| | San Diego | 26,590 | 28,127 | 28,587 | 30,285 | 30,794 | 31,842 | 33,343 | 33,096 | 33,792 | 34,955 |
| | Santa Barbara | 20,607 | 21,574 | 22,186 | 23,070 | 23,349 | 23,196 | 23,091 | 23,459 | 23,232 | 23,181 |
| | Santa Cruz | 16,231 | 16,962 | 17,577 | 17,792 | 17,517 | 17,207 | 17,864 | 17,502 | 17,812 | 17,940 |
| | Total | 198,866 | 210,170 | 216,747 | 222,493 | 226,121 | 226,449 | 230,529 | 230,407 | 233,272 | 236,070 |

# The Holistic Review Process

## Creation of the Holistic Review Scores

The process of our Holistic Review for first-year applicants can be divided into two stages. In the first stage, readers score each application with consideration of a range of factors derived from BOARS guidance. The scores range from 1 to 5, where 1 is highest/best and 5 is lowest/worst. Readers may also assign 1.5 and 2.5. Two readers read each file. If they differ by one point or less, the final score is the average of the two. If they differ by more than one point, a third reader (usually someone from the professional staff) reconciles the differences. At the end of the first stage, each file has a Holistic Review Score (HRS). The HRS is intended to reflect the entirety of the student's achievements and promises. In the context of the current applicant volume, this means that the readers (including over 200 "external readers" hired each year for this sole

purpose) will provide over 250,000 reads each year as they rate applicants in the second-largest first-year pool in the United States.

It should be noted that the yield of those with the best scores is historically lower than those with lower holistic scores, and those are a small portion of our applicant pool. Thus, applicants with scores toward the middle make up a larger percentage of our admit pool, and ultimately, a larger percentage of our enrolling class each year.

Our statistical analysis showed that the HRS has a very high correlation (about 0.8) with the student's weighted HGPA in the local context (**Table 10**).[11] In a holistic process, which is by definition not weighted to prescribe importance to any one factor over another, we nonetheless train our readers to consider grades as an important part of the score. Readers see multiple GPAs (unweighted, weighted, and "capped" weighted) and also see how the applicant's GPA stacks up against other applicants from the same high school (again, in multiple ways, both weighted and unweighted, and in comparison to both other applicants to this campus and other applicants to all UC campuses combined). The review is designed to see past grade inflation. If a student's GPA is "high" compared to many in the applicant pool, but does not stand out within the school's applicants, that can be telling.

When you also consider that the UCs are charged with giving admission priority to students in the top 9% of their high school (sometimes referred to as "ELC"), it is understandable that grades and grade percentile (within the school) play a significant role in the holistic score, *but definitely do not determine the whole score.*

**Table 10. Correlation of High School GPA and the Holistic Review Score**

| | | | | | |
|---|---|---|---|---|---|
| Correlation of Weighted High School GPA Percentile and HR Score | | | | | |
| | **F2020** | **F2021** | **F2022** | **F2023** | **F2024** |
| | -0.72 | -0.79 | -0.79 | -0.79 | -0.81 |
| | | | | | |
| Correlation of UnWeighted High School GPA Percentile and HR Score | | | | | |
| | **F2020** | **F2021** | **F2022** | **F2023** | **F2024** |
| | -0.63 | -0.71 | -0.69 | -0.67 | -0.69 |
| | | | | | |

Beyond these highly quantitative factors, holistic readers are trained to look out for a variety of other factors that all conform within the BOARS list of approved considerations in admission and use the PIQs (a series of short essays) and activities lists to determine more about the student's background, potential, and life experiences. While the GPA and GPA percentile may, again, show a strong correlation with holistic score, it is these additional considerations that help

11 The student's weighted HSGPA expressed as the percentile ranking in their high school.

define differences among a vast and talented applicant pool. This is why applicants with the highest score and a much lower one, for example, may have nearly identical GPA and course taking patterns – and it is a crucial component of the UC philosophy that even among students who look academically similar, we will make distinctions to help us identify students who most espouse the characteristics we seek in the incoming cohort. Note that readers are specifically trained to NOT take a student's preparation into account differently based on their intended major; doing so across the many majors offered here would risk muddying the waters too much, and the premise on which this scoring rubric was built is that holistic review for first-year applicants is based on their general preparation and potential for overall success.

It is a delicate balance to not formulate pre-determined outcomes for each file's score, and yet at the same time ensure a high level of conformity among the few hundred who give these scores. Readers are carefully trained using several dozen selected exemplar files at the start of the cycle; some external readers do not make it past that point such that they never read "live" files for us. Still others will be dismissed later in the cycle if their reads are associated with an unusually high incidence of third reads, or if their volume is not sufficient to keep us on pace. You could even note that a reader falling behind our minimum pace is a less effective one, because seeing fewer files per week makes them less likely to be consistent.

## The Shaping of the Class

The second stage utilizes the holistic scoring results to then determine offers of admission that align with our overall goals and limitations for the size of the class. The Selection Committee is made up of the Executive Director of Undergraduate Admissions, the Associate Vice Chancellor of Enrollment Management, and 4-6 other staff from Admissions leadership and the Enrollment Management Data Analytics team. To ensure no one impacts both stages of the process, no readers are included in the Selection Committee, and no member of that committee can be a reader.

This group can strategize throughout the year about how it will approach selection; but the actual process of working from all the holistic scores to decide on who to admit is very concentrated, and involves the group making many rounds of adjustments to its plans over the span of just a few weeks from when readings are complete (late January or early February) to the time when decisions need to be finalized and give time for three other key steps (college assignment, major assignment, and financial aid packaging) before offers of admission go out to first-years in mid-March.

The committee will treat the three different residency groups of the applicant pool as distinct groups based on the space of the campus to accommodate them in carefully planned subsets:

resident, out-of-state, and international. If nothing else, the yield behavior among these categories varies greatly, and we must decide on a number of offers that work backward from this outcome. Additionally, the resident group is where we take a great many more characteristics into account than with the other two. For example, among non-CA high schools, there is no designation of LCFF+ status, there is less robust tracking of A-G coursework by UCOP, and we might think that grading for students at international schools is very different from US grading, such that even if we use the same holistic scoring for all three, we think of it as being composed of different inputs, at least in a broad sense.

In each of the last several years, even as in-state applications have climbed by more than 20,000, we still have a similar number of offers of admission we can make. This is because even though the size of our resident class has grown (as noted above), that growth in capacity has been much less than the growth of the pool. Beginning in 2022, we brought refreshed focus to the process by which offers of admission were determined, to better control for major selection, and to ensure that we selected students in a way that would allow for more granular shaping of the many subgroups of the class, especially by major. At the same time, we have aimed to ensure that increasing selectivity did not result in obligatory decision patterns that constrained our desire to shape the class. As a result, as the pool has grown, the selection committee has had to increasingly limit how often the holistic score alone can lead to the decision, vs additionally taking additional academic and non-academic factors into account – especially the requested major.

Additionally, Admissions/EM sought to be responsive to numerous conversations that revolved around students being admitted to an alternate major instead of a highly popular first-choice one, in hundreds of cases, the student might have been admitted to the university without any major at all, and therefore assigned to undeclared status as opposed to picking it voluntarily. Once considering the reality of those same majors (typically the highly selective ones within Engineering) and their overall capacity, it is understandable that many such students were deeply disappointed in their UC San Diego experience. Rates of satisfaction in the UCUES survey were low from these “forced undeclareds” and other students who could not get into the major they came here to pursue. Meanwhile, some other departments who would gladly accept additional students were not growing – or if they were, it might be through enrollment by students who did not wish to be there and would even say so.

One additional strategy brought to the selection process in 2022 was the use of a robust waitlist – this is a very common best practice across the country in the admissions profession, but for whatever reason, it had been avoided on this campus for several years prior. Simply put, UC San Diego had experienced great fluctuation in enrollment outcomes each year for several years while not using a waitlist. Employing one allowed us to ensure we could make offers of admission with a more conservative, lower number each March and invite additional applicants to let us know if they would be interested later should space end up being available. Then, after

May 1 (the national freshman decision date for most colleges), San Diego goes out with additional offers if possible, and only to students who opted to be on that waitlist. Even then, some of those students decline our offers such that in some years, we go through multiple rounds, and all the way into early July, before finishing our activity. It is also worth noting that we use this same strategy with transfer students, and while that carries some different timing and strategies with it, it is beyond the focus of this report.

Again, part of what we began trying to do more effectively in 2022 was to manage enrollment much more carefully within each department, especially those who were going beyond their ideal capacity. While the waitlist allows us to much more incrementally work our way up to those goals, we continue a longer-term practice of first examining the pool of students who had been admitted in the initial round and accepted their offer, and yet had been admitted to a second-choice major. We first notify those students that we would like to switch them into their first-choice major, and only then do we consider additional admits to that major from the waitlist.

As mentioned earlier, holistic review does not consider a student's likely fit with a specific major they seek. However, in the selection committee, we might make the decision to admit a student, but not into their first-choice major. For this reason, we have additional steps that we take to determine admission to a major even after deciding on who to admit to the university. While that process is not documented in this report, it is important to note its existence in regard to the remedies/future approaches mentioned in later sections.

By dipping further into the pool of applicants vs. simply letting the holistic score determine the bulk of decisions, the Selection Committee has sought to expand access for students seeking majors we wish to grow, and/or for students who come from schools we seek to serve better. And each year, this is a matter of balance, even if we can predict a rough range of the yield rate each year (how many students offered admission will accept that offer and enroll at San Diego), we cannot ever know exactly which students they will be. Last, it is important to note that at no time, does the Selection Committee go "into the weeds" enough to be examining every individual file; that is the purpose of the holistic review, and then the Selection Committee makes categorical decisions from those individual inputs.

## The Use of Portfolio in Admissions

Another source of input into the admissions decision for some students is the arts portfolio. UC San Diego Applicants who elect a major in Music, Theatre & Dance, or Visual Arts are offered the opportunity to submit a portfolio of their work. Each Department sets their own arts portfolio requirements. Approximately 50% of applicants who elect an Arts major submit a portfolio.

Some applicants who do *not* elect an Arts major, nonetheless, turn in an Arts portfolio. All submitted Arts portfolios are evaluated by the appropriate Department.

The applicants who submit a portfolio are evaluated along two *parallel* tracks. Their file is evaluated in the two rounds of the normal admissions process, and their portfolio is judged by the departmental portfolio review.

The readers who assign the Holistic Review Score do not take into account the major or portfolio and the departmental portfolio review does not have access to scoring by the readers. The department studies the submitted material and assigns a score between 1 and 5 based on criteria established by the departments and they send the portfolio scores to the Dean's Office, that then forwards to Admissions. While this happens to be the same scale used in admissions, these are very different assessments and are never mixed or averaged together.

If an applicant who submits a portfolio receives a high enough score from the Admissions Office Reader, they will be admitted to UC San Diego regardless of their Portfolio score to their selected major. Similarly, if an applicant who submits a portfolio receives a very low Holistic Review Score from the Admissions Office Reader, they will be rejected regardless of their Portfolio score, no matter how great their artistic talent may be.

*However*, a portfolio rating comes into play if the applicant who submits a portfolio receives a score in the middle ranges from the Admissions Office Reader. In that case, their portfolio score *could* tip their application one way or another. These considerations happen in the second stage of shaping the class.

None of the Arts majors have a math requirement, except the ICAM majors in Music and Visual Arts (Interdisciplinary Computing and the Arts Major - Computer Music and Music Technology, Visual Arts). The only college with a calculus requirement is Revelle College; this college counts a few Arts majors among its students. With these two exceptions, Arts majors are not obliged to fulfill any math requirement.

Unfortunately, under the current system, once the Arts Departments submit their portfolio scores to the Dean's Office, they receive no feedback about the outcomes of those applicants. The process lacks transparency in this regard. Faculty members who devote significant time and effort to evaluating portfolios never learn what became of the students they recommended -- or whether their assessments had any impact on admissions decisions. Enrollment Management/Admissions makes these decisions available to the School and will be working with the Dean's office in the coming year to ensure a stronger and more consistent feedback loop.

# Attempted Remedies for the 2025 Cohort

As the math placement issues became clearer over the past year, Admissions/Enrollment Management has taken steps to adjust the selection process for the 2025 cohort. First, we started calculations of a Math-only GPA; this is something never utilized by any other UC campus, but a natural place to look first for more specific signals that might help in our decision process. This new GPA was unweighted, meaning whether the student took an AP/IB/college/Honors class, the focus was on how well they did in whatever that setting was. Second, we put this GPA to use in parts of the selection committee's work – for applicants with some of the lower holistic scores involved with considering an offer of admission, a low math GPA could result in a student not being offered a spot even if they would have been under other circumstances. This math-GPA cutoff was only utilized if the student's first-choice major was one that requires Math 10 or Math 20 for graduation.

We estimate that this resulted in several hundred students not being offered admission; and along with this, third, we somewhat raised the bar for students from LCFF+ schools. As has been noted elsewhere in this document, despite these three substantive adjustments, the number of incoming students needing Math 2/3B did not decrease; however, the proportion of those needing the remediation who came from LCFF+ schools decreased.[12]

---

[12] Ironically, this means that we might have identified a solution that is less effective in detecting math readiness issues for students from non-LCFF+ schools. However, we have not had the time to do a complete post-mortem on the connection between the attempted readiness and the outcomes.

# Recommendations

## Recommendations Addressing the Writing Problem

The Admissions workgroup concluded that the complexities of language, literacy, and writing preparation require further study. To determine what data is needed to explore this further, we should include colleagues with expertise in literacy and writing from the humanities, including college writing program faculty. Colleagues with expertise in social science and scientific communication from across campus, including experts from Geisel library, should also be consulted. The new challenges posed by widespread use of artificial intelligence tools make this an important time to examine the state of our incoming students' literacy preparation. We should leverage campus expertise to determine what data we need to assess this preparation. This type of study is an important opportunity to address a rapidly changing literacy readiness among our students.

## Recommendations Addressing the Math Problem

### The Math Index

We face an enormous uncertainty when judging the math skills of our applicants. The most and least prepared students are easy to identify, but the level of math preparation for the vast majority of applicants is much more difficult to assess based on the information they submit with their application. Furthermore, the yield rate among the top applicants is relatively low because they are more likely to take offers from UC Berkeley, UCLA, or other highly ranked universities.

The first step to addressing this problem is to move away from using overall high school GPA that is calculated with all subjects, to a focus on the math courses in the transcript for those students whose major requires strong math preparation. Yet, as we saw, just calculating the average grade will not be sufficient. The variation among schools in course offerings and quality further obscures the information contained in high school transcripts.

Whereas before 2021 standardized testing helped with identifying incoming students unprepared for majors with high math content, we no longer see test scores from many of our incoming students.[13] Administering the math placement test before admission decisions is logistically impossible. Therefore, we propose a statistical model, which we refer to as the Math Index, to

[13] It is important to note that even when ACT/SAT scores were required for applicants, the score was never used in a robust manner in the admissions process itself; however, it was used in placement, such that it is likely that a much smaller percentage of the incoming class was required to take the MPE compared to now.

extract as much information as possible about the student's math preparedness from their application in a uniform, fair and impartial way. Specifically, the Math Index is our best predictor for how a given applicant would perform on the math placement exam once admitted.

We model the student's math placement outcome (MPO) as a function of information available on the student's high school transcript, including grades, courses completed, and the high school attended. We can refer to these variables as the Math Performance Measure (MPM). Our model weighs them to optimally predict the MPO. Specifically, for student *i*, our measure of $MPM_{ij,}$ (a matrix of variables) is based on the following:

- Grades in the three basic courses (Algebra I, Geometry, Algebra II or Integrated Math I, Integrated Math II, Integrated Math III – these are the Area C requirements)
- The total number of math courses they took beyond the three basic courses
- The types of those math courses: AP, Honors, College etc.
- The topics of those courses: statistics, pre-calculus, calculus etc.
- The average grade in non-basic math courses
- The last year they took a math class
- The student's overall capped weighted GPA
- The student's high school

To create a forecast of the likelihood that an applicant to UC San Diego will be placed into remedial math (Math 2/3B), we use data from prior years of applicants who were admitted and enrolled. At present we are estimating versions of this model that use the UC San Diego math course placement of UC San Diego freshman enrollees in math-intensive majors who arrived on campus in Fall 2023 and Fall 2024. The final model will likely use either a logit or linear probability model to estimate for each student $MPO_i$, the probability of placement into math 2/3B, as a function of the vector of predictors MPM.

Once the model parameters have been estimated using prior years of data, it can then be applied to a set of future applicants to UC San Diego who are seeking math-intensive majors, for whom the math placement will be crucial. The Math Index for a set of applicants will thus be a function of the information on each student's transcript:

$Math\ Index\ = f(MPM)$ where f is the function estimated using past enrollees.

The Math Index will thus be a predicted probability that the student will have to take Math 2/3B. Put differently, it is an estimate of the MPO (Math Placement Outcome).

Because of the strong evidence we have gathered that probabilities of remedial math placement vary systematically by high school,[14] even after controlling for information in students' high school transcripts, it is essential that this model incorporate information on the high school attended.

*How the Math Index Will Be Used*

The main guide to admission is still the Holistic Review Score, but the Math Index is used to evaluate the fit between the student's chosen major and their math skills. The Math Index will be used to evaluate any student whose first choice for major is one that requires the Math 10 or Math 20 sequence. The exception is that students admitted to such majors who have already demonstrated mastery of the required high school math content, through earning college credit, or earning the needed scores on AP or IB exams, will not need to take the Math Placement Exam. For this reason, the Math Index will not be needed for such students. Nonetheless, all applicants will be scored for baseline reference and further research, even if the index does not ultimately end up playing into their admission decision.

The workgroup discussed two approaches to using the Math Index. The first is to set a strict cutoff on the Math Index for students whose major will require the Math 10 or Math 20 sequence. The minimum Math Index score could be different for the two and could be decided with input from the Committee on Admissions. The selection committee will also need to consider how differing cutoffs could impact efforts to reach certain target numbers with various departments; for example, among the most selective majors requiring Math 20, the index might be used to fine-tune offers of admission, and other majors that are undersubscribed, a slightly higher index (i.e., higher likelihood of testing into Math 2/3B) may be a good component of efforts to reach an enrollment goal for that specific department.

A second approach, which some members believe is better aligned with holistic admissions, is for the admissions team to make admissions decisions to math-intensive majors holistically, but to keep a running tally during the selection process of the likely number of students who would need Math 2/3B.[15] These two approaches – setting a cutoff probability of placement into remedial math above which admissions to majors requiring math will not be allowed, and keep a

---

14 Early in our work to create the Math Index, in our models predicting UC San Diego math course placement, we tested whether all California high schools that sent students into UC San Diego math-intensive majors in fall 2023 and 2024 have the same grading standards. The probability that the hypothesis of identical grading standards is correct was less than 0.01%.

15 We recommend that for the 2026–27 academic year, enrollment in Math 2/3B will be no more than ***300*** students.

running count of the expected number of remedial math enrollees as admissions decisions are made – are not necessarily mutually exclusive. Using both approaches as UC San Diego gathers experience with the Math Index could be wise.

We now provide an example of how this second idea of keeping a running tally of the expected number of remedial math would work in practice. The probability that a given admittee both enrolls at UC San Diego and is placed in Math 2/3B, PR, is equal to the product of two probabilities:

PR = Prob(Enrolls at UC San Diego) * Prob(Placed in Math 2/3B)

= Prob(Enrolls at UC San Diego) * Math Index

For example, with roughly one quarter of admittees enrolling at UC San Diego, the first probability might be estimated at about 0.25. If a given student had a Math Index = 0.6, meaning that the estimated probability of being placed into remedial math was 0.6, then this applicant's expected probability of enrolling and taking Math 2/3B is

PR = 0.25 * 0.6 = 0.15.

(This assumes that the two probabilities are independent.) If UC San Diego admits to majors that require math a total of N students who are not exempted from the Math Placement Exam, then the expected number of students in Math 2/3B that fall will be TOTAL_2/3B, which is the following sum, where i indexes the students:

$$TOTAL_2/3B = \sum_{i=1}^{N} PR_i = \sum_{i=1}^{N} Prob(Enrolls\ at\ UCSD)_i * Math\ Index_i$$

The first terms on the probability of enrollment at UC San Diego can be based on a statistical model enrollment probability that incorporates and builds upon the insights of the experience of the professional admissions staff. The second term is the Math Index itself.

The admissions staff would use this running count to admit students in a way that was mindful of campus targets for a maximum number of students who would be expected to need remedial math. This number could be set in consultation between the Committee on Admissions, the Math Department, and Admissions/Enrollment Management. As admissions decisions are made, the admissions team can regularly update the Committee on Admissions and the Math Department on the current value of TOTAL_2/3B.

We reiterate that students who chose majors without Math 10/20 requirements will be admitted without consideration of this math index.

*The Maintenance of the Math Index*

The Math Index must be evaluated every year by the Committee of Admissions in consultation with admissions staff, with a focus on its ability to predict the Math Placement Outcome. The weights should be adjusted every year as new cohorts provide new data for the calculations. For its first iteration, to be used in winter and spring 2026, data from fall 2023 and fall 2024 admissions will likely be used (reserving fall 2025 admissions for cross validation of the model). But in future years, more years of data on Math 2/3B placements can be used to train the prediction model, leading to more accurate and more precise predictions.

An important improvement that could be made in future years, as the campus gains more years of data on math placements, is that the model could be adapted to predict the probability of placement into Math 2 and Math 3B separately. The former, in its 2023-24 configuration, focuses largely on pre-high school math while the latter focuses on more advanced material typically taught in high school. In fall 2023, however, only Math 2 was offered, and was a hybrid between these courses. This extension would allow separate predictions to be made of the number of freshmen needing Math 2 and Math 3B. It is not practical at the present time as only the fall 2024 math placement data were available at the time the initial Math Index model was developed.

We must be mindful of what statisticians call *selection bias*. Statistical selection bias (SSB) comes from the fact that in future years we would not have data on students the Math Index rejects, and similarly we cannot see the false negative cases, those who we rejected but would have done well. SSB can be small or extensive, and one way to assess its size is to admit a small random sample of students without using the Math Index and compare their Math Index and math placement with the others. UC San Diego admissions policies allow for such an experiment up to 2% of the admitted students.

Over time, the Math Index should also incorporate the **likelihood of graduation** in a student's chosen math-intensive major.

## Reassess the Math Requirements by Major

As recommended by the previous workgroup, departments should reassess the actual math needs of our majors (see the Report of the SAWG on math preparation). Majors like Psychology are already split into B.A. and B.S. programs. We should consider similar separations for other large majors.

The difference between B.A. and B.S. and their different math requirements should be communicated clearly to applicants. The name of the B.A. and B.S. majors should be different,

and the application software should follow a decision tree where students are made aware of the differences.

We want to avoid situations where students are enrolled in math-intensive majors but are not able to place into the required calculus sequence in a timely manner (e.g., after the first year). These students are at risk of not succeeding in their major and, as data from the previous workgroup shows, have lower retention rates and longer times to degree. Of course, this can vary from major to major - for example, Psychology BS students require calculus, but not necessarily in the early years; also, there is a less math-intensive BA option. On the other hand, most engineering majors have both lower- and upper-division coursework that makes use of calculus; students who do not complete their math requirements will be unable to make progress towards these degrees. Indeed, data show that few, if any, students who have placed into Math 2 have successfully completed an engineering major. The picture is further complicated by the distribution of students placing into Math 2 among different majors - the majority are majors in Biology and Psychology. Thus, while the downstream effects are severe in engineering majors, the numbers are relatively small, as noted above.

We recommend that the interplay between math placement and majors be further studied. It would require a deeper dive into data around math requirements and student placement patterns. There is already a group of advisors discussing advising strategies for Math 2/3B students - we should build on their work to see what role advising might play (as the previous workgroup recommended). Our workgroup also discussed the possibility of restricting certain math-intensive majors to students who place at least into 3C by the end of their first year. A centralized implementation of this restriction is not trivial and requires further study. However, departments are able to explore pre-major requirements through curricular proposals to the Undergraduate Council. While there are pros and cons with respect to pre-majors, this option is currently available.

## Maximizing the Impact of the Summer before Starting as a Freshman at UC San Diego

We recommend a policy change, to be stated in admissions letters, by which every incoming first-year student who needs mathematics for their major must establish their math proficiency by a fairly early date in the summer, whether by taking the Math Placement Exam (MPE) or otherwise submitting college transcripts or AP/IB scores. The MPE result would not impact an applicant's admissions status whatsoever and is only to help us place the student into the most appropriate initial mathematics course for their major. The requirement to complete by June 1 will be early enough to provide clear guidance (if needed) on registering for the appropriate

summer remedial mathematics course at a US college of their choice. The MPE requirement date of June 1 must of course be adjusted for students admitted off waitlists close to or after June 1. Specifically, the policy would be:

1) Matriculating students who have not met placement criteria and who need math for their major and/or college ***SHOULD*** take the Mathematics Diagnostic Assessment (**MDA**) by ***May 15***. The MTP Group will send results to students with recommended math topics to review.
2) Matriculating students ***MUST*** take the Mathematics Placement Exam (**MPE**) by ***June 1***. However, we *highly recommend* that students complete the **MPE** by ***May 15*** in order to take advantage of summer course offerings at other colleges (see below). Matriculating students that are awaiting AP or IB test scores that can be used for placement are exempt from taking the MPE by June 1.
3) In order to support the goal of students passing Math 3B within their first year, students who obtain a placement in Math 2 or Math 3B are *strongly recommended* to enroll in Community College preparatory mathematics course(s) during Summer semester and/or Fall semester. [16]

## High Schools

*Establishing a feedback loop with high schools*

It is clear that one action we should take is that of notifying high schools that we have seen their students arrive with remedial needs in math, despite having met (and very often exceeding!) A-G requirements in the subject. Taking such a step will enable high schools to rethink their curriculum on a micro- and macro-level but also must be done in such a way that student privacy is preserved. One potential way to approach this work is with the involvement of UC San Diego's CREATE team. CREATE has recently received a new grant from the Gates Foundation that is specifically geared toward helping high schools improve math instruction; they will be working with roughly a dozen school districts in our local area, and the conversations will allow

[16] *For example, the San Diego Community Colleges offer:*
- ***Math 15A** (Prealgebra Refresher)*
- ***Math 15B** (Elementary Algebra)*
- ***Math 15C** (Intermediate Algebra)*
- ***Math 15D** (Geometry Refresher)*

the opportunity to speak more broadly with schools about what we see, and how we need their help.

Ultimately, this is a subject that should escalate to the UC system level and the statewide level in K-12, but this campus can make good strides by approaching the topic locally in San Diego. Enrollment Management/Admissions offers to take the lead on working with CREATE on this topic and will need the collaboration of the Math department and possibly other areas to meaningfully ensure that "the tough conversations" take place in the right manner.

*Communicating with High Schools About Grade Inflation*

Every year, we should evaluate our Math Index and identify schools where in the previous two years, the Math Index systematically over-predicted performance of students on the math placement test. We should advise those schools that we see evidence of grade inflation in their grading practices but also note if there is evidence of low-quality math instruction or the lack of availability of advanced math classes. Meanwhile, when the index is seen to systemically *under*-predict performance, we should ensure the following year's adjustments are done in a way that ensures less risk of needless penalty in the selection process.

*Bringing in Line Our LCFF+ Admission with the Other UC Schools*

We should bring our enrollment from LCFF+ schools more in line with similarly selective UC campuses. To do so, we should return to the pre-2022 practice for now. It will become more apparent next fall what effect the Math Index has on enrollment from LCFF+ schools, and we will have the option of providing some extra consideration to students from under-resourced schools in the future.

Admissions activity aside, there are other things the state calls on us to do to help LCFF+ schools prior to admission (UCOP 2024). We can

- Partner with community-based organizations to raise awareness of UC requirements
- Provide LCFF+ school students with UC campus experiences, e.g., campus visits, residential programs, and connecting them with UC student peer mentors
- Raise awareness of UC at LCFF+ schools during the fall application period for graduates and during the spring for students in grades 9-11 by conducting additional application, college preparation, and financial aid workshops for students and parents etc.

And there are many things we can do after admission from targeted yield activities and transition support to prevent melt (which refers to the loss of students who accept the UCSD offer in spring

but ultimately do not enroll), to additional support once they arrive. Admissions is already heavily invested in all of these actions, and in the long run, each action plays a part in welcoming and preparing these students.

## Recommendations Addressing the Use of Portfolio

We make the following recommendations to improve the use of art portfolios in admissions:

- Clarify what information is sent from the Admissions office to the Dean's office after admissions decisions have been made
- Share that information with Departments (either via the Dean's office or directly from Office of Admissions)
- Share as soon as possible so Departments can work with Admissions to reach out to admitted students, potentially increasing their yield.

## Recommendations for the Holistic Review and Selection Process

The following recommendations fine-tune the admissions process to include predicted student success, particularly for math-intensive majors.[17]

1. **Reduce Math 2 Enrollment to Near Zero**

The ultimate target should be to bring Math 2 enrollment close to zero. The Enrollment Management group should work with the Committee on Admissions (CoA) to develop an admissions algorithm that integrates the *Holistic Review score*, *Math Index*, and other relevant factors to achieve this goal.

2. **Develop a Better Methodology to Assess Writing and Language Skills**

Create or adopt a more robust and predictive methodology to evaluate applicants' writing and language skills at the time of admission. This should go beyond GPA and course titles to capture actual preparedness for college-level analytical and compositional work.

3. **Integrate LCFF+ Status into Admissions Decisions**

In collaboration with CoA, develop improved ways to incorporate the LCFF+ status of

---

17 This is in line with the 13 guiding principles for admissions established by BOARS, specifically principle 7: "The admissions process should select those students who demonstrate a strong likelihood that they will persist to graduation."

applicants' high schools into admissions decisions. The goal should be to ensure equitable consideration of applicants' contexts while maintaining a realistic assessment of academic readiness.

4. **Improve Cross-Unit Communication**
Strengthen communication and collaboration among academic departments, CoA, and Enrollment Management. Departmental concerns -- especially regarding student preparation for specific majors -- should be heard earlier in the admissions cycle and addressed with greater sensitivity and transparency.

## A More Active Role for the Committee on Admissions

The above recommendations reaffirm the Committee on Admissions (CoA) as the central faculty body responsible for overseeing and guiding UC San Diego's admissions process, as codified in Board of Regents Bylaw 40.1. To address the ongoing crisis in student preparedness, CoA must move beyond a primarily reactive review role toward a more proactive policy-setting, evaluative, and coordinating function. Its work should ensure alignment with UC systemwide practices, strengthen accountability, and advance the University's mission of academic excellence and social mobility. Similarly, admissions staff should seek pre-approval for changes in admission standards or processes that could materially alter who is admitted and the admission rates for individual high schools.

Specific responsibilities for the Committee on Admissions include, but are not limited to, the following:

1. **Oversee Math Index Implementation and Cutoffs**
CoA should provide faculty oversight for the implementation of the **Math Index**, including determining and periodically revising any cutoff thresholds based on evidence of student performance and success.

2. **Refine and Evaluate Holistic Review and Class Shaping**
In collaboration with Enrollment Management, CoA should help define and update the process for assigning Holistic Review Scores and shaping the admitted class. CoA should receive regular reports tracking correlations between review scores and post-enrollment outcomes, including math placement and graduation rates.

3. **Revise LCFF+ Admissions Practices**
   CoA should oversee efforts to ensure that admissions decisions for students from LCFF+ schools are consistent with other similarly selective UC campuses.

## Systemwide Recommendations

### Investigating Variation in Grading Standards

We recommend that BOARS should investigate the wide variation in grading standards across California high schools and develop a systemwide response to ensure greater consistency and comparability in academic evaluation. Just as importantly, BOARS should be a part of engagement with schools and districts to deliver the message that aside from grades, we see evidence that students' curriculum – especially in Math – might be misrepresenting the content the school omitted from the instruction plan, or coming up short on the vital factor of *subject matter retention.* Are students being advanced to higher-level math in too careless a fashion, and at the expense of ensuring the student retains core concepts from earlier math?

### A Call for the UC System to Consider a Return to Standardized Testing

The majority of the workgroup recommends that our representative on the Board of Admissions and Relations with Schools (BOARS) should advocate for a systemwide reexamination of the possible return to standardized testing, following the lead of some other institutions that have recently reinstated such measures. This recommendation follows directly from the findings in this report that high school math grades are only very weakly linked to students' actual math preparation. In fact, for more than two decades the Mathematics Department has found that out of all available student data, the single best predictor for math placement has been the SAT (math section) score, with the ACT score being an equally good predictor. The Math department still uses these scores as the best predictor for math placement if the student provides this data after they are admitted[18].

Although many other universities also dropped their standardized testing requirement at about the same time as UC, with the onset of the COVID pandemic, several peer universities have now reinstituted the use of standardized tests for admissions. These universities have found that high

---

18 For example, an SAT (math) score over 600 (or an ACT score over 21) is an accurate predictor of success in Math 3C, whereas an SAT (math) score over 650 (or an ACT score over 24) is an accurate predictor of success in Math 4C.

school GPA on its own is inadequate for admissions. For example, MIT reproduced the analysis of the UC STTF report and found that at MIT standardized tests provided much needed additional information beyond high school transcripts.[19]

James Rawlins, AVC of Enrollment Management, Co-chair
Akos Rona-Tas, Sociology, Past Chair of Committee on Admissions, Co-chair
Holly Bauer, Analytic Writing Program
Julian Betts, Economics
Ross Frank, Ethnic Studies
Olivia Graeve, Mechanical and Aerospace Engineering
Michael Holst, Mathematics
Sergey Kryazhimskiy, Ecology, Behavior and Evolution
Lisa Lampert-Weissig, Literature
John Moore, Dean of Undergraduate Education
Lisa Portes, Theatre and Dance
Daniel Sievenpiper, Electrical and Computer Engineering, Chair of Committee on Admissions
Paul Yu, Provost, Revelle College

[19] See e.g. this report of MIT's decision from MIT's Dean of Admissions, especially footnote 4.

# Appendices

**Appendix 1: History of AWP test-taking and placement**

| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|
| **Incoming FY class** | 5703 | 6708 | 6023 | 6449 | 7542 | 6546 | 7005 | 7330 |
| > Domestic | 4752 | 5655 | 5089 | 5384 | 6480 | 5977 | 6373 | 6582 |
| > International | 951 | 1053 | 934 | 1065 | 1062 | 569 | 632 | 748 |
| *Percent Domestic* | *83.3%* | *84.3%* | *84.5%* | *83.5%* | *85.9%* | *91.3%* | *91.0%* | *89.8%* |
| | | | | | | | | |
| **Took Writing Placement Exam** | 2423 | 2256 | 1844 | 2030 | 2832 | 2863 | 2240 | 2109 |
| > Domestic | 1681 | 1648 | 1403 | 1332 | 2140 | 2575 | 1916 | 1663 |
| > International | 742 | 608 | 441 | 698 | 692 | 288 | 324 | 446 |
| *Percent Domestic* | *69.4%* | *73.0%* | *76.1%* | *65.6%* | *75.6%* | *89.9%* | *85.5%* | *78.9%* |
| | | | | | | | | |
| **Percent needing exam** | 42.5% | 33.6% | 30.6% | 31.5% | 37.5% | 43.7% | 32.0% | 28.8% |
| > Domestic | *35.4%* | *29.1%* | *27.6%* | *24.7%* | *33.0%* | *43.1%* | *30.1%* | *25.3%* |
| > International | *78.0%* | *57.7%* | *47.2%* | *65.5%* | *65.2%* | *50.6%* | *51.3%* | *59.6%* |
| | | | | | | | | |
| **Needed AWP/Enrolled** | 1297 | 1537 | 1199 | 1316 | 1520 | 1353 | 1446 | 1511 |
| > Domestic | 726 | 1017 | 756 | 678 | 932 | 1124 | 1210 | 1185 |
| > International | 571 | 520 | 443 | 638 | 588 | 229 | 236 | 326 |
| *Percent Domestic* | *56.0%* | *66.2%* | *63.1%* | *51.5%* | *61.3%* | *83.1%* | *83.7%* | *78.4%* |
| | | | | | | | | |
| **Percent of incoming class in AWP** | 22.7% | 22.9% | 19.9% | 20.4% | 20.2% | 20.7% | 20.6% | 20.6% |
| > Domestic | 15.3% | 18.0% | 14.9% | 12.6% | 14.4% | 18.8% | 19.0% | 18.0% |
| > International | 60.0% | 49.4% | 47.4% | 59.9% | 55.4% | 40.2% | 37.3% | 43.6% |

NOTE: In "Percent" sections of this chart, numbers reflect the proportion of the total incoming class needing the exam, and the proportion who end up enrolling in an AWP course.

## **Appendix 2:** Supporting **Information and Data from the Mathematics Department**

The following materials were provided by the Mathematics Department, presented to the SAWG by the committee member from that department, and discussed during SAWG meetings.

### Overview of the Core UCSD Lower Division Mathematics Sequences and Dependencies

***HS Subject C (Math) Requirement:*** ***For admission to UC System*** → ***Algebra 1, Geometry, Algebra 2*** *(HS Grades 9-11 college prep)*

**MATH 2** (Intro to College Math; *workload credit only*) → *Prep for 3B/3C/4C* *(Math 2 created in 2016 for gaps in Grades 9-11)*
*→ Redesigned in 2023 for gaps in Grades 1-8*

***Pre-Calculus:*** *(Normal entry point for all freshman due to the Subject C Requirement)*
**MATH 3B** (Foundations of Precalculus) → *Prep for 3C/10A* *(Math 3B created in 2023 for gaps in Grades 9-11)*
HS → **MATH 3C** (Precalculus: ***Normal entry point for all freshman***) → *Prep for 10A*
**MATH 4C** (Precalculus for Science and Engineering) → *Prep for 20A/18*

***Calculus:*** *(Typical entry point for freshman with access to advanced math courses in High School)*
3C → **MATH 10AB**[C] (Calculus for Biological and Social Sciences) ***Majors:*** *Anthropology, Biochemistry, Biology, Cognitive Science, Economics, Human Development, International Studies, Psychology, …*
*Revelle College (10AB)*

4C → **MATH 20ABC** (Calculus for Science and Engineering): ***Majors:*** *Chemistry, Data Science, Engineering, Mathematics, Physics, SIO*
20C/18 → **MATH 20D**[E] (Differential Equations and Vector Calculus): *Chemistry (20D), Engineering, Mathematics, Physics, SIO (20D), …*

***Linear Algebra, Probability and Statistics:***
4C/10A → **MATH 18** (Linear Algebra): ***Majors:*** *Chemistry, Data Science, Engineering, Mathematics, Physics, SIO*
10B → **MATH 11** (Calculus-Based Intro Probability and Statistics): *Anthropology, Biochemistry, Biology, Psychology, …*

### Math Placement by Majors in Fall 2024

| School | Math 2 | Math 3b-c | Math 4c | Math 10a-c | Math 20a-e | beyond | no math |
|---|---|---|---|---|---|---|---|
| Arts and Humanities | 7 | 16 | 8 | 44 | 30 | 16 | 332 |
| Biological Sciences | 129 | 168 | 20 | 423 | 143 | 169 | 410 |
| GPS | 4 | 8 | | 5 | 4 | 2 | 21 |
| HDSI | 5 | 16 | 22 | 3 | 97 | 65 | 34 |
| JSOE | 31 | 64 | 105 | 22 | 603 | 204 | 121 |
| Physical Sciences | 23 | 106 | 50 | 118 | 434 | 211 | 78 |
| Public Health | 10 | 18 | | 28 | 6 | 5 | 62 |
| Rady Joint Programs | 58 | 76 | 16 | 123 | 88 | 8 | 120 |
| SIO | 22 | 29 | 12 | 77 | 50 | 5 | 73 |
| Social Sciences | 137 | 158 | 27 | 252 | 239 | 75 | 832 |
| Undeclared | 46 | 66 | 48 | 72 | 217 | 71 | 173 |

**Growth of the Math 2 Population by Major (2019-2024)**




**Results from the Fall 2023 Math 2 Skills Assessment**

Math 2 was designed by the UC San Diego Mathematics Department to remediate skills gaps in high school mathematics topics (Grades 9-11), due to the observed need to provide a 10-week on-ramp for a small number of students to our normal precalculus courses (Math 3C and Math 4C). It was first offered in 2016, and from 2016-2021 it successfully served a small number of students (usually less than 100) that needed this additional support in their first quarter at UC San Diego before entering Math 3C or 4C. As noted in the body of the report, the population of students that placed into Math 2 began to grow rapidly in 2022. In Fall 2023, the Math 2 instructors observed a new and alarming spread of skill gaps in the Math 2 students that quarter, with many severe gaps going back to mathematics taught in middle and elementary school.

In response, the Mathematics Department designed and administered a skills assessment test to carefully identify where the students had the most knowledge gaps in elementary and middle school material. The assessment test was designed by the core group of permanent ladder and teaching math faculty who are both subject matter experts and pedagogy experts in mathematics education. The test was designed to carefully follow the California Common Core State Standards in Mathematics, and consisted of 30 questions that covered mathematics topics that are required to be taught in grades 1-8 in all California public elementary and middle schools. Below is a representative sampling of 12 of the 30 questions, covering the three groupings of grades 1-2, grades 3-5, and grades 6-8, along with the percentage of students who took the assessment test and gave the correct answers to that particular question.

1. Fill in the box: $7 + 2 = \square + 6$ (Grade 1, 75%)

(Grade 2, 79%)

2. Sarah had nine pennies and nine dimes. How many coins did she have in all?

3. Find $66 + 44$ (Grade 2, 91%)

4. Find $13 - 8$ (Grade 1, 99%)

14. Round the number 374518 to the nearest hundred. (Grade 3, 39%)

15. Find $\frac{13}{16} \div 2$ (Grade 5, 34%)

16. Add the mixed fractions $6\frac{2}{3}$ and $4\frac{2}{3}$ . Give your answer as a mixed fraction. (Grade 4, 47%)

17. Find $\frac{3}{4} - \frac{1}{3}$ (Grade 5, 63%)

27. Solve $10 - 2(4 - 6x) = 0$ (Grade 8, 18%)

28. Simplify $\frac{8(2) - 4(-4)}{-2(3) - (-4)}$ (Grade 7, 36%)

29. Expand $(s + 1)^2$ (Grade 8, 15%)

30. If $a = -2$ and $b = -3$, evaluate $ab^2 - \frac{a}{b}$ (Grade 8, 2%)

The test was open response (pencil and paper), non-calculator, and students were given 45 minutes to complete the test. It was completely anonymous (students did not put their name on the test), and the students understood that it was not part of their grade. It was positively framed (data to help their instructors adapt the course to their needs), and donuts were given at the end of the test. There was nearly 100% participation (138 students). The scores from the students are given in the table, graph, and histogram below. The table gives the percentage of the Math 2 students taking the test that were able to answer questions correctly from the Common Core material at each grade level 1-8. The graph shows the decay in skills with increasing grade level.

The histogram shows graphically the number of Math 2 students who scored a particular overall average on the test, along with the class average (the red arrow). For calibration, the assessment test was also given separately, under the same conditions, to five California public school students that had just completed each of the grades 2, 4, 5, 6, and 8. The scores from the five public school students are also shown on the histogram (the arrows of colors other than red). These five scores are in line with expectations at each grade level and align closely with the Common Core State Standards as the assessment test was designed to measure.

| Grade | Average |
|---|---|
| 1 | 87% |
| 2 | 82% |
| 3 | 74% |
| 4 | 64% |
| 5 | 54% |
| 6 | 67% |
| 7 | 41% |
| 8 | 19% |







Based on this assessment of the Fall 2023 Math 2 students, in Fall 2024 the Mathematics Department introduced a new course, Math 3B, that was designed to more effectively help the students that had skill gaps only in high school mathematics subjects (such as the roughly 25% of the students appearing in the right-most section of the histogram above from Fall 2023). Math 3B is effectively equivalent to what Math 2 was originally, so that Math 3B now plays the same role that Math 2 did previously during the years 2016-2023. In Fall 2024, Math 2 was then redesigned to focus entirely on skill gaps only in Grades 1-8, which serves the group of students with the most severe math preparation deficiencies; this will be its role going forward, and it is this current version of Math 2 that is being taught in Fall 2025.

## Post-Course Interviews with the Math 2 Tutors (2024-2025)

On request from the SAWG in Spring 2025, the Mathematics Department Vice Chair for Undergraduate Education interviewed six of the core AY 24-25 ASC@math tutors in July 2025. (These are the mathematics department tutors that work most closely with Math 2 students during the Math 2 course every quarter.) Five questions were posed in the interviews, the first

two of which were requested specifically by the SAWG. Below is a summary of the responses to the first two questions from all six tutors that were interviewed.

**Question 1:** *Insight on the disconnect between UC admissions requirements and severe math preparation deficits exhibited by the Math 2 students. In particular, around 20% of Math 2 students (in theory) have passed AP calculus; how can this be reconciled with the student performance in Math 2 and Math 3B?*

- *Tutor 1:* This tutor is shocked that any of the Math 2 students could have passed a precalculus or calculus class. He speculates that perhaps many of them relied heavily on AI or online computing devices in their high school math courses. He mentions that some Math 2 students commented that most students were not doing well in their high school math classes, so it was easy to pass.
- *Tutor 1:* This tutor also noted that some of the Math 2 students had not taken any math during their senior year of high school and as a consequence may have been very rusty.

- *Tutor 2:* This tutor stated that many Math 2 students suffer from dyscalculia and even when they can successfully solve the problems, it takes them an extremely long time to do so.
- *Tutor 2:* He thought that perhaps some of their high school classes were not as rigorous or challenging as college courses.
- *Tutor 2:* Based on his conversations with Math 2 students, the majority of them had never encountered later Math 2 topics in their previous math courses (e.g., factoring)

- *Tutor 3:* This tutor states that she didn't hear any details about the students' high school math courses, but she noted that many students had not been engaged with math for over a year (last math course was junior year), so many of them needed refreshers and review.
- *Tutor 3:* She also noted that it was difficult to answer this question generally since around 90% of the students just worked on ALEKS (or at least kept to themselves) and did not interact with the tutors.

- *Tutor 4:* Some students just want a "refresh".
- *Tutor 4:* Many students hadn't thought about material for a long time and have issues with recall.

- *Tutor 5:* He saw Math 2 students struggling with the amount of material that is covered in the 10 weeks.
- *Tutor 5:* He noted that a problem with high school curricula is that even if you get a D in high school math, it still counts as credit for that course. In his own high school, some teachers would teach "life skills" in high school math class, just using calculators, the internet, and prescribed formulas; classes didn't teach "mathematical thinking".
- *Tutor 5:* He did notice a "lack of student commitment" from Math 2 students, e.g. not actually working on Math 2 homework while at ASC, instead on their phones, etc.

- *Tutor 6:* In her opinion, the biggest trend is that the students did "plug and chug" in high school and didn't think they would need to remember the material. They went through high school just

to pass but without understanding. One of her high school athlete students told her that he was able to pass all of his high school math without attending class because his coach had a special agreement with the teachers.

- *Tutor 6:* In her own high school, students had to solve problems immediately after learning, whereas many Math 2 students don't start homework until days later (too late!). She suggests using more individual work on problems in the lectures so that students have to practice right away.
- *Tutor 6:* She noted that many of these students feel shame and are scared and shy about asking questions.
- *Tutor 6:* She observed that many Math 2 students struggled with a language barrier, phrases such as "no more than" or "strictly greater than"...but noted that the meaning of these phrases are included in the student guide, so they need to use the guide more.

**Question 2**: *Observations of Math 2 students' strengths, weaknesses and ability to progress?*

- *Tutor 1:* This tutor explained that when students ask him a question, his approach is typically to work through an example with them and then ask them to solve a parallel example without his help right afterwards. He estimated that of the Math 2 students with whom he interacted over the 24-25 AY, only about 10% had the ability to correctly solve the parallel example on their own, and the other 90% were "completely lost" when attempting the parallel example.
- *Tutor 1:* This tutor noted that many of the Math 2 students with whom he interacted did not remember seeing the majority of the Math 2 course topics in any previous course.

- *Tutor 2:* This tutor had the impression that the majority of Math 2 students have seen the earlier Math 2 topics but not the later topics.
- *Tutor 2:* Stated multiple times that the students suffer from dyscalculia
- *Tutor 2:* Students struggle greatly with notation, and ALEKS cannot identify these difficulties, e.g. most Math 2 students do not know that $a$-$b$ equals -$b$+$a$, and there are no ALEKS problems which address these subtleties and advance these students' notational fluency.

- *Tutor 3:* She noted that the earlier Math 2 material seemed to be easier for the students, but that fractions, factoring, and especially word problems were challenging for the students.
- *Tutor 3:* She estimated that around 1/3 of the students with whom she interacted could successfully move forward on their own with a similar problem after asking her questions about a problem.
- *Tutor 3:* She noted that students are very slow (even when they understand how to solve the problems).
- *Tutor 3:* She noted that students struggle because they cannot use calculators.

- *Tutor 4:* It was difficult for this tutor to make conclusions regarding the most difficult topics for the Math 2 students because they were all at different places in their ALEKS and asked a wide variety of questions.

- *Tutor 5:* He noted that the Math 2 students appeared to understand algebra with integers, but they had severe difficulty with fractions and could not do any algebra with fractions. Students who didn't seem to have questions before the fractions material got completely lost with fractions. They also had severe difficulty with exponential functions (N.B. Does he mean exponents?); many students said they'd never seen exponential functions.

- *Tutor 6:* In her opinion, the "technical part" of Math 2 is not the main challenge. The persisting issue was the "shift in thinking" when you move into a math problem, such as this genre (N.B. She makes up an example): "A coyote and a wolf run away from a rock (at different given rates); in two hours how far away from each other will they be?" The students don't even know where to start, how to use variables, etc.
- *Tutor 6:* The "logical thinking" part is the biggest struggle for them.
- *Tutor 6:* They could do mental math on integers, but most of them struggled with fractions.
- *Tutor 6:* Many of them struggled with notation (open vs. closed brackets).
- *Tutor 6:* Most of them struggled with trigonometry.