WILMER CUTLER PICKERING
HALE AND DORR LLP
Debo P. Adegbile
(admitted *pro hac vice*)
debo.adegbile@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800

Felicia H. Ellsworth
(admitted *pro hac vice*)
felicia.ellsworth@wilmerhale.com
Sharon K. Hogue
(*pro hac vice* pending)
sharon.hogue@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

Christopher T. Casamissima
(CA Bar No. 211280)
chris.casamassima@wilmerhale.com
Joshua A. Vittor
(CA Bar No. 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300

*Attorneys for UC Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

STUDENTS AGAINST RACIAL DISCRIMINATION,

*Plaintiff*,

v.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA et al.,

*Defendants*

Case No. 8:25-cv-00192-JWH-JDE

**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL**

Motion to Compel filed: 8/27/2026
Current hearing scheduled: 9/17/2026
New hearing requested: 10/29/2026

Pursuant to Local Rules 7-1 and 7-11, Plaintiff Students Against Racial Discrimination ("SARD") and Defendants The Regents of the University of California ("UC" and with Plaintiff, the "Parties"), through their respective counsel of record, hereby stipulate as follows:

1. Plaintiff SARD filed a Motion to Compel Defendant to Produce Documents on August 26, 2026 (Dkt. 92), and the Parties filed a Joint Stipulation on Issues in Dispute the same day (Dkt. 92-1);

2. Plaintiff's Motion is presently noticed for hearing on September 17, 2026 at 10 a.m.;

3. Since the hearing was noticed, an unavoidable conflict has arisen with another court proceeding on September 17, 2026 for lead counsel for UC;

4. Counsel for all Parties are available on October 29, 2026;

5. The Parties therefore stipulate that the hearing on the Motion shall be continued from September 17, 2026 at 10 a.m. to October 29, 2026 at 10 a.m., or to another available date thereafter on the Court's calendar;

6. This stipulation is made for good cause, including because counsel for UC is unavailable to attend the hearing on the Motion, and because it will not alter the date of any other event or deadline set by the Court.

Dated: September 14, 2026

Respectfully submitted,

/s/ Felicia H. Ellsworth

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Debo Adegbile
(admitted *pro hac vice*)
debo.adegbile@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800

Felicia H. Ellsworth
(admitted *pro hac vice*)
felicia.ellsworth@wilmerhale.com
Sharon K. Hogue
(*pro hac vice* pending)
sharon.hogue@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

Christopher T. Casamissima
(CA Bar No. 211280)
chris.casamassima@wilmerhale.com
Joshua A. Vittor
(CA Bar No. 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300

*Attorneys for the UC Defendants*

/s/ Jonathan F. Mitchell

**BROWN WEGNER LLP**
William J. Brown Jr. (SBN 192950)
bill@brownwegner.com
2010 Main Street, Suite 1260
Irvine, California 92614
Telephone: 949-705-0081

**MITCHELL LAW PLLC**
Jonathan F. Mitchell (pro hac vice)
Texas Bar No. 24075463
jonathan@mitchell.law
111 Congress Avenue, Suite 400
Austin, Texas 78701
Telephone: 512-686-3940
Fax: 512-686-3941

*Attorneys for Plaintiff*

## ATTESTATION

I, Felicia H. Ellsworth, attest that all signatures listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth