**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STUDENTS AGAINST RACIAL DISCRIMINATION,<br><br>*Plaintiff*,<br>v.<br><br>THE REGENTS OF THE UNIVERSITY<br>OF CALIFORNIA et al.,<br><br>*Defendants*. | Case No. 8:25-cv-00192-JWH-JDE<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY** |

The Court has received and reviewed the Joint Stipulation to Continue Hearing on Plaintiff's Motion to Compel. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The Stipulation is **APPROVED**.
2. The hearing on Plaintiff's Motion to Compel Discovery (Dkt. 92) currently scheduled for September 17, 2026 is continued to October 29, 2026, at 10 a.m. in Courtroom 6A.

**IT IS SO ORDERED.**

Dated:

________________________________

John D. Early,
United States Magistrate Judge