**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STUDENTS AGAINST RACIAL DISCRIMINATION,<br><br>*Plaintiff*,<br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA et al.,<br><br>*Defendants*. | Case No. 8:25-cv-00192-JWH-JDE<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL** |

Based on the Parties' Stipulation to Continue Hearing on Plaintiff's Motion to Compel and for good cause shown, the Court finds and orders as follows.

1. The Stipulation (Dkt. 96) is GRANTED.
2. The hearing on Plaintiff's Motion to Compel Discovery (Dkt. 92) is continued to October 29, 2026, at 10 a.m. in Courtroom 6A.

**DATED: September 14, 2026**

JOHN D. EARLY
United States Magistrate Judge