UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 8:25-cv-00192-JWH-JDE Date: October 29, 2026

Title Students Against Racial Discrimination v. The Regents of the University of California, et al.

Present: The Honorable: John D. Early, United States Magistrate Judge

| Amber Rodriguez | CS 10/29/26 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| William J. Brown, Jr. | Felicia H. Ellsworth |
| Jonathan F. Mitchell | Sharon K. Hogue |

**Proceedings:** Motion to Compel Production of Documents (Dkt. 92)

Case called. Counsel make appearance and are heard regarding Plaintiff's Motion to Compel (Dkt. 92, "Motion"). For the reasons stated on the record, the Court GRANTED and DENIED the Motion (Dkt. 92) in part, as follows.

- The Motion is DENIED as to Request for Production ("RFP") Nos. 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 16, 21, 22, 23, 30, 34, 37, 41, 43, 45, 46
- The Motion is GRANTED or GRANTED in part (and denied as to the remainder) as to RFP Nos. 1 (with Defendant to serve a declaration from an appropriate custodian if no responsive documents are produced attesting that a reasonable and diligent search was undertaken and no responsive documents were located), 12, 15, 19 (requiring production starting at 1-1-2020), 20 (to produce "All internal reports or statistical studies regarding the effects of Proposition 209 upon the composition of UC applicants and admitted student from 2003"), 25, 26 (starting at 1-1-2020), 28 (starting at 1-1-2020), 29 (starting at 1-1-2020), 31 (starting at 1-1-2020), 33, 35 (granted only as to lawsuits or formal administrative complaints starting at 1-1-2020); 36 (starting at 1-1-2020); 38 (starting at 1-1-2020); 39 (to produce "All UC policies, rules, guidance, or standards issued by any UC undergraduate campus or law school for classifying or describing the race of applicants for admission in the 2006-2007 and 2011-2012 academic years"); 40 (limited to "reports from January 1, 2020 that relate to the racial composition of applicants or admitted students to any UC campus"); 42 (starting at 1-1-2020), 44 (to produce "All documents, if any, that set forth the racial or ethnic makeup of the students at UC San

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:25-cv-00192-JWH-JDE Date: October 29, 2026

Title Students Against Racial Discrimination v. The Regents of the University of California, et al.

Diego found to have "insufficient math preparation" as described in the report of the Senate-Administration Working Group on Admissions (SAWG) at UC San Diego attached as Exhibit D" to the RFPs.

- Solely for purposes of complying with this Order and to expedite the search and production process, the "end date" for the production ordered herein is the end of the 2024-2025 academic calendar year. This "end date" is not a ruling on relevance of the dates of materials and does not limit the parties in any way from any future argument regarding the scope of the issues in this action. Nor does this "end date" limit Plaintiff's ability to seek documents beyond the end date or excuse Defendant from complying with its obligation to supplement under Fed. R. Civ. P. 26(e).
- Defendant shall produce the documents and information ordered herein within 45 days from the date of the hearing on the Motion.

Separately, counsel for the parties are ordered, before any future discovery motion, application, or request is filed, as part of the meet and confer process and briefing on any such contemplated motion, application, or request, to discuss by telephone or videoconference whether an appointment of a Special Master for purposes of discovery in this case is warranted, including any matters material to such a potential appointment under Rule 53 of the Federal Rules of Civil Procedure, including the names of potential special masters. If a discovery motion, application, or request is filed, the parties are ordered to include a statement of position on the appointment of a Special Master for discovery in their portion of any Joint Stipulation or other briefing papers in connection with any future discovery-related motion, application, or request, including the party's position regarding all matters material to such an appointment under Rule 53 and the names of least two potential special master candidates in such briefing regardless of the party's position regarding the appropriateness of such an appointment. The moving party in such motion, application, or request is ordered to identify the date, time, and length of the discussions between the parties on the issue of the appointment of a discovery Special Master and identify any agreements reached. If the parties jointly request the appointment of a discovery Special Master, they may file such a request at any time.

**IT IS SO ORDERED.**

| | |
|---|---|
| | 2:00 |
| **Initials of Preparer** | ARO |